# United States District Court
## Southern District of Georgia

FILED
U.S. DISTRICT COURT

2008 JAN 10 PM 12: 04

CLERK___E. Baca_____
SO. DIST. OF GA.

Meier Jason Brown
_____
**Plaintiff**

v.

United States of America
_____
**Defendant.**

)
)
)
)
)
)
)
)

CASE NO.: 4-07-cv-00085
_____

Appearing on behalf of: _____

Meier Jason Brown
_____
**(Plaintiff/Defendant)**

### APPLICATION FOR ADMISSION PRO HAC VICE

**Petitioner,** Jeffrey Lyn Ertel _____, hereby requests permission to appear pro hac vice in the subject case filed in the _____ Division of the United States District Court for the Southern District of Georgia. **Petitioner** states under penalty of perjury that (he/she) is a member in good standing of the Bar of the following United States Court, Northern District of Georgia _____.
**Petitioner** states further that (he/she) is eligible for admission under Local Rule 83.4 and that (he/she) does not reside or maintain an office for the practice of law in the Southern District of Georgia.

**Petitioner** designates George Terry Jackson _____ as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.
**Petitioner** further certifies that (s)he has read, is familiar with, and will comply with the Local Rules of the Southern District of Georgia.
This __9th__ day of __December__, 2008.

_____
(Signature of **Petitioner**)

### CONSENT OF DESIGNATED LOCAL COUNSEL

I, George Terry Jackson _____, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the **Petitioner** fail to respond to any Court order for appearance or otherwise.
This __10th__ day of __January__, 2008

386600
_____
Georgia Bar Number

(912) 232-2646
_____
Business Telephone

_____
Signature of Local Counsel

Jackson & Schiavone
_____ (Law Firm)

1111 Bull Street
_____ (Business Address)

Savannah, Georgia 31401
_____ (City, State, Zip)

_____ (Mailing Address)



# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**　　　　　　　}
　　　　　　　　　　　　　　　　　　　　　　　} ss.
**NORTHERN DISTRICT OF GEORGIA**　　　　　}


I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **Jeffrey Lyn Ertel, State Bar No. 249966,** was duly admitted to practice in said Court on December 6, 1993, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 9th day of January, 2008.



JAMES N. HATTEN
CLERK OF COURT

By: _____
　　Cheryl Goins
　　Deputy Clerk

## CERTIFICATE OF SERVICE

This is to certify that I have this date served the following with a true and correct copy of the

foregoing matter by personally delivering to the following:

> Amy Lee Copeland, Assistant United States Attorney
> United States Attorney's Office
> 100 Bull Street
> Savannah, Georgia 31401

This the 10th day of January, 2008.

JACKSON AND SCHIAVONE

BY: _____
G. TERRY JACKSON
STATE BAR NO. 386600

Post Office Box 8876
Savannah, Georgia  31412
(912) 232-2646

# United States District Court
## *Southern District of Georgia*

Meier Jason Brown
_____
Plaintiff

v.

United States of America
_____
Defendant

Case No.    4-07-cv-00085
_____

Appearing on behalf of

Meier Jason Brown
_____
(Plaintiff/Defendant)

### ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR83.4 for admission *pro hac vice* have been satisfied, ***Petitioner's*** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED.**

This _____ day of _____, _____.


_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*** 

NAME OF PETITIONER:

Business Address:

Jeffrey Lyn Ertel
_____

Federal Defender Program, Inc.
_____
Firm/Business Name

100 Peachtree Street
_____
Street Address

| Suite 1700 | Atlanta | GA | 30303 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

Mailing Address (if other than street address)

| Address Line 2 | City, State, Zip |
|---|---|
| (404) 688-7530 | 249966 |
| Telephone Number (w/ area code) | Georgia Bar Number |

```
Court Name: Southern District of Georgia
Division: 4
Receipt Number: SAV002518
Cashier ID: ebacon
Transaction Date: 01/10/2008
Payer Name: Federal Defender Program Inc
------------------------------------------
PRO HOC VICE
 For: Federal Defender Program Inc
 Case/Party: D-GAS-4-08-LB-000001-000
 Amount:        $200.00
------------------------------------------
CHECK
 Check/Money Order Num: 65915
 Amt Tendered:  $200.00
------------------------------------------
Total Due:        $200.00
Total Tendered:   $200.00
Change Amt:       $0.00
```

Pro Hac Vice for Jeffrey Lyn Ertel