# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | | |
|---|---|---|
| MEIER JASON BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  CV407-085 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Plaintiff has filed a motion to proceed *in forma pauperis* in this § 2255 action.  (Doc. 4.)  Because no filing fee is required of federal prisoners seeking to mount a collateral attack on the legality of their conviction or sentence, the motion filed by plaintiff is unnecessary; he is permitted to proceed without filing a fee. Rules Governing Section 2255 Proceedings for the United States District Courts, 28 U.S.C. § 2255, Rule 3, Advisory Committee Notes ("There is no filing fee required of a movant under these rules.").  Accordingly, his motion to proceed *in forma pauperis* is **DENIED** as moot.

**SO ORDERED** this _17_ day of January, 2008.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA