# United States District Court
## *Southern District of Georgia*

Meier Jason Brown
_____
Plaintiff

v.

United States of America
_____
Defendant

Case No. <u>4-07-cv-00085</u>

Appearing on behalf of

<u>Meier Jason Brown</u>
(Plaintiff/Defendant)

### ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED.**

This <u>17th</u> day of <u>Jan.</u>, 2008.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

**\*\*\***

NAME OF PETITIONER:    Jeffrey Lyn Ertel

Business Address:    Federal Defender Program, Inc.
_____
Firm/Business Name

100 Peachtree Street
_____
Street Address

| Suite 1700 | Atlanta | GA | 30303 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

Mailing Address (if other than street address)

| Address Line 2 | City, State, Zip |
|---|---|
| (404) 688-7530 | 249966 |
| Telephone Number (w/ area code) | Georgia Bar Number |