ORIGINAL

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2008 JAN 17 PM 4: 52

CLERK_____
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF GEORGIA

### SAVANNAH  DIVISION

|  |  |  |
|---|---|---|
| MEIER JASON BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CV407-085 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

The Court having reviewed and considered the petition of Jeffrey Lyn Ertel of the Federal Defender Program, Inc., 100 Peachtree Street, Suite 1700, Atlanta, Georgia 30303, for permission to appear pro hac vice on behalf of plaintiff Meier Jason Brown, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Jeffrey Lyn Ertel as counsel of record for plaintiff Meier Jason Brown, in this case.

**SO ORDERED** this __17th__ day of January, 2008.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA