IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

MEIER JASON BROWN, :
     Petitioner/Plaintiff, :

                      :    HABEAS CORPUS ACTION

vs.               :

                      :    No. 4-07-CV-00085(BAE)(GRS)

UNITED STATES OF AMERICA, :
     Respondent/Defendant. :    CAPITAL CASE

                      :

**APPENDICES SUBMITTED IN SUPPORT
OF PETITIONER'S MOTION TO VACATE OR
SET ASIDE MADE PURSUANT TO 28 U.S.C. §2255**

JEFFREY L. ERTEL
State Bar No. 249966

FEDERAL DEFENDER PROGRAM, INC.
100 Peachtree Street
Suite 1700
Atlanta, Georgia 30303
(404) 688-7530
jeff_ertel@fd.org

ATTORNEY FOR MR. BROWN
*Pro Hac Vice*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

MEIER JASON BROWN,                  :
      Petitioner/Plaintiff,      :
                       :     HABEAS CORPUS ACTION
      vs.                                  :
                       :     No. 4-07-CV-00085(BAE)(GRS)
UNITED STATES OF AMERICA,   :
      Respondent/Defendant.   :     CAPITAL CASE
                       :

**APPENDICES SUBMITTED IN SUPPORT
OF PETITIONER'S MOTION TO VACATE OR
SET ASIDE MADE PURSUANT TO 28 U.S.C. §2255**

Comes now MEIER JASON BROWN, by and through undersigned counsel

and files these Appendices in Support of his previously electronically[1] filed

Motion to Vacate or Set Aside Made Pursuant to 28 U.S.C. §2255.

A     Conditional Plea Agreement

B     Bruce Little affidavit

C     Counsel's letter to Attorney General Ashcroft

D     Postal Inspection Service Background Investigation

E     10/20/03 Discovery Letter

F     Sara Flynn affidavit

G.    DVD

---

[1] Petitioner attempted electronically file the appendices as attachments to the Motion to Vacate. However, it appears the size of the appendices is too large for the electronic filing system as currently configured as the pleadings with the attachments would not electronically file.

H    Police Incident Reports Responding to Morgan Brown Residence

I    Georgia Department of Family and Children Services Records (I-1 thru I-3)

J    Criminal History Report for Meier Jason Brown

K    Sally Johnson Report (K-1)and Records from FMC Butner (K-2 thru K-5)

L    Curriculum Vitae for Marlyne Israelian, Ph.D.

M    Curriculum Vitae for Bhushan S. Agharkar, M.D.

N    Curriculum Vitae for James E. Aiken

O    Trial notes of juror Bruce Little

P    Postal Inspector Report re:  Penny Banks

Q    Notes relating to phone call with Pastor Alfred Banks

R    Postal Inspector Report Alford Woods

S    Information relating to Levi LeCounte

T    Lab Report

U    Affidavit In Support of Search Warrant

V    Redacted memo - Bates stamped pp 403-404

W    Redacted memo - Bates stamped pp 405-406

X    Draft of Affidavit in Support of Search Warrant

Y    Standard 28 U.S.C. §2255 Form

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served

upon counsel for Respondent, by placing a copy of same in the United States Mail,

first class postage prepaid and addressed as follows:

> Amy Lee Copeland, Esq.
> William Frentzen, Esq.
> Assistant United States Attorney
> P.O. Box 8970
> Savannah, Georgia 31412

Dated, this the 22nd day of January, 2008.

Filed, this the 22nd day of January, 2008.

Respectfully submitted,


_s/Jefffrey L. Ertel_
JEFFREY L. ERTEL
State Bar No. 249966

FEDERAL DEFENDER PROGRAM, INC.
100 Peachtree Street
Suite 1700
Atlanta, Georgia 30303
(404) 688-7530
jeff_ertel@fd.org

ATTORNEY FOR MR. BROWN
*Pro Hac Vice*

3