# APPENDIX  D

# INSPECTION SERVICE REPORT

## BACKGROUND INVESTIGATION OF

## Meier Jason Brown

**February 26, 2003**

**Case Number 0241-1370514-ECR(1)**



## POSTAL INSPECTION SERVICE
### SOUTHEAST DIVISION

<u>RESTRICTED INFORMATION</u>

USAO1748



UNITED STATES POSTAL INSPECTION SERVICE

February 26, 2003

CASE NO:     241-1370514-ECR (1)

SUBJECT:     Background Investigation of Meier Jason Brown

## INTRODUCTION

On November 30, 2002, Sallie Gaglia was stabbed to death while performing duties as the Postmaster Relief of the Fleming, GA Post Office 31309.   On December 5, 2002, Meier Jason Brown was arrested and charged with the murder of Sallie Gaglia.  On January 6, 2003, a Federal Grand Jury in the Southern District of Georgia, returned a three-count indictment charging Meier Jason Brown with violations of Title 18, USC, Section 1111, Murder; Title 18, USC, Section 1114, Protection of Officers and Employees of the United States; and Title 18, USC, Section 2114, Mail, Money or other property of the United States.

Postal inspectors conducted a background investigation on Meier Jason Brown.  During the investigation, interviews were conducted with members of Meier's family, teachers and others associated with the school system that assisted Meier Brown during his school years, neighbors in the Fleming community, Meier's previous employers, and employees from the probation and parole services.

## FAMILY

Family members interviewed include Meier's father Pelham Brown, mother Sadie Brown, brothers Leo Morgan, Glen Brown/Morgan, and Rodney Brown, and cousin Cedric Morgan.  Reverend Booker T. Smith (the pastor of St. Paul Baptist Church where the Morgan/Brown family attended church) was also interviewed.  Several unsuccessful attempts were made to interview Meier's Uncle Junior (Sam Morgan, Jr.) and Levy Morgan.

Jason Meier Brown was born July 4, 1969, at the Hinesville, GA hospital to Pelham and Sadie Brown.  Meier Brown has resided at 6724 Leroy Coffer Hwy., Fleming, GA 31309, for the majority of his life with only temporary absences while living with his girlfriend, Diane Brown.

200 TRADEPORT BLVD, STE 209
ATLANTA GA 30321-0489
TELEPHONE: 404-608-4513
FAX: 404-608-4505

USAO1749

Case No. 241-1370514-ECR(1)

Pelham Brown resides at Rt. 1, Box 107, 7975 U.S. Highway 17, Richmond Hill, GA 31324. Pelham Brown was interviewed January 22, 2003, (Exhibit 1). He stated he was retired from Richmond Hill, GA City Services, and described Meier as a good son that "knew right from wrong." He said Meier was never in trouble except maybe driving with a suspended license and some trouble with drinking alcohol. He said he and Sadie Brown were married in the 1980's, but are currently divorced. After their divorce, the boys, Nanna, Glen, Meier, and Rodney lived with Sadie. He said the boys visited occasionally, and during their visits they would "sit around drinking beer."

Sadie Brown resides at 6724 Leroy Coffer Hwy., Fleming, GA 31309. Sadie Brown was interviewed January 14, 2003, (Exhibit 2). She said Meier was born and raised in Liberty County and resides with her. The home in which they reside is located on the Morgan family property, which was given to she and her sisters by their father, Sam Morgan, Sr. She said Meier has always been healthy with no mental problems. She said Meier has never been married and had no children. She said Meier is a good son and "a good kid." Sadie Brown stated she did not believe Meier could have killed the postmaster. She said Meier later admitted to killing Sallie Gaglia to keep Diane Brown from being arrested and having her child taken away from her. She said Meier told her that he (Meier) was told Diane Brown would be arrested and would have her child taken away unless he admitted to killing the postmaster.

Prior to Pelham and Sadie Brown's marriage, Sadie had three other boys named Roy, Leo and Levy (Leo and Levy are twins). Rolten (aka Rodney) Brown is Sadie's youngest son. There are approximately 13 years between Meier and Rolten. The investigation disclosed that Meier's brother Nanna passed away from HIV contracted in Atlanta from an unknown female. Nanna was in Atlanta trying to get a record deal as a gospel singer.

There are many relatives residing on the Morgan property. Sam Morgan, Jr. (aka Uncle Junior), (Meier's uncle) resides in a trailer to the left side of Sadie Brown's residence. Roy Morgan (Meier's brother) lives in a trailer to the right side of Sadie Brown's residence with Meier's cousin Latoya Bizzard. Cedric Morgan lives on the Morgan property in a house located a short distance behind St. Paul Baptist Church.

Glen Brown (aka Glen Morgan) (Meier Brown's brother), was interviewed on January 14, 2003, at his mother's (Sadie Brown) residence (Exhibit 2). He said he does not have an address but "lives around." He said Meier stays with his mother most of the time. He said Meier is "a mother's boy." He said Meier may drink a little but is not addicted to any types of drugs. He said he is not aware of any drug use by Meier. He said Meier does not have a group of friends that he associates with, but usually just associates with family members. He said since Meier met Diane he has spent a lot of time with her.

USAO1750

Case No. 241-10705 14 [...]

He said "Meier is a good kid and I don't know him to have a mean bone in his body."

Rolten Brown (Meier Brown's brother) was interviewed on January 14, 2003, where he resides with his mother, Sadie Brown (Exhibit 3). He said he was not in Fleming, GA, on the day of the homicide but was at his aunt's house. He said he does not know Meier that well because of the age difference. He said Meier does not take drugs and has no drug addictions.

Leo Morgan (Meier Brown's brother) was interviewed on January 23, 2003, at Faith Roofing where he is employed as a handyman (Exhibit 4). Leo Morgan resides at his mother's residence (Sadie Brown's). Leo said he passed the Fleming Post Office just after the homicide occurred, and after he passed the post office he went home where he saw Meier and his mother. He said Meier did not appear nervous but surprised when he (Leo) told him (Meier) about the death of Sallie Gaglia. Leo said "there is no way Meier did this." Leo said a rumor was started by Latoya and Deek in an effort to claim the $50,000 reward. He said he heard there were three guys leaving Fleming "wide open driving in a white Cadillac or Lincoln." He said he has known Sallie Gaglia and her family for a long time, and if he knew who did this heinous crime nothing would hold him back from telling the authorities.

Cedric Morgan (Meier's cousin) was interviewed at his residence, 253 Fleming Loop, Fleming, GA, on January 15, 2003, (Exhibit 5) . He said he did not hang around Meier that much, and in high school Meier "hung around white guys." He said he saw Meier in Fleming a while back driving a vehicle, like a little Blazer. He said he told Meier "that's a nice car and you look good wearing nice clothes and stuff." He said Meier had been doing good since he met Diane. He said Meier had been trying to "stay straight." He said Meier did not have a drug addiction but used cocaine, more specifically crack cocaine. He said he saw Meier on the day of the homicide at 10:30 a.m. when Meier drove by his house on a bicycle (he confirmed the brown bicycle to be Uncle Junior's). Cedric said he was cleaning up the yard at the time Meier went by. He spoke to Meier but Meier did not acknowledge him and kept riding towards his (Meier's) house. Cedric said he never suspected Meier of doing something like that, referring to the homicide. He said he has never known Meier to be violent, except that time in Midway. He said Meier robbed a store in Midway and was not arrested initially because no one could identify him. He said Meier was later arrested but his mother got a good lawyer to get the charges dropped. He said Meier and the others got approximately $70-$80 from the Midway robbery.

Reverend Booker T. Smith was interviewed on January 16, 2003, at his residence located on the corner of Franklin St. & Highway 57, Ludowici, GA (Exhibit 6). Reverend Smith is pastor of the St. Paul Baptist Church located on the Morgan family property, and is married to Sadie Brown's sister Olive T.

USAO1751

Brown. He said he has been the pastor at St. Paul's for approximately 14 years. The Morgans are all members at St. Paul Baptist Church. He said he has known Sadie Brown for about 50 years. He said the whole family is very friendly, "a good family." Reverend Smith said he did not know Meier on a personal level but just by seeing him at church. He said Meier would bring his mother to church and sometimes he would stay. He said Meier is a very friendly boy and is a member of St. Paul Baptist Church. He said Sadie has never mentioned her boys being in trouble. He said he did not know Meier or anyone in the family to have mental conditions or taking any medications for mental conditions.

## LIBERTY COUNTY EDUCATION

Meier Jason Brown began school in the Liberty County School system in 1975. His grades were usually at or below average. He attended Bradwell Institute from 1984 through 1990 for high school. He failed the ninth grade once and passed the second time because a teacher intervened to have him passed. He dropped out of school after the eleventh grade in 1990.

Several of Meier Brown's high school teachers were interviewed at the Bradwell Institute and one at Liberty County High School. All teachers, except Don Melton, were provided a picture of Meier Jason Brown from the 1989 Prospectus (Exhibit 7) which is the Bradwell Institute school yearbook.

On January 14, 2003, Coach Akins and Rose Collins were interviewed at Bradwell Institute (Exhibit 8) and (Exhibit 9). Akins taught U.S. History and Collins taught French during the 1990 school year. Neither Akins nor Collins recognized Meier Jason Brown or remembered him in their class. Don Melton, who taught English at Bradwell during the 1990 school year, was interviewed on January 14, 2003, at the Liberty County High School (Exhibit 10). He said he did not remember the name Meier Jason Brown. During the 1985-1986 school year at Bradwell Institute, Roger Jackson taught History (Exhibit 11) , Janet Reddick taught Health (Exhibit 12), and Carol Watkins taught a course (Exhibit 13), which Meier Brown attended. Lillian Shurtleff taught Economics at the Bradwell Institute during the 1987-1988 school year, which Brown attended (Exhibit 14). All of these teachers were interviewed on January 14, 2003 at the Bradwell Institute. All of these teachers said Meier Jason Brown did not stand out to be a troublemaker. These teachers commented that if Meier was an average student they would not remember him because it was over 13 years ago when Meier attended Bradwell. They said they would usually remember a student that was above average or a troublemaker, but they did not recall Meier Jason Brown.

Shelton Williams was interviewed on January 15, 2003, at the Bradwell Institute (Exhibit 15) . Williams taught Forestry during the 1987-1988 school year. Williams said he recognized Meier Brown as a student he taught. He

USAO1752

said Brown was an average student with no problems. He said he knew and talked with Brown but from memory never had any discipline problems that he could remember. He said he remembered Brown to be cordial in their conversations.

On January 15, 2003, Linda Jones was interviewed at the Bradwell Institute (Exhibit 16) . Ms. Jones taught English during the 1984-1986 school years. She said she taught Brown for two years because he was retained in the ninth grade. She said she asked to have a meeting with his mother because he missed so many days after his house caught on fire. She said the mother never responded so she intervened on Meier's behalf, requesting that he be allowed to progress to the tenth grade. She said she got the impression that he was sad and had no one. She said he was a quiet student and stayed to himself. She said he did not do his school work.

