# APPENDIX H

**LIBERTY COUNTY**

GA0890000

# INCIDENT REPORT
## Public
## Copy

**CASE NUMBER**
95080055

Page 1

## EVENT

**INCIDENT TYPE**
MAINTAINING A DISORDERLY HOUSE

COUNTS    INCIDENT CODE    PREMISE TYPE

WEAPON TYPE

**INCIDENT LOCATION**    ZONE    P.O. BOX 327, FLEMING    CID INVEST.

| INCIDENT DATE | TIME | DATE | TIME | STRANGER TO STRANGER |
|---|---|---|---|---|
| 08/02/1995 | 0215 | TO 08/02/1995 | 0308 | |

**COMPLAINANT**    EASON, E
**ADDRESS**    L.C.S.D. HINESVILLE, GA 31313
SOCIAL SECURITY    HOME PHONE 912-876-4555    WORK PHONE

RACE    SEX    HEIGHT    WEIGHT    HAIR    EYES    DOB    EMP/OCC

## VICTIM

**VICTIM NAME**    **ADDRESS**    SOCIAL SECURITY    HOME PHONE    WORK PHONE

RACE    SEX    HEIGHT    WEIGHT    HAIR    EYES    DOB    EMP/OCC

## OFFENDER

WANTED    **OFFENDER NAME**    MORGAN, CURTIS
RACE    SEX    HEIGHT    WEIGHT    HAIR    EYES    DOB    SOCIAL SECURITY

WARRANT    **ADDRESS**    P.O. BOX 327 FLEMING, GA
EMP/OCC    HOME PHONE NUMBER    WORK PHONE NUMBER

ARREST    **CHARGES**    MAINTAINING A DISORDERLY HOUSE
COUNTS    INCIDENT CODE    JURIS. OFF. ARR.

SUSPECT

CI = CITY
CO = COUNTY
ST = STATE
OU = OUT OF STATE

TOTAL NUMBER ARRESTED    ARREST AT OR NEAR OFFENSE SCENE    DATE OF OFFENSE    08/02/1995

## VEHICLE

STOLEN    RECOVD    SUSPECTS

TAG NUMBER    STATE    YEAR    V.I.N.    PLATE ONLY    VIN PLATE ONLY

YEAR    MAKE    MODEL    STYLE    COLOR

MOTOR SIZE (CID)    TRANSMISSION    SPEED    INSURED BY

## WITNESS

NAME    ADDRESS    PHONE NUMBER

## PROPERTY

| | VEHICLES | CURRENCY,NOTES,ETC | JEWELRY,PREC. METALS | FURS | PROPERTY RECOVERY INFOR ONLY |
|---|---|---|---|---|---|
| STOLEN RECOVERED | | | | | |
| | CLOTHING | OFFICE EQUIP | TV, RADIO, ETC. | HOUSEHOLD GOODS | JURIS. CODES |
| STOLEN RECOVERED | | | | | THEFT / RECOVERY    CI = CITY  CO = COUNTY  ST = STATE |
| | FIREARMS | CONS. GOODS | LIVESTOCK | OTHER | DATE OF THEFT    OU = OUT OF STATE |
| STOLEN RECOVERED | | | | STOLEN RECOVERED | TOTALS |

## ADM.

GCIC ENTRY    WARRANT    MISSING PERSONS    VEHICLE    ARTICLE    BOAT    GUN    SECURITIES

## DRUG

DID INVESTIGATION INDICATE THAT THIS INCIDENT WAS DRUG-RELATED?
IF YES, PLEASE INDICATE THE TYPE OF DRUG(S) USED BY OFFENDER:

## CLEAR

REQUIRED DATA FIELDS FOR CLEARANCE REPORT    CLEARED BY ARREST    EXCEPTIONTALLY CLEARED    UNFOUNDED    REPORT DATE

DATE OF CLEARANCE    ADULT    JUVENILE    CLEARANCE CODE

REPORTING OFFICER    NUMBER    APPROVING OFFICER    NUMBER

EAGLE2000(r) Law Enforcement Software

**LIBERTY COUNTY**

GA0890000

# INCIDENT REPORT
## Public
## Copy

**LIBERTY COUNTY**

GA0890000

# INCIDENT REPORT
## Public
## Copy

**CASE NUMBER**
95120810

Page 1

| INCIDENT TYPE | | COUNTS | INCIDENT CODE | PREMISE TYPE |
|---|---|---|---|---|
| CRIMINAL TRESPASS | | | | |
| | | | | WEAPON TYPE |

**INCIDENT LOCATION**    ZONE    P.O. BOX 327, FLEMING    CID INVEST.

| INCIDENT DATE | TIME | | DATE | TIME | STRANGER TO STRANGER |
|---|---|---|---|---|---|
| 12/17/1995 | 1030 | TO | 12/17/1995 | 1100 | |

**COMPLAINANT**    MORGAN, ROY    **ADDRESS**    P.O. BOX 327 FLEMING, GA 31309    SOCIAL SECURITY    HOME PHONE    WORK PHONE

RACE    SEX    HEIGHT    WEIGHT    HAIR    EYES    DOB    EMP/OCC

**VICTIM NAME**    MORGAN, ROY    **ADDRESS**    P.O. BOX 327 FLEMING, GA 31309    SOCIAL SECURITY    HOME PHONE    WORK PHONE

RACE    SEX    HEIGHT    WEIGHT    HAIR    EYES    DOB    EMP/OCC

**OFFENDER**

| WANTED | OFFENDER NAME | RACE | SEX | HEIGHT | WEIGHT | HAIR | EYES | DOB | SOCIAL SECURITY |
|---|---|---|---|---|---|---|---|---|---|
| | MORGAN, DEBRA | B | F | 508 | 125 | BLK | BRO | | |

| WARRANT | ADDRESS | EMP/OCC | HOME PHONE NUMBER | WORK PHONE NUMBER |
|---|---|---|---|---|
| | MORGAN HILL | | | |

| ARREST | CHARGES | | COUNTS | INCIDENT CODE | JURIS. OFF. ARR. | |
|---|---|---|---|---|---|---|
| | CRIMINAL TRESPASS | | | | | CI = CITY |
| SUSPECT | | | | | | CO = COUNTY |
| | | | | | | ST = STATE |
| | | | | | | OU = OUT OF STATE |

TOTAL NUMBER ARRESTED    ARREST AT OR NEAR OFFENSE SCENE    DATE OF OFFENSE  12/17/1995

**VEHICLE**

| | TAG NUMBER | STATE | YEAR | V.I.N. | PLATE ONLY | VIN PLATE ONLY |
|---|---|---|---|---|---|---|
| STOLEN | | | | | | |
| RECOVD | YEAR | MAKE | MODEL | STYLE | COLOR | |
| SUSPECTS | | | | | | |

MOTOR SIZE (CID)    TRANSMISSION    SPEED    INSURED BY

**WITNESS**

| NAME | ADDRESS | PHONE NUMBER |
|---|---|---|
| | | |

**PROPERTY**

| | VEHICLES | CURRENCY,NOTES,ETC | JEWELRY,PREC. METALS | FURS | PROPERTY RECOVERY INFOR ONLY |
|---|---|---|---|---|---|
| STOLEN | | | | | |
| RECOVERED | | | | | JURIS. CODES |
| | CLOTHING | OFFICE EQUIP | TV, RADIO, ETC. | HOUSEHOLD GOODS | THEFT / RECOVERY  CI = CITY  CO = COUNTY  ST = STATE |
| STOLEN | | | | | DATE OF THEFT  OU = OUT OF STATE |
| RECOVERED | | | | | |
| | FIREARMS | CONS. GOODS | LIVESTOCK | OTHER | TOTALS |
| STOLEN | | | | | STOLEN |
| RECOVERED | | | | | RECOVERED |

**ADM.**

GCIC ENTRY    WARRANT    MISSING PERSONS    VEHICLE    ARTICLE    BOAT    GUN    SECURITIES

**DRUG**

DID INVESTIGATION INDICATE THAT THIS INCIDENT WAS DRUG-RELATED?
IF YES, PLEASE INDICATE THE TYPE OF DRUG(S) USED BY OFFENDER:

**CLEAR**

| REQUIRED DATA FIELDS FOR CLEARANCE REPORT | CLEARED BY ARREST | EXCEPTIONTALLY CLEARED | UNFOUNDED | REPORT DATE |
|---|---|---|---|---|
| DATE OF CLEARANCE | ADULT | JUVENILE | CLEARANCE CODE | |
| REPORTING OFFICER | NUMBER | | APPROVING OFFICER | NUMBER |

EAGLE 2000(r) Law Enforcement Software

**LIBERTY COUNTY**

GA0890000

# INCIDENT REPORT
## Public
## Copy

**CASE NUMBER**

95120810

Page 2

**LIBERTY COUNTY**

GA0890000

# INCIDENT REPORT

Copy

**CASE NUMBER**
96040470

Page 1

| INCIDENT TYPE | | COUNTS | INCIDENT CODE | PREMISE TYPE |
|---|---|---|---|---|
| BURGLARY | | 1 | 5199 | 8 OTHER |

**WEAPON TYPE** 4 OTHER

**INCIDENT LOCATION**    ZONE    ST. PAUL BAPTIST CHURCH FL    CID INVEST.

| INCIDENT DATE | TIME | DATE | TIME | STRANGER TO STRANGER |
|---|---|---|---|---|
| 04/07/1996 | 0700 | TO 04/08/1996 | 1400 | UNKNOWN |

**COMPLAINANT** SCOTT, SAMUAL
**ADDRESS** P.O.BOX 308 FLEMING, GA
**SOCIAL SECURITY** 3
**HOME PHONE** 912-884-2974
**WORK PHONE**

RACE ___ SEX ___ HEIGHT ___ WEIGHT ___ HAIR ___ EYES ___ DOB ___ EMP/OCC ___

**VICTIM NAME** ST. PAUL BAPTIST, CHURCH
**ADDRESS** HWY 196EAST & FLEMINF LOOP ROAD FLEMING, GA
**SOCIAL SECURITY**
**HOME PHONE** 912-884-2974
**WORK PHONE**

RACE ___ SEX ___ HEIGHT ___ WEIGHT ___ HAIR ___ EYES ___ DOB ___ EMP/OCC ___

**WANTED** ___
**OFFENDER NAME** MORGAN, ROY
RACE B SEX M HEIGHT ___ WEIGHT ___ HAIR ___ EYES ___ DOB ___ SOCIAL SECURITY ___

**WARRANT** ___
**ADDRESS** HWY 196 EAST FLEMING, GA
**EMP/OCC** ___
**HOME PHONE NUMBER** ___ **WORK PHONE NUMBER** ___

**ARREST** ___
**CHARGES** ___
COUNTS ___ INCIDENT CODE ___ JURIS. OFF. ARR. ___

CI = CITY
CO = COUNTY
ST = STATE
OU = OUT OF STATE

**SUSPECT** X

TOTAL NUMBER ARRESTED ___    ARREST AT OR NEAR OFFENSE SCENE ___    DATE OF OFFENSE 04/07/1996

| | TAG NUMBER | STATE | YEAR | V.I.N. | | PLATE ONLY | VIN PLATE ONLY |
|---|---|---|---|---|---|---|---|
| STOLEN | | | | | | | |
| RECOVD | YEAR | MAKE | | MODEL | STYLE | COLOR | |
| SUSPECTS | | | | | | | |

MOTOR SIZE (CID) ___    TRANSMISSION ___    SPEED ___    INSURED BY ___

**NAME** ___    **ADDRESS** ___    **PHONE NUMBER** ___

| | VEHICLES | CURRENCY,NOTES,ETC | JEWELRY,PREC. METALS | FURS |
|---|---|---|---|---|
| STOLEN | | | | |
| RECOVERED | | | | |

**PROPERTY RECOVERY INFOR ONLY**

JURIS. CODES
THEFT / RECOVERY   CI = CITY
2   ___   CO = COUNTY
ST = STATE
DATE OF THEFT   OU = OUT OF
04/07/1996   STATE

| | CLOTHING | OFFICE EQUIP | TV, RADIO, ETC. | HOUSEHOLD GOODS |
|---|---|---|---|---|
| STOLEN | | | $700 | |
| RECOVERED | | | | |

| | FIREARMS | CONS. GOODS | LIVESTOCK | OTHER | | TOTALS |
|---|---|---|---|---|---|---|
| STOLEN | | | | | STOLEN | $700 |
| RECOVERED | | | | | RECOVERED | |

**GCIC ENTRY** ☐ WARRANT ☐ MISSING PERSONS ☐ VEHICLE ☐ ARTICLE ☐ BOAT ☐ GUN ☐ SECURITIES

DID INVESTIGATION INDICATE THAT THIS INCIDENT WAS DRUG-RELATED? ☐
IF YES, PLEASE INDICATE THE TYPE OF DRUG(S) USED BY OFFENDER:

REQUIRED DATA FIELDS FOR CLEARANCE REPORT   ☐ CLEARED BY ARREST   ☐ EXCEPTIONTALLY CLEARED   ☐ UNFOUNDED
**REPORT DATE** 04/11/1996

DATE OF CLEARANCE ___   X ADULT   ☐ JUVENILE   CLEARANCE CODE ___

**REPORTING OFFICER** DENNIS DAVIS   **NUMBER** 912
**APPROVING OFFICER** DENNIS DAVIS   **NUMBER** 912

EAGLE2000(r) Law Enforcement Software

**LIBERTY COUNTY**

GA0890000

# INCIDENT REPORT

Copy

**CASE NUMBER**

96040470

Page 2

## NARRATIVE

THE ABOVE COMPLAINANT STATED THAT WHEN HE ARRIVED AT CHURCH ON SUNDAY HE FOUND THE DOOR ON THE WESTSIDE OF THE BUILDING HAD BEEN KICK OPEN AND WHEN HE WALK IN THE SANCTUARY HE NOTICE THAT TWO SPEAKER WAS MISSING AND THE AMPLIFIER WAS MISSING OUT FROM UNDER THE TABLE. THE COMPLAINANT ALSO STATED THAT HE REPAIR THE DOOR TO THE CHURCH.

**LIBERTY COUNTY**
GA0890000

# INCIDENT REPORT

Copy

**CASE NUMBER**
96060510

Page 1

| INCIDENT TYPE | | | COUNTS | INCIDENT CODE | PREMISE TYPE | |
|---|---|---|---|---|---|---|
| SIMPLE BATTERY | | | 1 | 1313 | 6 | RESIDENCE |

**WEAPON TYPE** 3 HANDS/FIST ETC

**INCIDENT LOCATION**     ZONE   6724 LEROY COFFER HWY, FLE     **CID INVEST.**

| INCIDENT DATE | TIME | | DATE | TIME | STRANGER TO STRANGER |
|---|---|---|---|---|---|
| 06/10/1996 | 1830 | TO | 06/10/1996 | 1900 | NO |

**COMPLAINANT** BROWN, SADIE MAE     **ADDRESS** 6724 LEROY COFFER HWY FLEMING, GA 31309     **SOCIAL SECURITY**     **HOME PHONE** 912-884-7617     **WORK PHONE**

RACE___ SEX___ HEIGHT___ WEIGHT___ HAIR___ EYES___ DOB___ EMP/OCC___

**VICTIM NAME** BROWN, ROLTON SORRELL     **ADDRESS** 6724 LEROY COFFER HWY FLEMING, GA 31309     **SOCIAL SECURITY**     **HOME PHONE** 912-884-7617     **WORK PHONE**

RACE B SEX M HEIGHT___ WEIGHT___ HAIR___ EYES___ DOB___ EMP/OCC STUDENT

| WANTED | OFFENDER NAME | RACE | SEX | HEIGHT | WEIGHT | HAIR | EYES | DOB | SOCIAL SECURITY |
|---|---|---|---|---|---|---|---|---|---|
| | MORGAN, ROY LORNELL | B | M | 510 | 180 | BLK | BRO | 11/30/1960 | 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 |

**WARRANT**   **ADDRESS** 6724 LEROY COFFER HWY FLEMING, GA 31309     **EMP/OCC**     **HOME PHONE NUMBER**   **WORK PHONE NUMBER**

**ARREST**   **CHARGES** PENDING-SIMPLE BATTERY     **COUNTS** 1   **INCIDENT CODE** 1313   **JURIS. OFF. ARR.** CO

CI = CITY
CO = COUNTY
ST = STATE
OU = OUT OF STATE

**SUSPECT** X

**TOTAL NUMBER ARRESTED**___   **ARREST AT OR NEAR OFFENSE SCENE** N   **DATE OF OFFENSE** 06/10/1996

**VEHICLE**

| | TAG NUMBER | STATE | YEAR | V.I.N. | | PLATE ONLY | VIN PLATE ONLY |
|---|---|---|---|---|---|---|---|
| STOLEN | | | | | | | |
| RECOVD | YEAR | MAKE | | MODEL | STYLE | COLOR | |
| SUSPECTS | | | | | | | |

**MOTOR SIZE (CID)**___   **TRANSMISSION**___   **SPEED**___   **INSURED BY**___

**WITNESS**

| NAME | ADDRESS | PHONE NUMBER |
|---|---|---|
| | | |

**PROPERTY**

| | VEHICLES | CURRENCY,NOTES,ETC | JEWELRY,PREC. METALS | FURS |
|---|---|---|---|---|
| STOLEN | | | | |
| RECOVERED | | | | |

PROPERTY RECOVERY INFOR ONLY

JURIS. CODES
THEFT / RECOVERY    CI = CITY
                    CO = COUNTY
                    ST = STATE
DATE OF THEFT       OU = OUT OF STATE

| | CLOTHING | OFFICE EQUIP | TV, RADIO, ETC. | HOUSEHOLD GOODS |
|---|---|---|---|---|
| STOLEN | | | | |
| RECOVERED | | | | |

| | FIREARMS | CONS. GOODS | LIVESTOCK | OTHER | | TOTALS |
|---|---|---|---|---|---|---|
| STOLEN | | | | | STOLEN | |
| RECOVERED | | | | | RECOVERED | |

**ADM.**   **GCIC ENTRY** ☐ WARRANT   ☐ MISSING PERSONS   ☐ VEHICLE   ☐ ARTICLE   ☐ BOAT   ☐ GUN   ☐ SECURITIES

**DRUG**   DID INVESTIGATION INDICATE THAT THIS INCIDENT WAS DRUG-RELATED? N
IF YES, PLEASE INDICATE THE TYPE OF DRUG(S) USED BY OFFENDER:

**CLEAR**
REQUIRED DATA FIELDS FOR CLEARANCE REPORT   ☐ CLEARED BY ARREST   ☐ EXCEPTIONTALLY CLEARED   ☐ UNFOUNDED   **REPORT DATE** 06/10/1996

DATE OF CLEARANCE___   X ADULT   ☐ JUVENILE   CLEARANCE CODE___

| REPORTING OFFICER | NUMBER | APPROVING OFFICER | NUMBER |
|---|---|---|---|
| CPL J. G. PIKE | 932 | SGT. R. A. DYKES | 931 |

EAGLE2000(r) Law Enforcement Software

**LIBERTY COUNTY**

GA0890000

# INCIDENT REPORT

**CASE NUMBER**

96060510

Copy

Page 2

## NARRATIVE

ON 061096 AT 2020HRS, I WAS SENT TO THE EMERGENCY ROOM REF: ASSAULT AGAINST A CHILD. ON MY ARRIVAL, DFCS CASE WORKER WAS ON SCENE TO TALK TO THE FAMILY. 13 YR OLD ROLTON HAD BEEN PUNCHED AND KICKED BY HIS OLDER BROTHER ROY MORGAN FOR NO APPARENT REASON. THERE WERE NO VISIBLE INJURIES BUT HE COMPLAINED OF SORENESS IN HIS RIGHT LEG, LEFT ARM & HEAD. THERE WAS SOME SWELLING VISIBLE IN HIS LEG. HE WAS LIMPING ON IT. THERE WAS NO ALCOHOL OR DRUGS INVOLVED.   MS BROWN WAS ADVISED BY THE DFCS WORKER THAT SHE SHOULD HAVE CONTACTED THE POLICE IMMEDIATELY. WE WERE NOT CALLED UNTIL THE DOCTOR HEARD FROM THE BOY THAT HE HAD BEEN KICKED BY HIS BROTHER AND THEN HIS BROTHER SAID THAT HE HAD FALLEN. THE DOCTOR THEN CALLED DFGS AND DFCS WORKER CALLED 911. THE DFCS WORKER TOLD MS BROWN THAT IF ROY WAS ALLOWED TO STAY IN THE HOUSEHOLD, THE CHILD WOULD BE REMOVED. I ASKED MS BROWN IF SHE INTENDED TO PRESS CHARGES & SHE SAID SHE WOULD IF SHE HAD TO. I GAVE HER A CASE NUMBER AND INSTRUCTIONS FOR OBTAINING A WARRANT.    DFCS WORKER AT SCENE: MS FREEMAN.    DET DAVIS NOTIFIED OF THE INCIDENT.

LIBERTY COUNTY

GA0890000

**INCIDENT REPORT**
Public
Copy

**CASE NUMBER**
97021157

Page 1

**INCIDENT TYPE**
DISORDERLY HOUSE

| COUNTS | INCIDENT CODE | PREMISE TYPE |
|---|---|---|
| 1 | 7399 | 6 RESIDENCE |

**WEAPON TYPE**

**INCIDENT LOCATION**                                    **ZONE**
6724 LEROY COFFER HWY.

| INCIDENT DATE | TIME | | DATE | TIME | STRANGER TO STRANGER | CID INVEST. |
|---|---|---|---|---|---|---|
| 02/24/1997 | 1730 | TO | 02/24/1997 | 1755 | NO | |

**COMPLAINANT**                    **ADDRESS**
FIELDS, SHAWN              180 PAUL SIKES DR. HINESVILLE, GA 31313

**SOCIAL SECURITY**    **HOME PHONE** 912-876-4555    **WORK PHONE**

RACE | SEX | HEIGHT | WEIGHT | HAIR | EYES | DOB    EMP/OCC

**VICTIM NAME**                    **ADDRESS**
STATE OF GEORGIA,

**SOCIAL SECURITY**    **HOME PHONE**    **WORK PHONE**

RACE | SEX | HEIGHT | WEIGHT | HAIR | EYES | DOB    EMP/OCC

**WANTED**  **OFFENDER NAME**         RACE SEX HEIGHT WEIGHT HAIR EYES    DOB    SOCIAL SECURITY

**WARRANT**  **ADDRESS**              EMP/OCC         HOME PHONE NUMBER  WORK PHONE NUMBER

**ARREST**  **CHARGES**               COUNTS  INCIDENT CODE   JURIS. OFF. ARR.   CI = CITY
                                                                                  CO = COUNTY
**SUSPECT**                                                                       ST = STATE
                                                                                  OU = OUT OF
                                                                                  STATE

TOTAL NUMBER ARRESTED        ARREST AT OR NEAR OFFENSE SCENE      DATE OF OFFENSE

| | TAG NUMBER | STATE | YEAR | V.I.N. | | PLATE ONLY | VIN PLATE ONLY |
|---|---|---|---|---|---|---|---|
| STOLEN | | | | | | | |
| RECOVD | YEAR | MAKE | | MODEL | STYLE | COLOR | |
| SUSPECTS | | | | | | | |

MOTOR SIZE (CID)      TRANSMISSION      SPEED      INSURED BY

**NAME**                    **ADDRESS**                                    **PHONE NUMBER**
SGT. CHAPMAN            LIBERTY CO SO                                  9128764555
DEPUTY SMILEY          LIBERTY CO SO                                  9128764555

| | VEHICLES | CURRENCY,NOTES,ETC | JEWELRY,PREC. METALS | | FURS | PROPERTY RECOVERY INFOR ONLY |
|---|---|---|---|---|---|---|
| STOLEN | | | | | | |
| RECOVERED | | | | | | JURIS. CODES |
| | CLOTHING | OFFICE EQUIP | TV, RADIO, ETC. | HOUSEHOLD GOODS | | THEFT / RECOVERY  CI = CITY |
| STOLEN | | | | | | CO = COUNTY |
| RECOVERED | | | | | | DATE OF THEFT  ST = STATE  OU = OUT OF STATE |
| | FIREARMS | CONS. GOODS | LIVESTOCK | OTHER | | TOTALS |
| STOLEN | | | | | | STOLEN |
| RECOVERED | | | | | | RECOVERED |

GCIC ENTRY  ☐ WARRANT  ☐ MISSING PERSONS  ☐ VEHICLE  ☐ ARTICLE  ☐ BOAT  ☐ GUN  ☐ SECURITIES

DID INVESTIGATION INDICATE THAT THIS INCIDENT WAS DRUG-RELATED? ☐
IF YES, PLEASE INDICATE THE TYPE OF DRUG(S) USED BY OFFENDER:

| REQUIRED DATA FIELDS FOR CLEARANCE REPORT | ☐ CLEARED BY ARREST | ☐ EXCEPTIONTALLY CLEARED | ☐ UNFOUNDED | REPORT DATE 02/25/1997 |
|---|---|---|---|---|
| DATE OF CLEARANCE | ☒ ADULT  ☐ JUVENILE | CLEARANCE CODE | | |

| REPORTING OFFICER | NUMBER | APPROVING OFFICER | NUMBER |
|---|---|---|---|
| SHAWN FIELDS | 945 | SGT. H. W. CHAPMAN | 941 |

EAGLE2000(r) Law Enforcement Software

LIBERTY COUNTY

GA0890000

# INCIDENT REPORT
## Public
## Copy

CASE NUMBER

| 97021157 |

Page 2

### NARRATIVE

R/O AND SGT. CHAPMAN WERE DISPATCHED TO A DISPUTE BETWEEN A MALE AND A FEMALE AT THE MORGAN RESIDENCE ON LEROY COFFER HWY. WHEN R/O AND SGT. CHAPMAN ARRIVED SAM MORGAN MET US AT THE FRONT DOOR TO THE RESIDENCE STATING THAT HIS GIRLFRIEND DEBRA JENKINS WAS DRUNK AND WOULD NOT LEAVE HIM ALONE. R/O AND SGT. CHAPMAN TRIED TO TALK TO BOTH SUBJECTS BUT THEY WERE BOTH VERY INTOXICATED AND COULD NOT SEEM TO GET ALONG WITHOUT ARGUING AND WANTING TO FIGHT.   DEPUTY SMILEY HAD JUST BEEN TO THE RESIDENCE FOR THE SAME REASON APPROXIMATELY 1 HOUR BEFORE THIS. BOTH SUBJECTS WERE TESTED FOR ALCOHOL SAM MORGAN TESTED .15 GRAMS AND DEBRA JENKINS TESTED .25 GRAMS. DEBRA ANN JENKINS   DOB-09-03-54   HT 502  WGT 110  SS# 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 SAM MARGAN   DOB-05-06-46  HT 506  WGT 146  SS# 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  DISPATCH TIME 1759 ARRIVAL TIME 1820

LIBERTY COUNTY

GA0890000

# INCIDENT REPORT
## Public
## Copy

CASE NUMBER

97060252

Page 1

**EVENT**

INCIDENT TYPE
HARASSING PHONE CALLS

COUNTS 1   INCIDENT CODE 5309   PREMISE TYPE 6 RESIDENCE

WEAPON TYPE

INCIDENT LOCATION   ZONE   6700 LEROY COFFER HWY

INCIDENT DATE 06/05/1997   TIME 1230   TO   DATE 06/05/1997   TIME 2000   STRANGER TO STRANGER UNKNOWN   CID INVEST.

