# APPENDIX K-2

IP-S619.060   **IMMUNIZATION RECORD**   CD FRM
UG 96
J.S. DEPARTMENT OF JUSTICE                          FEDERAL BUREAU OF PRISONS

### TETANUS TOXOIDS

| DATE | MFG'R | LOT # | EXP. DATE | SITE | DOSE/ ROUTE | PROVIDER | INSTITUTION |
|------|-------|-------|-----------|------|-------------|----------|-------------|
|      |       |       |           |      |             |          |             |
|      |       |       |           |      |             |          |             |
|      |       |       |           |      |             |          |             |
|      |       |       |           |      |             |          |             |
|      |       |       |           |      |             |          |             |
|      |       |       |           |      |             |          |             |
|      |       |       |           |      |             |          |             |
|      |       |       |           |      |             |          |             |

### TUBERCULIN TESTS

| DATE GIVEN | MFG'R | LOT # | EXP. DATE | SITE | DOSE/ ROUTE | PROVIDER/ INSTITUTION | DATE READ | RESULTS (MM) | READ BY |
|------------|-------|-------|-----------|------|-------------|----------------------|-----------|--------------|---------|
| 5/03 | Aventis | C11704A | 10/15/04 | LFA | 0.1 cc | Valverde RN Fcc-Butner | 8/7/03 | 0 mm | P. Foutch |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |

(This form may be replicated via WP)

atient Identification
Name, Reg #)

Brown, Meier
# 11364-021

BROWN, MEIER JASON
REG 11364-021
DOB 07-04-1970
FBC BUTNER

659.060    MEDICAL SU_ _RY OF FEDERAL PRISONER/AL_    IN TRANSIT    CDFRM MAR
DEPARTMENT OF JUSTICE    FEDERAL BUREAU OF PRISO_

| Clearance Yes__ No __ | Name : | Reg.# | D.O.B. |
|---|---|---|---|
| PD Completed: _8/5/03_ Date | BROWN, MEIER | 11364-021 | 7/4/70 |

Ults: _0_ mm
XR Completed: _N/A_ Date
Ults: _N/A_

Health Authority
rance: _(signature)_
_(signature)_ Date 9/25/03

Note:
s listed above must be within
year of this transfer.

| Departed From | Date Departed |
|---|---|
| FMC Butner | 9/26/03 |
| Destination | Reason for Transfer |
| S/GA | STUDY COMPLETE |

I: No Diagnosis. √ 71.05
II: No Diagnosis √ 71.05
III: H/o Bridgedin.

| lication | Dose | Route | Instructions For Use (Include proper time for administering) | Stop |
|---|---|---|---|---|
| | | | Medication Required For Care En Route | |
| | | | | |
| | | | NO MEDS | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

itional Comments

**al Needs Affecting Transportation**

| | | If no, why not? |
|---|---|---|
| isoner medically able to travel by BUS, VAN or CAR? | _Yes _ No | If no, why not? |
| isoner medically able to travel by airplane? | _Yes _ No | If no, why not? |
| isoner medically able to stay overnight at another facility en route estination? | _Yes _ No | If no, why not? |
| ere any medical reason for restricting the length of time prisoner be in travel status? | _ Yes _No | If yes, state reason |
| s prisoner require any medical equipment while in transport status? | _ Yes _No | If yes, what equipment? |

| and Print Name - Certifying Health Authority | Phone Number | Date Signed |
|---|---|---|
| _(signature)_ Psychiatrist  Ralph Newman M.D. | (919) 575-3900 | 9/25/03 |

Copy - Transporting Officer: Copy - Health Record (Top page Position one); Copy - Transferring Institution
orm may be replicated via WP)

# MEDICAL HISTORY REPORT

tment of Justice
eau Of Prisons

**(THIS INFORMATION IS FOR OFFICIAL AND MEDICALLY CONFIDENTIAL USE ONLY AND WILL NOT BE RELEASED TO UNAUTHORIZED PERSONS)**

| NAME—FIRST NAME—MIDDLE NAME | | 2. REGISTER NUMBER |
|---|---|---|
| wn Meier  Jason | | 11364-021 |

| SE OF EXAMINATION | 4. DATE OF EXAMINATION | 5. EXAMINING FACILITY | **FMC BUTNER** |
|---|---|---|---|
| int | 8-04-03 | Butner | |

**MENT OF EXAMINEE'S PRESENT HEALTH AND MEDICATIONS CURRENTLY USED** *(Follow by description of past history, if complaint arises)*

33 y/o BM when asked about physical condition, states "I can't complain"

| YOU EVER *(Please check each item)* | | 8. DO YOU *(Please check each item)* | | |
|---|---|---|---|---|
| *(Check each item)* | | YES | NO | *(Check each item)* |
| Lived with anyone who had tuberculosis | | | | Wear glasses or contact lenses |
| Coughed up blood | | | ✓ | Have vision in both eyes |
| Bled excessively after injury or tooth extraction | | | ✓ | Wear a hearing aid |
| Attempted suicide | | | ✓ | Stutter or stammer habitually |
| Been a sleepwalker | | | ✓ | Wear a brace or back support |

**YOU EVER HAD OR HAVE YOU NOW** *(Please check at left of each item)*

| DON'T KNOW | *(Check each item)* | YES | NO | DON'T KNOW | *(Check each item)* | YES | NO | DON'T KNOW | *(Check each item)* |
|---|---|---|---|---|---|---|---|---|---|
| | Scarlet fever | | ✓ | | Adverse reaction to serum drug or medicine | | ✓ | | Epilepsy or fits |
| | Rheumatic fever | | ✓ | | Broken bones | | ✓ | | Car, train, sea or air sickness |
| | Swollen or painful joints | | ✓ | | Tumor, growth, cyst, cancer | | ✓ | | Frequent trouble sleeping |
| | Frequent or severe headache | | ✓ | | Rupture/hernia | | ✓ | | Depression or excessive worry |
| | Dizziness or fainting spells | | ✓ | | Piles or rectal disease | | ✓ | | Loss of memory or amnesia |
| | Eye trouble | | ✓ | | Frequent or painful urination | ✓ | | | Nervous trouble of any sort |
| | Ear, nose, or throat trouble | | ✓ | | Bed wetting since age 12 | | ✓ | | Periods of unconsciousness |
| | Hearing loss | | ✓ | | Kidney stone or blood in urine | | ✓ | | Have you ever had homosexual contact? |
| | Chronic or frequent colds | | ✓ | | Sugar or albumin in urine | | ✓ | | Been exposed to AIDS |
| | Severe tooth or gum trouble | | ✓ | | VD—Syphilis, gonorrhea, etc. | | ✓ | | Alcohol Use (Excessive) |
| | Sinusitis | | ✓ | | Recent gain or loss of weight | | ✓ | | Drug Use/Addiction |
| | Hay Fever | | ✓ | | Arthritis, Rheumatism, or Bursitis | | ✓ | | Marijuana |
| | Head injury | | ✓ | | Bone, joint or other deformity | | ✓ | | Cocaine |
| | Skin diseases | | ✓ | | Lameness | | ✓ | | Heroin |
| | Thyroid trouble | | ✓ | | Loss of finger or toe | | ✓ | | L.S.D. |
| | Tuberculosis | | ✓ | | Painful or "Trick" shoulder or elbow | | ✓ | | Amphetamines |
| | Asthma | | ✓ | | Recurrent back pain | | ✓ | | Others: (Specify) |
| | Shortness of breath | | ✓ | | "Trick" or locked knee | | | | |
| | Pain or pressure in chest | | ✓ | | Foot trouble | | | | Alcohol or drug |
| | Chronic cough | | ✓ | | Neuritis | | ✓ | | Withdrawal Problems |
| | Palpitation or pounding heart | | ✓ | | Paralysis (include infantile) | | | | |
| | Heart trouble | | ✓ | | | | | | |
| | High or low blood pressure | | | | | | | | |
| | Cramps in your legs | | | | 10. FEMALES ONLY HAVE YOU EVER | | | | |
| | Frequent indigestion | | | | | | | | Been treated for a female disorder |
| | Stomach, liver, or intestinal trouble | | | | | | | | Had a change in menstrual pattern |
| | Gall bladder trouble or gallstones | | | | | | | | ARE YOU PREGNANT |
| | Jaundice or hepatitis | | | | | | | | SUSPECT YOU ARE PREGNANT |

| IS YOUR USUAL OCCUPATION? | 12. ARE YOU (Check one) |
|---|---|
| Maintenance | ☑ Right handed   ☐ Left handed |

*[signature] Gonzalez, MD*

CHECK EACH ITEM YES OR NO EVERY ITEM CHECKED YES MUST BE FULLY EXPLAINED IN BLANK SPACE BELOW·

| | YES | NO | |
|---|---|---|---|
| 13. Have you been refused employment or been unable to hold a job or stay in school because of: A. Sensitivity to chemicals, dust, sunlight, etc. | | / | 18. Have you ever had any illness or injury other than those already noted? (If yes, specify when, where, and give details.) |
| B. Inability to perform certain motions. | | | 19. Have you consulted or been treated by clinics, physicians, healers, or other practitioners within the past 5 years for other than minor illnesses? (If yes, give complete address of doctor, hospital, clinic, and details.) |
| C. Inability to assume certain positions. | | / | |
| D. Other medical reasons (If yes, give reasons.) | | | 20. Have you ever been rejected for military service because of physical, mental, or other reason? (If yes, give date, and reason, for rejections.) |
| 14. Have you ever been treated for a mental condition? (If yes, specify when, where, and give details). | | / | |
| 15. Have you ever been denied life insurance? (If yes, state reason and give details.) | | | 21. Have you ever been discharged from military service because of physical, mental, or other reasons? (If yes, give date, reason, and type of discharge whether honorable, other than honorable, for unfitness or unsuitability.) |
| 16. Have you had, or have you been advised to have, any operations? (If yes, describe and give age at which occured.) | | / | |
| 17. Have you ever been a patient in any type of hospital? (If yes, specify when, where, why, and name of doctor and complete address of hospital.) | | / | 22. Have you ever received, is there pending, or have you applied for pension, or compensation for existing disability? (If yes, specify what kind, granted by whom, and what amount, when, why.) |

...TION: (#13-22 ABOVE)

...at I have reviewed the foregoing information supplied by me   and that it is true and complete to the best of my knowledge. I authorize any of the
...ospitals, or clinics mentioned above to furnish the Government a complete transcript of my medical record.

...R PRINTED NAME OF EXAMINEE                          SIGNATURE

...er Jason Brown

| | |
|---|---|
| ...SCREENING: | THERE BEEN ANY PROBLEMS SINCE STOPPING THE USE OF DRUGS OR ALCOHOL? ___ |
| RECEIVED FROM: COURT ___ TRANSFER ___ P.V. ___ | DOES PATIENT NEED TO BE SEEN IMMEDIATELY BY THE MEDICAL STAFF  YES ___  NO ___ |
| ... STAFF'S COMMENTS AND OBSERVATIONS: PLEASE YOUR ANSWERS TO MENTAL STATUS, POTENTIAL SUICIDE, ...NCE. CONDUCT. STATE OR CONSCIOUSNESS. RASHES. ...E. BRUISES AND/OR MARKS. SWEATING. BODY DEFORM- ...TC. NOTE OBSERVATIONS IN BLOCK 23 BELOW. | WHAT ARRANGEMENTS HAVE BEEN MADE? ___ |
| | DUTY STATUS: TEMPORARY WORK ___ RESTRICTED ___ |
| ...S HAVE BEEN USED. NOTE TYPE. HOW LONG. HOW MUCH. | GENERAL POPULATION ___ YES ___ NO ___ |
| ...TEN, HOW USED. WHEN WERE THEY LAST USED: HAVE | TYPE AND EXTENT OF LIMITATION ___ |

...ian's summary and elaboration of all pertinent data (Physician shall comment on all positive answers in item 6 through 22. Physician may develop by interview additional medical history he deems important, and record any significant findings here.)

| ...R PRINTED NAME OF PHYSICIAN OR | DATE | SIGNATURE | NUMBER OF ATTACHED SHEETS |
|---|---|---|---|
| | | | |

BP-S354.060  **INTAKE SCREENING (MEDICAL)**    CDFRM
NOV 94
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

Medical staff shall complete this screening form on all arrivals to the
Institution)

| Institution    FHC-Butner | Date of Arrival   8/5/03 | Time of Arrival |
|---|---|---|
| Inmate's Name   Brown, Meier | Register Number   11364-021 | |

### M E D I C A L    C L E A R A N C E

1. BP-149(60) reviewed? ☑ yes; ☐ no (Explain)

2. General Population Housing Approved? ☐ yes; ☑ no (Specify limitation or
   need)

   Mental Health Unit

3. Approved for Temporary Work Assignment? ☐ yes; ☑ no (Specify limitations
   or exclusions)

   Needs Medical clearance

4. For Holdovers:   OK for Continued Transport? ☐ yes; ☑ no (Explain)

   NA

5. Disabilities?  ☐ yes    ☐ no   (If yes, enter code(s) into MDS)
                            Code(s)

6. Remarks:

| Medical Staff Signature   KALbott | Date   8/5/03 | Time   1150 |
|---|---|---|
| Medical Staff Title   Registered Nurse | | J. Gonzalez, MD |

Record Copy - Inmate Central File;  copy - file
(This form may be replicated via WP)

Replaces BP-394(60) of APRIL 1990
and BP-S354 of AUG 1994

## FMC BUTNER
## INPATIENT MEDICAL RECORD
## COVER SHEET

Name    BROWN, MEIER
No.     11364-021
DOB:    7/4/70

Date of Admission: 8/5/03
Date of Discharge: 9/26/03
Days in Hospital:  51

---

### DIAGNOSES

I: No Diagnosis, V71.09.
II: No Diagnosis, V71.05.
III: H/O Bridgland...

