# APPENDIX K-3

509-113

NSN 7540-00-634-41:

| MEDICAL RECORD | | PROGRESS NOTES | |

**DATE/TIME**

8/6/63
1050

S: Seen in nurses station with Drs. Boyle & Kurosky (Residents in training) Case reviewed earlier with Dr. Ryant who say patient yesterday. Full note to follow. Confidentiality limits discussed. Brief history reviewed. Mental Status Exam done. — essentially ⊖. Patient here for mitigation factors evaluation.

A/P: Will complete evaluation and submit under seal. Patient clinically able to go to population. Next interview scheduled for Mon. 10 Am.

Sally Johnson MD

(Continue on reverse side)

| PATIENT'S IDENTIFICATION | (For typed or written entries give: Name - last, first, middle; grade; rank; rate; hospital or medical facility | REGISTER NO. | WARD NO. |

Brown, Meier
Reg# 11364-021 DOB 7/4/70

FMC Butner

PROGRESS NOTES
MEDICAL RECORD
STANDARD FORM 509 (REV. 7-91)
Prescribed by GS/ICMR FIRMR (41 CFR) 201-9.20

509-113

NSN 7540-00-634-4

| MEDICAL RECORD | PROGRESS NOTES | — |
|---|---|---|

**DATE/TIME**

8/6/03
1050

S, Seen in nurses station with Drs. Boyle & Kurosky (Residents in training). Case reviewed earlier with Dr. Ryant who saw patient yesterday. (Full note to follow). Confidentiality limits discussed. Brief history reviewed. Mental Status exam done.- essentially ⊖. Patient here for mitigation factors evaluation.

A, P, Will complete evaluation and submit under seal. Patient clinically able to go to population. Next interview scheduled for Mon. 10 Am.

Sally Johnson ___

(Continue on reverse side)

PATIENT'S IDENTIFICATION   (For typed or written entries give: Name - last, first, middle; grade; rank; rate; hospital or medical facility)

Brown, Meier    FMC Butner

Reg# 11364-021   DOB 7/4/70

REGISTER NO.

WARD NO.

PROGRESS NOTES

MEDICAL RECORD

STANDARD FORM 509   (REV. 7-91)
Prescribed by GS/ICMR_IRMR (41 CFR) 201-9.20

NSN 7540-00-634-4

## PROGRESS NOTES

Patient. last saw Darden in Court — saw Bell ~1 week afterward. Calls them regularly. Has confidence in them — if didn't would write Judge. Knows telephone # of attorney. Saw psychiatrist 1 x for visit in jail + lawyer hired — doesn't remember name.

Denies any psychiatric history. ⊖ Suicidal ideation now/or in past. Denies depression, sleep disturbances, crying spells, now or in past. No history of mania. "Keeps head up — you know". No history of hallucination. No evidence of delusions, paranoid ideation, or unusual beliefs. Memory intact. Clinically appears to be of average intelligence. Left school at 16. 9th Grade. Got GED (90). Concentration good. Denies any homicidal ideation or intent of disruption or aggression. No recent EtOH / drug use.

Came to Butner after ~7 mo in Chatham County jail in Savannah, GA. Spent 1 week in Atlanta, 1 day (night) in Swainsboro GA. They had roommate, in "pop" these.

Pt on admission here and med. Hx essentially negative. (Pulse 48). Had lump removed under right side of chin (cyst) in 6th Grade. No sequla. ⊖ fractures ⊖ head injuries ⊖ allergies ⊖ DM

STANDARD FORM 509 (REV 7-91)

NSN 7540-00-634-412

9-113

| MEDICAL RECORD | PROGRESS NOTES |
|---|---|

**DATE/TIME**

8/6/03
continued

⊖ asthma ⊖ cardiac disease. ⊖ GI or GU problems ⊖ Musc./Skelet. problems. On No Meds/ No history of chronic meds.

DOB 7/4/70. Now 33, single, never married. But recent intimate relationship with Diane Brown.

Born Liberty Memorial Hospital Hinesville GA/ Thinks he was full term/ vaginal delivery W/o developmental problems butt not really sure. Aunt named him.

Family H.

Mother - Sadie Morgan Brown deceased. 6/16/03 at age 61./ Long term insulin depend. Diabetic, with Heart problems, Kidney Problems sickley! Worked as Waitress until disabled. Leg amp.

Father - Pelham Brown, - living - 62. Retired City of Richmond Hill. Asst. Sup. over Public Works.

Mom put Dad out - never divorced When Mr. Brown was in 8th Grade.

Siblings:
⊕ Roy Morgan ~ 43 - Heart Problems aort. valve. 2° to RF as kid. - recently had CVA. (3 yr. ago.)

PATIENT'S IDENTIFICATION (For typed or written entries give: Name - last, first, middle; grade; rank; rate; hospital or medical facility

Brown Meier Jason
Reg #11364-021 DoB 7/4/70
FMC Botman

REGISTER NO.         WARD NO.

PROGRESS NOTES

MEDICAL RECORD

STANDARD FORM 509 (REV. 7-91)
Prescribed by GSA/ICMR,FTR,MR (41 CFR) 201-9.202

FMC BUTNER

## PROGRESS NOTES

② Twins Leoh. Morgan   > 41
③           Levi Morgan
④ Dexter Morgan - 39 in Orlando.
⑤ Glen Morgan - 37 - served state prison time
⑥ Nita Morgan - 35 - deceased 1998 HIV/AIDS
⑦ Jason 33
⑧ Rolton Brown 21 as of Dec 21, 03.
All sibs but Dexter are in Savannah area.
Patient is close to all sibs. Youngest
sib visited him in jail. ─ Family Mental Health
History.
Patient says "I'm OK" Physically + mentally.
" I believed in God".
Admits to occasional marijuana use in
Past - HS often - recreational later - last 12/04.
Alcohol is "preferred drug"
─ Other drug use.

Prior to arrest lived at Mom's.
        6724 Leroy Coffer HWY
        Fleming GA. 31309.
Had been in + out of house but was his
most constant address.

Work H↑ - laborer /Construction /Periodal,
work for city of Richmond Hill Public Works.
Was unemployed at time of arrest. No
toxic exposures.

STANDARD FORM 509 (REV 7-91)

-113                                              NSN 7540-00-634-412

| MEDICAL RECORD | PROGRESS NOTES |
|---|---|

DATE/TIME

School HX
11th Grade Ed'n - left school / Got GED '90.
Kindergarden - Midway GA.
Elementary - Liberty Elementary, Midway GA
Middle School - Hinesville Middle School
High School - Bradwell Institute.
Repeated 9th. Grade "rebelled"

Criminal HX.                                Columbus GA.
Robbery 1995   18mo Muscoghy County Prison
              → 8mo Montgomery State Prison
On Parole →
Violated → to Montgomery.
Liberty County Jail - Forgery charge.
DUI
"Minor Crimes"

Current Charges
Robbery / Homocide.
"doesn't recall exact date" - late Nov. 2002
Arrested 12/5/02.
⊖ Incident reports / disciplinary problems
in jail.

(Continue on reverse side)

PATIENT'S IDENTIFICATION   (For typed or written entries give: Name - last, first, middle; grade; rank; rate; hospital or medical facility)

| | REGISTER NO. | WARD NO. |
|---|---|---|

Brown, Jason Meier
Reg. # 13364-021  DOB 7/4/70
FMC Butner.

PROGRESS NOTES

MEDICAL RECORD

STANDARD FORM 509 (REV. 7-91)
Prescribed by GSA/ICMR FIRMR (41 CFR) 201-9.202

FMC BUTNER

7-113                                                        NSN 7540-00-634-412

| MEDICAL RECORD | PROGRESS NOTES |
|---|---|

DATE/TIME

6

No Mental Health Hx. / 1 Visit with Psychiatrist or Psychologist in jail arranged by lawyer. - No psychological tests.

Legal Experience:

1 trial Experience except bench on minor offenses. Previously plea bargained. Has suspended Driver's license. Knows basics re: legal process. Expects more info as gets closer to trial. Now is focused on evidence / mitigation. Explains (correctly in basic terms) understanding of mitigation - situations or circumstances that would effect his responsibility short of insanity (defense).

Likes to read. Reads self to sleep. Up at ~5 or 530 Am. Reads novels. ⊖ Hx reading problems or learning disabilities.

Walks daily for exercise 1-1½ hrs. prior to admission here. (Since arrest). Played little basketball - due to potential for conflicts. Weight stable.

Previous member — St. Paul Mission (continue on reverse side)

PATIENT'S IDENTIFICATION (For typed or written entry give = Name - last, first, middle; grade; rank; rate; hospital or medical facility)

Baptist church.

| REGISTER NO. | WARD NO. |
|---|---|

PROGRESS NOTES

MEDICAL RECORD

STANDARD FORM 509 (REV. 7-91)
Prescribed by GSA/ICMR FIRMR (41 CFR) 2

FMC BUTNER

NSN 7540-00-634-412

| MEDICAL RECORD | PROGRESS NOTES |

7/6/03
1/7 — Discussed possibility he will do evaluation in segregation. Explained plan to all attorney/act collateral, try to complete evaluation by end of mo. but potential for extension. Is cooperative with evaluation. Understands situation. Disclaims any intent to harm evaluator or anyone. Expresses preference to be in population. Diagnosis deferred. Artfully denies any history of Mental Illness and presents no psychiatric symptoms — does not appear to have mental deficiency. Will see again on Monday 8/4 at 10:00. Message left with Dr. Pyant.

