# APPENDIX K-5

# AIMS INVENTORY
## Federal Medical Center Butner
### Assessment - Abnormal Involuntary Movement Scale

Instructions: Complete Examination Procedure (reverse side) before making ratings. Movement ratings: Rate highest severity observed. Rate movements that occur upon activation one less than those observed spontaneously.

CODE: 0 = None    1 = Minimal, may be extreme normal    2 = Mild    3 = Moderate    4 = Severe

| OBSERVATIONS | 0 | 30 | 60 | 90 | 180 | 360 |
|---|---|---|---|---|---|---|
| **Facial and Oral movements:** | | | | | | |
| 1. Muscles of facial expression: movement of forehead, eyebrows, periorbital area, cheek; include frowning, blinking, smiling, grimacing | | | | | | |
| 2. Lips and perioral are: puckering, pouting, smacking | | | | | | |
| 3. Jaw: biting, clenching, chewing, mouth opening, lateral movements | | | | | | |
| 4. Tongue - Rate only increase in movement both in and out of mouth, NOT inability to sustain movement | | | | | | |
| **Extremity Movements:** | | | | | | |
| 5. Upper (arms, wrists, hands, fingers): Include chronic movements: rapid; objectively purposeless; irregular; spontaneous; athetoid movements: slow, irregular, complex, serpentine; DO NOT include tremor: repetitive, regular, rhythmic | | | | | | |
| 6. Lower (legs, knees, ankles, toes): Lateral knee movement, foot tapping, heel dropping, foot squirming, inversion and aversion of foot | | | | | | |
| **Trunk Movements:** | | | | | | |
| 7. Neck, shoulders, hips: rocking, twisting, squirming, pelvic gyrations | | | | | | |
| **Global Judgements:** | | | | | | |
| 8. Severity of abnormal movements | | | | | | |
| 9. Incapacitation due to abnormal movements | | | | | | |
| 10. Patient's awareness of abnormal movements. Rate ONLY PATIENT'S report<br>0 = No awareness   1 = aware / no distress   2 = aware / mild distress<br>3 = aware / moderate distress   4 = aware / severe distress | | | | | | |
| **Dental Status:** | | | | | | |
| 11. Current problems with teeth and / or dentures<br>0 = No   1 = Yes | | | | | | |
| 12. Does patient usually wear dentures?<br>0 = No   1 = Yes | | | | | | |
| 13. Evidence of Tardive Dyskinesia<br>0 = No   1 = Yes | | | | | | |
| Current Antipsychotic | | | | | | |
| Current Dose | | | | | | |
| Rater's signature | | | | | | |
| Date | | | | | | |

Psychiatrist: _____

Patient ID / Addressograph

BROWN, HEIER JASON
REG 11364-021
DOB 07-04-1970
FMC BUTNER

Case 4:07-cv-02719-CW Document 9-3 Filed 01/23/08 Page 3 of 67

Facility: FMC Butner
Medication Administration Record
Month/Year: 8/5/03

| Prescriptions | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Order Date** 8/5/03 **Exp. Date** **RX #** | BP+P qd X7d qd | 1100 | | | | | | YW | | to | NWP | Stop | | | | | | | | | | | | | | | | | | | | | |
| **Order Date** 8/5/03 **Exp. Date** **RX #** | Hale u/A Am W/A Do Pyst | | | | | | | W | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Order Date** 8/24/03 **Exp. Date** **RX #** | Hot compresses New to ear BID-TID X8day PA HALE Rnw | New | | | | | | | | | | | | | | | | | | | | | | | | | | | → | | | | |
| **Order Date** **Exp. Date** **RX #** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Order Date** **Exp. Date** **RX #** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Order Date** **Exp. Date** **RX #** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Order Date** **Exp. Date** **RX #** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Documentation Codes: | H - Hold | R - Refused | DC - Discontinued Order | S - Self Administered | NS - No Show | O - Other |
|---|---|---|---|---|---|---|

DOB:     HT:     WT:     Allergies:     Diagnosis:

Unit:

Pill Line#:     Pt. Name: Bacon Michael     Registration #:

Case 4:07-cv-00085-BAE-GRS   Document 9-9   Filed 01/28/08   Page 4 of 67

## Medication Administration Record

Facility: YNC Butner

Month/Year: 08/03

| Prescriptions | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Order Date 8/20/03 Amoxicillin 500mg Exp. Date 09/04/03 BID x 10 days RX # PA Hale | 12 0 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | PB | | |
| | 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Order Date 8/20/03 Motrin 800mg Exp. Date 8/28/03 tid pc PRN x 10 days RX # 2208805 PA Hale | P R N | | | | | | | | | | | | | | | | | | | | | | | | | | 1130 | | | | | |
| Order Date Exp. Date RX # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Order Date Exp. Date RX # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Order Date Exp. Date RX # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Order Date Exp. Date RX # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Order Date Exp. Date RX # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Documentation Codes: | H - Hold | R - Refused | DC - Discontinued Order | S - Self Administered | NS - No Show | O - Other |
|---|---|---|---|---|---|---|

DOB: ___ HT: ___ WT: ___ Allergies: ___ Diagnosis: ___

Unit: ___

Pill Line #: ___ Pt Name: ___

# Patient Care Flow Sheet
## FMC Butner

| Date | Time | RN Init | BP | | | Pulse | Glucose | WT | Temp | Resp | DrsgChange / Wound Drainage |
|------|------|---------|-----|---|---|-------|---------|-----|------|------|------------------------------|
| | | | 156/89 | | — | 48 | | 148 | 97.9 | — | — |
| 8/5/03 | 1700 | 9 | 147/88 | — | | 64 | — | | 99.5 | 20 | O₂ Sat 97° |
| 8/16/03 | 1030 | OO | 144/77 | | — | 80 | — | | 98.0 | 18 | |
| 8/9/03 | 1800 | Jo | 124/70 | | — | | — | 145 | 99⁴ | 1⁸ | — |
| 8/11/03 | 12 | 12 | 116/68 | P4 | 99⁴ | 49 | | | | | |
| 8/12/03 | 1130 | 24 | 147/81 | — | | 140 | | 145⁵ | 98³ | 18 | |
| 8/19/03 | 1230 | S | 139/80 | | — | 52 | | 146.1 | 98⁸ | 18 | |
| 8/21/03 | 1530 | ReO | 127/76 | | | 61 | | | 97.6 | 18 | O₂ Sat 99% |
| 8/26/03 | 0600 | PB | | | | 92 | | | | | — |

Inmate Name: _____ AO-A.Davis, HCT
                    Jo- A. Ockley, R

Register Number: _____

DOB: _____

(Addressograph here)

Brown, Meir
Reg No. 11864-021
DOB 07/04/1970
FMC Butner

# EXTENDED SECURE HOUSING STATUS NURSES FLOWSHEET

RN ASSESSMENT Q8H

## ESH STATUS

| | Date: 8/5/03 | | | Date: 8/6/03 | | | Date: ___ | | | Date: ___ | | | Date: ___ | | | Date: ___ | | | Date: ___ | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | m/w | d/w | e/w | m/w | d/w | e/w | m/w | d/w | e/w | m/w | d/w | e/w | m/w | d/w | e/w | m/w | d/w | e/w | m/w | d/w | e/w |
| **PHYSICAL ASSESSMENT** | | | | | | | | | | | | | | | | | | | | | |
| Hygiene   G=Good  F=Fair  P=Poor | | G | G | G | | | | | | | | | | | | | | | | | |
| Shower  Y   N  or  R | | N | N | | | | | | | | | | | | | | | | | | |
| Clean Clothing   Y  or  N | | Y | Y | | | | | | | | | | | | | | | | | | |
| Elimination Concerns   Y * or  N | | N | N | | | | | | | | | | | | | | | | | | |
| C/O Pain  Y.*  or  N | | N | N | | | | | | | | | | | | | | | | | | |
| Incontinent   B=Bowel  Y * or  N        U=Urine  Y * or  N | | N | N | | | | | | | | | | | | | | | | | | |
| **MEDICATIONS** | | | | | | | | | | | | | | | | | | | | | |
| Taken as prescribed   Y  or  R | | NA | NA | NA | | | | | | | | | | | | | | | | | |
| PRN medication administered    Y * or  N   Document effectiveness on MAR | | N | N | | | | | | | | | | | | | | | | | | |
| **MENTAL STATUS ASSESSMENT** | | | | | | | | | | | | | | | | | | | | | |
| Talked with patient   Y   N   or  R | | Y | Y | Y | | | | | | | | | | | | | | | | | |
| Oriented: Y=Yes  N=No | | Y | Y | Y | | | | | | | | | | | | | | | | | |
| Mood: E=Euthymic  EL=Elated   A=Angry        D=Depressed  Ax=Anxious  S=Suspicious        O=Other * | | E | E | E | | | | | | | | | | | | | | | | | |
| Affect:  A=Appropriate  N=Not Appropriate  F=Flat | | A | A | A | | | | | | | | | | | | | | | | | |
| Thought Process: G=Goal Oriented   D=Disorganized        OR=Organized    I=Impoverished    O=Other* | | OR | OR | OR | | | | | | | | | | | | | | | | | |
| Delusions    P=Paranoid   S=Somatic        G=Grandiose  B=Bizarre  O=Other* | | NA | NA | NA | | | | | | | | | | | | | | | | | |
| Hallucinations: A= Auditory   V=Visual   T=Tactile        O=Other* | | NA | NA | NA | | | | | | | | | | | | | | | | | |
| Insight/Judgement: G=Good   F=Fair  P= Poor | | P | P | P | | | | | | | | | | | | | | | | | |
| Suicide/Homicidal Ideation or Gesture  Y* or  N | | N | N | | | | | | | | | | | | | | | | | | |
| ACTVITY MOST OBSERVED:  : SI=Sleeping  A=Awake   H=Hyperactive  S=Sedentary  R=Reading  W=Writing  D=Destructive * | | A | A | | | | | | | | | | | | | | | | | | |
| Recreation Pass   Y or N | n/a | n/a | n/a | | n/a | n/a | | n/a | n/a | | n/a | n/a | | n/a | | | n/a | n/a | | n/a |
| **NUTRITION** | | | | | | | | | | | | | | | | | | | | | |
| Appetite:   G=Good  F=Fair  P=Poor  R=Refused Meal | | NA | G | | | | | | | | | | | | | | | | | | |
| Intake and Output   Y  or  N | | N | N | | | | | | | | | | | | | | | | | | |
| TIME OF REPORT | 06 | 14 | 22 | 06 | 14 | 22 | 06 | 14 | 22 | 06 | 14 | 22 | 06 | 14 | 22 | 06 | 14 | 22 | 06 | 14 | 22 |
| NURSES INITIALS | | | | | | | | | | | | | | | | | | | | | |

Y=Yes    N=No    R=Refused    N/A-Not Applicable    *= Document in Progress Notes

Nurses Name/Initials

_Kashitta RN_

Nurses Name/Initials

_J Dekker_

BROWN, MEYER JASON
REG 11364-021
DOB 07-04-1970
FMC BUTNER
Patient Stamp

# EXTENDED SECURE HOUSING STATUS NURSES FLOWSHEET

RN ASSESSMENT Q8H

## ESH STATUS

| | Date: ___ | | | Date: ___ | | | Date: ___ | | | Date: ___ | | | Date: ___ | | | Date: ___ | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | m/w | d/w | e/w | m/w | d/w | e/w | m/w | d/w | e/w | m/w | d/w | e/w | m/w | d/w | e/w | m/w | d/w | |
| **PHYSICAL ASSESSMENT** | | | | | | | | | | | | | | | | | | |
| Hygiene  G=Good  F=Fair  P=Poor | | | | | | | | | | | | | | | | | | |
| Shower  Y  N  or  R | | | | | | | | | | | | | | | | | | |
| Clean Clothing  Y  or  N | | | | | | | | | | | | | | | | | | |
| Elimination Concerns  Y * or N | | | | | | | | | | | | | | | | | | |
| C/O Pain  Y * or N | | | | | | | | | | | | | | | | | | |
| Incontinent  B=Bowel Y * or N  U=Urine Y * or N | | | | | | | | | | | | | | | | | | |
| **MEDICATIONS** | | | | | | | | | | | | | | | | | | |
| Taken as prescribed  Y  or  R | | | | | | | | | | | | | | | | | | |
| PRN medication administered  Y * or N  Document effectiveness on MAR | | | | | | | | | | | | | | | | | | |
| **MENTAL STATUS ASSESSMENT** | | | | | | | | | | | | | | | | | | |
| Talked with patient  Y  N  or  R | | | | | | | | | | | | | | | | | | |
| Oriented: Y=Yes  N=No | | | | | | | | | | | | | | | | | | |
| Mood; E=Euthymic  EL=Elated  A=Angry  D=Depressed  Ax=Anxious  S=Suspicious  O=Other * | | | | | | | | | | | | | | | | | | |
| Affect: A=Appropriate  N=Not Appropriate  F=Flat | | | | | | | | | | | | | | | | | | |
| Thought Process: G=Goal Oriented  D=Disorganized  OR=Organized  I=Impoverished  O=Other* | | | | | | | | | | | | | | | | | | |
| Delusions  P=Paranoid  S=Somatic  G=Grandiose  B=Bizarre  O=Other* | | | | | | | | | | | | | | | | | | |
| Hallucinations: A= Auditory  V=Visual  T=Tactile  O=Other* | | | | | | | | | | | | | | | | | | |
| Insight/Judgement: G=Good  F=Fair  P= Poor | | | | | | | | | | | | | | | | | | |
| Suicide/Homicidal Ideation or Gesture  Y* or N | | | | | | | | | | | | | | | | | | |
| ACTVITY MOST OBSERVED: : Sl=Sleeping  A=Awake  H=Hyperactive  S=Sedentary  R=Reading  W=Writing  D=Destructive * | | | | | | | | | | | | | | | | | | |
| Recreation Pass  Y or N | n/a | | n/a | n/a | | n/a | n/a | | n/a | n/a | | n/a | n/a | | n/a | n/a | | n/a |
| **NUTRITION** | | | | | | | | | | | | | | | | | | |
| Appetite:  G=Good  F=Fair  P=Poor  R=Refused Meal | | | | | | | | | | | | | | | | | | |
| Intake and Output  Y  or  N | | | | | | | | | | | | | | | | | | |
| TIME OF REPORT | 06 | 14 | 22 | 06 | 14 | 22 | 06 | 14 | 22 | 06 | 14 | 22 | 06 | 14 | 22 | 06 | 14 | 22 |
| NURSES INITIALS | | | | | | | | | | | | | | | | | | |

