FILED
U.S. DISTRICT COURT
SAV.

2008 JAN 30 PM 3: 58

CLERK  E. Bacon
SO. DIST. OF GA.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

### APPLICATION FOR LEAVE OF ABSENCE

TO:    The Honorable Avant Edenfield
        The Honorable William T. Moore
        The Honorable G.R. Smith

COMES NOW G. TERRY JACKSON, licensed attorney practicing in this Court, and applies to the Court for a leave of absence **April 28th through May 16th; June 16th through June 20th; June 30th through July 8th; September 8th through September 12th; December 22nd, 2008 through January 2nd, 2009** inclusive. The reason for the requested leave of absence is that Applicant will be on personal vacation.

Applicant shows that he is involved in the following cases for which protection is sought:

### CASES PENDING

Case:              U.S.A. vs. Sean Daniel Milton
Case No:         CR408-04
Judge:           Hon. Moore
Opposing Counsel:   Cameron Ippolito, AUSA

Case:              Peter Brown vs. Michael Chertoff, et al.
Case No:         CV406-002
Judge:           Hon. Endenfield
Opposing Counsel:   Melissa Mundell, AUSA
Co-Counsel:       David Colapinto

| | |
|---|---|
| Case: | Bryan Lee Totten vs. Tydus Meadows |
| | Entered as Local Counsel |
| Case No: | CV406-115 |
| Judge: | Hon. G.R. Smith |
| Opposing Counsel: | Jay C. Fisher, AAG |
| | Paula Smith, AAG |
| Counsel: | Linda Sheffield (admitted Pro Hac Vice) |
| | |
| Case: | Meier Jason Brown vs. U.S.A. ✓ |
| | Entered as Local Counsel |
| Case No: | 4-07-CV-00085 |
| Judge: | Hon. A. Edenfield |
| Opposing Counsel: | Amy Lee Copeland, AUSA |

Pursuant to Local Rule 83.9 of the Southern District Court of Georgia, all counsel have been notified of this request. Applicant certifies that a copy of this notice is being mailed to the other attorneys of record listed above.

WHEREFORE, Applicant asks the Court to grant the requested leave.

This 20th day of January, 2008.

JACKSON AND SCHIAVONE

BY: _____
G. TERRY JACKSON
STATE BAR NO. 386600

Jackson and Schiavone
P.O. Box 8876
Savannah, Georgia  31412
(912) 232-2646