UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CASE NO. 4-07-CV-00085 |
| | ) | |
| VS. | ) | |
| | ) | |
| JASON MEIER BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING LEAVE OF ABSENCE

The application of G. TERRY JACKSON for leave of absence for the period from **April 28th through May 16th; June 16th through June 20th; June 30th through July 8th; September 8th through September 12th; December 22nd, 2008 through January 2nd, 2009** inclusive, having been considered, it is hereby,

ORDERED that said attorney is hereby granted a leave of absence for said period.

This _____ day of _____, 2008.

_____
HON. B. AVANT EDENFIELD
JUDGE OF U. S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION