# APPENDIX  E



**U.S. Department of Justice**

*United States Attorney*
*Southern District of Georgia*

---

*Post Office Box 8970*
*Savannah, GA 31412*
*(912) 652-4422*

*100 Bull Street*
*Savannah, GA 31401*
*FAX (912) 652-4388*

October 20, 2003

William G. Bell, III, Esq.
420 West Broughton Street
Savannah, GA   31401

Richard M. Darden, Esq.
Darden, Burns & Harris, LLP
219 West York Street
Savannah, GA   31401

Re: *US v Brown, CR NO. 403-01*

Dear Mr. Bell:

Pursuant to Fed. R. Crim. P. 16, enclosed please find the following materials:

**Bates Stamp documents**
**USAO Number 01748 - 1813**
**(Inspection Service Report Background Investigation of**
**Meier Jason Brown)**

I am aware of the government's continuing duty to disclose discoverable materials and will do so as I receive them. Finally, please be advised that the government hereby requests any materials discoverable pursuant to Fed. R. Crim. P. 16(b).

If you have any questions, please do not hesitate to contact me.

Sincerely,

RICHARD S. THOMPSON
UNITED STATES ATTORNEY

By:

William Frentzen
Assistant United States Attorney

Encl