APPENDIX F

**AFFIDAVIT OF SARA FLYNN, MSW**

State of Florida
County of Duval

Comes now the undersigned who makes the following statement, under oath, and before the undersigned Notary Public who is authorized by law to hear and accept oaths and based upon his/her own personal knowledge of the facts averred herein states as follows:

1. My name is Sara Flynn. My post office address is 5513 Roosevelt Blvd., #204, Jacksonville, FL 32244. In 1991, I received a Bachelor of Science degree in Psychology from the University of North Carolina at Chapel Hill, where I graduated Summa Cum Laude, Phi Beta Kappa. In 1998, I completed a Master's degree in Social Work from the University of North Carolina at Chapel Hill.

2. I have been working as a Mitigation Specialist since 1997. I was a Mitigation Specialist on staff at The Center for Death Penalty Litigation in Durham, NC, from August, 1997, to July, 2003. My tasks included: (1) locating and interviewing witnesses including mitigation witnesses, victims' family members, guilt phase witnesses and jurors; 2) writing thorough interview summaries; (3) gathering and digesting records; (4) preparing useful chronologies, social histories and other summary documents for attorneys, experts and/or use as exhibits; (5) recruiting and working with appointed defense team experts; (6) securing affidavits; (7) organizing and maintaining contact information of potential witnesses; (8) working with clients and responding to their individual needs; (9) preparing witnesses to testify at trials and hearings; (10) assisting with jury selection; (11) expert trial testimony; and (12) travel, including overnight out-of-state travel, several days at a time.

3. Since July 2003, I have contracted privately on capital cases in NC, GA, AL, FL, LA, TN, and in several federal cases as well. I have contracted as a Mitigation Consultant with the Office of the Public Defender in Jacksonville, FL and the Public Defender's Office in Tampa, FL. I have testified at trials in state and federal courts. I have also assisted in pre-sentencing mitigation investigations in non-capital murder, rape, kidnapping and drug-related cases in state and federal courts. In total, I have been appointed or consulted on over 100 cases (the majority of which were capital cases) in the last ten years (please see case list, attached).

4. Jeffrey Ertel, post-conviction attorney for Meier Jason Brown, asked me to perform the function of mitigation specialist in Mr. Brown's case and to investigate and document his background and social history. To that end, I have obtained copies of socially historical records; I have interviewed numerous witnesses; and I have visited the Morgan compound on numerous occasions. I have conducted and am conducting the sort of investigation that leads to collateral sources of information relevant to mitigation and often sought out by mental health experts in order to evaluate a patient.

5. I have read the 2255 motion prepared by Mr. Ertel. I assisted in preparing the social history that is contained therein, based upon my own investigation. That social history is accurate to the best of my knowledge.

6. I have also recorded a video of the Morgan compound and provided it to Mr. Ertel.

Further affiant sayeth not.

Sara Flynn, MSW.

Sworn to and subscribed before me this the ___21 day of January, 2008.

NOTARY PUBLIC

My commission expires:

RICHARD L HILL
Notary Public - State of Florida
My Commission Expires Jun 6, 2008
Commission # DD326240
Bonded By National Notary Assn.