# APPENDIX  G

# FEDERAL DEFENDER PROGRAM, INC.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

SUITE 1700, THE EQUITABLE BUILDING
100 PEACHTREE STREET N.W.
ATLANTA, GEORGIA 30303

STEPHANIE KEARNS
EXECUTIVE DIRECTOR

TELEPHONE
404 688-7530
800 688-7538
FAX
404 688-0768

January 22, 2008

Mr. Scott L. Poff, Clerk of Court
United States District Court for the
  Southern District of Georgia
125 Bull Street, Room 304
Savannah, GA 31401

Re: *Meier Jason Brown v. United States*, 4-07-cv-85

Dear Mr. Poff:

This letter is to inform the Court that Appendix G as attached to Mr. Brown's Motion to Vacate or Set Aside Pursuant to 28 U.S.C. §2255, is a video contained on a DVD that could not be electronically filed. As such, I am overnighting the DVD which should be added to the Court record as Appendix G.

Thank you for your cooperation in this matter.

Yours very truly,

Jeffrey L. Ertel
Attorney for Mr. Brown

enc.