# APPENDIX I-1

```
   Maintain        Reports        Utilities        Quit
IMMMMMMMMMMMMMMMMMMMMMM  I D S   5 9 0   F O R M S   MMMMMMMMMMMMMMMMMMMMMMMM:1
.:(10)Case Action Type  3 CLOSE                  ZDDDDDDTCM InfoDDDDDDD?:1
.:(4) Case Number       014188 00               3Medicaid # 450221288P3:1
.:(11)Primary Service   03                       3                    3:1
.:                                               @DDDDDDDDDDDDDDDDDDDDDY:1
.:(2) CaseLoad:         P05                                           :1
.:                          . Last         First       MI             :1
.:(3) Primary Client:   BIZZARD           MARY                        :1
.:   (3a)  Address:     RT 2 BOX 2M                                   :1
.:   (3b)  City:        MIDWAY              (3c)State: GA  (3d)Zip:31320 :1
.:   (5)   Birthdate:   09/05/1956 (6) Sex: 2       (7) Ethnicity: 1  :1
.:   (8)   SSN          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                                   :1
.:DDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDD:1
.:(12) Date Re-Evaluation Is Due:    /  /     (9) Case Action Date: 07/20/1994 :1
.:DDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDD:1
.:(13)Legal Status:  0                    (16)  Special Characteristics  :1
.:(14)Permancy Plan: 0                     1                          :1
.:(15)Type Placement:00                    2                          :1
.:       ZDDDDDDDDDDDDDDDDDDDDDDDDDDD?     3                          :1
.:       3 .    OK   / < CANCEL  > 3       4                          :1
.:       @DDDDDDDDDDDDDDDDDDDDDDDDDDDY     5                          :1
HMMMMMMMMMMM <F7> to Enter Medicaid Info, <Ctrl>+<Enter> When Done   MMMMMMMMMM<1
11111111111111111111111111111111111111111111111111111111111111111111111111111111
```



ReGenesis® recycled paper

Moore® Speediset MCP® 0303

# GEORGIA DEPARTMENT OF HUMAN RESOURCES
## Division of Family & Children Services
## INTERIM DATA SYSTEM

1. COUNTY `0 8 9`          DATE Feb 2, 1995

2. CASELOAD `P 0 5`    CASELOAD NAME M. Holtcclaw

3. PRIMARY CLIENT          Last                    First              MI

`B I Z Z A R D` . `M A R Y`

3a. ADDRESS

`R T  2 M  B 0 X 2`

3b. CITY `M I D W A Y`       3c. STATE `G A`    3d. ZIP `3 1 3 2 0`

4. CASE NUMBER `0 1 4 1 8 8` `0 0`    5. Birthdate 09/05/1956    6. Sex `2`  (1) Male
(2) Female

7. Ethnicity `1`          8. Social Security # `2 5 7` – `9 4` – `2 5 1 5`

(1) Black        (4) Asian                (7) Other
(2) White        (5) American Indian/Alaskan Native
(3) Hispanic     (6) Mixed

9. CASE ACTION DATE 07/20/1994    10. CASE ACTION TYPE `3`  (1) Initial    (4) CPS Screened Out
(2) Change    (5) Delete
(3) Close

11. PRIMARY SERVICE `0 3`

(01) PLC (Complete 13, 14, 15, 16)          (08) Foster Home Approved Status (Enter reevaluation date in 12)
(02) CPS Report Screened Out                (09) Adoptive Home Study in Progress
(03) CPS Report Accepted for Service/Active Case   (10) Adoptive Home Approved Status (Enter update due date in 12.)
(04) APS Report Accepted for Service/Active Case   (11) Independent Adoption Home Study
(05) Placement Services for Adults          (12) Step-Parent Adoption Home Study
(06) Preventive Services                    (13) Court Ordered Study other than Ind/Step- Parent
(07) Foster Home Study in progress          (14) OTI - Other County
(15) OTI/ICPC - Other State

12. Date Home Reevaluation/Update Due    ____/____/_____

13. Legal Status `   `  (1) Temporary Court    (3) Permanent Court    (5) Aftercare/Placement Supervision
(2) Temporary Voluntary    (4) Permanent Voluntary