On February 4, 2003, Venessa Parker was interviewed by telephone (Exhibit 17). Ms. Parker is a school social worker for the Liberty County Educational Alternative Division. She said she worked with Meier Brown for approximately one year during his school years. She said she made a couple of home visits to Meier's home related to issues with his medication. She said he needed medication to function appropriately in school and was not receiving the medication. She said she went to his house and talked with Meier's mother, Sadie Brown, and that Ms. Brown was very supportive and appreciative. She said Sadie provided her with a Medicaid card to pick up the medication. She said she got the medication and left it at school to ensure Meier received it. She said she is not aware of any problems with Jason at school, with other students, or teachers. However, she did say he was defiant, not following teacher's instructions.

On February 6, 2003, Gloria Boyd was interviewed by telephone (Exhibit 18). Ms. Boyd was a Social Worker for Liberty County Education but is now retired. She said she visited Meier's mother (Sadie) on several occasions to discuss Meier's truancy problems. She said she did not know Meier to be on any medications, and that the mother had cancer or something and could not manage the children. She said the mother was concerned, but she was ill and the older boys had to take care of the children. She said the older boys were trouble too, and there was no father figure around. The older children were raising the younger ones alone. She said she recalls the family having a hard life. She said she did not visit with any older family members, just the kids. She said the mom was in the hospital many times when she visited the residence.

USAO1753

## COMMUNITY

Fleming, GA is a small community (population of approximately 500) located approximately 25 miles southwest of Savannah, GA. The Fleming Post Office, Sallie Gaglia's residence, Meier Brown's residence, and most of the community members interviewed are all located within a five mile radius.

On January 15, 2003, Annie Scott was interviewed at her residence, 283 Tunie Miller Rd., Fleming, GA 31309 (Exhibit 19), which is less than a mile from the Fleming Post Office. Ms. Scott said she knows Sadie Brown and knows Sadie has a lot of boys, but she does not know any of the boys, including Meier Jason Brown. She said Sadie is a good lady. Ms. Scott said Moe Gill brings her food and she (Annie Scott) leaves some of the food on the front porch for Sadie. She said one of Sadie's boys comes by to pick up the food, but she did not see who picked up the food on the day of the homicide. She said back in her days, they could hang them when someone did something like that (homicide).

On January 15, 2003, Gregory Carter was interviewed at his residence, 7314 Leroy Coffer Highway, Fleming, GA 31309 (Exhibit 20). He said he has known all of the Morgan boys since he was little. He said he doesn't have any proof but "believes Meier wouldn't hurt a fly." He said the Morgans and Browns sell cocaine and crack out of their trailers. He said he believes Robert Bizzard could have killed the Postal employee. He said he believes this because Robert beat him up one time so he knows him to be violent. He also said that Robert needs money and "his head was shaved after the incident at the Fleming Post Office." Mr. Carter said he doesn't believe "Meier's arms are long enough to stab through the victim" according to the stories he heard about the incident.

On January 16, 2003, Pat Bowen was interviewed at his residence, 127 Mt. Olivet Church Rd., Fleming, GA 31309 (Exhibit 21), which is across the railroad tracks less than a half mile from the Fleming Post Office. Mr. Bowen said he was in his yard working the day of the homicide at approximately 8:30 a.m. and saw a person riding a bike headed towards his (Bowen's) residence. He said he could not tell which direction the person went when he got to the fork in the dirt road. He said he does not know Meier but knows the twins, Leo and Levy. He said Leo and Levy are good boys as far as he knew but "the others are not worth a cent." He said he owned and operated the Short Cut food store when some of the Morgan boys were arrested for forging checks.

On January 16, 2003, Henry Haymans was interviewed at his residence, 70 Tunie Miller Rd., Fleming, GA 31309 (Exhibit 22), which is directly across the railroad tracks from the Fleming Post Office. Mr. Haymans said he was out working in his garden at approximately 6:30 a.m. on the day of the homicide.

Case No. 241-13705 14-ECR(?)

He said at approximately 8:30 a.m. he saw a boy with a white jacket and hood riding a green bicycle, crossing the tracks, and heading down the dirt road. He said the boy was not a big person but definitely a black male. He said approximately 35-40 minutes later he heard the police cars, which went to the Fleming Post Office. Haymans said he was about the seventh person to arrive at the Post Office. He said he knew and worked with the older Morgans but does not know any of the younger Morgans. He said he has resided in Fleming for approximately 30 years.

On January 16, 2003, J.F. (Moe) Gill was interviewed at his residence, 1100 Mt. Olivet Church Rd., Fleming, GA 31309 (Exhibit 23), which is across the railroad tracks approximately 1.5 miles from the Fleming Post Office. He said he was the prior County Commissioner for Fleming, GA. He said he knows nothing about Meier Brown but does know Leo, Meier's brother. He said he asked Leo about the homicide but Leo said he didn't know anything about it. He said he arrived at the Fleming Post Office after others and he talked with A.C. Etters and Bruce Proman. He said Etters and Proman told him they saw a guy on a bicycle at the Post Office prior to the incident. He said it's a shame about Sallie, "she was a great woman and everyone loved her." He said whoever did this is "just cold blooded."

On January 22, 2003, Jason Dean was interviewed at his residence, 7037 Leroy Coffer Highway, Fleming, GA 31309 (Exhibit 24), which is less than a half mile across the highway from Meier Brown's residence. He said Sallie Gaglia is his aunt. He had just moved back to Fleming, GA. He said he has been in the Marines. He said he does not know Meier Brown but does know Cedric Morgan. He said he went to Bradwell Institute with Cedric. He said there have never been problems like this in Fleming, GA, and it shocked the whole community.

On January 22, 2003, David and Mary Clark were interviewed at their residence, 6935 Leroy Coffer Highway, Fleming, GA 31309 (Exhibit 25), which is located almost directly across Leroy Coffer Highway from Meier Brown's residence. David Clark is Sallie Gaglia's brother. He said he was born and raised in Fleming and has lived at the present location with his wife for approximately 37 years. He said the Morgans always have parties during the week and weekend, and you can hear the loud music. He said he knew the grandfather, Sam Morgan, Sr. David Clark said Sam Morgan retired from the railroad and passed away when he (D. Clark) was in high school. Mary Clark said Meier rode her school bus but was expelled a lot. She said all of the kids were expelled a lot and given little supervision. Ms. Clark was held at gunpoint by one of Sadie Brown's sisters. She said the Morgan boys used to come to her house and play basketball with her son Neil. Neil played a lot with Cedric Morgan during elementary school but after that time they have had little association with the Morgans. She said at one time "there were 11

USAO1755

Case No. 241-13700514-ECH(1)

children from the Morgan group on her bus, 11 children on another bus, and still some running around the trailers in diapers."

On January 22, 2003, Sheila McGinley was interviewed at her residence, 818 Freedman Grove Rd., Fleming, GA 31309 (Exhibit 26), which is approximately 2 miles from Meier Brown's residence. Sheila McGinley is Sallie Gaglia's cousin. On the day of the homicide, Ms. McGinley was at Coastal Pharmacy, where she has been employed for approximately 15 years. She said Leo Morgan, Meier's brother, came into the pharmacy on the day of the homicide just after she heard about it (homicide). She said Leo overheard her discussing the homicide with a co-worker, Rita Lee. She said Leo told her that his brother was just at the Post Office and did not mention anything about it. She said Leo told her he would go home and ask his brother (Meier) to see if he knew anything, but she has not seen Leo since that day. Sheila McGinley said she grew up with Leo, and they both went to Hinesville Middle School and Bradwell Institute. She said Leo has not been in trouble to her knowledge. She said she "hoped and prayed that Leo is not involved in this." She said she does not know the other Morgans, and that the Morgan boys robbed her dad, Walter Smith, 920 Freedman Grove Rd., about 20 years ago. She said there was an investigation finding the Morgan boys guilty. She said they were not punished, but they were required to pay her father back what they had taken. She said at first she did not realize Meier Brown was Leo's brother.

On January 23, 2003, Tim Kirkland was interviewed at his residence, 2369 Mt. Olivet Church Rd., Fleming, GA 31309 (Exhibit 27). Mr. Kirkland said he has resided in Fleming, GA, for approximately 16 years. He said he has known Sallie Gaglia for many years and that she taught his children in Sunday School at the Mt. Olivet Methodist Church. Kirkland said Leo Morgan has worked off and on for him as a handyman for approximately 10 years. He said Leo is like family but has stolen from him on several occasions. He said now he doesn't give Leo the opportunity to steal from him. He said lying and stealing are just a way of life for Leo and his family. He said Leo failed a drug screening several years ago for cocaine. He said he has gone by Sadie Brown's residence to pick Leo up for work on several occasions and could smell drugs (smelled like marijuana). He said Leo talked to him on the Monday following the homicide and told him (Kirkland) they were there and Sallie was alive when they left the Post Office. He said the day after Meier confessed, Leo told him they (law enforcement) tricked Meier into making the confession. Kirkland said Leo will do all he can to cover for the other boys. He said he "washed his hands of the family when they let the baby drown in the septic tank."

On January 24, 2003, Kathyren Webb was interviewed at Snelson-Golden Middle School, where she is employed as a Media Specialist (Exhibit 28). Webb is Sallie Gaglia's sister. Ms. Webb resides at 7003 Leroy Coffer Hwy.,

USAO1756

Fleming, GA 31309, which is located almost directly across the highway from Meier Brown's residence. She said she was born and raised in Fleming, GA. She said she has worked in the Liberty County School system for years and taught at the Liberty County Elementary School. She said she did not know Meier Brown but did know Leo, Levy, and Richard Morgan, all of whom she taught in school. She said Leo would know her as Ms. Dean. She said she does not know much about the Morgan family but knows they have had a lot of problems. Kathyren Webb said she has not had any personal problems with the Morgans. She said she knows there have been some problems with drugs, fighting among themselves, and alcohol abuse. She said a toddler drowned in the septic tank on the property several years ago. She said there used to be a house where Sadie Brown's trailer is presently located. She said the house belonged to Sam Morgan, Sr., who died of a heat stroke. She said when Sam Morgan, Sr. was alive the house and property were kept immaculate. Ms. Webb said she taught Richard Morgan in school and that he had mental problems. She said the school had programs to assist Richard. She said several visiting teachers, who worked for Liberty County, may have assisted Richard Morgan, and that Richard is the only Morgan she knew that received intervention from the school for problems. She said she never felt like the boys (Morgans) would do them wrong. She said Leo Morgan went to Joe Gaglia's (Sallie's husband) residence with Reverend Smith and apologized about the incident. She said Leo told Joe Gaglia that if they had knowledge that Meier would do something like this, they would have tried to prevent it from happening.