COMPLAINANT MORGAN, ERNESTINE   ADDRESS 6700 LEROY COFFER HWY FLEMING, GA 31309   SOCIAL SECURITY   HOME PHONE 912-884-7687   WORK PHONE

RACE   SEX   HEIGHT   WEIGHT   HAIR   EYES   DOB   EMP/OCC

**VICTIM**

VICTIM NAME MORGAN, ERNESTINE   ADDRESS 6700 LEROY COFFER HWY FLEMING, GA 31309   SOCIAL SECURITY   HOME PHONE 912-884-7687   WORK PHONE

RACE B   SEX F   HEIGHT   WEIGHT   HAIR   EYES   DOB   EMP/OCC

**OFFENDER**

WANTED   OFFENDER NAME   RACE   SEX   HEIGHT   WEIGHT   HAIR   EYES   DOB   SOCIAL SECURITY

WARRANT   ADDRESS   EMP/OCC   HOME PHONE NUMBER   WORK PHONE NUMBER

ARREST   CHARGES HARASSING PHONE CALLS   COUNTS 1   INCIDENT CODE 5309   JURIS. OFF. ARR. CO

SUSPECT

CI = CITY
CO = COUNTY
ST = STATE
OU = OUT OF STATE

TOTAL NUMBER ARRESTED   ARREST AT OR NEAR OFFENSE SCENE N   DATE OF OFFENSE 06/05/1997

**VEHICLE**

STOLEN   RECOVD   SUSPECTS

TAG NUMBER   STATE   YEAR   V.I.N.   PLATE ONLY   VIN PLATE ONLY

YEAR   MAKE   MODEL   STYLE   COLOR

MOTOR SIZE (CID)   TRANSMISSION   SPEED   INSURED BY

**WITNESS**

NAME   ADDRESS   PHONE NUMBER

**PROPERTY**

|  | VEHICLES | CURRENCY,NOTES,ETC | JEWELRY,PREC. METALS | FURS |
| --- | --- | --- | --- | --- |
| STOLEN |  |  |  |  |
| RECOVERED |  |  |  |  |

PROPERTY RECOVERY INFOR ONLY

JURIS. CODES
CI = CITY
CO = COUNTY
ST = STATE
OU = OUT OF STATE

THEFT / RECOVERY

DATE OF THEFT

|  | CLOTHING | OFFICE EQUIP | TV, RADIO, ETC. | HOUSEHOLD GOODS |
| --- | --- | --- | --- | --- |
| STOLEN |  |  |  |  |
| RECOVERED |  |  |  |  |

|  | FIREARMS | CONS. GOODS | LIVESTOCK | OTHER |
| --- | --- | --- | --- | --- |
| STOLEN |  |  |  |  |
| RECOVERED |  |  |  |  |

TOTALS
STOLEN
RECOVERED

**ADM.**

GCIC ENTRY   WARRANT   MISSING PERSONS   VEHICLE   ARTICLE   BOAT   GUN   SECURITIES

**DRUG**

DID INVESTIGATION INDICATE THAT THIS INCIDENT WAS DRUG-RELATED?
IF YES, PLEASE INDICATE THE TYPE OF DRUG(S) USED BY OFFENDER:

**CLEAR**

REQUIRED DATA FIELDS FOR CLEARANCE REPORT   CLEARED BY ARREST   EXCEPTIONTALLY CLEARED   UNFOUNDED   REPORT DATE 06/05/1997

DATE OF CLEARANCE   ADULT   JUVENILE   CLEARANCE CODE

REPORTING OFFICER JONATHAN TILLEY   NUMBER 923   APPROVING OFFICER CPL. VICTOR B. JONES   NUMBER 922

EAGLE2000(r) Law Enforcement Software

**LIBERTY COUNTY**

GA0890000

# INCIDENT REPORT

### Public

### Copy

**CASE NUMBER**

97060252

Page 2

## NARRATIVE

ON ABOVE DATE AND TIME I WAS DISPATCHED TO THE INCIDENT LOCATION IN REFERENCE TO HARASSING PHONE CALLS.COMPLAINANT STATED THAT SOMEONE KEEPS CALLING AND WHEN SHE ANSWERS THE PHONE ALL SHE CAN HEAR IS MUSIC PLAYING AND SOME TIMES THE SUBJECT HANGS UP THE PHONE WHEN THE COMPLAINANT ANSWERS. PHONE TRAP AND WARRANT PROCEDURES WERE EXPLAINED TO THE COMPLAINANT.

**LIBERTY COUNTY**
GA0890000

# INCIDENT REPORT

**CASE NUMBER**
98031588

Copy

Page 1

Page 1

**EVENT**

| INCIDENT TYPE | COUNTS | INCIDENT CODE | PREMISE TYPE |
|---|---|---|---|
| SIMPLE BATTERY | 1 | 1313 | 6 RESIDENCE |

**WEAPON TYPE**
3 HANDS/FIST ETC

**INCIDENT LOCATION** | ZONE | 6724 LEROY COFFER HWY, FLE

| INCIDENT DATE | TIME | DATE | TIME | STRANGER TO STRANGER | CID INVEST. |
|---|---|---|---|---|---|
| 03/29/1998 | 0020 | TO 03/29/1998 | 0038 | NO | |

| COMPLAINANT | ADDRESS | SOCIAL SECURITY | HOME PHONE | WORK PHONE |
|---|---|---|---|---|
| MORGAN, SAMUEL LEO | 6724 LEROY COFFER HWY FLEMING, GA 31308 | | 00 -884-7617 | |

| RACE | SEX | HEIGHT | WEIGHT | HAIR | EYES | DOB | EMP/OCC |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**VICTIM**

| VICTIM NAME | ADDRESS | SOCIAL SECURITY | HOME PHONE | WORK PHONE |
|---|---|---|---|---|
| MORGAN, SAMUEL LEO | 6724 LEROY COFFER HWY FLEMING, GA 31308 | | 00 -884-7617 | |

| RACE | SEX | HEIGHT | WEIGHT | HAIR | EYES | DOB | EMP/OCC |
|---|---|---|---|---|---|---|---|
| B | M | | | | | | |

**OFFENDER**

| WANTED | OFFENDER NAME | RACE | SEX | HEIGHT | WEIGHT | HAIR | EYES | DOB | SOCIAL SECURITY |
|---|---|---|---|---|---|---|---|---|---|
| | BRIZZARD, TONY | B | M | | | BLK | BRO | | |

| WARRANT | ADDRESS | EMP/OCC | HOME PHONE NUMBER | WORK PHONE NUMBER |
|---|---|---|---|---|
| | RIGHT NEXT DOOR TO VICTIM FLEMING, GA | | | |

| ARREST | CHARGES | COUNTS | INCIDENT CODE | JURIS. OFF. ARR. | |
|---|---|---|---|---|---|
| | | | | CO | CI = CITY |
| SUSPECT | | | | | CO = COUNTY |
| | | | | | ST = STATE |
| | | | | | OU = OUT OF STATE |

TOTAL NUMBER ARRESTED [ ]    ARREST AT OR NEAR OFFENSE SCENE [N]    DATE OF OFFENSE 03/29/1998

**VEHICLE**

| | TAG NUMBER | STATE | YEAR | V.I.N. | PLATE ONLY | VIN PLATE ONLY |
|---|---|---|---|---|---|---|
| STOLEN | | | | | | |
| RECOVD | YEAR | MAKE | MODEL | STYLE | COLOR | |
| SUSPECTS | | | | | | |

MOTOR SIZE (CID) [ ]    TRANSMISSION [ ]    SPEED [ ]    INSURED BY [ ]

**WITNESS**

| NAME | ADDRESS | PHONE NUMBER |
|---|---|---|
| MORGAN, LONELL ROY 110360 | 6724 LEROY COFFER HWY | 9128847617 |

**PROPERTY**

| | VEHICLES | CURRENCY,NOTES,ETC | JEWELRY,PREC. METALS | FURS |
|---|---|---|---|---|
| STOLEN | | | | |
| RECOVERED | | | | |

PROPERTY RECOVERY INFOR ONLY

JURIS. CODES

| | CLOTHING | OFFICE EQUIP | TV, RADIO, ETC. | HOUSEHOLD GOODS |
|---|---|---|---|---|
| STOLEN | | | | |
| RECOVERED | | | | |

THEFT / RECOVERY   CI = CITY
CO = COUNTY
ST = STATE
DATE OF THEFT   OU = OUT OF STATE

| | FIREARMS | CONS. GOODS | LIVESTOCK | OTHER |
|---|---|---|---|---|
| STOLEN | | | | |
| RECOVERED | | | | |

| | TOTALS |
|---|---|
| STOLEN | |
| RECOVERED | |

**ADM.**

GCIC ENTRY [ ] WARRANT   [ ] MISSING PERSONS   [ ] VEHICLE   [ ] ARTICLE   [ ] BOAT   [ ] GUN   [ ] SECURITIES

**DRUG**

DID INVESTIGATION INDICATE THAT THIS INCIDENT WAS DRUG-RELATED? [N]
IF YES, PLEASE INDICATE THE TYPE OF DRUG(S) USED BY OFFENDER:

**CLEAR**

REQUIRED DATA FIELDS FOR CLEARANCE REPORT   [ ] CLEARED BY ARREST   [ ] EXCEPTIONTALLY CLEARED   [ ] UNFOUNDED   REPORT DATE 03/29/1998

DATE OF CLEARANCE [ ]   [X] ADULT   [ ] JUVENILE   CLEARANCE CODE [ ]

| REPORTING OFFICER | NUMBER | APPROVING OFFICER | NUMBER |
|---|---|---|---|
| ANDREW GOSE | 944 | SGT. H. W. CHAPMAN | 941 |

EAGLE2000(r) Law Enforcement Software

**LIBERTY COUNTY**

GA0890000

# INCIDENT REPORT

Copy

**CASE NUMBER**

98031588

Page 2

## NARRATIVE

ON 032998 AT 0030HRS, I WAS SENT TO THE MORGAN RESIDENCE REF: ASSAULT. ON MY ARRIVAL (0038HRS), COMPLAINANT STATED BRIZZARD CAME OVER ASKING FOR $40 THAT WAS OWED HIM. COMP STATED HE'D HAVE TO PAY HIM TOMORROW THEN TURNED HIS BACK TO WALK BACK INSIDE & BRIZZARD STARTED PUNCHING COMP IN THE HEAD WITH HIS FISTS.   I SAW HIS INJURIES. THE LEFT SIDE OF HIS HEAD WAS SWOLLEN & BLOODY. I TOLD HIM HE NEEDED TO BE SEEN BY E.M.S. BUT HE SAID NO. HE SAID HE WANTED TO PRESS CHARGES & I TOLD HIM HOW TO DO SO, GIVING HIM THE CASE NUMBER FOR THIS REPORT.

Agency ID (ORI)
GA0890000

# FAMILY VIOLENCE INCIDENT REPORT
## Public Copy

CASE NUMBER
98052101

Page 1

**INCIDENT TYPE**
SIMPLE BATTERY

**COUNTS** 2    **INCIDENT CODE** 1313    **PREMISE TYPE** 6 RESIDENCE

**WEAPON TYPE** 2 KNIFE

**INCIDENT LOCATION**
6724 LEROY COFFER HWY. FLEMING    **LOC CODE**

**CID INVEST.**

| INCIDENT DATE | TIME | | DATE | TIME | STRANGER TO STRANGER |
|---|---|---|---|---|---|
| 05/31/1998 | 1130 | TO | 05/31/1998 | 1145 | N |

**COMPLAINANT** MELTON, JULIE    **ADDRESS** LIBERTY COUNTY SHERIFF'S DEPARTMENT  HINESVILLE,    **SOCIAL SECURITY**    **HOME PHONE** 9128764555    **WORK PHONE**

**RACE**    **SEX**    **HEIGHT**    **WEIGHT**    **HAIR**    **EYES**    **DOB**    **EMP/OCC**

**VICTIM NAME**    **ADDRESS**    **SOCIAL SECURITY**    **HOME PHONE**    **WORK PHONE**

**RACE**    **SEX**    **HEIGHT**    **WEIGHT**    **HAIR**    **EYES**    **DOB**    **EMP/OCC**

**WANTED**    **OFFENDER NAME** JENKINS, DEBRA    **RACE** B    **SEX** F    **HEIGHT** 503    **WEIGHT** 120    **HAIR** BLK    **EYES** BRN    **DOB** 09/03/1954    **SOCIAL SECURITY** 358984020

**WARRANT**    **ADDRESS** , FLEMING, GA 31309    **EMP/OCC**    **HOME PHONE NUMBER**    **WORK PHONE NUMBER**

**ARREST** X    **CHARGES** SIMPLE BATTERY    **COUNTS** 1    **INCIDENT CODE** 1313    **JURIS. OFF. ARR.** 2

**SUSPECT**

CI = CITY
CO = COUNTY
ST = STATE
OU = OUT OF STATE

**TOTAL NUMBER ARRESTED**    **ARREST AT OR NEAR OFFENSE SCENE**    **DATE OF OFFENSE** 05/31/1998

1. WERE CHILDREN INVOLVED?  N

2. WAS ACT COMMITTED WITH CHILDREN PRESENT?  Y

3. NUMBER OF PREVIOUS COMPLAINTS AS ADVISED BY VICTIM:

4. EXISTENCE OF PRIOR COURT ORDERS:  N

5. WAS VICTIM ADVISED OF AVAILABLE REMEDIES AND SERVICES?  Y

6. TYPE AND EXTENT OF ALLEGED ABUSE BY THE PRIMARY AGGRESSOR:  1 - FATAL INJURY    2 - PERMANENT PHYSICAL DISABILITY    3 - TEMPORARY DISABILITY    4 - BROKEN BONES    5 - GUN / KNIFE WOUNDS    6 - SUPERFICIAL INJURIES    7 - PROPERTY DAMAGE / THEFT    X 8 - THREATS    9 - ABUSIVE LANGUAGE    10 - SEXUAL ABUSE    X 11 - OTHER

7. POLICE ACTION TAKEN:  X 1 - ARREST    2 - CITATION    3 - SEPARATION    4 - MEDIATION    5 - OTHER    6 - NONE
   IF NO ARREST, WHY NOT?  1 - JUVENILE    2 - PRIMARY AGGRESSOR WAS NOT AT THE SCENE
   3 - INSUFFICIENT PROBABLE CAUSE    4 - OTHER REASON(S)

8. HOW WAS PRIMARY AGGRESSOR IDENTIFIED?  X 1 - PHYSICAL EVIDENCE    2 - TESTIMONIAL EVIDENCE    3 - OTHER

9. DID INVESTIGATION INDICATE THAT SUBSTANCE ABUSE WAS INVOLVED?  Y
   IF YES, INDICATE SUBTANCE(S) USED BY PRIMARY AGGRESSOR:  1 - DRUGS    X 2 - ALCOHOL
   IF YES, INDICATE SUBTANCE(S) USED BY PRIMARY VICTIM:  1 - DRUGS    X 2 - ALCOHOL

10. RELATIONSHIP OF PRIMARY AGGRESSOR TO VICTIM(S):  1 - PRESENT SPOUSE    2 - FORMER SPOUSE    3 - PARENT
    4 - CHILD    5 - STEPPARENT    6 - STEPCHILD    7 - FOSTER PARENT    8 - FOSTER CHILD
    X 9 - NONE OF THE ABOVE, BUT LIVES IN SAME HOUSEHOLD OR FORMERLY LIVED IN HOUSEHOLD

| NAME | ADDRESS | PHONE NUMBER |
|---|---|---|
| KENDRA ADAMS | 253 FLEMING RD. FLEMING GA. | 9128845244 |
| CEDRIC MORGAN | 253 FLEMING RD. FLEMING GA. | 9128845244 |

**REQUIRED DATA FIELDS FOR CLEARANCE REPORT**    X CLEARED BY ARREST    EXCEPTIONTALLY CLEARED    UNFOUNDED    **REPORT DATE** 05/31/1998

**DATE OF CLEARANCE**    ADULT X    JUVENILE    CLEARANCE CODE

**REPORTING OFFICER** JULIE MELTON    **NUMBER** 925    **APPROVING OFFICER** SGT. J. T. CARTER    **NUMBER** 921

**Agency ID (ORI)**
GA0890000

# FAMILY VIOLENCE INCIDENT REPORT

**CASE NUMBER**
98052101

Page 2

## NARRATIVE

I DEPUTY MELTON RESPONDED TO 253 FLEMING LOOP RD. WHERE I WAS ADVISED BY THE WITNESSES THAT THE OFFENDERS WERE IN THE BEDROOM, I WALKED TO THE BEDROOM WHERE I LOCATED BOTH DEBRA JENKINS AND SAM MORGAN. MR. MORGAN HAD THE KNIFE TO DEBRA'S CHEST AREA AND STATED THAT I'M GOING TO FUCKING KILL YOU. I WAS RIGHT NEXT TO MR. MORGAN WHEN I WALKED INTO THE BEDROOM, I TOLD MR. MORGAN TO PUT THE KNIFE DOWN AND HE SWITCHED HANDS THEN THREW IT ON THE BED. I ESCORTED BOTH OFFENDERS OUTSIDE THE RESIDENCE WHERE MR. MORGAN MET WITH EMS DUE TO A SMALL CUT OR SCRATCH TO THE CHEST AREA. (STILL BLEEDING). MR. MORGAN STATED THAT DEBRA JENKINS CAME OVER TO HIM AT 6724 196 EAST  FLEMING WHILE HE WAS TALKING WITH SOME FRIENDS AND THEY GOT INTO A FIGHT BUT HE DID NOT KNOW HOW SHE SCRATCHED HIM ON THE CHEST. SGT. CARTER (L.C.S.O) SPOKE WITH LEVI MORGAN OF 6724 196 EAST AND HE STATED THAT WHILE THEY WERE SAT AROUND DEBRA WALKS OVER WITH A BOTTLE OF LIQUOR IN ONE HAND THEN HITS MR. SAM MORGAN WITH THE OTHER HAND IN THE EYE (I SAW NO TRAUMA TO THE EYE) LEVI MORGAN STATED THAT THE EYE HAD BEEN BLEEDING. DEBRA JENKINS STATED TO ME THAT SHE DID FIGHT WITH MR. MORGAN AND THAT SHE SCRATCHED HIM WITH HER NAILS. BOTH OFFENDERS WERE HIGHLY INTOXICATED. BOTH SUBJECTS CONTINUED TO FIGHT AT 253 FLEMING LOOP RD. FLEMING GA. OFFENDER #2 SAM MORGAN       P.O. BOX 327       FLEMING GA. 31309       PHONE# 9128847617       D.O.B. 050646      SSN# 252741266      HGT. 506      WGT. 146

# LIBERTY COUNTY

GA0890000

## INCIDENT REPORT
### Public
### Copy

**CASE NUMBER**
98080042

Page 1

### EVENT

| INCIDENT TYPE | COUNTS | INCIDENT CODE | PREMISE TYPE |
|---|---|---|---|
| STRONG ARM ROBBERY (UNFOUNDED) | 1 | 1206 | 6 RESIDENCE |
| BATTERY - PROSECUTION DECLINATION | 1 | 1313 | WEAPON TYPE |
| | | | 1 GUN |

INCIDENT LOCATION | ZONE COUNTY 6762 LEROY COFFER HIGHWAY | CID INVEST.

| INCIDENT DATE | TIME | | DATE | TIME | STRANGER TO STRANGER |
|---|---|---|---|---|---|
| 08/01/1998 | 2020 | TO | 08/01/1998 | 2035 | NO |

| COMPLAINANT | ADDRESS | SOCIAL SECURITY | HOME PHONE | WORK PHONE |
|---|---|---|---|---|
| WILLIAMS, SINCLAIR | 128 FLEMING LOOP ROAD FLEMING, GA 31309 | | 912-884-7687 | |

RACE | SEX | HEIGHT | WEIGHT | HAIR | EYES | DOB | EMP/OCC

### VICTIM

| VICTIM NAME | ADDRESS | SOCIAL SECURITY | HOME PHONE | WORK PHONE |
|---|---|---|---|---|
| WILLIAMS, SINCLAIR | 128 FLEMING LOOP ROAD FLEMING, GA 31309 | | 912-884-7687 | |

RACE B | SEX M | HEIGHT | WEIGHT | HAIR | EYES | DOB | EMP/OCC UNEMPLOYED

### OFFENDER

| WANTED | OFFENDER NAME | RACE | SEX | HEIGHT | WEIGHT | HAIR | EYES | DOB | SOCIAL SECURITY |
|---|---|---|---|---|---|---|---|---|---|
| | BIZZARD, ANTONIEUS DEMON | B | M | 510 | 164 | BLK | BRN | | |

WARRANT | ADDRESS 6762 LEROY COFFER HIGHWAY FLEMING, GA 31309 | EMP/OCC | HOME PHONE NUMBER | WORK PHONE NUMBER

| ARREST | CHARGES | COUNTS | INCIDENT CODE | JURIS. OFF. ARR. | CI = CITY |
|---|---|---|---|---|---|
| | BATTERY | 1 | 1313 | CO | CO = COUNTY |
| SUSPECT | | | | | ST = STATE |
| | | | | | OU = OUT OF STATE |