---

### OPERATIONS AND OTHER THERAPEUTIC PROCEDURES

---

Disposition: STUDY COMPLETE       S/GA

FMC Butner, NC

Physician's Signature: _____

Physicians's Stamp: _____

20.060
6

# PATIENT PROBLEM LIST

**DEPARTMENT OF JUSTICE**                                                            **FEDERAL BUREAU OF PRISON**

CDF1

## PROBLEM LIST

| ATE<br>ITED | SIGNIFICANT DIAGNOSIS | SIGNIFICANT OPERATIONS/<br>INVASIVE PROCEDURES | DATE |
|---|---|---|---|
| 13 | Admitted to FMC Butner | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| /03 | Discharged from FMC Butner | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## ADVERSE / ALLERGIC

### DRUG REACTIONS
(If none, record "No Known Drug Allergies)

NKDA

ient Identification
me, Reg #, DOB)

OWN, MEIER
64-021

## FEDERAL MEDICAL CENTER
## BUTNER, NC

### PATIENT IDENTIFICATION FORM
### Mental Health Division

PATIENT NAME _____ REGISTRATION # _____

Date of Initial Contact/Admission to MHD _8/5/03_ Date of Birth _7/4/70_

Race/Ethnic Origin _AA_ ☐ Marital Status ☐ Married ☒ Single ☐ Divorced

Legal Status _Study_

Patient's Home Address/Telephone Number _6724 Lesay Coffee Hway_
_Fleming Ga. 31309_ _912 884 4346_

Name/Address/ Phone Number of Next of Kin _(B) Leury Margan_

_same as above_

Education _11_

Type/Place of Employment _Labor_

Any Other Significant Identifying Information (i.e., tattoos, scars) _scar_
_across pointer finger & (L) hand_

Date Information was Gathered _8/5/03_

_O. Fouth RNC_                 _O. Foutch RNC_
Signature of Staff Gathering Data     Printed Name of Staff Gathering Data

Brown, Meier
1136-4-021
BROWN, MEIER JASON
REG 1136-4-021
DOB 07-04-1970
FMC BUTNER

**ADVANCE DIRECTIVE REQUEST**

**U.S. DEPARTMENT OF JUSTICE FEDERAL BUREAU OF PRISONS**

mate Brown, Meier _____ (Last, First Name),
gistry #, 11364·021 _____ was received at FCC Butner, North
rolina on 8/5/03 _____ (date) and

expressed a desire / did not express a desire (circle one)

receive additional information about Advance Directives.

it Management Staff Signature

James D. King
Case Manager

it Management Staff Name (Print/Stamp) _____

_____
.it

8/5/03
ite

Advance Directive Request
MEDICAL RECORD
File under divider: Advance Directive
(Rev. 6/03)

FMC BUTNER

## CHRONIC MEDICATION SUMMARY SHEET
### Federal Medical Center
### Butner, NC

| MEDICATION | START DATE/ DOSAGE | Δ DATE/ DOSAGE | Δ DATE/ DOSAGE | Δ DATE/ DOSAGE | DATE DISCONTD | COMMENTS |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

NAME   BROWN, HEIER JASON
  REG 11364-021
  DOB 07-04-1970
REGISTER #   FMC BUTNER

## BEHAVIOR  , HEALTH TREATMENT PLAN WORKSHEET
082403 Federal Medical Center - Butner, NC

DATE OF ADMISSION: 8/5/03

NT NAME:/REG. NO. (Addressograph here)

BROWN, MEIER JASON
REG 11364-021
DOB 07-04-1970
FMC BUTNER

TO BE COMPLETED BY NURSING

NURSING DIAGNOSIS: N6    N4
(TWO MAXIMUM)

| IMARY THERAPIST: | LEGAL STATUS | 4241 | 4243(b)4246(b) |
|---|---|---|---|
| | | 4242 | 4243(e)/4246(d) |
| | | 4241/4242 | 4244(b) |
| | | 4244(d) | 4245(a) &(b) |
| | | 4245(d) | 4241(d) |
| | | Other_____ | 4241(b) |

ECONDARY THERAPIST: | ESTIMATED LENGTH OF STAY:_____

OCIAL WORKER: | SECURITY LEVEL:_____

URSING: P. LeSuire  RN

IV WORKING DIAGNOSIS _____

.S 1:    CODE # _____  _____  _____

AXIS II:    CODE # _____  _____

AXIS III: _____

AXIS IV: _____

AXIS V: GAF: = _____

### SEE CODE BOOK: TO BE COMPLETED BY THE PRIMARY THERAPIST:

| PROBLEMS | GOALS | OBJECTIVES | ACTION | PLANS |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| STRENGTHS | WEAKNESSES | SOCIAL WORK/ FAMILY CONTACT/ COMMUNITY RESOURCES | ADJUNCTIVE THERAPIES | RELIGIOUS SERVICES | EDUCATION | DISCHARGE PLANNING |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

# Pain Assessment/Treatment Plan
## (Complete on Initial Assessment)

Problem: Discomfort due to pain as evidenced by patient report

**Does the Patient have any pain now?**     ☐Yes          ☐No
**Has the patient had any pain in the last several weeks or months?**     ☐Yes          ☐No
If the patient responds "yes" to either question, complete additional assessment data. If the patient responds "no" to both questions, both the patient and staff sign and date bottom of form.

*Numeric Pain Scale:*

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| No Pain | | Mild Pain | | Moderate Pain | | Severe Pain | | Very Severe Pain | | Worst Possible Pain |

*For each type of pain the patient has experienced complete the following assessment:*

| Location - site of pain (where does it hurt) | Onset (When does it hurt, noticeable pattern) | Frequency (How often) | Most Relief (0 - 10 scale) | Worst Pain (scale) | Pain Now (scale) | Character | Other Symptoms | | Impact Other Areas |
|---|---|---|---|---|---|---|---|---|---|
| Right ear | Continuous since 9am 8 | Continuous | None at present | 8/10 | 8/10 | ☑constant ☐dull ☐episodic ☐radiating ☐sharp ☐Other | ☐N&V ☐Depression ☐Diarrhea ☐Delirium ☐Muscle Spasms ☐Visual Disturbances | ☐Weakness ☐Psych Issues ☐Dementia ☐Other *NA* | ☑None ☐ADLs ☐Mobility ☐Sleep ☐Emotion ☐Relationships ☐Concentration ☐Appetite ☐Other |

Using the pain scale, at what level do you expect your pain to be managed while awake? *0/10* While at rest? *0/10*
Pain Management History (Medication History) Past intervention to manage your pain response? *(not aware)*
*Referred to Medical Dr for evaluation-in* Was it successful? ___
Patient's pain goal relief: To use _____ to control pain at ___ level
during hospitalization (MD responsible).
Patient teaching: ___ Use of scale ___ Limitations
___ Purpose, dose, frequency, side effects of medication ___ Use of equipment (if applicable)
Family Involvement: Does the patient have a family member to be involved in pain management ___ Who ___ (SW Responsible)

*For each type of pain the patient has experienced complete the following assessment:*

| Location - site of pain (where does it hurt) | Onset (When does it hurt, noticeable pattern) | Frequency (How often) | Most Relief (0 - 10 scale) | Worst Pain (scale) | Pain Now (scale) | Character | Other Symptoms | | Impact Other Areas |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | ☐constant ☐dull ☐episodic ☐radiating ☐sharp ☐Other | ☐N&V ☐Depression ☐Diarrhea ☐Delirium ☐Muscle Spasms ☐Visual Disturbances | ☐Weakness ☐Psych Issues ☐Dementia ☐Other | ☐None ☐ADLs ☐Mobility ☐Sleep ☐Emotions ☐Relationships ☐Concentration ☐Appetite ☐Other |

Using the pain scale, at what level do you expect your pain to be managed while awake? ___ While at rest? ___
Pain Management History (Medication History) Past intervention to manage your pain response? ___
___ Was it successful? ___
Patient's pain goal relief: To use _____ to control pain at ___ level
during hospitalization (MD responsible).
Patient teaching: ___ Use of scale ___ Limitations
___ Purpose, dose, frequency, side effects of medication ___ Use of equipment (if applicable)
Family Involvement: Does the patient have a family member to be involved in pain management ___ Who ___ (SW Responsible)

Patient Signature/Date & Time     Psychiatry/Psychology Signature/Date&Time     PT Signature/Date & Time  (if applicable)

MD Signature/Date & Time     RN Signature/Date & Time     SW Signature/Date & Time  (if applicable)

Patient ID/addressograph here
BROWN, MEIER JASON
REG 11364-021
DOB 07-04-1970
FMC BUTNER

**Pain Assessment/Treatment Plan**
File under Tab 4: Problem List/Med Sheet/TP
FMC Butner                    (5/03)

FEDERAL MEDICAL CENTER
BUTNER, NORTH CAROLINA

Page 1

## GENERAL HISTORY

Date Written: 8-4-07    Chief Complaint: None

Age: 33

History of Present Illness:
33 y o B of here for intake. No problems or concerns. Has always remained active č health problems.