Sally Johnson MD
Sally Johnson MD
Consultant.

Addendum:
Warden states for Administrative reasons/decision patient will remain in segregation status in JE.

(Continued on reverse side)

Sally Johnson MD
Sally Johnson MD
Consultant.

PATIENT'S IDENTIFICATION  (For typed or written entries give : Name - last, first, middle; grade, rank, rate; hospital or medical facility

REGISTER NO.

WARD NO.

Boron, Jason Meir
Reg # 11364-021    DOB 7/4/70

PROGRESS NOTES
MEDICAL RECORD

STANDARD FORM 509 (REV. 7-91)
Prescribed by GSA/ICMR ITRMR (41 CFR) 201-9.202-1

FMC BUTNER

-113                                                                      NSN 7540-00-634-412

| MEDICAL RECORD | PROGRESS NOTES |
|---|---|

**DATE/TIME**

(Continue on reverse side)

PATIENT'S IDENTIFICATION   (For typed or written entries give : Name - last, first, middle; grade; rank; rate; hospital or medical facility)   | REGISTER NO. | WARD NO. |

PROGRESS NOTES

MEDICAL RECORD

STANDARD FORM 509 (REV. 7-91)
Prescribed by GSA/ICMR/FIRMR (41 CFR) 2A

FMC BUTNER

NSN 7540-00-634-41

509-113

| MEDICAL RECORD | PROGRESS NOTES |
| --- | --- |

DATE/TIME
8/8/03

Psychology Note:
S: Pt states that he is doing fine. Says he believes in "God". Relates that "GOD" is a source of strength. States that he may have to "die" if he is convicted of the alleged offense. Pt states that he has no plans of killing himself. He rationalizes that everyone must die some time, but he will not take his own life.
O: No acute distress. Resting in bed.
A: Appears stable. Monitor for signs of suicidal ideation. No signs of psychosis.
P: Continue follow up. Round daily.    CARLTON RYAN, PhD
Carl... PhD
Psychologist

(Continue on reverse side)

PATIENT'S IDENTIFICATION    (For typed or written entries give: Name - last, first, middle; grade; rank; rate; hospital or medical facility

BROWN, Meier
11364-021
07/04/70
FMC Butner

| REGISTER NO. | WARD NO. |
| --- | --- |

PROGRESS NOTES

MEDICAL RECORD

STANDARD FORM 509 (REV. 7-91)
Prescribed by GSA/ICMR. 3 I RMR (41 CFR) 201-9.2

## PROGRESS NOTES

| DATE/TIME | |
|---|---|
| 1/11/03 0:1150 | S: Seen in nurse's station office. Warden has decided patient will stay on I E during evaluation. Accepts this - Hopes study goes quickly. Explained again purpose of evaluation. Asked to describe life in November. Girlfriend Diane Brown - + he had come to mutual agreement that they would not live together. He would live with Mom (she at her house in Chatham County. Never fussed or fought. In June 2002 - taking cousin to sister's house - he driving with suspended licence - drinking - gave youngest brother's name - arrested on Brother's licence - called told Brother to go to Court on DUI. Officer got hot she'd been tricked - Was driving Diane's truck (Diane 11 yr. older, - she asleep - awoke, - told her he was his mother). Diane arrested - suspended as security guard at local prison.) (-suspended with pay 1st mo - Then W/o - he handling bills as he was working as maintenance man) His job sd. to pipe co. They planned to go away (he, Diane, daughter) over weekend - Boss asked. An folks to work. |

at. He + another crew member said couldn't

509-113                                                                NSN 7540-00-634-4

| MEDICAL RECORD | PROGRESS NOTES |

8/11/03 cont'd — work. lost job. Thought he'd get old job back but was delayed, no income coming in. Diane's ex husband (wanting to get back with her) offered to help — Jason moved out, realized ex husband wouldn't take take care of ex wife + boyfriend. Moved out late October, early Nov. Still waiting on old job - delayed, due to resn. - not employed up to time of arrest. Mom helped him out financially. Continued to see Diane - talked on phone daily - still had intimate relationship. Daughter of Diane - 14 at the time. Diane visited post arrested. She resigned after Jason's arrest. Was working at airport, later at plant - not sure if still employed. While not employed Diane still got child support from ex husband. Jason wouldn't want "no man taking care of me." During time period he was looking for work. trying to make a few dollars.

Mom had double wide trailer. - since '95. Living on family land - aunt next door. Uncle next door had 15 acres family land.

(Continue on reverse side)

| PATIENT'S IDENTIFICATION (For typed or written entries give: Name - last, first, middle; grade; rank; rate; hospital or medical facility | REGISTER NO. | WARD NO. |

FMC Butner.

Brown, Jason Meier
11364-021  7/4/70

PROGRESS NOTES

MEDICAL RECORD

STANDARD FORM 509 (REV. 7-91)
Prescribed by GSA/ICMR. FIRMR (41 CFR) 201-9.2

## PROGRESS NOTES

DATE/TIME

Reviewed EtOH history. Started drinking in middle school - 8th grade ~ 13. Had (still has) uncle. he was always around - taught him to cook - would always drink beer - if got warm - uncle wouldn't drink - Jason started instead of throwing it away. Not every day then - but continued. After school - drank after work, on weekends. Only drinks beer). Didn't drink AM - 3 beers in evening - weekend 12 pack - at party continually. Never passed out. Denies any hangover, shakes, no blackouts. Never drank any home made alcohol. Says when drinks - gets "laid back" - laughs - has fun, "gets your little light bulbs going." Never perceived he had EtOH problem - Has joked "I'm alcoholic" - defines it as social alcoholic - can do w/o. 3 DUI charges - license suspended. but originally was related to DUI - then extended on no DUI charge. Driving on suspended license. In jail had access to "buck" - but didn't. Would eat anything not from store.

STANDARD FORM 509 (REV 7-91)

NSN 7540-00-634-4

509-113

| MEDICAL RECORD | | PROGRESS NOTES | |
|---|---|---|---|

**DATE/TIME**

8/11/03 (cont'd). Only other drug - marijuana - off + on - none >1 year. Never regular drug. Never sniffed gas/glue. No IV drugs ("I'm scared of needles") ⊘ cocaine. No perscription drug abuse.

Mother hit him 1 time in whole life - he was nagging - slapped him "That's when I found out she was "left handed" - She spoiled us. She never disciplined any of her kids. Daddy never hit him, or even cross word. Oldest brother beat him once - when he intentionally skipped school - missed bus.

Always ate every day. - had his share of Sat. back + Grandma, "full belly ain't got no conscience". Lots of extended family - took care of each other).

Mom/waitress / Dad - public work asst. Doesn't remember living off welfare. - not sure. - maybe she did. - She lived off tips.

When he turned 16 started working at Shoney's - had license - worked after school used Mom's car. Then quit school - got own car - started working construction co.

| PATIENT'S IDENTIFICATION (For typed or written entries give: Name - last, first, middle; grade; rank; rate; hospital or medical facility. | REGISTER NO. | WARD NO. |
|---|---|---|

FMC Butner

Brown, Meir Jason

7/4/7...

## PROGRESS NOTES

**DATE/TIME**

Quit school. Had decided in 9th Grade he'd
quit at 16. Wanted a pair of Nikes - cost $32 -
Told Mom he wanted them - nagged her -
Mom bought them for him - Made up mind
to quit - work - help his Mama - (Mama had
been working 2 job (2 shifts) to make ends
meet. Used to give Mom most of check.
Remained close to Mom - slept in room with her -
She was handicapped.
    Got locked up - asked Mama. "Is there a god?"
Mom visited him post arrest - very sick through.
Died June 16th, day after Father's day.
Mom was in hospital. A friend gave # to hospital.
Had arrest 6/14. Aunt Ali called to rush to Hosp.
6/15 - PM? He asked Diane to go to hospital.
During conversation Diane raised issue he
may have been cheating on her with neighbor -
he told her not to go see Mama - frustrated.
Lady in Florida - one to tell him she had passed
this AM. - "Felt I was in this world by myself"
"just me." - "I never had to ask my mama did
she love me." Always had made sure he told
Mama he loved her when he called.
    I broke my mamas heart.
    2 reasons cry - at time death -
regret / selfishness - "I'm so selfish when
it comes to my mama" - "I'm not crazy."
    Honestly doesn't know what he
could tell jury. I'd ask them not to kill me.

ERNMENT PRINTING OFFICE: 1962 - 318-071-0282        STANDARD FORM 509 (REV 7-78)

NSN 7540-00-634-412

9-113

MEDICAL RECORD | PROGRESS NOTES

DATE/TIME 8/11/03 cont'd | When thinks about what to do at trial. Plead not guilty. Plans to raise defense against charge. This evaluation is directed at covering all the bases. Say he confessed because they said they'd pick up Diana's take her daughter away – Told his mama he didn't do it. Police said "it looks like an accident" so he agreed it was accident – later on Police threatened to take Dianes child to place like Juv. detention.

A// mood stable – very close with Mom but coping with her death. Alert, cooperative Q suicidal thoughts. Will continue evaluation.

Sally Johnson M.D.
Sally Johnson M.D.
Consultant

(Continue on reverse side)

| PATIENT'S IDENTIFICATION (For typed or written entries give: Name - last, first, middle; grade; rank; rate; hospital or medical facility | REGISTER NO. | WARD NO. |

FMC Butner

Brown, Meier Jason.