Y=Yes   N=No   R=Refused   N/A-Not Applicable   *= Document in Progress Notes

Nurses Name/Initials
_____
_____
_____
_____

Nurses Name/Initials
_____
_____
_____
_____

Patient Stamp

BROWN, MEIER JASON
REG 11364-021
DOB 07-04-1970
FMC BUTNER

# ADMINISTRATIVE STATUS NURSES FLOWSHEET

**RN ASSESSMENT Q8H**

| | Date: 8/6/03 m/w | d/w | e/w | Date: 8/7/03 m/w | d/w | e/w | Date: 8/8/03 m/w | d/w | e/w | Date: 8/9/03 m/w | d/w | e/w | Date: 8/10/03 m/w | d/w | e/w | Date: 8/11/0 m/w | d/w | e/w |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICAL ASSESSMENT** | | | | | | | | | | | | | | | | | | |
| Hygiene G=Good F=Fair P=Poor | | G | G | G | G | F | G | F | F | F | F | G | G | G | G | G | G |
| Shower Y N or R | | Y | N | N | N | N | N | Y | N | N | Y | N | N | N | N | N | N |
| Clean Clothing Y or N | | X | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | N |
| Elimination Concerns Y* or N | | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N |
| C/O Pain Y* or N | | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N |
| **MEDICATIONS** | | | | | | | | | | | | | | | | | | |
| Taken as prescribed Y or R | | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| PRN medication administered Y* or N Document effectiveness on MAR | | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N |
| **MENTAL STATUS ASSESSMENT** | | | | | | | | | | | | | | | | | | |
| Talked with patient Y N or R | | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y |
| Oriented: Y=Yes N=No | | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y |
| Mood; E=Euthymic EL=Elated A=Angry D=Depressed Ax=Anxious S=Suspicious O=Other* | | E | E | E | E | E | E | E | E | E | E | E | E | E | E | E | E |
| Affect: A=Appropriate N=Not Appropriate F=Flat | | A | A | A | A | A | A | A | A | A | A | A | A | A | A | A | A |
| Thought Process: G=Goal Oriented D=Disorganized OR=Organized I=Impoverished O=Other* | | OR | OR | OR | OR | OR | OR | OR | OR | OR | OR | OR | OR | OR | OR | OR | OR |
| Delusions P=Paranoid S=Somatic G=Grandiose B=Bizarre O=Other* | | NA | NA | N | NA | N | N | N | N | N | N | NA | NA | NA | NA | N | N |
| Hallucinations: A=Auditory V=Visual T=Tactile O=Other* | | NA | NA | N | NA | N | N | N | N | N | N | NA | NA | NA | NA | N | N |
| Insight/Judgement: G=Good F=Fair P=Poor | | P | P | F | F | F | F | F | F | F | F | F | F | F | F | F | F |
| Suicide/Homicidal Ideation or Gesture Y* or N | | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N |
| ACTIVITY: Sl=Sleeping A=Awake H=Hyperactive S=Sedentary R=Reading W=Writing D=Destructive* | | A | Sl | Sl | A | R | R | A | A | Sl | S | R | Sl | Sl | R | Sl | A | R |
| Recreation Pass Y or N | n/a | | n/a | n/a | N | n/a | n/a | N | n/a | n/a | N | n/a | n/a | N | n/a | n/a | N | n/a |
| **NUTRITION** | | | | | | | | | | | | | | | | | | |
| Appetite: G=Good F=Fair P=Poor R=Refused Meal | | G | G | G | G | G | F | F | F | F | F | F | F | F | F | F | F |
| Intake and Output Y or N | | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N |
| TIME OF REPORT | 06 | 14 | 22 | 06 | 14 | 22 | 06 | 14 | 22 | 06 | 14 | 22 | 06 | 14 | 22 | 06 | 14 | 22 |
| NURSES INITIALS | | Jo | W | PB | CARD | W | ST | PB | St | W | W | R | W | | | | | |

Y=Yes   N=No   R=Refused   N/A=Not Applicable   *=Document in Progress Notes

Nurses Name/Initials

Nurses Name/Initials

Patient Stamp

Brown, Meier
# 1136F-021
DOB 7/4/70

FMC Butner

# ADMINISTRATIVE STATUS NURSES FLOWSHEET

**RN ASSESSMENT Q8H**

| | Date: 8/12/03 | | | Date: 8/13/03 | | | Date: 8/14/03 | | | Date: 8/15/03 | | | Date: 8/16/03 | | | Date: 8/17/03 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | m/w | d/w | e/w | m/w | d/w | e/w | m/w | d/w | e/w | m/w | d/w | e/w | m/w | d/w | e/w | m/w | d/w | |
| **PHYSICAL ASSESSMENT** | | | | | | | | | | | | | | | | | | |
| Hygiene  G=Good F=Fair P=Poor | G | G | G | G | G | G | G | G | G | G | G | G | G | G | G | G | G | G |
| Shower  Y  N  or  R | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N |
| Clean Clothing  Y  or  N | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y |
| Elimination Concerns  Y* or N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N |
| C/O Pain  Y* or N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N |
| **MEDICATIONS** | | | | | | | | | | | | | | | | | | |
| Taken as prescribed  Y  or  R | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| PRN medication administered  Y* or N  Document effectiveness on MAR | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N |
| **MENTAL STATUS ASSESSMENT** | | | | | | | | | | | | | | | | | | |
| Talked with patient  Y  N  or  R | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y |
| Oriented: Y=Yes  N=No | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y |
| Mood: E=Euthymic EL=Elated  A=Angry  D=Depressed Ax=Anxious S=Suspicious  O=Other* | E | E | E | E | E | E | E | E | E | E | E | E | E | E | E | E | E | E |
| Affect:  A=Appropriate N=Not Appropriate  F=Flat | A | A | A | A | A | A | A | A | A | A | A | A | A | A | A | A | A | A |
| Thought Process: G=Goal Oriented D=Disorganized  OR=Organized I=Impoverished  O=Other* | OR | OR | OR | OR | OR | OR | OR | OR | OR | OR | OR | OR | OR | OR | OR | OR | OR | OR |
| Delusions  P=Paranoid  S=Somatic  G=Grandiose B=Bizarre O=Other* | N | N | N | NA | NA | N | N | N | NA | N | NA | NA | NA | NA | N | NA | NA | NA |
| Hallucinations: A=Auditory  V=Visual  T=Tactile  O=Other* | N | N | N | NA | NA | N | N | N | NA | N | NA | NA | NA | NA | N | NA | NA | NA |
| Insight/Judgement: G=Good  F=Fair  P=Poor | P | P | P | P | P | P | P | P | P | P | P | P | P | P | P | P | P | P |
| Suicide/Homicidal Ideation or Gesture Y* or N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N |
| ACTIVITY: Sl=Sleeping  A=Awake  H=Hyperactive  S=Sedentary R=Reading  W=Writing D=Destructive* | Sl | A | R | A | A | S | Sl | A | Sl | Sl | A | A | Sl | A | R | A | A | A |
| Recreation Pass  Y or N | n/a | N | n/a | n/a | N | n/a | n/a | N | n/a | n/a | N | n/a | n/a | N | n/a | n/a | N | n/a |
| **NUTRITION** | | | | | | | | | | | | | | | | | | |
| Appetite:  G=Good F=Fair P=Poor  R=Refused Meal | F | F | F | F | F | G | F | F | F | F | F | F | F | F | G | F | F | F |
| Intake and Output  Y  or  N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N |
| TIME OF REPORT | 06 | 14 | 22 | 06 | 14 | 22 | 06 | 14 | 22 | 06 | 14 | 22 | 06 | 14 | 22 | 06 | 14 | 22 |
| NURSES INITIALS | PB | | RO | BT | CD | RD | PB | SD | IW | PB | CD | IW | IW | CD | RD | BT | CD | DJ |

Y=Yes    N=No    R=Refused    N/A=Not Applicable    *= Document in Progress Notes

Nurses Name/Initials _____ RN

_____ Pamilla C_____ N

Nurses Name/Initials _____ RN/RD

_____ Tammie Tr_____

SD-S_____

DD-A. Davis/HCT

Patient Stamp

BROWN, HEIER JASON
REG 11364-021
DOB 07-04-1970
FMC BUTNER

FMC Butner

# ADMINISTRATIVE STATUS NURSES FLOWSHEET

RN ASSESSMENT QSH

| | Date: 8/18/03 m/w d/w e/w | Date: 8/19/03 m/w d/w e/w | Date: 8/20/03 m/w d/w e/w | Date: 8/21/03 m/w d/w e/w | Date: 8/22/03 m/w d/w e/w | Date: 8/23/0 m/w d/w e/w |
|---|---|---|---|---|---|---|
| **PHYSICAL ASSESSMENT** | | | | | | |
| Hygiene G—Good F—Fair P—Poor | G G | G G F | G G G | G G G | G G G | G G G |
| Shower Y N or R | N Y N | N Y N | N N N | N N N | N N Y | Y N |
| Clean Clothing Y or N | Y Y Y | Y Y Y | Y Y Y | Y Y Y | Y Y Y | Y Y |
| Elimination Concerns Y* or N | N N N | N N N | N N N | N N N | N N N | N N |
| C/O Pain Y* or N | N N N | N N N | N N N | N N N | N N N | N N |
| **MEDICATIONS** | | | | | | |
| Taken as prescribed Y or R | NA NA NA | NA NA NA | NA NA NA | NA NA NA | NA NA NA | NA NA |
| PRN medication administered Y* or N  Document effectiveness on MAR | N N N | N N N | N N N | N N N | N N N | N N |
| **MENTAL STATUS ASSESSMENT** | | | | | | |
| Talked with patient Y N or R | Y Y Y | Y Y Y | Y Y Y | Y Y Y | Y Y Y | Y Y |
| Oriented: Y=Yes N=No | Y Y Y | Y Y Y | Y Y Y | Y Y Y | Y Y Y | Y Y |
| Mood; E=Euthymic EL=Elated A=Angry  D=Depressed Ax=Anxious S=Suspicious  O=Other * | E E E | E E E | E E E | E E E | E E E | E E |
| Affect: A=Appropriate N=Not Appropriate F=Flat | A A A | A A A | A A A | A A A | A A A | A A |
| Thought Process: G=Goal Oriented D=Disorganized  OR=Organized I=Impoverished O=Other* | OR OR OR | OR OR OR | OR OR OR | OR OR OR | OR OR OR | OR OR |
| Delusions P=Paranoid S=Somatic  G=Grandiose B=Bizarre O=Other* | NA NA NA | NA NA NA | NA NA NA | NA NA NA | NA NA NA | NA NA |
| Hallucinations: A=Auditory V=Visual T=Tactile  O=Other* | NA NA NA | NA NA NA | NA NA NA | NA NA NA | NA NA NA | NA NA |
| Insight/Judgement: G=Good F=Fair P=Poor | P P P | P P P | P F F | F F F | F F F | F F |
| Suicide/Homicidal Ideation or Gesture Y* or N | N N N | N N N | N N N | N N N | N N N | N N |
| ACTIVITY: Sl=Sleeping A=Awake H=Hyperactive  S=Sedentary R=Reading W=Writing D=Destructive * | A A A | A A A | A A RA | A RA RA | RA RA SA | A RA |
| Recreation Pass Y or N | n/a N n/a | n/a N n/a | n/a N n/a | n/a n/a N | n/a n/a N | n/a n/a |
| **NUTRITION** | | | | | | |
| Appetite: G=Good F=Fair P=Poor  R=Refused Meal | F F F | F F F | F F F | G G G | G G G | G G |
| Intake and Output Y or N | N N N | N N N | N N N | N N N | N N N | N N |
| **TIME OF REPORT** | 06 14 22 | 06 14 22 | 06 14 22 | 06 14 22 | 06 14 22 | 06 14 22 |
| **NURSES INITIALS** | | | | | | |

Y=Yes    N=No    R=Refused    N/A=Not Applicable    *= Document in Progress Notes

Nurses Name/Initials

Nurses Name/Initials  
W. Teith RN WR  
Oakley - Jo  
S. O. Faeith RN  
AD - A.D.Woho HO

Patient Stamp

BROWN, MEIER **JASON**  
REG 11364-021  
DOB 07-04-1970  
FMC BUTNER

'FMC Butner

# ADMINISTRATIVE STATUS NURSES FLOWSHEET

**RN ASSESSMENT Q8H**

Dates (column headers): 8/2/03, 8/25, 8/26/03, 8/27/03, 8/28/03, 8/29
Each date has sub-columns: m/w  d/w  e/w

## PHYSICAL ASSESSMENT

| | m/w | d/w | e/w | m/w | d/w | e/w | m/w | d/w | e/w | m/w | d/w | e/w | m/w | d/w | e/w | m/w | d/w |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hygiene  G=Good  F=Fair  P=Poor | G | F | G | G | G | G | G | G | F | F | F | G | G | G | G | G |
| Shower  Y  N  or  R | N | Y | N | Y | N | N | N | N | N | Y | N | N | Y | N | N | N |
| Clean Clothing  Y or N | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y |
| Elimination Concerns  Y* or N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N |
| C/O Pain  Y* or N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N |

## MEDICATIONS

| | m/w | d/w | e/w | m/w | d/w | e/w | m/w | d/w | e/w | m/w | d/w | e/w | m/w | d/w | e/w | m/w | d/w |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Taken as prescribed  Y or R | NA | NA | NA | NA | NA | NA | NA | NA | Y | Y | Y | Y | Y | Y | Y | Y |
| PRN medication administered  Y* or N  Document effectiveness on MAR | N | N | N | N | N | N | N | Y | N | N | N | N | N | N | N | N |

## MENTAL STATUS ASSESSMENT

| | m/w | d/w | e/w | m/w | d/w | e/w | m/w | d/w | e/w | m/w | d/w | e/w | m/w | d/w | e/w | m/w | d/w |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Talked with patient  Y  N  or  R | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y |
| Oriented: Y=Yes  N=No | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y |
| Mood; E=Euthymic  EL=Elated  A=Angry  D=Depressed  Ax=Anxious  S=Suspicious  O=Other* | E | E | E | E | E | E | E | E | E | E | E | E | E | E | E | E |
| Affect: A=Appropriate  N=Not Appropriate  F=Flat | A | A | A | A | A | A | A | A | A | A | A | A | A | A | A | A |
| Thought Process: G=Goal Oriented  D=Disorganized  OR=Organized  I=Impoverished  O=Other* | OR | OR | OR | OR | OR | OR | OR | OR | OR | OR | OR | OR | OR | OR | OR | OR |
| Delusions  P=Paranoid  S=Somatic  G=Grandiose  B=Bizarre  O=Other* | NA | N | NA | NA | N | NA | N | N | N | N | N | N | NA | NA | N | NA |
| Hallucinations: A=Auditory  V=Visual  T=Tactile  O=Other* | NA | N | NA | NA | N | NA | N | N | N | N | N | N | NA | NA | N | NA |
| Insight/Judgement: G=Good  F=Fair  P=Poor | F | F | F | F | F | F | F | F | F | F | F | F | F | F | F | F |
| Suicide/Homicidal Ideation or Gesture  Y* or N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N |
| ACTIVITY: Sl=Sleeping  A=Awake  H=Hyperactive  S=Sedentary  R=Reading  W=Writing  D=Destructive* | A | A | A | A/R | R | A | SI | S | S/R | SI | S | A | SI | R | SI | A | R |
| Recreation Pass  Y or N | n/a | N | n/a | n/a | | n/a | n/a | n/a | n/a | N | n/a | n/a | n/a | n/a | n/a | n/a |

## NUTRITION

| | m/w | d/w | e/w | m/w | d/w | e/w | m/w | d/w | e/w | m/w | d/w | e/w | m/w | d/w | e/w | m/w | d/w |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Appetite:  G=Good  F=Fair  P=Poor  R=Refused Meal | F | F | F | F | F | F | F | F | R | F | F | F | F | F | F | F |
| Intake and Output  Y or N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N |
| TIME OF REPORT | 06 | 14 | 22 | 06 | 14 | 22 | 06 | 14 | 22 | 06 | 14 | 22 | 06 | 14 | 22 | 06 | 14 | 22 |
| NURSES INITIALS | LM | S | W | D | RC | RC | PB | KO | B1 | PB | S | PB | PB | GW | W | W | LM |