14. Permanency Plan `   `  (1) Birth Family/Guardian    (3) Adoption
(2) Emancipation to Independent Living    (4) Emancipation to Protective Environment

15. Type PLC `   `

(01) Parent                    (06) Group Home                (11) ICPC - Foster Home        (16) Boarding County
(02) Relative Home             (07) Adoptive Home             (12) Hospital                  (17) Placement Services
(03) Relative Foster Home      (08) Specialized Foster Home   (13) Runaway                       to Parents
(04) Family Foster Home/ Emergency Shelter Home   (09) Child Care Institution    (14) YDC/RYDC
(05)                           (10) ICPC - Relative Home      (15) Other

16. Special Characteristics (List all that apply)    `  ` , `  ` , `  ` , `  ` , `  `

(0) None                            (5) Diagnosed Mentally Ill
(1) Diagnosed Mild Mentally Retarded   (6) Emotional/Behavior Manifestation

CPS INTAKE/REFERRALS

NAME:  BIZZARD, Mary                    DATE OF REFERRAL:7/19/94

STREET:  Rt 2 Box 2M                              PHONE:   884-5244

CITY:  Midway              MILITARY:  no      NUMBER:   089-14188


TYPE OF PROBLEM:  neglect              TIME FRAME:  7/22/94

DATE OF IDS:              DATE OF 431:            TIMELY:

WORKER:  M. Holtzclaw                  DATE ASSIGNED:  7/19/94

DATE CLOSED:                    DATE OF FIRST CONTACT:

Georgia Department of Human Resources
## BASIC INFORMATION WORKSHEET

DATE REFERRED _____

DATE COMPLETED _____

CASE NO. _____

COUNTY _Liberty_

### PART A. CASE INFORMATION

CASE NAME: _____

(Surname)        (Man's first name, M.I.)        (Woman's first name, M.I.)

| DATE | ADDRESS AND DIRECTIONS FOR REACHING HOME | TELEPHONE NUMBER(S) |
|---|---|---|
| | RT 2 Box M Midway, Ga 31320 | 884-5094 |

### PART B. CLIENT INFORMATION

#### ADULT(S)

| Surname, First Name - Middle/Maiden Name | Ethn. | Date of Birth | Social Security No. | Medicaid No. | Educ. | Date Out |
|---|---|---|---|---|---|---|
| Bizzard, Carl Sr. (Male) | B | 5/15/54 | died in car accident | | | DEad |
| Bizzard (Female) | B | 9/5/56 | 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 | | 12th GED | |

#### CHILD(REN)

| Surname, First Name - Middle | Sex/Ethn. | Date of Birth | Social Security No. | Medicaid No. | Educ. | Date Out |
|---|---|---|---|---|---|---|
| Bizzard, Aliesah | B/F | 5/3/98 | (baby of Latoya.) | | | |
| " D. Antonio | B/M | 7/8/74 | 17 | Richmond Hill | 11th | |
| " Latoya | B/F | 10/10/76 | 15 | Liberty middle H.s. | 8th | |
| " Robert | B/M | 1/24/79 | 12 | Liberty " | " 7th | |
| " J. Keon | B/M | 8/8/82 | | Liberty Elem | 5th | |

### PART C. OTHER HOUSEHOLD MEMBER(S)

| Surname, First Name - Middle Initial | Sex/Ethn. | Date of Birth | Social Security No. | Relationship to Family/Remarks | Date Out |
|---|---|---|---|---|---|
| Brail, Leon Robert | M B | 1-6-61 | | | |

## *PART D. MARRIAGES

| Name | Name of Spouse | Date of Marriage | Date Separated | Date Divorced | Date Deceased | Social Security Number of Spouse (If out of home) |
|---|---|---|---|---|---|---|
| Bizzard | | 1/77 | | | 83 | |
| | | | | | | |
| | | | | | | |