## EMPLOYMENT

Meier Jason Brown's employment began at the Richmond Hill, GA County Services. On January 24, 2003, Ursula Lee was interviewed at the City of Richmond Hill County Services, 40 Richard Davis Dr., Richmond Hill, GA 31324 (Exhibit 29). Ms. Lee is employed as the city clerk at Richmond Hill and was employed there during Meier's employment. Ms. Lee said Meier Brown was employed from April 3, 1989 through August 18, 1989. She did not know Meier on a personal level but said he was courteous when he came to City Hall. She said Meier worked in the Streets Department collecting debris from a garbage truck. Ursula Lee said Meier Brown had been involved with gas being stolen from the City of Richmond Hill. The Mayor, Richard R. Davis, found Meier to be innocent and warned him to use this as a lesson learned and not to be involved with any situation like this again. Ms. Lee said after that incident Meier stole tools from the City of Richmond Hills, which were later found at a pawn shop. There were no charges filed, but Meier was terminated.

On January 15, 2003, Henna Mehta, Manager at the Ramada Inn, was interviewed at the Ramada Inn, 4494 Highway 17, Richmond Hill, GA 31324 (Exhibit 30). She said Meier Brown was hired as a part-time maintenance

worker on June 16, 2002. She said Meier was extremely quiet and didn't bother people. She was not aware of any physical or mental problems of Meier Brown and that he seemed very normal. She said he was terminated on September 14, 2002, for failing to perform his job in a satisfactory manner.

On January 29, 2003, Wallette Proman was interviewed by telephone (Exhibit 31). Proman said Meier Brown did yard work for her during the latter part of August 2002. She said he worked in the evenings after working at the Ramada Inn, and she was satisfied with his work. Ms. Proman said Meier Brown stopped coming to work because he was in jail. She said Meier was well mannered and she saw no signs of violent or erratic behavior.

On January 15, 2003, James Wainwright was interviewed at his residence located at 519 Cook Rd., Fleming, GA 31309 (Exhibit 32). Mr. Wainwright said Meier Brown had worked for him off and on for approximately four years doing construction work. He said Meier was not a violent man and was soft spoken. He said Meier owed money to Tony for crack. He said the day before the homicide Meier called his house three times asking for work because he needed money. He said about eight months ago Meier Brown called him asking if he knew where he (Meier) could purchase a gun. He said Meier told him it was because he was afraid of his girlfriend's ex-husband. Mr. Wainright said to his knowledge Meier had no physical or mental illness and never took medication.

On January 22, 2003, Greg Barfield was interviewed by telephone (Exhibit 33). Mr. Barfield supervised Meier Brown when Meier worked with Atlantic Underground during the time period September 27, 2002 through November 1, 2002. Mr. Barfield said he has known Meier for approximately 12 years, and that he worked with Meier at Richmond Hills Public Works. He said Meier always seemed like a calm, cool, collected guy. He said he cannot believe Meier could do something like this, and that he was just shocked. He said he "has no sympathy because from what he knows, Meier did it." He said he has never heard of any problems with Meier except maybe a suspended license and issues with drinking alcohol, but never fighting or anything like that. He said Meier got fired for being late and absent from work. He said he thought Meier's problems were probably caused by his (Meier's) girlfriend.

Frank Warmsley also supervised Meier when he worked at Atlantic Underground. Mr. Warmsley was interviewed by telephone on January 22, 2003, (Exhibit 34). He said Meier always seemed fine, and did anything he asked him to do. He said Meier worked at Atlantic Underground for a couple of months, and missed a couple of days without calling into the office to advise about his absence. He said Meier was terminated at the beginning of November 2002, because he didn't show up for work after several previous warnings. He said he never heard any bad things about the family.

USAO1758

## PROBATION AND PAROLE SERVICES

On January 14, 2003, Janelle Wilkes was interviewed by telephone (Exhibit 35). Janelle Wilkes was a probation officer with Peach State Services, Inc., Misdemeanor Probation Services. She said her only contact with Meier was from the jail to the courthouse on his November 1995 misdemeanor charges of open container and driving with a suspended license. She said Meier was supposed to show up for court on December 5, 1995, but he did not appear. Because of her several unsuccessful attempts to make contact with Meier Brown, she had a warrant served on him through the Liberty County Sheriff's Office. She said the Judge ordered Meier to serve time in jail and the case closed May 21, 1996, after time served. She said Meier Brown did not meet obligations of his probation.

Phil Arp was interviewed on January 15, 2003, at his place of employment, Georgia Department of Corrections Atlanta Judicial Circuit, 104-A North Commerce Street, Hinesville, GA 31310 (Exhibit 36). Mr. Arp said he was Meier Brown's probation officer on several cases but has not had a case with Meier since approximately 1995. He said he does not remember any dealings with Brown being crazy. He said his files were destroyed because they are purged four years after the case is closed. He said he met Meier Brown on only a couple of occasions. He said he remembered Meier Brown did not successfully complete probation because he got into more trouble and probably went to jail and the charges ran together.

On January 28, 2003, Irving Frazier, Probation Officer, was interviewed by telephone (Exhibit 37). Mr. Frazier stated Meier was discharged from a penal facility on June 14, 1999, and was placed under his supervision for approximately one year. He said Meier Brown was charged with a felony after about one year and his probation was revoked. He said Meier was arrested when he accompanied two or three of his associates and they stole someone's wallet and used the victim's credit cards to obtain approximately $1,800 in cash advances. He said Meier is mild mannered and polite. He said he never witnessed or had knowledge of any violent tendencies or erratic behavior by Meier.

## EXHIBITS

1. Pelham Brown MOI, Rt. 1 Box 107, 7975 US Highway 17, Richmond Hill, GA 31324. Interviewed on January 22, 2003 by Inspector Barnell.

2. Sadie Brown, Glen Brown (aka Glen Morgan) MOI, 6724 Leroy Coffer Hwy., Fleming, GA 31309. Interviewed on January 14, 2003 by Inspector Roberts.

USAO1759

3. Rolten Brown (aka Rodney) MOI, 6724 Leroy Coffer Hwy., Fleming, GA 31309. Interviewed on January 14, 2003 by Inspector Barnell.

4. Leo Morgan MOI, Faith Roofing, 2369 Mt. Olivet Church Road, Fleming, GA 31309. Interviewed on January 23, 2003 by Inspector Barnell.

5. Cedric Morgan MOI, 253 Fleming Loop, Fleming, GA 31309. Interviewed on January 15, 2003 by Inspector Barnell.

6. Reverend Booker T. Smith MOI, Interviewed at his residence located on the corner of Franklin St. & Highway 57, Ludowici, GA 31316 by Inspector Barnell on January 16, 2003.

7. Copy of Meier Jason Brown picture in the 1989 Prospectus, which is the Bradwell Institute school yearbook.

8. Coach Akins MOI, Bradwell Institute, 100 Pafford St., Hinesville, GA 31313. Interviewed on January 14, 2003 by Inspector Barnell.

9. Rose Collins MOI, Bradwell Institute, 100 Pafford St., Hinesville, GA 31313. Interviewed on January 14, 2003 by Inspector Barnell.

10. Don Melton MOI, Liberty County High School, 3216 E. Oglethorpe Hwy., Hinesville, GA 31313. Interviewed on January 14, 2003 by Inspector Barnell.

11. Roger Jackson MOI, Bradwell Institute, 100 Pafford St., Hinesville, GA 31313. Interviewed on January 15, 2003 by Inspector Barnell.

12. Janet Reddick MOI, Bradwell Institute, 100 Pafford St., Hinesville, GA 31313. Interviewed on January 15, 2003 by Inspector Barnell.

13. Carol Watkins MOI, Bradwell Institute, 100 Pafford St., Hinesville, GA 31313. Interviewed on January 15, 2003 by Inspector Barnell.

14. Lillian Shurtleff MOI, Bradwell Institute, 100 Pafford St., Hinesville, GA 31313. Interviewed on January 15, 2003 by Inspector Barnell.

15. Shelton Williams MOI, Bradwell Institute, 100 Pafford St., Hinesville, GA 31313. Interviewed on January 15, 2003 by Inspector Barnell.

16. Linda Jones MOI, Bradwell Institute, 100 Pafford St., Hinesville, GA 31313. Interviewed on January 15, 2003 by Inspector Barnell.

17. Venessa Parker MOI, Telephone Interview. School Social Worker for Liberty County Educational Alternative Division, 110 South Gause Street, Hinesville, GA 31313. Interviewed on February 4, 2003 by Inspector Barnell.

USAO1760

18. Gloria Boyd MOI, Telephone Interview. Retired School Social Worker for Liberty County Educational Alternative Division, 110 South Gause Street, Hinesville, GA 31313. Interviewed on February 6, 2003 by Inspector Barnell.

19. Annie Scott MOI, 283 Tunie Miller Rd., Fleming, GA 31309. Interviewed on January 15, 2003 by Inspector Barnell.

20. Gregory Carter MOI, 7314 Leroy Coffer Highway, Fleming, GA 31309. Interviewed by Inspector Iorio.

21. Pat Bowen MOI, 127 Mt. Olivet Church Rd., Fleming, GA 31309. Interviewed on January 16, 2003 by Inspector Barnell.

22. Henry Haymans MOI, 70 Tunie Miller Rd., Fleming, GA 31309. Interviewed on January 16, 2003 by Inspector Barnell.

23. J.F. (Moe) Gill MOI, 1100 Mt. Olivet Church Rd., Fleming, GA 31309. Interviewed on January 16, 2003 by Inspector Barnell.

24. Jason Dean MOI, 7037 Leroy Coffer Highway, Fleming, GA 31309. Interviewed on January 22, 2003 by Inspector Barnell.

25. David and Mary Clark MOI, 6935 Leroy Coffer Highway, Fleming, GA 31309. Interviewed on January 22, 2003 by Inspector Barnell.

26. Sheila McGinley MOI, 818 Freedman Grove Rd., Fleming, GA 31309. Interviewed on January 22, 2003 by Inspector Barnell.

27. Tim Kirkland MOI, 2369 Mt. Olivet Church Rd., Fleming, GA 31309. Interviewed on January 23, 2003 by Inspector Barnell.

28. Kathyren Webb MOI, Snelson-Golden Middle School, 465 Coates Road, Hinesville, GA 31313. Interviewed on January 24, 2003 by Inspector Barnell.

29. Ursula Lee MOI, City of Richmond Hill County Services, 40 Richard Davis Dr., Richmond Hill, GA 31324. Interviewed on January 24, 2003 by Inspector Barnell.

30. Henna Mahta MOI, Ramada Inn, 4494 Highway 17, Richmond Hill, GA 31324. Interviewed on January 15, 2003 by Inspector Iorio.

31. Wallette Proman MOI, Telephone Interview by Inspector McLendon on January 29, 2003.

32. James Wainwright MOI, 519 Cook Rd., Fleming, GA 31309. Interviewed on January 15, 2003 by Inspector Iorio.

USAO1761

33. Greg Barfield MOI, Telephone Interview.  Supervisor at Atlantic Underground, 203 Edsel Drive, Richmond Hill, GA 31324.  Interviewed on January 22, 2003 by Inspector Barnell.

34. Frank Warmsley MOI, Telephone Interview.  Supervisor at Atlantic Underground, 203 Edsel Drive, Richmond Hill, GA 31324.  Interviewed on January 22, 2003 by Inspector Barnell.