TOTAL NUMBER ARRESTED | ARREST AT OR NEAR OFFENSE SCENE N | DATE OF OFFENSE 08/01/1998

### VEHICLE

| | TAG NUMBER | STATE | YEAR | V.I.N. | PLATE ONLY | VIN PLATE ONLY |
|---|---|---|---|---|---|---|
| STOLEN | | | | | | |
| RECOVD | YEAR | MAKE | MODEL | STYLE | COLOR | |
| SUSPECTS | | | | | | |

MOTOR SIZE (CID) | TRANSMISSION | SPEED | INSURED BY

### WITNESS

| NAME | ADDRESS | PHONE NUMBER |
|---|---|---|
| LATOYA BIZZARD 021853 | 6762 LEROY COFFER HIGHWAY | 9128843903 |
| ROY MORGAN | 6760 LEROY COFFER HIGHWAY | 9128843903 |

### PROPERTY

| | VEHICLES | CURRENCY,NOTES,ETC | JEWELRY,PREC. METALS | FURS | PROPERTY RECOVERY INFOR ONLY |
|---|---|---|---|---|---|
| STOLEN | | | | | JURIS. CODES |
| RECOVERED | | | | | CI = CITY |

THEFT / RECOVERY  CO = COUNTY
2   2   ST = STATE

| | CLOTHING | OFFICE EQUIP | TV, RADIO, ETC. | HOUSEHOLD GOODS | |
|---|---|---|---|---|---|
| STOLEN | | | | | DATE OF THEFT   OU = OUT OF |
| RECOVERED | | | | | 08/01/1998   STATE |

| | FIREARMS | CONS. GOODS | LIVESTOCK | OTHER | | TOTALS |
|---|---|---|---|---|---|---|
| STOLEN | $50 | | | | STOLEN | $50 |
| RECOVERED | $50 | | | | RECOVERED | $50 |

### ADM.

GCIC ENTRY | ☐ WARRANT | ☐ MISSING PERSONS | ☐ VEHICLE | ☐ ARTICLE | ☐ BOAT | ☐ GUN | ☐ SECURITIES

### DRUG

DID INVESTIGATION INDICATE THAT THIS INCIDENT WAS DRUG-RELATED? [N]
IF YES, PLEASE INDICATE THE TYPE OF DRUG(S) USED BY OFFENDER:

### CLEAR

| REQUIRED DATA FIELDS FOR CLEARANCE REPORT | ☐ CLEARED BY ARREST | [X] EXCEPTIONTALLY CLEARED | ☐ UNFOUNDED | REPORT DATE 08/01/1998 |
|---|---|---|---|---|
| DATE OF CLEARANCE 08/01/1998 | [X] ADULT | ☐ JUVENILE | CLEARANCE CODE 080 | |

| REPORTING OFFICER | NUMBER | APPROVING OFFICER | NUMBER |
|---|---|---|---|
| DETECTIVE JOAQUIN CORTES | 918 | | |

**LIBERTY COUNTY**

GA0890000

# INCIDENT REPORT
## Public
## Copy

**CASE NUMBER**

98080042

Page 2

## NARRATIVE

ABOUT 2026, 01 AUG 98, I RESPONDED TO 128 FLEMING LOOP RD REGARDING A REPORT OF STRONG ARM ROBBERY IN WHICH COMPLAINANT ADVISED HIS GUN WAS FORCIBLY TAKEN BY THREE OR FOUR INDIVIDUALS. THE COMPLAINANT STATED THE INCIDENT OCCURRED AT 6762 LEROY COFFER HWY. FURTHER INVESTIGATION REVEALED WILLIAMS WENT TO 6762 LEROY COFFER WITH THE WEAPON AND BECAME INVOLVED IN AN ALTERCATION WITH THE SUSPECTS. AT THAT TIME, HE FIRED A SHOT IN THE AIR. THE TWO BIZZARD AND MORGAN SUBJECTS TOOK THE WEAPON FROM WILLIAMS BY STRIKING HIM REPEATEDLY ABOUT THE HEAD AND SHOULDERS, EMPTIED THE WEAPON BY FIRING ALL THE ROUNDS INTO THE GROUND, AND THREW THE WEAPON INTO THE SURROUNDING WOODS. THE THREE SUSPECTS THEN DIRECTED WILLIAMS TO LEAVE BEFORE FURTHER VIOLENCE ENSUED. THE THREE SUSPECTS STATED THEY AT NO TIME FELT THREATENED BY WILLIAMS NOR WAS THE WEAPON POINTED DIRECTLY AT ANYONE. WILLIAMS WAS ADVISED OF THE SITUATION AND THE WEAPON RECOVERED BY THIS DETECTIVE. WILLIAMS STATED HE DID NOT WISH TO PURSUE THE ISSUE AND SIGNED A PROSECUTION DECLINATION. THE ROBBERY CHARGES ARE UNFOUNDED.

### MULTIPLE ENTRY(s)

**OFFENDER**

| NAME | ADDRESS | SOCIAL SECURITY | HOME PHONE |
|---|---|---|---|
| BIZZARD, ROBERT EARL | 6762 LEROY COFFER HIGHWAY  FLEMING, GA 31309 | | 9128843903 |

RACE **B**  SEX **M**  HEIGHT **604**  WEIGHT **160**  HAIR **BLK**  EYES **BRN**  DOB

CHARGES      COUNTS  INCIDENT CODE  OFF. ARR.

CI = CITY
CO = COUNTY
ST = STATE
OU = OUT OF STATE

### MULTIPLE ENTRY(s)

**OFFENDER**

| NAME | ADDRESS | SOCIAL SECURITY | HOME PHONE |
|---|---|---|---|
| MORGAN, RICHARD RENDELL | 6762 LEROY COFFER HIGHWAY  FLEMING, GA 31309 | | 9128845923 |

RACE **B**  SEX **M**  HEIGHT **600**  WEIGHT **155**  HAIR **BLK**  EYES **BRN**  DOB

CHARGES      COUNTS  INCIDENT CODE  OFF. ARR.

CI = CITY
CO = COUNTY
ST = STATE
OU = OUT OF STATE

**LIBERTY COUNTY**
GA0890000

# INCIDENT REPORT
## Public
## Copy

**CASE NUMBER**
98080434

Page 1

**EVENT**

| INCIDENT TYPE | COUNTS | INCIDENT CODE | PREMISE TYPE |
|---|---|---|---|
| DISORDERLY CONDUCT | 1 | 5311 | 6 RESIDENCE |

**WEAPON TYPE**

**INCIDENT LOCATION** | ZONE | 6700 LEROY COFFER HWY FLE

| INCIDENT DATE | TIME | DATE | TIME | STRANGER TO STRANGER | CID INVEST. |
|---|---|---|---|---|---|
| 08/08/1998 | 2340 | TO | | NO | |

**COMPLAINANT** CHAPMAN, LT. H. W.
**ADDRESS** LIBERTY CO SO ,
**SOCIAL SECURITY** | **HOME PHONE** | **WORK PHONE**

RACE | SEX | HEIGHT | WEIGHT | HAIR | EYES | DOB | EMP/OCC

**VICTIM**

**VICTIM NAME** | **ADDRESS** | **SOCIAL SECURITY** | **HOME PHONE** | **WORK PHONE**

RACE | SEX | HEIGHT | WEIGHT | HAIR | EYES | DOB | EMP/OCC

**OFFENDER**

WANTED | OFFENDER NAME JENKINS, DEBRA ANN

| RACE | SEX | HEIGHT | WEIGHT | HAIR | EYES | DOB | SOCIAL SECURITY |
|---|---|---|---|---|---|---|---|
| B | F | 506 | 140 | BLK | BRN | | |

WARRANT | ADDRESS 6700 LEROY COFFER HWY FLEMING, GA 31309
EMP/OCC | HOME PHONE NUMBER | WORK PHONE NUMBER

ARREST X | CHARGES DISORDERLY CONDUCT

| COUNTS | INCIDENT CODE | JURIS. OFF. ARR. | |
|---|---|---|---|
| 1 | 5311 | CO | CO |

SUSPECT

CI = CITY
CO = COUNTY
ST = STATE
OU = OUT OF STATE

TOTAL NUMBER ARRESTED 1 | ARREST AT OR NEAR OFFENSE SCENE Y | DATE OF OFFENSE 08/08/1998

**VEHICLE**

STOLEN / RECOVD / SUSPECTS

TAG NUMBER | STATE | YEAR | V.I.N. | PLATE ONLY | VIN PLATE ONLY

YEAR | MAKE | MODEL | STYLE | COLOR

MOTOR SIZE (CID) | TRANSMISSION | SPEED | INSURED BY

**WITNESS**

NAME | ADDRESS | PHONE NUMBER

**PROPERTY**

| | VEHICLES | CURRENCY,NOTES,ETC | JEWELRY,PREC. METALS | FURS |
|---|---|---|---|---|
| STOLEN | | | | |
| RECOVERED | | | | |

PROPERTY RECOVERY INFOR ONLY

JURIS. CODES
THEFT / RECOVERY | CI = CITY
CO = COUNTY
ST = STATE
OU = OUT OF STATE
DATE OF THEFT

| | CLOTHING | OFFICE EQUIP | TV, RADIO, ETC. | HOUSEHOLD GOODS |
|---|---|---|---|---|
| STOLEN | | | | |
| RECOVERED | | | | |

| | FIREARMS | CONS. GOODS | LIVESTOCK | OTHER | | TOTALS |
|---|---|---|---|---|---|---|
| STOLEN | | | | | STOLEN | |
| RECOVERED | | | | | RECOVERED | |

**ADM.**

GCIC ENTRY | WARRANT | MISSING PERSONS | VEHICLE | ARTICLE | BOAT | GUN | SECURITIES

**DRUG**

DID INVESTIGATION INDICATE THAT THIS INCIDENT WAS DRUG-RELATED?
IF YES, PLEASE INDICATE THE TYPE OF DRUG(S) USED BY OFFENDER:

**CLEAR**

REQUIRED DATA FIELDS FOR CLEARANCE REPORT | X CLEARED BY ARREST | EXCEPTIONTALLY CLEARED | UNFOUNDED | REPORT DATE 08/08/1998

DATE OF CLEARANCE 08/08/1998 | X ADULT | JUVENILE | CLEARANCE CODE 240

REPORTING OFFICER LT. H. W. CHAPMAN | NUMBER 941 | APPROVING OFFICER | NUMBER

EAGLE2000(r) Law Enforcement Software

**LIBERTY COUNTY**

GA0890000

# INCIDENT REPORT
## Public
## Copy

**CASE NUMBER**

98080434

Page 2

## NARRATIVE

UPON ARRIVAL I WAS MEET BY SAM MORGAN AT THE DOOR TO HIS RESIDENCE. HE STARTED TO EXPLAIN TO ME THAT DEBRA WAS DRUNK AND CAUSING PROBLEMS. AT THIS TIME DEBRA COME TO THE DOOR AND STARTED TO USE PROFANITY AND HOLLER AT SAM. I TOLD HER IF SHE DID NOT CALM DOWN AND STOP HOLLERING AND USING PROFANITY I WAS GOING TO ARREST HER FOR DISORDERLY CONDUCT. SHE CONTINUED AND STATED TO ME YOU AINT GOING TO DO A FUCKING THING. I ARRESTED HER AND TRANSPORTED HER TO THE JAIL ADMINSTERED AN INTOX 5000 TEST AND THE RESULTS WERE .297 AND .300. SHE WAS MEDICALY CLEARED AND TURNED OVER TO THE JAIL.

**Agency ID (ORI)**
GA0890000

# FAMILY VIOLENCE INCIDENT REPORT
## Public Copy

**CASE NUMBER**
98100166

Page 1

| INCIDENT TYPE | | COUNTS | INCIDENT CODE | PREMISE TYPE |
|---|---|---|---|---|
| SIMPLE BATTERY | | 1 | 1313 | 6 RESIDENCE |

**WEAPON TYPE**
3 HANDS/FIST ETC

**INCIDENT LOCATION** 6762 LEROY COFFER RD     **LOC CODE**

| INCIDENT DATE | TIME | | DATE | TIME | STRANGER TO STRANGER | CID INVEST. |
|---|---|---|---|---|---|---|
| 10/02/1998 | 2330 | TO | 10/03/1998 | 0002 | N | |

| COMPLAINANT | ADDRESS | SOCIAL SECURITY | HOME PHONE | WORK PHONE |
|---|---|---|---|---|
| MORGAN, ROY M. | 6762 LEROY COFFER RD  FLEMING, GA  31309 | | 9128847617 | |

RACE | SEX | HEIGHT | WEIGHT | HAIR | EYES | DOB | EMP/OCC

| VICTIM NAME | ADDRESS | SOCIAL SECURITY | HOME PHONE | WORK PHONE |
|---|---|---|---|---|
| MORGAN, ROY M. | 6762 LEROY COFFER RD  FLEMING, GA  31309 | | 9128847617 | |

RACE | B | SEX | M | HEIGHT | WEIGHT | HAIR | EYES | DOB | 11/30/1960 | EMP/OCC

**PRIMARY AGGRESSOR**

| WANTED | OFFENDER NAME | RACE | SEX | HEIGHT | WEIGHT | HAIR | EYES | DOB | SOCIAL SECURITY |
|---|---|---|---|---|---|---|---|---|---|
| | MORGAN, GLENN S | B | M | | | | | | |

**WARRANT**  ADDRESS  6762 LEROY COFFER RD, FLEMING, GA 31309     EMP/OCC     HOME PHONE NUMBER  WORK PHONE NUMBER

**ARREST**  CHARGES  SIMPLE BATTERY

**SUSPECT**

| | COUNTS | INCIDENT CODE | JURIS. OFF. ARR. | |
|---|---|---|---|---|
| | 1 | 1313 | 2 | CI = CITY<br>CO = COUNTY<br>ST = STATE<br>OU = OUT OF STATE |

TOTAL NUMBER ARRESTED | ARREST AT OR NEAR OFFENSE SCENE | DATE OF OFFENSE  10/02/1998

1. WERE CHILDREN INVOLVED? [N]

2. WAS ACT COMMITTED WITH CHILDREN PRESENT? [N]

3. NUMBER OF PREVIOUS COMPLAINTS AS ADVISED BY VICTIM: [1]

4. EXISTENCE OF PRIOR COURT ORDERS: [N]

5. WAS VICTIM ADVISED OF AVAILABLE REMEDIES AND SERVICES? [Y]

6. TYPE AND EXTENT OF ALLEGED ABUSE BY THE PRIMARY AGGRESSOR: [ ] 1 - FATAL INJURY  [ ] 2 - PERMANENT PHYSICAL DISABILITY  [ ] 3 - TEMPORARY DISABILITY  [ ] 4 - BROKEN BONES  [ ] 5 - GUN / KNIFE WOUNDS  [X] 6 - SUPERFICIAL INJURIES  [ ] 7 - PROPERTY DAMAGE / THEFT  [X] 8 - THREATS  [X] 9 - ABUSIVE LANGUAGE  [ ] 10 - SEXUAL ABUSE  [ ] 11 - OTHER

7. POLICE ACTION TAKEN: [ ] 1 - ARREST  [ ] 2 - CITATION  [ ] 3 - SEPARATION  [ ] 4 - MEDIATION  [X] 5 - OTHER  [ ] 6 - NONE

   IF NO ARREST, WHY NOT? [ ] 1 - JUVENILE  [ ] 2 - PRIMARY AGGRESSOR WAS NOT AT THE SCENE  [ ] 3 - INSUFFICIENT PROBABLE CAUSE  [X] 4 - OTHER REASON(S)

8. HOW WAS PRIMARY AGGRESSOR IDENTIFIED? [ ] 1 - PHYSICAL EVIDENCE  [ ] 2 - TESTIMONIAL EVIDENCE  [ ] 3 - OTHER

9. DID INVESTIGATION INDICATE THAT SUBSTANCE ABUSE WAS INVOLVED? [ ]

   IF YES, INDICATE SUBTANCE(S) USED BY PRIMARY AGGRESSOR: [ ] 1 - DRUGS  [ ] 2 - ALCOHOL

   IF YES, INDICATE SUBTANCE(S) USED BY PRIMARY VICTIM: [ ] 1 - DRUGS  [ ] 2 - ALCOHOL

10. RELATIONSHIP OF PRIMARY AGGRESSOR TO VICTIM(S): [ ] 1 - PRESENT SPOUSE  [ ] 2 - FORMER SPOUSE  [ ] 3 - PARENT  [ ] 4 - CHILD  [ ] 5 - STEPPARENT  [ ] 6 - STEPCHILD  [ ] 7 - FOSTER PARENT  [ ] 8 - FOSTER CHILD  [X] 9 - NONE OF THE ABOVE, BUT LIVES IN SAME HOUSEHOLD OR FORMERLY LIVED IN HOUSEHOLD

**WITNESS**

| NAME | ADDRESS | PHONE NUMBER |
|---|---|---|
| | | |

**CLEAR**

REQUIRED DATA FIELDS FOR CLEARANCE REPORT | [ ] CLEARED BY ARREST | [ ] EXCEPTIONTALLY CLEARED | [ ] UNFOUNDED | REPORT DATE  10/02/1998

DATE OF CLEARANCE | ADULT [X] | JUVENILE [ ] | CLEARANCE CODE [ ]

| REPORTING OFFICER | NUMBER | APPROVING OFFICER | NUMBER |
|---|---|---|---|
| SUE S. LI, JR. | 943 | LT. H. W. CHAPMAN | 941 |

**Agency ID (ORI)**

GA0890000

# FAMILY VIOLENCE INCIDENT REPORT

**CASE NUMBER**

98100166

Page 2

## NARRATIVE

R/O RESPONDED TO INCIDENT LOCATION WHERE THE COMPLAINANT ADVISED HE AND HIS BROTHER (OFF) HAD AN ARGUMENT THAT RESULTED IN HIM GETTING PUNCHED NUMEROUS TIME ON THE FACE AND PUSHED TO THE GROUND. HE ADVISED AFTER THE INCIDENT HIS BROTHER GOT INTO HIS (OFF) CAR AND LEFT. COMP/ VICTIM WAS ADVISED OF WARRANT PROCEDURES. THERE WERE EVIDENCE OF WHAT APPEARED TO BE DRY BLOOD ON THE VIC LOWER LIP.  DISP: 2356 ARRV: 0002

LIBERTY COUNTY

GA0890000

# INCIDENT REPORT

Copy

**CASE NUMBER**
98100428

Page 1

| EVENT | | | | | | |
|---|---|---|---|---|---|---|
| INCIDENT TYPE | BATTERY | | COUNTS 1 | INCIDENT CODE 1313 | PREMISE TYPE 6 RESIDENCE | |
| | | | | | WEAPON TYPE 3 HANDS/FIST ETC | |

**INCIDENT LOCATION** — ZONE 6762 LEROY COFFER HWY.    CID INVEST.

**INCIDENT DATE** 10/07/1998   **TIME** 1045   **TO**   **DATE** 10/07/1998   **TIME** 1100   **STRANGER TO STRANGER** NO

**COMPLAINANT** PYETT, DONALD   **ADDRESS** 387 STEWART RD. FLEMING, GA 31309   **SOCIAL SECURITY**   **HOME PHONE** 912-884-3105   **WORK PHONE**

**RACE**   **SEX**   **HEIGHT**   **WEIGHT**   **HAIR**   **EYES**   **DOB**   **EMP/OCC**

## VICTIM

**VICTIM NAME** PYETT, DONALD   **ADDRESS** 387 STEWART RD. FLEMING, GA 31309   **SOCIAL SECURITY**   **HOME PHONE** 912-884-3105   **WORK PHONE** 912-884-5945

**RACE** B   **SEX** M   **HEIGHT**   **WEIGHT**   **HAIR**   **EYES**   **DOB**   **EMP/OCC** UNEMPLOYED

## OFFENDER

**WANTED**   **OFFENDER NAME** MORGAN, GLENN   **RACE** B   **SEX** M   **HEIGHT**   **WEIGHT**   **HAIR** BLK   **EYES** BRN   **DOB**   **SOCIAL SECURITY**

**WARRANT**   **ADDRESS** 6762 LEROY COFFER HWY. FLEMING, GA 31309   **EMP/OCC**   **HOME PHONE NUMBER**   **WORK PHONE NUMBER**

**ARREST**   **CHARGES** BATTERY   **COUNTS** 1   **INCIDENT CODE** 1313   **JURIS. OFF. ARR.** CO

CI = CITY
CO = COUNTY
ST = STATE
OU = OUT OF STATE

**SUSPECT** X

**TOTAL NUMBER ARRESTED**   **ARREST AT OR NEAR OFFENSE SCENE**   **DATE OF OFFENSE** 10/07/1998

## VEHICLE

| | TAG NUMBER | STATE | YEAR | V.I.N. | | PLATE ONLY | VIN PLATE ONLY |
|---|---|---|---|---|---|---|---|
| STOLEN | | | | | | | |
| RECOVD | YEAR | MAKE | | MODEL | STYLE | COLOR | |
| SUSPECTS | | | | | | | |

**MOTOR SIZE (CID)**   **TRANSMISSION**   **SPEED**   **INSURED BY**

## WITNESS

| NAME | ADDRESS | PHONE NUMBER |
|---|---|---|
| | | |

## PROPERTY

| | VEHICLES | CURRENCY,NOTES,ETC | JEWELRY,PREC. METALS | FURS |
|---|---|---|---|---|
| STOLEN | | | | |
| RECOVERED | | | | |

PROPERTY RECOVERY INFOR ONLY

JURIS. CODES
THEFT / RECOVERY    CI = CITY
CO = COUNTY
ST = STATE
DATE OF THEFT    OU = OUT OF STATE

| | CLOTHING | OFFICE EQUIP | TV, RADIO, ETC. | HOUSEHOLD GOODS |
|---|---|---|---|---|
| STOLEN | | | | |
| RECOVERED | | | | |

| | FIREARMS | CONS. GOODS | LIVESTOCK | OTHER | | TOTALS |
|---|---|---|---|---|---|---|
| STOLEN | | | | | STOLEN | |
| RECOVERED | | | | | RECOVERED | |

## ADM.

**GCIC ENTRY**   ☐ WARRANT   ☐ MISSING PERSONS   ☐ VEHICLE   ☐ ARTICLE   ☐ BOAT   ☐ GUN   ☐ SECURITIES

## DRUG

DID INVESTIGATION INDICATE THAT THIS INCIDENT WAS DRUG-RELATED?   ☐
IF YES, PLEASE INDICATE THE TYPE OF DRUG(S) USED BY OFFENDER:

## CLEAR

**REQUIRED DATA FIELDS FOR CLEARANCE REPORT**   ☐ CLEARED BY ARREST   ☐ EXCEPTIONTALLY CLEARED   ☐ UNFOUNDED   **REPORT DATE** 10/07/1998

**DATE OF CLEARANCE**   ☒ ADULT   ☐ JUVENILE   **CLEARANCE CODE**

**REPORTING OFFICER** CPL J.R. DOWNS, JR.   **NUMBER** 924   **APPROVING OFFICER** LT. J. T. CARTER   **NUMBER** 921

EAGLE2000(r) Law Enforcement Software

**LIBERTY COUNTY**

GA0890000

# INCIDENT REPORT

Copy

**CASE NUMBER**

98100428

Page 2

## NARRATIVE

ON 10/07/98 AT 1108HRS R/O WAS DISPATCHED TO 167 FLEMING LOOP RD. IN REFEENCE TO TO A FIGHT. WHEN I ARRIVED I MADE CONTACT WITH THE COMP. HE TOLD ME THAT HE AND A FRIEND GAVE A RIDE TO A THIRD SUBJECT TO THE OFFENDER'S HOUSE. WHEN THE OFFENDER SEEN THE COMP HE TOLD HIM THAT HE HAD SOMETHING FOR HIM AND APPROACHED THE VEHICLE THAT THE COMP WAS IN. THE COMP LOCKED HIS DOOR AND TOLD THE DRIVER TO LEAVE. THE OFFENDER THEN TOLD THE DRIVER THAT IF HE DIDN'T UNLOCK THE DOORS THAT HE WAS GOING TO GET THE SAME. THE DRIVER THEN UNLOCKED THE DOORS. THE OFFENDER THEN PULLED THE COMP FROM THE VEHICLE AND STARTED HITTING THE COMP IN THE FACE. R/O OBSERVED THAT THE RIGHT SIDE OF THE COMP FACE WAS SWOLLEN AND DISCOLORED. PHOTOGRAPHS WERE TAKEN OF THE COMP FACE. R/O EXPLAINED WARRANT PROCEDURES TO THE COMP.  NOTE: COMP WAS TAKEN TO LIBERTY REGIONAL HOSPITAL BY EMS FOR TREATMENT.