(If additional space is needed indicate so and continue on Progress note attached)

Brown, Meier
11364-024

BROWN, MEIER JASON
REG 11364-021
DOB 07-04-1970
FMC BUTNER

FMC - 200-1
04/02

FEDERAL MEDICAL CENTER
BUTNER, NORTH CAROLINA

## GENERAL HISTORY CONTINUED

Past Medical History: _____ none _____

_____

_____

_____

_____

_____

-- (Circle illnesses which inmate has had; underline negatives)

Diabetes    Glaucoma    Heart Trouble    Syphilis    Vein Trouble    High Blood Pressure    Cancer

Asthma    Jaundice    Gonorrhea    Bleeding Tendency    Kidney Disease    Tuberculosis

Pneumonia    Hepatitis    Stroke    Rheumatic Fever    Nervous Disorder

Previous Operations (dates, hospital, surgeon) and serious injuries: _____ Age 11 had "mass"
removed from (R) mandible area. "Done in Doctor's office"_____

_____

_____

_____

_____

Allergies (describe nature of reaction): ___ NkA _____

Current Medications: ___ None _____

_____

_____

Steroid Use: ___ None _____

Blood Transfusions (dates): ___ None _____

BROWN, MEIER JASON
REG 11364-021
DOB 07-04-1970

FMC - 200-1
04/02



# FEDERAL MEDICAL CENTER
## BUTNER, NORTH CAROLINA

## FAMILY HISTORY:

| | Living | Current Age or Age at Death | Present Health/Cause of Death |
|---|---|---|---|
| Father | Yes ✓ No | 62 | Excellent health |
| Mother | Yes No ✓ | 61 (June '03) | IDDM, HTN, Kidney failure, heart tm |
| Spouse | Yes No ✓ | | |

| | | | |
|---|---|---|---|
| Brothers | Number Living 6 | Health | 1 brother s/p CVA and s/p MVR |
| | Number Dead 1 | Cause of Death | AIDES |
| Sisters | Number Living 1 (½ sister) | Health | Good health |
| | Number Dead | Cause of Death | |
| Children | Number Living N/A | Health | |
| | Number Dead | Cause of Death | |

(Circle illnesses which have occurred in any of inmate's blood relatives; underline negatives)

(Diabetes)  (Cancer)  Bleeding Tendency  (Kidney Disease)  Tuberculosis  (Stroke)

(High Blood Pressure)  Nervous Illness  Allergy

## SOCIAL HISTORY:
Place of birth Hineville, GA    Parent's race/nationality BLACK
Foreign residence/travel (where/when) N/A
Education (highest level) 11th grade    Occupation laborer/maintenance    How long 12 yrs
Present marriage (year) N/A    Previous marriage (year & duration) N/A
Religion Baptist
Tobacco use:    Now Active    In the past —    Type & amount New Port ½ PPd X 10yrs
Alcohol use:    Yes ✓ No    Type & amount Beer 3/d X 16 yrs
Drug use: Marijuana "infrequent". Last use yr 2001    Date last used N/A
IV drug use:    Type None    Date last used N/A
Homosexual contact NO

## REVIEW OF SYSTEMS:
General: Good health
HEENT: clean
Skin: clean
Pulmonary: clean
Cardiovascular: clean
GI: clean
GU: clean
Musculoskeletal: clean
Hematological: clean
Endocrine: clean
Neuro: clean
Psych: clean — for eval —

FMC – 200-1
04/02

## FEDERAL MEDICAL CENTER
## BUTNER, NORTH CAROLINA

**PHYSICAL EXAMINATION:**

| HEIGHT | WEIGHT | | | TEMPERATURE | PULSE | BLOOD PRESSURE |
|--------|--------|--------|--------|-------------|-------|----------------|
| | AVERAGE | MAXIMUM | PRESENT | | | |
| 5'7 | 146 | | | | 64 reg | |

Genitales and rectal exam deferred.

(Underline if negative, circle if positive and describe above)

Scalp  Skin  Ears  Eyes  Nose  Teeth  Mouth  Pharynx  Tonsils  Salivary Glands  Lymph Nodes

Thyroid  Breast  Peripheral Vessels  Heart  Lungs  Abdomen  Liver  Kidneys  Spleen

Genitalia  Prostate  Rectum  Spine  Inguinal and Femoral Rings  Joints  Extremities  Neuro Knee Jerks

Ankle Jerks  Babinski

**IMPRESSION AND PLAN:**

Healthy male c unremarkable physical exam.

Plan t psychiatry study

Date: 8-5-03    Time: 1230

Signature: Gregory E. Smith, PA    Printed Name or Stamp: Gregory E. Smith, PA

FMC - 200-1
04/02

4

# MEDICAL DUTY STATUS (MDS) ASSIGNMENTS

Circle appropriate assignment

| SENTRY ASGNMT | DESCRIPTION | SENTRY ASGNMT | DESCRIPTION |
|---|---|---|---|
| ALLRG/WOOL | ALLERGIC TO WOOL | ORTHO DISB | ORTHOPEDIC DISABILITY |
| ATH RESTR | NO SPORTS/NO WEIGHT LIFTING | OTHER | OTHER MEDICAL RESTRICTION |
| BLIND | TOTAL BLINDNESS | PARAL LOW | PARTIAL PARALYSIS, LOWER |
| COLD/WIND | NO EXCESS COLD/WIND | PARAL UPR | PARTIAL PARALYSIS, UPPER |
| DEAF | TOTAL DEAFNESS | PARALYSIS | TOTAL PARALYSIS |
| DRIV RESTR | GLASSES REQUIRED FOR DRIVING | | |
| HEAR LOSS | PARTIAL HEARING LOSS | REG DUTY | NO MEDICAL RESTRICTION – REGULAR DUTY |
| HEAR RESTR | NO WORK IN HIGH NOISE AREAS | | |
| HGT RESTR | NO LADDERS/NO UPPER BUNK | REG DUTY W | REGULAR DUTY W/MEDICAL RESTRICTION (Also circle appropriate medical restriction) |
| HUNGR STRK | HUNGER STRIKE | | |
| LIMIT SUN | NO EXCESS SUN | | |
| LOWER BUNK | LOWER BUNK REQUIRED | SMOKE FREE | ASSIGN TO SMOKE FREE WORK/QUARTERS |
| MISS EXT L | MISSING LOWER EXTREMITY | | |
| MISS EXT U | MISSING UPPER EXTREMITY | SOFT SHOES | SOFT SHOES ONLY |
| NO DRIVING | NO DRIVING-MEDICAL CONDITION | SPEC DIET | SPECIAL DIET- MEDICAL CONDITION |
| NO DUTY | NO DUTY DUE TO MEDICAL CONDITION | STAND RSTR | NO PROLONGED STANDING |
| NO F/S | NO FOOD SERVICE WORK | SUIC WATCH | SUICIDE WATCH |
| NO POLLUT | ASSIGN TO POLLUTION FREE AREA | VISION IMP | VISUAL IMPAIRMENT |
| NOT MED CL | NOT MEDICALLY CLEARED | WGT 15 LB | WEIGHT-NO LIFTING OVER 15 LBS |
| ORTH SHOES | ORTHOPEDIC SHOES | | |

(Circle only one Care Level)

CARE LEVEL 1: Healthy, NO chronic care

| | |
|---|---|
| WGT 20 LB | WEIGHT-NO LIFTING OVER 20 LBS |

CARE LEVEL 2: Stable chronic care

| | |
|---|---|
| WGT 25 LB | WEIGHT-NO LIFTING OVER 25 LBS |

CARE LEVEL 3: Complex chronic care

CARE LEVEL 4: MRC care required

| | |
|---|---|
| WHEELCHAIR | REQUIRES WHEELCHAIR |

DGN Assignments (Acuity Level) (N/A for Cadre) (Circle only one):

| | | | |
|---|---|---|---|
| MS ACUTE: | Med/Surg Acute Inpatient | WIRED JAW | WIRED JAW - POST DENTAL |
| MS SUB: | Med/Surg Sub Acute Inpatient | YES F/S | CLEARED FOR FOOD SERVICE |
| MS LT: | Med/Surg Long Term Inpatient | | Date of F/S PE: |
| MS INTER: | Med Surg Intermed Outpatient | | |
| MS CHRONIC: | Med/Surg Chronic Outpatient | Date: | 9/22/03 |

Patient ID/addressograph here:

Brown, Meier
11364-021
FMC Butner

Signature/Stamp: _____

00-634-176

| LTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| TE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (sign each entry) |

## Intake Screening Questionnaire / Initial Orders

**Nurse to Complete the Following:**    Inmate arrived at FMC Butner  8/5/03  (Date)

PPD Given:  No  (Yes)  Date to be Read: 8/7/03  Give reason if not given: _____

Allergies:  No    Yes (list): NKDA _____

History of Psychiatric Illness: (No)  Yes    Immediate Referral to Psychology/Psychiatry: (No)  Ye:

Suicide History or Ideation: (No)  Yes (explain): _____

History of Sexual Assault:  (No)  Yes (explain): _____

Evidence of Contagious Diseases (Lice, TB, Hepatitis, other): (No)  Yes (explain) _____

Does the inmate have pain now:  (No) Yes    Numeric Scale (1-10) _____

Has the inmate had pain in the last several weeks or months: No (Yes)

Referred to Sick Call: (No) Yes    OR    Chronic Care Clinic: No (Yes)

Nurses Signature/Stamp: _K Colbott, LN   Y Abbott, LN____

**Physician to Complete the Following (circle/check appropriate responses):**

Physical Exam to be Done:  No  (Yes)    Chest X-ray: (No)  Yes    Tetanus: (No)  Yes

Lab Panels to be Done (all newly committed inmates must have CBC, RPR, UA): CBC _____  RPR _____  UA _____

Comp. Metabolic: ✓    Basic Metabolic: _____    Electrolyte: _____

Lipid: ✓    Hepatic Function: _____    Thyroid Panel: ✓

Mental Health Panel: ✓    Other: _____

Add to Chronic Care Clinic: (No)  Yes (circle clinic)  Cardiac  Diabetic  Endo/Lipid  Gastro

General    HTN    Infect Dis    Neurology    Ortho/Rheum    Pulmonary

Date of Next CCC Appointment: _____    (SCREENING CONTINUED ON OTHER SIDE)

J. Go... MD

Brown, Meier
#11364-021

| RECORDS MAINTAINED AT ▶ | | |
|---|---|---|
| PATIENT'S NAME (Last, First, Middle Initial) | | SEX |
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. | DATE OF BIRTH |

FMC Butner

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

| ATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (sign each entry) |
|---|---|
| 5/05 | **CARE LEVEL** (Circle Only One) |
| 00 | CARE LEVEL 1: Essentially healthy inmate, No serious medical conditions |
| | CARE LEVEL 2: Non-complex acute and chronic ambulatory conditions |
| | CARE LEVEL 3: Complex ambulatory conditions |
| | CARE LEVEL 4: Requires subacute/longterm inpatient care, medically complex outpatients |

**DGN ASSIGNMENT** (Acuity assignments) (Not applicable for Cadre inmates) (Circle only one):

MS ACUTE:  Med/Surg Acute  Inpatient          MS INTER:   Med/Surg Intermed Outpatient

MS SUB:        Med/Surg Sub Acute Inpatient     MS CHRON: Med/Surg Chronic Outpatient

MS LT:          Med/Surg Long Term Inpatient

Medications/Additional Orders:

1) Healthy male diet.
— Con Reg. status
— F-up by Reg.

Physician Signature/Stamp

J. Gonzalez

ABOVE PHYSICIAN ORDERS NOTED (HI Staff Member):

STANDARD FORM 600 BACK (REV. 5-84)

34-4176

| H RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (sign each entry)

## Pain Assessment

Does the inmate have any pain now?  ☐ Yes   ☒ No

Has the inmate had any pain in the last several weeks or months?  ☐ Yes   ☐ No

Pt denies pain
@ this time — Kahlt/
X Abbott

Numeric Pain Scale

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|

No Pain        Mild Pain        Moderate Pain        Severe Pain        Very Severe Pain        Worst Possible Pain

For each type of pain the patient has experienced complete the following assessment:

Location - site of pain (where does it hurt):

Onset (when does it hurt, noticeable pattern):

Frequency (how often):                    Most relief (0-10 scale):

Worst pain (scale):                          Pain now (scale):

Character: ☐ constant  ☐ dull  ■ episodic  ☐ radiating  ☐ sharp  ☐ other

Other symptoms:  ☐ N&V  ☐ depression  ☐ diarrhea  ☐ delirium  ☐ muscle spasms  ☐ weakness

☐ visual disturbances  ☐ psych issues  ☐ dementia  ☐ other

Impact other areas:  ☐ none  ☐ ADLs  ☐ sleep  ☐ relationships  ☐ concentration  ☐ appetite

☐ mobility  ☐ emotions  ☐ other

Using the pain scale, at what level do you expect your pain to be managed while awake? _____

While at rest? _____

Brown, Meier
# 11364-021

| RECORDS MAINTAINED AT ▶ | | |
|---|---|---|
| PATIENT'S NAME (Last, First, Middle Initial) | | SEX |
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION |
| DEPART/SERVICE | SSN/IDENTIFICATION NO. | DATE OF BIRTH |

FMC Butner

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

| ATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (sign each e |
|-----|--------------------------------------------------------------------|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

STANDARD FORM 600 BACK (REV

# FEDERAL MEDICAL CENTER
## BUTNER, NC

# DOCTORS ORDERS
### (Sign all orders)

## NURSE'S SIGNATURE

The doctor shall record date and time for each set of orders

| PATIENT IDENTIFICATION | | |
|---|---|---|
| Brown, Melvin | DATE OF ORDER 8/5/03      TIME OF ORDER 1700 | 8/5/03 |
| 11364-021 | **MENTAL HEALTH ADMISSION ORDERS** | O-Faute<br>O. Fouté |

1. Admit to Mental Health ✗ IE

2. Reason for referral (specify):

3. Allergies: MKDA

4. Special Diet Needs: (No)    Yes (specify):

5. Chest X-ray: (No)    Yes

| PATIENT IDENTIFICATION | |
|---|---|

6. Labs:    Mental Health Panel ✗    Urinalysis ✗    HIV ✗

Other Labs (specify):

7. PPD: (Yes)    No (reason):

8. Tetanus:    Yes    (No)

9. Prior Record Reviewed: (Yes)    No

10. BP-659 Reviewed/Noted: (Yes)    No

11. Reviewed BP-360 Medical History Report with Inmate: (Yes)    No

| PATIENT IDENTIFICATION | |
|---|---|

12. Sick Call Procedures Explained:    Yes    (No)

13. Special Precautions: (No)    Yes (specify):_____

14.    Does the inmate have pain now (No)  Yes    Numeric Scale (1-10) _____

Has the inmate had pain in the last several weeks or months (No) Yes

Referred to Sick Call: (No) Yes    OR    Chronic Care Clinic: (No) Yes

15. Hx Sexual Assault (No) Yes (explain)_____

Suicide Hx or ideation (No) Yes  (explain)_____

Evidence of contagious diseases: (Lice, TB, Hepatitis, other) (No)  Yes
(explain)_____

16. Additional Orders: _____

Green M.D.