DOB 7/4/76

PROGRESS NOTES

MEDICAL RECORD

STANDARD FORM 509 (REV. 7-91)
Prescribed by GS/ICMR-FIRMR (41 CFR) 2

FMC BUTNER

# PROGRESS NOTES

ME

STANDARD FORM 509 (REV 7-91)

NSN 7540-00-634-412

509-113

| MEDICAL RECORD | PROGRESS NOTES |

**DATE/TIME**

Psychology Note

08/11/03
10:48

S:) Px inquired as to the length of time he would be housed on Unit 1E. He also inquired as to how long his evaluation would take.

O:) Px was alert and cooperative. His mood was euthymic and he displayed an appropriate range of affect. Px denied any suicidal or Homicidal ideation. Px reported an earlier incident where he handled being spit upon by another inmate appropriately.

A:) Px appears to be stable. He does not exhibit evidence of acute psychological distress. Px does not appear to be a management problem

P:) Continue to assess for suicidal ideation. Continue to monitor for compliance and appropriate behavior and interaction with staff and inmates. Maintain on ___ for this monitoring/ ___ S. ___ MA

CARTON PYANI, PhD

Trenton Engel, M.A
Psychology Intern

08/12/03
1105

Psychology Note

S/O: Pt reports that he is experiencing no acute distress. Says sleeping and appetite are undisturbed. Strongly denies suicidal ideation. Expresses a willingness to cooperate in psychological testing. Pt

(Continue on reverse side)

| REGISTER NO. | WARD NO. |

PATIENT'S IDENTIFICATION    (For typed or written entries give: Name - last, first, middle; grade; rank; rate; hospital or medical facility)

Brown, MEIER

11364-021

FMC BUTNER

PROGRESS NOTES
MEDICAL RECORD

STANDARD FORM 509 (REV. 7-91)
Prescribed by GS/ICMR.FIRMR (41 CFR) 20

FMC BUTNER

## PROGRESS NOTES

states he is eager to complete the
psychological evaluation.
A: appears stable
P: Make arrangements to begin
psychological testing.
                    CARLTON PLANT, PhD
                    Carol Pat, PhD
                    Psychologist

S: Seen in office in nurses station with
Drs. Boyle and Kuresky.
Reviewed school history. 1 Suspension
in HS for smoking. In middle school —
1 fight - In school suspension. Rebelled in
8th Grade - failed year. Math his favorite
subject. Did enough to get by. Hung around
with family members. No real close friends —
but knew lots of people in rural area + same
kids 1 → 8th grade. HS a lot bigger.
Was in FFA (only club) - ? 10th Grade. No
sports - school or intramurals. No hobbies.
Now reads, plays chess in prison.
While in jail had roommate x 5 mo until
roommate got into fight. In jail - 2 to room —
1 on bed + 1 on floor - gave roommate bed —
roommate was scared of him due to charge —
until he got to know him.
Described incident here - went out in cage
for rec. 2nd inmate in next cage said
"go back to Africa" - he overlooked it - was
lifting KB. 2nd fellow spit on him - so he had %

NSN 7540-00-634-412

09-113

MEDICAL RECORD | PROGRESS NOTES

**DATE/TIME** 8/13/03 /Cont'd/ bring him in. Plans to stay indoors + just read from now on.

Endorsed erratic readings on pulse. Patient feels well.

Says that he's seen a lot of people in his defense doesn't remember names - if he doesn't think he'll need them long term.

No jury experience. Understands role of jury in capital + non-capital cases.

He supports capital punishment. He would view what happened - how, why, # victims, was it really willful - intent. Says he had a happy childhood - never abused.

Patient and evaluator discussed difficulty of discussing behavior, thoughts around time of crime when he plans to plead innocent.

Reviewed complaint and indictment with patient and list of collateral. He states he had copies of same documents read them, put in Atlanta. Staff took them and threw them away.

Sp will review collateral and then interview patient again. Also will contact (Continue on reverse side)

PATIENT'S IDENTIFICATION (For typed or written entries give: Name - last, first, middle; grade; rank; rate; hospital or medical facility)

REGISTER NO.

WARD NO.

PROGRESS NOTES

MEDICAL RECORD

STANDARD FORM 509 (REV. 7-91)
Prescribed by GSA/ICMR FIRMR (41 CFR) 2

FMC BUTNER

Brown, Jason Meier

1136A-02

DOB 07/4/70

## PROGRESS NOTES

defense attorneys for interview. Patient
will continue on 1E for Admin. reasons.

Sally Johnson MD
Sally Johnson MD
Consultant

Psychology Note:
Pt administered the WAIS & MMPI-2
Pt was cooperative. Stated that
he was familiar with testing procedure.
No problem with vision, hearing
or motor skills.
Plan: Continue evaluate process

C ANTON DYA, Ph

NSN 7540-00-634-412

**MEDICAL RECORD** | **PROGRESS NOTES**

DATE/TIME

8/14/03
1050 — Called. Attorney William Bell. – 912 233 8000 re: Mr. Brown/ Collateral info. Secretary states he will return call.

*Sally Johnson M.D.*

\# Richard Darden (2nd Attorney)
912- 231 - 1000

350 — Second attempt. Attorney out of office.
1550 — Will try tomorrow Am again.

*Johnson M.D.*

8/15/03
1020. — Mr. Bell unavailable. Paralegal - Bobbi states Case Mr. Darden / Mitigation / Psych -
Mr. Bell / Criminal.
States I should be talking to Mr. Darden.
(Even# 912-231-1000.
Clarified with paralegal we had received no response from request for collateral from Mr. Bell. My interest was in completed evaluation thoroughly + promptly so I needed to hear from Mr. Bell and receive collateral. She suggested they probably sent request for collateral to Mr. Darden. Called Mr. Darden's office — he was in Court

(Continue on reverse side)

PATIENT'S IDENTIFICATION  (For typed or written entries give: Name - last, first, middle; grade; rank; rate; hospital or medical facility)

REGISTER NO. | WARD NO.

Brown, Jason Meier.
11 364-021
DOB 7/4/70

FMC Butner.

PROGRESS NOTES
MEDICAL RECORD
STANDARD FORM 509 (REV. 7-91)
Prescribed by GSA/ICMR FIRMR (41 CFR) 201-9.202

FMC BUTNER

NSN 7540-00-634-412

| MEDICAL RECORD | PROGRESS NOTES |
|---|---|

**DATE/TIME**

Left message with secretary.

Sally Johnson MD

8/15/03 S: Talked with Dr. Ryant who saw patient
1:50 pm   yesterday. Did some testing. MMPI / some
(1350)   (CTST) questions. Patient got somewhat irritable
during testing. Tired of housing status. No
psychosis or depression. Plans to do
WAIS / Cognistat. A/P Continued Evaluation

8/15/03 S: To IE to see patient — is in
1430   testing session with Dr. Ryant. Will
see beginning of week.

Sally Johnson MD
Sally Johnson MD
Consultant.

(Continue on reverse side)

PATIENT'S IDENTIFICATION   (For typed or written entries give: Name - last, first, middle; grade; rank; rate; hospital or medical facility) | REGISTER NO. | WARD NO.

**PROGRESS NOTES**

MEDICAL RECORD

STANDARD FORM 509 (REV. 7-91)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-9.202-1

FMC BUTNER

NSN 7540-00-634-4

509-113

**MEDICAL RECORD** | **PROGRESS NOTES**

DATE/TIME

8/15/03
1500

S - Seen after testing session with Dr. Bryant. Patient discussed upset yesterday — mostly related to testing — thought questions were "dumb." Today feels better — was moved to different room too. — not used to surveillance. Not issue with Dr. Bryant himself. Explained a bit about testing procedure. Slept well last PM despite room change. Clothing movement of inmate companion was disconcerting. Explained efforts (unsuccessful to date) to talk to attorneys.

Asked for #'s to contact family.
Roy f. in hospital / Savannah —
Leo → ? #
Levi.
Brother in Jacksonville — 407-993 4021
Dexter / Patricia (Trivia).
Would have other #'s for brothers.

912 - 748 8182 Beverly (sister on
father's side. — in 40's / — lives in Pooler near Sa
Dad. was there at patient's last contact.
(Dad's residence)
Another # 912 - 756-2155

PATIENT'S IDENTIFICATION   (For typed or written entries give: Name - last, first, middle; grade/rank; rate; hospital or medical facility)   REGISTER NO.   WARD NO.

Brown, Meier Jason.
Reg# 11364-021, FMC Butner,

PROGRESS NOTES

MEDICAL RECORD

STANDARD FORM 509 (REV. 7-91)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201

**FMC BUTNER**

## PROGRESS NOTES

DATE/TIME

Tony - deceased Brother via Dad - in house fire (Brother from Dad's 1st marriage.)

Aunts - Allie Smith -                    - 2421
(Mom's Sister)   Louisivisci, GA.
Aunt Willybell Williams  912-368-8007
(Mom's Sister)

He grew up with all Mom's siblings kids. Not tight with Dad's extended family.

Looked back at education history. Repeated 9th grade because didn't do work. Some skipping school. No one bullying him - never scared - was 7th son - had 6 older brothers. Was not that work was too hard - "class clown" - He had done well up until 9th grade. Mother may have been disappointed. Dad was "put out" by Mom when he was in 8th grade. Blamed Mom. Doesn't know why - Mom said Dad "aint so good." - Knows Dad was running around he used to go to GF's house with Dad. Dad was intermittently back at home - never moved full back. When he returned to school did enough to get by. Excelled in Math because

never wanted anyone to cheat him out of money.