Y=Yes    N=No    R=Refused    N/A=Not Applicable    * Document in Progress Notes

Nurses Name/Initials: S. A. _Jackh_ RN
_PB_ _P Bridges_ _RN_
_of Cynthia Fiedler_
*FMC Butner*

Nurses Name/Initials: _K. Wheeler RN_
_Dorla Dixue RN_
_Vrea_ ?
RC- R. Calhoun RN
BI _Bonnie Whittier_

Patient Stamp

BROWN, MEIER JASON
REG 11364-021
DOB 07-04-1970
FMC BUTNER

# ADMINISTRATIVE STATUS NURSES FLOWSHEET

**RN ASSESSMENT Q8H**

| | Date: 8/30/03 | | | Date: 8/31/03 | | | Date: 9/1/03 | | | Date: 9/2/03 | | | Date: 9/3/03 | | | Date: ___ | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | m/w | d/w | e/w | m/w | d/w | e/w | m/w | d/w | e/w | m/w | d/w | e/w | m/w | d/w | e/w | m/w | d/w | e/w |
| **PHYSICAL ASSESSMENT** | | | | | | | | | | | | | | | | | | |
| Hygiene  G=Good  F=Fair  P=Poor | G | G | G | G | G | G | G | F | F | F | F | F | F | | | | | |
| Shower  Y  N  or  R | N | N | N | N | N | N | N | Y | N | N | N | N | | | | | | |
| Clean Clothing  Y or N | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | | | | | |
| Elimination Concerns  Y* or N | N | N | N | N | N | N | N | N | N | N | N | N | N | | | | | |
| C/O Pain  Y* or N | N | N | N | N | N | N | N | N | N | N | N | N | N | | | | | |
| **MEDICATIONS** | | | | | | | | | | | | | | | | | | |
| Taken as prescribed  Y  or  R | Y | NA | Y | Y | NA | Y | Y | Y | Y | Y | Y | Y | Y | | | | | |
| PRN medication administered  Y* or N  Document effectiveness on MAR | N | N | N | N | N | N | N | N | N | N | N | N | N | | | | | |
| **MENTAL STATUS ASSESSMENT** | | | | | | | | | | | | | | | | | | |
| Talked with patient  Y  N  or  R | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | | | | | | |
| Oriented: Y=Yes  N=No | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | | | | | | |
| Mood; E=Euthymic  EL=Elated  A=Angry  D=Depressed  Ax=Anxious  S=Suspicious  O=Other* | E | E | E | E | E | E | E | E | E | E | E | E | | | | | | |
| Affect: A=Appropriate  N=Not Appropriate  F=Flat | A | A | A | A | A | A | A | A | A | A | A | A | | | | | | |
| Thought Process: G=Goal Oriented  D=Disorganized  OR=Organized  I=Impoverished  O=Other* | OR | OR | OR | OR | OR | OR | OR | OR | OR | OR | OR | OR | | | | | | |
| Delusions  P=Paranoid  S=Somatic  G=Grandiose  B=Bizarre  O=Other* | NA | NA | G | G | G | N | N | N | N | N | NA | NA | | | | | | |
| Hallucinations: A=Auditory  V=Visual  T=Tactile  O=Other* | NA | NA | G | G | G | N | N | N | N | N | NA | NA | | | | | | |
| Insight/Judgement: G=Good  F=Fair  P=Poor | P | F | F | F | F | F | F | F | F | F | F | F | | | | | | |
| Suicide/Homicidal Ideation or Gesture  Y* or N | N | N | N | N | N | N | N | N | N | N | N | N | | | | | | |
| ACTIVITY: Sl=Sleeping  A=Awake  H=Hyperactive  S=Sedentary  R=Reading  W=Writing  D=Destructive* | Sl | A | S | Sl | Sl | R | Sl | S | R | A | A | Sl | A | | | | | |
| Recreation Pass  Y or N | n/a | N | n/a | n/a | A | n/a | n/a | N | n/a | n/a | N | n/a | n/a | | n/a | n/a | | n/a |
| **NUTRITION** | | | | | | | | | | | | | | | | | | |
| Appetite:  G=Good  F=Fair  P=Poor  R=Refused Meal | F | F | F | F | F | G | F | F | F | F | F | G | | | | | | |
| Intake and Output  Y  or  N | N | N | N | N | N | N | N | N | N | N | N | N | | | | | | |
| **TIME OF REPORT** | 06 | 14 | 22 | 06 | 14 | 22 | 06 | 14 | 22 | 06 | 14 | 22 | 06 | 14 | 22 | 06 | 14 | 22 |
| **NURSES INITIALS** | W | OD | SH | SH | P | TO | PB | S | TB | LB | CC | W | W | | | | | |

Y=Yes   N=No   R=Refused   N/A=Not Applicable   *= Document in Progress Notes

Nurses Name/Initials

Nurses Name/Initials

Patient Stamp

BROWN, METER JASON
11564-021
07-04-1970
FMC BUTNER

FMC Butner

# ADMINISTRATIVE STATUS NURSES FLOWSHEET

RN ASSESSMENT Q8H

| | Date: ___ m/w d/w e/w | Date: ___ m/w d/w e/w | Date: ___ m/w d/w e/w | Date: ___ m/w d/w e/w | Date: ___ m/w d/w e/w | Date: ___ m/w d/w |
|---|---|---|---|---|---|---|
| **PHYSICAL ASSESSMENT** | | | | | | |
| Hygiene  G=Good  F=Fair  P=Poor | | | | | | |
| Shower  Y  N  or  R | | | | | | |
| Clean Clothing  Y  or  N | | | | | | |
| Elimination Concerns  Y* or  N | | | | | | |
| C/O Pain  Y* or  N | | | | | | |
| **MEDICATIONS** | | | | | | |
| Taken as prescribed  Y  or  R | | | | | | |
| PRN medication administered  Y* or  N  Document effectiveness on MAR | | | | | | |
| **MENTAL STATUS ASSESSMENT** | | | | | | |
| Talked with patient  Y  N  or  R | | | | | | |
| Oriented: Y=Yes  N=No | | | | | | |
| Mood; E=Euthymic  El=Elated  A=Angry  D=Depressed  Ax=Anxious  S=Suspicious  O=Other* | | | | | | |
| Affect:  A=Appropriate  N=Not Appropriate  F=Flat | | | | | | |
| Thought Process: G=Goal Oriented  D=Disorganized  OR=Organized  I=Impoverished  O=Other* | | | | | | |
| Delusions  P=Paranoid  S=Somatic  G=Grandiose  B=Bizarre  O=Other* | | | | | | |
| Hallucinations: A= Auditory  V=Visual  T=Tactile  O=Other* | | | | | | |
| Insight/Judgement: G=Good  F=Fair  P= Poor | | | | | | |
| Suicide/Homicidal Ideation or Gesture Y* or N | | | | | | |
| ACTIVITY: Sl=Sleeping  A=Awake  H=Hyperactive  S=Sedentary  R=Reading  W=Writing  D=Destructive * | | | | | | |
| Recreation Pass  Y or N | n/a _ n/a | n/a _ n/a | n/a _ n/a | n/a _ n/a | n/a _ n/a | n/a _ n/a |
| **NUTRITION** | | | | | | |
| Appetite:  G=Good  F=Fair  P=Poor  R=Refused Meal | | | | | | |
| Intake and Output  Y  or  N | | | | | | |
| TIME OF REPORT | 06  14  22 | 06  14  22 | 06  14  22 | 06  14  22 | 06  14  22 | 06  14  22 |
| NURSES INITIALS | | | | | | |

Y=Yes    N=No    R=Refused    N/A-Not Applicable    *= Document in Progress Notes

Nurses Name/Initials

_____
_____
_____
_____

FMC Butner

Nurses Name/Initials

_____
_____
_____
_____

**Patient Stamp**

BROWN, ... JASON
PEG 11364-021
... 07-...-1970
FMC BUTNER

# FEDERAL M̅ ꓷICAL CENTER CLINIC  L LABORATORY

OLD HIGHWAY 75
BUTNER, NC 27509
(919) 575-3900

Laboratory Supervisor:
Bob Latina

Page: 1 of 2
Printed: 08/15/2003 @ 15:58

## ON DEMAND REPORT
### *** SENSITIVE - LIMITED OFFICIAL USE ***

Name: BROWN, MEIER                    Lab #: 060282              ID: 11364-021

| Test | Result | Flag | Reference Range/Units |
|------|--------|------|----------------------|
| **CHEMISTRY** | | | |
| Glucose | 88.0 | | 75.0 - 109.0 mg/dL |
| Sodium | 143.0 | | 138.0 - 145.0 mmol/L |
| Potassium | 4.40 | | 3.70 - 4.90 mmol/L |
| Chloride | 103.0 | | 99.0 - 107.0 mmol/L |
| Urea Nitrogen | 13.0 | | 7.0 - 19.0 mg/dL |
| Creatinine | 1.10 | | 0.70 - 1.40 mg/dL |
| Calcium | 10.00 | HI | 8.50 - 9.90 mg/dL |
| Magnesium | 2.00 | | 1.60 - 2.30 mg/dL |
| Cholesterol | 178 | | 0 - 200 mg/dL |
| Uric Acid | 5.10 | | 2.50 - 8.50 mg/dL |
| Total Protein | 8.00 | | 6.30 - 8.20 g/dL |
| Albumin | 4.70 | HI | 3.50 - 4.60 g/dL |
| AST(SGOT) | 24 | | 14 - 59 U/L |
| ALT(SGPT) | 27 | | 9 - 72 U/L |
| Alkaline Phospha | 82 | | 38 - 126 U/L |
| Bilirubin, Total | 0.60 | | 0.20 - 1.30 mg/dL |
| TSH | 0.59 | | 0.30 - 5.60 uIU/mL |
| Total T4 | 4.26 | LO | 6.00 - 14.00 ug/dL |
| TU | 53.7 | HI | 34.0 - 46.0 %Uptake |
| Globulin | 3.3 | | mg/dL |
| FTI | 5.7 | | INDEX |
| **HEMATOLOGY** | | | |
| CBC w/DIFF | | | |
| WBC | 4.4 | | 4.0 - 11.0 10^3/uL |
| RBC | 5.04 | | 4.50 - 5.50 10^6/uL |
| Hgb | 15.3 | | 12.0 - 17.0 g/dL |
| Hematocrit | 45.6 | | 36.0 - 50.0 % |
| MCV | 90.5 | | 83.0 - 95.0 fL |
| MCH | 30.4 | | 27.0 - 34.0 pg |
| MCHC | 33.6 | | 32.0 - 35.0 g/dL |
| RDW | 12.8 | | 11.0 - 15.0 % |
| Platelets | 234 | | 125 - 400 10^3/uL |
| MPV | 8.4 | | 7.0 - 11.0 fL |
| Neutrophils % | 57.0 | | 40.0 - 75.0 % |
| Lymphocytes % | 34.1 | | 15.0 - 45.0 % |
| Monocytes % | 7.4 | | 6.0 - 15.0 % |
| Eosinophils % | 0.9 | | 0.0 - 7.0 % |

Legend
High = HI   Low = LO   Critical = CR   Abnormal = AB

ID: 11364-021                          DOB: 07/04/1970   Age: 33yr   Sex: M
Name: BROWN, MEIER                     Lab Accn: 060282
Ordered By: Berger                                              Reviewed_____
Collected: 08/06/03@ 10:55             Location: FMC 1E

# FEDERAL MEDICAL CENTER CLINICAL LABORATORY

OLD HIGHWAY 75
BUTNER, NC 27509
(919) 575-3900

Laboratory Supervisor:
Bob Latina

Page: 2 of 2
Printed: 08/15/2003 @ 15:58

## ON DEMAND REPORT
### *** SENSITIVE - LIMITED OFFICIAL USE ***

Name: BROWN, MEIER                Lab #: 060282              ID: 11364-021

| Test | Result | Flag | Reference Range/Units |
|------|--------|------|-----------------------|

## HEMATOLOGY

| Test | Result | Flag | Reference Range/Units |
|------|--------|------|-----------------------|
| Basophils % | 0.6 | | 0.0 - 2.0 % |
| Neutrophils # | 2.5 | | 1.5 - 7.1 10^3/uL |
| Lymphocytes # | 1.5 | | 0.9 - 3.3 10^3/uL |
| Monocytes # | 0.3 | | 0.3 - 1.1 10^3/uL |
| Eosinophils # | 0.0 | | 0.0 - 0.7 10^3/uL |
| Basophils # | 0.0 | | 0.0 - 0.2 10^3/uL |

## URINALYSIS

UA w/o Micro

| Test | Result | Flag | Reference Range/Units |
|------|--------|------|-----------------------|
| Color | Yellow | | Yellow |
| Appearance | Clear | | Clear |
| Urine Bilirubin | Negative | | Negative |
| Urine Ketones | Negative | | Negative |
| Urine Sp. gravit | < or = 1.005 | | 1.003 - 1.029 |
| Urine Blood | Negative | | Negative |
| Urine pH | 6.5 | | 4.5 - 7.8 |
| Urine Urobilinog | 0.2 E.U./dL | | 0.1 - 1.0 mg dl |
| Urine Nitrite | Negative | | Negative |
| Urine Leukocytes | Negative | | Negative |
| Urine Glucose | Negative | | Negative |
| Urine Protein | Negative | | Negative |

## SEROLOGY

| Test | Result | Flag | Reference Range/Units |
|------|--------|------|-----------------------|
| RPR | Nonreactive | | Nonreactive |

Legend
High = HI   Low = LO   Critical = CR   Abnormal = AB

ID: 11364-021
Name: BROWN, MEIER
Ordered By: Berger
Collected: 08/06/03@ 10:55

DOB: 07/04/1970  Age: 33yr  Sex: M
Lab Accn: 060282

Location: FMC 1E

Reviewed_____

# MEDICAL SUMMARY OF FEDERAL PRISONER/ALIEN IN TRANSIT    BUH
## U.S. Department of Justice

| TB Clearance ☐ Yes ☐ No |
|---|
| 1) PPD Completed: _12-6-02_ <br> Date |
| Results: _neg_ |
| 2) CXR Completed: _____ <br> Date |
| Results: _____ |
| 3) Health Authority <br> Clearance: _____ <br> _D Balliston Jr_ <br> Sign      Date <br>         _12/9/02_ <br> Note: <br> Dates listed above must be <br> within one year of this transfer. |

## I. PRISONER/ALIEN

**Name:** BROWN, MEIER    **Prisoner/Alien Reg. #** 11364-021    **D.O.B:** 7/4/70

**Departed From:** _____    **Date Departed:** _____

**Destination:** _____    **Reason for Transfer:** _____

**Dist. Name:** S/GA SAVANNAH    **Dist. #** 021    **Date in Custody:** 12/6/02

| II. Current Medical Problems | 1. _____ | 4. _____ |
|---|---|---|
| | 2. _____ | 5. _____ |
| | 3. _____ | 6. _____ |

### Medication Required For Care En Route

| Medication | Dose | Route | Instructions For Use (Include proper time for Administering) | Stop |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | Recieved @ FMC | |
| | | | Butner. ∅ meds, ∅ | |
| | | | c/o pain @ this time | |
| | | | ____ Yaubot, RN  Yahott, RN | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Additional Comments:**

## III. SPECIAL NEEDS AFFECTING TRANSPORTATION

| | | | |
|---|---|---|---|
| Is prisoner medically able to travel by BUS, VAN or CAR? | ☒ Yes | ☐ No | If no, Why not? |
| Is prisoner medically able to travel by airplane? | ☒ Yes | ☐ No | If no, Why not? |
| Is prisoner medically able to stay overnight at another facility en route to destination? | ☒ Yes | ☐ No | If no, Why not? |
| Is there any medical reason for restricting the length of time prisoner can be in travel status? | ☐ Yes | ☒ No | If yes, state reason: |
| Does prisoner require any medical equipment while in transport status? | ☐ Yes | ☒ No | If yes, What equipment? |

**Sign & Print Name- Certifying Health Authority:** Gregory E. Smith, PA    **Phone Number:** _____    **Date Signed:** 8-5-03

Gregory E. Smith, PA

Yellow (original) - Upon Transfer    Form USM-553

United States Marshals Service (USMS)
# PRISONER MEDICAL RECORDS RELEASE FORM

INSTRUCTIONS: Section I is to be completed by the USMS Intake Officer. Sections II & III are to be completed by the prisoner. Section II may be completed by the USMS Intake Officer if the prisoner is unable or unwilling, but Section III must be signed by the prisoner. If prisoner refuses to sign, note that in the signature block. All refusals should be immediately reported to the Office of Interagency Medical Services, Prisoner Services Division. The completed USM form 552 is to be retained in the prisoner's files.