## *PART E. ABSENT PARENT(S)

| Surname, First Name - Middle Initial | Sex/Ethn. | Date of Birth | Social Security No. | Related To (Name & No.) | Last Known Address and/or Remarks |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

## PART F. SIGNIFICANT OTHERS NOT IN HOUSEHOLD

| Surname, First Name - Middle Initial | Address, City, State, Zip | Relationship | Remarks (include phone no.) |
|---|---|---|---|
| Morgan, Bernice | P. O. Box 221 Fleming, Ga | friend | 884-5244 |
| Willie Bell Wms | Sequoia St Hinesville, Ga | Sister | 368-8609 |

## *PART G. EMPLOYMENT RECORD OF CLIENT (S)

| Surname, First Name - Middle Initial | Employer's Name and Address | Gross Month Wages | Date of Employment From (Mo. - Yr.) To (Mo. - Yr.) |
|---|---|---|---|
| Bizzard, Mary | Cracker Barrell Food prep | 5.0 hr 40 hrs a wk | June 92 - |
| | Holiday Inn Laundry | 4.45 hr | 3 yrs |

## PART H. OTHER CLIENT INFORMATION

SS 222.00 a mo.
ea. person
ea month.

*Read Instructions Carefully Before Completing

Form 452 (Rev. 7-83)

PAGE NO. _____

CASE NAME: BIZZARD, Macey    CASE ID NO.: _____

| Date<br>Staff Member<br>Type Contact/Activity | Individual(s) Contacted, Purpose, Content, and/or Results of Contact | |
|---|---|---|
| of Initial TCM | TCM Provided To: Keon Bizzard | |
| Contact: 20 July 94 | Name of Contact: Keon Bizzard | |
| man | Service They Provided: Crisis Intervention | |
| Type of Contact: | Place of Service: Client's residence. | |
| C | Purpose of Contact: — CPS intake | |
| V | report - investigation | |
| V Unann. | | |
| V | | |
| her | Significant information or observation and an | |
| | assessment of the progress on the Case Plan | |
| | goals: CW arrived at approx 1:30 pm. | |
| | CW found Keon to be at home | |
| | alone. Keon stated that his mother | |
| | was in Savannah, living with | |
| | her boyfriend. Keon stated that | |
| | his 17 yr. old sister, Lataya, | |
| | lives in Richmond Hill occassionally, (over) | |
| | The result of contact and plan for the next | |
| | contact: | |

Type Contact/Activity
Staff Member
Date

Individual(s) Contacted, Purpose, Content, and/or Results of Contact

CASE NAME:

CASE ID NO.:

PAGE NO.

CONTACT SHEET
Georgia Department of Human Resources

CONTACT SHEET

PAGE NO. _____

Form 452 (Rev. 7-83)

CASE NAME: Bizzard                    CASE ID NO.: _____

| Date<br>Staff Member<br>Type Contact/Activity | Individual(s) Contacted, Purpose, Content, and/or Results of Contact | |
|---|---|---|
| Cont. | his 21 yr old brother will stop by. CW asked Keon about his step father. Keon stated that he moved out, but came back, did not know where he was at the present or when to expect him back. Keon stated that he spent most of his time at Eugene Bird's house (2 houses down) playing with their 12 yr. old son. Usually comes home from summer school cooks/fixes himself something to eat and than he goes over to the Bird's house. NOTE: CW observed Keon riding his bike from the Bird's house to the Bizzard house. Keon was very friendly + polite towards the CW. invited CW inside. House was very messy + dirty. Had a strong offensive odor. CW could not determine exactly what the odor was. | |

CONTACT SHEET

PAGE NO.