35. Janelle Wilkes MOI, Telephone Interview.  Probation Officer, Peach State Services, Inc., Misdemeanor Probation Services.  Interviewed on January 14, 2003 by Inspector Barnell.

36. Phil Arp MOI, Georgia Department of Corrections Atlanta Judicial Circuit, 104-A North Commerce Street, Hinesville, GA 31310.  Interviewed on January 15, 2003 by Inspector Barnell.

37. Irving Frazier MOI, Telephone Interview on January 28, 2003 by Inspector McLendon.

---

If further information or clarification is needed regarding the facts in this presentation, please contact me at (404) 608-4513.

Sincerely,

T.E. Barnell
Postal Inspector

Enclosures:  Described Exhibits

USAO1762

### MEMORANDUM OF INTERVIEW

CASE NUMBER            :    241-1370514-ECR(1)

PERSON INTERVIEWED     :    Pelham Brown, Jr.

PLACE OF INTERVIEW     :    Rt. 1 Box 107
                            7975 US Highway 17
                            Richmond Hill, GA 31324

DATE OF INTERVIEW      :    January 22, 2003

TIME OF INTERVIEW      :    4:45 p.m. – 5:00 p.m.

INTERVIEWED BY         :    Inspector T.E. Barnell

---

Pelham Brown was interviewed on January 22, 2003, at his residence, 7975 US Highway 17 S, Richmond Hill, GA 31324, to obtain personal information about his son, Meier Jason Brown. Jason Brown is the primary suspect in the homicide investigation of Sallie Gaglia, which occurred at the Fleming, GA Post Office on November 30, 2002.

Pelham Brown is 64 years of age. He said he is the father of Meier Brown and Meier's brothers, Nanna, Glen Serky, and Rodney. He said Roy, Levy, and Leo are not his boys but stepsons. He said he retired from the City of Richmond Hill City Services. He said the boys lived with their mother, Sadie Brown, and they visited him. He said the boys all knew right from wrong. He said he was surprised when he heard about the homicide.

Pelham Brown said he went to St. Paul church when he was married to Sadie. He said he and Sadie were married in the 80's. He said all of the boys grew up in St. Paul's church. He said the house they lived in then burned down and was replaced with the existing trailer where Sadie still resides. He said he did not live with Sadie at the time the house burned.

Pelham Brown said Meier was a good son. He said Meier never had any medical problems except maybe a toothache. He said he never knew Meier to be in any trouble except maybe drinking and driving with a suspended license. He said Meier was never in trouble at school. He said Meier was too nice for this and he did not believe he (Meier) did this. He said, "In my mind I do not believe Meier did this by himself." He said he does not know anyone that would have done this with him (Meier). He said that if someone robbed the Post Office and saw Meier when they did it, they probably threatened him to stay quiet. He said it would take a crazy man to do something like this (homicide).

Inspection Service
Exhibit
1

Pelham Brown said that Diane is a good person too.  He said he knew her because Meier brought her by his house.  He said they sat around and drank beer, and that she (Diane) liked to see the goats.  He said he felt like Meier and Diane had a good relationship.

Pelham Brown said he did not have a telephone but used Ms. Jones' telephone, who lives next door.  Mr. Brown said he can be contacted at telephone number 912-756-2155.

The interview concluded at approximately 5:00 p.m.

T.E. Barnell
Postal Inspector

USAO1764

## MEMORANDUM OF INTERVIEW

CASE NUMBER           :     0241-1370514-ECR(1)

PERSON INTERVIEWED   :     Sadie Brown and Glen Brown a/k/a Glen Morgan

PLACE OF INTERVIEW    :     6724 Leroy Coffer Hwy., Fleming, GA 31309

DATE OF INTERVIEW     :     January 14, 2003

TIME OF INTERVIEW     :     Approximately 6:00PM

INTERVIEWED BY        :     G.B. Roberts and T.E. Barnell, Postal Inspectors

---

On January 14, 2003, Ms Sadie Brown and her son Glen Brown were interviewed at their residence, 6724 Leroy Coffer Hwy., Fleming, GA 31309 regarding Meier Jason Brown. Ms Sadie Brown stated she was the mother of Meier Jason Brown and Glen Brown, also known as Glen Morgan, identified himself as the brother of Meier Jason Brown.

Ms. Brown stated that Meier Jason Brown lived with her at 6724 Leroy Coffer Hwy., Fleming, GA 31309. Ms. Brown added that Meier Jason Brown did stay with his girl friend, Diane Brown, in Savannah, GA some of the time but her residence was also his (Meier Jason Brown's) primary residence.

Ms. Brown stated that Meier Jason Brown was "born and raised" in Liberty County GA. Ms. Brown explained that Meier Jason Brown attended school in Liberty County and droped out of school while attending high school.

Ms. Brown stated that Meier Jason Brown was healthy as a child and remains in good health today. Ms. Brown stated that she is not aware of any medical conditions that exist today and there were no problems before he became an adult.

Ms. Brown said that Meier Jason Brown has never been married and has no children. Ms. Brown stated that he has previously worked at Shoney's located on Highway 204 in Savannah, GA. Ms. Brown added that Meier Jason Brown had also worked for a pipe contractor in Savannah, GA. Mr. Glen Brown said he was not aware of any other places where Meier Jason Brown worked, but he knew that he had worked at other places over the past several years.

Glen Brown stated that his brother Meier Jason Brown stayed with his mother most of the time. Glen Brown said Meier Jason Brown is a "mother's boy" and stays at mother's residence most of the time. Glen Brown said that Meier Jason Brown might "drink a little" but is not addicted to alchol. Glen Brown also said that his

Inspection Service
Exhibit
2

brother Meier Jason Brown is not addicted to any narcotic and he (Glen) is not aware of any drug use by Meier Jason Brown. Glen Brown further stated that his brother does not have a gambling problem.

Glen Brown said that his brother Meier Jason Brown does not have any group of friends that he associates with other than the family members. Glen Brown and his mother Sadie Brown both stated that since Meier Jason Brown met Diane Brown he had been with her part of the time and was at home in Fleming, GA when he was not with Diane Brown.

Glen Brown and his mother Sadie Brown both stated that Meier Jason Brown was a "good kid" when he was young. They stated he was a "good brother and a good son". Both Glen Brown and Sadie Brown stated that Meier Jason Brown was not prone to violence and did not have a temper.

Ms. Brown stated that she did not believe that Meier Jason Brown could have killed the Postmaster. Ms. Brown was advised that we heard Meier Jason Brown's side of the telephone conversation on December 5, 2002 when he told her that he did. Ms. Brown stated that he said "Moma I love you" and repeated this again. Ms. Brown stated that he then said "it was an accident". Ms. Brown said that she has talked to him since then and he said he admitted killing the lady to keep Diane Brown from being arrested and taking her child away from her. Ms. Brown explained that Meier Jason Brown told her that he (Meier Jason Brown) was told Diane Brown would be arrested and they would take her child unless he admitted to killing the postmaster.

*B.B. Roberts*

G.B. Roberts
U.S. Postal Inspector

01/15/2003
Date

USAO1766

## Memorandum of Interview

| | | |
|---|---|---|
| CASE NUMBER | : | 241-1370514-ECR(1) |
| PERSON INTERVIEWED | : | Rodney Brown |
| PLACE OF INTERVIEW | : | 6724 Leroy Coffer Hwy.<br>Fleming, GA 31309 |
| DATE OF INTERVIEW | : | January 14, 2003 |
| TIME OF INTERVIEW | : | Approximately 6:30 p.m. |
| INTERVIEWED BY | : | Inspector TE Barnell and<br>Inspector G.B. Roberts |

Rodney Brown was interviewed on January 14, 2003 at his residence, 6724 Leroy Coffer Hwy., Fleming, GA 31309, to obtain personal information about his brother, Meier Jason Brown. Jason Brown is the primary suspect in the homicide investigation of Sallie Gaglia, which occurred at the Fleming, GA Post Office on November 30, 2002.

Rodney Brown said his age is 20, about 13 years younger than his brother Jason Brown. He said he resides there with his mother, Sadie Brown, and brothers. He said that he sometimes sleeps on the couch and sometimes in one of the bedrooms. He said he has worked at Dorsey's Tire for approximately five months. He said that he was not in Fleming on the day of the homicide but was at his aunt's house in Midway. He said he knew nothing about the murder and didn't think his brother (Jason) committed the crime.

Rodney Brown said he does not know Jason that well because of the age difference but that Jason is a good brother. He said he does not know Jason to have any violent tendencies. He said Jason does not have any medical conditions or on any medications that he is aware. He said Jason does not take drugs and has no drug addictions. He said that Jason does drink alcohol at times.

Rodney Brown said that Jason has had other girlfriends before Diane. He said that he did not know how long Jason had been dating Diane. He said he felt Jason had been nicer since he (Jason) started dating Diane.

Rodney Brown said that Jason has worked at the Ramada Inn in Richmond Hill as a "maintenance man" and at the Shoney's, he thought, in Savannah.

Rodney Brown named his brothers as Glen, Roy, Dexter Morgan, Meier, and the twins Leo and Levy. He said that Roy is the oldest and is sick with his heart, which

USAO1767


Inspection Service
Exhibit
3

means he (Roy) is in the hospital a lot.  He said Roy lives in the trailer next door with Latoya, who is his cousin.

The interview concluded at approximately 7:00 P.M.

TE Barnell
Postal Inspector

USAO1768

## MEMORANDUM OF INTERVIEW

CASE NUMBER          :     241-1370514-ECR(1)

PERSON INTERVIEWED   :     Leo Morgan

PLACE OF INTERVIEW   :     2369 Mt. Olivet Church Road
                           Fleming, GA 31309

DATE OF INTERVIEW    :     January 23, 2003

TIME OF INTERVIEW    :     9:45 a.m. – 10:00 a.m.

INTERVIEWED BY       :     Inspector T. E. Barnell

---

Leo Morgan was interviewed on January 23, 2003, at his place of employment, Faith Roofing, 2369 Mt. Olivet Church Road, Fleming, GA 31309, to obtain personal information about his brother, Meier Jason Brown. Jason Brown is the primary suspect in the homicide investigation of Sallie Gaglia, which occurred at the Fleming, GA Post Office on November 30, 2002.

Morgan said he was going by the Fleming Post Office at approximately 11:00 a.m. on November 30, 2002, and he saw a crowd of people at the Post Office. He said he was coming from Renee Sellers' house. He said he saw his cousin, Joe Miller, who said to him "Sallie is dead." He said he was shocked because those things don't happen in Fleming. He said he went home to 6724 Leroy Coffer Hwy., Fleming, GA 31309, after going to the Post Office. He said his mother and Meier were the only two at the house. He said Meier did not act nervous but surprised when he (Leo) told him about Sallie. He said Meier was shocked and told him (Leo) that he was just there and Sallie had asked about Leo. He said Meier said he didn't know what to tell him about the murder.

Leo Morgan said he went to tell his Aunt Mary Bizzard and Uncle Sam Morgan, Jr. He said afterwards, he went to the Midway Pharmacy, which is the Coastal Pharmacy. He said he saw Shelia and didn't know Shelia's last name but knew her last name was Smith at one time. He said Shelia was crying because Sallie was her cousin. He said Shelia had just found out about it, referring to the homicide.