**LIBERTY COUNTY**

GA0890000

# INCIDENT REPORT
## Public
## Copy

**CASE NUMBER**
99020277

Page 1

**INCIDENT TYPE**
ALLEGED THEFT

**COUNTS** 1

**INCIDENT CODE**

**PREMISE TYPE** 6 RESIDENCE

**WEAPON TYPE**

**INCIDENT LOCATION**

**ZONE** 6724 196 EAST

**CID INVEST.**

**INCIDENT DATE** 02/04/1999 **TIME** 2344 **TO** **DATE** 02/04/1999 **TIME** 2346 **STRANGER TO STRANGER** NO

**COMPLAINANT** MORGAN, SAM **ADDRESS** 6724 196 EAST FLEMMING, GA **SOCIAL SECURITY** **HOME PHONE** **WORK PHONE**

**RACE** **SEX** **HEIGHT** **WEIGHT** **HAIR** **EYES** **DOB** **EMP/OCC**

**VICTIM NAME** MORGAN, SAM **ADDRESS** 6724 196 EAST FLEMMING, GA **SOCIAL SECURITY** **HOME PHONE** **WORK PHONE**

**RACE** B **SEX** M **HEIGHT** **WEIGHT** **HAIR** **EYES** **DOB** **EMP/OCC**

**WANTED** **OFFENDER NAME** JENKINS, DEBRA **RACE** B **SEX** F **HEIGHT** 508 **WEIGHT** 120 **HAIR** BLK **EYES** BRO **DOB** **SOCIAL SECURITY**

**WARRANT** **ADDRESS** 6724 196 EAST FEMMING, GA 31309 **EMP/OCC** **HOME PHONE NUMBER** **WORK PHONE NUMBER**

**ARREST** **CHARGES**

**SUSPECT**

**COUNTS** **INCIDENT CODE** **JURIS. OFF. ARR.**

CI = CITY
CO = COUNTY
ST = STATE
OU = OUT OF STATE

**TOTAL NUMBER ARRESTED** **ARREST AT OR NEAR OFFENSE SCENE** **DATE OF OFFENSE**

**STOLEN**
**RECOVD**
**SUSPECTS**

**TAG NUMBER** **STATE** **YEAR** **V.I.N.** **PLATE ONLY** **VIN PLATE ONLY**

**YEAR** **MAKE** **MODEL** **STYLE** **COLOR**

**MOTOR SIZE (CID)** **TRANSMISSION** **SPEED** **INSURED BY**

**NAME** **ADDRESS** **PHONE NUMBER**

| | VEHICLES | CURRENCY,NOTES,ETC | JEWELRY,PREC. METALS | FURS | PROPERTY RECOVERY INFOR ONLY |
|---|---|---|---|---|---|
| STOLEN | | | | | |
| RECOVERED | | | | | |

JURIS. CODES
CI = CITY
CO = COUNTY
ST = STATE
OU = OUT OF STATE

**THEFT / RECOVERY** 2

| | CLOTHING | OFFICE EQUIP | TV, RADIO, ETC. | HOUSEHOLD GOODS |
|---|---|---|---|---|
| STOLEN | | | | |
| RECOVERED | | | | |

**DATE OF THEFT** 02/04/1999

| | FIREARMS | CONS. GOODS | LIVESTOCK | OTHER | | TOTALS |
|---|---|---|---|---|---|---|
| STOLEN | | | | | STOLEN | |
| RECOVERED | | | | | RECOVERED | |

**GCIC ENTRY** ☐ WARRANT ☐ MISSING PERSONS ☐ VEHICLE ☐ ARTICLE ☐ BOAT ☐ GUN ☐ SECURITIES

**DID INVESTIGATION INDICATE THAT THIS INCIDENT WAS DRUG-RELATED?** ☐
**IF YES, PLEASE INDICATE THE TYPE OF DRUG(S) USED BY OFFENDER:**

**REQUIRED DATA FIELDS FOR CLEARANCE REPORT** ☐ CLEARED BY ARREST ☐ EXCEPTIONTALLY CLEARED ☐ UNFOUNDED **REPORT DATE** 02/06/1999

**DATE OF CLEARANCE** ☒ ADULT ☐ JUVENILE **CLEARANCE CODE**

**REPORTING OFFICER** LT. DANNY PITTMAN **NUMBER** 951 **APPROVING OFFICER** **NUMBER**

EAGLE2000(r) Law Enforcement Software

**LIBERTY COUNTY**

GA0890000

# INCIDENT REPORT
**Public**
**Copy**

**CASE NUMBER**
99020277

Page 2

### NARRATIVE

REPORTING OFFICER WAS DISPATCHED TO THE ABOVE INCIDENT LOCATION, COMPLAIN- ANT STATED THAT HIS COMMON LAW WIFE, HAD TAKEN HIS FOOD STAMPS NOTE: BOTH SUBJECTS WAS INTOXICATED..... SEE C.R.N. 9902-0282 IN REFERENCE TO AN ALTERCATION RELATING TO THIS INCI- DENT.

**Agency ID (ORI)**
GA0890000

# FAMILY VIOLENCE INCIDENT REPORT
## Public Copy

**CASE NUMBER**
99020282

Page 1

**EVENT**

**INCIDENT TYPE**
AGGRAVATED ASSAULT

**COUNTS** 1  **INCIDENT CODE** 1301  **PREMISE TYPE** 6 RESIDENCE

**WEAPON TYPE** 1 GUN

**INCIDENT LOCATION**
6724 HWY 196 EAST  **LOC CODE**

| INCIDENT DATE | TIME | | DATE | TIME | STRANGER TO STRANGER | CID INVEST. |
|---|---|---|---|---|---|---|
| 02/05/1999 | 2345 | TO | 02/06/1999 | 0028 | N | |

**COMPLAINANT** JENKINS, DEBRA  **ADDRESS** 8420 HWY 84 MIDWAY, GA 31320  **SOCIAL SECURITY**  **HOME PHONE** 9128845915  **WORK PHONE**

**RACE** | **SEX** | **HEIGHT** | **WEIGHT** | **HAIR** | **EYES** | **DOB** | **EMP/OCC**

**VICTIM**

**VICTIM NAME** JENKINS, DEBRA  **ADDRESS** 8420 HWY 84 MIDWAY, GA 31320  **SOCIAL SECURITY**  **HOME PHONE** 9128845915  **WORK PHONE**

**RACE** B **SEX** F **HEIGHT** | **WEIGHT** | **HAIR** | **EYES** | **DOB** 09/03/1954 **EMP/OCC**

**PRIMARY AGGRESSOR**

**WANTED**  **OFFENDER NAME** MORGAN, SAM

| RACE | SEX | HEIGHT | WEIGHT | HAIR | EYES | DOB | SOCIAL SECURITY |
|---|---|---|---|---|---|---|---|
| B | M | 506 | 146 | BLK | BRO | 05/06/1948 | 252741266 |

**WARRANT**  **ADDRESS** 6724 HWY 196 EAST, MIDWAY, GA 31320  **EMP/OCC**  **HOME PHONE NUMBER  WORK PHONE NUMBER**

**ARREST** X  **CHARGES** AGGRAVATED ASSAULT

**COUNTS** 1  **INCIDENT CODE** 1301  **JURIS. OFF.** 2 **ARR.** 2

**SUSPECT**

CI = CITY
CO = COUNTY
ST = STATE
OU = OUT OF STATE

**TOTAL NUMBER ARRESTED** 1  **ARREST AT OR NEAR OFFENSE SCENE** Y  **DATE OF OFFENSE** 01/05/1999

1. WERE CHILDREN INVOLVED? N

2. WAS ACT COMMITTED WITH CHILDREN PRESENT? N

3. NUMBER OF PREVIOUS COMPLAINTS AS ADVISED BY VICTIM: 1

4. EXISTENCE OF PRIOR COURT ORDERS:

5. WAS VICTIM ADVISED OF AVAILABLE REMEDIES AND SERVICES? Y

6. TYPE AND EXTENT OF ALLEGED ABUSE BY THE PRIMARY AGGRESSOR: ☐ 1 - FATAL INJURY  ☐ 2 - PERMANENT PHYSICAL DISABILITY  ☐ 3 - TEMPORARY DISABILITY  ☐ 4 - BROKEN BONES  ☒ 5 - GUN / KNIFE WOUNDS  ☒ 6 - SUPERFICIAL INJURIES  ☐ 7 - PROPERTY DAMAGE / THEFT  ☒ 8 - THREATS  ☒ 9 - ABUSIVE LANGUAGE  ☐ 10 - SEXUAL ABUSE  ☐ 11 - OTHER

7. POLICE ACTION TAKEN: ☒ 1 - ARREST  ☐ 2 - CITATION  ☐ 3 - SEPARATION  ☐ 4 - MEDIATION  ☐ 5 - OTHER  ☐ 6 - NONE
   IF NO ARREST, WHY NOT? ☐ 1 - JUVENILE  ☐ 2 - PRIMARY AGGRESSOR WAS NOT AT THE SCENE  ☐ 3 - INSUFFICIENT PROBABLE CAUSE  ☐ 4 - OTHER REASON(S)

8. HOW WAS PRIMARY AGGRESSOR IDENTIFIED? ☒ 1 - PHYSICAL EVIDENCE  ☒ 2 - TESTIMONIAL EVIDENCE  ☐ 3 - OTHER

9. DID INVESTIGATION INDICATE THAT SUBSTANCE ABUSE WAS INVOLVED? Y
   IF YES, INDICATE SUBTANCE(S) USED BY PRIMARY AGGRESSOR: ☐ 1 - DRUGS  ☒ 2 - ALCOHOL
   IF YES, INDICATE SUBTANCE(S) USED BY PRIMARY VICTIM: ☐ 1 - DRUGS  ☒ 2 - ALCOHOL

10. RELATIONSHIP OF PRIMARY AGGRESSOR TO VICTIM(S): ☒ 1 - PRESENT SPOUSE  ☐ 2 - FORMER SPOUSE  ☐ 3 - PARENT  ☐ 4 - CHILD  ☐ 5 - STEPPARENT  ☐ 6 - STEPCHILD  ☐ 7 - FOSTER PARENT  ☐ 8 - FOSTER CHILD  ☐ 9 - NONE OF THE ABOVE, BUT LIVES IN SAME HOUSEHOLD OR FORMERLY LIVED IN HOUSEHOLD

**WITNESS**

| NAME | ADDRESS | PHONE NUMBER |
|---|---|---|
| JANICE RICHARDSON | 8420 HWY 84 | 9128845915 |
| KAREEMA WORKMAN | 6366 HWY 196 EAST | 9128845629 |

**CLEAR**

**REQUIRED DATA FIELDS FOR CLEARANCE REPORT** ☒ CLEARED BY ARREST  ☐ EXCEPTIONTALLY CLEARED  ☐ UNFOUNDED  **REPORT DATE** 02/06/1999

**DATE OF CLEARANCE** 02/22/1999  **ADULT** X  **JUVENILE** ☐  **CLEARANCE CODE** 04A

**REPORTING OFFICER** JON GLANDON / LT. PITTMAN  **NUMBER** 955  **APPROVING OFFICER** LT. DANNY PITTMAN  **NUMBER** 951

**Agency ID (ORI)**
GA0890000

# FAMILY VIOLENCE INCIDENT REPORT

**CASE NUMBER**
99020282

Page 2

## NARRATIVE

ON 01-05-99 AT 00:28 I WAS DISPATCHED TO 8420 HWY 84 I REFERENCE TO AN ASSAULT. I ARRIVED AT 00:38. I SPOKE WITH THE COMPLAINANT WHO STATED WHILE AT 6724 HWY 196 EAST HER AND HER COMMON LAW HUSBAND ( THE ALLEGED OFFENDER ) BEGAN TO ARGUE. AT SOME POINT DURING THE ARGUEMENT THE ALLEGED OFFENDER PULLED OUT A SHOTGUN AND FIRED IT AT THE COMPLAINANT. THIS CAUSED A SMALL WOUND ON THE RIGHT ARM OF THE COMPLAINANT. SHORTLY AFTER THE COMPLAINANT SISTER ( JANICE RICHARDSON ) ARRIVED AND TRANSPORTED THE COMPLAINANT TO HER RESIDENCE WHERE THEY CALLED 911. THE COMPLAINANT ALLOWED E.M.S. TO EXAMEN AND BANDAGE THE WOUND BUT DID NOT ALLOW THEM TO TRANSPORT HER.       AFTER THE ARRIVAL OF LT PITTMAN WE WENT TO 6724 HWY 196 EAST IN ORDER TO SPEAK WITH THE ALLEGED OFFENDER. THE ALLEGED OFFENDER ALLOWED US TO ENTER THE RESIDENCE WE ADVISED HIM THAT WE WERE INVESTIGATING THE INCIDENT THAT HAD OCCURED EARLIER. AT THIS TIME LT PITTMAN READ THE ALLEGED OFFENDER HIS MIRANDA WARNING. THE ALLEGED OFFENDER STATED THAT THERE WAS AN ARGUMENT AND THAT THE COMPLAINANT HAD HIT HIM AND TALKED BAD ABOUT HIS DECEASED MOTHER. IT WAS AT THIS POINT HE GOT THE SHOTGUN AND FIRED IT AT THE COMPLAINANT. THE ALLEGED OFFENDER THEN GAVE US CONSENT TO SEARCH THE COMMON AREAS OF THE RESIDENCE. THE SHOTGUN WAS FOUND UNDER THE COUCH IN THE LIVING ROOM AND THE SHELL WAS FOUND ON ANOTHER COUCH IN THE SAME LIVING ROOM. THE ALLEGED OFFENDER WAS THEN PLACED UNDER ARREST AND TRANSPORTED THE THE LIBERTY COUNTY JAIL. THE ALEGED OFFENDER REPEATEDLY STATED THAT HE DID INFACT SHUTE THE COMPLAINANT.

LIBERTY COUNTY

GA0890000

# INCIDENT REPORT

**CASE NUMBER**
99030544

Copy

Page 1

| INCIDENT TYPE | | COUNTS | INCIDENT CODE | PREMISE TYPE |
|---|---|---|---|---|
| SIMPLE BATTERY | | 1 | 1313 | 6  RESIDENCE |
| | | | | **WEAPON TYPE** |
| | | | | 3  HANDS/FIST ETC |

**EVENT**

| INCIDENT LOCATION | | ZONE | | |
|---|---|---|---|---|
| | | 6724 LEROY COFFER HWY. FLI | CID INVEST. | |

| INCIDENT DATE | TIME | | DATE | TIME | STRANGER TO STRANGER |
|---|---|---|---|---|---|
| 03/10/1999 | 1810 | TO | 03/10/1999 | 1816 | NO |

| COMPLAINANT | ADDRESS | SOCIAL SECURITY | HOME PHONE | WORK PHONE |
|---|---|---|---|---|
| CARTER, GREGORY | 7314 LEROY COFFER HWY. FLEMING, GA | | 912-884-9869 | |

| RACE | SEX | HEIGHT | WEIGHT | HAIR | EYES | DOB | EMP/OCC |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**VICTIM**

| VICTIM NAME | ADDRESS | SOCIAL SECURITY | HOME PHONE | WORK PHONE |
|---|---|---|---|---|
| CARTER, GREGORY | 7314 LEROY COFFER HWY. FLEMING, GA | | 912-884-9869 | |

| RACE | SEX | HEIGHT | WEIGHT | HAIR | EYES | DOB | EMP/OCC |
|---|---|---|---|---|---|---|---|
| W | M | | | | | | UNEMPLOYED |

**OFFENDER**

| WANTED | OFFENDER NAME | RACE | SEX | HEIGHT | WEIGHT | HAIR | EYES | DOB | SOCIAL SECURITY |
|---|---|---|---|---|---|---|---|---|---|
| | | B | M | 600 | 170 | BLK | BRN | | |

| WARRANT | ADDRESS | EMP/OCC | HOME PHONE NUMBER | WORK PHONE NUMBER |
|---|---|---|---|---|
| | LYMAN HALL MIDWAY, GA 31320 | | | |

| ARREST | CHARGES | COUNTS | INCIDENT CODE | OFF. ARR | JURIS. | |
|---|---|---|---|---|---|---|
| | SIMPLE BATTERY  (PENDING) | 1 | 1313 | CO | | CI = CITY |
| SUSPECT | | | | | | CO = COUNTY |
| X | | | | | | ST = STATE |
| | | | | | | OU = OUT OF STATE |

| TOTAL NUMBER ARRESTED | | ARREST AT OR NEAR OFFENSE SCENE | | DATE OF OFFENSE | 03/10/1999 |
|---|---|---|---|---|---|

**VEHICLE**

| | TAG NUMBER | STATE | YEAR | V.I.N. | PLATE ONLY | VIN PLATE ONLY |
|---|---|---|---|---|---|---|
| STOLEN | | | | | | |
| RECOVD | YEAR | MAKE | MODEL | STYLE | COLOR | |
| SUSPECTS | | | | | | |

| MOTOR SIZE (CID) | TRANSMISSION | SPEED | INSURED BY |
|---|---|---|---|
| | | | |

**WITNESS**

| NAME | ADDRESS | PHONE NUMBER |
|---|---|---|
| | | |

**PROPERTY**

| | VEHICLES | CURRENCY,NOTES,ETC | JEWELRY,PREC. METALS | FURS | PROPERTY RECOVERY INFOR ONLY |
|---|---|---|---|---|---|
| STOLEN | | | | | JURIS. CODES |
| RECOVERED | | | | | CI = CITY |
| | CLOTHING | OFFICE EQUIP | TV, RADIO, ETC. | HOUSEHOLD GOODS | THEFT / RECOVERY    CO = COUNTY |
| STOLEN | | | | | ST = STATE |
| RECOVERED | | | | | DATE OF THEFT    OU = OUT OF STATE |
| | FIREARMS | CONS. GOODS | LIVESTOCK | OTHER | TOTALS |
| STOLEN | | | | | STOLEN |
| RECOVERED | | | | | RECOVERED |

**ADM.**

| GCIC ENTRY | WARRANT | MISSING PERSONS | VEHICLE | ARTICLE | BOAT | GUN | SECURITIES |
|---|---|---|---|---|---|---|---|

**DRUG**

DID INVESTIGATION INDICATE THAT THIS INCIDENT WAS DRUG-RELATED?

IF YES, PLEASE INDICATE THE TYPE OF DRUG(S) USED BY OFFENDER:

**CLEAR**

| REQUIRED DATA FIELDS FOR CLEARANCE REPORT | CLEARED BY ARREST | EXCEPTIONTALLY CLEARED | UNFOUNDED | REPORT DATE 03/10/1999 |
|---|---|---|---|---|
| DATE OF CLEARANCE | ADULT | JUVENILE | CLEARANCE CODE | |

| REPORTING OFFICER | NUMBER | APPROVING OFFICER | NUMBER |
|---|---|---|---|
| JULIE MELTON | 925 | SGT. VICTOR B. JONES | 922 |

EAGLE2000(r) Law Enforcement Software

**LIBERTY COUNTY**

GA0890000

**INCIDENT REPORT**

Copy

**CASE NUMBER**

99030544

Page 2

## NARRATIVE

ON MARCH 10 99, AT 1816 HRS, THE UNDERSIGNED WAS DISPATCHED TO ABOVE LOCATION IN REFERENCE TO AN ASSAULT. ON MARCH 10 99, AT 1824 HRS, THE UNDERSIGNED ARRIVED AT ABOVE LOCATION WHERE I MET VICTIM, THE VICTIM WAS STANDING ON THE SIDE OF THE ROADWAY WAITING FOR MY ARRIVAL. VICTIM STATED THAT HE WAS AT ABOVE LOCATION WASHING CARS. THIS IS NOT HIS RESIDENCE, THE OFFENDER LIVES SOMEWHERE IN LYMAN HALL IN MIDWAY. THE VICTIM STATED THE OFFENDER WALKED OVER TO HIM AND STATED "WHERE'S THE $20.00 YOU OWE ME", THE VICTIM ADVISED ME THAT HE STATED HE DID NOT OWE HIM ANY MONEY AND DID NOT KNOW WHAT THE OFFENDER WAS TALKING ABOUT. AT THIS TIME THE OFFENDER HIT THE VICTIM IN THE MOUTH AND TORN HIS SHIRT. I SAW WHAT APPEARED TO BE BLOOD STAIN ON THE VICTIMS TORN SHIRT. VICTIM ADVISED ME THAT THE OFFENDER RAN INTO 6700 LEROY COFFER HWY, I SPOKE WITH THE OWNER MR. MORGAN AND HE ADVISED THAT THE OFFENDER SAW ME ARRIVE AND LEFT THROUGH THE REAR AND RAN INTO THE WOODS. VICTIM ADVISED ME THAT HE ONLY KNEW THE OFFENDER AS "DEAK", BUT WOULD CALL WHEN HE FOUND OUT THE OFFENDER REAL NAME. MR. MORGAN STATED HE DID NOT KNOW THE OFFENDERS NAME? VICTIM WAS ADVISED OF WARRANT PROCEDURES.