DOCTOR'S ORDERS

BROWN, MELER JASON
REG 11364-021
DOB 07-04-1970
FMC BUTNER

Revised

| MEDICAL RECORD | | | DOCTOR'S ORDERS (SIGN ALL ORDERS) | | |
|---|---|---|---|---|---|
| **DATE AND TIME** | | **RX** | **DRUG ORDERS** | **DOCTOR'S SIGNATURE** | **NURSE'S SIGNATURE** |
| **START** | **STOP** | | | | |
| 8/2/03 1640 | | | Admit to IE on FSH X 24 hours CARLTON RYAN, PhD Carol Art PhD Psychologist | | |
| 8/5/03 | 1705 | | BP + PV's qd x 1 week. noted a. Fautch RN c/o Fouch RN | Margaret Hale, PA | |
| 8/6/03 | 0001 | | 24° chart review | K Whitlow RN | K. Whitlow, RN |
| 8/7/03 | 0001 | | 24° chart review | P. Bridges RN | P. Bridges, RN |
| 8/8/03 | 0001 | | 24° chart review | P. Bridges RN | P. Bridges, RN |
| 8/9/03 | 0003 | | 24° Chart Review | B. Imler RN | B. Imler RN |
| 8/10/03 | 0001 | | 24° chart review | K Whitlow RN | K. Whitlow, RN |
| 8/11/03 | 0001 | | 24° chart review | K. Whitlow RN | K. Whitlow RN |
| 8/12/03 | 0001 | | 24° chart review | P. Bridges RN | P. Bridges RN |
| 8/13/03 | 0001 | | 24° chart review | P. Bridges RN | P. Bridges RN |
| 8/14/03 | 0001 | | 24° chart review | P. Bridges RN | P. Bridges RN |
| 8/15/03 | 0001 | | 24° chart review | P. Bridges RN | P. Bridges RN |
| 8/16/03 | 0001 | | 24° chart review | K Whitlow RN | K. Whitlow, RN |
| 8/17/03 | 0001 | | 24° chart review | P. Bridges RN | P. Bridges RN |
| 8/18/03 | 0010 | | 24° Chart Review | B. Imler RN | B. Imler RN |
| 8-19-03 | 0005 | | 24° Chart Review | B. Imler RN | B. Imler RN |
| 8/20/03 | 0002 | | 24° Chart Review | B. Imler RN | B. Imler RN |
| 8-20-03 0930 | | | ① FSH x 4 8w wook Psychiatry | Paula Current | |
| 8/20/03 0930 noted by | | | (Continue on reverse side) | REGISTER NO. | WARD NO. |

PATIENT'S IDENTIFICATION

Brown, Reign
11364-021
FMC Butner

DOCTOR'S ORDER
FMC BUTNER

| MEDICAL RECORD | | | DOCTOR'S ORDERS (SIGN ALL ORDERS) | | |
|---|---|---|---|---|---|
| DATE AND TIME | | RX | DRUG ORDERS | DOCTOR'S SIGNATURE | NURSE'S SIGNATURE |
| START | STOP | | | | |
| 8/21/03 | 0015 | | 24° chart review — K. Whitlow RN | | K. Whitlow, RN |
| 8/21/03 | 1540 | ① | TSH, PRE & T4 IN A.M. | Robert Walasin, M.D. Medical Officer | |
| 8/21/03 | 1620 | | noted by — R. Dupree RN | | R. Dupree, RN |
| 8/22/03 | 0010 | | 24° Chart Review — B. Timlick RN | | B. Timlick |
| 8/23/03 | 0010 | | 24° Chart Review — B. Timlick | | B. Timlick |
| 8/24/03 | 0045 | | 24° chart review — K. Whitlow RN | | K. Whitlow, RN |
| 8/25/03 | 0001 | | 24° chart review — K. Whitlow K. Whitlow RN | | |
| 8/25/03 1400 | | | Clinically cleared for population. Please review with unit manager/team to clarify whether any reasons to preclude placement V. Sally Johnson MD Sally Johnson MD Consultant. | | |
| 8/26/03 | | | 24° chart review (R. Bridges RN) | | R. Bridges, RN |
| 8/26/03 | 1105 | | ① Amox 500 mg tid x 18 d. ② Motrin 800 mg tid pc PRN pain x 7 d. ③ Hot compresses to (L) ear tid - tid x 5 d. | Margaret Hale, R | |
| 8/26/03 | 1120 | | noted + faxed by — R. Dupree RN | | R. Dupree, R |
| 8/27/03 | 0005 | | 24° Chart — B. Timlick RN | | B. Timlick |
| 8/28/03 | 0030 | | J. Moore-Wrenn RN/J. Moore-Wrenn RN 24° chart V | | K. Whitlow, RN |
| 8/29/03 | 0001 | | 24° chart review — K. Whitlow RN | | |

(Continue on reverse side)

| | REGISTER NO. | WARD NO. |
|---|---|---|

PATIENT'S IDENTIFICATION

DOCTOR'S ORDE
FMC BUTNER

Brown, Meier
# 11364-021
DOB 7-4-70
FMC Butner

| MEDICAL RECORD | | | DOCTOR'S ORDERS (SIGN ALL ORDERS) | | |
|---|---|---|---|---|---|
| DATE AND TIME | | RX | DRUG ORDERS | DOCTOR'S SIGNATURE | NURSE'S SIGNATURE |
| START | STOP | | | | |
| 8/30/03 @0038 | | | 24° Chart Review | Bridges/ | Bridges R |
| 8/31/03 | 0001 | | 24° chart review | P.Bridges RN | P.Bridges R |
| 9/1/03 | 0001 | | 24° chart review | P.Bridges RN | P.Bridges RN |
| 9/2/03 | 0001 | | 24° chart review | P.Bridges RN | P.Bridges R |
| 9/3/03 | 0001 | | 24° chart review | J.Hayes RN | K.Hayes RN |
| 9/4/03 | 0130 | | 24° Chart | J.D.,RN | D.Brown, |
| 9/5/03 | 0005 | | 24-Hour Chart review | P.Lado Q | P. Lesoine, RN |
| 9/6/03 | 0005 | | 24-Hour Chart review | P.Lado Q | P. Lesoine, RN |
| 9/6/03 | 2242 | | 24-Hour Chart review | S.Stacey RN | S. Stacey, RN |
| 9/7/03 | 2318 | | 24-Hour Chart Review | S.Stacey RN | S. Stacey, RN |
| 9/8/03 | 2346 | | 24-Hour Chart review | S.Stacey RN | S. Stacey, RN |
| 9/10/03 @ | 0005 | | 24-Hour Chart Review | P.Lado Q | P. Lesoine, RN |
| 9/11/03 | 0005 | | 24-Hour Chart review | P.Lado Q | P. Lesoine, RN |
| 9/12/03 | 0032 | | 24-Hour Chart Review | S.Stacey RN | S. Stacey, |
| 9/12/03 | 2317 | | 24-Hour Chart review | S.Stacey RN | S. Stacey, RN |
| 9/14/03 | 0030 | | 24-Hour Chart Review | P.Lado Q | P. Lesoine, |
| 9/15/03 | 0005 | | 24-Hour Chart Review | P.Lado Q | P. Lesoine, |
| 9/16/03 | 0005 | | 24-Hour Chart Review | P.Lado Q | P. Lesoine, |
| 9/16/03 10:15 | | | EKG today or tomorrow - has intermittent bradycardia - would like baseline in chart | Sally Johnson MD Sally Johnson MD Consultant | |
| 9-16-03 | 1100 | | Noted A.Patterson | | A.PATTERSON RN |

(Continue on reverse side)

PATIENT'S IDENTIFICATION

Brown, Meier
Reg# 11364-021

BROWN, MEIER JASON
REG 113 64-021
DOB 07-04-1970
FMC BUTNER

REGISTER NO.

WARD NO.

DOCTOR'S ORDER
FMC BUTNER

**MEDICAL RECORD**

**DOCTOR'S ORDERS**
(SIGN ALL ORDERS)

| DATE AND TIME | | RX | DRUG ORDERS | DOCTOR'S SIGNATURE | NURSE'S SIGNATURE |
|---|---|---|---|---|---|
| START | STOP | | | | |
| 1/10/03 | 2346 | | 24 Hour Chart Review | *R Stacey RN* | S. Stacey, RN |
| 1/18/03 | 0020 | | 24 Hour Chart Review | *R Stacey RN* | S. Stacey, |
| 1/19/03 | 0005 | | 24 Hour Chart Review | *P Lesoine RN* | P. Lesoine, RN |
| 1/20/03 | 0005 | | 24 Hour Chart review | *P Lesoine RN* | P. Lesoine, RN |
| 1/20/03 | 2347 | | 24 Hour Chart review | *R Stacey RN* | S. Stacey, RN |
| 1/20/03 | 2347 | | 24 Hour Chart review | *R Stacey RN* | S. Stacey, RN |
| 1/23/03 | 0011 | | 24 Hour Chart review | *R Stacey RN* | S. Stacey, RN |
| 1/24/03 | 0030 | | 24 Hour Chart Review | *P Lesoine RN* | P. Lesoine, RN |
| 1/25/03 | 0005 | | 24 Hour Chart Review | *P Lesoine RN* | P. Lesoine, RN |
| 1/25/03 1005 | | | Patient ready for discharge to marshal's service. On no medication. Routine precautions include observation for onset of anxiety or depressive symptoms which would warrant mental health assessment. *Sally Johnson MD* Sally Johnson MD Consultant | | |
| 1/26/03 | 0000 | | 24 Hour Chart review | *S Pettiford RN* | S Pettiford RN |

(Continue on reverse side)

**PATIENT'S IDENTIFICATION**

BROWN , MEIER JASON
REG 11364-021
DOB 07-04-1970
FMC BUTNER

| REGISTER NO. | WARD NO. |
|---|---|

**DOCTOR'S ORDERS**
**FMC BUTNER**

**MEDICAL RECORD**

**DOCTOR'S ORDERS**
(SIGN ALL ORDERS)

| DATE AND TIME | | RX | DRUG ORDERS | DOCTOR'S SIGNATURE | NURSE'S SIGNATURE |
|---|---|---|---|---|---|
| START | STOP | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

(Continue on reverse side)

PATIENT'S IDENTIFICATION

| REGISTER NO. | WARD NO. |
|---|---|

**DOCTOR'S ORDERS**
**FMC BUTNER**

```
BROWN, HE IER JASON
REG 11364-021
DOB 07-04-1970
FMC BUTNER
```

9-113                                                                    NSN 7540-00-634-412

| EDICAL RECORD | PROGRESS NOTES |
|---|---|

ATE/TIME

**Mental Health Housing Screening**
Purpose of admission:  COURT-ORDERED STUDY          SENTENCED          VOLUNTARY
                                                                    (Obtain admit form)

**For forensic study patients:** At the beginning of the interview, the patient was informed that there were limit to the confidentiality of any information that he might provide. He was advised that a written report could be sent to the Court, as well as the prosecuting and defense attorneys, detailing the results of the evaluation. He was informed that the evaluators might be subpoenaed to court to testify to their opinions. It is my opinion that the patient DID / DID NOT understand these issues.