NSN 7540-00-634-41

509-113

| MEDICAL RECORD | PROGRESS NOTES |

**DATE/TIME**

8/15/03 / Cont'd

Patient talked to Dexter day of admission. while in CM's office. Hasn't written. Has not received any letters. Talked to Girlfriend day before. came. - Sent $ before came - all but 90¢. Brother sent to Savannah but thinks he'll get it resent sooner or later. Had access to TV/radio in Savannah. Did watch news on TV. - never went up/turned channel to avoid any chance of Def. Has know people charged with Murder before. Talked about his idea of chronology of case. Aware Jury has to be selected after trial date set. Lawyer explained to him that in Federal system judge asks question from list submitted by attorneys. Thinks they can still strike some jurors. Idea is to pick jury to see things their way. US attorney opens with statement. Defense can waive stmt or not. Talked to attorneys re: stategy. Prosecution puts on case - his attorneys will cross examine - Then Def. Witnesses/x examine Then closing statements *(continue on reverse side)*

PATIENT'S IDENTIFICATION  (For typed or written entries give: Name - last, first, middle; grade; rank; rate; hospital or medical facility)

REGISTER NO.          WARD NO.

Brown, Mercer Jason
11364/08 /
~Tpm~ /2. ~~~          7/4/70

PROGRESS NOTES

MEDICAL RECORD

STANDARD FORM 509 (REV. 7-91)
Prescribed by GS/ICMR.FIRMR (41 CFR) 20

FMC BUTNER

## PROGRESS NOTES

DATE/TIME

Jury deliberates. Comes back "hopefully with not guilty verdict." Realizes Judge will charge jury with instructions. Realizes if is guilty verdict - go to Phase II - Defense trying to get penalty reduced from death. Info still to jury - as decision makers.

When jury is "death qualified" - believes it would need strong mitigation if penalty to reduced. Aware of appeal process - automatic review - Involves "battle with lawyers" to get back into court.

Pt cooperative with session. Will continue Pt next week. MS stable. Memory intact.

Sally Johnson M.D.
Sally Johnson M.D.
Consultant

NSN 7540-00-634-4

509-113

| MEDICAL RECORD | PROGRESS NOTES |
|---|---|

| DATE/TIME | |
|---|---|
| 8/19/03 1120 | S: Seen in nurses station. Reviewed lab. w/lab. Dr. Wallace to review thyroid function. Patient asymptomatic. Weight stable 145-150. Appetite stable. Denies depressed mood - reading the Bible.

Reviewed criminal history. - '94 or '95 had robbery charge. He + 2 cousins stopped in store to buy beer, when paying for it - one of cousins ran around counter + grabbed $ out of cash register - "not what police report said" - and camera got picture of cousin - he confessed to Mr. Brown + Juvenile cousin. Victim couldn't ID them - younger cousin got off. Got 5 yr. sentence in state prison - got another forgery, theft by taking of automobile (driving) related - all rolled into 5 year sentence (Min.) - lawyer advise him to take the deal.

While out on bond on robbery charge - stole a car - "the opportunity presented itself" - was a "bad decision". Says he realized trouble he could get into - "wasn't the first car I every stole - take a car you |

(continue on reverse side)

PATIENT'S IDENTIFICATION (For typed or written entries give: Name - last, first, middle; grade; rank; rate; hospital or medical facility)

Reg # 11364-021

Brown, Meier Jason

FMC Butner    7/4/70

REGISTER NO.

WARD NO.

PROGRESS NOTES

MEDICAL RECORD

STANDARD FORM 509 (REV. 7-91)
Prescribed by GSA/CMR FIRMR (41 CFR) 20

FMC BUTNER

## PROGRESS NOTES

DATE/TIME

sell it - not working at the time - can make pretty good from it"

As juvenile - broke into a store (really just "without his older cousin") - he ended up telling on cousin - giving Police $ cousin had given him - Mom took him to Court - put on probation - was in ~ 7th grade. Denies any period in Juvenile detention, special school etc.

Forgery charge, post 18, before robbery. Cousin took check book asked Mr. Brown to write checks. - cashed in Liberty & O'Brien county. Cousin told on him. Mr. Brown - got probation on 1st offender's act.

Recognizes theme of needing $ - "don't go out + rob somebody for the sheer pleasure" - "those things weren't my idea"

Feels he didn't learn his lesson on robbery charge.

One night Cousin comes to house in new Nissan altima (stolen from police officer) - Mr. Brown helping (Mom on dialysis). - Mr. Brown rode with him, Cousin gets $ out of ATM with stolen credit card - repeated - Brown asked him for some $ - ended up with parole viol" (picture taken)

NSN 7540-00-634-4

509-113

| MEDICAL RECORD | PROGRESS NOTES |
|---|---|

8/19/03 (Cont'd) — Ended up doing 14 mo. now on sentence. - woke up every morning x 8 mo straight, looking at bars - out Nov. 14/2001. Still had credit card charges to resolve. Lawyer trying to get him time served.
To jail June 2002 / DUI charge.
When out of prison, went to work for Co. out of SAV. landscaping until 8/02. Co. moved from Richmond Hill to Hilton Head - he didn't have driver's licence - so couldn't drive that far - Went to Hinesville - to help Aunt's Boyfriend brick mason for ~2 mo. Mom got a little sicker - moved in with brother (Glen - Savannah) - he moved in too - she better - job at Shoney's busing tables / doing dishes - there a few months Glen's GF moved in - he was put out - He quit job in Savannah. Got job Kentucky Fried Chicken. Hinesville - hated it, quit - Ramada Inn - Maintenance - Brother called called boss - to get him to pick Mom up - ended up cussing him out. Then Atlantic Underground - Until lost job for not working Saturday. - lost job. Oct 2002. Just pick up work, fixing cars etc. until arrest. Met Diane

PATIENT'S IDENTIFICATION (For typed or written entries give: Name - last, first, middle; grade; rank; rate; hospital or medical facility)

Brown, Meier Jason
FMC Butner N.C. DOB 7/4/70

REGISTER NO.

WARD NO.

PROGRESS NOTES
MEDICAL RECORD
STANDARD FORM 509 (REV. 7-91)
Prescribed by GS/ICMR,FIRMR (41 CFR) 20

FMC BUTNER

## PROGRESS NOTES

DATE/TIME

Spending $ they had saved up - wouldn't spend Whitney's $ (child support) - Mom helped out. He had 1 loan with $70/month payment - didn't view situation as desperate.

When he first met Diane - she filed bankruptcy. "She had a lot more bills than I had." Ex husband said he'd help her out. Denies that upset him. Admits he doesn't like her ex husband "he's a nasty person." Mr. Brown lived with mom - had enough to eat.

Patient has no military history.

Mother was ill during this time. States "I try not to stress about things."

Asked how he got from point of "handling stress" to being arrested for murder - he focuses on 6 hours of questioning + threat to lock up Diane. Confronted on concrete nature of response. Insists stress was not greater than described in his life.

Asked about any past history of impulsive behavior - denies he's that way. If situation significant he would look out for own interests not take the rap for someone else.

Says he wouldn't take blame for something he didn't do.

NMENT PRINTING OFFICE: 1962 - 318-071740282

STANDARD FORM 509 (REV 7-91)

NSN 7540-00-634-4

509-113

| MEDICAL RECORD | PROGRESS NOTES |
| --- | --- |

**DATE/TIME**

8/19/03
Cont'd.

Says "They planted evidence - they put that ladies blood on my coat - but it wasn't coat I was wearing." - say he was wearing brown coat that day. Also have eyewitness saying he was wearing gray or dark coat." Other evidence - bloody shoe print - "no blood on my shoe" - blood on mom's carpet / Diane's truck - "not ladies blood - no money order receipts. Doesn't know where they found bloody coat or receipts - I would have been dumbest thief in world - leaving bloody trail (paper receipts. Also fingerprint - not her, ladies, EMT's. - all he could say was it must be person named her."

Says lady say some people fleeing from area in Lincoln. Feels in poor community when reward offered - people will point finger at someone like him.

Says he stole $ from drug dealer cousin - got money orders for Diane - Insists in front of Diane told her, he didn't do it, but had to say he did.

Admits situation ⟨continue on reverse side⟩ mess - prays about

PATIENT'S IDENTIFICATION    (For typed or written entries give: Name - last, first, middle; grade; rank; rate; hospital or medical facility)

Brown, Meier Jason DOB 7/4/__
Reg #
FMC Butner NC

REGISTER NO.    WARD NO.

PROGRESS NOTES
MEDICAL RECORD

STANDARD FORM 509 (REV. 7-91)
Prescribed by GS/ICMR.FIRMR (41 CFR) 20

**FMC BUTNER**

## PROGRESS NOTES

DATE/TIME

it - hopes lawyers are as good as he thinks they are. "It's a hell of a situation - overwhelming." Holds on to hope. Defense can show doubt. Realizes transcript is there where he says he did it - "they said they would take her child." Perceived mental status - patient "scared" but intent on fighting. Denies any thoughts or intent of self harm.

A/P Patient has realization of seriousness of situation. Plans to go to trial and fight to raise doubt in jury's minds. Not currently assessed as suicidal. Continued evaluation.

Sally Johnson M.D.
Sally Johnson M.D.
Consultant.