## Section I - USMS Prisoner Information

| 1. Prisoner Name (Last, First, MI) | 2. USMS Prisoner # |
|---|---|
| BROWN, MEIER | 11364-021 |

| 3. District Name | 4. District # | 5. Custody Date (Mo/Day/Yr) |
|---|---|---|
| S/GA SAVANNAH | 021 | 12/6/02 |

## Section II - Prisoner Personal Data And Medical Information

| 6. Date Of Birth, (Mo/Day/Yr) | 7. Social Security No. |
|---|---|
| 7/4/70 | 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 |

8. Medical Insurance Information

| Insurance Company Name | B) Policy Number | C) Medicare/Medicaid Coverage? ☐ Yes  ☐ No |
|---|---|---|
| N/A | | |

| 9. Name Of Your Physician | 10. Phone Number |
|---|---|
| | ( ) |

## Section III - Medical Consent And Records Release

I certify that the information I have provided above is true to the best of my knowledge.

I hereby authorize the United States Marshals Service to request, review, and have access to all medical records of care provided to me during the time that I am in the custody of that agency, and to all other medical records deemed necessary for the purposes of providing me with appropriate medical care, adjudicating medical bills for health care services provided to me while in the custody of the United States Marshals Service, and for infectious disease clearances.

| Signature of Prisoner | Date |
|---|---|
| | 12-06-02 |

| Signature of USMS Intake Officer | Date |
|---|---|
| | 12/6/02 |

Detention Facility

Form USM-552
(Est. 6/98)

CHECK EACH ITEM YES OR NO EVERY ITEM CHECKED YES MUST BE FULLY EXPLAINED IN BLANK SPACE BELOW

| S | NO | | YES | NO | |
|---|---|---|---|---|---|
| | | 13. Have you been refused employment or been unable to hold a job or stay in school because of A. Sensitivity to chemicals, dust, sunlight, etc. | | ✓ | 18. Have you ever had any illness or injury other than those already noted? (If yes, specify when, where, and give details.) |
| | ✓ | B. Inability to perform certain motions | | ✓ | 19. Have you consulted or been treated by clinics, physicians, healers, or other practitioners within the past 5 years for other than minor illnesses? (If yes, give complete address of doctor, hospital, clinic and details.) |
| | ✓ | C. Inability to assume certain positions. | | | |
| | ✓ | D. Other medical reasons. (If yes, give reasons.) | | ✓ | 20. Have you ever been rejected for military service because of physical, mental, or other reason? (If yes, give date, and reason, for rejections.) |
| ✓ | | 14. Have you ever been treated for a mental condition? (If yes, specify when, where, and give details). | | | |
| | ✓ | 15. Have you ever been denied life insurance? (If yes, state reason and give details.) | | ✓ | 21. Have you ever been discharged from military service because of physical, mental, or other reasons? (If yes, give date, reason, and type of discharge whether honorable, other than honorable, for unfitness or unsuitability.) |
| | ✓ | 16. Have you had, or have you been advised to have, any operations? (If yes, describe and give age at which occured.) | | | |
| ✓ | | 17. Have you ever been a patient in any type of hospital? (If yes, specify when, where, why, and name of doctor and complete address of hospital.) | | ✓ | 22. Have you ever received, is there pending, or have you applied for pension, or compensation for existing disability? (If yes, specify what kind, granted by whom, and what amount, when, why.) |

EXPLANATION: (#13-22 ABOVE)

I certify that I have reviewed the foregoing information supplied by me and that it is true and complete to the best of my knowledge. I authorize any of the doctors, hospitals, or clinics mentioned above to furnish the Government a complete transcript of my medical record

TYPED OR PRINTED NAME OF EXAMINEE  Meier Jason Brown

SIGNATURE

INTAKE SCREENING:

INMATE RECEIVED FROM: COURT _____ TRANSFER _____ F V _____

OTHER _____

MEDICAL STAFF'S COMMENTS AND OBSERVATIONS. PLEASE DIRECT YOUR ANSWERS TO MENTAL STATUS, POTENTIAL SUICIDE APPEARANCE, CONDUCT, STATE OR CONSCIOUSNESS, RASHES, JAUNDICE, BRUISES AND/OR MARKS, SWEATING, BODY DEFORMITIES, ETC. NOTE OBSERVATIONS IN BLOCK 23 BELOW

IF DRUGS HAVE BEEN USED, NOTE TYPE, HOW LONG, HOW MUCH, HOW OFTEN, HOW USED, WHEN WERE THEY LAST USED: HAVE

THERE BEEN ANY PROBLEMS SINCE STOPPING THE USE OF DRUGS OR ALCOHOL? _____

DOES PATIENT NEED TO BE SEEN IMMEDIATELY BY THE MEDICAL STAFF YES _____ NO _____

WHAT ARRANGEMENTS HAVE BEEN MADE? _____

DUTY STATUS. TEMPORARY WORK _____ RESTRICTED _____

GENERAL POPULATION _____ YES _____ NO _____

TYPE AND EXTENT OF LIMITATION _____

23. Physician's summary and elaboration of all pertinent data (Physician shall comment on all positive answers in item 5 through 22. Physician may develop by interview any additional medical history he deems important, and record any significant findings here.)

USP ATLANTA

| | | | | |
|---|---|---|---|---|
| Inmate Received, this date _____ | | | MEDS Issued | Yes No |
| Medical History Reviewed | Yes No | | Complaint _____ | |
| Evidence of lice | Yes No | | TB Status/Sx _____ | |
| Suicidal Thoughts | Yes No | | Referred to M.D. | Yes No |
| Recent Assault, Trauma or Abuse | Yes No | | TB Test Recorded | |
| Signs and Symptoms of infect Dse | Yes No | | on the log book | Yes No |
| Allergies to Medications | Yes No | | | |
| Medications | Yes No | | | |

| TYPED OR PRINTED NAME OF PHYSICIAN OR EXAMINER  D. _____ | DATE 73003 | SIGNATURE | | NUMBER OF ATTACHED SHEETS |
|---|---|---|---|---|

REVERSE

4

INTAKE SCREENING (MEDICAL) CDFRM

**DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

(Medical staff shall complete this screening form on all arrivals to the institution)

| Institution | Date of Arrival | Time of Arrival |
|---|---|---|
| USP-ATL | 7-30-03 | |

| Inmate's Name | Register Number |
|---|---|
| Braun, Meier | 11364-021 |

## M E D I C A L    C L E A R A N C E

1. BP-149(60) reviewed? ☑ yes; ☐ no (Explain)

2. General Population Housing Approved? ☐ yes; ☑ no (Specify limitation or need)

3. Approved for Temporary Work Assignment? ☐ yes; ☑ no (Specify limitations or exclusions)

4. For Holdovers: OK for Continued Transport? ☑ yes; ☐ no (Explain)

5. Disabilities? ☐ yes ☑ no (If yes, enter code(s) into MDS)
   Code(s) _____

6. Remarks:

   USP ATLANTA

   | | | |
   |---|---|---|
   | Inmate Received. this date _____ | | |
   | Medical History Reviewed | Yes No | MEDS Issued | Yes No |
   | Evidence of lice | Yes No | Complaint _____ | |
   | Suicidal Thoughts | Yes No | TB Status/Sx _____ | |
   | Recent Assault, Trauma or Abuse | Yes No | Referred to M.D. | Yes No |
   | Signs and Symptoms of infect Dse | Yes No | TB Test Recorded | |
   | Allergies to Medications | Yes No | on the log book | Yes No |
   | Medications | Yes No | | |

| Medical Staff Signature | Date | Time |
|---|---|---|
| | 7-30-03 | 1910 |

Medical Staff Title

Record Copy - Inmate Central File; copy - file
(This form may be replicated via WP)

Replaces BP-354(60) of APRIL 1990
and BP-S354 of AUG 1994

Inmate Information Handbook
Federal Bureau of Prison
***********************************************************************************

Patients Rights at FMC Butner

The Health Services Division at FMC Butner supports fundamental human, civil, constitutional and statutory rights of each patient.

There rights include:

1. Impartial access to treatment regardless of race, religion, sex, ethnicity, age, or handicap.

2. Recognition of personal dignity and respect for each patient during the provision of care and treatment.

3. Individualized treatment.

4. Adequate and humane services.

5. Provision of services within least restrictive environment consistent with sound correctional practice.

6. Provision of individualized treatment planning with periodic review and active participation of patients in planning (and) involvement of others where clinically indicated and permissible. Patient may request an in house review of the individual treatment plan with their treatment team, either by verbal or written request.

7. Provision of an adequate number of competent, qualified and experienced professional clinical staff and implement the teatmetn plan.

8. Patients are allowed access to outdoors as consistent with BOP policy. If a patient is restricted to bed rest, a physician's order is written and reviewed at least every three(3) days.

9. Handicapped individual have daily exercise.

10. Personal privacy is assured within the constraints of good correctional practice and the individual treatment plan.

11. Visitors are permitted as authorized by BOP Policy and visitation occurs in areas designated for such activity

12. Patients may send and receive mail as outlined in BOP policy.

13. Patients are allowed to conduct telephone conversations in accordance with BOP policy and any limitations will be conveyed to the patient.

14. If therapeutic indication necessitates restrictions on visitors, telephone access or other communications, these restrictions are evaluated for therapeutic effectiveness by clincal staff at least every seven ( 7) days.

15. Patients may utilize the Administrative Remedy system to have concerns about health care review and maintain the right to refuse treatment unless otherwise legally indicated. Complaints by patients or family members will be explored and written documentation of follow-up will be maintained.

See Reverse Side
c. 1 .. Required

16. If admitted by court order, the reason for admission is clearly explained to the patient.

17. The patient has the right to know the staff members responsible for the case.

18. The right to full information about proposed care consistent with the practice of obtaining informed consent. This will include discussion o the nature of care/treatment, the possible risks and benefits, alternate treatment, and the right to refuse treatment within the confines of the law. Written will be obtained for surgical procedures, psychotropic medications, research involvement, and videotapi8ng for education purpose.

19. The right to discharge planning prior to release.

20. The right to have confidentially maintained consistent with bop policy.

21. The right to work under conditions outlined by BOP Policy.

_ I have been oriented in all of the areas listed above and have had the opportunity to discuss the same with Unit Staff.

_Meier Brown_ _Meulio_          _11364-021_       _8/5/03_
PRINT AND SIGNATURE OF INMATE 'S NAME       REGISTER NUMBER      DATE



Federal Medical Center - Butner, NC
15 Minute Seclusion Cell Checks

| Name | Reg. # | Date | Day | Cell Number |
|------|--------|------|-----|-------------|
| Brown, M | 11364-021 | 8-29-03 | Friday | |

## Federal Medical Center - Butner, NC
## 15 Minute Seclusion Cell Checks

| Name Brown, M | Reg. # 11364-021 | Date | Day | Cell Number |
|---|---|---|---|---|

| Time Morning Watch | Staff Initials | Time Day Watch | Staff Initials | Time Evening Watch | Staff Initials |
|---|---|---|---|---|---|
| 0000 | 7L | 0800 | RH | 1600 | Q |
|  | 7L | 17 | JC | 15 | Q |
| 30 | 7L | 32 | RH | 30 | Q |
| 47 | 7L | 48 | RH | 41 | Q |
| 0100 | 7L | 0900 | ZH | 1700 |  |
| 15 | 7L | 17 | RH | 15 |  |
| 30 | 7L | 31 | ZH | 30 |  |
| 45 | 7L | 51 | JC | 45 |  |
| 0200 |  | 1000 | RH | 1800 | Q |
| 14 |  | 18 | RH | 15 | Q |
| 30 |  | 34 | RH | 30 | Q |
| 45 |  | 48 | RH | 45 | Q |
| 0300 |  | 1100 | ZH | 1900 |  |
| 15 |  | 15 | ZH |  |  |
| 30 |  | 30 | RH |  |  |
| 45 |  | 45 | RH |  |  |
| 0400 |  | 1200 | ZH | 2000 |  |
| 15 |  | 14 | RH | 15 | Q |
| 30 |  | 31 | JC | 30 | Q |
| 45 |  | 44 | JC |  |  |
| 0500 |  | 1300 |  | 2100 |  |
| 15 |  | 15 | RH | 15 |  |
| 30 |  | 32 | RH | 30 |  |
| 45 | 7L | 46 | JC |  |  |
| 0600 |  | 1400 | RH | 2200 |  |
| 15 | 7L | 17 | RH | 15 |  |
| 30 | 7L | 31 | RH | 30 |  |
| 45 |  | 46 | RH | 45 |  |
| 0700 | 7L | 1500 | 00 | 2300 |  |
| 15 |  | 14 | JC | 15 |  |
| 30 |  | 24 | JC | 30 |  |
| 45 |  | 42 | JC |  |  |

| Mental Health Lieutenant Review | Date | Signature |
|---|---|---|

**Paying special attention to the squares that are highlighted.**

BP-A519.053
MAY 94    PSYCHOLOGY SERVICES INMATE QUESTIONNAIRE

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

| First Name | Last Name | Register Number | Date |
|---|---|---|---|
| Meier | Brown | H364-021 | 8-04-03 |

Housing Unit                 Case Manager

Date of Birth

Sex: ☑ Male   ☐ Female    Race: ☐ White   ☑ Black   ☐ Asian   ☐ Hispanic   ☐ American Indian

Marital Status: ☑ Single   ☐ Married   ☐ Separated   ☐ Divorced   ☐ Common Law   ☐ Widowed

Number of Children: 0    Ages of Children    Highest Grade Completed in School: 11th    Main Occupation: Maintenance

Hometown/state/County: Fleming, Georgia, Liberty    Have you Ever Served in the Military? ☐ Yes   ☑ No

Current Offense /Charges: Robbery - Murder

Sentence Length    Time Already Served on Sentence    Total Time in Jail and Prison During Life

| Have you ever received treatment for a nervous or Mental Problem? | If yes, When? |
|---|---|
| ☐ Yes   ☑ No | If yes, Where? |

| Have you ever taken or are you now taking any medication for a nervous or mental problem? | If yes, Where? |
|---|---|
| ☐ Yes   ☑ No | If yes, What Medication (s)? |

Have you ever seriously considered Suicide? ☐ Yes ☑ No    Have you ever attempted Suicide? ☐ Yes ☑ No    Are you seriously considering Suicide Now? ☐ Yes ☑ No

Have you ever committed a violent act such as an assault, rape, armed robbery, or murder? ☐ Yes ☑ No    Have you ever been accused of threatening a government official? ☐ Yes ☑ No

Have you ever received any incident reports for fighting or assault while you were locked up? ☐ Yes ☑ No

Check any of the following you used in the two years before arrest:
☐ Amphetamine/Speed   ☐ Tranquilizers/Valium   ☐ Cocaine/crack   ☑ Tobacco
☐ Glue/Solvent/Inhalants   ☐ Heroin/Morphine   ☐ PCP   ☑ Alcohol
☐ Sleeping Pills/sedatives   ☐ LSD/ Psychedelics   ☐ Marijuana   ☐ Other

Have you ever experienced a serious head injury? ☐ Yes ☑ No    If yes, where you unconscious ☐ Yes ☐ No    Have you ever experienced a seizure? ☐ Yes ☑ No    Do you have any serious medical conditions or concerns at this time? ☐ Yes ☑ No

If yes, describe briefly:

Check any of the following which you have experienced during the last 2 weeks?
☐ Nervousness/Tension   ☐ Dizziness   ☐ Feeling Hopeless   ☐ Other, Describe
☐ Depression   ☐ Racing Thoughts   ☐ Concentration Problems
☐ Sleeping Problems   ☐ Relationship Problems   ☐ Severe Headaches
☐ Memory Problems   ☐ Loss of Appetite   ☐ Hallucinations

Do you desire psychological services at this time? ☐ Yes ☑ No

Signature: _Meier Brown_    Date: 08-04-03

This form replaces BP-515(53) dated May 1992.