CASE ID NO.:

CASE NAME:

Date
Staff Member
Type Contact/Activity

Individual(s) Contacted, Purpose, Content, and/or Results of Contact

Georgia Department of Human Resources
## CONTACT SHEET

PAGE NO. _____

CASE NAME: Bizzard, Mary          CASE ID NO.:_____

| Date / Staff Member / Type Contact/Activity | Individual(s) Contacted, Purpose, Content, and/or Results of Contact | |
|---|---|---|
| 7-20-94 | CW travelled to next house and spoke w/ 17 yr. old boy sitting on the porch. Did not know anything about the family. Gave CW little to no information. CW felt as if the 17 yr. old was being very guarded & not giving info | |
| 7-20-94 | CW went to 3rd house where she had just watched Keon come from. CW rang doorbell several times and also knocked. No one came to answer the door. | |
| 7-20-94 Sup/Cons. Mott | CW spoke w/ Super. D. Sawyer. presented info. Super. instructed CW to obtain EPO & remove the child. | |
| 7-20-94 Col. T/C Mott | CW called Nancy Rogers, Deys and requested an EPO. | |

**CONTACT SHEET**

PAGE NO. _____

Form 452 (Rev. 7-83)

CASE NAME: _____    CASE ID NO.: _____

| Date<br>Staff Member<br>Type Contact/Activity | Individual(s) Contacted, Purpose, Content, and/or Results of Contact | |
|---|---|---|
| 7·20·94<br>TIC | CW made TIC to Sherrif. + requested an escort. | |
| 7-20-94 | CW rec TIC from Sher. dept. instructed to meet Dept. at Suffy market in midway on the corner of 84 and 17. | |
| 7·20·94<br>uncim HV<br>maH | CW met dept. Sherrif + travelled to the Bizzard home. Keon not at home. Neighbors from the 2ND house asked who CW was and what did she want. CW intoduced self + asked if they knew where Keon was. Woman asked why CW wanted to know. Dept. Sher. explained to woman that unless she was related this was none of her concern. Woman was not related to Keon. | |

CONTACT SHEET

PAGE NO. _____

CASE ID NO.: _____

CASE NAME: _____

| Date<br>Staff Member<br>Type Contact/Activity | Individual(s) Contacted, Purpose, Content, and/or Results of Contact | |

Georgia Department of Human Resources

Georgia Department of Human Resources
**CONTACT SHEET**

PAGE NO. _____

CASE NAME: Bizzard, Mary _____    CASE ID NO.: _____

| Date<br>Staff Member<br>Type Contact/Activity | Individual(s) Contacted, Purpose, Content, and/or Results of Contact | |
|---|---|---|
| Cont. – | CW + Dep. Sheriff. traveled to the 3rd house (Bird's) and spoke w/ mo. Bird. Keon was at the house. CW exp. situation to Keon and he packed a few items of clothing.<br>CW + Keon traveled to DFCS office + met w/ mo. Osborne – foster parent. | |
| 7-21-94<br>col.<br>mah | Court date: Sup. Debra Sawyer represented CW. CW was in training. Super CW exp. to ct. that Keon was allowed to go home – mother showed up in court. ordered by the judge to return to Hinesville area (midway) and take care of Keon and make sure that he continues to go to summer school. | |
| 7-21-94<br>f.f. cv<br>mah | CW met briefly w/ mo. Bizzard and her boyfriend James Morton. | |

**CONTACT SHEET**

PAGE NO. _____

Form 452 (Rev. 7-83)

CASE NAME: _____    CASE ID NO.: _____

| Date<br>Staff Member<br>Type Contact/Activity | Individual(s) Contacted, Purpose, Content, and/or Results of Contact | |
|---|---|---|
| Cont – | Cu. out appt for home visit on monday 26 July to Complete the initial assess-ment. | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