Leo Morgan said "there is no way Meier did this." He said he doesn't know what happened, he only knows that Meier did not do it. He said "ya'll need to dig a little deeper to find out who did it." He said he hears all this "he said, she said" stuff but doesn't know what to believe. He said it was just Deek and Latoya starting rumors to get the $50,000 reward. He said since that day Deek has not been seen anywhere. He said it was probably someone that is long gone by now. He said Latoya told him that Deek lied on her. He said he heard there were three guys

USAO1769

Inspection Service
Exhibit

leaving Fleming "wide open driving in a white Cadillac or Lincoln." He said he doesn't know anything about the white Cadillac "but that is what he heard."

Leo Morgan said he would not hold back if he knew anything. He said "it would not matter if it were his brother or cousin for committing such a heinous crime." He said he had known Sallie since he was a little boy. He said he worked in the watermelon fields with her father. He said she was a good woman and there was no reason for this to happen.

The interview concluded at approximately 10:00 a.m.

T. E. Barnell
Postal Inspector

USAO1770

MEMORANDUM OF INTERVIEW

CASE NUMBER            :       241-1370514-ECR(1)

PERSON INTERVIEWED     :       Cedric Morgan

PLACE OF INTERVIEW     :       253 Fleming Loop
                               Fleming, GA 31309

DATE OF INTERVIEW      :       January 15, 2003

TIME OF INTERVIEW      :       5:35 p.m. – 6:00 p.m.

INTERVIEWED BY         :       Inspector TE Barnell and
                               Inspector M. Iorio

Cedric Morgan was interviewed on January 15, 2003 at his residence, 253 Fleming Loop, Fleming, GA 31309, to obtain personal information about his cousin, Meier Jason Brown. Jason Brown is the primary suspect in the homicide investigation of Sallie Gaglia, which occurred at the Fleming, GA Post Office on November 30, 2002.

Morgan said his age is 30, a few years younger than his cousin Jason Brown. He said he resides there with his common-law wife of approximately 13-14 years, Kendra Adams, and they have 3-4 kids together. He said "one of his babies is in the hospital for a respiratory problem or something".

He said he does not see Jason much since he started dating his new girlfriend. He confirmed her name to be Diane. He said he "saw Jason a while back driving a vehicle, like a little Blazer, in Fleming". He said he told Jason, "that's a nice car and you look good wearing nice clothes and stuff." He said since Jason met Diane that he (Jason) had been trying to "stay straight". Morgan said Jason did not really have a drug addiction but used cocaine, more specifically crack cocaine. He said he did not remember Jason having many girlfriends and Diane may be his first serious girlfriend. He said before Diane, Jason just met girls, partied with them, and left them.

Morgan said he did not remember Jason having many friends because he mostly "hung around with his brothers, mostly Rotton," who is Rodney Brown. He said in high school Jason mostly "hung out with white guys." He said he knew Jason as a nice guy, "ya know always trying to help his mom and stuff." He said Jason's mom had been sick for about 5 years with Diabetes. He said he does not know of any medical problems with Jason and does not know him to take prescription drugs, "unless he got them from Roy."

USAO1771

Inspection Service
Exhibit
5

Morgan said on the day of the incident, November 30, 2003, he saw Jason drive by his house at about 10:30 a.m. He said he had "gotten out of bed to clean up the yard." He said Jason came by his house riding a bicycle, which he confirmed as Uncle Junior's brown colored bicycle. He said he yelled hello to Jason when he rode by the house. He said Jason kept riding and did not acknowledge him (Morgan).

Morgan said he "never suspected Jason of doing something like that," referring to the homicide. He said he does not remember Jason being violent, "except that time in Midway." He said that there was an incident in Midway when Jason, Robert Bizzard, and Clinton Allen Morgan robbed a store. He said he knew Clinton was just there at the wrong time because Clinton "did not do things like that". He said Jason was there at the incident but did not get arrested at the time because no one could identify him. He said later they did arrest Jason in association with the robbery. He said he knew Jason was there but his (Jason's) mom "got a good lawyer to get the charges dropped." Morgan said they got approximately $70-80 from the robbery.

Morgan said he does not associate much with the Brown family any longer because he thinks they are jealous of his house. He said his grandmother, Alvina Bernice Morgan, "left him his house when she passed away." He said his mother, Vancile Morgan, and Jason's mother, Sadi Brown, are sisters. He said he lived with his grandmother for a long time before she passed away.

Morgan said all of the Morgan and Brown family go to the church located on the Morgan land, St. Pauls. He said mostly the mothers and some of the kids. He said Jason did not go there very often. He said the preacher of St. Pauls church is Reverend B.T. Smith, who is married to an aunt in the family and they live in Long County, Ludowici.

The interview concluded at approximately 12:05 P.M.

TE Barnell
Postal Inspector

USAO1772

MEMORANDUM OF INTERVIEW

CASE NUMBER            :    241-1370514-ECR(1)

PERSON INTERVIEWED     :    Reverend Booker T. Smith

PLACE OF INTERVIEW     :    Corner house Franklin St. & Hwy. 57
                            Ludowici, GA 31316

DATE OF INTERVIEW      :    January 16, 2003

TIME OF INTERVIEW      :    Approximately 2:30 p.m.

INTERVIEWED BY         :    Inspector TE Barnell

Reverend Booker T. (B.T.) Smith was interviewed on January 16, 2003 at his residence located on the corner of Franklin St. & Highway 57, Ludowici, GA 31316, to obtain personal information about Meier Jason Brown. Jason Brown is the primary suspect in the homicide investigation of Sallie Gaglia, which occurred at the Fleming, GA Post Office on November 30, 2002.

Reverend Smith said he has been pastor of the St. Paul Baptist Church, Leroy Coffer Hwy, Fleming, GA 31309 for approximately 14 years. He said he wanted to "advise you that I am also a lawyer but will talk to you about some things." He said he has known the Sadie Brown family for about 50 years. He said he knows the families, which consist of the Brown, Holly, and Miller families, residing on the Morgan land. He said he is married to Sadie Brown's sister Olive T. Smith. He said Jason is a member of the church. He said he has been a pastor for 43 years and it is "my job to get people into church and Jason is in church."

Reverend Smith said he does not know Jason on a personal level but just by seeing him at church. He said Jason would bring his mother to church, "sometimes he would stay and sometimes he would leave," after bringing Sadie to church. He said Jason is "a very friendly boy." He said the "whole family is very friendly, a good family." He said the trouble "the boys" had been in was "Satan not God." He said "Satan does not need those in the world he already has them. It is those in the church that he is after." He said the homicide "is the work of Satan, not God" and that it completely astonished the community.

Reverend Smith said Sadie has never mentioned her boys being in trouble. He said he did not know Jason or anyone in the family to have any mental conditions or taking any medications for mental conditions. He said he knew the boys may drink but he did not think they were into drugs. He said after the homicide the church had been praying for the Gaglia and Brown families. He said he and others from the congregation went to visit Mr. Gaglia. He said, Gaglia was pleasant and asked

USAO1773

Inspection Service
Exhibit
6

them to come into his house.  Reverend Smith said Gaglia told them, "What's done is done."  He said they did not go into the house but stayed outside by the porch.

Reverend Smith said he also preaches at two other churches, one in Waverly, GA the Rising Door and one in Sapelo Island, GA the First African Baptist Church.  He said there was a killing at the Waverly, GA church approximately 12 years ago, when a man and woman were killed.  Reverend Smith provided his telephone number as 912-545-2421.

The interview concluded at approximately 3:15 P.M.

TE Barnell
Postal Inspector

USAO1774



USAO1775

Inspection Service
Exhibit
7

Jesse Bellamy
Barbara Bennett
Michelle Berg
hale Berry
Lalita Beverly

Kevin Blasglow
Denise Blue
Lynn Boatright
Matthew Bowden
Celia Bowen

Catherine Boyd
Stanford Boyd
Sandy Bradley
Aaron Brewer
Scott Brewer

Sharon Briggs
Jennifer Britton
Kimberly Broderway
Rico Brooks
ian Brown

Jason Brown
Jimmie Brown
Nerissa Brown
Thomas Brown
Tony Brown —

Warren Brown
Elisha Burgess
Larry Burke
thaniel Burke
les Burriss



USAO1776

## MEMORANDUM OF INTERVIEW

CASE NUMBER            :     241-1370514-ECR(1)

PERSON INTERVIEWED     :     Coach Akins

PLACE OF INTERVIEW     :     Bradwell Institute
                             100 Pafford St.
                             Hinesville, GA 31313

DATE OF INTERVIEW      :     January 14, 2003

TIME OF INTERVIEW      :     Approximately 2:00 p.m.

INTERVIEWED BY   ›     :     Inspector TE Barnell

---

Coach Akins was interviewed on January 14, 2003 at the Bradwell Institute, Hinesville, GA 31313 for personal information about Meier Jason Brown as a student. Coach Akins taught U.S. History during the 1990 school year at the Bradwell Institute, which Brown attended. Meier Jason Brown is the primary suspect in the homicide of Sallie Gaglia on November 30, 2002, at the Fleming Georgia Post Office.

Coach Akins said he did not remember Brown as he observed Brown's photo in the 1989 Prospectus Annual. Akins said he does remember several other students, who are now in the news but he did not recognize Brown. He said he "generally remembers those students that cause trouble but Brown does not stand out as being a trouble maker."

The interview concluded at approximately 2:15 P.M.

TE Barnell
Postal Inspector

Inspection Service
Exhibit
8

## MEMORANDUM OF INTERVIEW

CASE NUMBER      :      241-1370514-ECR(1)

PERSON INTERVIEWED  :      Rose Collins

PLACE OF INTERVIEW   :      Bradwell Institute
                                    100 Pafford St.
                                    Hinesville, GA 31313

DATE OF INTERVIEW    :      January 14, 2003

TIME OF INTERVIEW    :      Approximately 2:15 p.m.

INTERVIEWED BY    ,    :      Inspector TE Barnell

---

Rose Collins was interviewed on January 14, 2003 at the Bradwell Institute, Hinesville, GA 31313 for personal information about Meier Jason Brown as a student. Rose Collins taught French at the Bradwell Institute during the 1990 school year, which Brown attended. Meier Jason Brown is the primary suspect in the homicide of Sallie Gaglia on November 30, 2002, at the Fleming Georgia Post Office.

Rose Collins said she did not remember Brown as she observed Brown's photo in the 1989 Prospectus Annual. Collins said she usually remembers students, who are above average or cause a lot of trouble, but she could not remember Brown as a student.

The interview concluded at approximately 2:20 P.M.

*TE Barnell*

TE Barnell
Postal Inspector

Inspection Service
Exhibit
9

## MEMORANDUM OF INTERVIEW

CASE NUMBER : 241-1370514-ECR(1)

PERSON INTERVIEWED : Don Melton

PLACE OF INTERVIEW : Liberty County High School
3216 E. Oglethorpe Hwy.
Hinesville, GA 31313

DATE OF INTERVIEW : January 14, 2003

TIME OF INTERVIEW : Approximately 2:45 p.m.