**Agency ID (ORI)**
GA0890000

# FAMILY VIOLENCE INCIDENT REPORT
## Public Copy

**CASE NUMBER**
99040455

Page 1

**INCIDENT TYPE**
DISORDERLY HOUSE

**COUNTS** 1
**INCIDENT CODE** 5311
**PREMISE TYPE** 6 RESIDENCE
**WEAPON TYPE**

**INCIDENT LOCATION**
6724 LEROY COFFER HWY. FLEMING  GA
**LOC CODE**
**CID INVEST.**

| INCIDENT DATE | TIME | DATE | TIME | STRANGER TO STRANGER |
|---|---|---|---|---|
| 04/08/1999 | 1915 | TO 04/08/1999 | 1940 | N |

**COMPLAINANT** MORGAN, ROY
**ADDRESS** 6724 LEROY COFFER HWY.  FLEMING, GA  31309
**SOCIAL SECURITY**
**HOME PHONE** 9128847617
**WORK PHONE**

RACE | SEX | HEIGHT | WEIGHT | HAIR | EYES | DOB | EMP/OCC

**VICTIM**

**VICTIM NAME** MORGAN, ROY
**ADDRESS** 6724 LEROY COFFER HWY.  FLEMING, GA  31309
**SOCIAL SECURITY**
**HOME PHONE** 9128847617
**WORK PHONE**

RACE B | SEX M | HEIGHT | WEIGHT | HAIR | EYES | DOB 11/03/1960 | EMP/OCC

**PRIMARY AGGRESSOR**

**WANTED** | **OFFENDER NAME** AKPAN, PATRICIA | RACE B | SEX F | HEIGHT 509 | WEIGHT 260 | HAIR BLK | EYES BRN | DOB 06/25/1968 | SOCIAL SECURITY 255174419

**WARRANT** | **ADDRESS** 6724 LEROY COFFER HWY., FLEMING, GA 31309 | **EMP/OCC** | HOME PHONE NUMBER | WORK PHONE NUMBER

**ARREST** | **CHARGES** DISRDERLY HOUSE  (PENDING) | **COUNTS** 1 | **INCIDENT CODE** 5399 | **JURIS. OFF. ARR.** 2 | CI = CITY
**SUSPECT** X | | | | | CO = COUNTY
| | | | | ST = STATE
| | | | | OU = OUT OF STATE

**TOTAL NUMBER ARRESTED** | **ARREST AT OR NEAR OFFENSE SCENE** | **DATE OF OFFENSE** 04/08/1999

1. WERE CHILDREN INVOLVED?  [N]

2. WAS ACT COMMITTED WITH CHILDREN PRESENT?  [N]

3. NUMBER OF PREVIOUS COMPLAINTS AS ADVISED BY VICTIM:  [0]

4. EXISTENCE OF PRIOR COURT ORDERS:  [N]

5. WAS VICTIM ADVISED OF AVAILABLE REMEDIES AND SERVICES?  [Y]

6. TYPE AND EXTENT OF ALLEGED ABUSE BY THE PRIMARY AGGRESSOR:  [ ] 1 - FATAL INJURY  [ ] 2 - PERMANENT PHYSICAL DISABILITY
[ ] 3 - TEMPORARY DISABILITY  [ ] 4 - BROKEN BONES  [ ] 5 - GUN / KNIFE WOUNDS  [ ] 6 - SUPERFICIAL INJURIES
[ ] 7 - PROPERTY DAMAGE / THEFT  [X] 8 - THREATS  [X] 9 - ABUSIVE LANGUAGE  [ ] 10 - SEXUAL ABUSE  [X] 11 - OTHER

7. POLICE ACTION TAKEN:  [ ] 1 - ARREST  [ ] 2 - CITATION  [ ] 3 - SEPARATION  [X] 4 - MEDIATION  [ ] 5 - OTHER  [ ] 6 - NONE
IF NO ARREST, WHY NOT?  [ ] 1 - JUVENILE  [ ] 2 - PRIMARY AGGRESSOR WAS NOT AT THE SCENE
[ ] 3 - INSUFFICIENT PROBABLE CAUSE  [ ] 4 - OTHER REASON(S)

8. HOW WAS PRIMARY AGGRESSOR IDENTIFIED?  [ ] 1 - PHYSICAL EVIDENCE  [ ] 2 - TESTIMONIAL EVIDENCE  [X] 3 - OTHER

9. DID INVESTIGATION INDICATE THAT SUBSTANCE ABUSE WAS INVOLVED?  [N]
IF YES, INDICATE SUBTANCE(S) USED BY PRIMARY AGGRESSOR:  [ ] 1 - DRUGS  [ ] 2 - ALCOHOL
IF YES, INDICATE SUBTANCE(S) USED BY PRIMARY VICTIM:  [ ] 1 - DRUGS  [ ] 2 - ALCOHOL

10. RELATIONSHIP OF PRIMARY AGGRESSOR TO VICTIM(S):  [ ] 1 - PRESENT SPOUSE  [ ] 2 - FORMER SPOUSE  [ ] 3 - PARENT
[ ] 4 - CHILD  [ ] 5 - STEPPARENT  [ ] 6 - STEPCHILD  [ ] 7 - FOSTER PARENT  [ ] 8 - FOSTER CHILD
[X] 9 - NONE OF THE ABOVE, BUT LIVES IN SAME HOUSEHOLD OR FORMERLY LIVED IN HOUSEHOLD

**WITNESS**

**NAME** JIMMY DOWNS
**ADDRESS** LIBERTY CO S.O.
**PHONE NUMBER** 9128764555

**CLEAR**

**REQUIRED DATA FIELDS FOR CLEARANCE REPORT** | [ ] CLEARED BY ARREST | [ ] EXCEPTIONTALLY CLEARED | [ ] UNFOUNDED | **REPORT DATE** 04/08/1999

**DATE OF CLEARANCE** | **ADULT** [X] | **JUVENILE** [ ] | **CLEARANCE CODE**

**REPORTING OFFICER** JULIE MELTON | **NUMBER** 925 | **APPROVING OFFICER** CPL J.R. DOWNS, JR. | **NUMBER** 924

**Agency ID (ORI)**

GA0890000

# FAMILY VIOLENCE INCIDENT REPORT

**CASE NUMBER**

99040455

Page 2

## NARRATIVE

ON 040899 AT 1921 HRS, THE UNDERSIGNED WAS DISPATCHED TO ABOVE LOCATION IN REFERENCE TO A DOMESTIC. ON 040899 AT 1929 HRS, THE UNDERSIGNED ARRIVED AT ABOVE LOCATION WITH DEPUTY J. DOWNS OF LIBERTY CO SHERIFF'S DEPARTMENT. WHEN WE MET WITH COMPLAINANT AND OFFENDER THEY WERE BOTH HIGHLY HOSTILE WITH EACH OTHER AND WERE ARGUING OVER A REMOTE CONTROL FOR THE T.V. THIS IS A CONTINOUS SITUATION AT THIS RESIDENCE. BOTH WERE ADVISED THAT IF WE CAME BACK AGAIN THAT CHARGES FOR DISORDERLY HOUSE WILL BE PURSUED. OFFENDER IS ALSO THE COMPLAINANT - ROY MORGAN

**Agency ID (ORI)**
GA0890000

# MISC. INCIDENT REPORT

**CASE NUMBER**
99041614

*Report run on: Friday October 10 2003 10:59 AM*                                        *Page 1 of 1*

| | |
|---|---|
| **INCIDENT TYPE** CIVAL MATTER | **LOCATION CODE** |
| | **LOCATION DESCRIPTION** 6724 LEROY COFFER HWY. |
| **INCIDENT DATE** 04/27/1999 | **REPORTING OFFICER#** 931 |
| **TIME** 1310 | **OFFICER NAME** LT. R.A. DYKES |
| **END DATE** 04/27/1999 | **APPROVING OFFICER#** |
| **TIME** 1335 | **OFFICER NAME** |

| COMPLAINANT NAME | ADDRESS | SOCIAL SECURITY | HOME PHONE | WORK PHONE |
|---|---|---|---|---|
| HOLMES, ROY | 6724 LEROY COFFER HWY. FLEMING, GA 31309 | | 00 -884-7617 | |
| **RACE** B **SEX** M **HEIGHT** **WEIGHT** **HAIR** **EYES** **DOB** 11/03/1960 | | **EMP/OCC** | | |

| VICTIM NAME | ADDRESS | SOCIAL SECURITY | HOME PHONE | WORK PHONE |
|---|---|---|---|---|
| | | | | |
| **RACE** **SEX** **HEIGHT** **WEIGHT** **HAIR** **EYES** **DOB** | | **EMP/OCC** | | |

**NARRATIVE**

COMPLAINANT WANTED HIS BROTHER REMOVED FROM A RESIDENCE THAT DID NOT BELONG TO HIM.

EAGLE2000(r) Law Enforcement Software

**LIBERTY COUNTY**

GA0890000

# INCIDENT REPORT
## Public
## Copy

**CASE NUMBER**

99061210

Page 1

| | | | | COUNTS | INCIDENT CODE | PREMISE TYPE | |
|---|---|---|---|---|---|---|---|
| **INCIDENT TYPE** SIMPLE BATTERY | | | | 1 | 1313 | 6 RESIDENCE | |
| | | | | | | **WEAPON TYPE** | |

**EVENT**

**INCIDENT LOCATION** | **ZONE** 6724 LEROY COFFER HWY | **CID INVEST.**

| **INCIDENT DATE** 06/20/1999 | **TIME** 1145 | TO | **DATE** 06/20/1999 | **TIME** 1210 | **STRANGER TO STRANGER** NO | |
|---|---|---|---|---|---|---|

| **COMPLAINANT** RICHARDSON, JANICE | **ADDRESS** 6700 LEROY COFFER HWY FLEMING, GA | **SOCIAL SECURITY** | **HOME PHONE** | **WORK PHONE** |
|---|---|---|---|---|

| **RACE** | **SEX** | **HEIGHT** | **WEIGHT** | **HAIR** | **EYES** | **DOB** | **EMP/OCC** |
|---|---|---|---|---|---|---|---|

**VICTIM**

| **VICTIM NAME** RICHARDSON, JANICE | **ADDRESS** 6700 LEROY COFFER HWY FLEMING, GA | **SOCIAL SECURITY** | **HOME PHONE** | **WORK PHONE** |
|---|---|---|---|---|

| **RACE** B | **SEX** F | **HEIGHT** | **WEIGHT** | **HAIR** | **EYES** | **DOB** | **EMP/OCC** UNEMPLOYED |
|---|---|---|---|---|---|---|---|

**OFFENDER**

| **WANTED** | **OFFENDER NAME** MORGAN, TYRONE | **RACE** B | **SEX** M | **HEIGHT** | **WEIGHT** | **HAIR** | **EYES** | **DOB** | **SOCIAL SECURITY** |
|---|---|---|---|---|---|---|---|---|---|

| **WARRANT** | **ADDRESS** 6724 LEROY COFFER HWY FLEMING, GA 31313 | **EMP/OCC** | **HOME PHONE NUMBER** | **WORK PHONE NUMBER** |
|---|---|---|---|---|

| **ARREST** | **CHARGES** | | **COUNTS** | **INCIDENT CODE** | **JURIS. OFF. ARR.** | CI = CITY |
|---|---|---|---|---|---|---|
| **SUSPECT** | | | | | | CO = COUNTY ST = STATE OU = OUT OF STATE |

| **TOTAL NUMBER ARRESTED** | **ARREST AT OR NEAR OFFENSE SCENE** | **DATE OF OFFENSE** 06/20/1999 | |
|---|---|---|---|

**VEHICLE**

| | **TAG NUMBER** | **STATE** | **YEAR** | **V.I.N.** | **PLATE ONLY** | **VIN PLATE ONLY** |
|---|---|---|---|---|---|---|
| STOLEN RECOVD SUSPECTS | **YEAR** | **MAKE** | | **MODEL** | **STYLE** | **COLOR** |

| **MOTOR SIZE (CID)** | **TRANSMISSION** | **SPEED** | **INSURED BY** |
|---|---|---|---|

**WITNESS**

| **NAME** | **ADDRESS** | **PHONE NUMBER** |
|---|---|---|

**PROPERTY**

| | **VEHICLES** | **CURRENCY,NOTES,ETC** | **JEWELRY,PREC. METALS** | **FURS** | **PROPERTY RECOVERY INFOR ONLY** |
|---|---|---|---|---|---|
| STOLEN RECOVERED | | | | | JURIS. CODES |
| | **CLOTHING** | **OFFICE EQUIP** | **TV, RADIO, ETC.** | **HOUSEHOLD GOODS** | THEFT / RECOVERY    CI = CITY CO = COUNTY |
| STOLEN RECOVERED | | | | | ST = STATE DATE OF THEFT    OU = OUT OF STATE |
| | **FIREARMS** | **CONS. GOODS** | **LIVESTOCK** | **OTHER** | **TOTALS** |
| STOLEN RECOVERED | | | | | STOLEN RECOVERED |

**ADM.**

| GCIC ENTRY | WARRANT | MISSING PERSONS | VEHICLE | ARTICLE | BOAT | GUN | SECURITIES |
|---|---|---|---|---|---|---|---|

**DRUG**

DID INVESTIGATION INDICATE THAT THIS INCIDENT WAS DRUG-RELATED?
IF YES, PLEASE INDICATE THE TYPE OF DRUG(S) USED BY OFFENDER:

**CLEAR**

| REQUIRED DATA FIELDS FOR CLEARANCE REPORT | CLEARED BY ARREST | EXCEPTIONTALLY CLEARED | UNFOUNDED | **REPORT DATE** 06/20/1999 |
|---|---|---|---|---|
| DATE OF CLEARANCE | X ADULT | JUVENILE | CLEARANCE CODE | |

| **REPORTING OFFICER** ANDREW GOSE | **NUMBER** 944 | **APPROVING OFFICER** LT. DANNY PITTMAN | **NUMBER** 951 |
|---|---|---|---|

EAGLE2000(r) Law Enforcement Software

**LIBERTY COUNTY**

GA0890000

# INCIDENT REPORT

## Public
## Copy

**CASE NUMBER**

99061210

Page 2

### NARRATIVE

ON 06/20/99 AT 1210 HOURS I RESPONDED TO AN ASSUALT THAT ACCURED AT 6724 LEROY COFFER HWY. COMPLAINANT, JANICE RICHARDSON, STATED THAT SHE WAS SITTING IN A CHAIR UNDER THE TREE AND TALKING TO TYRONE. WHEN FOR NO APPARRENT REASON HE THREW HIS BEER ON HER AND HIT HER IN THE FACE. THERE WERE SEVERAL PEOPLE WHO WERE AT THE SCENE, HOWEVER THEY DID NOT SEE A THING OR CANNOT REMEMBER. TYRONE WAS NOT AT THE SCENE AT TIME OF REPORT. COMPLAINANT FIRST SAID SHE DID NOT PREVOKE TYRONE, SHE LATER STATED THAT SHE CALLED HIM A"STANK ASS ASHY BITCH AND HE NEEDED TO CARRY HIS AIDS ASS ON." ALL PARTIES AT THE SCENE APPEARED TO BE DRINKING ALCOHOL. COMPLAINANT SAID SHE WANTED TO GO SEE THE MAGISTRATE JUDGE TO TAKE OUT A WARRANT.

LIBERTY COUNTY

GA0890000

# INCIDENT REPORT
## Public
## Copy

CASE NUMBER

99090357

Page 1

**EVENT**

INCIDENT TYPE
AGGRAVATED ASSAULT  16-5-21

COUNTS: 1

INCIDENT CODE: 1315

PREMISE TYPE: 6 RESIDENCE

WEAPON TYPE: 2 KNIFE

INCIDENT LOCATION

ZONE: COUNTY  6724 LEROY COFFER HWY, FLE

CID INVEST.

INCIDENT DATE: 09/06/1999  TIME: 1340  TO  DATE: 09/06/1999  TIME: 1344

STRANGER TO STRANGER: NO

COMPLAINANT: MORGAN, ERNISTINE

ADDRESS: 6724 LEROY COFFER HWY FLEMING, GA 31309

SOCIAL SECURITY:

HOME PHONE: 912-884-7617

WORK PHONE:

RACE:  SEX:  HEIGHT:  WEIGHT:  HAIR:  EYES:  DOB:  EMP/OCC:

**VICTIM**

VICTIM NAME: WEST, CATHY

ADDRESS: 212 DIXIE RD RICHMOND HILL, GA 31324

SOCIAL SECURITY:

HOME PHONE: 912-756-8004

WORK PHONE:

RACE: B  SEX: F  HEIGHT:  WEIGHT:  HAIR:  EYES:  DOB:  EMP/OCC:

**OFFENDER**

WANTED: 

OFFENDER NAME: HARLEY, ALICE

RACE: B  SEX: F  HEIGHT: 503  WEIGHT: 120  HAIR: BLK  EYES: BRO  DOB:  SOCIAL SECURITY:

WARRANT:

ADDRESS: 7975 HWY 17 RICHMOND HILL, GA 31324

EMP/OCC:

HOME PHONE NUMBER:  WORK PHONE NUMBER:

ARREST: X

CHARGES: AGG. ASSAULT O.C.G.A. 16-5-21

COUNTS: 1

INCIDENT CODE: 1315

JURIS. OFF. ARR.: CO  ST

CI = CITY
CO = COUNTY
ST = STATE
OU = OUT OF STATE

SUSPECT:

TOTAL NUMBER ARRESTED: 1

ARREST AT OR NEAR OFFENSE SCENE: N

DATE OF OFFENSE: 09/06/1999

**VEHICLE**

STOLEN / RECOVD / SUSPECTS

TAG NUMBER:  STATE:  YEAR:  V.I.N.:

PLATE ONLY:  VIN PLATE ONLY:

YEAR:  MAKE:  MODEL:  STYLE:  COLOR:

MOTOR SIZE (CID):  TRANSMISSION:  SPEED:  INSURED BY:

**WITNESS**

NAME: JAMES HARLEY 072545

ADDRESS: 640 DANIEL SIDING RD RICH HIL

PHONE NUMBER: 9127562563

**PROPERTY**

|  | VEHICLES | CURRENCY,NOTES,ETC | JEWELRY,PREC. METALS | | FURS |
|---|---|---|---|---|---|
| STOLEN | | | | | |
| RECOVERED | | | | | |

PROPERTY RECOVERY INFOR ONLY

JURIS. CODES
THEFT / RECOVERY
DATE OF THEFT

CI = CITY
CO = COUNTY
ST = STATE
OU = OUT OF STATE

|  | CLOTHING | OFFICE EQUIP | TV, RADIO, ETC. | HOUSEHOLD GOODS |
|---|---|---|---|---|
| STOLEN | | | | |
| RECOVERED | | | | |

|  | FIREARMS | CONS. GOODS | LIVESTOCK | OTHER | | TOTALS |
|---|---|---|---|---|---|---|
| STOLEN | | | | | STOLEN | |
| RECOVERED | | | | | RECOVERED | |

**ADM.**

GCIC ENTRY:  WARRANT  MISSING PERSONS  VEHICLE  ARTICLE  BOAT  GUN  SECURITIES

**DRUG**

DID INVESTIGATION INDICATE THAT THIS INCIDENT WAS DRUG-RELATED?  N
IF YES, PLEASE INDICATE THE TYPE OF DRUG(S) USED BY OFFENDER:

**CLEAR**

REQUIRED DATA FIELDS FOR CLEARANCE REPORT: X CLEARED BY ARREST  EXCEPTIONTALLY CLEARED  UNFOUNDED

REPORT DATE: 09/06/1999

DATE OF CLEARANCE: 09/06/1999  X ADULT  JUVENILE  CLEARANCE CODE: 04B

REPORTING OFFICER: ANDREW GOSE  NUMBER: 944

APPROVING OFFICER: LT. H. W. CHAPMAN  NUMBER: 941

LIBERTY COUNTY

GA0890000

# INCIDENT REPORT
## Public
## Copy

CASE NUMBER

99090357

Page 2

## NARRATIVE

ON 08/06/99 HRS LT CHAPMAN AND I RESPONDED TO A STABBING AT 6724 LEROY COFFER HWY. THE OFFENDER WAS GONE ON ARRIVAL. WITNESSES STATE THE VICTIM GOT OUT OF A CAR ON THE SIDE OF LEROY COFFER. THE OFFENDER, ALICE HARLEY, RAN UP TO THE VICTIM CATHY WEST, GRABBED HER, PULLED HER CLOSE, THEN HIT THE VICTIM IN THE HEAD. THE WITNESSES NOTICED BLOOD COMING FROM THE FOREHEAD AND LEFT SIDE OF THE VICTIM'S STOMACH, AND REALIZED THEN THE OFFENDER HAD STABBED THE VICTIM. WITNESSES SAW AN OBJECT IN THE OFFENDER'S HAND BUT DID NOT KNOW WHAT IT WAS HARLEY GOT IN A RED CAVALIER AND LEFT. THE VICTIM WAS TRANSPORTED TO ST JOSEPH HOSPITAL IN SAVANAHH BY EMS, TREATED FOR A TOTAL OF 27 STITCHES AND RELEASED. DETECTIVE CORTES WAS NOTIFIED AND RESPONDED. WITNESSES:ERNESTINE MORGAN  6724 LEROY COFFER HWY        912-884-7617        DOROTHY MILLER    335 TUNIE MILLER RD FLEMING GA  912-884-7597        ANDREA DIXON        343 TUNIE MILLER RD  FLEMING GA  912-884-5659        ROSALEE JOHNSON    24 HAVEN RD SAVANNAH GA        912-351-0042        VANCILE MORGAN    551 ROBERT HILL RD MIDWAY GA    912-884-5923 HARLEY WAS LATER LOCATED AND ARRESTED TRAVELLING SOUTH ON HIGHWAY 17, AT THE INTERSECTION OF CARTERTOWN ROAD, BY DEPUTIES DOYLE AND HOOKS, BRYAN COUNTY S.O. WEAPON RECOVERED. SEE CASE FILE FOR DETAILS.

| LIBERTY COUNTY | INCIDENT REPORT | CASE NUMBER |
|---|---|---|
| GA0890000 | Public | 99090676 |
| | Copy | Page 1 |

**EVENT**

| INCIDENT TYPE | COUNTS | INCIDENT CODE | PREMISE TYPE |
|---|---|---|---|
| CRIMINAL DAMAGE TO PROPERTY 16-7-22 | 1 | 2902 | 6 RESIDENCE |
| SIMPLE BATTERY 16-5-23 | 1 | 1313 | WEAPON TYPE |
| | | | 4 OTHER |

INCIDENT LOCATION — ZONE — 6700 LEROY COFFER HWY ( 19

CID INVEST.

| INCIDENT DATE | TIME | DATE | TIME | STRANGER TO STRANGER |
|---|---|---|---|---|
| 09/11/1999 | 1735 | TO 09/11/1999 | 1751 | NO |

| COMPLAINANT | ADDRESS | SOCIAL SECURITY | HOME PHONE | WORK PHONE |
|---|---|---|---|---|
| MILLER, WESTLY | 6366 EAST OGELTHORP HWY MIDWAY, GA 31320 | | 912-884-5629 | |

RACE | SEX | HEIGHT | WEIGHT | HAIR | EYES | DOB — EMP/OCC

**VICTIM**

| VICTIM NAME | ADDRESS | SOCIAL SECURITY | HOME PHONE | WORK PHONE |
|---|---|---|---|---|
| MILLER, WESTLY | 6366 EAST OGELTHORP HWY MIDWAY, GA 31320 | | 912-884-5629 | |

RACE B SEX M HEIGHT | WEIGHT | HAIR | EYES | DOB — EMP/OCC

**OFFENDER**

| WANTED | OFFENDER NAME | RACE | SEX | HEIGHT | WEIGHT | HAIR | EYES | DOB | SOCIAL SECURITY |
|---|---|---|---|---|---|---|---|---|---|
| | MORGAN, DARRAL | B | M | .510 | | BLK | BRO | | |

WARRANT | ADDRESS 6700 LEROY COFFER HWY ( 196 EAST ) MIDWAY, GA 31320 | EMP/OCC | HOME PHONE NUMBER | WORK PHONE NUMBER

ARREST | CHARGES
SUSPECT

COUNTS | INCIDENT CODE | JURIS. OFF. ARR. | CI = CITY / CO = COUNTY / ST = STATE / OU = OUT OF STATE

TOTAL NUMBER ARRESTED | ARREST AT OR NEAR OFFENSE SCENE | DATE OF OFFENSE

**VEHICLE**

STOLEN / RECOVD / SUSPECTS

TAG NUMBER | STATE | YEAR | V.I.N. | PLATE ONLY | VIN PLATE ONLY

YEAR | MAKE | MODEL | STYLE | COLOR

MOTOR SIZE (CID) | TRANSMISSION | SPEED | INSURED BY

**WITNESS**

NAME | ADDRESS | PHONE NUMBER

**PROPERTY**

| | VEHICLES | CURRENCY,NOTES,ETC | JEWELRY,PREC. METALS | FURS | PROPERTY RECOVERY INFOR ONLY |
|---|---|---|---|---|---|
| STOLEN | | | | | JURIS. CODES |
| RECOVERED | | | | | |
| | CLOTHING | OFFICE EQUIP | TV, RADIO, ETC. | HOUSEHOLD GOODS | THEFT / RECOVERY  CI = CITY |
| STOLEN | | | | | CO = COUNTY |
| RECOVERED | | | | | DATE OF THEFT  ST = STATE  OU = OUT OF STATE |
| | FIREARMS | CONS. GOODS | LIVESTOCK | OTHER | TOTALS |
| STOLEN | | | | | STOLEN |
| RECOVERED | | | | | RECOVERED |

**ADM.**

GCIC ENTRY | WARRANT | MISSING PERSONS | VEHICLE | ARTICLE | BOAT | GUN | SECURITIES

**DRUG**

DID INVESTIGATION INDICATE THAT THIS INCIDENT WAS DRUG-RELATED?
IF YES, PLEASE INDICATE THE TYPE OF DRUG(S) USED BY OFFENDER:

**CLEAR**

REQUIRED DATA FIELDS FOR CLEARANCE REPORT | CLEARED BY ARREST | EXCEPTIONTALLY CLEARED | UNFOUNDED | REPORT DATE 09/11/1999

DATE OF CLEARANCE | X ADULT | JUVENILE | CLEARANCE CODE

| REPORTING OFFICER | NUMBER | APPROVING OFFICER | NUMBER |
|---|---|---|---|
| LT. DANNY PITTMAN | 951 | | |

EAGLE2000(r) Law Enforcement Software

**LIBERTY COUNTY**

GA0890000

# INCIDENT REPORT
## Public
## Copy

**CASE NUMBER**

99090676

Page 2

## NARRATIVE

REPORTING OFFICER WAS DISPATCHED TO THE ABOVE STATED INCIDENT LOCATION IN REFERENCE TO AN ALTERCATION ( PHYSICAL ), REPORTING OFFICER MADE CONTACT WITH THE COMPLAINANT AT THE SHORT CUT STORE WHICH IS LOCATED ON 196 EAST, APPROXIMATELY 1/4 MILE WEST OF THE INCIDENT LOCATION. HE STATED HE AND HIS FAMILY WAS ATTENDING A GATHERING AFTER A FUNERAL, WHEN AN ALTERCATION ENSUED WITH THE ABOVE STATED ( ALLEGED ) OFFENDERS. COMPLAINANT ALSO STATED THAT HE WAS STRUCK NUMEROUS TIMES, AND AS HE WAS DEPARTING THE AREA SAID OFFENDERS BROKE OUT HIS REAR AND SIDE WINDOWS AND ALSO DAMAGED THE SIDE REARVIEW MIRROR. COMPLAINANT STATED THAT HIS WIFE AND THREE MONTH OLD BABY WAS ALSO IN SAID VEHICLE. E.M.S. WAS CALLED TO THE SCENE DUE TO THE FACT THE CHILD SUSTAINED A SMALL CUT...