**Suicide Risk:**     Prior suicide attempts:  YES  NO
                           Patient denies current suicidal ideation:  YES  NO
                           Family history of suicide attempts or completed suicide?  YES  NO
**Homicide Risk:** Patient denies current ideation to harm others: YES  NO

The patient was educated on the admission procedures to the Mental Health Department. He was evaluated as LOW / MEDIUM / HIGH risk to exhibit behavior that would pose a risk of harm to himself or others. He was assessed for relative mental contraindications to special procedures typically used at FMC Butner and he also was educated on BOP and institution policy regarding special procedures to manage potentially harmful behavior that does not respond to lesser interventions. Physical contraindications to special procedures will be assessed by the primary treatment team after the intake physical examination and medical history is completed. Are there current psychiatric contraindications to use of seclusion or restraint?  YES  NO
If yes, the contraindication is:

One: ☑  After considering the above available information, this patient may be housed in an open population unit.
       ☐  After considering the above available information, the patient will be admitted to 1-E to monitor the clinical factors noted above. Acute mental conditions that support admission to the 1-E housing unit:
☐ Disorganized or confused behavior
☐ Manic symptoms, such as:
☐ Withdrawn, significantly apathetic or catatonic behavior
☐ Agitated, oppositional or defiant behavior requiring close supervision
☐ Active psychotic symptoms, such as:
☐ Current risk of behavior placing self, others or property at risk of serious harm
☐ Refusal or inability to cooperate with this screening evaluation
☐ Lack of adequate available information with which to make a reasonable decision
☐ Other reason(s), such as:
The 1-E nursing staff will re-assess the patient upon arrival to the unit and if any concerns with this assignment are noted, the on-call clinician will be notified. The primary treatment team will perform a full assessment of this patient's status and re-assess this housing assignment.
Comments:

ITS IDENTIFICATION (For typed or written entries give: Name - last, first, middle; grade; rank; rate; | REGISTER NO. | WARD NO.
hospital or medical facility)

BROWN, Meier
BROWN, MEIER-JASON
REG 01564-021
DOB 07-04-1970
FMC BUTNER

PROGRESS NOTES

MEDICAL RECORD

STANDARD FORM 509 (REV. 5-84)
Prescribed by GS/ICMR.FIRMR (41 CFR) 201-9.202-1

FMC BUTNER

NSN 7540-00-634-412

-113                                                    PROGRESS NOTES

**MEDICAL RECORD**

DATE/TIME
8/5/03
13 40

Psychology Note:

ID: Pt is a 33-year old African American who arrived today to undergo a forensic evaluation pursuant to Title 18 USC 4241. Pt was advised of the limits of confidentiality and displayed an understanding of the forensic warning. Pt stated that he was sent to FMC Butner for a psychological evaluation. He stated that the results of the forensic report would be "sealed."

Background:

Family: Pt reports being born on 07/04/70 to wedded union of Sadie and Pelham Brown. Pt reports having two paternal half-siblings (one brother, one sister) and five half-brothers (maternal). He is the youngest of three boys born to Sadie and Pelham. Pt reports that one of his brothers

(Continue on reverse side)

PATIENT'S IDENTIFICATION    (For typed or written entries give: Name - last, first, middle, grade, rank, rate; hospital or medical facility)

BROWN, Meier
11364-021

BROWN, MEIER JASON
REG   11364-021
DOB   07-04-1970
FMC   BUTNER

REGISTER NO.                WARD NO.

PROGRESS NOTES

MEDICAL RECORD

STANDARD FORM 509 (REV. 7-91)
Prescribed by GS/ICMR/FIRMR (41 CFR)

FMC BUTNER

## PROGRESS NOTES

has been incarcerated. He does not recall the details of his brother's arrest. Pt denies a family history of child or sexual abuse. Reports minor drug use within the family. Education: Pt reports completing 11th grade at Bradwell Institute in Hinesville, GA. He cites the financial problems within the family as the cause of his early termination from school. Pt reports several suspensions from things like smoking in bathrooms and truancy. He denies physical altercations and states "never being expelled." Pt describes himself as a C student in high school. Pt denies involvement in extra activities at school, including sports. Pt relates having several friends.

Marital/Family: Pt denies ever being married. He also denies ever fathering children. He states that he is "completely heterosexual." Prior to his arrest for the alleged offense, pt was involved in a romantic relationship,

NSN 7540-00-634-412

## PROGRESS NOTES

113

**MEDICAL RECORD**

DATE/TIME
8/6/03
1590

Psychiatric. Pt denies a history of inpatient or outpatient mental health treatment. He further denies a history of treatment for substance abuse.

Substance Use: Pt reports a total of three arrests for DUI. He has two convictions for DUI and the third and more recent case is pending. Pt states that he drinks at least one beer per day. On Fridays, he may drink between 9-12 beers. Pt denies blackouts, tolerance of ETD and withdrawal symptoms. Pt also reports a history of marijuana use, but indicates not engaging in its use in about two years.

Employment: Pt reports the longest period of employment was in the early 1990's in city of Richmond Hill, GA. He

(Continue on reverse side)

PATIENT'S IDENTIFICATION (For typed or written entries give: Name - last, first, middle; grade; rank; rate; hospital or medical facility

BROWN, REVEL EASON
REG 11364-021
DOB 07-01-1970
FMC BUTNER

113

REGISTER NO.

WARD NO.

PROGRESS NOTES

MEDICAL RECORD

STANDARD FORM 509 (REV. 7-91)
Prescribed by GSA/ICMR FIRMR (41 CFR

FMC BUTNI

## PROGRESS NOTES

was a laborer, functioning as a janitor and repair man. His last job was at Atlantic underground as a laborer/pipe fitter. He worked at the company for about two months. Pt reports being unemployed at the time of his arrest.

Medical: Pt denies significant medical problems. States he has a "clean bill of health."

Criminal History: In addition to arrests for DCT, pt reports arrests for Robbery, Forgery and Credit Card Fraud.

Mental Status examination: Pt is oriented to person, place, date and time. His mood was described as euthymic. He displayed appropriate affect. Pt appropriately attired in a white tee shirt and khaki pants. He presented a fairly kempt appearance. He denied a history of suicidal ideation. TP suicide attempts. At present, he denies suicidal ideation. Pt also denies homicidal ideation. His memory appeared intact

STANDARD FORM 509 (REV 7-91)

NSN 7540-00-634-4

509-113

| MEDICAL RECORD | PROGRESS NOTES |

**DATE/TIME** 4/5/03 1540

There are no evidence of visual or auditory hallucinations. His speech was coherent, organized and goal directed. His thought content conveyed appropriate concern about his case and was void of delusional material. Impression: Axis I: R/O Substance Abuse (alcohol abuse). Axis II: R/O Antisocial Personality Disorder. Axis III: None. Axis IV: Incarceration. Axis V: 75. Plan: Pt will be transferred to unit 1E for study and observation. Will review his case and make recommendation for placement in open population on 08/06/03.

CARLTON PYANT, PhD
cert. for. psych.
Psychologist

(Continue on reverse side)

PATIENT'S IDENTIFICATION    (For typed or written entries give: Name - last, first, middle; grade; rank; rate; hospital or medical facility)

BROWN, MEIER JASON
REG 11364-021
DOB 07-04-1970
FMC BUTNER

BROWN MEIER
11364-021

REGISTER NO.    WARD NO.

PROGRESS NOTES
MEDICAL RECORD
STANDARD FORM 509 (REV. 7-91)
Prescribed by GS/ICMR_FIRMR (41 CFR) 201-9.

FMC BUTNER

## PROGRESS NOTES

DATE/TIME 03
700

S: "I'm just waiting on the officer to take me to my cell" of 53 yo AA ♂ admitted to 1-E for forensic eval. Charged c̄ murder. Denies SI, HI, AH, VH. Pleasant, cooperative c̄ admission process. A - Psyc. evaluation. O - Monitor + report behavior. ♀ Educated on behavior for 1-E. O. Fouth RN / O. Fouth RN

103
15

S: Informed by RN Fouth that pt's Pulse is 48. Adenies dizziness when standing or SOB
O: WD WN ♂, NAD. Sitting comfortably, moves in chair + talks easily.
BP - 156/89, T - 97.9

A: 1) Bradycardia, pt is asymptomatic
2) ↑ BP

P: 1) BP + PV's qd x 7d.
2) Continue to monitor, F/U if BP consistently elevated or if pt develops s.x.
Margaret Hale, PA-c  Margaret A. Hale, PA-C

STANDARD FORM 509 (REV 7-91)

# APPENDIX K-3

509-113                                                                    NSN 7540-00-634-41

| MEDICAL RECORD | PROGRESS NOTES |

**DATE/TIME**

8/6/03
1050

S: Seen in nurses station with Drs. Boyle & Kurosky (residents in training). Case reviewed earlier with Dr. Ryant who saw patient yesterday. Full note to follow. Confidentiality limits discussed. Brief history reviewed. Mental Status Exam done - essentially (−). Patient here for mitigation factors evaluation.

A/P: Will complete evaluation and submit under seal. Patient clinically able to go to population. Next interview scheduled for Mon. 10 A.m.

Sally Johnson M.D.

(Continue on reverse side)

**PATIENT'S IDENTIFICATION**  (For typed or written entries give: Name - last, first, middle; grade; rank; rate; hospital or medical facility)

| REGISTER NO. | WARD NO. |

Brown, Meier
Reg# 11364-021 DOB 7/4/70

FMC Butner.

PROGRESS NOTES
MEDICAL RECORD

STANDARD FORM 509 (REV. 7-91)
Prescribed by GS/ICMR. FIRMR (41 CFR) 201-9.20

509-113                                                              NSN 7540-00-634-4

| MEDICAL RECORD | PROGRESS NOTES |
| --- | --- |

| DATE/TIME | |
| --- | --- |
| 8/6/63 1050 | S: Seen in nurses station with Drs. Boyle & Kurosky (Residents in training) Case reviewed earlier with Dr. Ryant who saw patient yesterday. Full note to follow. Confidentiality limits discussed. Brief history reviewed. Mental Status Exam done. — essentially ⊖. Patient here for mitigation factors evaluation.

A/P: Will complete evaluation and submit under seal. Patient clinically able to go to population. Next interview scheduled for Mon. 10 am.

                            Sally Johnson MD |

(Continue on reverse side)

| PATIENT'S IDENTIFICATION (For typed or written entries give: Name - last, first, middle; grade; rank; rate; hospital or medical facility) | REGISTER NO. | WARD NO. |
| --- | --- | --- |

Brown, Meier       FMC Butner.

Roatt - 11364-021  DOB 7/4/70

PROGRESS NOTES
MEDICAL RECORD

STANDARD FORM 509  (REV. 7-91)
Prescribed by GS/ICMR. F-3 RMR (41 CFR) 201-9.20

## PROGRESS NOTES

Patient. last saw Darden in Court — saw Bell ~ 1 week afterward. Calls them regularly. Has confidence in them — if didn't would write Judge. Knows telephone # of attorney. Saw psychiatrist 1 x for visit in jail + lawyer hired — doesn't remember name.

Denies any psychiatric history. ⊖ Suicidal ideation now/& in past. Denies depression, sleep disturbances, crying spells, now or in past. No history of mania. "Keeps head up — you know". No history of hallucinations. No evidence of delusions, paranoid ideation, or unusual beliefs. Memory intact. Clinically appears to be of average intelligence. Left school at 16. 9th Grade. Got GED (90). Concentration good. Denies any homicidal ideation or intent of disruption or aggression. No recent EtOH / drug use.