NSN 7540-00-634-4

509-113

| | |
|---|---|
| **MEDICAL RECORD** | **PROGRESS NOTES** |

| MEDICAL RECORDS | PROGRESS NOTES |
|---|---|
| DATE/TIME | Inpatient Mental Health Weekly Nursing Note and Assessment |

8/19/03
2100

S: "I'm doing OK given my situation"

O: (mood, affect appearance) Euthymic affect appropriate

SI: No ☒ Yes ☐        HI: No ☒ Yes ☐

VH/AH: No ☒ Yes ☐        Delusions: No ☒ Yes ☐

Behavioral Concerns: No ☒ Yes ☐

Hygiene Adequate: No ☐ Yes ☒

Medication Compliance/Concerns: No ☐ Yes ☐ no meds at this time

Medical Concerns: VS 120/80 97.4 60 16

A: (Nursing DX as evidenced by:) Ineffective coping r/t situation

P: Encourage 1:1 interaction engaging in

FMCRM-509

conversation as appropriate.
E: Expressed ways of coping ie: talking
reading, listening to music. Voiced
understanding ———— K White RN/K Whitlow RN

8/20/03
0915

Psychiatry

(S) Mr. Brown had no c/o, staff
reported no problems

(O) A/F 33 y/o man was pleasant
& cooperative. No motor abn
Speech w/ rate + tone, ⊖ SI, ⊖ HI

(A) (1) Alcohol Abuse (provisional)

P — Continue FSH x 48 h
— f/u per Dr. Pyant.              ——— Psych

(Continue on reverse side)

| PATIENT'S IDENTIFICATION (For typed or written entries give: Name – last, first, middle; grade; rank; rate; hospital or medical facility) | REGISTER NO. | WARD NO. |
|---|---|---|

Brown, Meir
11364-021
7-4-70

PROGRESS NOTES

MEDICAL RECORD

STANDARD FORM 509 (REV. 7-91)
Prescribed by GSA/ICMR.FIRMR (41 CFR) 201

**FMC BUTNER**

# APPENDIX  K-4

## PROGRESS NOTES

| DATE/TIME | |
|---|---|
| 12/03 1/30 | S. Seen at cell door as officers. Tied up with meal delivery. Mood good. Set up to see him at 8:00 tomorrow Am. Have set up phone interview with his attorney (Darden) for 3:00 today. A/P Continue evaluation. Darden's office was faxed request for collateral as it is unclear if the attorney Bell every forwarded these. Will do phone interview at 3:00 today.
<br><br>Sally Johnson mD
<br>Sally Johnson mD
<br>Consultant. |
| 4/8 5:45 | Psychology Note: Pt administered the WAIS-III. Pt was cooperative. Displayed some fatigue towards the end of testing. Plan: Continue evaluation process
<br>CArlton Pyant, PhD
<br>Cayle Pyant, PhD
<br>Psychologist |

NSN 7540-00-634-41:

509-113

| MEDICAL RECORD | PROGRESS NOTES |

**DATE/TIME**

8/22/03
835

S: Reviewed abnormal lab with Dr. Walterson yesterday + gave him copy. He reviewed and left evaluator phone message. He will order addition thyroid studies today and continue to review significance to determine if additional work up indicated.

Patient seen in office on unit. Had hair shaved yesterday. Reviewed above discussion re lab and alerted him will have blood test drawn.

Briefly reviewed info from attorney. Say both attorney + AUSA are wrong — previous robbery did not take place at convenience store near home — was 15 min away — clerk did not know them.

Talked about small town (<500) — everyone knows everyone — has "gotten mail from PO x 32 years." Say he would consider he'd be recognized in deciding what behaviors to be involved in. Denies he ever wanted to go back to prison — say it's messed up to want to be where people make

(Continue on reverse side)

PATIENT'S IDENTIFICATION  (For typed or written entries give: Name - last, first, middle; grade; rank; rate; hospital or medical facility)

Brown, Meier Jason

DOB 7/4/70   FMC Butner

REGISTER NO. | WARD NO.

11364-021

PROGRESS NOTES

MEDICAL RECORD

STANDARD FORM 509 (REV. 7-91)
Prescribed by GS/ICMR.FIRMR (41 CFR) 2(

**FMC BUTNER**

## PROGRESS NOTES

all your decisions and you wake up seeing
only "people treat you like you're less than a man"
Fabricated previous relationships.
Previous girlfriend slapped him on several
occasions (he BP). He doesn't believe in any
kind of domestic abuse - Dad never slapped-
Mom. Before that, no serious relationships-
He has no children that he's aware of.
Likes children - wanted to be married
before had a family. Had asked Diane
to marry him - she had agreed. Liked
her child. Had hoped to marry June 21, 03.
(6M's birthday). Thought he'd be able to
remember anniversary. Diane was
visiting 2 wed. before. he came here.
Diane turned 44. 1 daughter. Denies
any homosexual relationships. No performance
problems. Never treated for any STD's
(Says he never cheated on any girlfriend.
(Gives no history of physical or sexual
abuse).

He has not talked to attorney or
written to them since. at FMC. Had
gotten Mr. Bell/called him before coming
here.

Describes himself as mama's boy growing
up - "had a good childhood... weren't
rich... but did good with what we had...

STANDARD FORM 509 (REV 7-91)

There was a lot of love there."

NSN 7540-00-634-41

509-113

| MEDICAL RECORD | PROGRESS NOTES |

**8/22/03 continued**
Reviewed thoughts about hurting yesterday. Says some stuff talked to him about coming into population. Got new book last PM - boring - but will read it anyway.
A/P cont evaluation — will discuss population with Warden.

*Sally Johnson MD*
Sally Johnson MD
Consultant

**8/25/03 1350**
Seen in nurse's office today. Awaiting material from NJ Warden, rest of lab results, and draft Psych testing results. Patient did receive legal material he thought was destroyed in Atlanta. Also got picture of Whitney.

Talked about relationship with Diane. Saw her while driving in Hinesville, waved to her at red light — ran her down + exchanged phone #'s. "I like to flirt." He called her. He was in relationship at the time, but was on the outs. Diane was in final stages of divorce. They talked. He got rid of girlfriend. (Continue on reverse side) Relationship < 1 yr

PATIENT'S IDENTIFICATION (For typed or written entries give: Name - last, first, middle; grade; rank; rate; hospital or medical facility)

REGISTER NO.                    WARD NO.

Brown, Meier Jason        11364-021

FMC Butner    DOB 7/4/78

PROGRESS NOTES

MEDICAL RECORD
STANDARD FORM 509 (REV. 7-91)
Prescribed by GSA/ICMR FIRMR (41 CFR) 201

FMC BUTNER

## PROGRESS NOTES

| ATE/TIME | |
|---|---|

prior to incarceration. He had been released
from custody Nov. 14, 2001. Was still involved
post incarceration - but realizes it would be
tough to continue while incarcerated.
Interrogation happened at Diane's house -
the two of them (in separate rooms).
Daughter normally got home 3:15 - was re-directed
by investigator to friend's house. Whitney
did not visit him in jail. She wants to be a
doctor - wants to go to Duke. "Whitney liked
me." Talks about establishing family day
with just the 3 of them. He did talk to her on
phone. Realizes it really hurts her. Diane
is handling it "rough + drinking a little more)."
Her friends in corrections always "down rating" him.
Diane was aware of his past incarceration,
but he proved he was not on any "paper" at the time.
She ultimately resigned after this arrest.)
Talked about going into population
he'd like to. Likes "stuff" in seclusion.
although finds them very talkative.
A. Clinically stable. No suicidal ideation -
P. No aggressive behavior here. Attorney
ratifies previous good behavior in jail.
Discussed situation with Dr. Pyant.
Patient realizes importance of other conduct
while in prison. Will sign out of seclusion

Sally Johnson MD
Sally Johnson MD (Consult Psychiatry)

NSN 7540-00-634-4

509-113

**MEDICAL RECORD** | **PROGRESS NOTES**

| DATE/TIME | |
|---|---|
| 8/26/03 0600 | S: "My ear hurts" |
| | O: Pt does calm, states ear pain is "not as bad as a toothache, but not free from it." "8/10" |
| | VS: T 97.6 P 57 R 20 BP to be accessed when custody can open cell door. O2 Sat 99%. (Addendum B/p 107/76, P 92 standing Manual pulse = 90. Sitting on BP |
| | A: Alteration in comfort due to earache |
| | P: Implemented sick call to be assessed this AM by PA |
| | I/E: Instructed to notify if drainage, swelling or any other pain associated with earache noted. Educated regarding signs of ear infection. _____ Bridges, RN /P. Bridges RN |
| 8/26/03 1110 | S: Presents c̄ c/c (AD) pain × 0400 today. Pain 8/10. ⊘ c/o F/C, cough, S/T, stuffy nose. |
| | O: WD WN ♂, NAD. VS: T - 97.6, P - 57, R - 20, SpO2 - 99.9%. |
| | H: ⊘ TTP |
| | E: (L) TM grey + reflective. (R) TM bright red, bulging, fluid behind drum. |
| | N: Nares patent |
| | T: ⊘ erythema/exudate |
| | N: ⊘ adenopathy |

(Continue on reverse side)

PATIENT'S IDENTIFICATION  (For typed or written entries give: Name - last, first, middle; grade; rank; rate; hospital or medical facility)

REGISTER NO.

WARD NO.