# APPENDIX L

# MARLYNE K. ISRAELIAN, PH.D.
*Clinical Psychologist*

*1145 Sheridan Road, N.E. Atlanta, Georgia 30324*
*Tel. (404) 325-8512 ext. 726 Fax. (404) 325-8733*
*www.drisraelian.com*

## EDUCATION

| | | |
|---|---|---|
| Ph.D. | 2000 | Emory University – Atlanta, GA<br>Doctor of Philosophy in Clinical Psychology |
| M.A. | 1997 | Emory University – Atlanta, GA<br>Master of Arts in Clinical Psychology |
| B.Sc. | 1992 | McGill University – Montreal, Canada<br>Bachelor of Science in Psychology<br>Graduated with First Class Honors |

## PROFESSIONAL CREDENTIALS

Licensed Psychologist, Georgia Board of Psychology Examiners, License # 2583

## PROFESSIONAL EXPERIENCE

**1/2007 – Present**

**Emory University Department of Psychology**
**Adjunct Professor of Psychology**
*Atlanta, GA*

**1/2004 – Present**

**Pine River Psychotherapy Training Institute**
*Atlanta, GA*
Core Faculty

**2/2002 – Present**

**Clinical Psychologist and Owner of Comprehensive Psychological Services of Atlanta, LLC**
*Atlanta, GA*
Private practice specializing in adult and child psychotherapy, neuropsychological assessment, and forensic evaluation.

**5/2000 – Present**

**Richard S. Alembik, P.C.: Guardian ad Litem Consultant /Litigation Support Team Member**
Assist with Guardian ad Litem investigations. Contribute to the development of trial strategy by providing expertise in criminal and civil cases presenting issues involving mental health, head injury, and domestic violence.

**10/2001 – 7/2004**

**Georgia State University: Multicultural and Bilingual Literacy Project Coordinator**
*Atlanta, GA*
Coordinating a study examining reading disabilities in children. Project funded through the Interagency Education Research Initiative (IERI) representing the National Science Foundation (NSF), the U.S. Department of Education (DOE) and the National Institute of Child Health and Human Development (NICHD).

| | |
|---|---|
| 10/2000 – 10/2002 | **Therapist and Group Facilitator at Caminar Latino: A Domestic Violence Intervention Program**<br>*Doraville, Georgia*<br>Providing group, family, and individual therapy in a community-based intervention program for immigrant Latino families affected by domestic violence. |
| 7/2000 - 10/2001 | **Fellow in Neuropsychology**<br>*Regents Center for Learning Disorders, Atlanta, GA*<br>Conducted neuropsychological assessments of college students with learning disabilities, attention deficit hyperactivity disorder, psychiatric disorders, developmental disorders, and brain injuries. |
| 8/2000 – 2/2002 | **Psychotherapist, Georgia State University Psychology Clinic**<br>*Atlanta, GA*<br>Conducted individual and couples therapy. |
| 9/1999 – 7/2000 | **Neuropsychological Associates, Assistant to Vivian Auerbach, Ph.D.**<br>*Atlanta, GA*<br>Participated in the neuropsychological assessment of children and adults presenting with a wide variety of neurological disorders and neuropsychological complaints. |
| 10/1996 – 5/2000 | **Predoctoral Fellow: NIMH National Research Service Award**<br>*Emory University, Atlanta, GA*<br>Conducted fetal movement and habituation research in a population of low and high risk subjects of African-American, Caucasian, and Asian-Chinese origin. |
| 8/1998 – 8/1999 | **Psychology Intern**<br>*University of Alabama at Birmingham Birmingham, AL*<br>Conducted comprehensive neuropsychological assessments of adults and children with acquired, developmental, and neurological injury. Conducted comprehensive cognitive, adaptive, and behavioral assessments of children 8 months to 12 years of age with developmental, genetic, behavioral, and/or health concerns. Provided individual, family, and group therapy in inpatient and outpatient settings. |
| 9/1998 – 1/1999 | **Research Associate to Dr. Tom Novack**<br>*Spain Rehabilitation Center - Birmingham, AL*<br>Participated in the following projects while on rotation at the Traumatic Brain Injury Unit: *Neuropsychological Performance and Cognitive Flexibility after Traumatic Brain Injury.* Poster presented at the American Psychological Association Annual Convention in August of 1999; *Orientation Status Following TBI as Assessed by the Orientation Log.* Presented at APA division 40 paper session: Traumatic Brain Injury in August 1999. Results from this study were submitted to and accepted for publication in Rehabilitation Psychology. |

2

| | |
|---|---|
| 5/1994 – 5/1998 | **Resident Extern**<br>*Emory University Psychological Center, Atlanta, GA*<br>Conducted individual, marital, and family therapy as well as neuropsychological, psychoeducational, personality, and vocational evaluations of children, adolescents, and adults. |
| 3/1995 – 5/1997 | **Research Associate**<br>*Chinese University of Hong Kong, Sha Tin, H.K.*<br>Established collaborative study with the Prince of Wales Hospital and the Chinese University of Hong Kong examining the neonatal hypothalamic-pituitary-adrenocortical response to stressful stimulation. |
| 9/1993 – 12/1994 | **Instructor for Research Methods in Psychology**<br>*Emory University, Atlanta, GA* |
| 9/1993 – 12/1993 | **Teaching Assistant for Elementary Statistics**<br>*Emory University, Atlanta, GA* |
| 9/1992 - 9/1996 | **Research Assistant**<br>*Crawford Long Hospital, Atlanta, GA*<br>Conducted a study on neonatal hypothalamic-pituitary-adrenocortical response to pain. |
| 9/1990 – 5/1991 | **Research Assistant to Merrill Hiscock, Ph.D.**<br>*University of Houston, Houston, TX*<br>Reviewed scientific literature on sex differences in visual laterality. Published findings in the Journal of Clinical and Experimental Neuropsychology. Participated in an experiment examining the effects of semantic and episodic priming on declarative memory in patients with head injuries. |
| 5/1990 - 9/1990 | **Research Assistant to Matthew Shapiro, Ph.D.,**<br>*McGill University, Montreal, Canada*<br>Conducted psychobiological research examining the physiological basis of memory using, lesion, neurochemical, and transplant techniques. |

MEMBERSHIP IN PROFESSIONAL ASSOCIATIONS

American Psychological Association
    Division 40:  Clinical Neuropsychology
    Division 41:  American Psychology – Law Society
    Division 42:  Psychologists in Independent Practice
International Neuropsychological Society

## HONORS, AWARDS & GRANTS

| | |
|---|---|
| 1997 | **Best Student Paper/Poster Presentation**<br>National Academy of Neuropsychology<br>Award for *"Chronic Effects of Maternal Cigarette Smoking on Patterns of Fetal Cerebral Blood Flow and Fetal Movement"* |
| 1996-1998 | **National Research Service Award**<br>National Institute of Mental Health |
| 1992-1996 | **Full Academic Scholarship**<br>Emory University Graduate School of Arts & Sciences |

## PRESENTATIONS

| | |
|---|---|
| 2/2005 | **Language Preference in Bilingual Children with Reading Disabilities**<br><br>Poster presented at the 33rd Annual International Neuropsychological Society Conference, Baltimore, Maryland<br>Eva Jansiewicz M.A., Robin Morris, Ph.D., Jennifer Harrison, B.A., Ryan Carter, M.A., Marlyne Israelian, Ph.D. |
| 1/2003 | ***Women, MS, & Stress: The Importance of Making Yourself a Priority***<br>Presentation given at the 2003 National Multiple Sclerosis Society, Georgia Chapter, Women's Conference. |
| 9/ 2001 | ***Exploration of the Double-Deficit Hypothesis in Adults with Reading Disability***<br>Poster presented at the American Psychological Association meeting in, San Francisco, CA<br>Marlyne Israelian Ph.D., Paul Cirino Ph.D., Mary Morris Ph.D. & Robin Morris Ph.D. |
| 2/2001 | ***Prenatal Movement and Habituation: Obstetrics Complications and Postnatal Outcome.***<br>Poster presented at the International Neuropsychological Society, Chicago, IL<br>Marlyne Israelian Ph.D. & Eugene Emory, Ph.D. |
| 9/1999 | ***Orientation Status Following Traumatic Brain Injury as Assessed by the Orientation Log***<br>Paper presented at the American Psychological Association Division 40 meeting, Boston, Mass.<br>Marlyne Israelian M.A., Tom Novack Ph.D., & Elisabeth Glenn Psy.D. |

4

| | |
|---|---|
| 9/1999 | *Neuropsychological Performance and Cognitive Flexibility after Traumatic Brain Injury.*<br>Paper presented at the American Psychological Association Division 40, Boston, Mass.<br>Beverly Bush Ph.D., John Edwards Ph.D., Marlyne Israelian M.A. & Tom Novack. Ph.D. |
| 7/2/98 | *Functional Brain Imagery of Early Cognitive Processing in the Fetus*<br>Poster presented at the International Society for the Study of Behavioral Development, Switzerland<br>Eugene K. Emory, Marlyne K. Israelian, Marilyn E. Dickerson, Denis Raynor, & Kim Bard. |
| 11/1997 | *Chronic Effects of Maternal Cigarette Smoking on Patterns of Fetal Cerebral Blood Flow and Fetal Movement*<br>Poster presented at the National Academy of Neuropsychology Meeting, Las Vegas, Nevada<br>Awarded Best Student Poster<br>Marlyne K. Israelian, Margaret E Spauve, & Eugene K. Emory |
| 5/1996 | *Neonatal Hypothalamic-Pituitary-Adrenocortical Response to Repeated Stressors: Ethnic Differences in Temperament*<br>**Poster presented at the** National Institute of Mental Health Conference for Advancing Research on Developmental Plasticity, Chantilly, Virginia<br>Marlyne K. Israelian, & Eugene K. Emory. |
| 10/1994 | *Neonatal HPA Activity in Response to Repeated Stressful Stimulation: Evidence for 1 Trial Contextual Learning in Newborn Infants*<br>Poster presented at the Society for Psychophysiology Research, Atlanta, GA<br>Marlyne K. Israelian, & Eugene K. Emory |

## PUBLICATIONS

Brenneman, M., Morris, R, & Israelian, M (in press). *Language Preference and its Relationship with Reading Skills in English and Spanish.* <u>Psychology in the Schools.</u> John Wiley & Sons Inc.

Cirino, P; Israelian, M; Morris, M; Morris M (2005). *Exploration of the Double-Deficit Hypothesis in Adults Referred for Learning Difficulties.* <u>Journal of Learning Disabilities,</u> Vol 38 (1), 29-43

Israelian, Marlyne K. (2000). *Patterns of Fetal Movement and Habituation as Predictors of Postnatal Anthropometric Measures and Neurobehavioral Outcome.* Unpublished Doctoral Dissertation, Emory University.

5

Israelian, Marlyne K; Novack, Thomas A; Glen, Elizabeth T; Alderson, Amy L (2000). *Changes in orientation during acute rehabilitation after traumatic brain injury.* Rehabilitation Psychology. Vol 45(3), 284-291.

Israelian, M.K. (1998).  *Neonatal Hypothalamic-Pituitary-Adrenocortical Response to Repeated Stressful Stimulation in the First 24-Hours of Life.*  Unpublished Masters Thesis, Emory University

Emory, E.K., & Israelian, M.K. (1998).  *Biobehavioral Profiles Related to Stress Reactivity and Ethnic Variation.*  In Hann, D.M., Huffman, L.C., Lederhendler, I., & Meinecke, D.  Advancing research on developmental plasticity:  Integrating the behavioral Science and neuroscience of mental health.  (DHHS Publication No. NIH 98) Washington DC:  US Government Printing Office.

Emory, E.K., & Israelian, M.K. (1998).  *Prenatal Cognitive Development.*  In Soracci, S.A. & McIlvane, W.J. (Eds.).  Perspectives on Fundamental Processes in Intellectual Functioning.  Ablex:  Norwood, NJ

Hiscock, M., Israelian, M.K., Inch, R., Jacek, C., & Hiscock-Kalil, C. (1995*).  Is there a sex difference in human laterality?  An exhaustive survey of visual laterality studies from six neuropsychology journals.* Journal of Clinical and Experimental Neuropsychology, Vol. 17, 590-610.