CONTACT SHEET
Georgia Department of Human Resources

PAGE NO. _____

CASE ID NO.: _____    CASE NAME: _____

Individual(s) Contacted, Purpose, Content, and/or Results of Contact

Date
Staff Member
Type Contact/Activity

CONTACT LOG

PAGE NO. _____

ᵢE NAME: Bizzard, Mary.  _____  CASE ID NO.: _____

| ate<br>taff Member<br>ype Contact/Activity | Individual(s) Contacted, Purpose, Content, and/or Results of Contact | | |
|---|---|---|---|
| | NAMES OF CHILDREN: | AGE | DOB |
| -25-94 | A. Keon Bizzard | 11 yr | |
| mn. H.V. | B. Latoya Bizzard | 17 yr | |
| | C. Alissha Bizzard | 2 yr | |
| | D. | | |
| | | | |
| | I.  CHILD FACTOR:<br>State each child's whereabouts and<br>describe each child's condition. | | |
| | | | |
| | CHILD A: | | |
| | Keon observed by cw as happy to<br>be at home. Well dressed - Healthy - well<br>Mannered. | | |
| | CHILD B: Latoya Observed at quiet<br>& friendly- Dressed approp.<br>(mother of Alissha) | | |
| | | | |
| | CHILD C: Alissha. Dressed approp.<br>playful, friendly.. Strong attatchment<br>to mother, grandmother & uncle. | | |
| | | | |
| | CHILD D: | | |
| | | | |
| | | | |
| | | | |

Individual(s) Contacted, Purpose, Content, and/or Results of Contact

Type Contact/Activity
Staff Member
Date

CASE ID NO.:

CASE NAME:

PAGE NO.

2 (Rev. 7-83)

CONTACT SHEET

PAGE NO. _____

Form 452 (Rev. 7-83)

CASE NAME: _____    CASE ID NO.: _____

| Date<br>Staff Member<br>Type Contact/Activity | Individual(s) Contacted, Purpose, Content, and/or Results of Contact |
|---|---|
| | |

CASE NAME: _____    CASE ID NO.: _____

| Date<br>Staff Member<br>Type Contact/Activity | Individual(s) Contacted, Purpose, Content, and/or Results of Contact |
|---|---|
| | |

PAGE NO. _____

CONTACT SHEET
Georgia Department of Human Resources

Georgia Department of Human Resources
**CONTACT SHEET**

PAGE NO. _____

CASE NAME: Bizzard, Mary                    CASE ID NO.: _____

| Date / Staff Member / Type Contact/Activity | Individual(s) Contacted, Purpose, Content, and/or Results of Contact | |
|---|---|---|
| 7-25-94 MAH H.V. | CW traveled to Mo. Bizzard's home for ann. H.V. Present were Mo. Bizzard, Keon, Latoya + Alissha. All appeared to be doing well. Greeted CW friendly + politely.<br><br>CW observation:<br>CW observed the house to be somewhat cleaner than when caseworker went on 7-20-94. Still somewhat cluttered. Strong odor noticed before seemed to be gone - less noticeable.<br><br>CW + Mo. Bizzard went over the initial assessment. Very cooperative w/ CW. Answered questions freely.<br><br>Mo. Bizzard expressed her dislike of having to take Keon to Sunbury to stay w/ Mo. Osborne each day before work. CW stressed the importance of continuing | |

# Georgia Department of Human Resources
## CONTACT SHEET

PAGE NO. _____

CASE NAME: _____ CASE ID NO.: _____

| Date<br>Staff Member<br>Type Contact/Activity | Individual(s) Contacted, Purpose, Content, and/or Results of Contact |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

PAGE NO.: _____

Form 452 (Rev. 7-83)

CASE NAME: Bizzard, Mary.    CASE ID NO.: _____

| Date<br>Staff Member<br>Type Contact/Activity | Individual(s) Contacted, Purpose, Content, and/or Results of Contact | |
|---|---|---|
| te of Initial TCM | TCM Provided To: Mary + Keon (son) Bizzard | |
| Contact: 8-11-94 | Name of Contact: Judge Carander | |
| MAH | Service They Provided: Protective Supervision | |
| Type of Contact: | Place of Service: Court room - Liberty Co. | |
| T/C | Purpose of Contact: — To petition the | |
| F/V | Court for protective Supervision, | |
| H/V | for 6 months, over Keon. | |
| O/V | | |
| Other Court | Significant information or observation and an | |
| | assessment of the progress on the Case Plan | |
| | goals: DFCS was awarded 6 mos. | |
| | protective Supervision. | |
| | CW saw Keon, along w/ | |
| | Ms. Bizzard in the Court room. | |
| | She had No objections to the | |
| | Supervision. She was happy | |
| | and in a good mood because (over) | |
| | The result of contact and plan for the next | |
| | contact: Appointment for home visit | |
| | set for 8-15-94. -7 afternoon | |

Individual(s) Contacted, Purpose, Content, and/or Results of Contact

Type Contact/Activity
Staff Member
Date

CASE NAME:

CASE ID NO.:

PAGE NO.