INTERVIEWED BY : Inspector TE Barnell

---

Don Melton was interviewed on January 14, 2003 at the Liberty County High School, Hinesville, GA 31313 for personal information about Meier Jason Brown as a student. Don Melton taught General English III during the 1990 school year at the Bradwell Institute, which Brown attended. Meier Jason Brown is the primary suspect in the homicide of Sallie Gaglia on November 30, 2002, at the Fleming Georgia Post Office.

---

Don Melton said he did not remember Brown. He said he did not "even recognize the name." He said he generally remembers students, who are above average or cause trouble, but he does not remember Jason Brown.

The interview concluded at approximately 3:00 P.M.

TE Barnell
Postal Inspector

USAO1779

Inspection Service
Exhibit

## MEMORANDUM OF INTERVIEW

CASE NUMBER              :     241-1370514-ECR(1)

PERSON INTERVIEWED       :     Roger Jackson

PLACE OF INTERVIEW       :     Bradwell Institute
                               100 Pafford St.
                               Hinesville, GA 31313

DATE OF INTERVIEW        :     January 15, 2003

TIME OF INTERVIEW        :     11:40 a.m. – 11:45 a.m.

INTERVIEWED BY           :     Inspector TE Barnell

---

Roger Jackson was interviewed on January 15, 2003 at the Bradwell Institute, Hinesville, GA 31313 for personal information about Meier Jason Brown as a student. Roger Jackson taught History at the Bradwell Institute during the 1985-1986 school year, which Brown attended. Meier Jason Brown is the primary suspect in the homicide of Sallie Gaglia on November 30, 2002, at the Fleming Georgia Post Office.

Roger Jackson said he confirmed through personal records that he did teach Jason Brown during the 1985-1986 school year. He said he did not remember Brown and if Brown was a troubled student he would have remembered him. He said he did recognize the photo of Brown in the 1989 Prospectus Annual but did not have any memories of Brown as being either a good or bad student.

The interview concluded at approximately 11:45 A.M.

*J E Barnell*

TE Barnell
Postal Inspector

USAO1780

Inspection Service
Exhibit
11

MEMORANDUM OF INTERVIEW

CASE NUMBER : 241-1370514-ECR(1)

PERSON INTERVIEWED : Janet Reddick

PLACE OF INTERVIEW : Bradwell Institute
100 Pafford St.
Hinesville, GA 31313

DATE OF INTERVIEW : January 15, 2003

TIME OF INTERVIEW : 11:58 a.m. – 12:05 p.m.

INTERVIEWED BY : Inspector TE Barnell

---

Janet Reddick was interviewed on January 15, 2003 at the Bradwell Institute, Hinesville, GA 31313 for personal information about Meier Jason Brown as a student. Janet Reddick taught Health at the Bradwell Institute during the 1985-1986 school year, which Brown attended. Meier Jason Brown is the primary suspect in the homicide of Sallie Gaglia on November 30, 2002, at the Fleming Georgia Post Office.

Janet Reddick said she recognized Brown's photo in the 1989 Prospectus Annual but did not "have any positive or negative memories." She said she started teaching at Bradwell Institute in 1983 and had only been teaching for approximately two years in 1985.

The interview concluded at approximately 12:05 P.M.

TE Barnell
Postal Inspector

USAO1781

Inspection Service
Exhibit
12

## MEMORANDUM OF INTERVIEW

CASE NUMBER                :     241-1370514-ECR(1)

PERSON INTERVIEWED         :     Carol Watkins

PLACE OF INTERVIEW         :     Bradwell Institute
                                 100 Pafford St.
                                 Hinesville, GA 31313

DATE OF INTERVIEW          :     January 15, 2003

TIME OF INTERVIEW          :     12:52 p.m. – 12:55 p.m.

INTERVIEWED BY             :     Inspector TE Barnell

---

Carol Watkins was interviewed on January 15, 2003 at the Bradwell Institute, Hinesville, GA 31313 for personal information about Meier Jason Brown as a student. Carol Watkins taught Brown the Bradwell Institute during the 1985-1986 school year. Meier Jason Brown is the primary suspect in the homicide of Sallie Gaglia on November 30, 2002, at the Fleming Georgia Post Office.

Carol Watkins did not remember the name Jason Brown and did not remember his picture in the 1989 Prospectus Annual. She said she began teaching in approximately 1983 and had been teaching approximately three years in 1986.

The interview concluded at approximately 12:55 P.M.

TE Barnell
Postal Inspector

USAO1782

Inspection Service
Exhibit
13

## MEMORANDUM OF INTERVIEW

CASE NUMBER                :        241-1370514-ECR(1)

PERSON INTERVIEWED         :        Lillian Shurtleff

PLACE OF INTERVIEW         :        Bradwell Institute
                                    100 Pafford St.
                                    Hinesville, GA 31313

DATE OF INTERVIEW          :        January 15, 2003

TIME OF INTERVIEW          :        12:40 p.m. – 12:48 p.m.

INTERVIEWED BY             :        Inspector TE Barnell

---

Lillian Shurtleff was interviewed on January 15, 2003 at the Bradwell Institute, Hinesville, GA 31313 for personal information about Meier Jason Brown as a student. Lillian Shurtleff taught Economics at the Bradwell Institute during the 1987-1988 school year, which Brown attended. Meier Jason Brown is the primary suspect in the homicide of Sallie Gaglia on November 30, 2002, at the Fleming Georgia Post Office.

Lillian Shurtleff did not remember the name Jason Brown but said his picture in the 1989 Prospectus Annual did look familiar. She said he did not stand out to be a good or bad student. She said he (Brown) is the same age as her son. She said she generally remembers trouble makers but does not remember him to be in any trouble. She said she remembers many students "very well" but could not remember Brown.

Lillian Shurtleff said she had heard about the homicide because she is in the Lion's of Georgia Club and Fleming has a Lion's Club. She said she is very familiar with M. C. Cofer, who held a county position for a long time. She said Cofer attends the Methodist church.

The interview concluded at approximately 12:48 P.M.

TE Barnell
Postal Inspector

USAO1783

Inspection Service
Exhibit
14

## Memorandum of Interview

CASE NUMBER　　　　　　:　241-1370514-ECR(1)

PERSON INTERVIEWED　　:　Shelton Williams

PLACE OF INTERVIEW　　:　Bradwell Institute
　　　　　　　　　　　　　　　100 Pafford St.
　　　　　　　　　　　　　　　Hinesville, GA 31313

DATE OF INTERVIEW　　 :　January 15, 2003

TIME OF INTERVIEW　　 :　12:10 p.m. – 12:15 p.m.

INTERVIEWED BY　›　　　:　Inspector TE Barnell

---

Shelton Williams was interviewed on January 15, 2003 at the Bradwell Institute, Hinesville, GA 31313 for personal information about Meier Jason Brown as a student. Shelton Williams taught Forestry at the Bradwell Institute during the 1987-1988 school year, which Brown attended. Meier Jason Brown is the primary suspect in the homicide of Sallie Gaglia on November 30, 2002, at the Fleming Georgia Post Office.

Shelton Williams said he recognized Brown's photo in the 1989 Prospectus Annual. He said Brown "was an average student with no problems." He said he knew and talked with Brown but "from my memory never had any discipline problems that I can remember." He said he remembered Brown to be "cordial in their conversations."

The interview concluded at approximately 12:15 P.M.

TE Barnell
Postal Inspector

USAO1784

Inspection Service
Exhibit
15

## MEMORANDUM OF INTERVIEW

| | | |
|---|---|---|
| CASE NUMBER | : | 241-1370514-ECR(1) |
| PERSON INTERVIEWED | : | Venessa Parker, School Social Worker |
| PLACE OF INTERVIEW | : | Telephone Interview |
| DATE OF INTERVIEW | : | February 4, 2003 |
| TIME OF INTERVIEW | : | 11:00 a.m. – 11:20 a.m. |
| INTERVIEWED BY | : | Inspector T. E. Barnell |

Venessa Parker was interviewed on February 4, 2003, by telephone. Parker is a School Social Worker for the Liberty Educational Alternative Division, 110 South Gause Street, Hinesville, GA 31313. Parker worked with Meier Brown for approximately one year during his school years. Meier Jason Brown is the primary suspect in the homicide of Sallie Gaglia on November 30, 2002, at the Fleming GA Post Office.

Venessa Parker said she made a couple of home visits to Jason's home. She said she went to his house because of issues with medication. She said he needed medication to function appropriately in school and was not receiving the medication. She said she went to his house and talked with Sadie (Jason's mother) to determine how she (Parker) could help get Jason the needed medication.

Venessa Parker said Sadie was very supportive and appreciative. She said Sadie was helpful and provided her (Parker) a Medicaid card to pick up the medication. Ms. Parker said she got the medication Jason needed and left it at the school to ensure Jason received his medication.

Venessa Parker said she did not know of any problems with Jason at school with other students or teachers. She said Jason had problems being defiant, where he would not follow the instructions of the teachers. She said Jason was always nice to her on the couple of occasions she met him.

The interview concluded at approximately 11:20 A.M.

TE Barnell
Postal Inspector

# MEMORANDUM OF INTERVIEW

CASE NUMBER          :    241-1370514-ECR(1)

PERSON INTERVIEWED   :    Gloria Boyd, School Social Worker

PLACE OF INTERVIEW   :    Telephone Interview

DATE OF INTERVIEW    :    February 6, 2003

TIME OF INTERVIEW    :    6:00 p.m. – 6:15 p.m.

INTERVIEWED BY       :    Inspector T. E. Barnell

Gloria Boyd was interviewed on February 6, 2003, by telephone. Boyd is a retired School Social Worker for the Liberty Educational Alternative Division, 110 South Gause Street, Hinesville, GA 31313. Boyd provided assistance to Meier Brown during his school years. Meier Jason Brown is the primary suspect in the homicide of Sallie Gaglia on November 30, 2002, at the Fleming GA Post Office.

Gloria Boyd said she visited with Sadie Brown on several occasions concerning truancy problems with Meier Brown. She said Meier also had problems staying focused in school but he took medication to stay focused. She said Meier and the other children were always in trouble from misbehaving on the school bus. She said the bus driver was Ms. Virginia Shapp. She said some of the truancy problems extended from being suspended off the bus. She said she did not remember any violent behaviors just "general misbehaving."

Boyd said Sadie was very concerned but was always ill and incapable of taking care of the children. She said the older Morgan boys had to help raise the younger children. She said the father was not around and there was no father figure. She said the older boys were approximately 16 or 17 years old so there was basically no authority over Meier.

Boyd said many times when she visited the Brown residence Sadie was not around because she was in the hospital. She said she never visited other family members but discussed the problems with the older children. She said she recalled the Morgan family had a hard life with the mother's bad health problems.

The interview concluded at approximately 6:15 P.M.