**MULTIPLE ENTRY(s)**

**OFFENDER**

| NAME | ADDRESS | SOCIAL SECURITY | HOME PHONE |
|---|---|---|---|
| MILLER, VINNIE | . | | |

RACE [B]   SEX [M]   HEIGHT [ ]   WEIGHT [ ]   HAIR [BLK]   EYES [BRO]   DOB

CHARGES          COUNTS   INCIDENT CODE   OFF.  ARR.   CI = CITY
                                                       CO = COUNTY
                                                       ST = STATE
                                                       OU = OUT OF
                                                            STATE

**MULTIPLE ENTRY(s)**

**OFFENDER**

| NAME | ADDRESS | SOCIAL SECURITY | HOME PHONE |
|---|---|---|---|
| MILLER, ANN | . | | |

RACE [B]   SEX [F]   HEIGHT [ ]   WEIGHT [ ]   HAIR [BLK]   EYES [BRO]   DOB

CHARGES          COUNTS   INCIDENT CODE   OFF.  ARR.   CI = CITY
                                                       CO = COUNTY
                                                       ST = STATE
                                                       OU = OUT OF
                                                            STATE

**MULTIPLE ENTRY(s)**

**OFFENDER**

| NAME | ADDRESS | SOCIAL SECURITY | HOME PHONE |
|---|---|---|---|
| MORGAN, GLYNN | 6700 LEROY COFFER HWY ( 196 EAST )  MIDWAY, GA 3132 | | |

RACE [B]   SEX [M]   HEIGHT [ ]   WEIGHT [ ]   HAIR [BLK]   EYES [BRO]   DOB

CHARGES          COUNTS   INCIDENT CODE   OFF.  ARR.   CI = CITY
                                                       CO = COUNTY
                                                       ST = STATE
                                                       OU = OUT OF
                                                            STATE

**MULTIPLE ENTRY(s)**

**OFFENDER**

| NAME | ADDRESS | SOCIAL SECURITY | HOME PHONE |
|---|---|---|---|
| HURLEY, JAMES | . | | |

RACE [B]   SEX [M]   HEIGHT [ ]   WEIGHT [ ]   HAIR [BLK]   EYES [BRO]   DOB

CHARGES          COUNTS   INCIDENT CODE   OFF.  ARR.   CI = CITY
                                                       CO = COUNTY
                                                       ST = STATE
                                                       OU = OUT OF
                                                            STATE

# INCIDENT REPORT

**LIBERTY COUNTY**
GA0890000

Copy

**CASE NUMBER**
99110101

Page 1

## EVENT

| INCIDENT TYPE | COUNTS | INCIDENT CODE | PREMISE TYPE |
|---|---|---|---|
| BURGLARY 16-7-1 | 1 | 2204 | 6 RESIDENCE |

WEAPON TYPE

**INCIDENT LOCATION** — ZONE: 6724 LEROY COFFER HWY FLE

CID INVEST.

| INCIDENT DATE | TIME | | DATE | TIME | STRANGER TO STRANGER |
|---|---|---|---|---|---|
| 11/03/1999 | 0600 | TO | 11/03/1999 | 1600 | UNKNOWN |

| COMPLAINANT | ADDRESS | SOCIAL SECURITY | HOME PHONE | WORK PHONE |
|---|---|---|---|---|
| MORGAN, SAM | 6724 LEROY COFFER HWY FLEMING, GA 31309 | | 912-884-7617 | |

| RACE | SEX | HEIGHT | WEIGHT | HAIR | EYES | DOB | EMP/OCC |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## VICTIM

| VICTIM NAME | ADDRESS | SOCIAL SECURITY | HOME PHONE | WORK PHONE |
|---|---|---|---|---|
| MORGAN, SAM | 6724 LEROY COFFER HWY FLEMING, GA 31309 | | 912-884-7617 | |

| RACE | SEX | HEIGHT | WEIGHT | HAIR | EYES | DOB | EMP/OCC |
|---|---|---|---|---|---|---|---|
| B | M | | | | | | |

## OFFENDER

| WANTED | OFFENDER NAME | RACE | SEX | HEIGHT | WEIGHT | HAIR | EYES | DOB | SOCIAL SECURITY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| WARRANT | ADDRESS | EMP/OCC | HOME PHONE NUMBER | WORK PHONE NUMBER |
|---|---|---|---|---|
| | | | | |

| ARREST | CHARGES | COUNTS | INCIDENT CODE | JURIS. OFF. ARR. | |
|---|---|---|---|---|---|
| | BURGLARY 16-7-1 (PENDING) | 1 | 2204 | CO | CI = CITY  CO = COUNTY  ST = STATE  OU = OUT OF STATE |

SUSPECT X

| TOTAL NUMBER ARRESTED | ARREST AT OR NEAR OFFENSE SCENE | DATE OF OFFENSE |
|---|---|---|
| | | 11/03/1999 |

## VEHICLE

| STOLEN / RECOVD / SUSPECTS | TAG NUMBER | STATE | YEAR | V.I.N. | PLATE ONLY | VIN PLATE ONLY |
|---|---|---|---|---|---|---|
| | YEAR | MAKE | | MODEL | STYLE | COLOR |

| MOTOR SIZE (CID) | TRANSMISSION | SPEED | INSURED BY |
|---|---|---|---|
| | | | |

## WITNESS

| NAME | ADDRESS | PHONE NUMBER |
|---|---|---|
| LEVI MORGAN | 6724 LEROY COFFER HWY | 9128847617 |

## PROPERTY

| | VEHICLES | CURRENCY,NOTES,ETC | JEWELRY,PREC. METALS | FURS | PROPERTY RECOVERY INFOR ONLY |
|---|---|---|---|---|---|
| STOLEN | | | | | |
| RECOVERED | | | | | |

JURIS. CODES
THEFT / RECOVERY  2
CI = CITY  CO = COUNTY  ST = STATE  OU = OUT OF STATE
DATE OF THEFT  11/03/1999

| | CLOTHING | OFFICE EQUIP | TV, RADIO, ETC. | HOUSEHOLD GOODS |
|---|---|---|---|---|
| STOLEN | | | $350 | |
| RECOVERED | | | | |

| | FIREARMS | CONS. GOODS | LIVESTOCK | OTHER | | TOTALS |
|---|---|---|---|---|---|---|
| STOLEN | | | | | STOLEN | $350 |
| RECOVERED | | | | | RECOVERED | |

## ADM.

GCIC ENTRY: ☐ WARRANT  ☐ MISSING PERSONS  ☐ VEHICLE  ☐ ARTICLE  ☐ BOAT  ☐ GUN  ☐ SECURITIES

## DRUG

DID INVESTIGATION INDICATE THAT THIS INCIDENT WAS DRUG-RELATED? ☐
IF YES, PLEASE INDICATE THE TYPE OF DRUG(S) USED BY OFFENDER:

## CLEAR

REQUIRED DATA FIELDS FOR CLEARANCE REPORT:  ☐ CLEARED BY ARREST  ☐ EXCEPTIONTALLY CLEARED  ☐ UNFOUNDED

REPORT DATE: 11/03/1999

DATE OF CLEARANCE  ☐ ADULT  ☐ JUVENILE  CLEARANCE CODE

| REPORTING OFFICER | NUMBER | APPROVING OFFICER | NUMBER |
|---|---|---|---|
| JULIE MELTON | 925 | LT. F. A. MCCLELLAND, JR | 921 |

EAGLE2000(r) Law Enforcement Software

LIBERTY COUNTY

GA0890000

# INCIDENT REPORT

Copy

**CASE NUMBER**

99110101

Page 2

## NARRATIVE

ON NOVEMBER 03 99, AT APPROXIMATELY 1621 HRS, I WAS DISPATCHED TO ABOVE LOCATION IN REFERENCE TO A BURGLARY. ON NOVEMBER 03 99, AT APPROXIMATELY 1638 HRS, I ARRIVED AT ABOVE LOCATION WHERE I MET WITH VICTIM. VICTIM ADVISED THAT SOMEONE HAD ENTERED HIS RESIDENCE AND TOOK HIS T.V. I ALSO SPOKE WITH WITNESS AND HE ADVISED THAT WHILE NEXT DOOR HE SAW A B/F (JANET RICHARDSON, LIVES SOMEWHERE ON HWY 84) GO TO VICTIMS RESIDENCE APPROXIMATELY THREE TIMES IN THE MORNING. (UNKNOWN WHAT TIME). WITNESS ALSO STATED THAT HE DID NOT SEE SUSPECT LEAVE WITH ANY PROPERTY. NO FORCED ENTRY TO THE RESIDENCE, VICTIM ADVISED THAT THE FRONT DOOR IS BROKE AND THEREFORE IT WILL NOT LOCK. DETECTIVE CORTES WAS NOTIFIED.

**LIBERTY COUNTY**

GA0890000

# INCIDENT REPORT
## Public
### Copy

**CASE NUMBER**
99120789

Page 1

| INCIDENT TYPE | | COUNTS | INCIDENT CODE | PREMISE TYPE |
|---|---|---|---|---|
| THEFT BY TAKING 16-8-2 | | 1 | 2399 | 6 RESIDENCE |

**WEAPON TYPE**

**INCIDENT LOCATION**    ZONE    6724 LEROY COFFER HWY    CID INVEST.

| INCIDENT DATE | TIME | DATE | TIME | STRANGER TO STRANGER |
|---|---|---|---|---|
| 12/15/1999 | 1300 | TO 12/15/1999 | 1330 | UNKNOWN |

**COMPLAINANT** ROBINSON, KIA    **ADDRESS** 6400 E.OGLETHORPE HWY MIDWAY, GA 31320    **SOCIAL SECURITY**    **HOME PHONE** 912-884-5915    **WORK PHONE**

RACE    SEX    HEIGHT    WEIGHT    HAIR    EYES    DOB    EMP/OCC

**VICTIM NAME** ROBINSON, KIA    **ADDRESS** 6400 E.OGLETHORPE HWY MIDWAY, GA 31320    **SOCIAL SECURITY**    **HOME PHONE** 912-884-5915    **WORK PHONE**

RACE B SEX F HEIGHT    WEIGHT    HAIR    EYES    DOB    EMP/OCC

**WANTED**    OFFENDER NAME    RACE    SEX    HEIGHT    WEIGHT    HAIR    EYES    DOB    SOCIAL SECURITY

**WARRANT**    ADDRESS    EMP/OCC    HOME PHONE NUMBER    WORK PHONE NUMBER

**ARREST**    CHARGES    COUNTS    INCIDENT CODE    JURIS. OFF. ARR.    CI = CITY
**SUSPECT**    CO = COUNTY    ST = STATE    OU = OUT OF STATE

TOTAL NUMBER ARRESTED    ARREST AT OR NEAR OFFENSE SCENE    DATE OF OFFENSE

| | TAG NUMBER | STATE | YEAR | V.J.N. | | PLATE ONLY | VIN PLATE ONLY |
|---|---|---|---|---|---|---|---|
| STOLEN | | | | | | | |
| RECOVD | YEAR | MAKE | | MODEL | STYLE | COLOR | |
| SUSPECTS | | | | | | | |

MOTOR SIZE (CID)    TRANSMISSION    SPEED    INSURED BY

**NAME**    **ADDRESS**    **PHONE NUMBER**

| | VEHICLES | CURRENCY,NOTES,ETC | JEWELRY,PREC. METALS | FURS | PROPERTY RECOVERY INFOR ONLY |
|---|---|---|---|---|---|
| STOLEN | | | | | JURIS. CODES |
| RECOVERED | | | | | CI = CITY |
| | CLOTHING | OFFICE EQUIP | TV, RADIO, ETC. | HOUSEHOLD GOODS | THEFT / RECOVERY 2 · CO = COUNTY |
| STOLEN | | | | | ST = STATE |
| RECOVERED | | | | | DATE OF THEFT OU = OUT OF |
| | FIREARMS | CONS. GOODS | LIVESTOCK | OTHER $22 | 12/15/1999 STATE |
| STOLEN | | | | | STOLEN $22 |
| RECOVERED | | | | | RECOVERED |

GCIC ENTRY  WARRANT    MISSING PERSONS    VEHICLE    ARTICLE    BOAT    GUN    SECURITIES

DID INVESTIGATION INDICATE THAT THIS INCIDENT WAS DRUG-RELATED?
IF YES, PLEASE INDICATE THE TYPE OF DRUG(S) USED BY OFFENDER:

| REQUIRED DATA FIELDS FOR CLEARANCE REPORT | CLEARED BY ARREST | EXCEPTIONTALLY CLEARED | UNFOUNDED | REPORT DATE 12/15/1999 |
|---|---|---|---|---|
| DATE OF CLEARANCE | X ADULT | JUVENILE | CLEARANCE CODE | |

| REPORTING OFFICER | NUMBER | APPROVING OFFICER | NUMBER |
|---|---|---|---|
| P. J. HEALY | 938 | SGT CHRISTINE JURKOVIC | 932 |

EAGLE2000(r) Law Enforcement Software

**LIBERTY COUNTY**

GA0890000

# INCIDENT REPORT
## Public
## Copy

**CASE NUMBER**

99120789

Page 2

**NARRATIVE**

ON 121599 AT 1330 HRS I WAS DISPATCHED TO A CALL IN REFERENCE TO THEFT BY TAKING. COMPLAINANT STATED WHILE SHE WAS INSIDE THE RESIDENCE "NICK MORGAN" AND "RODNEY MORGAN" (COUSIN) WENT INSIDE HER VEHICLE THEY STARTED TO PLAY THE CD STEREO. AT ONE POINT THE CD GOT SWITCHED, AFTER THEY LEFT THE AREA COMPLAINANT DISCOVERED ONE OF HER CD WAS MISSING. SHE DID NOT SEE ANYONE TAKE THE CD, BUT FURTHER STATED NICK AND RODNEY WERE THE ONLY PEOPLE AROUND HER VEHICLE. WARRANT PROCEDURES WERE ADVISED.

# INCIDENT REPORT

**LIBERTY COUNTY**

GA0890000

Copy

**CASE NUMBER**

00010101

Page 1

## EVENT

| INCIDENT TYPE | COUNTS | INCIDENT CODE | PREMISE TYPE |
|---|---|---|---|
| ROBBERY (STRONG ARM) | 1 | 1206 | 6  RESIDENCE |
| CRIM ATTEMPT TO POSS & USE (CRACK) | 1 | 3533 | **WEAPON TYPE** |
| | | | 3  HANDS/FIST ETC |

**INCIDENT LOCATION** — ZONE — 6700 LEROY COFFER HWY, FLE

**CID INVEST.**

| INCIDENT DATE | TIME | | DATE | TIME | STRANGER TO STRANGER |
|---|---|---|---|---|---|
| 01/02/2000 | 1500 | TO | 01/02/2000 | 1600 | NO |

| COMPLAINANT | ADDRESS | SOCIAL SECURITY | HOME PHONE | WORK PHONE |
|---|---|---|---|---|
| MILLER, JEFFREY, CHARLES | 122 CHEROKEE VILLAGE HINESVILLE, GA 31313 | | 912-369-2952 | |

| RACE | SEX | HEIGHT | WEIGHT | HAIR | EYES | DOB | EMP/OCC |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## VICTIM

| VICTIM NAME | ADDRESS | SOCIAL SECURITY | HOME PHONE | WORK PHONE |
|---|---|---|---|---|
| MILLER, JEFFREY, CHARLES | 122 CHEROKEE VILLAGE HINESVILLE, GA 31313 | | 912-369-2952 | |

| RACE | SEX | HEIGHT | WEIGHT | HAIR | EYES | DOB | EMP/OCC |
|---|---|---|---|---|---|---|---|
| B | M | | | | | | TRUCK DRIVER |

## OFFENDER

**WANTED** [ ]

| OFFENDER NAME | RACE | SEX | HEIGHT | WEIGHT | HAIR | EYES | DOB | SOCIAL SECURITY |
|---|---|---|---|---|---|---|---|---|
| BIZZARD, ANTONIOUS DEMON | B | M | 510 | 180 | BLK | BRO | 07/08/1974 | 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 |

**WARRANT** [ ]

| ADDRESS | EMP/OCC | HOME PHONE NUMBER | WORK PHONE NUMBER |
|---|---|---|---|
| 6762 LEROY COFFER HIGHWAY FLEMIMG, GA 31309 | | | |

**ARREST** [ X ]   **SUSPECT** [ X ]

| CHARGES | COUNTS | INCIDENT CODE | JURIS. OFF. | ARR. | |
|---|---|---|---|---|---|
| ROBBERY (STRONG ARM) | 1 | 1206 | CO | CO | CI = CITY |
| CRIM ATTEMPT TO POSS & USE (CRACK) | 1 | 3533 | CO | CO | CO = COUNTY |
| | | | | | ST = STATE |
| | | | | | OU = OUT OF STATE |

TOTAL NUMBER ARRESTED [ 5 ]   ARREST AT OR NEAR OFFENSE SCENE [ Y ]   DATE OF OFFENSE  01/02/2000

## VEHICLE

[ ] STOLEN  [ ] RECOVD  [ ] SUSPECTS

| TAG NUMBER | STATE | YEAR | V.I.N. | PLATE ONLY | VIN PLATE ONLY |
|---|---|---|---|---|---|
| | | | | | |

| YEAR | MAKE | MODEL | STYLE | COLOR |
|---|---|---|---|---|
| | | | | |

MOTOR SIZE (CID) [ ]   TRANSMISSION [ ]   SPEED [ ]   INSURED BY [ ]

## WITNESS

| NAME | ADDRESS | PHONE NUMBER |
|---|---|---|
| DEPUTY GUY PAGLIOLI | LCSD | 9123683030 |
| DEPUTY JON GLANDON | LCSD | 9123683030 |

## PROPERTY

| | VEHICLES | CURRENCY,NOTES,ETC | JEWELRY,PREC. METALS | FURS |
|---|---|---|---|---|
| STOLEN | | $120 | | |
| RECOVERED | | | | |

| | CLOTHING | OFFICE EQUIP | TV, RADIO, ETC. | HOUSEHOLD GOODS |
|---|---|---|---|---|
| STOLEN | | | $50 | |
| RECOVERED | | | | |

| | FIREARMS | CONS. GOODS | LIVESTOCK | OTHER |
|---|---|---|---|---|
| STOLEN | | | | |
| RECOVERED | | | | |

**PROPERTY RECOVERY INFOR ONLY**

JURIS. CODES
CI = CITY
CO = COUNTY
ST = STATE
OU = OUT OF STATE

THEFT / RECOVERY [ 2 ] [ ]

DATE OF THEFT  01/02/2000

| | TOTALS |
|---|---|
| STOLEN | $170 |
| RECOVERED | |

## ADM.

GCIC ENTRY [ X ] WARRANT   [ ] MISSING PERSONS   [ ] VEHICLE   [ ] ARTICLE   [ ] BOAT   [ ] GUN   [ ] SECURITIES

## DRUG

DID INVESTIGATION INDICATE THAT THIS INCIDENT WAS DRUG-RELATED? [ Y ]

IF YES, PLEASE INDICATE THE TYPE OF DRUG(S) USED BY OFFENDER:

[ 3 ]  COCAINE

## CLEAR

REQUIRED DATA FIELDS FOR CLEARANCE REPORT   [ X ] CLEARED BY ARREST   [ ] EXCEPTIONTALLY CLEARED   [ ] UNFOUNDED

REPORT DATE  01/02/2000

DATE OF CLEARANCE  01/02/2000   [ X ] ADULT   [ ] JUVENILE   CLEARANCE CODE  03D

| REPORTING OFFICER | NUMBER | APPROVING OFFICER | NUMBER |
|---|---|---|---|
| DET ELPIDIO FRATICHELLI | 917 | CPT DENNIS K. DAVIS | 912 |

EAGLE2000(r) Law Enforcement Software

**LIBERTY COUNTY**
GA0890000

# INCIDENT REPORT

**CASE NUMBER**

| 00010101 |

Copy

Page 2

## NARRATIVE

INVESTIGATION DISCLOSED THAT AT THE DATE AND TIME FRAME DEPICTED IN THIS REPORT, ROBINSON AND MILLER, WHILE ENROUTE TO SAVANNAH, GA, STOPPED AT 6700 LEROY COFFER HWY, FLEMING, GA (MORGAN RESIDENCE), IN ATTEMPTS TO PURCHASE A CRACK-ROCK (CRACK-COCAINE). DURING THE TRANSACTION NEGOTIATIONS, THINGS GOT OUT OF HAND AND ROBINSON WAS BEAT AND ASKED TO RENDER HIS WALLET. MILLER WAS ALSO ASSAULTED AND ROBBED OF $120.00 AND A CELL PHONE. THEY IDENTIFIED THREE OFFENDERS. A "SHOW-UP" WAS CONDUCTED AND THE OFFENDERS ARRESTED. ROBINSON AND MILLER WERE ALSO ARRESTED FOR CRIMINAL ATTEMPT TO POSSESS & USE A CONTROLLED SUBSTANCE. SEE THE CASE SUMMARY OF DET. FRATICHELLI FOR DETAILS.

### MULTIPLE ENTRY(s)

**COMPLAINANT**

| NAME | ADDRESS | SOCIAL SECURITY | HOME PHONE |
|---|---|---|---|
| ROBINSON, EDDIE LEBARRON | 108 DEAL STREET  HINESVILLE, GA 31313 | 439113861 | 912-767-8855 |

RACE [ .B ]  SEX [ M ]  HEIGHT [ 601 ]  WEIGHT [ 168 ]  HAIR [ BLK ]  EYES [ BRO ]  DOB [ 02/13/1961 ]

CHARGES

COUNTS  INCIDENT CODE  OFF.  ARR.

CI = CITY
CO = COUNTY
ST = STATE
OU = OUT OF STATE

### MULTIPLE ENTRY(s)

**OFFENDER**

| NAME | ADDRESS | SOCIAL SECURITY | HOME PHONE |
|---|---|---|---|
| SMILEY, CLIFFORD JOHN | 264 BIRCH FIELD DRIVE  SAVANNAH, GA 31405 | 257258440 | 912-756-8057 |

RACE [ B ]  SEX [ M ]  HEIGHT [ 602 ]  WEIGHT [ 220 ]  HAIR [ BLK ]  EYES [ BRO ]  DOB [ 06/12/1974 ]

CHARGES

COUNTS  INCIDENT CODE  OFF.  ARR.

CI = CITY
CO = COUNTY
ST = STATE
OU = OUT OF STATE

### MULTIPLE ENTRY(s)

**OFFENDER**

| NAME | ADDRESS | SOCIAL SECURITY | HOME PHONE |
|---|---|---|---|
| MORGAN, ROY LORNEL | 6700 LEROY COFFER HIGHWAY  FLEMING, GA 31309 | 255174419 | 912-884-7617 |

RACE [ B ]  SEX [ M ]  HEIGHT [ 509 ]  WEIGHT [ 190 ]  HAIR [ BLK ]  EYES [ BRO ]  DOB [ 11/03/1960 ]

CHARGES

COUNTS  INCIDENT CODE  OFF.  ARR.

CI = CITY
CO = COUNTY
ST = STATE
OU = OUT OF STATE

### MULTIPLE ENTRY(s)

**OFFENDER**

| NAME | ADDRESS | SOCIAL SECURITY | HOME PHONE |
|---|---|---|---|
| MILLER, JEFFREY CHARLES | 122 CHEROKEE VILLAGE  HINESVILLE, GA 31313 | 262493510 | 912-369-2952 |

RACE [ B ]  SEX [ M ]  HEIGHT [ 506 ]  WEIGHT [ 130 ]  HAIR [ BLK ]  EYES [ BRO ]  DOB [ 02/06/1962 ]

CHARGES

COUNTS  INCIDENT CODE  OFF.  ARR.