Came to Bulloch after ~ 7 mo in Chatham County jail in Savannah, GA. Spent 1 week in Atlanta, 1 day (night) in Swainsboro GA. Says had roommate, in "pop" there.

PE on admission here and med. Hx essentially negative. (Pulse 48). Had lump removed under right side of chin (cyst) in 6th Grade. No sequela. ⊖ fractures ⊖ head injuries ⊖ allergies ⊖ DM

NSN 7540-00-634-412

)-113

| MEDICAL RECORD | | PROGRESS NOTES |
| --- | --- | --- |

**DATE/TIME**

8/6/03 continued

3

⊖ asthma ⊖ cardiac disease. ⊖ GI or GU problem ⊖ Musc./Skelet. problems. On No Meds. No history of chronic meds.

DOB 7/4/70. Now 33, single, never married. But recent intimate relationship with Diane Brown.

Born Liberty Memorial Hospital/ Hinesville GA/ Thinks he was full term/ vaginal delivery w/ developmental problems but not really sure. Aunt named him. Emily H.

Mother - Sadie Morgan Brown deceased. 6/16/03 at age 61./ Long term insulin depend. Diabetic, with Heart problems, Kidney Problems sickley! Worked as Waitress until disabled. leg amp.

Father - Pelham Brown, - living - 62. Retired City of Richmond Hill. Asst Sup. Over Public Works

Mom put Dad out - never divorced When Mr. Brown was in 8th Grade.

Siblings:
① Roy Morgan ~ 43 - Heart Problems aut. valve 2° to RF as a id. - recently had CVA. (3 yr. ago.)

PATIENT'S IDENTIFICATION (For typed or written entries give: Name - last, first, middle; grade; rank; rate; hospital or medical facility)

REGISTER NO.    WARD NO.

PROGRESS NOTES
MEDICAL RECORD
STANDARD FORM 509 (REV. 7-91)
Prescribed by GSA/ICMR.FIR.MR (41 CFR) 201-9.202

FMC BUTNER

Brown Meir Jason
Reg # 11364-021  DOB 7/4/70
FMC Butner

## PROGRESS NOTES

② Twins Leah. Morgan ⟩ 41
③          Levi Morgan
④ Dexter Morgan - 39 in Orlando.
⑤ Glen Morgan - 37 - served state prison time
⑥ Nita Morgan - 35 - deceased 1998 HIV/AIDS.
⑦ Jason 33
⑧ Robbon Brown 21 as of Dec 21, 03.
All sibs but Dexter are in Savannah area.
Patient is close to all sibs. Youngest
Sib visited him in jail. ⊖ Family Mental Health
History.
Patient says "I'm OK" Physically + mentally.
"I believe in God".
Admits to occasional marijuana use in
Past - 4.5 often - recreational rates - last 12/4.
Alcohol is "preferred drug"
⊖ Other drug use.

Prior to arrest lived at Mom's.
    6724 Leroy Coffer HWY
    Fleming GA 31309.
Had been in + out of house but was his
most constant address.

Work Hx — laborer/construction. Period of
work for City of Richmond Hill Public Works.
Was unemployed at time of arrest. No
toxic exposures.

NSN 7540-00-634-412

-113

| MEDICAL RECORD | PROGRESS NOTES |

**DATE/TIME**

School HX
11th Grade Ed'n - left school / Got GED '90.
Kindergarden - Midway GA.
Elementary - Liberty Elementary, Midway GA
Middle School - Hinesville Middle School
High School - Bradwell Institute.
Repeated 9th. Grade "rebelled"

Criminal HX.                                    Columbus GA
Robbery 1995  18mo Muscogee County Priso
                        → 8mo Montgomery State Priso
On Parole →
Violated → to Montgomery.
Liberty County Jail - Forgery charge.
DUI
"Minor Crimes"

Current Charges
Robbery / Homocide.
"doesn't recall exact date" - late Nov. 2002
Arrested 12/5/02.
⊖ Incident reports / disciplinary problems
in jail.

(Continue on reverse side)

| PATIENT'S IDENTIFICATION | (For typed or written entries give: Name - last, first, middle; grade; rank; rate; hospital or medical facility) | REGISTER NO. | WARD NO. |

Brown, Jason Meier
Reg. # 11364-021 DOB 7/4/70
FMC Butner.

PROGRESS NOTES

MEDICAL RECORD

STANDARD FORM 509 (REV. 7-91)
Prescribed by GSA/ICMR, FIRPMR (41 CFR) 201-9.202

FMC BUTNER

0-113                                                              NSN 7540-00-634-412

| MEDICAL RECORD | PROGRESS NOTES |
|---|---|

DATE/TIME

6

No Mental Health Hx. / Visit with Psychiatrist or Psychologist in jail arranged by lawyer ⊖ - No psychological tests

Legal Experience ⊕

No trial Experience except bench on minor offenses. Previously plea bargained.

Has suspended Driver's license.

Knows basics re: legal process. Expects more info as gets closer to trial.

Now is focused on evidence / mitigation

Explains (correctly in basic terms) understanding of mitigation - situations or circumstances that would effect his responsibility short of insanity (defense).

Likes to read. Reads self to sleep. Up at ~5 or 530 AM. Reads novels. ⊖ Hx reading problems or learning disabilities.

Walks daily for exercise 1-1½ hrs. prior to admission here. (Since arrest) - Played little basketball - due to potential for conflicts. Weight stable.

Previous member — St. Paul Mission

(Continue on reverse side)

PATIENT'S IDENTIFICATION (For typed or written entries give: Name — last, first, middle; grade; rank; rate;
hospital or medical facility)

Baptist Church.

| REGISTER NO. | WARD NO. |
|---|---|

PROGRESS NOTES

MEDICAL RECORD

STANDARD FORM 509 (REV. 7-91)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 2

FMC BUTNER

NSN 7540-00-634-412

| MEDICAL RECORD | PROGRESS NOTES |
|---|---|

8/6/03
1/7

Discussed possibility he will do evaluation in segregation. Explained plan to all attorney, at collateral, try to complete evaluation by end of mo. but potential or extention. Pt cooperative with evaluation. Understands situation. Disclaims an intent to harm evaluator or anyone. Expresses preference to be in population. Diagnoses deferred. Fitfully denies any history of Mental Illness and presents no psychiatric symptoms — does not appear to have mental deficiency. Will see again on Monday 8/11 at 10⁰⁰. Message left w/ Dr. Gyant.

Sally Johnson MD
Sally Johnson MD
Consultant.

Addendum:
Warden states for Administrative reasons/decision patient will remain in segregation status in 1F.

Sally Johnson MD
Sally Johnson MD
Consultant

PATIENT'S IDENTIFICATION   (For typed or written entries give : Name - last, first, middle; grade, rank; ...; hospital or medical facility)

REGISTER NO.

WARD NO.

Boron, Jason Meier
Reg # 11364-021   DOB 7/4/70

PROGRESS NOTES

MEDICAL RECORD

STANDARD FORM 509 (REV. 7-91)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-9.202-1

FMC B UTNER

-113                                                                          NSN 7540-00-634-412

| MEDICAL RECORD | PROGRESS NOTES |
| --- | --- |

**DATE/TIME**

(Continue on reverse side)

| PATIENT'S IDENTIFICATION | (For typed or written entries give : Name - last, first, middle; grade; rank; rate; hospital or medical facility | REGISTER NO. | WARD NO. |
| --- | --- | --- | --- |

PROGRESS NOTES

MEDICAL RECORD

STANDARD FORM 509 (REV. 7-91)
Prescribed by GSA/ICMR FIRMR (41) CFR) 2A

FMC BUTNER

509-113

NSN 7540-00-634-41

| MEDICAL RECORD | | PROGRESS NOTES |

DATE/TIME

8/8/03

Psyphly Note:
S: Pt states that he is doing fine. Says he believes in "God". Relates that "GOD" is a source of strength. States that he may have to "die" if he is convicted of the alleged offense. At states that he has no plans of killing himself. He rationalizes that everyone must die some time, but he will not take his own life.
O: No acute distress. Resting in bed.
A: Appears stable. Monitor for signs of suicidal ideation. No signs of psychosis.
P: Continue follow up. Round daily.

CARLTON EVAN, PhD
Carle Grit, PhD
Psychologist

(Continue on reverse side)

PATIENT'S IDENTIFICATION   (For typed or written entries give: Name - last, first, middle; grade; rank; rate; hospital or medical facility)

BROWN, Meier
11364-021
07/04/70
DMC Butner

REGISTER NO.

WARD NO.

PROGRESS NOTES

MEDICAL RECORD

STANDARD FORM 509  (REV. 7-91)
Prescribed by GSA/ICMR 3-FIRMR (41 CFR) 201-9.20

## PROGRESS NOTES

| DATE/TIME | |
|---|---|
| /11/03 0:1150 | S. Seen in nurse's station office. Warden has decided patient will stay on 1E during evaluation. (Accepts this - hopes study goes quickly.

Explained again purpose of evaluation. Asked to describe life in November. Girlfriend Diane Brown - + he had come to mutual agreement that they would not live together. He would live with Mom / she at her house in Chatham County. Never fussed or fought. In June 2002 - taking cousin to sister's house - he driving with suspended licence - drinking - gave youngest brother's name - arrested on brother's licence - called told Brother to go to court on DUI. Officer got hot she'd been tricked - was driving + Diane's truck (Diane 11 yr. older - she asleep - awoke - told her he was his mother). Diane arrested / suspended as security guard at local prison). (suspended with pay 1st mo - Then W.O. - he handling bills as he was working as maintenence man) His job sd to pipe co. They planned to go away (he, Diane, daughter) over weekend - Boss asked. An folks to work. |

ERNMENT PRINTING OFFICE: 1962 - 318-071/40282    STANDARD FORM 509 (REV 7-21)

Sat. He + another crew member said couldn't

509-113

NSN 7540-00-634-4

| MEDICAL RECORD | PROGRESS NOTES |
|---|---|

DATE/TIME

8/11/03 cont'd.

work. - lost job. Thought he'd get old job back but was delayed - no income coming in. Diane's ex husband (wanting to get back with her) - offered to help - Jason moved out, - realized ex husband wouldn't take a take care of ex wife + boyfriend. Moved out late October, early Nov. Still waiting on old job - delayed. due to secn. - not employed (up to time of arrest. Mom helped him out financially. Continued to see Diane - talked on phone daily - still had intimate relationship. (Daughter of Diane - 14 at the time). Diane visited post arrested. She resigned after Jason's arrest. Was working at airport later at plant - not sure if still employed. While not employed Diane still got child support from ex husband. Jason wouldn't want "no man taking care of me." During time period he was looking for work. - trying to make a few dollars.

Mom had double wide trailer. - since '45. Living on family land - Aunt next door. Uncle next door had 15 acres family land.

(Continue on reverse side)

| PATIENT'S IDENTIFICATION (For typed or written entries give: Name - last, first, middle; grade; rank; rate; hospital or medical facility | REGISTER NO. | WARD NO. |
|---|---|---|

FMC Butner.

Brown, Jason Meier

11364-021  7/4/70

PROGRESS NOTES

MEDICAL RECORD

STANDARD FORM 509 (REV. 7-91)
Prescribed by GS/ICMR FIRMR (41 CFR) 201-9.2

## PROGRESS NOTES

DATE/TIME

Reviewed EtoH history. Started drinking in middle school - 8th grade ~ 13. Had (still has) uncle, he was always around - taught him to cook - would always drink beer - if got warm - uncle wouldn't drink - Jason started instead of throwing it away. Not every day then - but continued. After school - drank after work, on weekends. Only drinks beer. Didn't drink AM - 3 beers in evening - weekend 12 Pack - at party continually.

Never passed out. Denies any hangover, shakes, no blackouts. Never drank any home made alcohol. Says when drinks - gets "laid back" - Giggles - has fun, "gets your little light bulbs going" Never perceived he had EtoH problem - Has joked "I'm alcoholic" - defines it as social alcoholic - can do w/o.

3 DUI charges - license suspended. But originally was related to DUI - then extended on no DUI charge. Driving on suspended license. In jail had access to "buck" - but didn't. Would eat anything not from store.

NSN 7540-00-634-4

509-113

| MEDICAL RECORD | | PROGRESS NOTES |

**DATE/TIME**

8/1/03
cont'd.