BROWN, MEIER JASON
REG 11364-021
DOB 07-04-1970
FMC BUTNER

PROGRESS NOTES

MEDICAL RECORD

STANDARD FORM 509 (REV. 7-91)
Prescribed by GS/ICMR, FIRMR (41 CFR) 20

**FMC BUTNER**

## PROGRESS NOTES

| DATE/TIME | |
|---|---|
| | (continued) |
| 26/03 | A: ROM |
| 110 | P: 1) Amox 500mg bid x 10d. |
| | 2) Motrin 800 mg tid c prn pain x 7 |
| | 3) Hot compress (AD) bid - tid prn |
| | pain x 5d! |
| | E: 1) Educated pt to ↑↑ PO CC, F/U if |
| | new Tex or if ∅ better x 3-4 days. Pt |
| | verbalizes understanding. M.A. Hale |
| | Margaret A. Hale, PA |
| 27/03 | S: Seen in person (station office). Reviewed. |
| 56 | Earache - had good response to antibiotic - |
| | c ∅ pain today. Received letter from |
| | attorney who wants it notarized and |
| | returned. Dr. Ryant will coordinate visit |
| | of notary to seclusion to do this. Clarified |
| | my upcoming absence due to travel with |
| | patient. Dr. Ryant will follow. |
| | Reviewed results of psychological |
| | testing with him - he understands |
| | no specific pathology identified. |
| | Asked if he thought there was |
| | any area we had not talked about - earliest |
| | memory (age 5 or 6) of playing kickball. |
| | Dreamed about mother last night - |
| | awoke feeling sad. No history nightmares. |
| | Was in prison when brother and grandmother |
| | passed. Learned of later from clipping sent |

RNMENT PRINTING OFFICE: 1962 - 318-071/40282  STANDARD FORM 509 (REV 7-91)

BROWN, MEIER JASON
DEC 11364-021

NSN 7540-00-634-4

509-113

MEDICAL RECORD.

PROGRESS NOTES

8/27/03
Cont'd.

by sister n law. 2 cousins murdered. brother died of AIDS, cousin died of AIDS, grandmother's death, husband of deacon of church all died with short period. (all around 1998). Brother + HIV, 1993 (tested in jail). - retest was ⊖, or so brother told him - as turned out brother didn't want anyone treating him differently. (Ultimately brother sick for awhile - but patient unaware of cause). Later saw death certificate which identified cause as AIDS. - mother had it. Went to brother's funeral - didn't want folks stereotyping him. Viewed him as "big brother" - 2 yr. older. Believed brother contracted HIV from a girl. Brother not drug user or drinker.

Patient has history of cigarette smoking - 1 pack per day since middle school. Smoking stopped with lock up - 2 since incarceration.

Grandmother was in 80's at time of death. Lived right around corner - all was GM's property.

1 of cousin's died in robbery - was cocaine dealer. - was shot in back of head. Friend shot too. Other cousin - got in fight over threat to kill cousin's friend, went to fight ("Bud"), was shot in head - died right in the streets.

Another cousin (Rudy) died of AIDS. - looked like his

PATIENT'S IDENTIFICATION (For typed or written entries give: Name - last, first, middle; grade; rank; rate; hospital or medical facility)

Brown, Meier Jason Rgth

REGISTER NO.

11364-021

WARD NO.

PROGRESS NOTES

MEDICAL RECORD

STANDARD FORM 509 (REV. 7-91)
Prescribed by GS/A CMR FIRMR (41 CFR) 20

FMC BUTNER

## PROGRESS NOTES

DATE/TIME

brother went blind - post laser surgery - got some sight back in 1 eye. When he out in June '99 on parole - leg amputated next week - she was in hospital when he got home; Mom had below knee amputation later walked w/ walker - adjusted well.

Had family church on property - close to Mama's house. Pastor hasn't visit him since arrest - has changed his view of him. Did some upkeep at church - plumbing, lawn, roofing. Rev. Smith - married to his aunt but never called him uncle (2nd. husband). Pastor there since late '80's. Baptist church. Born + raised in same neighborhood. Patient mad at - disappointed in Rev - not mad at God. Mother told him Rev. Smith would be willing to testify for him. Did get visits from other preachers. Wanted reassurance from his preacher. Dad grew attended church regularly. Brother who passed + Mom could sing - even 10 Morgan sisters could sing. He couldn't sing.

"I always will believe in God" Favorite poem is footprints - since 6th Grade. - mother always carried it in her purse. Has been reflecting on it a lot lately.

Pt. cooperative with evaluation. Able to talk of emotions he's experienced with losses in life + recent situation. Stable MS at this time.

Sally Johnson M.D.

NSN 7540-00-634-41

509-113

| MEDICAL RECORD | | PROGRESS NOTES |
|---|---|---|

| DATE/TIME | |
|---|---|
| 8/27/03 1500 | Late entry: Spoke c̄ pt today approx 1100 1130. States his ear feels better. P= Continue meds as ox. F/U PRN. Margaret Hale, PA- |
| | Margaret Hale, PA |

---

| MEDICAL RECORDS | | PROGRESS NOTES |
|---|---|---|

**Inpatient Mental Health Weekly Nursing Note and Assessment**

| DATE/TIME | |
|---|---|
| 9/2/03 @ 1300 | S: "I'm ok." |
| | O: (mood, affect appearance) Euthymic mood, appropriate affect, _____ |
| | SI: No ☒ Yes ☐          HI: No ☒ Yes ☐ |
| | VH/AH: No ☒ Yes ☐       Delusions: No ☒ Yes ☐ |
| | Behavioral Concerns: No ☒ Yes ☐ |
| | Hygiene Adequate: No ☐ Yes ☒ |
| | Medication Compliance/Concerns: No ☐ Yes ☒ N/A |
| | Medical Concerns: Stable |
| | A: (Nursing DX as evidenced by:) no distress noted |
| | P: transfer to gen population. |
| | E: Educated on app. behavior for open pop. |
| | J. O'Hugh / J. O'Hugh |

| 09/03/03 1315 | Pt. received on unit from 1E. — Verbalizes that he did not want to harm himself or others. C. Robison RN / C. Robison RN |
|---|---|

| 9/8/03 Noon | S: Seen in nurse's station on 1G. Moved to from 1E on 9/3/03. Dr. Pyant did get notary, issues resolved. Have not received collateral from attorney Darden. Called him this AM — says he's sending packet |
|---|---|

FMCRM-509

| PATIENT'S IDENTIFICATION | (For typed or written entries give: Name – last, first, middle, grade; rank; rate; hospital or medical facility) | REGISTER NO. | WARD NO. |
|---|---|---|---|

BROWN, MEIER JASON
REG 11364-021
DOB 07-04-1970
FMC BUTNER

PROGRESS NOTES

MEDICAL RECORD

STANDARD FORM 509 (REV. 7-91)
Prescribed by GSA/ICMR FIRMR (41 CFR) 201

FMC BUTNER

## PROGRESS NOTES

| DATE/TIME | |
|---|---|

this AM. Patient not sure he can trust Jarden - views him as slack. Says he got Jarden while he was trying a death penalty case - which he lost - although man was not sentenced to death. Mr. Brown followed case on news - they talked about it. That person had told everyone he did it - no chance to win. Views his case differently. Has confidence in M. Bell. Mr. Bell generally handles federal cases. Says mitigation investigator - says it's Jarden's job to say his life. Patient wishes he was closer to home. Now has roomate - doesn't know his name - in #1320. Views roomate as paranoid. Has not had any direct conflict. Patient Stays on unit / track - not in room during day - is quiet on unit. Has TV to himself most of time. Unsure of religious service times. Not sure how to use law library - informed of available orientation. Sleep OK. Appetite OK. - not big eater. Ear is better - completed course of antibiotics. Turned in phone list Friday. Hasn't checked yet. No money on account yet. Was given radio - but batteries went dead. Not writing to anyone. - would rather talk on phone - doesn't think of writing to brothers (men)

STANDARD FORM 509 (REV 7-91)

— "should write Diane" - but plans on calling.

NSN 7540-00-634-412

509-113

| MEDICAL RECORD | PROGRESS NOTES |
|---|---|

**DATE/TIME**

9/8/03 Continued — Had settled into unit in Savannah – hasn't really done that here yet – Has more freedom here – bigger yard – more movement. – Viewed this as better institution – but "There are a lot of sick people here". Doesn't want to get in to "homeboy" thing. No experience with gangs in or out of prison. Philosophy is to not mess with people + and then they won't mess with you – Is playing chess here – split games w/ Hes. Always viewed chess as "smart man's game" – Since kid wanted to learn + finally did.

Reviewed topics we've covered. Is closest to youngest brother – "he was bad though" – thinks rest of brothers made it bad for him. "He went to school + fought people."

Only clien. in legal trouble – kidnapping charge – into stealing card – in projects in Savannah + Br, cousin / 2 girls riding in stolen car – broke down – took another guy's car. – did 3 yrs. out of 7. – has been out. Doesn't feel brother's incarceration directly affected him – brother was shot in leg – nearly died – stays in medical unit/prison (still).

(Continue on reverse side)

**PATIENT'S IDENTIFICATION** (For typed or written entries give: Name - last, first, middle; grade; rank; rate; hospital or medical facility)

Brown, Meier Jason
Reg 11364-021
DOB 07-04-1970

REGISTER NO.          WARD NO.

## PROGRESS NOTES

| DATE/TIME | |
|---|---|
| 18/03 td1. | Always viewed himself as doing his own thing. Asked about how he reconciles criminal behavior - knows it's wrong - "but it was there," - "a way of life" for some people - people make decisions)

All family drinks but 2 of brothers. Doesn't view that as major factor in behavior).

Doesn't think he'd be in trouble if had not been unemployed. Also drinks less when is employed. Never craved alcohol - but if had money bought beer. Never unable to work 2° to drinking.