# APPENDIX M

# Bhushan S. Agharkar, M.D.

**Mailing Address**
57 Executive Park South, Suite 360
Atlanta, Georgia 30329
404.636.0054
agharkar@cpsatl.com
www.cpsatl.com

---

## Professional Experience:

Comprehensive Psychiatric Services of Atlanta, July 2005-present
Atlanta, GA 30329
Private Practice

Emory University School of Medicine, July 2005-present
Atlanta, GA 30322
Voluntary Clinical Faculty

Morehouse School of Medicine, August 2005-present
Atlanta, GA 30310
Assistant Professor
Associate Residency Training Director
Course Director, *Patient Evaluation and Treatment I and II*
Course Director, *Business of Medicine*
Co-Course Director, *Forensic Psychiatry*
Faculty Advisor, *Resident Journal Club*
Member, *Residency Training and Admissions Committee*

Georgia State University Student Health Services, August 2007-present
Atlanta, GA 30303
Psychiatrist

Georgia Tech Student Health Services, March-May 2007
Atlanta, GA 30313
Psychiatrist

Skyland Trail, July 2006-January 2007
Atlanta, GA 30319
Interim Medical Director

DeKalb Community Service Board, July 2005-February 2007
Decatur, GA 30031
Staff Psychiatrist

**Education:**

Emory University School of Medicine, 2004-2005
Department of Psychiatry and Behavioral Sciences
Atlanta, GA 30322
Forensic Psychiatry Fellowship

Emory University School of Medicine, 2000-2004
Department of Psychiatry and Behavioral Sciences
Atlanta, GA 30322
Adult Psychiatry Residency
Chief Resident at Emory University Hospitals, 2003-2004

State University of New York Health Science Center
            (SUNY HSC) at Syracuse, 1996-2000
Syracuse, NY 13210
Doctor of Medicine degree, May 2000

Case Western Reserve University (CWRU), 1993-1996
Cleveland, OH 44106
Grade Point Average 3.83 (A= 4.00)
BA in Psychology, senior *in absentia* privilege
Magna Cum Laude

**Certification and Licensure:**

Diplomate in Adult Psychiatry, American Board of Psychiatry and Neurology
Diplomate in Forensic Psychiatry, American Board of Psychiatry and Neurology
Georgia Medical License

**Research Experience and Publications:**

- "Improving Cognition and Treatment Outcomes in Schizophrenia"  Bhushan S. Agharkar, MD [The Psychiatry Report 2004; 2(1): 24-34]

- "Violence While on SSRIs – a Litigation Perspective" poster presentation at American Academy of Psychiatry and the Law conference, October 22, 2004

- "Prescribing Conventional Antipsychotics at Two Veterans Administration Hospitals: Are There Geographical Differences?"  Prakash S. Masand, MD, Monica Arora, MD, Thomas L. Schwartz, MD, Anil Sharma, MD, Xiaohong Wang, MD, Subhash Bhatia, MD, Jacob Manjooran, MD, William Hardoby, MD, Subhdeep Virk, MD, Daniel J. Kuhles, MPH, Bhushan Agharkar, BA, and Sanjay Gupta, MD [CNS Spectrums 2001; 6(11): 894-896]

- "Prescribing Conventional Antipsychotics in the Era of Novel Antipsychotics: Informed Consent Issues"  Prakash S. Masand, Thomas L. Schwartz, Xiaohong Wang, Daniel J. Kuhles, Sanjay Gupta, Bhushan Agharkar, Jacob Manjooran, M.

2

Ahmad Hameed, William Hardoby, Subhdeep Virk, and Bradford Frank. [Am J Ther 2002 Nov-Dec; 9(6):484-7]

- Research Assistant in Neuropsychiatry lab working on the solubilization of the 5-HT2A receptor under Brian Roth, M.D., Ph.D., at Case Western Reserve University (20 hrs/wk, fall 1995)

- Summer Research Fellow in Retrovirology lab under Bernard Poiesz, M.D., at SUNY HSC at Syracuse (40 hrs/wk, 5/1995-8/1995)

- Research Assistant at CWRU, Department of Neurology, Division of Clinical Research (3-5 hrs/wk,1993-1994)

**Presentations:**
- *Suicide Risk Assessment*, Nepalese Association in Southeast America Convention, Atlanta, GA, September 1, 2007
- *History of Executions and the Role of Psychiatry*, Grand Rounds, Morehouse School of Medicine, Department of Psychiatry and Behavioral Sciences, Atlanta, GA, November 8, 2006
- *The Curious History of Lethal Injection*, J. Willis Hurst History of Medicine Symposium, Emory University School of Medicine, Atlanta, GA, October 13, 2006
- *Schizophrenia*, Continuing Education lecture, United Behavioral Healthcare, Atlanta, GA, September 28, 2006

**Consultations:**
- Georgia Tech Athletic Department
- Federal Bureau of Investigation
- Cobb County School District
- Emory University Hospitals

**Professional Society Memberships:**
- American Psychiatric Association
- American Academy of Psychiatry and the Law
- Georgia Psychiatric Physicians Association
- American Association of Directors of Psychiatric Residency Training

**Awards and Honors:**
- Phi Beta Kappa
- Honorable Mention, The Joe and Hope Skobba Memorial Award Resident Research Competition, 2005
- Emory University Department of Psychiatry Resident Teaching Award, 2004
- State Farm Foundation Scholarship Recipient (through National Merit Scholarship Corporation), 1993-1997
- Presidential Scholarship Recipient at Case Western Reserve University, 1993-1996

- Psi Chi, National Honor Society in Psychology
- Dean's High Honors List at CWRU, 1993-1996
- Who's Who in American Colleges and Universities, 1996
- USAA All-American Scholar-Athlete, 1995

## Leadership, Teaching and Community Service:

- Skyland Trail, Professional Advisory Board
- Georgia Psychiatric Physicians Association (GPPA) Board of Trustees 2006-present
- GPPA Board of Trustees Early Career Psychiatrists Committee, Chair 2004-present
- GPPA Board of Trustees Public Affairs Committee, Chair 2005-present
- GPPA Ethics Committee, Member 2007-present
- GPPA co-representative to the Medicare Carrier Advisory Committee, 2003-2004
- Developed, organized and taught weekly seminar series in psychodynamic psychotherapy for medical students in Emory Psychiatry rotations, 2003-2004
- APA ECP Advocacy/Leadership Fellow, 2004
- Emory MIT Trustee to the GPPA Board of Trustees, 2003-2004
- Emory Psychiatry Residents Political Action Committee, Chair 2002-2003
- Co-editor of BMM's *Vritta*, national Marathi youth newsletter, 1998
- Blackwell Science Publications, Reviewer 2001-present

# APPENDIX  N

# Resume
# James Evans Aiken

**36 Tsiya Court**
**Brevard, North Carolina 28712**
**(828) 883-9490 Telephone**
**(828) 883-9491 Fax**
jea1assocs@aol.com  e-mail

## Summary of Qualifications:

Mr. Aiken has over thirty-six years experience in correctional administration, facility operations/management, inspection/assessment of facility performance and technical assistance consultations with clients in the United States, Dutch Kingdom, Canada, Costa Rica, Puerto Rico, and U.S. Virgin Islands. He has provided services to federal, state, county and local correctional facilities and jurisdictions in the areas of correctional leadership/organizational development, management of prison disturbances, system productivity, cost containment, enhancing prison security systems, managing the violent youthful offender in adult prisons, gang/security threat group (STG) management, new warden's training, super maximum security facility management training, inmate classification, assessment of prison security/operational performance, prison staffing analyses, reduction of prison critical security events and advising governments relative to prison privatization transactions/productivity. He has been granted court expert status in the states of South Carolina, North Carolina, Indiana, Arizona, Maryland, Florida, New York, Georgia, Virginia, Missouri, Mississippi, Alabama, Louisiana and the United States Federal District Courts in the areas of criminal justice and corrections/prisons.

## Education:

M. A., Criminal Justice, University of South Carolina - Columbia, South Carolina. 1985
B. A., Benedict College- Columbia, South Carolina. 1972

## Employment History:

August 1994 to present, president, James E. Aiken and Associates, Inc. (correctional consultant firm); August, 1992 to August 1994, Director, Bureau of Corrections, United States Virgin Islands and consultant; March, 1989 to August, 1992, Commissioner, Indiana Department of Correction; April, 1987 to March 1989, Deputy Regional Administrator, South Carolina Department of Corrections; May, 1982 to April, 1987, Warden, Central Correctional Institution (state penitentiary) South Carolina Department of Corrections; September, 1979 to May, 1982, Warden, Women's Correctional Center, South Carolina Department of Corrections; September, 1976 to September, 1979, Deputy Warden for Administration, Central Correctional Institution(state penitentiary) South Carolina Department of Corrections; February, 1974 to September, 1976, Deputy Warden for Institutional Operations, Manning Correctional Institution, South Carolina Department of Corrections; September, 1972 to February 1974 Administrative Assistant to Warden, Manning Correctional Institution, South Carolina Department of Corrections;

September, 1971 to September, 1972, Social Worker for Substance Abuse Treatment, South Carolina Department of Corrections.

## Relevant Experience:

Mr. Aiken has provided direct professional and consultant services in almost every aspect of the correctional field. More specifically, his scope of expertise includes the following:

## Director, Bureau of Corrections, United States Virgin Islands

Held the position as Director that encompassed authority and responsibility for the overall administration of the Corrections Bureau for the United States Virgin Islands. Worked closely with other territorial agencies, the legislature, courts and federal governmental agencies.

Mr. Aiken's task was to coordinate a project to re-establish a correctional system which was diminished by overcrowded conditions, escapes, and noncompliance to court orders, corruption, general mismanagement, negative media, gang involvement, work force dysfunction, and public mistrust.

## Commissioner, Indiana Department of Correction

The position encompassed the overall administration of the Department of Correction for the State of Indiana, which consisted of forty-six (46) separate adult and juvenile facilities (population 14,000) and parole services (population 3, 490) with an operations budget of $305 Million.

As Commissioner, reported directly to the Governor of the State of Indiana and worked closely with the legislature, other state and federal agencies, the courts and the public. Mr. Aiken's tasks were to establish an operational mission and priority of issues for the agency; establish agency mission goals; develop a new basic employee supervision program; and reorganized daily operations to ensure a more responsive and efficient structure.

His accomplishments included but were not limited to:

*Offender Health Care Delivery:* The department contracted with the Indiana University School of Medicine to provide a medical director for clinical services. Developed and implemented a program to reduce cost and increase the quality of medical care.

*Security:* Created the Division of Security to address agency security needs. Initiated a gang intelligence network to tract and evaluate their activities. Increased contraband control efforts by additional searches, drug testing, use of K-9 units, provided additional training and equipment, and increased prosecution efforts. Designed 650 bed maximum security unit that conforms to modern correctional security management and Court mandates. Conducted meetings with the National Guard, State Police, as well as other mutual aid agencies to coordinate and develop an emergency response and disaster preparedness program. Conducted full response drills to evaluate the agency's response

capability. Evaluated and enhanced escape prevention/apprehension measures. Conducted security audits and inspections of facilities.

*Offender Relations:* Established an Offender Relations Division and appointed a coordinator. This division functions as part of Internal Audits and works in tandem with the Division of Internal Affairs, the Operations Division and the Division of Legislative and Information Services. The task of this division is to resolve offender grievances and complaints that originate from inside the agency and resolve them prior to court involvement.

*Prison Population:*
- Completed site selection, plans and construction of a new maximum security Institution
- Increased community corrections coverage from 35 to 50 counties (from 3,500 to 7,000 clients)
- Established community service/restitution programs
- Established county work release programs
- Established residential treatment programs and created home detention utilizing electronic monitoring
- Created over five hundred (500) new emergency prison beds within the first nine months of tenure

*Juvenile Justice:*
- Reduced Indiana Boy's School population from a high of 670 in 1989 to a low of 380 in 1990
- Conducted comprehensive reviews using several committees of community representatives concerning treatment programs, educational programs and employee training programs
- Established a Research Department at the Indiana Boy's School.
- Group home placements had tripled during 1992.
- Community involvement and recreational programs have been increased at both Indiana Boy's School and Indiana Girl's School.

*Cost Containment:* Developed a plan to increase participative management and input to the budget process. Meetings were held with State Budget Agency personnel on a regular basis in an effort to increase the Budget Agency's participation in the department's budget preparation regarding cost control. Reduced the operational budget of 305 million dollars by 41 million dollars for fiscal year 1992.

Deputy Regional Administrator, Midlands Correctional Region, South Carolina Department of Corrections

Served as the Deputy Chief Administrator for the following: Directly planned, prescribed and supervised activities of sixteen (16) institutions, including minimum, medium and work release, shock probation (boot camp), restitution centers and maximum security facilities. Also, had general supervision of a ninety-seven (97) million dollar budget, as well as a work force of 2,500 employees. Duties also included policy development and interaction with lawmakers, the community and other departmental agencies concerning long-range agency planning and developing agency future needs. Additionally, made selections of institutional heads, as well as being involved in new facility design, reviewed all use of force actions, and provided supervision to prison wardens during emergency situations and normal operations.

## Warden, Central Correctional Institution, South Carolina Department of Corrections

The previous largest correctional facility in South Carolina with 1800 medium/-maximum/super maximum custody inmates, 530 staff members, and an operating budget of eight (8) million dollars. Served as the chief administrator for the following areas/-activities: Directly planned, prescribed and supervised all security control and safety activities/operations, as well as, conducted announced and unannounced inspections of the institution. Interviewed, selected and evaluated employee's performance and effected other personnel actions as required. Personally responsible for all activities involving security and treatment staff, as well as, coordinated and supervised all welfare/morale services for inmates. Supervised and coordinated all activities with representatives from non-departmental agencies. Duties also involved emergency preparedness, interpreting all laws, policies, rules and regulations, compliance with court orders (conditions of confinement) and operating procedures for employees and inmates. Studied and analyzed long-range department requirements for institutions, as well as participating in litigation action involving the South Carolina Department of Corrections. Duties also included meeting with the Inmate Advisory Council and acting on recommendations received from the Inmate Grievance Committee, as well as meeting with members of the legislature on matters relating to corrections. Also was responsible for carrying out the capital punishment laws for the state of South Carolina.

## Warden, Women's Correctional Institution, South Carolina Department of Corrections

Served as the chief administrator for the following: Directly planned, prescribed and supervised all security, control and safety activities and operations, personally responded to all disturbances and emergencies, interviewed/selected and evaluated employee's performance, counseled employees, supervised and coordinated all activities of the security and treatment staff, coordinated ad supervised all welfare and morale services for female inmates including clothing, food service, mail service, visitation, medical services, religious services, educational programs and recreational programs. Supervised the implementation and executing of all laws, policies, rules, regulations and operating procedures applicable to the Women's Correctional Center. Also, studied and reviewed all available records/files on assigned inmates to evaluate their behavioral changes and rehabilitation progress. Duties included meeting with the Inmate Advisory Council as well as receiving and acting upon recommendations received from the Inmate Grievance Committee.

<u>Deputy Warden/Administration, Central Correctional Institution, South Carolina
Department of Corrections</u>

Served as the Institutional Coordinator for the following areas/activities:

Maintenance/construction, boiler room/energy, food service, employee parking, canteen services, Adjustment Committee, mail service, all security systems, transportation, pest control, criminal investigations and emergency response.

<u>Deputy Warden/Institutional Operations, Manning Correctional Institution South
Carolina Department of Corrections</u>

Served as the Institutional Coordinator for the following areas:   Youthful Offender Division, medical services, living areas, maintenance/construction, laundry services, visitation, emergency response, security, transportation, food service, commissary, administrative/punitive segregation, officer's quarters, classification teams, inmate interview/correspondence, recreation programs, energy (usage/conservation), Parole Board (prepared parole evaluations), supervision of security staff of fifty-five (55) employees, Chairman of Employee Evaluation Committee, purchasing, inmate pay and Chairman of  Adjustment Committee.   Prepared correspondence for the warden, conducted the majority of institutional investigations, coordinated all escape apprehension efforts and remained on twenty-four (24) hour call.

<u>Administrative Assistant/Institutional Operations, Manning Correctional Institution,
South Carolina Department of Corrections</u>

Responsibilities included vocational rehabilitation, alcoholics anonymous, Project Mate (Paraprofessional Counseling Program), Classification Team #2, Pastoral Care, Drug Abuse Treatment Program, Recreation Program, Occupational Safety and Health Act (O.S.H.A.), Emergency Response, Work Release Program, Education Program, tours, Employee Evaluation Committee member and inmate interviewing/correspondence.

Performed duties of deputy warden in his absence and remained on twenty- four (24) hour call at all times.