CONTACT SHEET
Georgia Department of Human Resources

She won $10,000. in the Ga lottery.
Now she will be able to get a
Will dug so that she can move
into her trailer.

NAME: Bizzard, Mary & Keon                    CASE ID NO.: _____

| f Member Contact/Activity | Individual(s) Contacted, Purpose, Content, and/or Results of Contact |
|---|---|
| f Initial TCM | TCM Provided To: Mary & Keon Bizzard |
| act: 8-11-94 | Name of Contact: Mary Bizzard / Judge Cavendar |
| MAH | Service They Provided: Court - Adj. Hearing |
| of Contact: | Place of Service: Court House |
| | Purpose of Contact: — To obtain protective custody. |
| E Court | Significant information or observation and an assessment of the progress on the Case Plan goals: Case Situation was presented to Judge Cavandar by DFCS attorney Ben Brunson. DFCS was awarded 6 mos. protective supervision over Keon. CW saw Keon in the Court room. Also present (over) |
| | The result of contact and plan for the next contact: Monday August 15, 94 at 1:00 pm. |

Type Contact/Activity
Staff Member
Date

Individual(s) Contacted, Purpose, Content, and/or Results of Contact

CASE ID NO.:

PAGE NO.

CASE NAME:

CONTACT SHEET
Georgia Department of Human Resources

Case 4:07-cv-00085-BAE-GRS    Document 21    Filed 02/04/08    Page 20 of 32

CONTACT SHEET

PAGE NO. _____

Form 452 (Rev. 7-83)

ASE NAME: _____    CASE ID NO.: _____

| Date<br>Staff Member<br>Type Contact/Activity | Individual(s) Contacted, Purpose, Content, and/or Results of Contact | |
|---|---|---|
| | In the Court Room was Ms. | |
| | Bizzard's Boyfriend (James). | |
| | Ms. Bizzard was very friendly | |
| | and cooperative... | |
| | also present was CW Supervisor, | |
| | Debra Sawyer. | |
| | Ms. Bizzard told CW & Super. | |
| | that she had won $10,000 | |
| | on the Cash 3 GA Lottery. | |
| | She has paid off several | |
| | bills & is planning on | |
| | moving into a new trailer. | |
| 8-11-94 | CW was also informed by | |
| | CW Super that she would continue | |
| | working w/ this family for | |
| | on-going services. | |

CONTACT SHEET

PAGE NO. _____

Form 452 (Rev. 7-83)

CASE NAME: Mary Bizzard

CASE ID NO.: _____

| Date<br>Staff Member<br>Type Contact/Activity | Individual(s) Contacted, Purpose, Content, and/or Results of Contact | |
|---|---|---|
| 8·15·94<br>MAH<br>HV | CW travelled to the home of mary Bizzard for pre arranged H.V. No one was at home. CW left message. | |
| 8-19-94<br>MAH<br>T/C | CW rec. T/c from mary Bizzard. Got called in to work. Also wanted to let Doris Haynes know about a few days in which ms. osborne did not keep Keon Because she did not go to work. CW Transfered the Call to Doris Haynes to make the Necessary Arrangements. | |

CASE NAME:

CASE ID NO.:

PAGE NO.

Date
Staff Member
Type Contact/Activity

Individual(s) Contacted, Purpose, Content, and/or Results of Contact

# ANS·R·GRAM

| | |
|---|---|
| ☐ URGENT | ☑ ASAP | ☐ NO REPLY |

**FROM:** _M____ A_____     876-174     1:20 pm_

**TO:** _Mary Biggard_

**DATE** _15 August 91_

**ATTENTION OF**

**SUBJECT**

**MESSAGE**

_Mrs Biggard_
_Sorry I missed you. Please call me_
_so that we can reschedule another visit_
_Thanks!_
_M Hodgson_

SIGNED

**REPLY**

SIGNED

SENDER - Keep yellow part - send white and pink parts intact. Folded at blue marks proper address will fit window envelope.