TE Barnell
Postal Inspector

USAO1786

Inspection Service
Exhibit
18

# MEMORANDUM OF INTERVIEW

CASE NUMBER            :     241-1370514-ECR(1)

PERSON INTERVIEWED     :     Annie Scott

PLACE OF INTERVIEW     :     283 Tunie Miller Rd.
                             Fleming, GA 31309

DATE OF INTERVIEW      :     January 15, 2003

TIME OF INTERVIEW      :     5:20 a.m. – 5:30 a.m.

INTERVIEWED BY   .     :     Inspector TE Barnell
                             Inspector M. Iorio

Annie Scott was interviewed on January 15, 2003 at her residence, 283 Tunie Miller Rd., Fleming, GA 31309, to obtain personal information about Jason Brown and to determine if Scott knew anything about the homicide of Sallie Gaglia, which occurred at the Fleming, GA Post Office on November 30, 2002. Meier Jason Brown is the primary suspect in the homicide investigation of Sallie Gaglia.

Annie Scott said she knows Sadie Brown but does not know any of the boys. She said she knows Sadie has a lot of boys. She said Sadie is a good lady. She said Moe Gill brings her food and she leaves some of the food on the front porch for Sadie. She said one of Sadie's boys comes to the house and picks up the food. She said she did not see anyone pick up the food on November 30, 2002.

Annie Scott said whoever "committed the murder should be electrocuted." She said, "Back in my days, they could hang them, when someone did something like that." She said, "That is the problem with people today. They don't do anything to them when they do wrong."

Annie Scott said she used to live in Florida before moving here, referring to her present residence. She said she lives at her residence alone.

The interview concluded at approximately 5:30 P.M.

TE Barnell
Postal Inspector

USAO1787

Inspection Service
Exhibit
19

## MEMORANDUM OF INTERVIEW

'CASE NUMBER             :        241-1370614-ECR(1)

PERSON INTERVIEWED      :        Gregory Carter

PLACE OF INTERVIEW      :        7314 Leroy Coffer Highway
                                 Fleming, GA 30309

DATE OF INTERVIEW       :        January 15, 2003

TIME OF INTERVIEW       :        6:15 PM

INTERVIEWED BY        · :        M. C. Iorio, Postal Inspector
                                 T. E. Barnell, Postal Inspector

---

Gregory Carter was interviewed at the above time and place regarding his knowledge of the Fleming, Ga Post Office robbery.

Mr. Carter stated he doesn't have any proof but he believes Meier Jason Brown "wouldn't hurt a fly." He further stated the Morgans and Browns sell cocaine and crack out of their trailers. The Bizzards also live there. Mr. Carter believes Robert Bizzard could have killed the Postal employee. He believes this because Robert beat him up one time so he is violent. He beat him up because someone offered Robert crack to do it. Robert also needs money and his head was shaved after the incident at the Fleming Post Office.

Mr. Carter also believes Meier Jason Brown's arms are not long enough to stab through the victim, but Robert's arms are long enough.

Mr. Carter ended this interview by saying, "I have no proof or evidence, and I don't know anything, but I know these people because I used to buy drugs from them."

*M. C. Iorio*
M. C. Iorio
Postal Inspector

USAO1788

Inspection Service
Exhibit
20

## MEMORANDUM OF INTERVIEW

CASE NUMBER : 241-1370514-ECR(1)

PERSON INTERVIEWED : Pat Bowen

PLACE OF INTERVIEW : 127 Mt. Olivet Church Rd.
Fleming, GA 31309

DATE OF INTERVIEW : January 16, 2003

TIME OF INTERVIEW : 5:00 p.m. – 5:15 p.m.

INTERVIEWED BY : Inspector TE Barnell

---

Pat Bowen was interviewed on January 16, 2003 at his residence, 127 Mt. Olivet Church Rd., Fleming, GA 31309, to obtain personal information about Jason Brown and to determine if Bowen knew anything about the homicide of Sallie Gaglia, which occurred at the Fleming, GA Post Office on November 30, 2002. Meier Jason Brown is the primary suspect in the homicide investigation of Sallie Gaglia.

Bowen said that he was in his yard working that morning, November 30, 2002, at approximately 8:30 a.m. and he saw a person riding a bike headed to Bowen's residence, which is across the tracks from the Fleming Post Office. He said he could not tell which direction the person went when he got to the fork in the dirt road.

Bowen said he does not know Jason but knows the twins, Leo and Levy Brown. He said Leo and Levy are good boys as far as he knew but "the others are not worth a cent." He said he has lived there for about 35-38 years and has had a few dealings with the group of boys. He said he owns the Short Cut food store, which he now rents to Rog Patel. He said he owned and operated the store when the boys were arrested for forging checks. He said his brother-in-law, David Rogers, has lived there all his life. He said that David Hodges is retired and may have seen something the day of the homicide.

The interview concluded at approximately 5:15 P.M.

TE Barnell.
Postal Inspector

USAO1789

Inspection Service
Exhibit
21

### MEMORANDUM OF INTERVIEW

| | | |
|---|---|---|
| CASE NUMBER | : | 241-1370514-ECR(1) |
| PERSON INTERVIEWED | : | Henry A. Haymans |
| PLACE OF INTERVIEW | : | 70 Tunie Miller Rd. Fleming, GA 31309 |
| DATE OF INTERVIEW | : | January 16, 2003 |
| TIME OF INTERVIEW | : | 5:15 p.m. – 5:30 p.m. |
| INTERVIEWED BY | : | Inspector TE Barnell |

Henry A. Haymans was interviewed on January 16, 2003 at his residence, 70 Tunie Miller Rd., Fleming, GA 31309, to obtain personal information about Jason Brown and to determine if Haymans knew anything about the homicide of Sallie Gaglia, which occurred at the Fleming, GA Post Office on November 30, 2002. Meier Jason Brown is the primary suspect in the homicide investigation of Sallie Gaglia.

Haymans said he was out working in his garden at approximately 6:30 a.m. on November 30, 2002. He said at approximately 8:30 a.m. he saw "a boy with a white jacket and hood riding a green bicycle, crossing the tracks and heading down the dirt road." He said the boy was not a big person but "definitely a black male." He said he did not notice what other articles of clothing the boy was wearing. He said approximately 35-40 minutes later he heard the police cars, which went to the Fleming Post Office.

Haymans said he was about the seventh person to arrive at the Post Office after the homicide. He said, "Little Billy Reynolds" made the initial 911 call to Richmond Hill Police Department. He said Billy Reynolds' dad is the police chief in Richmond Hills. He said they live down the street at the "Blunt's Wrecker Service sign."

Haymans said he has lived in Fleming, GA approximately 30 years. He said he "worked turpentine with the older Morgans and they were nice people," but has had no dealings with the younger boys living there now. He said he has known Sallie Gaglia for years and she was a great woman.

The interview concluded at approximately 5:30 P.M.

TE Barnell
Postal Inspector

USAO1790

Inspection Se
Exhibit
22

## MEMORANDUM OF INTERVIEW

CASE NUMBER            :      241-1370514-ECR(1)

PERSON INTERVIEWED     :      J. F. (Moe) Gill

PLACE OF INTERVIEW     :      1100 Mt. Olivet Church Rd.
                              Fleming, GA 31309

DATE OF INTERVIEW      :      January 16, 2003

TIME OF INTERVIEW      :      Approximately 6:00 p.m.

INTERVIEWED BY         :      Inspector TE Barnell

---

Moe Gill was interviewed on January 16, 2003 at his residence, 1100 Mt. Olivet Church Rd., Fleming, GA 31309, to obtain personal information about Jason Brown and to determine if Gill knew anything about the homicide of Sallie Gaglia, which occurred at the Fleming, GA Post Office on November 30, 2002. Meier Jason Brown is the primary suspect in the homicide investigation of Sallie Gaglia.

Moe Gill said he was the prior County Commissioner for Fleming, GA. He said Annie Scott has worked for the Gill family for about two generations. He said he "remembered her feeding him as a child." He said she worked for his father and now he (Gill) helps take care of her. He said he does not provide food for her but gives her money for food and to help with her bills when she needs it. He said he assists only Annie Scott and not the Morgan family. He said Annie Scott is approximately 88-89 years of age.

Moe Gill said that he knows nothing about Jason Brown but he does know Leo, Jason's brother. He said Leo has helped him (Gill) a couple of times around the yard. Gill said Leo now works for Tim Kirkland, Faith Roofing. He said he asked Leo about the homicide but Leo said he didn't know anything about it. He said Leo is "in and out of the trailer." He said Sam Morgan has worked for him for several years.

Moe Gill said he owns the metal building by the Fleming Post Office and he is usually there on a regular basis. He said on the morning of the homicide he was hunting with his son. He said they heard the sirens going toward the Post Office. He said he arrived at the Post Office after others and talked with A.C. Etters and Bruce Proman, who "saw a guy on a bicycle."

USAO1791

Inspection Service
Exhibit
23

Moe Gill said it is "a shame about Sallie." He said "she was a great woman and everyone loved her." He said whoever did this is "just cold blooded."

The interview concluded at approximately 6:30 P.M.

TE Barnell
Postal Inspector

USAO1792

2

## MEMORANDUM OF INTERVIEW

CASE NUMBER                    :         241-1370514-ECR(1)

PERSON INTERVIEWED    :         Jason Dean

PLACE OF INTERVIEW      :         7037 Leroy Coffer Hwy.
                                                     Fleming, GA 31309

DATE OF INTERVIEW        :         January 22, 2003

TIME OF INTERVIEW        :         4:20 p.m. – 4:30 p.m.

INTERVIEWED BY             :         Inspector T.E. Barnell

---

Jason Dean was interviewed on January 22, 2003, at his residence, 7037 Leroy Coffer Hwy., Fleming, GA 31309, to obtain personal information about Jason Brown, who is the primary suspect in the homicide investigation of Sallie Gaglia that occurred November 30, 2002. Jason Dean is the nephew of Sallie Gaglia.

Jason Dean said he had been in the Marines and moved back to Fleming, GA, about two years ago. He said Sallie Gaglia is his aunt. He said his mother, Kathyren Webb, is Sallie's sister. He said David Clark is his uncle, the brother of Sallie.

He said he does know Cedric Morgan, who is the cousin of Jason Brown. He said he went to school at the Bradwell Institute with Cedric Morgan. He said he has never met Jason Brown and does not know the Brown family. He said there have never been problems like this in Fleming, GA, and it "shocked the whole community."

The interview concluded at approximately 4:30 p.m.

*J. E. Barnell*

T. E. Barnell
Postal Inspector

Inspection Servic
Exhibit
24

## MEMORANDUM OF INTERVIEW

CASE NUMBER            :        241-1370514-ECR(1)

PERSON INTERVIEWED     :        David and Mary Clark

PLACE OF INTERVIEW     :        6935 Leroy Coffer Hwy.
                                Fleming, GA 31309

DATE OF INTERVIEW      :        January 22, 2003

TIME OF INTERVIEW      :        7:30 p.m. – 8:30 p.m.