CI = CITY
CO = COUNTY
ST = STATE
OU = OUT OF STATE

**LIBERTY COUNTY**

GA0890000

# INCIDENT REPORT

Copy

**CASE NUMBER**

00010101

Page 3

## MULTIPLE ENTRY(s)

**OFFENDER**

| NAME | ADDRESS | SOCIAL SECURITY | HOME PHONE |
|------|---------|-----------------|------------|
| ROBINSON, EDDIE LEBARRON | 108 DEAL STREET  HINESVILLE, GA 31313 | | 912-767-8855 |

RACE [B]  SEX [M]  HEIGHT [601]  WEIGHT [168]  HAIR [BLK]  EYES [BRO]  DOB [02/13/1961]

CHARGES

COUNTS  INCIDENT CODE  OFF. ARR.

CI = CITY
CO = COUNTY
ST = STATE
OU = OUT OF STATE

## MULTIPLE ENTRY(s)

**VICTIM**

| NAME | ADDRESS | SOCIAL SECURITY | HOME PHONE |
|------|---------|-----------------|------------|
| THE STATE OF GA, | | | |

RACE [ ]  SEX [ ]  HEIGHT [ ]  WEIGHT [ ]  HAIR [ ]  EYES [ ]  DOB [ ]

CHARGES

COUNTS  INCIDENT CODE  OFF. ARR.

CI = CITY
CO = COUNTY
ST = STATE
OU = OUT OF STATE

## MULTIPLE ENTRY(s)

**VICTIM**

| NAME | ADDRESS | SOCIAL SECURITY | HOME PHONE |
|------|---------|-----------------|------------|
| ROBINSON, EDDIE LEBARRON | 108 DEAL STREET  HINESVILLE, GA 31313 | | 912-767-8855 |

RACE [B]  SEX [M]  HEIGHT [601]  WEIGHT [168]  HAIR [BLK]  EYES [BRO]  DOB [02/13/1961]

CHARGES

COUNTS  INCIDENT CODE  OFF. ARR.

CI = CITY
CO = COUNTY
ST = STATE
OU = OUT OF STATE

**Agency ID (ORI)**
GA0890000

# FAMILY VIOLENCE INCIDENT REPORT
Copy

**CASE NUMBER**
00010306

Page 1

| INCIDENT TYPE | COUNTS | INCIDENT CODE | PREMISE TYPE |
|---|---|---|---|
| AGGRAVATED ASSAULT 16-5-21 | 1 | 1305 | 6 RESIDENCE |

**WEAPON TYPE**
4 OTHER

**INCIDENT LOCATION**
6724 LEROY COFFER HWY, FLEMING, GA

**LOC CODE**

**CID INVEST.**

| INCIDENT DATE | TIME | | DATE | TIME | STRANGER TO STRANGER |
|---|---|---|---|---|---|
| 01/06/2000 | 1730 | TO | 01/06/2000 | 1755 | N |

**COMPLAINANT**
MORGAN, ROY LORNEL

**ADDRESS**
6724 LEROY COFFER HWY FLEMING, GA 31309

**SOCIAL SECURITY**

**HOME PHONE**
9128847617

**WORK PHONE**

| RACE | SEX | HEIGHT | WEIGHT | HAIR | EYES | DOB | EMP/OCC |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**VICTIM NAME**
MORGAN, ROY LORNEL

**ADDRESS**
6724 LEROY COFFER HWY FLEMING, GA 31309

**SOCIAL SECURITY**
255174419

**HOME PHONE**
9128847617

**WORK PHONE**

| RACE | SEX | HEIGHT | WEIGHT | HAIR | EYES | DOB | EMP/OCC |
|---|---|---|---|---|---|---|---|
| B | M | | | | | 11/03/1960 | NOT EMPLOYED |

**WANTED**

**OFFENDER NAME**
BLIGE, TYRONE LAMAR

| RACE | SEX | HEIGHT | WEIGHT | HAIR | EYES | DOB | SOCIAL SECURITY |
|---|---|---|---|---|---|---|---|
| B | M | 510 | 155 | BLK | BRO | 01/01/2000 | |

**WARRANT**
X

**ADDRESS**
6724 LEROY COFFER HWY, FLEMING, GA 31309

**EMP/OCC**

**HOME PHONE NUMBER   WORK PHONE NUMBER**

**ARREST**
X

**CHARGES**
AGGRAVATED ASSAULT 16-5-21

| COUNTS | INCIDENT CODE | JURIS. OFF. ARR. | |
|---|---|---|---|
| 1 | 1305 | 2 | 2 |

CI = CITY
CO = COUNTY
ST = STATE
OU = OUT OF STATE

**SUSPECT**
X

**TOTAL NUMBER ARRESTED** 1    **ARREST AT OR NEAR OFFENSE SCENE** Y    **DATE OF OFFENSE** 01/06/2000

1. WERE CHILDREN INVOLVED? N

2. WAS ACT COMMITTED WITH CHILDREN PRESENT? N

3. NUMBER OF PREVIOUS COMPLAINTS AS ADVISED BY VICTIM: MORE THAN 10

4. EXISTENCE OF PRIOR COURT ORDERS: N

5. WAS VICTIM ADVISED OF AVAILABLE REMEDIES AND SERVICES? N

6. TYPE AND EXTENT OF ALLEGED ABUSE BY THE PRIMARY AGGRESSOR: [ ] 1 - FATAL INJURY   [ ] 2 - PERMANENT PHYSICAL DISABILITY
[X] 3 - TEMPORARY DISABILITY   [ ] 4 - BROKEN BONES   [ ] 5 - GUN / KNIFE WOUNDS   [X] 6 - SUPERFICIAL INJURIES
[X] 7 - PROPERTY DAMAGE / THEFT   [ ] 8 - THREATS   [X] 9 - ABUSIVE LANGUAGE   [ ] 10 - SEXUAL ABUSE   [ ] 11 - OTHER

7. POLICE ACTION TAKEN: [X] 1 - ARREST   [ ] 2 - CITATION   [ ] 3 - SEPARATION   [ ] 4 - MEDIATION   [X] 5 - OTHER   [ ] 6 - NONE
IF NO ARREST, WHY NOT? [ ] 1 - JUVENILE   [ ] 2 - PRIMARY AGGRESSOR WAS NOT AT THE SCENE
[ ] 3 - INSUFFICIENT PROBABLE CAUSE   [X] 4 - OTHER REASON(S)

8. HOW WAS PRIMARY AGGRESSOR IDENTIFIED? [X] 1 - PHYSICAL EVIDENCE   [X] 2 - TESTIMONIAL EVIDENCE   [ ] 3 - OTHER

9. DID INVESTIGATION INDICATE THAT SUBSTANCE ABUSE WAS INVOLVED? N
IF YES, INDICATE SUBTANCE(S) USED BY PRIMARY AGGRESSOR: [ ] 1 - DRUGS   [ ] 2 - ALCOHOL
IF YES, INDICATE SUBTANCE(S) USED BY PRIMARY VICTIM: [ ] 1 - DRUGS   [ ] 2 - ALCOHOL

10. RELATIONSHIP OF PRIMARY AGGRESSOR TO VICTIM(S): [ ] 1 - PRESENT SPOUSE   [ ] 2 - FORMER SPOUSE   [ ] 3 - PARENT
[ ] 4 - CHILD   [ ] 5 - STEPPARENT   [ ] 6 - STEPCHILD   [ ] 7 - FOSTER PARENT   [ ] 8 - FOSTER CHILD
[X] 9 - NONE OF THE ABOVE, BUT LIVES IN SAME HOUSEHOLD OR FORMERLY LIVED IN HOUSEHOLD

| NAME | ADDRESS | PHONE NUMBER |
|---|---|---|
| | | |

**REQUIRED DATA FIELDS FOR CLEARANCE REPORT**   [X] CLEARED BY ARREST   [ ] EXCEPTIONTALLY CLEARED   [ ] UNFOUNDED   **REPORT DATE** 01/06/2000

**DATE OF CLEARANCE** [ ]   ADULT [X]   JUVENILE [ ]   CLEARANCE CODE [ ]

| REPORTING OFFICER | NUMBER | APPROVING OFFICER | NUMBER |
|---|---|---|---|
| ORRIN G NESTOR | 945 | LT. H. W. CHAPMAN | 941 |

**Agency ID (ORI)**
GA0890000

# FAMILY VIOLENCE INCIDENT REPORT

**CASE NUMBER**
00010306

Page 2

## NARRATIVE

ON 01/06/00 I RESPONDED TO THE ABOVE INCIDENT LOCATION IN REF: AN ASSAULT. I SPOKE WITH MR MORGAN WHO SAID HIS FIRST COUSIN TYRONE BLIGE STRUCK HIM WITH A FIRE PLACE POKER. HE ASKED WHO OPENED A PACKAGE OF SAUSAGES AND WAS TOLD TYRONE DID. HE CONFRONTED TYRONE, TOLD HIM NOT TO BOTHER HIS FOOD AGAIN AND WALKED AWAY. TYRONE WENT INTO THE RESIDENCE. MR MORGAN LATER ENTERED AND SAW TYRONE LAYING ON THE COUCH. HE ASKED ABOUT THE SAUSAGE AGAIN AND TYRONE ACC- USED HIM OF EATING HIS MACARONI. MR MORGAN TOLD HIM HE DID NOT KNOW WHAT HE WAS TALKING ABOUT. HE WALKED TOWARDS THE BEDROOM, TYRONE REMOVED THE POKER HE PLACED UNDER THE COUCH CHARGED AT MR MORGAN AND STRUCK HIM SEVERAL TIMES. LIBERTY EMS WAS CALL AND RESPONDED TO THE RESIDENCE. MR MORGAN WAS TAKEN TO THE EMERGENCY ROOM.    TYRONE LEFT THE RESIDENCE PRIOR TO MY ARRIVAL. WARRANT PROCEDURES WERE EXPLAINED.  DETECTIVE FRATACHELLI WAS NOTIFIED.  ON 07 JAN 2000, CONTACT WAS MADE WITH MR. BLIGE, WHO WAIVED HIS RIGHTS AND CONFESSED TO STRIKING MR. MORGAN WITH A METAL TYPE FIRE PLACE ROD. SEE THE CASE SUMMARY OF DET. FRATICHELLI FOR DETAILS.            ELPIDIO FRATICHELLI                    DET/LCSD

LIBERTY COUNTY

GA0890000

# INCIDENT REPORT

**CASE NUMBER**

00010497

Copy

Page 1

| INCIDENT TYPE | | COUNTS | INCIDENT CODE | PREMISE TYPE |
|---|---|---|---|---|
| THEFT BY TAKING 16-8-2 | | 1 | 2399 | 6 RESIDENCE |

**WEAPON TYPE**

**INCIDENT LOCATION** ZONE

6762 LEROY COFFER HWY FLEMING

**CID INVEST.**

| INCIDENT DATE | TIME | | DATE | TIME | STRANGER TO STRANGER |
|---|---|---|---|---|---|
| 01/09/2000 | 0001 | TO | 01/09/2000 | 0700 | UNKNOWN |

| COMPLAINANT | ADDRESS | SOCIAL SECURITY | HOME PHONE | WORK PHONE |
|---|---|---|---|---|
| BIZZARD, ANTONIOUS | 6762 LEROY COFFER HWY FLEMING, GA 31309 | | 912-884-3219 | |

RACE [ ] SEX [ ] HEIGHT [ ] WEIGHT [ ] HAIR [ ] EYES [ ] DOB [ ] EMP/OCC [ ]

| VICTIM NAME | ADDRESS | SOCIAL SECURITY | HOME PHONE | WORK PHONE |
|---|---|---|---|---|
| BIZZARD, ANTONIOUS | 6762 LEROY COFFER HWY FLEMING, GA 31309 | | 912-884-3219 | |

RACE [ B ] SEX [ M ] HEIGHT [ ] WEIGHT [ ] HAIR [ ] EYES [ ] DOB [ ] EMP/OCC [ ]

**WANTED** OFFENDER NAME   RACE SEX HEIGHT WEIGHT HAIR EYES DOB   SOCIAL SECURITY

**WARRANT** ADDRESS   EMP/OCC   HOME PHONE NUMBER WORK PHONE NUMBER

| ARREST | CHARGES | COUNTS | INCIDENT CODE | JURIS. OFF. ARR. | |
|---|---|---|---|---|---|
| | THEFT BY TAKING 16-8-2 PENDING | 1 | 2399 | CO | |

CI = CITY
CO = COUNTY
ST = STATE
OU = OUT OF STATE

**SUSPECT** [ X ]

TOTAL NUMBER ARRESTED [ ]   ARREST AT OR NEAR OFFENSE SCENE [ ]   DATE OF OFFENSE 01/09/2000

| | TAG NUMBER | STATE | YEAR | V.I.N. | | PLATE ONLY | VIN PLATE ONLY |
|---|---|---|---|---|---|---|---|
| STOLEN | | | | | | | |
| RECOVD | YEAR | MAKE | | MODEL | STYLE | COLOR | |
| SUSPECTS | | | | | | | |

MOTOR SIZE (CID) [ ]   TRANSMISSION [ ]   SPEED [ ]   INSURED BY [ ]

| NAME | ADDRESS | PHONE NUMBER |
|---|---|---|
| | | |
| | | |

| | VEHICLES | CURRENCY,NOTES,ETC | JEWELRY,PREC. METALS | FURS | PROPERTY RECOVERY INFOR ONLY |
|---|---|---|---|---|---|
| STOLEN | | $700 | | | |
| RECOVERED | | | | | |

JURIS. CODES
CI = CITY
CO = COUNTY
ST = STATE
OU = OUT OF STATE

THEFT / RECOVERY [ 2 ] [ ]

DATE OF THEFT 01/09/2000

| | CLOTHING | OFFICE EQUIP | TV, RADIO, ETC. | HOUSEHOLD GOODS |
|---|---|---|---|---|
| STOLEN | | | | |
| RECOVERED | | | | |

| | FIREARMS | CONS. GOODS | LIVESTOCK | OTHER | | TOTALS |
|---|---|---|---|---|---|---|
| STOLEN | | | | | STOLEN | $700 |
| RECOVERED | | | | | RECOVERED | |

GCIC ENTRY [ ] WARRANT [ ] MISSING PERSONS [ ] VEHICLE [ ] ARTICLE [ ] BOAT [ ] GUN [ ] SECURITIES

DID INVESTIGATION INDICATE THAT THIS INCIDENT WAS DRUG-RELATED? [ ]
IF YES, PLEASE INDICATE THE TYPE OF DRUG(S) USED BY OFFENDER:

| REQUIRED DATA FIELDS FOR CLEARANCE REPORT | [ ] CLEARED BY ARREST | [ ] EXCEPTIONTALLY CLEARED | [ ] UNFOUNDED | REPORT DATE 01/09/2000 |
|---|---|---|---|---|
| DATE OF CLEARANCE [ ] | [ ] ADULT | [ ] JUVENILE | CLEARANCE CODE [ ] | |

| REPORTING OFFICER | NUMBER | APPROVING OFFICER | NUMBER |
|---|---|---|---|
| JULIE MELTON | 925 | LT. F. A. MCCLELLAND, JR | 921 |

**LIBERTY COUNTY**

GA0890000

**INCIDENT REPORT**

Copy

**CASE NUMBER**

00010497

Page 2

## NARRATIVE

ON JANUARY 09 2000, AT APPROXIMATELY 0800 HRS, I MET WITH SGT COBB AT THE BRYAN COUNTY SHERIFF'S OFFICE IN REFERENCE TO A FIGHT THAT HAD OCCURED AT APPROXIMATELY 0700 HRS IN BRYAN COUNTY. VICTIM WAS ALSO PRESENT AND HE ADVISED THAT IT STARTED AT HIS RESIDENCE IN LIBERTY COUNTY (ABOVE LOCATION). VICTIM ADVISED THAT HE WAS ASLEEP AND HAD BEEN DRINKING ALCOHOLIC BEVERAGES THE NIGHT BEFORE AND THERE WERE SEVERAL PEOPLE AT THIS RESIDENCE, VICTIM STATED THAT DARYL MORGAN TOOK THE MONEY BUT VICTIM DID NOT SEE SUSPECT TAKE THE MONEY. THEY GOT INTO A FIGHT AND LEFT THE AREA. BOTH VICTIM AND SUSPECT THEN GOT INTO A FIGHT AT THE SUSPECTS RESIDENCE IN BRYAN COUNTY. SUSPECT HAD $110 IN U.S. CURRENCY ON HIS PERSON WHEN BRYAN COUNTY MADE CONTACT. DETECTIVE WOODALL WAS NOTIFIED.

LIBERTY COUNTY

GA0890000

# INCIDENT REPORT
## Public
## Copy

CASE NUMBER

00050272

Page 1

**EVENT**

| INCIDENT TYPE | | | COUNTS | INCIDENT CODE | PREMISE TYPE |
|---|---|---|---|---|---|
| PUBLIC DRUNKENNESS   16-11-41 | | | 1 | 5311 | 6  RESIDENCE |

WEAPON TYPE

INCIDENT LOCATION          ZONE          6700 LEROY COFFER HWY          CID INVEST.

| INCIDENT DATE | TIME | DATE | TIME | STRANGER TO STRANGER |
|---|---|---|---|---|
| 05/05/2000 | 2107 | TO   05/05/2000 | 2228 | NO |

| COMPLAINANT | ADDRESS | SOCIAL SECURITY | HOME PHONE | WORK PHONE |
|---|---|---|---|---|
| TOWERY, BEN | LIBERTY CO. SO. HINES VILLE, GA 31313 | | | 912-876-4555 |

RACE      SEX      HEIGHT      WEIGHT      HAIR      EYES      DOB          EMP/OCC DEPUTY

**VICTIM**

| VICTIM NAME | ADDRESS | SOCIAL SECURITY | HOME PHONE | WORK PHONE |
|---|---|---|---|---|
| STATE OF GA., | . | | | |

RACE      SEX      HEIGHT      WEIGHT      HAIR      EYES      DOB          EMP/OCC

**OFFENDER**

| WANTED | OFFENDER NAME | RACE | SEX | HEIGHT | WEIGHT | HAIR | EYES | DOB | SOCIAL SECURITY |
|---|---|---|---|---|---|---|---|---|---|
| | MORGAN, SAM | B | M | 506 | 146 | BLK | BRO | | |

| WARRANT | ADDRESS | EMP/OCC | HOME PHONE NUMBER | WORK PHONE NUMBER |
|---|---|---|---|---|
| | P.O. BOX 327 FLEMING, GA 31309 | | | |

| ARREST | CHARGES | | COUNTS | INCIDENT CODE | JURIS. OFF. | ARR. | CI = CITY |
|---|---|---|---|---|---|---|---|
| X | PUBLIC DRUNKENNESS  16-11-41 | | 1 | 5311 | CO | CO | CO = COUNTY |
| SUSPECT | | | | | | | ST = STATE |

OU = OUT OF STATE

TOTAL NUMBER ARRESTED  1          ARREST AT OR NEAR OFFENSE SCENE  Y          DATE OF OFFENSE  05/05/2000

**VEHICLE**

| | TAG NUMBER | STATE | YEAR | V.I.N. | | PLATE ONLY | VIN PLATE ONLY |
|---|---|---|---|---|---|---|---|
| STOLEN | | | | | | | |
| RECOVD | YEAR | MAKE | | MODEL | STYLE | COLOR | |
| SUSPECTS | | | | | | | |

MOTOR SIZE (CID)          TRANSMISSION          SPEED          INSURED BY

**WITNESS**

| NAME | ADDRESS | PHONE NUMBER |
|---|---|---|
| | | |

**PROPERTY**

| | VEHICLES | CURRENCY,NOTES,ETC | JEWELRY,PREC. METALS | FURS | PROPERTY RECOVERY INFOR ONLY |
|---|---|---|---|---|---|
| STOLEN | | | | | JURIS. CODES |
| RECOVERED | | | | | CI = CITY |
| | CLOTHING | OFFICE EQUIP | TV, RADIO, ETC. | HOUSEHOLD GOODS | THEFT / RECOVERY    CO = COUNTY |
| STOLEN | | | | | ST = STATE |
| RECOVERED | | | | | DATE OF THEFT   OU = OUT OF STATE |
| | FIREARMS | CONS. GOODS | LIVESTOCK | OTHER | TOTALS |
| STOLEN | | | | | STOLEN |
| RECOVERED | | | | | RECOVERED |

**ADM.**

GCIC ENTRY ☐ WARRANT          ☐ MISSING PERSONS          ☐ VEHICLE          ☐ ARTICLE          ☐ BOAT          ☐ GUN          ☐ SECURITIES

**DRUG**

DID INVESTIGATION INDICATE THAT THIS INCIDENT WAS DRUG-RELATED?  ☐
IF YES, PLEASE INDICATE THE TYPE OF DRUG(S) USED BY OFFENDER:

**CLEAR**

REQUIRED DATA FIELDS
FOR CLEARANCE REPORT          ☐ CLEARED BY ARREST          ☐ EXCEPTIONTALLY CLEARED          ☐ UNFOUNDED          REPORT DATE  05/05/2000

DATE OF CLEARANCE          ☒ ADULT          ☐ JUVENILE          CLEARANCE CODE

| REPORTING OFFICER | NUMBER | APPROVING OFFICER | NUMBER |
|---|---|---|---|
| BEN TOWERY | 937 | LT. R. A. DYKES | 931 |

EAGLE2000(r) Law Enforcement Software

**LIBERTY COUNTY**

GA0890000

# INCIDENT REPORT
**Public**

**Copy**

**CASE NUMBER**
00050272

Page 2

### NARRATIVE

AT 2107HRS I WAS DISPATCTED TO THE ABOVE LOCATION. UPON MY ARRIVAL I OBSERVED THE SUBJECT MR. MORGAN IN A HIGH STATE ON INTOXICATION, YELLING AT THE PEOPLE IN THE RESIDENCE. I ADVISED MR. MORGAN TO GO HOME AND NOT COME BACK TONIGHT OR HE WOULD BE ARRESTED. MR. MORGAN LEFT AND WENT TO HIS RESIDENCE. AT 2228HRS I WAS DISPATCHED AGAIN TO THE ABOVE LOCATION WHERE I FOUND THE SUBJECT, MR. MORGAN IN THE YARD YELLING AT EVERYONE. I PLACED MR. MORGAN UNDER ARREST AND TRANSPORTED HIM TO JAIL AND CHARGED HIM WITH PUBLIC DRUNKENNESS.
DISP;2228HRS
ARR;2234HRS

**LIBERTY COUNTY**

GA0890000

# INCIDENT REPORT

**CASE NUMBER**

00071763

Copy

Page 1

## EVENT

| INCIDENT TYPE | | COUNTS | INCIDENT CODE | PREMISE TYPE |
|---|---|---|---|---|
| SIMPLE BATTERY | | 1 | 1313 | 6 RESIDENCE |
| | | | | WEAPON TYPE |
| | | | | 3 HANDS/FIST ETC |

| INCIDENT LOCATION | ZONE | | CID INVEST. |
|---|---|---|---|
| | | 6700 LEROY COFFER HWY | |

| INCIDENT DATE | TIME | | DATE | TIME | STRANGER TO STRANGER |
|---|---|---|---|---|---|
| 07/30/2000 | 0130 | TO | 07/30/2000 | 0630 | NO |

| COMPLAINANT | ADDRESS | SOCIAL SECURITY | HOME PHONE | WORK PHONE |
|---|---|---|---|---|
| MORGAN, MARGIE LORETTA | 6700 LEROY COFFER HWY MIDWAY, GA 31320 | | | |

| RACE | SEX | HEIGHT | WEIGHT | HAIR | EYES | DOB | EMP/OCC |
|---|---|---|---|---|---|---|---|
| B | F | 504 | 135 | BLK | BRO | 04/02/1937 | |

## VICTIM

| VICTIM NAME | ADDRESS | SOCIAL SECURITY | HOME PHONE | WORK PHONE |
|---|---|---|---|---|
| MORGAN, MARGIE LORETTA | 6700 LEROY COFFER HWY MIDWAY, GA 31320 | | | |

| RACE | SEX | HEIGHT | WEIGHT | HAIR | EYES | DOB | EMP/OCC |
|---|---|---|---|---|---|---|---|
| B | F | 504 | 135 | BLK | BRO | 04/02/1937 | |

## OFFENDER

| WANTED | OFFENDER NAME | RACE | SEX | HEIGHT | WEIGHT | HAIR | EYES | DOB | SOCIAL SECURITY |
|---|---|---|---|---|---|---|---|---|---|
| | MORGAN, DARRYL KEVIN | B | M | | | BRO | BRO | 08/17/1966 | |

| WARRANT | ADDRESS | EMP/OCC | HOME PHONE NUMBER | WORK PHONE NUMBER |
|---|---|---|---|---|
| | DANIEL SIDING ROAD RICHMONDHILL, GA | COOK HUDDEL HOUSE RICHMO | | |

| ARREST | CHARGES | COUNTS | INCIDENT CODE | JURIS. OFF. ARR. | CI = CITY |
|---|---|---|---|---|---|
| | SIMPLE BATTERY | 1 | 1313 | CO | CO = COUNTY |
| SUSPECT X | | | | | ST = STATE |
| | | | | | OU = OUT OF STATE |

| TOTAL NUMBER ARRESTED | ARREST AT OR NEAR OFFENSE SCENE | DATE OF OFFENSE |
|---|---|---|
| | | |

## VEHICLE

| | TAG NUMBER | STATE | YEAR | V.I.N. | PLATE ONLY | VIN PLATE ONLY |
|---|---|---|---|---|---|---|
| STOLEN | | | | | | |
| RECOVD | YEAR | MAKE | MODEL | STYLE | COLOR | |
| SUSPECTS | | | | | | |

| MOTOR SIZE (CID) | TRANSMISSION | SPEED | INSURED BY |
|---|---|---|---|
| | | | |

## WITNESS

| NAME | ADDRESS | PHONE NUMBER |
|---|---|---|
| | | |

## PROPERTY

| | VEHICLES | CURRENCY,NOTES,ETC | JEWELRY,PREC. METALS | FURS | PROPERTY RECOVERY INFOR ONLY |
|---|---|---|---|---|---|
| STOLEN | | | | | JURIS. CODES |
| RECOVERED | | | | | THEFT / RECOVERY    CI = CITY |
| | CLOTHING | OFFICE EQUIP | TV, RADIO, ETC. | HOUSEHOLD GOODS | CO = COUNTY |
| STOLEN | | | | | ST = STATE |
| RECOVERED | | | | | DATE OF THEFT    OU = OUT OF STATE |
| | FIREARMS | CONS. GOODS | LIVESTOCK | OTHER | TOTALS |
| STOLEN | | | | | STOLEN |
| RECOVERED | | | | | RECOVERED |

## ADM.

| GCIC ENTRY | WARRANT | MISSING PERSONS | VEHICLE | ARTICLE | BOAT | GUN | SECURITIES |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## DRUG

DID INVESTIGATION INDICATE THAT THIS INCIDENT WAS DRUG-RELATED?