Only other drug - marijuana - off + on - rare. > 1 year. Never regular drug. Never sniffed gas/glue. No IV drugs ("scare of needles) ⊘ cocaine. No perscription drug abuse.

Mother hit him 1 time in whole life - he was nagging - slapped him "That's when I found out she was left handed" - she spoiled us. She never disciplined any of her kids. Daddy never hit him, or even cross word. Oldest brother beat him once - when he intentionally skipped school - missed bus.

Always ate / every day. - had his share of fat back / Grandma, "full belly ain't got no conscience", Lots of extended family - took care of each other.)

Mom/waitress / Dad - public work asst. Doesn't remember living off welfare. - not sure. - maybe she did. She lived off tips.

When he turned 16 started working at Shoney's - had license - worked after school - used Mom's car. Then quit school - got own car - Started working construction Co.

---

PATIENT'S IDENTIFICATION (For typed or written entries give: Name - last, first, middle; grade; rank; rate; hospital or medical facility.

| REGISTER NO. | WARD NO. |

√ FMC Butner

PROGRESS NOTES

MEDICAL RECORD

Brown, Meir Jason

7/4/7

STANDARD FORM 509 (REV. 7-91)
Prescribed by GS/ICMR...FIRMR (41 CFR) 201-9.2

## PROGRESS NOTES

DATE/TIME

Out school. Had decided in 9th Grade he'd quit at 16. Wanted a pair of Nike's — got $32 — Told Mom he wanted them — nagged her — Mom bought them for him — Made up mind to quit — work — help his Mama — (Mama had been working 2 job — (2 shifts) to make ends meet. Used to give Mom most of check. Remained close to Mom — slept in room with her — She was handicapped.

Got locked up — asked Mama. "Is there a god?" Mom visited him post arrest — very sick though — Died June 16th, day after Father's day.

Mom was in hospital. A friend gave # to hospital. Had arrest 6/14. Aunt Ali called to rush to Hosp. 6/15 — pm: He asked Diane to go to hospital. During conversation Diane raised issue he may have been cheating on her with neighbor — he told her not to go see Mama — frustrated. Lady in Florida — one to tell him she had passed this AM — "Felt I was in this world by myself." "just me." — "I never had to ask my mama did she love me." Always had made sure he told Mama he loved her when he called.

I broke my mamas heart.

2 reasons cry — at time death — regret / selfishness — "I'm so selfish when it comes to my mama" — "I'm not crazy." Honestly doesn't know what he could tell jury — I'd ask them not to kill me.

NSN 7540-00-634-412

9-113

**MEDICAL RECORD** | **PROGRESS NOTES**

8/11/03 cont'd/ When thinks about what to do at trial. Plead not guilty. Plans to raise defense against charge. This evaluation is directed at covering all the bases. Say he confessed because they said they'd lock up Diana & take her daughter away - Told his mama he didn't do it. Police said "it looks like an accident" so he agreed it was accident - later on Police threatened to take Diane's child to place like Juv. detention.

A// Mood stable - very close with mom but coping with her death. Alert Cooperative ⊘ suicidal thoughts. Will continue evaluation.

*Sally Johnson M.D.*

Sally Johnson M.D.
Consultant

(Continue on reverse side)

PATIENT'S IDENTIFICATION (For typed or written entries give: Name - last, first, middle; grade; rank; rate; hospital or medical facility)

REGISTER NO.          WARD NO.

FMC Butner.

Brown, Meier Jason.
DOB 7/4/70

PROGRESS NOTES
MEDICAL RECORD
STANDARD FORM 509 (REV. 7-91)
Prescribed by GSA/ICMR FIRMR (41 CFR) 2
FMC BUTNER

# PROGRESS NOTES

ME

NT PRINTING OFFICE: 1962 - 318-071/40282

STANDARD FORM 509 (REV 7-91)

NSN 7540-00-634-412

509-113

| MEDICAL RECORD | PROGRESS NOTES |

| DATE/TIME | |
|---|---|
| | Psychology Note |
| 08/11/03 10:48 | S:) Px inquired as to the length of time he would be housed on Unit 1E. He also inquired as to how long his evaluation would take. |
| | O:) Px was alert and cooperative. His mood was euthymic and he displayed an appropriate range of affect. Px denied any suicidal or homicidal ideation. Px reported an earlier incident where he handled being spit upon by another inmate appropriately. |
| | A:) Px appears to be stable. He does not exhibit evidence of acute psychological distress. Px does not appear to be a management problem |
| | P:) Continue to assess for suicidal ideation. Continue to monitor for compliance and appropriate behavior and interaction with staff and inmates. Maintain on [illegible] for this monitoring. /[illegible] S. [illegible] MA |
| | CARLTON PYANT, PhD                    Trenton Engel, M.A |
| | [signature]                                          Psychology Intern |
| | [signature] |
| 08/12/03 1105 | Psychology Note: S/O: Pt reports that he is experiencing no acute distress. His sleeping and appetite are undisturbed. Strongly denies suicidal ideation. Expresses a willingness to cooperate in psychological testing. Pt |

(Continue on reverse side)

| | REGISTER NO. | WARD NO. |
|---|---|---|

PATIENT'S IDENTIFICATION   (For typed or written entries give: Name - last, first, middle; grade; rank; rate; hospital or medical facility

Brown, MEIER

11364-021

FMC BUTNER

PROGRESS NOTES

MEDICAL RECORD

STANDARD FORM 509 (REV. 7-91)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 20

FMC BUTNER

## PROGRESS NOTES

7/03/15 — stats he is eager to complete the psychological evaluation.
A: appears stable
P: Make arrangements to begin psychological testing.

CARLTON PYANT, PhD

_____ Psychologist

3/03/15 — S: Seen in office, in nurses station with Drs. Boyle and Kurasky.

Reviewed school history. 1 suspension in HS for smoking. In middle school 1 fight — in school suspension. Rebelled in 9th grade — failed year. Math his favorite subject. Did enough to get by. Hung around with family members. No real close friends — but knew lots of people in rural area (same kids 1 → 8th grade. HS a lot bigger). Was in FFA (only club) — ? 10th grade. No sports — school or intramurals. No hobbies. Now reads, plays chess in prison.

While in jail had room-mate x 5 mo until roommate got into fight. In jail — 2 to room — 1 on bed & 1 on floor — gave roommate bed — roommate was scared of him due to charge — until he got to know him.

Described incident here — went out in cage for rec. 2nd inmate in next cage said

· STANDARD FORM 509 (REV 7-91)

"go back to Africa" — he overlooked it — was hitting KB. And fellow spit on him — so he had c/o

NSN 7540-00-634-412

09-113

**MEDICAL RECORD** | **PROGRESS NOTES**

DATE/TIME 8/13/03
Cont'd | bring him in. Plans to stay indoors + just read from now on.
Endorsed erratic reading on pulse. Patient feels well.
Says that he's seen a lot of people in his defense doesn't remember names - if he doesn't think he'll need them long term.
No jury experience. Understands role of jury in capital + non-capital cases.
He supports capital punishment. He would view what happened - how, why, # victims, was it really willful - intent. Says he had a happy childhood - never abused.
Patient and evaluator discussed difficulty of discussing behavior, thoughts around time of crime when he plans to plead innocent.
Reviewed complaint and indictment with patient and list of collateral. He states he had copies of same documents - read them picked in Atlanta. Staff took them and threw them away.
Dr. will review collateral and then interview patient again. Also will contact

*(Continue on reverse side)*

PATIENT'S IDENTIFICATION  (For typed or written entries give; Name - last, first, middle; grade; rank; rate; hospital or medical facility)

REGISTER NO. | WARD NO.

Brown, Jason Meier
1136A-02.1
DOB 07/4/70

PROGRESS NOTES
MEDICAL RECORD
STANDARD FORM 509 (REV. 7-91)
Prescribed by GS/ICMR.FIRMR (41 CFR) 2

FMC BUTNER

## PROGRESS NOTES

defense attorneys for interview. Patient
will continue on / IE for Admin. reasons-

Sally Johnson MD
Sally Johnson MD
Consultant

1/03 Psychology Note:
Pt administered the ~~WAIS-R~~ MMPI-2
# was cooperative. Stated that
he was familiar with testing procedure.
No problem with vision, hearing
or motor skills.
Plan: Continue evaluate process
C ANIZON?XAV, PW

NSN 7540-00-634-412

-113

| MEDICAL RECORD | PROGRESS NOTES |

**DATE/TIME**

8/14/03
1050

Called. Attorney William Bell. - 912 233 8000
re: Mr. Brown/ Collateral info. Secretary states
he will return call.
                                    Sally Johnson M.D.

# Richard Darden (2nd Attorney)
    912 - 231 - 1000

350
1550

Second attempt. Attorney out of office.
Will try tomorrow Am again.
                                    Johnson M.D.

8/15/03
1020.-

Mr. Bell unavailable. Paralegal - Bobbi states Case
- Mr. Darden / Mitigation / Psych -
- Mr. Bell / Criminal.
    States I should be talking to Mr. Darden.
Cell went # 912-231-1000.
Clarified with paralegal we had received
no response from request for collateral
from Mr. Bell. My interest are in
completed evaluation thoroughly + promptly
so I needed to hear from Mr. Bell and
receive · collateral. She suggested they probably
sent request for collateral to Mr. Darden.
Called Mr. Darden's office - he was in Court

(Continue on reverse side)

PATIENT'S IDENTIFICATION    (For typed or written entries give: Name - last, first, middle; grade; rank; rate;
hospital or medical facility)

REGISTER NO.

WARD NO.

Brown, Jason Meir.
11364-021    FMC Butner.
DoB 7/4/70

PROGRESS NOTES
MEDICAL RECORD
STANDARD FORM 509 (REV. 7-91)
Prescribed by GSA/ICMR FIRMR (41 CFR) 201-9.202
FMC BUTNER

113                                                                                    NSN 7540-00-634-412

| MEDICAL RECORD | PROGRESS NOTES |
|---|---|

DATE/TIME

Left message with secretary.

Sally Johnson MD

8/15/03  S/ Talked with Dr. Ryant who saw patient
1:50 pm     yesterday. Did some testing. MMPI / some
(1350)     CTST questions. Patient got somewhat irritable
           during testing. Tired of housing status. No
           psychosis or depression. Plans to do
           WAIS / Cognistat. A/P Continued Evaluation

8/15/03  S/ To IE to see patient - is in
1430     testing session with Dr. Ryant. Will
         see beginning of week.

                                          Sally Johnson MD
                                          Sally Johnson MD
                                          Consultant.

(Continue on reverse side)

PATIENT'S IDENTIFICATION   (For typed or written entries give: Name - last, first, middle; grade; rank; rate;   REGISTER NO.         WARD NO.
                           hospital or medical facility

PROGRESS NOTES

MEDICAL RECORD

STANDARD FORM 509 (REV. 7-91)
Prescribed by GSA/ICMR-FIRMR (41 CFR) 201-9.202-1

FMC BUTNER

NSN 7540-00-634-4

509-113

**MEDICAL RECORD** | **PROGRESS NOTES**

DATE/TIME

8/15/03
1500

S. Seen after testing session with Dr. Ryant. Patient discussed upset yesterday - mostly related to testing - thought questions were dumb. Today feels better - was moved to different room too. - not used to surveillance. Not issue with Dr. Ryant himself. Explained a bit about testing procedure. Slept well last PM despite room change. Clothing movement of inmate companion was disconcerting. Explained efforts (unsuccessful to date) to talk to attorneys.

Asked for #s to contact family. Roy in hospital / Savannah - Leo > ? #
Levi.
Brother in Jacksonville - 407-993 4021
Dexter / Patricia (Trivia).
Would have other #s for brothers.

912-748 8182 Beverly (sister on father's side. - in 40's. / lives in Pooler near Sa. Dad. Was there at patient's last contact (Dad's residence))
Another # 912-756-2155

Brown, Meier Jason.
Reg# 11364-021 / FMC Butner,

PATIENT'S IDENTIFICATION  (For typed or written entries give: Name - last, first, middle; grade/rank; rate; hospital or medical facility)  REGISTER NO.  WARD NO.