A. Adjusted to open population. Fair P. Injection resolved. No overt depression - No suicidal ideation .. Will see again (1230 tomorrow). Can tie up evaluation as soon as receive remaining collateral -

Sally Johnson MD
Sally Johnson MD
Consultant. |

9-113

NSN 7540-00-634-412

| MEDICAL RECORD | PROGRESS NOTES |
| --- | --- |

DATE/TIME

9/11/03
915

S Seen in nurses office. Reviewing record from attorney (Prison records). Identified that in 9/25/01 had colonoscopy post 1week rectal bleeding. Reports results as Θ. Complete record review. Little new information gleaned. Was 7# 12oz at birth. Had achievement testing in prison. Occasional minor incident reports for poor job of cleaning - not moving bed etc. GED 1998 while in Montgomery State Prison. Intake screening at Coastal State Prison.

Did identify mother was fraternal twin. (Cha_) buried on property behind church. Name of store robbed ('96) Lil Champ. Victim of current offense (white female.) In reviewing other Hx remembers house fire started by brother + cousin while he was babysitting (9th grade) - trailer burned down - lost everything - saved brother + cousin though. Forced family to move in w/th. GM. - Eventually got new mobile home - much of history lost / pictures etc.

Again reviewed basic evidence available

PATIENT'S IDENTIFICATION (For typed or written entries give: Name - last, first, middle; grade; rank; rate; hospital or medical facility)

Brown, Mever Jason
11 364 021
DoB 7/4/70
FMc Butner

| REGISTER NO. | WARD NO. |
| --- | --- |

PROGRESS NOTES

MEDICAL RECORD

STANDARD FORM 509 (REV. 7-91)
Prescribed by GSA/ICMR FIRMR (41 CFR) 201-9.202-

FMC BUTNER

113                                                                           NSN 7540-00-634-412

| MEDICAL RECORD | PROGRESS NOTES |
|---|---|

**DATE/TIME**

about time of crime and re-explained that anything about his thoughts, feelings, behaviors, stresses, concerns at that time could be pertinent to his situation. He reiterated he'd have to be "stupidest" person alive to commit that crime. Minimizes significance of evidence - says there's more available like string of 2 men in car - fingerprints not his etc. - can offer no explanation for money order receipts. Says he thinks that he's shared everything.

→ Prepare report to be sent to Judge to be placed under seal.

*Sally Johnson MD*
*Sally Johnson MD*
*Consultant.*

| MEDICAL RECORDS | PROGRESS NOTES |
|---|---|
| DATE/TIME | Inpatient Mental Health Weekly Nursing Note and Assessment |

**9/13/03**
**2230 Hrs**

S: "Inmate states" "I don't have any problems. I should be leaving soon."

O: (mood, affect appearance) guarded, poor eye contact, neatly groomed

SI: No ☒ Yes ☐              HI: No ☒ Yes ☐

VH/AH: No ☒ Yes ☐          Delusions: No ☒ Yes ☐

Behavioral Concerns: No ☒ Yes ☐

Hygiene Adequate: No ☐ Yes ☒

Medication Compliance/Concerns: No ☒ Yes ☐

Medical Concerns: No

A: (Nursing DX as evidenced by:) Hopelessness AEB passivity.

P: Recognize and verbalize feelings. P. xxx

FMCRM-509

STANDARD FORM 509 (REV. 7-91)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-9.202-1

**FMC BUTNER**

NSN 7540-00-634-4

509-113

| MEDICAL RECORD | PROGRESS NOTES |
|---|---|

**DATE/TIME**

9/16/03
1000 — Seen on unit in officer's station today. Clarified details of several points of history. Patient "ready to go." Mood good. No physical complaints. Sleep, Appetite OK. Mildly upset with the inmates taking advantage of elderly patient (selling him a radio and then taking it back.

Checked pulse 58. Is not a regular exerciser. Feels well. Walks. Will order EKG for documentation and discuss with Dr. Velasin.

A/p. Mental status unchanged. ⊖ Suicidal ideation. Pt. tried to touch base with attorney unsuccessfully. No specific questions. Will complete report and follow until is returned to Court.

Sally Johnson M.D.

(Continue on reverse side)

**PATIENT'S IDENTIFICATION** (For typed or written entries give: Name - last, first, middle; grade; rank; rate; hospital or medical facility)

Brown, Merez Jason
7/4/76                N364-021.
(FMC Butner)

| REGISTER NO. | WARD NO. |
|---|---|

PROGRESS NOTES

MEDICAL RECORD

STANDARD FORM 509 (REV. 7-91)
Prescribed by GSA/ICMR FIRMR (41 CFR) 201

FMC BUTNER

## PROGRESS NOTES

| DATE/TIME | |
|---|---|

Administrative Note: Follow-up of abnormal THYROID FUNCTION TESTS and EKG.

Discussed thyroid function tests (of 8/6/03 and 8/22/03) with DR. DAILS (consultant endocrinologist). Her opinion was that the inmate's low total T4 may have been related to abnormal binding onto protein, or an abnormal protein/albumin (inmate did have a slightly elevated albumin). Dr. Dails felt that the FREE T4 (which was normal) was the more sensitive and important indicator of thyroid function. She recommended no further testing at present time, but felt that repeat thyroid function tests, perhaps in a year, would be reasonable.

Review of EKG of 9-16-03 revealed atypical ST and T-wave changes, which were not classically pathognomic of any one particular cardiac disorder. On reviewing the EKG with Dr. WILLIE SESSIONS (contract cardiologist), he stated that this pattern is a common normal variant, frequently seen in young black males (regardless of their state of physical fitness). Dr. Sessions also stated that as long as the patient was asymptomatic with his bradycardia, he would not recommend Holter monitoring, or any other cardiac testing.

I personally evaluated Inmate Brown today. He denied any change (recently) in his weight, skin/hair texture, tolerance to heat/cold, palpitations, chest pain, shortness of breath, exercise intolerance, dyspnea on exertion, or weakness.

NMENT PRINTING OFFICE: 1962 - 318-071/40282

STANDARD FORM 509 (REV 7-91)

(CNT'D)

NSN 7540-00-634-

509-113

| MEDICAL RECORD | PROGRESS NOTES |

| DATE/TIME | |
|---|---|
| 9-17-03 | On physical examination, inmate was: |
| (1330-cont'd) | awake, alert, O×3 |
| | Pupil: equal. Hair texture/distribution WNL. |
| | Skin texture normal. Thyroid not palpable |
| | Clear lungs (B). C-V RRR (rate 56 bpm) no M, |
| | G.R. Abd WNL. No C,E,C. |
| | E: Pt. educated as to the normal variation of lieu |
| | EKG. Verbalized understanding. _____, MD |
| | R. Watson MD |
| 9/24/03 945 | S: Seen in officer's office. Reviewed medical review as noted above. Patient has good understanding of results. Feels well. Talked to lawyer. Bell, + has Nov. 3rd trial date. has been set. Attorney eager to have him back in Georgia. Would like to get to Savannah. Quickly + directly. Attorneys will work on it. Patient has not called anyone else. |
| | Review of mental status - no sleep problem. Is getting nervous as case approaches - "the not knowing part - if we lose we have to fight for my life - mentally have to psych self up - prepare for the worst hope for the best." |

PATIENT'S IDENTIFICATION (For typed or written entries give: Name - last, first, middle; grade; rank; rate; hospital or medical facility)  REGISTER NO.   WARD NO.

BROWN, HEIER JASON
REG 12364-021
DOB 07-04-1970
FMC BUTNER

PROGRESS NOTES

MEDICAL RECORD

STANDARD FORM 509 (REV. 7-91)
Prescribed by GS/ICMR-FIRMR (41 CFR)

FMC BUTNER

## PROGRESS NOTES

Issues of family support discussed. Says "I have to worry about me - you're in this boat by yourself. People can sympathize for you and empathize with you - but at the end of the day it's just me." Has thought seriously about testifying. pros + cons. Trusts Ms. Bell - feels they are working hard on his case. Described relief 1st attorney was withdrawn from case. - "Sonny gets you plenty." - due to conflict of firm knowing victim. Believes current attorneys are more competent.

Tied up evaluation. Clarified I would follow until he departs (but that could be at any time). He is aware how to access help if he becomes depressed or too anxious. Also clearly aware of my role. (none at trial). and that report will be under seal. as directed by Judge -

Sally Johnson MD
Sally Johnson MD
Consultant -

509-113

NSN 7540-00-63

| MEDICAL RECORD | PROGRESS NOTES |
|---|---|

| DATE/TIME | |
|---|---|

(Continue on reverse side)

| PATIENT'S IDENTIFICATION | (For typed or written entries give: Name - last, first, middle; grade; rank; rate; hospital or medical facility | REGISTER NO. | WARD NO. |
|---|---|---|---|

BROWN, MEIER JASON
REG 11364-021
DOB 07-04-1970
FMC BUTNER

PROGRESS NOTES

MEDICAL RECORD

STANDARD FORM 509 (REV. 7-91)
Prescribed by GSA/ICMR.FIRMR (41 CFR) 2

FMC BUTNER

## PROGRESS NOTES

DATE/TIME

STANDARD FORM 509 (REV 7-91)

509-113                                                                                    NSN 7540-00-634

| MEDICAL RECORD | PROGRESS NOTES |
|---|---|

**DATE/TIME**

(Continue on reverse side)

PATIENT'S IDENTIFICATION    (For typed or written entries give: Name - last, first, middle; grade; rank; rate; hospital or medical facility

REGISTER NO.                    WARD NO.