<u>Social Worker/Drug Abuse Treatment Program, Manning Correctional Institution, South
Carolina Department of Corrections</u>

Responsibilities included conducting group therapy and individualized counseling to offenders with drug problems.  Conferred with the warden and staff to integrate the Drug Abuse Program with other institutional activities. Member of the Adjustment committee and the Warden's Treatment Team.

# APPENDIX  O

Day 1

— Darlene Washington - Postal Carrier Fleming
9:30-9:45 out to deliver

open deposition →  Jennifer Zech at PO Am -unsure of time — stated facing her -stated boyfriend told her he went over the counter - Found Sally on floor
Steven Nichols Boy Friend    → Maybe 10 or so — Not sure
— Wears glasses but didn't have on —
Did not see blood, footprint or anything on counter

States arrived at PO at 10:45, stated facing away, stated he did not go over counter - changed story, said he did go over

— Linda Ashcraft   BOE Liberty Co. Bus driver (First Responder)
Stated facing towards

Dark Jogging Pants
Dark Colored
— Frank Kania  10:25-10:30 at P.O.
After getting mail →  Saw someone on a bike across railroad tracks, hooded Sweatshirt heading towards P.O., kept as person was coming over tracks, saw him walk into P.O. - Didn't respond or say anything until he received info needed notice in mail. ID'd suspect in photo line ups (Not Positive)

— Chris Bowen, Dromelay P.O.  10:30-10:35, Saw a black, slender man on a bike at front door. Dark clothing - Sitting on bike at Front door. Jogging suit, hood over head, white gloves. Came back by about 11:30.
Not 100% →  Positive ID, picture line up. Green bike (maybe)

— Deidrickson Davison, related to Morgans, Sadie Brown Aunt, Cousin of defendant. Calls defendant "Marvi" - Saw cousin hand someone mail, then use cell phone "Are you coming to get me" said he was wearing a brown sheepskin Jacket - 9:30-10:00. After phone call Def. left, then came back in 10 min. Went outside to use phone again 7-10 min. Stated he overheard Aunt on phone, saying "Marvi you didn't kill

1st RA      ✗Accused of $ 1175.00 ✗

Day 2

— Henry Reeves - PO inspector, P.O. short $1266.59, 3 MO missing—

— Faye Woods - Postmaster Patterson GA / Ex Postmaster Fleming GA

— Diane Brown (Girl Friend) Correctional office Coastal prison —
met at party in Hinesville / May 2002,
Suspended 2 weeks with pay due to arrest

→ Dec 11th Resigned
Owed (behind almost $2000) $927. Rent $175. Bankruptcy
Spent the night at Sadies house with Jason 11/29/03, left 8:00 AM
morning 11/30 - received call from Jason, asked to come get him

[131 aurel(Woods) Dr vaco Rd.]

Home Phone - 927-9170 / Cell Phone 308-8463 (Cingular) ✗AKA Diane Boggs✗

→ Went to pick him up, headed towards her house, stopped to get cigs in Chur w/
Richmond Hill—Then walked next door to Lia Store, she bought gin, he got
6 pack Schlitz—He paid for cigs, she thinks he paid for alc. Does not remember
what happened the rest of the day. He showed her 3 MO while driving
2 × $500.00, 1 + $175.00 he told her that would cover Mortgage and
Bankruptcy payments. She did not ask where they came from, he did
not offer. Mon 12/1/03 returned to Fleming. → Went to her bank, cashed $500.00 mo.
She was negative $32.00 in account, part of $500.00 went to that. Then they
went to PO on Fahm St, purchased MO for $423.08 + the other $500.00 mo
to cover rent. Arrived in Fleming pm of 12/2—Sadie gave Mira a card of
someone for him to call. The following day Mira called in the car on the way to
Tybee, on Dianes cell phone—She heard Mira say I'm not coming back right now, I'll
see you later. At that time she was aware of what happened. Dec 5 at house
the sheriff, PO inspector with dogs came by her house, stated they where there to
search her property—including vehicle—She gave consent. They searched her house,
they found and took MO receipts, a pair of Jasons blue sneakers, he was
wearing when she picked him up on 30th 6-7 hrs at the house.
→ On the phone he told them they were heading to S.C., she also told
and told in a statement that they were heading to S.C.
— Latoya Blizzard

[Jason was there]

DR.

- Katherine Supp GBI/CSI - Arrived at 1:50 11/30/02
- Mark Caponan Dec 2nd Autopsy of Gaglia
- Raymond Vorhees PO inspector/Forensic Scientist/Not recognized noticed as expert in shoe print technology/Examiner. 12/16/02 Inspected shoes
- Mathew Mueller DNA Analyst (Bode Technology Group) Qualified as expert - Jan 13th Received items - Knife, Knife, Knife, broken up bike seat, handle bars, Knife, Anglon Jacket, Swab headrest, swab middle seat, swab DRSide rear door, Passenger door, swab tool case Tested two cuttings from Jacket; Received sample of Gaglia blood — STR profiles matched. Jacket Identified as defendant's.

'0 Inspector
- John Holder 12/5/02 Inspected trailer (Browns) Found Jacket on bed with baseball cap (Same Jacket DNA samples were tested by Bode.)

th sides agree
- Stipulation ✳ Blood was item on Jacket ✳
- Jim Rushin PO Inspector 12/5/02 Inspected Diane Browns house 3:45 pm. Jason answered door. At crime scene on 11/30/02

efendant → 8:30 at P.O. went to Annie Jo Scotts house. Denied going back to PO any other time. Changed story said he stole money from cousin then went back and purchased 3 MO's 500.00/500.00/85.0. Changed story said he had a Knife and went to rob the P.O., said he went over counter and fell into Sollie stabbing her accidentally - Decided he had to kill her because she knew him. Said he threw Knife and socks along roadside. Told Diane he stole money from a friend to buy money orders. Called his mother and told her that he loved her and don't hate me, bye Mama bye.
- Henry Reeves PO Inspector - Verified missing cash $1266.59, Inspector Searched Diane Browns house 12/5/02, Found MO receipts and

Lyz shoes in master bedroom - Was present when Miranda rights were read. 12/5/02 interrogation of Mira (Tape Recorded)
- Marlo Mclendan PO Inspector/Case agent of Investigation. 10:51 AM 911 call placed



Joe Gaglia (Husband)                                                    1999-2001

— Irvin Fraser Parolle officer (Liberty Co.) 1999 Parolle officer
For "Mira" – Dui, Speeding /95 Forgery 3 counts /95 Open container and
driving w/suspended license /97 Forgery /97 Robbery 5 years in prison /97
Theft by taking (Felony), Dui, Sus. Lic. 4 yr 12 m prison Sentence/ 2000 Accusation
against: Financial Transaction Card Fraud (Felony)/ 01 parolle revoked due to parolle
violation 2000 accusation:

— Randy Garmon Sav Police, Liberty Co. Sheriffs Detective. 3/26/96 Li'l Champ
store 11:37 PM. Petra Grant, clerk at store. Servalliance Vidoe 3 Blk males.
Clinton Allen Morgan, Identified and Interview 3/28/96, hand written statement.
Identifying "Mira" and Bizzard Family member 3/29/96 picked up "Mira".
Stated she was not involved, kept denying. (Robbery)

~ Stand earlier — Darlene Washington Postal carrier Flemming PO.

— Katherine Webb– Media Specialist, Liberty Co. – Sallies sister.
Scott + Craig children, Joe Gaglia Husband.

—  Betty Cox (Retired) Sister

— David Clark, Brother Visited Sallie on 11/30/02 at P.O.

o Anything For you" — Pelum Brown "Mira's (Father) left house when Mira was 7 or 8

— Electra Andrews, Retired from Sheriffs Dept.

— Beverly Bonapart (Sister)

— Joeseph Bonapart; Brother in Law –

— John Wilcher Mayor Chatham County.

3 IQ — Linda DeJones Brodnell Institute (teacher) 84–86

bwe Average — Vannessa Parker Social Worker Liberty Co. BOE

— Patricia Morgan – Married to "Mira" brother

— Steve Murry – Mgr. McDonalds, Maintenance man for McDonalds.

(Avis) — Elder Williams–

— Pastor BT Smith –

— Jimmy Wainwright – Sub-contractor.

— Dexter Morgan 1/2 Brother

— Detective Chuck Woodall Liberty Co. Sheriffs Dept.

# APPENDIX  P

## MEMORANDUM OF INTERVIEW

CASE NO.                              :     0247-1370514 ECR (1)

PERSON INTERVIEWED                   :     Penny Banks

DATE OF INTERVIEW                    :     December 1, 2002

PLACE OF INTERVIEW                   :     Telephone at Liberty
                                           County Jail

INTERVIEWED BY                       :     H. A. Reeves
                                           Postal Inspector

On December 1, 2002, I telephoned Penny and Reese Banks at 912 884-5791. I talked with Mrs. Penny Banks in reference to what she observed on the morning of November 30, 2002, at the Fleming, GA Post Office.

Mrs. Banks stated she and her husband were going to her mother's house when they drove pass the Fleming, GA Post Office and saw a small blue car parked in front of the Post Office about 10:45 a.m. Mrs. Banks said that was all she saw and remembered about the Post Office that morning.

*H. A. Reeves*

H. A. Reeves
Postal Inspector

001593

USA SDGA

# APPENDIX Q

P.C. fr. Alfred Banks - 756-3637 cell                    12/4/02
        Pastor/Richmond Hill 667-6769 cell              10:43
        Daniel Baptist Church                          (MA)

Janie Carter - pastor's sister-in-law
    - White vehicle plus something I know
    - @ subj.'s house Sunday
      R. side - stiff - shouldered upper body
    - States "aunt told me people get v's on Fri, buy
         m.o.'s on Sat. Have lot of money"
    - Father-in-law went to Parker's store on 144
    - Police asked about vehicle (wife's) car
         w. chrysler, tinted windows
    - w/m: 35
    - history of drugs
    - @ P.D. Friday - disabled ✓
    - Dean Gregory Carter.
    - Child murdered in N.C. - not his

001603

USA SDGA

# APPENDIX R

## MEMORANDUM OF INTERVIEW

### Lead #5

| | | |
|---|---|---|
| CASE NUMBER | : | 0241-1370514 ECR(1) |
| PERSON INTERVIEWED | : | Alford Woods |
| PLACE OF INTERVIEW | : | 6842 Leroy Coffer HWY<br>Fleming, GA 31309 |
| DATE OF INTERVIEW | : | 12-01-02 |
| TIME OF INTERVIEW | : | 3:45 thru 4:16 P.M. |
| INTERVIEWED BY | : | J. Sims & J. Holder |

This interview is based on Wood's statements that he had observed a white Lincoln in the Fleming area near the time of the Fleming murder of Sally Gaglia on the morning of 11/30/02. This vehicle had been reported as being one which was strange to the community.

Mr. Woods explained that he and his daughter Rebecca were riding horses on Freedman Grove Road and were riding toward HWY 196 on the morning of 11/30/02. Approximately five to 10 minutes after hearing sirens of EMS vehicles responding to the homicide at the Fleming Post Office, he observed a white Lincoln turn from HWY 196 onto Freedman Grove Road traveling at a high rate of speed. In this car were four black males. This car and the occupants were unknown to him.

In determining the time of seeing the Lincoln, Mr. Woods said that his daughter had asked him earlier what time it was and he responded that it was 10:30 A.M. It was approximately 15 minutes later that he heard emergency emergency vehicles and that it was approximately five minutes later that he saw the white Lincoln.

J.W. Sims
U.S. Postal Inspector

J. Holder
Postal Inspector

001649

USA SDGA

# APPENDIX  S

35        12/3/02

Levi / White Lincoln } per 911 call
Bill Carter Rd

CALL CAME INTO 911

Levi DRIVES a WHITE Lincoln WAS at
Post office Saturday morning. Lives
on bill CarTER Road

001609
USA SDGA

# HISTORY ARREST/BOOKING REPORT

**Booking Date:** 06/27/1999
**Time:** 0050

**Agency ID (ORI)** GA0890000

Page 1

**Inmate #:** 15246

## PERSONAL DATA

**DEFENDANT NAME (LAST, FIRST, MIDDLE)** LECOUNTE, LEVI E

| RACE | SEX | DATE OF BIRTH | PLACE OF BIRTH |
|------|-----|---------------|----------------|
| B | M | 01/20/1955 | GA |

PHOTO ID: 6867

| AGE AT BOOKING | CURRENT AG | HEIGH | WEIGH | HAIR | EYES | SOCIAL SECURITY # |
|----------------|-----------|-------|-------|------|------|-------------------|
| 44 | 47 | 601 | 210 | BLK | BRO | 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 |

**VISIBLE SCARS AND MARKS:** BELLY,LEG,RT EAR

**SID NUMBER**

**FBI NUMBER**

**ADDRESS** 8567 E.B.COOPER HIGHWAY * RICEBORO, GA 31323

**PHONE NUMBER** 912-884-2057

**ALIAS**

**DRIVERS LICENSE NUMBER** 255026746

**STATE** GA

**LAST KNOWN EMPLOYER** M.L.JENKINGS

**ARRESTING AGENCY** LCSD - 0890000

**ARRESTING OFFICER** E. FRATICHELLI

**#** 917

**BOOKING OFFICER** M. ROWLAND

**FINGERPRINTED BY** M. ROWLAND

**OCA**

**OTN** 74331375

| ARREST DATE | TIME | LOCATION | REMARKS |
|-------------|------|----------|---------|
| 06/27/1999 | 0050 | | |

## RELEASE

| DATE | TIME | RELEASE TYPE | RELEASING OFFICER | REMARKS | TIME SERVED |
|------|------|--------------|-------------------|---------|-------------|
| 06/28/1999 | 1129 | BOND | D. MOODY | FUSSELL BONDING | 1 (days) |

| OFFENSE DATE | CNT | STATUTE | UCR | TYPE | CASE# |
|--------------|-----|---------|-----|------|-------|
| 06/26/1999 | 1 | 1(-5-21 | 1301 | FELONY | |

**WARRANT#** 50254

**CHARGE** AGGRAVATED ASSAULT.

### LOCATION

| AT/NEAR | OFFENSE | ARREST |
|---------|---------|--------|
| N | COUNTY | COUNTY |

### BOND

| TYPE | COMPANY | AMOUNT |
|------|---------|--------|
| CASH | | $2,253 |

### DISPOSITION

| DATE | SENTENCE |
|------|----------|
| | |

EAGLE2000(r) Law Enforcement Software

Tuesday December 3 2002 11:24 AM

001610

USA SDGA

**Agency ID (ORI)**
GA0890000

# HISTORY ARREST/BOOKING REPORT

**Booking Date:** 08/15/2000
**Time:** 2346

**Inmate #:** 16838

Page 1

## PERSONAL DATA

**DEFENDANT NAME (LAST, FIRST, MIDDLE)**
LECOUNTE JR, LEVI EDWARD

| RACE | SEX | DATE OF BIRTH | PLACE OF BIRTH |
|------|-----|---------------|----------------|
| B | M | 10/12/1981 | GA |

| AGE AT BOOKING | CURRENT AG | HEIGHT | WEIGHT | HAIR | EYES | SOCIAL SECURITY # |
|----------------|------------|--------|--------|------|------|-------------------|
| 18 | 21 | 605 | 173 | BLK | BRN | 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 |