RECIPIENT - Detach stub. Keep white part. Return pink part. If folded at red marks proper address will fit window envelope.

Ans·R·Gram

Adams
3-875

CASE NAME: BIZZARD, MARY                                          CASE ID NO.:

| Date<br>Staff Member<br>Type Contact/Activity | Individual(s) Contacted, Purpose, Content, and/or Results of Contact | |
|---|---|---|
| Date of Initial TCM | TCM Provided To: Mary BIZZARD | |
| Contact: 9-7-94 | Name of Contact: MARY BIZZARD | |
| MAH | Service They Provided: TCM | |
| Type of Contact: | Place of Service: Client's home | |
| T/C | Purpose of Contact: ⟶ TCM Contact | |
| F/V | | |
| H/V ann. | | |
| O/V | | |
| Other | Significant information or observation and an | |
| | assessment of the progress on the Case Plan | |
| | goals: CW met W/ MS. BIZZARD. | |
| | Keon in School. PASSED summer | |
| | School. Doesn't like taking Keon | |
| | to ms. Osborne - usually not | |
| | there. ENDS up taking to mother's. | |
| | CW warned Against Leaving | |
| | Keon W/ her mother. CW (over) | |
| | The result of contact and plan for the next | |
| | contact: | |

CASE NAME:

CASE ID NO.:

PAGE NO.:

CONTACT SHEET
Georgia Department of Human Resources

| Date<br>Staff Member<br>Type Contact/Activity | Individual(s) Contacted, Purpose, Content, and/or Results of Contact |

PAGE NO. Form 452 (Rev. 7-83)

CASE NAME: CASE ID NO.:

| Date<br>Staff Member<br>Type Contact/Activity | Individual(s) Contacted, Purpose, Content, and/or Results of Contact |
|---|---|
| Cont. | instructed cw to come up w/ |
| | a/n Day care provider for Keon |
| | when she came home from |
| | school. Cw stated that DFCS |
| | would have to approve. |
| | Ms. Bizzard stated that |
| | As soon as her well is |
| | dugged, She will be able |
| | to move into her trailer. |

Individual(s) Contacted, Purpose, Content, and/or Results of Contact
Date
Staff Member
Type Contact/Activity
CASE NAME:
CASE ID NO.:
PAGE NO.
CONTACT SHEET
Georgia Department of Human Resources

Georgia Department of Human Resources
## CONTACT SHEET

PAGE NO. _____

CASE NAME: Bizzard _____    CASE ID NO.: _____

| Date<br>Staff Member<br>Type Contact/Activity | Individual(s) Contacted, Purpose, Content, and/or Results of Contact | |
|---|---|---|
| 9-8-94<br>TIC<br>MAH | CW rec. TIC from Mrs. Bizzard. Would like for neighbor, Mecedes Byrd to keep Keon. - Put on hold. | |
| Cont. | CW spoke w/ supervisor. Ms. Mercedes is an acceptable child care provider.<br><br>Connected Mrs. Bizzard w/ Doris Haynes. to make final arrangements w/ Ms Byrd. | |
| 9-22-94<br>HV<br>MAH | CW traveled to the Byrd Residence. Mrs. Bryd present along w/ Keon. States that he is very happy staying w/ Mrs. Bryd. He enjoys playing w/ her 13 yr. old son. Mrs. Bryd states that this is not a problem. She has not sent in necess. paperwork to rec. payment yet. Is not really worried ab getting paid. Agreed to send in paperwork. (over) | |

CONTACT SHEET

PAGE NO.