INTERVIEWED BY         :        Inspector TE Barnell

---

David and Mary Clark was interviewed on January 22, 2003 at their residence, 6935 Leroy Coffer Hwy., Fleming, GA 31309, to obtain personal information about Jason Brown and to determine if the Clarks knew anything about the homicide of Sallie Gaglia, which occurred at the Fleming, GA Post Office on November 30, 2002. Meier Jason Brown is the primary suspect in the homicide investigation of Sallie Gaglia.

David Clark is the brother of Sallie Gaglia and was born and raised in Fleming, GA. He said he has resided at this address with his wife Mary for approximately 37 years. He said Mary has driven the school bus for years and drove the school bus when Jason attended Liberty County Elementary School. He said he was at the Fleming Post Office on November 30, 2002, at approximately 10:00 a.m. He said he had taken a nativity scene by the church and stopped by the Post Office on his way home. He said Melissa Youngblood was at the Post Office when he arrived and when he left.

Mary Clark said Jason rode the bus but was expelled a lot. She said all of the kids were expelled a lot and given little supervision. She said she would discipline the kids while they were on her bus. She said she was "held at gunpoint by one of the mothers in the group." She said it was Sadie Brown's sister. She said the kids fought a lot on the bus, "especially Latoya."

Mary Clark said the Morgan boys, which is the way the group is known even though they have different last names, used to play basketball at their (Clark's) residence. She said her son Neil used to play with the Morgan boys all the time when they were younger. She said Cedric Morgan and Neil were good friends during elementary school. She said they never had any problems with the boys as they were growing up. She said Neil went to Bradwell Institute with Cedric but Cedric "never went to school half the time." She said they didn't have "much dealings with the Morgans after elementary school."

Inspection Service
Exhibit
25

Mary Clark said at one time there were 11 children from the Morgan group on her bus, 11 children on another bus and still some running around the trailers in diapers. She said the children never appeared to be taken care of properly with torn clothes, torn shoes, and no coats in the winter time.

David Clark said they always have parties during the week and weekend. He said you can hear the loud music. He said the church is opened every Sunday, referring to the St. Paul church on the Morgan property.

David Clark said he knew Sam Morgan, Sr. the grandfather. He said Sam retired from the railroad. He said Sam Morgan passed away when he (David Clark) was in high school. He said Sam left the land to the family when he passed away.

Mary Clark said someone told her at the funeral home that Leo came into the store saying his brother, Jason, was at the Post Office just before Sallie was killed. She said it was Sheila McGinley that told her this information.

The interview concluded at approximately 8:30 P.M.

TE Barnell
Postal Inspector

USAO1795

```
@PJL USTATUS PAGE = OFF
@PJL USTATUS DEVICE = ON
@PJL USTATUS TIMED = 30
```

# APPENDIX E



**U.S. Department of Justice**

*United States Attorney*
*Southern District of Georgia*

---

*Post Office Box 8970*
*Savannah, GA 31412*
*(912) 652-4422*

*100 Bull Street*
*Savannah, GA 31401*
*FAX (912) 652-4388*

October 20, 2003

William G. Bell, III, Esq.
420 West Broughton Street
Savannah, GA   31401

Richard M. Darden, Esq.
Darden, Burns & Harris, LLP
219 West York Street
Savannah, GA   31401

Re:  *US v Brown, CR NO. 403-01*

Dear Mr. Bell:

Pursuant to Fed. R. Crim. P. 16, enclosed please find the following materials:

> **Bates Stamp documents**
> **USAO Number 01748 - 1813**
> **(Inspection Service Report Background Investigation of**
> **Meier Jason Brown)**

I am aware of the government's continuing duty to disclose discoverable materials and will do so as I receive them. Finally, please be advised that the government hereby requests any materials discoverable pursuant to Fed. R. Crim. P. 16(b).

If you have any questions, please do not hesitate to contact me.

Sincerely,

RICHARD S. THOMPSON
UNITED STATES ATTORNEY

By: _____

William Frentzen
Assistant United States Attorney

Encl

# APPENDIX F

**AFFIDAVIT OF SARA FLYNN, MSW**

State of Florida
County of Duval

Comes now the undersigned who makes the following statement, under oath, and before the undersigned Notary Public who is authorized by law to hear and accept oaths and based upon his/her own personal knowledge of the facts averred herein states as follows:

1. My name is Sara Flynn. My post office address is 5513 Roosevelt Blvd., #204, Jacksonville, FL 32244. In 1991, I received a Bachelor of Science degree in Psychology from the University of North Carolina at Chapel Hill, where I graduated Summa Cum Laude, Phi Beta Kappa. In 1998, I completed a Master's degree in Social Work from the University of North Carolina at Chapel Hill.

2. I have been working as a Mitigation Specialist since 1997. I was a Mitigation Specialist on staff at The Center for Death Penalty Litigation in Durham, NC, from August, 1997, to July, 2003. My tasks included: (1) locating and interviewing witnesses including mitigation witnesses, victims' family members, guilt phase witnesses and jurors; 2) writing thorough interview summaries; (3) gathering and digesting records; (4) preparing useful chronologies, social histories and other summary documents for attorneys, experts and/or use as exhibits; (5) recruiting and working with appointed defense team experts; (6) securing affidavits; (7) organizing and maintaining contact information of potential witnesses; (8) working with clients and responding to their individual needs; (9) preparing witnesses to testify at trials and hearings; (10) assisting with jury selection; (11) expert trial testimony; and (12) travel, including overnight out-of-state travel, several days at a time.

3. Since July 2003, I have contracted privately on capital cases in NC, GA, AL, FL, LA, TN, and in several federal cases as well. I have contracted as a Mitigation Consultant with the Office of the Public Defender in Jacksonville, FL and the Public Defender's Office in Tampa, FL. I have testified at trials in state and federal courts. I have also assisted in pre-sentencing mitigation investigations in non-capital murder, rape, kidnapping and drug-related cases in state and federal courts. In total, I have been appointed or consulted on over 100 cases (the majority of which were capital cases) in the last ten years (please see case list, attached).

4. Jeffrey Ertel, post-conviction attorney for Meier Jason Brown, asked me to perform the function of mitigation specialist in Mr. Brown's case and to investigate and document his background and social history. To that end, I have obtained copies of socially historical records; I have interviewed numerous witnesses; and I have visited the Morgan compound on numerous occasions. I have conducted and am conducting the sort of investigation that leads to collateral sources of information relevant to mitigation and often sought out by mental health experts in order to evaluate a patient.

5. I have read the 2255 motion prepared by Mr. Ertel. I assisted in preparing the social history that is contained therein, based upon my own investigation. That social history is accurate to the best of my knowledge.

6. I have also recorded a video of the Morgan compound and provided it to Mr. Ertel.

Further affiant sayeth not.

Sara Flynn, MSW

Sworn to and subscribed before me
this the ___21 day of January, 2008.

NOTARY PUBLIC

My commission expires:

RICHARD L HILL
Notary Public - State of Florida
My Commission Expires Jun 6, 2008
Commission # DD326240
Bonded By National Notary Assn.

# APPENDIX F

### AFFIDAVIT OF SARA FLYNN, MSW

State of Florida
County of Duval

Comes now the undersigned who makes the following statement, under oath, and before the undersigned Notary Public who is authorized by law to hear and accept oaths and based upon his/her own personal knowledge of the facts averred herein states as follows:

1. My name is Sara Flynn. My post office address is 5513 Roosevelt Blvd., #204, Jacksonville, FL 32244. In 1991, I received a Bachelor of Science degree in Psychology from the University of North Carolina at Chapel Hill, where I graduated Summa Cum Laude, Phi Beta Kappa. In 1998, I completed a Master's degree in Social Work from the University of North Carolina at Chapel Hill.

2. I have been working as a Mitigation Specialist since 1997. I was a Mitigation Specialist on staff at The Center for Death Penalty Litigation in Durham, NC, from August, 1997, to July, 2003. My tasks included: (1) locating and interviewing witnesses including mitigation witnesses, victims' family members, guilt phase witnesses and jurors; 2) writing thorough interview summaries; (3) gathering and digesting records; (4) preparing useful chronologies, social histories and other summary documents for attorneys, experts and/or use as exhibits; (5) recruiting and working with appointed defense team experts; (6) securing affidavits; (7) organizing and maintaining contact information of potential witnesses; (8) working with clients and responding to their individual needs; (9) preparing witnesses to testify at trials and hearings; (10) assisting with jury selection; (11) expert trial testimony; and (12) travel, including overnight out-of-state travel, several days at a time.

3. Since July 2003, I have contracted privately on capital cases in NC, GA, AL, FL, LA, TN, and in several federal cases as well. I have contracted as a Mitigation Consultant with the Office of the Public Defender in Jacksonville, FL and the Public Defender's Office in Tampa, FL. I have testified at trials in state and federal courts. I have also assisted in pre-sentencing mitigation investigations in non-capital murder, rape, kidnapping and drug-related cases in state and federal courts. In total, I have been appointed or consulted on over 100 cases (the majority of which were capital cases) in the last ten years (please see case list, attached).

4. Jeffrey Ertel, post-conviction attorney for Meier Jason Brown, asked me to perform the function of mitigation specialist in Mr. Brown's case and to investigate and document his background and social history. To that end, I have obtained copies of socially historical records; I have interviewed numerous witnesses; and I have visited the Morgan compound on numerous occasions. I have conducted and am conducting the sort of investigation that leads to collateral sources of information relevant to mitigation and often sought out by mental health experts in order to evaluate a patient.

5. I have read the 2255 motion prepared by Mr. Ertel. I assisted in preparing the social history that is contained therein, based upon my own investigation. That social history is accurate to the best of my knowledge.

6. I have also recorded a video of the Morgan compound and provided it to Mr. Ertel.

Further affiant sayeth not.

*Sara Flynn, MSW*
Sara Flynn, MSW

Sworn to and subscribed before me this the ___21___ day of January, 2008.

*Richard Hill*
NOTARY PUBLIC

My commission expires:

RICHARD L HILL
Notary Public - State of Florida
My Commission Expires Jun 6, 2008
Commission # DD326240
Bonded By National Notary Assn.

# APPENDIX  G

# FEDERAL DEFENDER PROGRAM, INC.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

SUITE 1700, THE EQUITABLE BUILDING
100 PEACHTREE STREET N.W.
ATLANTA, GEORGIA 30303

STEPHANIE KEARNS
EXECUTIVE DIRECTOR

*TELEPHONE*
404 688-7530
800 688-7538
FAX
404 688-0768

January 22, 2008

Mr. Scott L. Poff, Clerk of Court
United States District Court for the
 Southern District of Georgia
125 Bull Street, Room 304
Savannah, GA 31401

Re: *Meier Jason Brown v. United States*, 4-07-cv-85

Dear Mr. Poff:

This letter is to inform the Court that Appendix G as attached to Mr. Brown's Motion to Vacate or Set Aside Pursuant to 28 U.S.C. §2255, is a video contained on a DVD that could not be electronically filed. As such, I am overnighting the DVD which should be added to the Court record as Appendix G.

Thank you for your cooperation in this matter.

Yours very truly,

Jeffrey L. Ertel
Attorney for Mr. Brown

enc.