IF YES, PLEASE INDICATE THE TYPE OF DRUG(S) USED BY OFFENDER:

## CLEAR

| REQUIRED DATA FIELDS FOR CLEARANCE REPORT | CLEARED BY ARREST | EXCEPTIONTALLY CLEARED | UNFOUNDED | REPORT DATE |
|---|---|---|---|---|
| | | | | 07/30/2000 |

| DATE OF CLEARANCE | X ADULT | JUVENILE | CLEARANCE CODE |
|---|---|---|---|
| | | | |

| REPORTING OFFICER | NUMBER | APPROVING OFFICER | NUMBER |
|---|---|---|---|
| D. EDWARDS | 907 | LT. DANNY PITTMAN | 951 |

EAGLE2000(r) Law Enforcement Software

**LIBERTY COUNTY**

GA0890000

**INCIDENT REPORT**

Copy

**CASE NUMBER**

00071763

Page 2

## NARRATIVE

I WAS DISPATCHED AT 06:39 HOURS AND ARRIVED 06:45 HOURS. I MET THE COMPLAINANT AT 6831 LEROY COFFER HWY. COMPLAINTANT STATED THAT AT APPROXIMATELY 01:30 HOURS THE OFFENDER ENTERED HER RESIDENCE BY A WINDOW. ONCE INSIDE THE COMPLAINANT STATED THAT THE OFFENDER STRUCK HER ON THE RIGHT SIDE OF HER JAW, AND TOOK $660.00 WHICH WAS IN HER REAR POCKET. AFTER REMOVING THE MONEY THE COMPLAINTANT STATED THAT THE OFFENDER PULLED AT HER PANTS. SOON AFTER THE OFFENDER THEN WENT TO SLEEP ON A COUCH. I ENTERED THE RESIDENCE AND NOTICED THE OFFENDER ASLEEP ON A COUCH, AND WHEN I CALLED HIS NAME RESPONDED. THE OFFENDER STATED THAT A LOT OF PEOPLE WERE DRINKING LAST NIGHT AND ASK IF HE COULD SLEEP ON THE COUCH BECAUSE OF HIS INTOXICATED STATE. I DETAINED THE OFFENDER AND MET THE COMPLAINT AT 6831 LEROY COFFER HWY. THE COMPLAINANT THEN STATED THAT IT WAS $160.00 IN TWENTY DOLLAR BILLS, AND FURTHER STATED THAT THE OFFENDER HAD NOT LEFT THE AREA. A SEARCH OF THE OFFENDER DID NOT REVEAL ANY U.S. CURRENCY. A SEARCH OF THE COUCH AREA WHERE THE COMPLAINTANT STATED THE OFFENDER WAS SLEEPING DID NOT REVEAL ANY U.S. CURRENCY. THE COMPLAINTANT STATED THAT THE OFFENDER BROKE THE PHONE. DEPUTY DOWNS PLUGGED THE PHONE INTO THE WALL AND IT WAS FOUND TO BE OPERATING PROPERLY. THE COMPLAINANT AND THE OFFENDER HAD A STRONG ODOR OF AN ALCOHOLIC BEVERAGE COMING FROM THEIR PERSON. THE COMPLAINANT STATED THAT SHE HAD BEEN DRINKING SINCE THAT MORNING. I COULD NOT SEE ANY VISIBLE SIGNS OF INJURY ON THE COMPLAINANT. THE COMPLAINANT DID NOT WANT MEDICAL ATTENTION. THE LIBERTY COUNTY MAGISTRATE COURT PROCEDURES WAS EXPLAINED TO BOTH PARTIES.

LIBERTY COUNTY

GA0890000

# INCIDENT REPORT
## Public
## Copy

CASE NUMBER

00100994

Page 2

## NARRATIVE

ON 10/18/00 AT 21:26HRS I WAS DISPATCHED TO 6724 LEROY COFFER HWY IN REFERENCE TO A DISTURBANCE. THE DISPATCH ADVISED THAT A BLACK MALE WAS IN THE COMP'S FRONT YARD WITH A GUN THREATENING TO SHOOT HIM. WHILE IN ROUTE DISPATCHED ADVISED THAT SHOTS HAD BEEN FIRED. WHEN I ARRIVED THE COMP TOLD ME THAT THE OFFENDER HAD SHOT THE FRONT OF HIS HOUSE, THEN SHOWED ME A SPOT AT THE FRONT DOOR WHICH APPEARED TO HAVE BEEN SHOT WITH A SHOT GUN. I THEN ASKED THE COMP WHAT HAD HAPPENED. HE TOLD ME THAT HE AND THE OFFENDER HAD GOTTEN INTO A ARGUMENT ABOUT A WOMAN, THE OFFENDER THEN TRIED TO START A FIGHT WITH THE COMP BUT THE COMP WOULDN'T FIGHT WITH HIM AND TURNED TO WALK AWAY. AT THIS POINT THE OFFENDER GRABBED THE COMP TURNED HIM AROUND AND HIT HIM IN THE STOMACH. THE COMP THEN THREW THE OFFENDER TO THE FLOOR BUT WAS ASKED BY HIS AUNT NOT TO FIGHT IN HER HOUSE. THE COMP THEN TURNED THE OFFENDER LOSE AND LEFT THE HOUSE AND WENT HOME. THE COMP AFTER GETTING HOME WENT TO BED. AFTER ABOUT 15 MINUTES THE COMP HEARD SOMEONE KNOCKING ON HIS DOOR AND CALLED HIS NAME THEN HE HEARD A GUN SHOT. THE COMP STATES THAT HE DIDN'T SEE THE OFFENDER AT THE DOOR. I THEN TALKED TO THE WITNESS WHO TOLD ME THAT THE OFFENDER CAME TO HER HOUSE WITH THE SHOT GUN AND TOLD HER THAT HE (THE OFFENDER) DIDN'T KILL HIM. DETECTIVE WOODALL WAS CALLED TO THE SCENE AND TOOK PHOTOGRAPHS AND SPOKE WITH THE COMP. THERE WERE THREE OTHER PEOPLE IN THE HOUSE. ROY MORGAN B/M DOB 11/03/60, SADIE BROWN B/F DOB 05/21/42, AND ROGER BIZZARD B/M 2 YO. MYSELF AND DETECTIVE WOODALL WENT TO THE OFFENDER'S RESIDENCE MADE CONTACT WITH HIM AND FOUND THE SHOT GUN THE OFFENDER WAS THEN TRANSPORTED TO THE LIBERTY COUNTY JAIL.

**Agency ID (ORI)**

GA0890000

# MISC. INCIDENT REPORT

**CASE NUMBER**

00110187

Report run on: Friday October 10 2003 10:47 AM

Page 1 of 1

| | | | |
|---|---|---|---|
| INCIDENT TYPE | ACCIDENTAL DAMAGE | LOCATION CODE | |
| | | LOCATION DESCRIPTION | 6762 LEROY COFFER HWY |
| INCIDENT DATE | 11/04/2000 | REPORTING OFFICER# | 907 |
| TIME | 1754 | OFFICER NAME | DAVID EDWARDS |
| END DATE | 11/04/2000 | APPROVING OFFICER# | 951 |
| TIME | 1803 | OFFICER NAME | LT. DANNY PITTMAN |

| COMPLAINANT NAME | ADDRESS | | SOCIAL SECURITY | HOME PHONE | WORK PHONE |
|---|---|---|---|---|---|
| BIZZARD, MARY | 6762 LEROY COFFER HWY MIDWAY, GA 313 | | 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 | 912-884-3219 | |
| RACE B SEX F HEIGHT | WEIGHT HAIR EYES DOB | EMP/OCC HOME DEPOT | | | |

| VICTIM NAME | ADDRESS | | SOCIAL SECURITY | HOME PHONE | WORK PHONE |
|---|---|---|---|---|---|
| BIZZARD, MARY | 6762 LEROY COFFER HWY MIDWAY, GA 31320 | | 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 | 912-884-3219 | |
| RACE B SEX M HEIGHT | WEIGHT HAIR EYES DOB 09/05/1956 | EMP/OCC HOME DEPOT | | | |

**NARRATIVE**

I ARRIVED AT 1803 HOURS AN MET WITH THE COMPLAINANT. COMPLAINANT STATED THAT WHEN SHE RETURNED HOME FROM WORK NICKOLAS JOHNSON, SSN: 252384068, DOB: 12-30-1979 INFORMED HER THAT A BULLET HAD COME INTO THE RESIDENCE. JOHNSON STATED THAT WHILE HE WAS SITTING AT THE KITCHEN TABLE USING THE PHONE FIVE SHOTS WERE HEARD. ONE ROUND ENTERED THE RESIDENCE THROUGH THE FRONT GLASS DOOR, PASSED THROUGH , AND BREAKING ANOTHER INTERIOR GLASS PARTITION, AND FURTHER  LODGING INTO THE WALL.  JOHNSON STATED THAT EARLIER HE OBSERVED A WHITE MALE WALKING ALONG THE WOODLINE ACROSS THE STREET WEARING A RED TOP, THEN ENTER INTO THE WOODS.

**LIBERTY COUNTY**

GA0890000

# INCIDENT REPORT
## Public
## Copy

**CASE NUMBER**
01051127

Page 1

---

**EVENT**

| INCIDENT TYPE | | COUNTS | INCIDENT CODE | PREMISE TYPE |
|---|---|---|---|---|
| SIMPLE BATTERY  16-5-23 | | 1 | 1313 | 6 RESIDENCE |

WEAPON TYPE: 3 HANDS/FIST ETC

INCIDENT LOCATION    ZONE    6700 HIGHWAY 196 EAST    CID INVEST.

| INCIDENT DATE | TIME | | DATE | TIME | STRANGER TO STRANGER |
|---|---|---|---|---|---|
| 05/19/2001 | 1920 | TO | 05/19/2001 | 1930 | NO |

COMPLAINANT: MORGAN, GREGORY
ADDRESS: 189 SEQUOIA CIR. HINESVILLE, GA 31313
SOCIAL SECURITY:
HOME PHONE: 912-368-8007
WORK PHONE:

RACE B   SEX M   HEIGHT   WEIGHT   HAIR BLK   EYES BRO   DOB    EMP/OCC

**VICTIM**

VICTIM NAME: MORGAN, GREGORY
ADDRESS: 189 SEQUOIA CIR. HINESVILLE, GA 31313
SOCIAL SECURITY:
HOME PHONE: 912-368-8007
WORK PHONE:

RACE B   SEX M   HEIGHT   WEIGHT   HAIR BLK   EYES BRO   DOB    EMP/OCC

**OFFENDER**

| WANTED | OFFENDER NAME | RACE | SEX | HEIGHT | WEIGHT | HAIR | EYES | DOB | SOCIAL SECURITY |
|---|---|---|---|---|---|---|---|---|---|
| | BIZZARD, ANTONIEUS DEMON | B | M | 510 | 164 | BLK | BRO | | |

WARRANT    ADDRESS: 6700 HIGHWAY 196 EAST FLEMING, GA 31309    EMP/OCC    HOME PHONE NUMBER   WORK PHONE NUMBER

ARREST    CHARGES: SIMPLE BATTERY  16-5-23

| | | COUNTS | INCIDENT CODE | JURIS. OFF. ARR. | |
|---|---|---|---|---|---|
| | | 1 | 1313 | CO | CI = CITY / CO = COUNTY / ST = STATE / OU = OUT OF STATE |

SUSPECT

TOTAL NUMBER ARRESTED    ARREST AT OR NEAR OFFENSE SCENE    DATE OF OFFENSE 05/19/2001

**VEHICLE**

| | TAG NUMBER | STATE | YEAR | V.I.N. | | PLATE ONLY | VIN PLATE ONLY |
|---|---|---|---|---|---|---|---|
| STOLEN | | | | | | | |
| RECOVD | YEAR | MAKE | | MODEL | STYLE | COLOR | |
| SUSPECTS | | | | | | | |

MOTOR SIZE (CID)    TRANSMISSION    SPEED    INSURED BY

**WITNESS**

NAME    ADDRESS    PHONE NUMBER

**PROPERTY**

| | VEHICLES | CURRENCY,NOTES,ETC | JEWELRY,PREC. METALS | FURS | PROPERTY RECOVERY INFOR ONLY |
|---|---|---|---|---|---|
| STOLEN | | | | | |
| RECOVERED | | | | | JURIS. CODES |

THEFT / RECOVERY    CI = CITY / CO = COUNTY / ST = STATE

| | CLOTHING | OFFICE EQUIP | TV, RADIO, ETC. | HOUSEHOLD GOODS | DATE OF THEFT | OU = OUT OF STATE |
|---|---|---|---|---|---|---|
| STOLEN | | | | | | |
| RECOVERED | | | | | | |

| | FIREARMS | CONS. GOODS | LIVESTOCK | OTHER | | TOTALS |
|---|---|---|---|---|---|---|
| STOLEN | | | | | STOLEN | |
| RECOVERED | | | | | RECOVERED | |

**ADM.**

GCIC ENTRY  ☐ WARRANT   ☐ MISSING PERSONS   ☐ VEHICLE   ☐ ARTICLE   ☐ BOAT   ☐ GUN   ☐ SECURITIES

**DRUG**

DID INVESTIGATION INDICATE THAT THIS INCIDENT WAS DRUG-RELATED?  ☐
IF YES, PLEASE INDICATE THE TYPE OF DRUG(S) USED BY OFFENDER:

**CLEAR**

| REQUIRED DATA FIELDS FOR CLEARANCE REPORT | ☐ CLEARED BY ARREST | ☐ EXCEPTIONTALLY CLEARED | ☐ UNFOUNDED | REPORT DATE 05/19/2001 |
|---|---|---|---|---|

DATE OF CLEARANCE    ☒ ADULT   ☐ JUVENILE   CLEARANCE CODE

| REPORTING OFFICER | NUMBER | APPROVING OFFICER | NUMBER |
|---|---|---|---|
| LT. F. A. MCCLELLAND, JR | 921 | | |

EAGLE2000(r) Law Enforcement Software

**LIBERTY COUNTY**

GA0890000

# INCIDENT REPORT
## Public
## Copy

**CASE NUMBER**

01051127

Page 2

### NARRATIVE

COMPLAINANT STATED THAT ANTONIEUS CAME UP TO HIM AND TOLD HIM NOT BE TELLING PEOPLE THAT HE WAS HIS BROTHER. THEY STARTED ARGUING AND THEN ANTONIEUS STARTED HITTING HIM IN THE FACE AND HEAD.    COMPLAINANT WAS ADVISED WARRANT PROCEDURES.

# FAMILY VIOLENCE INCIDENT REPORT
## Public Copy

**Agency ID (ORI)** GA0890000

**CASE NUMBER** 01101282

Page 1

**EVENT**

**INCIDENT TYPE:** SIMPLE BATTERY 16-5-23

**COUNTS:** 1
**INCIDENT CODE:** 1313
**PREMISE TYPE:** 6 RESIDENCE
**WEAPON TYPE:** 3 HANDS/FIST ETC

**INCIDENT LOCATION:** 6724 LEROY COFFER HWY
**LOC CODE:**

**INCIDENT DATE:** 10/22/2001 **TIME:** 1722 **TO** **DATE:** 10/22/2001 **TIME:** 1728
**STRANGER TO STRANGER:** N
**CID INVEST.:**

**COMPLAINANT:** MORGAN JR., SAM
**ADDRESS:** 6724 LEROY COFFER HWY. FLEMING, GA 31309
**SOCIAL SECURITY:**
**HOME PHONE:** 9128847672
**WORK PHONE:**
**RACE:** B **SEX:** M **HEIGHT:** 601 **WEIGHT:** 150 **HAIR:** BLK **EYES:** BRO **DOB:** 05/06/1946 **EMP/OCC:**

**VICTIM**

**VICTIM NAME:** MORGAN JR., SAM
**ADDRESS:** 6724 LEROY COFFER HWY. FLEMING, GA 31309
**SOCIAL SECURITY:**
**HOME PHONE:** 9128847672
**WORK PHONE:**
**RACE:** B **SEX:** M **HEIGHT:** 601 **WEIGHT:** 150 **HAIR:** BLK **EYES:** BRO **DOB:** 05/06/1946 **EMP/OCC:**

**PRIMARY AGGRESSOR**

**WANTED:**
**OFFENDER NAME:** JENKINS, DEBRA
**RACE:** B **SEX:** F **HEIGHT:** 506 **WEIGHT:** 145 **HAIR:** BLK **EYES:** BRO **DOB:** 09/03/1954 **SOCIAL SECURITY:** 258984020
**WARRANT:** X
**ADDRESS:** 6724 LEROY COFFER HWY., FLEMING, GA 31309
**EMP/OCC:**
**HOME PHONE NUMBER** **WORK PHONE NUMBER**
**ARREST:** X
**CHARGES:** SIMPLE BATTERY 16-5-23
**COUNTS:** 1 **INCIDENT CODE:** 1313 **JURIS. OFF.:** 2 **ARR.:** 2
**SUSPECT:**
CI = CITY
CO = COUNTY
ST = STATE
OU = OUT OF STATE

**TOTAL NUMBER ARRESTED:** 1 **ARREST AT OR NEAR OFFENSE SCENE:** Y **DATE OF OFFENSE:** 10/22/2001

1. WERE CHILDREN INVOLVED? **N**
2. WAS ACT COMMITTED WITH CHILDREN PRESENT? **N**
3. NUMBER OF PREVIOUS COMPLAINTS AS ADVISED BY VICTIM: **MORE THAN 10**
4. EXISTENCE OF PRIOR COURT ORDERS: **U**
5. WAS VICTIM ADVISED OF AVAILABLE REMEDIES AND SERVICES? **Y**
6. TYPE AND EXTENT OF ALLEGED ABUSE BY THE PRIMARY AGGRESSOR: [ ] 1 - FATAL INJURY [ ] 2 - PERMANENT PHYSICAL DISABILITY [ ] 3 - TEMPORARY DISABILITY [ ] 4 - BROKEN BONES [ ] 5 - GUN / KNIFE WOUNDS [X] 6 - SUPERFICIAL INJURIES [ ] 7 - PROPERTY DAMAGE / THEFT [ ] 8 - THREATS [X] 9 - ABUSIVE LANGUAGE [ ] 10 - SEXUAL ABUSE [ ] 11 - OTHER
7. POLICE ACTION TAKEN: [X] 1 - ARREST [ ] 2 - CITATION [ ] 3 - SEPARATION [ ] 4 - MEDIATION [ ] 5 - OTHER [ ] 6 - NONE
   IF NO ARREST, WHY NOT? [ ] 1 - JUVENILE [ ] 2 - PRIMARY AGGRESSOR WAS NOT AT THE SCENE [ ] 3 - INSUFFICIENT PROBABLE CAUSE [ ] 4 - OTHER REASON(S)
8. HOW WAS PRIMARY AGGRESSOR IDENTIFIED? [X] 1 - PHYSICAL EVIDENCE [ ] 2 - TESTIMONIAL EVIDENCE [ ] 3 - OTHER
9. DID INVESTIGATION INDICATE THAT SUBSTANCE ABUSE WAS INVOLVED? **Y**
   IF YES, INDICATE SUBSTANCE(S) USED BY PRIMARY AGGRESSOR: [ ] 1 - DRUGS [X] 2 - ALCOHOL
   IF YES, INDICATE SUBSTANCE(S) USED BY PRIMARY VICTIM: [ ] 1 - DRUGS [X] 2 - ALCOHOL
10. RELATIONSHIP OF PRIMARY AGGRESSOR TO VICTIM(S): [ ] 1 - PRESENT SPOUSE [ ] 2 - FORMER SPOUSE [ ] 3 - PARENT [ ] 4 - CHILD [ ] 5 - STEPPARENT [ ] 6 - STEPCHILD [ ] 7 - FOSTER PARENT [ ] 8 - FOSTER CHILD [X] 9 - NONE OF THE ABOVE, BUT LIVES IN SAME HOUSEHOLD OR FORMERLY LIVED IN HOUSEHOLD

**WITNESS**

**NAME:** **ADDRESS:** **PHONE NUMBER:**

**CLEAR**

**REQUIRED DATA FIELDS FOR CLEARANCE REPORT:** [X] CLEARED BY ARREST [ ] EXCEPTIONTALLY CLEARED [ ] UNFOUNDED
**REPORT DATE:** 10/22/2001
**DATE OF CLEARANCE:** 10/22/2001 **ADULT:** [X] **JUVENILE:** [ ] **CLEARANCE CODE:** 080
**REPORTING OFFICER:** CHRIS MANNING **NUMBER:** 933
**APPROVING OFFICER:** SGT. ANDREW GOSE **NUMBER:** 944

**Agency ID (ORI)**

| GA0890000 |

# FAMILY VIOLENCE INCIDENT REPORT

**CASE NUMBER**

| 01101282 |

Page 2

### NARRATIVE

COMP STATED THAT HE WALKED NEXT DOOR TO GET AWAY FROM THE OFFENDER AND SHE FOLLOWED HIM TO THAT RESIDENCE. THE ARGUMENT ESCALATED AND THE OFFENDER RIPPED THE SHIRT OFF OF THE COMP AND SCRATCHED HIM ON THE BACK OF HIS NECK. I HAD BEEN OUT AT THIS RESIDENCE APPROXIMATELY 1 HOUR EARLIER THIS SAME DATE FOR A VERBAL DOMESTIC DISPUTE. THE OFFENDER WAS PLACED UNDER ARREST AND TRANSPORTED TO THE LIBERTY CO . JAIL. APPROPRIATE WARRANTS WILL BE OBTAINED.