PROGRESS NOTES
MEDICAL RECORD
STANDARD FORM 509 (REV. 7-91)
Prescribed by GSA/ICMR.FIRMR (41 CFR) 201

FMC BUTNER

## PROGRESS NOTES

DATE/TIME

Tony - deceased Brother via Dad - in house fire (Brother from Dad's 1st marriage.)

Aunts - Allie Smith -               - 2421
(Mom's Sister) Louderisci, GA.
Aunt Willybell Williams   912-368-8007
(Mom's Sister)

He grew up with all Mom's siblings kids. "No fight" with Dad's extended family.

Looked back at education history. Repeated 9th grade because didn't do work. Some skipping school. No one bullying him - never Afried - was 7th son - had 6 older brothers. Was not that work was too hard - "class clown" - He had done well up until 9th grade. Mother may have been disappointed. Dad was "put out" by Mom when he was in 8th grade. Blamed Mom. Doesn't know why - Mom said Dad "aint so good." - Knows Dad was running around he used to go to GF's house with Dad. Dad was intermittently back at home - never moved all back. When he returned to school did enoughts get by. Excelled in Math because never wanted anyone to cheat him out of money.

NSN 7540-00-634-41

509-113

| MEDICAL RECORD | PROGRESS NOTES |

| DATE/TIME | |

8/15/03
(Cont'd)

Patient talked to Dexter Day of admission.
while in CM's office. Hasn't written.
Has not received any letters. Talked to
Girlfriend day before came —
Spent $ before came – all but 90¢.
Brother sent to Savannah but thinks
he'll get it resent sooner or later.
Had access to TV/radio in Savannah.
Did watch news on TV – never went up+ turned
channel to avoid any chance of fight.
Has know people charged with Murder
before. Talked re his idea of chronology
of case. Aware Jury has to be selected
after trial date set. Lawyer explained to
him that in Federal system Judge asks questions
from list submitted by attorneys.
Thinks they can still strike some jurors.
Idea is to pick jury to see things their
way. US attorney opens with statement.
Defense can waive stmt or not. Talked to
attorneys re: stategy. Prosecution
puts on case – his attorneys will cross
examine – then Def/Witnesses / x examine
Then closing statements (continue on reverse side)

| PATIENT'S IDENTIFICATION | (For typed or written entries give: Name - last, first, middle; grade; rank; rate; hospital or medical facility) | REGISTER NO. | WARD NO. |

Brown, Mercer Jason
11364/02
Time – 1/2...

7/4/70

PROGRESS NOTES

MEDICAL RECORD

STANDARD FORM 509 (REV. 7-91)
Prescribed by GS/1CMR/FIRMR (41 CFR) 20

FMC BUTNER

## PROGRESS NOTES

DATE/TIME

Jury deliberates. Comes back "hopefully with not guilty verdict." Realizes Judge will charge jury with instructions. Pt. Realizes if is guilty verdict — go to Phase II - Defense trying to get penalty reduced from death. Info still to Jury — as decision makers.

When jury is "death qualified" — believes it would need strong mitigation if penalty to reduced. Aware of appeal process — automatic review — Involves to "battle with lawyers" to get back into Court.

Pt cooperative with session. Will continue Pt next week. FMS stable. Memory intact.

Sally Johnson MD
Sally Johnson MD
Consultant

NSN 7540-00-634-4

509-113

**MEDICAL RECORD** | **PROGRESS NOTES**

| DATE/TIME | |
|---|---|
| 8/19/03 1120 | S) Seen in nurses station. Reviewed lab. workup. Dr. Wallasin to review thyroid function. Patient asymptomatic. Weight stable 145-150. Appetite stable. Denies depressed mood - reading the Bible.

Reviewed criminal history. - '94 or '95 had robbery charge. He + 2 cousins stopped in store to buy beer, when paying for it - one of cousins ran around counter + grabbed $ out of cash register - "not what police report said" - and camera got picture of cousin. - he confessed to Mr. Brown + juvenile cousin. Victim couldn't ID them - younger cousin got off. Got 5 yr. sentence in state prison - Got another forgery, theft by taking of automobile (driving related) - all rolled into 5 year sentence (Min.) - lawyer advised him to take the deal.

While out on bond on robbery charge - stole a car - "the opportunity presented itself" - was a "bad decision." Says he realized trouble he could get into - "wasn't the first car I every stole - take a car you" |

(Continue on reverse side)

PATIENT'S IDENTIFICATION (For typed or written entries give: Name - last, first, middle; grade; rank; rate; hospital or medical facility

Reg #11 364-021

Brown, Meier Jason

FMC Butner   7/4/70

REGISTER NO. | WARD NO.

PROGRESS NOTES

MEDICAL RECORD

STANDARD FORM 509 (REV. 7-91)
Prescribed by GSA/ICMR/FIRMR (41 CFR) 20

**FMC BUTNER**

## PROGRESS NOTES

ATE/TIME

sell it - not working at the time - can make pretty good from it"

Sd Juvenile - broke into a store ("really just (without) for older cousin") - he ended up telling on cousin - giving Police $ cousin had given him - Mom took him to Court - put on probation - was in ~ 7th grade. Denies any period in Juvenile detention, special school etc.

Forgery charge / past 18. before soldiers. Cousin took check book asked Mr. Brown to write checks. - cashed in Liberty & O'Brien county. Cousin told on him. Mr. Brown - got probation on 1st offender's act.

Recognizes theme of needing $ - "don't go out + rob somebody for the sheer pleasure" - "those things weren't my idea"

Feels he didn't learn his lesson on robbery charge.

One night Cousin comes to house in new nissan altima (stolen from police officer) - Mr. Brown helping (Mom on dialysis). - Mr. Brown rode with him, Cousin gets $ out of ATM with stolen credit card - repeated - Brown asked him for some $ -

ended up with parole viol" (picture taken)

NSN 7540-00-634-4

509-113

| MEDICAL RECORD | PROGRESS NOTES |
|---|---|

**8/19/03 (Cont'd)** Ended up doing 14 mo. now on sentence. — woke up every morning x 8mo fought looking at parole — out Nov. 14, 2001. Still had credit card charges to resolve. Lawyer trying to get him time served.

To jail June 2002 / DUI charge!

When out of prison went to work for Co. out of SK — landscaping — until 8/02. Co. moved from Richmond Hill to Hilton Head — he didn't have driver's license so couldn't drive that far — Went to Hinesville — to help Aunt's Boyfriend buck mason for ~2 mo. Mom got a little (Glen) sicker — moved in with brother — he moved (Savannah) in too — she better — job at Shoney's bussing tables / doing dishes — There a few month Glen's GF moved in — he was put out — He quit job in Savannah. Got job Kentucky Fried Chicken. Hinesville — hated it quit Ramada Inn — Maintenance — Brother called to get him to pick Mom up — called boss — ended up cussin him then Atlantic Underground — Until lost job for not working Saturday. — lost job. Oct 2002. Just picks up work fixing cars etc. until arrest. He + Diane

(Continue on reverse side)

PATIENT'S IDENTIFICATION (For typed or written entries give: Name - last, first, middle; grade; rank; rate; hospital or medical facility)

Brown, Meier Jason
FMC Butner N.C. DOB 7/4/70
Reg # 11264-021

| REGISTER NO. | WARD NO. |
|---|---|

## PROGRESS NOTES

DATE/TIME

spending $ they had saved up - wouldn't spend Whitney $ (child support) - Mom helped out. He had 1 loan with $70/month payment - didn't view situation as desperate.

When he first met Diane - she filed bankruptcy. "She had a lot more bills than I had." Ex-husband said he'd help her out. Denies that upset him. Admits he doesn't like her ex husband "he's a nasty person." Mr. Brown lived with mom - had enough to eat.

Patient has no military history. Mother was ill during this time. States "I try not to stress about things." Asked how he got from point of "handling stress" to being arrested for murder - he focuses on 6 hours of questioning + threat to lock up Diane. Confronted on concrete nature of response. Insists stress was not greater than described in his life. Asked about any past history of impulsive behavior - denies he's that way. If situation significant he would look out for own interests - not take the rap for someone else. Says he wouldn't take blame for something

he didn't do.

NSN 7540-00-634-4

509-113

| MEDICAL RECORD | PROGRESS NOTES |

**DATE/TIME**

8/19/03
Cont'd.

Says "they planted evidence - they put that ladies blood on my coat - but it wasn't coat I was wearing." - say he was wearing brown coat that day. Also have eyewitness saying he was wearing gray or dark coat." Other evidence - bloody shoe print - "no blood on my shoe" - blood on mom's carpet / Diane's truck - "not ladies blood - go money order receipts. Doesn't know where they found bloody coat or receipts - I would have been dumbest thief in world - leaving bloody trail (paper) receipts. Also fingerprint - not his, ladies, EMT's. - all he could say was it must be person harmed her."

Say lady say some people fleeing from area in Lincoln. Feels in poor community when reward offered - people will point finger at someone like him.

Say he stole $ from drug dealer cousin - got money orders for Diane - Insists in front of Diane, told her, he didn't do it, but had to say he did. Admits situation mess - prays about

Continue on reverse side

| PATIENT'S IDENTIFICATION | (For typed or written entries give: Name - last, first, middle; grade; rank; rate; hospital or medical facility) | REGISTER NO. | WARD NO. |

Bacon, Meier Jason DOB 7/4/__
Reg #
FMC Butner NC.

PROGRESS NOTES
MEDICAL RECORD
STANDARD FORM 509 (REV. 7-91)
Prescribed by GSA ICMR.FIRMR (41 CFR) 20

**FMC BUTNER**

## PROGRESS NOTES

DATE/TIME

pt - hopes lawyers are as good as he thinks they are. "It's a hell of a situation - overwhelming." Holds on to hope, - Defense can show doubt. Realizes transcript is there where he says he did it - "they said they would take her child". Perceived mental status - patient "scared" but intent on fighting. Denies any thoughts or intent of self harm.

A/P: Patient has realization of seriousness of situation. Plans to go to trial and fight to raise doubt in jury's minds. Not currently assessed as suicidal. Continue evaluation.

Sally Johnson M.D.
Sally Johnson MD
Consultant.

STANDARD FORM 509 (REV 7-91)

509-113                                                                      NSN 7540-00-634-4

| MEDICAL RECORD | | PROGRESS NOTES |
|---|---|---|

| MEDICAL RECORDS | | PROGRESS NOTES |
|---|---|---|

**Inpatient Mental Health Weekly Nursing Note and Assessment**

DATE/TIME

8/19/03
2100

S: "I'm doing OK given my situation"

O: (mood, affect appearance) Euthymic affect appropriate

SI: No ☒ Yes ☐                    HI: No ☒ Yes ☐

VH/AH: No ☒ Yes ☐                Delusions: No ☒ Yes ☐

Behavioral Concerns: No ☒ Yes ☐

Hygiene Adequate: No ☐ Yes ☒

Medication Compliance/Concerns: No ☐ Yes ☐ no meds at this time

Medical Concerns: VS 120/80 97.4 60 16

A: (Nursing DX as evidenced by:) Ineffective coping r/t situation

P: Encourage 1:1 interaction engaging in

FMCRM-509

conversation as appropriate.
E: Expressed ways of coping ie: talking
reading, listening to music. Voiced
understanding ———— K. Whitow RN/K. Whitow RN

Psychiatry

(S) Mr. Brown lied no c/o staff
reported no problem.
(O) AS R. i 33 y/o woman ___ pleasant
& cooperative. No acute ____
Speech ___ ___ ___, ⊖ SI, ⊖ H/I
(A) (1) Alcohol Abuse (provisional)
P — Continue FS4 x 48h
— f/p per Dr. Pyand.
Psx Gu

(Continue on reverse side)

| PATIENT'S IDENTIFICATION (For typed or writen entries give: Name - last, first, middle; grade; rank; rate; hospital or medical facility) | REGISTER NO. | WARD NO. |
|---|---|---|

Brown, Meir
11364-024
7-4-70

PROGRESS NOTES

MEDICAL RECORD

STANDARD FORM 509 (REV. 7-91)
Prescribed by GSA/ICMR.FIRMR (41 CFR) 201

FMC BUTNER