BROWN, HEIER JASON
REG 11364-021
DOB 07-04-1970
FMC BUTNER

PROGRESS NOTES

MEDICAL RECORD

STANDARD FORM 509 (REV. 7-91)
Prescribed by GS/ICMR.FIRMR (41 CFR) 2

FMC BUTNER

## PROGRESS NOTES

ATE/TIME

NMENT PRINTING OFFICE: 1962  - 318-071/40282

STANDARD FORM 509 (REV 7-91)

# PHYSICAL ASSESSMENT

☐ Allergies     ☑ No allergies
☐ Drug allergies (describe)_____
History: disease, illness, surgery, hospitalization (include psychiatric)

☐ Surgery_____
☐ Diabetes_____
☐ Cancer_____
☐ Emotional_____
☐ Mental Illness_____
☐ Psychiatric treatment_____
☐ Family history of above illnesses_____

## Respiratory

Respirations   ☐ Shallow   ☐ Fast   ☑ Even
Skin Color    ☐ Pale    ☐ Pink    ☐ Cyanotic
Rate/min  18
History of   ☐ COPD    ☐ Dyspnea   ☐ Cough
             ☐ Wheeze   ☐ Asthma
Other observations or patient comments:_____

## Circulatory

Temperature  97.9
Pulse   Radial  48    Apical (if indicated)_____
Blood Pressure  156/89   Arm  ☐ L  ☐ R
History of   ☐ Cardiovascular disease  ☐ Stroke
             ☐ Chest pain              ☐ Hypertension
             ☐ Syncope                 ☐ Palpitations
Other observations or patient comments_____

## Nutritional Screening

Weight  148      Height  5'7"
Diet normally eaten:  100
☐ Gained or lost 10 pounds in past 6 months
☐ Difficulty swallowing or chewing
☐ Frequent nausea, diarrhea, or vomiting
☐ Edentulous/poor fitting dentures
☐ Food Allergies:_____
Refer to dietician for any marked box using the BUH Dietician email

## Hydration/Elimination

☐ Frequency/Burning    ☐ Dry Mouth    ☐ Diarrhea
☐ Constipation         ☐ Bowel/Bladder Incontinence
☐ Bowel/Bladder Urgency  ☐ History of Ulcers
☐ Urinary Retention

## Comfort/Rest

Sleep (hrs night)  8    ☑ No problems
Insomnia  ☐ Initial    ☐ Mild   ☐ Terminal
          ☐ Fatigue  ☐ Hypersomnia
Awakens during night ☐ Yes   ☐ No

Patient ID/Addressograph Here

## Sensory/Neuro

Vision  ☑ No problems
        ☐ Glaucoma          ☐ Blurred vision
        ☐ Glasses           ☐ Contacts
Prosthesis (describe)_____
Pupils   ☐ Equal            ☐ react equally to light
         ☐ Dilated          ☐ Constricted
Hearing  ☑ No problems      ☐ Dizziness
         ☐ Reported difficulty  ☐ Drainage
         ☐ Apparent difficulty  ☐ Tinnitis
         ☐ Prothesis
☑ No history of seizures     ☐ History of seizures
Last seizure/date (describe)_____
Other observations or patient comments:_____

## Medication Therapy

| Name | Dose/Frequency | Last Dose |
|------|----------------|-----------|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

## Nursing Needs/Patient Risks Identified

☐ Respiratory dysfunction   ☐ Sensory/Perceptual, alt.
☐ Gas exchange, impaired    ☐ Comfort, alteration in
☐ Airway clearance, ineff.  ☐ Nutrition, Alteration in
☐ Infection, potential for  ☐ Communication, impaired
☐ Cardiac output, alt. in   ☐ Oral mucous membrane, alt.
☐ Tissue perfusion, alt in  ☐ Swallowing, impaired
☐ Fluid volume, alt. in     ☐ Breathing pattern, ineff.
☐ Skin integrity, alt. in   ☐ Knowledge deficit, alt in
☐ Bowel elimination, alt.   ☐ Urinary elimination, alt. in
☐ Fall Risk

## Skin

General Appearance
☑ Warm   ☐ Cool   ☐ Dry   ☐ Moist
☐ Clammy  ☐ Intact
Comments: (lesions, bruises, rash, bleeding, discharge, infection)_____

Scar on painter finger
(L) hand

BROWN, MEIER JASON
REG 11364-021
DOB 07-04-1970
FMC BUTNER

Nursing Assessment (Page 2 of 3)
File under Tab 10, Nursing Assessment
FMC Butner     (Rev. 6/03)

# SOCIAL ASSESSMENT

**Marital Status** _S_ **Nº of years:** _____
**Age of spouse** _____ **Occupation of spouse** _____
**Number of children** _0_ **Ages** _____

**Method of handling stress (How do you act under pressure?)** _pray_

**Hobbies/ Social Participation** _read, chess,_

**Drug Use (explain)**
☑ Alcohol _beer_
☐ OTC drugs _____
☐ Street drugs _____
☐ Misuse of prescription medications _____
☑ Caffeine (amount/day) _2 g/day_
☑ Tobacco (amount/day) _½ pk/day_
Comments _____

**Initial Nursing Needs Identified**
1. _Ineffective Individual Coping_
2. _____
3. _____

**Initial Nursing Intervention/Plans**
1. _Discussed alternative coping skills_
2. _____
3. _____

**Relevant Information from prior medical record, other staff members, etc.** _____

_A Fauth RN_ 8/5/03 1700
**Nurse Signature**    **Date**    **Time**

**Interpersonal Problems**
☐ Manipulativeness  ☐ Uncooperative
☐ Attention seeking  ☐ Passive-dependent

**Conflicts with**
| | Yes | No | | Yes | No | |
|---|---|---|---|---|---|---|
| | ☐ | ☑ Parents | | ☐ | ☑ Spouse/Significant Other |
| | ☐ | ☑ Siblings | | ☐ | ☑ Children |
| | ☐ | ☑ Authority | | ☐ | ☑ Colleagues |

**Abuse History** Verbal: ☐ Yes ☑ No
Physical: ☐ Yes ☑ No
Sexual: ☐ Yes ☑ No
*(If yes to any abuse questions, send an e-mail to assigned psychologist.)*

**Comments regarding stress situations**
Confinement, move, illness, death, divorce, separation, financial, legal _(M) death in June 200_

**Education**
Years completed _11_ Special education or skills

**Education needs identified**
☐ Medications _____
☐ Treatment _____
☐ Self care/hygiene _____
☑ Improve coping skills _____
☐ Diet _____
☐ Communication to unit routine _____
☐ _____
☐ _____

**Barriers to teaching** ☐ Yes ☑ No
If yes, explain _____

Able to Read: ☑ Yes ☐ No
Able to Write: ☑ Yes ☐ No
Languages: _English_

**Discharge planning factors - patient will most likely:**
☑ Return to court after study
☐ Be admitted to the Mental Health Unit for treatment
☐ Be returned to another BOP institution
☐ Be released to civilian authorities
☐ Be released from prison
☐ Be released to halfway house

**Discharge planning needs identified**
1. _____
2. _____

**Family/Significant Other**
Per institution/BOP policy, all contact with family members will be done by inmate's Case Manager.

Patient ID/Addressograph Here

BROWN, MEIER JASON
REG 11364-021
DOB 07-04-1970
FMC BUTNER

Nursing Assessment (Page 3 of 3)
File under Tab 10: Nursing Assessment
FMC Butner          (Rev. 6/03)

Case 4:07-cv-00085-BAE-GRS Document 9-8 Filed 01/29/08 Page 62 of 63

## Medication Administration Record

**Facility:** FMC BUTNER MENTAL HLTH 1E (BH1E)  
**Month/Year:** 09/03

| Prescriptions | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Order Date 08/26/03 BROWN, MEIER JASON 11364-021 WALASIN — Exp. Date 09/04/03 TAKE ONE CAPSULE BY MOUTH TWICE DAILY — RX # 2208804 — AMOXICILLIN 500 MG CAP #10 | 0630 / 2000 | PBB/PBW | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Order Date 08/26/03 BROWN, MEIER JASON 11364-021 WALASIN — Exp. Date 09/01/03 TAKE ONE TABLET BY MOUTH 3 TIMES A DAY WITH FOOD AS NEEDED FOR PAIN — RX # 2208805 — IBUPROFEN 800 MG TAB #12 | PRN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**Documentation Codes:** H - Hold | R - Refused | DC - Discontinued Order | S - Self Administered | NS - No Show | O - Other

**DOB:** 07/04/1970 | **HT:** 5'7" | **WT:** 140 | **Allergies:** NKA | **Diagnosis:** NKD  
**Unit:** E01-121L  
BROWN, MEIER JASON — 11364-021 — WALASIN

Facility: FMC BUTNER

Month/Year: 9/2003

| Prescriptions | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Order Date 9/16/03 EKG TODAY OR TOMORROW Johnson | | | | | | | | | | | | | | | | | B | | | | | | | | | | | | | | |
| Exp. Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RX # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Order Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Exp. Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RX # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Order Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Exp. Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RX # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Order Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Exp. Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RX # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Order Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Exp. Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RX # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Order Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Exp. Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RX # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Documentation Codes: | H - Hold | R - Refused | DC - Discontinued Order | S - Self Administered | NS - No Show | O - Other |
|---|---|---|---|---|---|---|

DOB:     HT:     WT:     Allergies:     Diagnosis:

Unit:

Case 4:07-cv-00085-BAE-GRS   Document 9-8   Filed 01/28/08   Page 63 of 63