**VISIBLE SCARS AND MARKS:**
SCAR ON RT ARM

**SID NUMBER**

**FBI NUMBER**

**ADDRESS**
1201 PIPKIN RD #13 * HINESVILLE, GA 31313

**PHONE NUMBER**
912-877-6254

**ALIAS**

**DRIVERS LICENSE NUMBER**
051098118

**STATE**
GA

**PHOTOID:** 11901

**LAST KNOWN EMPLOYER**

| ARRESTING AGENCY | ARRESTING OFFICER | # |
|------------------|-------------------|---|
| HPD - 0890100 | MCHUGH | 146 |

**BOOKING OFFICER**
S. ANDERSON

**FINGERPRINTED BY**
S. ANDERSON

**OCA**

**OTN**

| ARREST DATE | TIME | LOCATION | REMARKS |
|-------------|------|----------|---------|
| 08/15/2000 | 2115 | | |

## RELEASE

| DATE | TIME | RELEASE TYPE | RELEASING OFFICER | REMARKS | TIME SERVED |
|------|------|--------------|-------------------|---------|-------------|
| 08/16/2000 | 1402 | SERVED SENTENCE | L. BOYD | PER HPD | 1 (days) |

| OFFENSE DATE | NT | STATUTE | UCR | TYPE | CASE# |
|--------------|-----|---------|-----|------|-------|
| 08/15/2000 | 1 | 16-8-14 | 2303 | MISD. | |

**CHARGE**
THEFT BY SHOPLIFTING.

**WARRANT#**

### LOCATION

| AT/NEAR | OFFENSE | ARREST |
|---------|---------|--------|
| Y | CITY | CITY |

### BOND

| TYPE | COMPANY | AMOUNT |
|------|---------|--------|
| CASH | | $780 |

### DISPOSITION

| DATE | SENTENCE |
|------|----------|
| | |

EAGLE2000(r) Law Enforcement Software

Tuesday December 3 2002 11:23 AM

001611

USA SDGA

# HISTORY ARREST/BOOKING REPORT

| Agency ID (ORI) | Booking Date: | 10/09/1999 |
|---|---|---|
| GA0890000 | Time: | 1453 |

Page 1

Inmate #: 13120

| DEFENDANT NAME (LAST, FIRST, MIDDLE) | RACE | SEX | DATE OF BIRTH | PLACE OF BIRTH |
|---|---|---|---|---|
| WALTHOUR, LEVI JR | B | M | 09/18/1959 | GA |

| AGE AT BOOKING | CURRENT AG | HEIGHT | WEIGHT | HAIR | EYES | SOCIAL SECURITY # |
|---|---|---|---|---|---|---|
| 40 | 43 | 509 | 155 | BLK | BRO | 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 |

VISIBLE SCARS AND MARKS: TATTOO LT ARM; SCAR ON MOUTH

SID NUMBER | FBI NUMBER

ADDRESS: 882 LEWIS FRAZIER RD * MIDWAY, GA 31320

PHONE NUMBER: 912-884-7306

ALIAS: SUNNY

DRIVERS LICENSE NUMBER | STATE

PHOTOID: 7647

LAST KNOWN EMPLOYER: GARY LINEAR

ARRESTING AGENCY: LCSD - 0890000

ARRESTING OFFICER: L. PITTMAN | # 951

BOOKING OFFICER: D. MOODY

FINGERPRINTED BY: D. MOODY

OCA

OTN: 74327481

| ARREST DATE | TIME | LOCATION | REMARKS |
|---|---|---|---|
| 10/09/1999 | 0700 | LIBERTY | |

| DATE | TIME | RELEASE TYPE | RELEASING OFFICER | REMARKS | TIME SERVED |
|---|---|---|---|---|---|
| 10/10/2000 | 1425 | BOND | L. BOYD | FUSSELL BOND | 367 (days) |

| OFFENSE DAT | ENT | STATUTE | UCR | TYPE | CASE# |
|---|---|---|---|---|---|
| 10/09/1999 | 1 | 16-5-24 | 1304 | FELONY | WARRANT# 52373 |

CHARGE: AGGRAVATED BATTERY.

| AT/NEAR | OFFENSE | ARREST |
|---|---|---|
| Y | COUNTY | COUNTY |

| TYPE | COMPANY | AMOUNT |
|---|---|---|
| | | |

| DATE | SENTENCE |
|---|---|
| | NO BILL PER GRAND JURY |

| OFFENSE DAT | ENT | STATUTE | UCR | TYPE | CASE# |
|---|---|---|---|---|---|
| 10/09/1999 | 1 | 16-7-1 | 2299 | FELONY | WARRANT# 52370 |

CHARGE: BURGLARY.

| AT/NEAR | OFFENSE | ARREST |
|---|---|---|
| Y | COUNTY | COUNTY |

| TYPE | COMPANY | AMOUNT |
|---|---|---|
| CASH | | $4,453 |

| DATE | SENTENCE |
|---|---|
| 05/01/2000 | |

EAGLE2000(r) Law Enforcement Software

Tuesday December 3 2002 11:21 AM

001612
USA SDGA

# APPENDIX  Q

P.C. fra Alfred Banks - 756-3637 cell          12/4/02
        Pastor / Richmond Hill tab 667-6769 cell      10:93
        Daniel Baptist Church              (MA)

Janie Carter - pastor's sister-in-law
— White vehicle plus something I know
— @ subj's house Sunday
    R. side - stiff - shouldered upper body
— States "aunt told me people get ✓'s on Fri, buy
        m.o.'s on Sat. Have lot of money"
— Father-in-law went to Parker's store on 144
— Police asked about vehicle (wife's) car
        w. chrysler, tinted windows
— w/m: 35
— history of drugs
— @ P.O. Friday - disabled ✓
— Dean Gregory Carter.
— Child murdered in N.C. - not his

001603

USA SDGA

# APPENDIX R

## MEMORANDUM OF INTERVIEW

### Lead #5

CASE NUMBER : 0241-1370514 ECR(1)

PERSON INTERVIEWED : Alford Woods

PLACE OF INTERVIEW : 6842 Leroy Coffer HWY
Fleming, GA 31309

DATE OF INTERVIEW : 12-01-02

TIME OF INTERVIEW : 3:45 thru 4:16 P.M.

INTERVIEWED BY : J. Sims & J. Holder

---

This interview is based on Wood's statements that he had observed a white Lincoln in the Fleming area near the time of the Fleming murder of Sally Gaglia on the morning of 11/30/02. This vehicle had been reported as being one which was strange to the community.

Mr. Woods explained that he and his daughter Rebecca were riding horses on Freedman Grove Road and were riding toward HWY 196 on the morning of 11/30/02. Approximately five to 10 minutes after hearing sirens of EMS vehicles responding to the homicide at the Fleming Post Office, he observed a white Lincoln turn from HWY 196 onto Freedman Grove Road traveling at a high rate of speed. In this car were four black males. This car and the occupants were unknown to him.

In determining the time of seeing the Lincoln, Mr. Woods said that his daughter had asked him earlier what time it was and he responded that it was 10:30 A.M. It was approximately 15 minutes later that he heard emergency emergency vehicles and that it was approximately five minutes later that he saw the white Lincoln.

J.W. Sims
U.S. Postal Inspector

J. Holder
Postal Inspector

0071649

USA SDGA

# APPENDIX  S

35        12/3/02

Levi / White Lincoln ⎫ per 911 call
Bill Carter Rd      ⎭

CALL CAME INTO 911

LEVI DRIVES a WHITE LINCOLN WAS AT POST OFFICE Saturday Morning, Lives ON bill CARTER Road

001609
USA SDGA

# HISTORY ARREST/BOOKING REPORT

**Agency ID (ORI)**
GA0890000

**Booking Date:** 06/27/1999
**Time:** 0050

Page 1

**Inmate #:** 15246

## PERSONAL DATA

**DEFENDANT NAME (LAST, FIRST, MIDDLE)**
LECOUNTE, LEVI E

| RACE | SEX | DATE OF BIRTH | PLACE OF BIRTH |
|---|---|---|---|
| B | M | 01/20/1955 | GA |

| AGE AT BOOKING | CURRENT AG | HEIGHT | WEIGH | HAIR | EYES | SOCIAL SECURITY # |
|---|---|---|---|---|---|---|
| 44 | 47 | 601 | 210 | BLK | BRO | 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 |

**VISIBLE SCARS AND MARKS:** BELLY,LEG,RT EAR

**SID NUMBER**

**FBI NUMBER**

**ADDRESS** 8567 E.B.COOPER HIGHWAY * RICEBORO, GA 31323

**PHONE NUMBER** 912-884-2057

**ALIAS**

**DRIVERS LICENSE NUMBER** 255026746   **STATE** GA

**PHOTOID:** 6867

**LAST KNOWN EMPLOYER**
M.L.JENKINGS

**ARRESTING AGENCY**
LCSD - 3890000

**ARRESTING OFFICER**
E. FRATICHELLI   **#** 917

**BOOKING OFFICER**
M. ROWLAND

**FINGERPRINTED BY**
M. ROWLAND

**OCA**

**OTN**
74331375

| ARREST DATE | TIME | LOCATION | REMARKS |
|---|---|---|---|
| 06/27/1999 | 0050 | | |

## RELEASE

| DATE | TIME | RELEASE TYPE | RELEASING OFFICER | REMARKS | TIME SERVED |
|---|---|---|---|---|---|
| 06/28/1999 | 1129 | BOND | D. MOODY | FUSSELL BONDING | 1 (days) |

| OFFENSE DAT | CNT | STATUTE | UCR | TYPE | CASE# |
|---|---|---|---|---|---|
| 06/26/1999 | 1 | 1t-5-21 | 1301 | FELONY | |

**WARRANT#** 50254

**CHARGE**
AGGRAVATED ASSAULT.

## LOCATION

| AT/NEAR | OFFENSE | ARREST |
|---|---|---|
| N | COUNTY | COUNTY |

## BOND

| TYPE | COMPANY | AMOUNT |
|---|---|---|
| CASH | | $2,253 |

## DISPOSITION

| DATE | SENTENCE |
|---|---|
| | |

EAGLE2000(r) Law Enforcement Software

Tuesday December 3 2002 11:24 AM

001610

USA SDGA

# HISTORY ARREST/BOOKING REPORT

| Agency ID (ORI) | | Booking Date: | 08/15/2000 |
|---|---|---|---|
| GA0890000 | | Time: | 2346 |

**Inmate #:** 16838

Page 1

## PERSONAL DATA

| DEFENDANT NAME (LAST, FIRST, MIDDLE) | RACE | SEX | DATE OF BIRTH | PLACE OF BIRTH |
|---|---|---|---|---|
| LECOUNTE JR, LEVI EDWARD | B | M | 10/12/1981 | GA |

PHOTOID: 11901

| | AGE AT BOOKING | CURRENT AG | HEIGHT | WEIGHT | HAIR | EYES | SOCIAL SECURITY # |
|---|---|---|---|---|---|---|---|
| | 18 | 21 | 505 | 173 | BLK | BRN | 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 |

| VISIBLE SCARS AND MARKS: | SID NUMBER | FBI NUMBER |
|---|---|---|
| SCAR ON RT ARM | | |

| ADDRESS | PHONE NUMBER |
|---|---|
| 1201 PIPKIN RD #13 * HINESVILLE, GA 31313 | 912-877-6254 |

| ALIAS | DRIVERS LICENSE NUMBER | STATE |
|---|---|---|
| | 051098118 | GA |

| LAST KNOWN EMPLOYER | ARRESTING AGENCY | ARRESTING OFFICER | # |
|---|---|---|---|
| | HPD - 0690100 | MCHUGH | 146 |

| BOOKING OFFICER | FINGERPRINTED BY | OCA | OTN |
|---|---|---|---|
| S. ANDERSON | S. ANDERSON | | |

| ARREST DATE | TIME | LOCATION | REMARKS |
|---|---|---|---|
| 08/15/2000 | 2115 | | |

## RELEASE

| DATE | TIME | RELEASE TYPE | RELEASING OFFICER | REMARKS | TIME SERVED |
|---|---|---|---|---|---|
| 08/16/2000 | 1402 | SERVED SENTENCE | L. BOYD | PER HPD | 1 (days) |

| OFFENSE DATE | CNT | STATUTE | UCR | TYPE | CASE# |
|---|---|---|---|---|---|
| 08/15/2000 | 1 | 16-8-14 | 2303 | MISD. | |

| CHARGE | WARRANT# |
|---|---|
| THEFT BY SHOPLIFTING. | |

### LOCATION

| AT/NEAR | OFFENSE | ARREST |
|---|---|---|
| Y | CITY | CITY |

### BOND

| TYPE | COMPANY | AMOUNT |
|---|---|---|
| CASH | | $780 |

### DISPOSITION

| DATE | SENTENCE |
|---|---|
| | |

EAGLE2000(r) Law Enforcement Software

Tuesday December 3 2002 11:23 AM

001611

USA SDGA

# HISTORY ARREST/BOOKING REPORT

Booking Date: 10/09/1999
Time: 1453

Agency ID (ORI): GA0890000

Page 1

Inmate #: 13120

**DEFENDANT NAME (LAST, FIRST, MIDDLE):** WALTHOUR, LEVI JR
RACE: B  SEX: M  DATE OF BIRTH: 09/18/1959  PLACE OF BIRTH: GA

AGE AT BOOKING: 40  CURRENT AG: 43  HEIGHT: 509  WEIGHT: 155  HAIR: BLK  EYES: BRO
SOCIAL SECURITY #: 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

VISIBLE SCARS AND MARKS: TATTOO LT ARM; SCAR ON MOUTH
SID NUMBER:  FBI NUMBER:

ADDRESS: 882 LEWIS FRAZIER RD - MIDWAY, GA 31320
PHONE NUMBER: 912-884-7306

ALIAS: SUNNY
DRIVERS LICENSE NUMBER:  STATE:

PHOTOID: 7647

LAST KNOWN EMPLOYER: GARY LINEAR
ARRESTING AGENCY: LCSD - 0890000
ARRESTING OFFICER: L. PITTMAN  #: 951

BOOKING OFFICER: D. MOODY
FINGERPRINTED BY: D. MOODY
OCA:  OTN: 74327481

ARREST DATE: 10/09/1999  TIME: 0700  LOCATION: LIBERTY  REMARKS:

**RELEASE**
DATE: 10/10/2000  TIME: 1425  RELEASE TYPE: BOND  RELEASING OFFICER: L. BOYD  REMARKS: FUSSELL BOND  TIME SERVED: 367 (days)

**CHARGE 1**
OFFENSE DATE: 10/09/1999  CNT: 1  STATUTE: 16-5-24  UCR: 1304  TYPE: FELONY  CASE#:  WARRANT#: 52373
CHARGE: AGGRAVATED BATTERY.
AT/NEAR: Y  OFFENSE: COUNTY  ARREST: COUNTY
BOND TYPE:  COMPANY:  AMOUNT:
DISPOSITION DATE:  SENTENCE: NO BILL PER GRAND JURY

**CHARGE 2**
OFFENSE DATE: 10/09/1999  CNT: 1  STATUTE: 16-7-1  UCR: 2299  TYPE: FELONY  CASE#:  WARRANT#: 52370
CHARGE: BURGLARY.
AT/NEAR: Y  OFFENSE: COUNTY  ARREST: COUNTY
BOND TYPE: CASH  COMPANY:  AMOUNT: $4,453
DISPOSITION DATE: 05/01/2000  SENTENCE:

EAGLE2000(r) Law Enforcement Software

Tuesday December 3 2002 11:21 AM

001612
USA SDGA