CASE NAME: _____    CASE ID NO.: _____

| Date<br>Staff Member<br>Type Contact/Activity | Individual(s) Contacted, Purpose, Content, and/or Results of Contact |
|---|---|
| | Home was clean & neat. Leon dressed in play clothes. goes to his house & changes out of his school clothes & then stays at Ms. Bryds until his mother gets home. Eats w/ the Bryds for dinner. |

CASE NAME: _____    CASE ID NO.: _____

PAGE NO. _____

CONTACT SHEET

Georgia Department of Human Resources

| Date<br>Staff Member<br>Type Contact/Activity | Individual(s) Contacted, Purpose, Content, and/or Results of Contact |
|---|---|

NAME: Bizzard, Mary

Individual(s) Contacted, Purpose, Content, and/or Results of Contact

TCM Provided To: Keon Bizzard

Name of Contact: Ms. Bryd / Keon Bizzard

Service They Provided: TCM Contact

Place of Service: Client's home.

Purpose of Contact: → Determine current status of the family.

Significant information or observation and an assessment of the progress on the Case Plan goals: Keon seen at the Babysitter's Home. Playing w/ 13 yr. old friend. Doesn't like Snelson Golden - unorganized. Wishes he could go to a different school. really enjoys staying w/ Ms. Bryd. Eats dinner (over)

The result of contact and plan for the next contact: November 94.

CASE NAME:

Individual(s) Contacted, Purpose, Content, and/or Results of Contact

Date
Staff Member
Type Contact/Activity

CASE ID NO.:

PAGE NO.:

CONTACT SHEET
Georgia Department of Human Resources

CASE NAME:

Date
Start Memour
Type Contact/Activity

Individual(s) Contacted, Purpose, Content, and/or Results of Contact

Con. - With her each day. likes being close to home. Able to change clothes if he gets too messy.
Ms. Byrd states that she had sent in paper work and is now rec. payment for caring for Keon. She reports that she is not having any trouble w/ Keon. He is a very good little boy.

# Georgia Department of Human Resources
## CONTACT SHEET

PAGE NO. _____

CASE NAME: _____ CASE ID NO.: _____

| Date / Staff Member / Type Contact/Activity | Individual(s) Contacted, Purpose, Content, and/or Results of Contact |
|---|---|

*(The following entries appear inverted on the page:)*

TCM Provided To: Mary Bizzarad

Name of Contact: Mary Bizzarad

Service they Provided: TCM

Place of Service: Client's Home

Purpose of Contact: Visit w/mother

Significant Information or observation and an assessment of the progress on the Case Plan goals:

The result of contact and plan for the next contact:

Form 752 (Rev 7-88)

Georgia Department of Human Resources

CONTACT SHEET

PAGE NO. _____

CASE NAME: _____ CASE ID NO.: _____

| Date / Staff Member / Type Contact/Activity | Individual(s) Contacted, Purpose, Content, and/or Results of Contact | |
|---|---|---|
| | Briefly to car + then have inside to change into her play clothes. Then went to Ms Bryd's house to play with her 12 year old son. Ms Buzzard stated that Leon has started Basketball + usually has afternoon practice. | |

Georgia Department of Human Resources
## CONTACT SHEET

PAGE NO. _____

CASE NAME: Mary Bizzard_____    CASE ID NO.:_____

| Date<br>Staff Member<br>Type Contact/Activity | Individual(s) Contacted, Purpose, Content, and/or Results of Contact | |
|---|---|---|
| 12-19-94<br>T/C<br>MAN | CW rec. T/C from ms. Bizzard. Keon had fainting spell. Needs medicaid. CW advised that ms Bizzard come into the office to apply. CW made HV appt for 12-21-94. | |

Individual(s) Contacted, Purpose, Content, and/or Results of Contact

Date
Staff Member
Type Contact/Activity

CASE NAME:
CASE ID NO.:

CONTACT SHEET

PAGE NO. _____

Form 452 (rev. 1-81)

CASE NAME _____    CASE ID NO.: _____

| Date<br>Staff Member<br>Type Contact/Activity | Individual(s) Contacted, Purpose, Content, and/or Results of Contact |
|---|---|
| | |

CONTACT SHEET

Georgia Department of Human Resources

PAGE NO. _____

CASE ID NO.: _____    CASE NAME: _____

| Type Contact/Activity<br>Staff Member<br>Date | Individual(s) Contacted, Purpose, Content, and/or Results of Contact |
|---|---|
| | |