# APPENDIX I-2

ЗЕ NAME: _Mary Bizzard_ _____ CASE ID NO.: _____

| Date<br>Staff Member<br>Type Contact/Activity | Individual(s) Contacted, Purpose, Content, and/or Results of Contact | |
|---|---|---|
| te of Initial TCM | TCM Provided To: _Mary Bizzard_ | |
| .act: _12.21-94_ | Name of Contact: _Mary Bizzard_ | |
| _MHA_ | Service they Provided: _TCM_ | |
| pe of Contact: | Place of Service: _Clients Home._ | |
| C | Purpose of Contact: _To Determine_ | |
| V | _progress of the case_ | |
| V _Ann._ | _plan._ | |
| V | | |
| her | Significant Information or observation and an | |
| | assessment of the progress on the Case Plan | |
| | goals: _Son, Robert ___ , 15 yrs._ | |
| | _Now living w/ ms. Bizzard._ | |
| | _ms Bizzard purchased new_ | |
| | _furniture for the living_ | |
| | _room. House clean & neat._ | |
| | _CW did not see Xmas._ | |
| | _tree. Stated that she_ | |
| | The result of contact and plan for the next | |
| | contact: _CW just learned_ | |
| | _that Robert is living_ | |
| | _W/ ms Bizzard._ | |

CASE NAME:

Date
Staff Member
Type Contact/Activity

Individual(s) Contacted, Purpose, Content, and/or Results of Contact

CASE ID NO.:

PAGE NO.

CONTACT SHEET
Georgia Department of Human Resources

CONTACT SHEET

PAGE NO. _____

CASE NAME: _____ CASE ID NO.: _____

| Date<br>Staff Member<br>Type Contact/Activity | Individual(s) Contacted, Purpose, Content, and/or Results of Contact | |
|---|---|---|
| Cont. | Ago one - But just has it put it up yet. Don't have any money to purchase gifts - all the money went towards paying bills. CW exp that she will put her name in for Trip for later. Keon also present. | |
| 12.23.94 | CW traveled to Bizzard home to drop off 3 toys for Robert & Keon. No one at home. CW walked to Ms. Byrd's house & gave toys to her 13 yr. old son. (Ms. Byrd not at Home) CW requested that he give these to Ms. Bizzard Before Xmas. CW left Note on Ms. Bizzard's door to pick up package from the Byrd's Home | |

Georgia Department of Human Resources
## CONTACT SHEET

PAGE NO. _____

CASE NAME: _____    CASE ID NO.: _____

| Date<br>Staff Member<br>Type Contact/Activity | Individual(s) Contacted, Purpose, Content, and/or Results of Contact | |
|---|---|---|
| 1-24-95<br>*initials* | Conference – Family is doing well – childcare provisions adequate. Approved for closure. Explain to Ms. Bizzard why agency became involved and need to continue child care for Keon. | |

# Georgia Department of Human Resources
## CONTACT SHEET

PAGE NO. _____

CASE NAME: _____ CASE ID NO.: _____

| Date<br>Staff Member<br>Type Contact/Activity | Individual(s) Contacted, Purpose, Content, and/or Results of Contact |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Form 452 (Rev. 7-83)

Case 4:07-cv-00085-BAE-GRS   Document 22   Filed 02/04/08   Page 5 of 36

CASE NAME: Mary Bizzard _____ CASE ID NO.: _____

| Date<br>Staff Member<br>Type Contact/Activity | Individual(s) Contacted, Purpose, Content, and/or Results of Contact | |
|---|---|---|
| Date of Initial TCM<br><br>Contact: 1-31-95<br><br>MAH<br><br>Type of Contact:<br><br>C<br><br>V<br><br>V unannounced<br><br>V<br><br>Other | TCM Provided To: Bizzard Family<br><br>Name of Contact: Keon / Mrs Byrd.<br><br>Service they Provided: TCM Contact<br><br>Place of Service: Mrs. Byrd's home<br><br>Purpose of Contact: To meet w/ the family + to inform of the closure of the Case. | |
| | Significant Information or observation and an assessment of the progress on the Case Plan goals: Keon present at Mrs. Byrd's house. Dressed neatly + approp. for the weather. Mrs. Byrd states that she enjoys keeping Keon - he is no trouble. Mrs. Bizzard is at wk. | |
| | The result of contact and plan for the next contact: Case is closed. CW will send letter to Ms. Bizzard informing her of closure. | |

CONTACT SHEET

PAGE NO. _____

CASE NAME: _____ CASE ID NO.: _____

| Date Staff Member Type Contact/Activity | Individual(s) Contacted, Purpose, Content, and/or Results of Contact | |
|---|---|---|
| | | |

Type Contact/Activity
Staff Member
Date

Individual(s) Contacted, Purpose, Content, and/or Results of Contact

CASE ID NO.:

-CASE NAME:

Form 452 (Rev. 7-83)     PAGE NO.

CONTACT SHEET



8/31/94
ACM

**GEORGIA DEPARTMENT OF HUMAN RESOURCES**
**DIVISION OF FAMILY AND CHILDREN SERVICES**
## CHILD ABUSE AND NEGLECT REPORT

| STATUS CODE: | COUNTY NUMBER: | CASE NUMBER: | CASELOAD: |
|---|---|---|---|
| 11 | 0 8 9 | 1 4 1 8 8 — | A 0 5 |

| NAME OF PARENT(S) / SUBSTITUTES(S) | MSTA | AMLT | SEX | RACE | DATE OF BIRTH | SSN |
|---|---|---|---|---|---|---|
| Mary Biggaen | W | X | F | 7 | 9:5:56 | 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 |

**ADDRESS**
Rt 2 N Box 2 M Midway, Ga 31320

| ALLEGED MALTREATER | SEX | RACE | DATE OF BIRTH | SSN |
|---|---|---|---|---|
| Mary Biggaen | F | 1 | 9:5:56 | 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 |

**ADDRESS**
Rt 2 Bry 2 M Midway, Ga 31320

| ALLEGED MALTREATER | SEX | RACE | DATE OF BIRTH | SSN |
|---|---|---|---|---|
| ✓ | | | | |

**ADDRESS**

| NAME OF CHILDREN | REL TO AMLT | SEX | HANDI-CAP CODE | DATE OF BIRTH | RACE | SOCIAL SECURITY NUMBER | N | E | P | S | O |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kenn Biggaen | D 11 | M | | 8:8:82 | 1 | | 2/3 | | 6 | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

| LOCATION OF ABUSE / NEGLECT  1 / | IF DAY CARE OR INSTITUTION, GIVE NAME  N/A | DATE REPORTED  7-19-94 |
|---|---|---|
| REPORTED BY  18 | DATE REPORT SENT TO D.A. | DATE INVESTIGATION COMPLETED  7-20-94 |
| OTHER COURT ACTION INITIATED?  Yes  8-11-94 | IS CHILD A MILITARY DEPENDENT?  NO | IS ALLEGED MALTREATER IN ACTIVE MILITARY SERVICE?  NO |
| ADULT SUBSTANCE ABUSE?  NO | SUBSTANCE ABUSE TYPE  NO | NUMBER OF CHILDREN REMOVED FROM HOME  1 | IF ALLEGED MALTREATER NOT NAMED, WHY NOT?  N/A |
| NUMBER OF ADDITIONAL REPORTS RECEIVED IN LAST 30 DAYS  0 | PERSON COMPLETING REPORT  Michelle A. Hortzclaw |

Lydy 8-31-94

Case 4:07-cv-00085-BAE-GRS    Document 22    Filed 02/04/08    Page 9 of 36

```
HRCA300              GEORGIA DEPARTMENT OF HUMAN RESOURCES              PAGE  1
FUNCTION:            DIVISION OF FAMILY AND CHILDREN SERVICES
ADD                  CHILD ABUSE AND NEGLECT SYSTEM         08/31/94 14:50:44
STATUS: 1    COUNTY: 089   CASE: 014188   DATE RPTD: 07 19 94   CASEID: P05
PARENT1:
    LAST: BIZZARD            FIRST: MARY             MID:              MAR.STAT: W
    ALLEG MALTR: Y    SEX: F    DOB: 09 05 56    RACE: 1    SSN: 257942515
PARENT2:
    LAST:                    FIRST:                 MID:              MAR.STAT:
    ALLEG MALTR:      SEX:      DOB:                RACE:      SSN:
STREET: RT. 2 BOX 2 M        CITY: MIDWAY              STATE: GA  ZIP: 31320
ALLEGED MALTREATER1:
    LAST:                    FIRST:                 MID:
                      SEX:      DOB:                RACE:      SSN:
STREET:                      CITY:                     STATE:     ZIP:
ALLEGED MALTREATER2:
    LAST:                    FIRST:                 MID:
                      SEX:      DOB:                RACE:      SSN:
STREET:                      CITY:                     STATE:     ZIP:
         PF3:MENU                 PF5:CANCEL              ENTER:UPDATE/NEXT PAGE
MESSAGE: 0030 ENTER ALL REQUIRED FIELDS ON SCREEN
```

Case 4:07-cv-00085-BAE-GRS    Document 22    Filed 02/04/08    Page 10 of 36

```
HRCA310              GEORGIA DEPARTMENT OF HUMAN RESOURCES           PAGE  2
FUNCTION:            DIVISION OF FAMILY AND CHILDREN SERVICES
  ADD                  CHILD ABUSE AND NEGLECT SYSTEM        08/31/94 14:51:24
                                                            ALLEGED
              RELATION     HANDI-                        MALTREATMENT
CHILD:        TO AMLT  SEX  CAP    DOB    RACE    SSN     N   E   P   S   O
1-LAST: BIZZARD          FIRST: KEON           MID:
             01     M          08 08 82   1              3
2-LAST:                  FIRST:              MID:
3-LAST:                  FIRST:              MID:
4-LAST:                  FIRST:              MID:
5-LAST:                  FIRST:              MID:
LOCATION: 1    INSTIT:                          ADDT RPTS LAST 30 DYS:
RPTD BY: 18        SENT DA:              INVEST COMPLETE: 07 20 94
OTHER CT ACTION: Y CHILD(REN) MILITAR DEPENDENT: N    ALEG MALT ACTVE MILIT: N
PF2: MORE CHILDREN   PF3: MENU   PF5: CANCEL   PF6: PREV PAGE   ENTER: UPDATE

MESSAGE: 0030 ENTER ALL REQUIRED FIELDS ON SCREEN
```

Case 4:07-cv-00085-BAE-GRS    Document 22    Filed 02/04/08    Page 11 of 36

```
HRCA324              GEORGIA DEPARTMENT OF HUMAN RESOURCES           PAGE  4
FUNCTION:            DIVISION OF FAMILY AND CHILDREN SERVICES
  ADD                CHILD ABUSE AND NEGLECT SYSTEM          08/31/94 14:51:44
                                                                MALTREATMENT
CHILD:                                                          N   E   P   S   O
1-LAST: BIZZARD          FIRST: KEON           ALLEG MALTRT:   3
        DOB: 09 00 82    SSN:                  FINAL MALTRT:   3
2-LAST:                  FIRST:                ALLEG MALTRT:
        DOB:             SSN:                  FINAL MALTRT:
3-LAST:                  FIRST:                ALLEG MALTRT:
        DOB:             SSN:                  FINAL MALTRT:
4-LAST:                  FIRST:                ALLEG MALTRT:
        DOB:             SSN:                  FINAL MALTRT:
5-LAST:                  FIRST:                ALLEG MALTRT:
        DOB:             SSN:                  FINAL MALTRT:
     ADULT SUBSTANCE ABUSE:              NO. CHILDRED REMOVED:
        TYPE (IF CONFIRMED):             REASON ALLEG MALTR NOT NAMED:
   PF3: MENU    PF5: CANCEL    PF6: PREV PAGE        ENTER: UPDATE

MESSAGE: 0030 ENTER ALL REQUIRED FIELDS ON SCREEN
```

Case 4:07-cv-00085-BAE-GRS   Document 22   Filed 02/04/08   Page 12 of 36

| EMPLOYEE NO. | STORE NO. | WEEK ENDING DATE | CHECK NO. | CHECK DATE |
|---|---|---|---|---|
| 802698 | 52 | 7/15/94 | 3839557 | 7/20/94 |

| EARNINGS | | YTD EARNINGS | TAXES | | YTD TAXES |
|---|---|---|---|---|---|
| REGULAR | 173.94 | 7268.06 | FEDERAL | 17.10 | 928.96 |
| OVERTIME | .00 | 213.61 | FICA | 10.78 | 493.87 |
| BONUS | .00 | 200.00 | STATE | 3.66 | 262.30 |
| SICK LEAVE | .00 | .00 | LOCAL 1 | .00 | .00 |
| VACATIONS | .00 | 226.22 | LOCAL 2 | .00 | .00 |
| HOLIDAY | .00 | 58.00 | LOCAL 3 | .00 | .00 |
| ADD'L PAY | .00 | .00 | LOCAL 4 | .00 | .00 |
| TIPS | .00 | .00 | MEDICARE | 2.52 | 115.50 |
| | | .00 | | | |

| GROSS | 173.94 | 7965.89 | ALLOCATED TIPS | | .00 |
|---|---|---|---|---|---|
| ADJUSTED FICA GROSS | 173.94 | 7965.89 | YTD TIP ALLOCATION | | .00 |
| ADJUSTED FEDERAL GROSS | 163.50 | 7515.69 | YTD EMPLOYEE SAVINGS | | 450.20 |
| STATE WAGES | 163.50 | 7515.69 | | | |

| DEDUCTIONS | | JOB CLASS | TYPE PAY | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| | | 5021 GRILL COOK | 1 REGULAR | 26.76 | 6.500 | 173.94 |
| EMP SAVING | 10.44 | | | | | |

| GROSS WITHOUT TIPS | TOTAL TAXES | TOTAL DEDUCTIONS | NET |
|---|---|---|---|
| 173.94 | 34.06 | 10.44 | 129.44 |

MARY A BIZZARD
RT 2 BOX 2M
MIDWAY GA 31320

ADJ MEDICARE G     173.94     7965.89

SOC SEC NO   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

PLEASE INFORM THE PAYROLL DEPARTMENT IF YOUR SOCIAL SECURITY NUMBER IS INCORRECT

| EMPLOYEE NO | STORE NO | WEEK ENDING DATE | CHECK NO | CHECK DATE |
|---|---|---|---|---|
| 802698 | 52 | 7/22/94 | 3859533 | 7/27/94 |

| EARNINGS | | YTD EARNINGS | TAXES | | YTD TAXES |
|---|---|---|---|---|---|
| REGULAR | 159.90 | 7427.96 | FEDERAL | 15.12 | 944.08 |
| OVERTIME | .00 | 213.61 | FICA | 9.91 | 503.78 |
| BONUS | .00 | 200.00 | STATE | 3.00 | 265.30 |
| SICK LEAVE | .00 | .00 | LOCAL 1 | .00 | .00 |
| VACATIONS | .00 | 226.22 | LOCAL 2 | .00 | .00 |
| HOLIDAY | .00 | 58.00 | LOCAL 3 | .00 | .00 |
| ADD'L PAY | .00 | .00 | LOCAL 4 | .00 | .00 |
| TIPS | .00 | .00 | MEDICARE | 2.32 | 117.82 |
| | | .00 | | | |
| GROSS | 159.90 | 8125.79 | ALLOCATED TIPS | | .00 |
| ADJUSTED FICA GROSS | 159.90 | 8125.79 | YTD TIP ALLOCATION | | .00 |
| ADJUSTED FEDERAL GROSS | 150.31 | 7666.00 | YTD EMPLOYEE SAVINGS | | 459.79 |
| STATE WAGES | 150.31 | 7666.00 | | | |

| DEDUCTIONS | | JOB CLASS | TYPE PAY | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| | | 5021 GRILL COOK | 1 REGULAR | 24.60 | 6.500 | 159.90 |
| EMP SAVING | 9.59 | | | | | |

| GROSS WITHOUT TIPS | TOTAL TAXES | TOTAL DEDUCTIONS | NET |
|---|---|---|---|
| 159.90 | 30.35 | 9.59 | 119.96 |

MARY A BIZZARD
RT. 2 BOX 2M

MIDWAY GA 31320

ADJ MEDICARE G    159.90    8125.79

SOC SEC NO    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

PLEASE INFORM THE PAYROLL DEPARTMENT IF YOUR SOCIAL SECURITY NUMBER IS INCORRECT

Case 4:07-cv-00085-BAE-GRS   Document 22   Filed 02/04/08   Page 14 of 36

| EMPLOYEE NO. | STORE NO. | WEEK ENDING DATE | CHECK NO. | CHECK DATE |
|---|---|---|---|---|
| 802698 | 52 | 8/12/94 | 3920825 | 8/17/94 |

| EARNINGS | | YTD EARNINGS | TAXES | | YTD TAXES |
|---|---|---|---|---|---|
| REGULAR | 234.91 | 8161.56 | FEDERAL | 25.70 | 1025.48 |
| OVERTIME | .00 | 215.33 | FICA | 14.56 | 549.36 |
| BONUS | .00 | 200.00 | STATE | 6.94 | 287.85 |
| SICK LEAVE | .00 | .00 | LOCAL 1 | .00 | .00 |
| VACATIONS | .00 | 226.22 | LOCAL 2 | .00 | .00 |
| HOLIDAY | .00 | 58.00 | LOCAL 3 | .00 | .00 |
| ADD'L PAY | .00 | .00 | LOCAL 4 | .00 | .00 |
| TIPS | .00 | .00 | MEDICARE | 3.41 | 128.48 |
| | | .00 | | | |
| GROSS | 234.91 | 8861.11 | ALLOCATED TIPS | | .00 |
| ADJUSTED FICA GROSS | 234.91 | 8861.11 | YTD TIP ALLOCATION | | .00 |
| ADJUSTED FEDERAL GROSS | 220.82 | 8357.21 | YTD EMPLOYEE SAVINGS | | 503.90 |
| STATE WAGES | 220.82 | 8357.21 | | | |

| DEDUCTIONS | | JOB CLASS | TYPE PAY | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| | | 5021 GRILL COOK | 1 REGULAR | 36.14 | 6.500 | 234.91 |
| EMP SAVING | 14.09 | | | | | |

| GROSS WITHOUT TIPS | TOTAL TAXES | TOTAL DEDUCTIONS | NET |
|---|---|---|---|
| 234.91 | 50.61 | 14.09 | 170.21 |

MARY A BIZZARD
RT. 2 BOX 2M
MIDWAY GA 31320

ADJ. MEDICARE G      234.91      8861.11

SOC SEC NO   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

PLEASE INFORM THE PAYROLL DEPARTMENT IF YOUR SOCIAL SECURITY NUMBER IS INCORRECT

```
Maintain         Reports       Utilities       Quit
  MMMMMMMMMMMMMMMMMMMMMM I D S  5 9 0  F O R M S  MMMMMMMMMMMMMMMMMMMMMMMMM;1
10)Case Action Type 1 INITIAL                    ZDDDDDDTCM InfoDDDDDDD?:1
4) Case Number       014188 00                   3Medicaid # 450221288 3:1
11)Primary Service   03 CPS REPORT ACCEPTED FOR SERV 3                   3:1
                                                 @DDDDDDDDDDDDDDDDDDDDDDDDY:1
2) CaseLoad:         P05 MICHELLE HOLTZCLAW                              :1
                         Last         First      MI                     :1
3) Primary Client:   BIZZARD          MARY                              :1
   (3a) Address:     RT 2 BOX 2M                                        :1
   (3b) City:        MIDWAY                (3c)State: GA  (3d)Zip:31320  :1
   (5)  Birthdate:   09/05/1956 (6) Sex: 2 FEMALE  (7) Ethnicity: 1 BLACK :1
   (8)  SSN          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                                        :1
DDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDD:1
12) Date Re-Evaluation Is Due:    /  /     (9) Case Action Date: 07/19/1994 :1
DDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDD:1
13)Legal Status:  0                        (16)   Special Characteristics :1
14)Permancy Plan: 0                        1                            :1
15)Type Placement:00                       2                            :1
     ZDDDDDDDDDDDDDDDDDDDDDDDDDDDDD?        3                            :1
     3 .   OK   / ( CANCEL  ) 3             4                            :1
     @DDDDDDDDDDDDDDDDDDDDDDDDDDDDDY        5                            :1
MMMMMMMMM (F7) to Enter Medicaid Info, (Ctrl)+(Enter) When Done  MMMMMMMMMM(1
1111111111111111111111111111111111111111111111111111111111111111111111111111
```

# GEORGIA DEPARTMENT OF HUMAN RESOURCES
## Division of Family & Children Services
## INTERIM DATA SYSTEM

1. COUNTY `0 8 9`          DATE 7/19/94

2. CASELOAD `# 0 5`    CASELOAD NAME _M. Heltzclaw_

3. PRIMARY CLIENT    Last                    First                MI

`B i z z a r d` · `m a r y`

3a. ADDRESS

`R T E 2   B o x 2 m`

3b. CITY `m i D w A y`    3c. STATE `G A`    3d. ZIP `3 1 3 2 0`

4. CASE NUMBER `0 1 4 1 8 8`    5. Birthdate 09/05/56    6. Sex `2` (1) Male  (2) Female

7. Ethnicity `1`    8. Social Security # `2 5 7` – `9 4` – `2 5 1 5`

(1) Black    (4) Asian    (7) Other
(2) White    (5) American Indian/Alaskan Native
(3) Hispanic    (6) Mixed

9. CASE ACTION DATE 7/19/94    10. CASE ACTION TYPE `1`    (1) Initial    (4) CPS Screened Out
(2) Change    (5) Delete
(3) Close

11. PRIMARY SERVICE `0 3`

(01) PLC (Complete 13, 14, 15, 16)
(02) CPS Report Screened Out
(03) CPS Report Accepted for Service/Active Case
(04) APS Report Accepted for Service/Active Case
(05) Placement Services for Adults
(06) Preventive Services
(07) Foster Home Study in progress

(08) Foster Home Approved Status (Enter reevaluation date in 12)
(09) Adoptive Home Study in Progress
(10) Adoptive Home Approved Status (Enter update due date in 12.)
(11) Independent Adoption Home Study
(12) Step-Parent Adoption Home Study
(13) Court Ordered Study other than Ind/Step- Parent
(14) OTI - Other County
(15) OTI/ICPC - Other State

12. Date Home Reevaluation/Update Due ___/___/_____

13. Legal Status `|_|`    (1) Temporary Court    (3) Permanent Court    (5) Aftercare/Placement Supervision
(2) Temporary Voluntary    (4) Permanent Voluntary

14. Permanency Plan `|_|`    (1) Birth Family/Guardian    (3) Adoption
(2) Emancipation to Independent Living    (4) Emancipation to Protective Environment

15. Type PLC `|_|_|`

(01) Parent
(02) Relative Home
(03) Relative Foster Home
(04) Family Foster Home/ Emergency Shelter Home
(05)

(06) Group Home
(07) Adoptive Home
(08) Specialized Foster Home
(09) Child Care Institution
(10) ICPC - Relative Home

(11) ICPC - Foster Home
(12) Hospital
(13) Runaway
(14) YDC/RYDC
(15) Other

(16) Boarding County
(17) Placement Services to Parents

16. Special Characteristics (List all that apply)    `|_|`, `|_|`, `|_|`, `|_|`, `|_|`

(0) None
(1) Diagnosed Mild Mentally Retarded
(2) Diagnosed Moderate Mentally Retarded
(3) Diagnosed Severe Mentally Retarded
(4) Diagnosed Profound Mentally Retarded

(5) Diagnosed Mentally Ill
(6) Emotional/Behavior Manifestation
(7) Neurological
(8) Other Developmental Disability
(9) Major Medical

Form 590 ( Rev. 6-92)

# GEORGIA DEPARTMENT OF HUMAN RESOURCES
## Division of Family & Children Services
## INTERIM DATA SYSTEM

1. COUNTY `[0][8][9]`   DATE 7/19/94

2. CASELOAD `[P][0][5]`   CASELOAD NAME _M. Pittgylan_

3. PRIMARY CLIENT   Last   First   MI

`[B][i][x][x][l][e][d]` · `[m][a][r][y]`

3a. ADDRESS `[R][T][E][.][1][e][e][x][2][n]`

3b. CITY `[m][i][D][w][A][y]`   3c. STATE `[G][A]`   3d. ZIP `[3][1][3][2][0]`

4. CASE NUMBER `[0][.][0][1][1][8]`   5. Birthdate 09/05/56   6. Sex `[0]`   (1) Male  (2) Female

7. Ethnicity `[1]`   8. Social Security # `[2][5][7]` — `[9][4]` — `[2][5][1][5]`

(1) Black   (4) Asian   (7) Other
(2) White   (5) American Indian/Alaskan Native
(3) Hispanic   (6) Mixed

9. CASE ACTION DATE 7/19/94   10. CASE ACTION TYPE `[1]`   (1) Initial   (4) CPS Screened Out
(2) Change   (5) Delete
(3) Close

11. PRIMARY SERVICE `[0][3]`

(01) PLC (Complete 13, 14, 15, 16)
(02) CPS Report Screened Out
(03) CPS Report Accepted for Service/Active Case
(04) APS Report Accepted for Service/Active Case
(05) Placement Services for Adults
(06) Preventive Services
(07) Foster Home Study in progress

(08) Foster Home Approved Status (Enter reevaluation date in 12)
(09) Adoptive Home Study in Progress
(10) Adoptive Home Approved Status (Enter update due date in 12.)
(11) Independent Adoption Home Study
(12) Step-Parent Adoption Home Study
(13) Court Ordered Study other than Ind/Step- Parent
(14) OTI - Other County
(15) OTI/ICPC - Other State

12. Date Home Reevaluation/Update Due ___/___/___

13. Legal Status `[ ]` M/A Aqtzclerk   (1) Temporary Court   (3) Permanent Court   (5) Aftercare/Placement Supervision
(2) Temporary Voluntary   (4) Permanent Voluntary

14. Permanency Plan `[ ]`   (1) Birth Family/Guardian   (3) Adoption
(2) Emancipation to Independent Living   (4) Emancipation to Protective Environment

15. Type PLC `[ ][ ]`

(01) Parent
(02) Relative Home
(03) Relative Foster Home
(04) Family Foster Home/ Emergency Shelter Home
(05)

(06) Group Home
(07) Adoptive Home
(08) Specialized Foster Home
(09) Child Care Institution
(10) ICPC - Relative Home

(11) ICPC - Foster Home
(12) Hospital
(13) Runaway
(14) YDC/RYDC
(15) Other

(16) Boarding County
(17) Placement Services to Parents

16. Special Characteristics (List all that apply)   `[ ]`, `[ ]`, `[ ]`, `[ ]`, `[ ]`

(0) None
(1) Diagnosed Mild Mentally Retarded
(2) Diagnosed Moderate Mentally Retarded
(3) Diagnosed Severe Mentally Retarded
(4) Diagnosed Profound Mentally Retarded

(5) Diagnosed Mentally Ill
(6) Emotional/Behavior Manifestation
(7) Neurological
(8) Other Developmental Disability
(9) Major Medical

I WISH TO RELEASE MY NAME AND FAMILY INFORMATION FOR CHRISTMAS GIFTS. HOUSEHOLD SIZE _3_

PARENT'S NAME: _Mary Bizzard_

ADDRESS: _Midway_

DIRECTIONS TO HOUSE: _Call Caseworker—_
_M. Holtzclaw_

PHONE NUMBER: _876-5174 DFC'S_

Do you receive AFDC?   Yes  or  No    Do you receive Food Stamps?  Yes or No

Do you receive Social Security or SSI?   Yes or No

Are you employed?    Yes or No

Total monthly Family Income:  _____

| CHILDREN'S NAMES | AGE | SEX | PANTS SIZE | SHOE SIZE | SHIRT SIZE | DRESS SIZE |
|---|---|---|---|---|---|---|
| Keon Bizzard | 12 | M | | | | |
| Robert Bizzard | 15 | M | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

DATE: _12-22-94_         SIGNATURE: _Michelle A. Holtzclaw_
_for Mary Bizzard._

**Georgia Department of Human Resources**
## SOCIAL SERVICES - CASE PLAN

_Nov. 28-94_
DATE

CASE PLAN BETWEEN _Mary Bizzard_ AND _Liberty_
NAME                                                    COUNTY

**CHILDREN:**
1. _Keon Bizzard_          4. _____
2. _____         5. _____
3. _____         6. _____

**DURATION DATES FROM:** _November 28, 94_  **TO:** _Feb. 28-94_

**OVERALL CASE OUTCOME:**  A. ☑ PROTECTION / RISK REDUCTION
                            B. ☐ PERMANENCY: *(Select Type Below)*
                               ☐ REUNIFICATION     ☐ ADOPTION
                               ☐ LONG TERM F/C      ☐ OTHER *(Specify)* _____
                               ☐ EMANCIPATION IL

**ANTICIPATED DATE OF ACHIEVEMENT:** _____

| STRENGTHS: | NEEDS: |
|---|---|
| 1- Ms. Bizzard loves her children <br> 2. Ms Bizzard is able to provide for her child's Basic need. <br> 3. Keon has childcare available W/ Ms. M. Byrd <br> 4. Ms Bizzard has cooperated with Liberty Co. DFCS. | 1. Ms. Bizzard needs to continue to provide Supervision for Keon. <br> 2. Ms. Bizzard needs to maintain a clean and Sanitary living environment. |

**GOALS:**

1. Ms. Bizzard will continue to provide Supervision for the child (Keon).

2. Ms. Bizzard will maintain a clean & Sanitary living Environment.

3.

4.

**SIGNATURES:**

_Mary A. Bizzard_          _____
_Deborah R. Lany_          _____
_Michelle A. Hartzclaw_     _____

**Georgia Department of Human Resources**
**SOCIAL SERVICES**
**CASE PLAN:  GOALS / STEPS**

Bizzard
NAME

**GOAL:** 1

Ms Bizzard will continue to provide supervision for Keon.

COMPLETED

**STEPS:**    (SPECIFY WHO WILL DO WHAT, WHEN, WHERE AND TIME FRAME)

1. Keon will continue to go to Ms. Byrd's home each day after school + remain their until his mother returns from work.

2. Ms. Bizzard will notify cw of any changes.

3. Ms Bizzard will ensure that Keon is not left alone for long periods of time (not to exceed 2 hrs)

4.

**GOAL:**

Ms Bizzard will maintain a clean & safe (sanitary) living environment.

COMPLETED

**STEPS:**    (SPECIFY WHO WILL DO WHAT, WHEN, WHERE AND TIME FRAME)

1. Ms. Bizzard will clean her house daily.

2. Ms Bizzard will prevent food, Dust Dirt + other Objects to clutter the home.

3. Ms. Bizzard will ensure that the dishes are cleaned daily and that

4. food is put in refrigerator as to avoid spoilage.

Targeted Case Management Services will be received to assist

individuals in gaining access to and managing needed services.

Check all that apply:

_____ Medical                    _____ Nutritional                    _____ Social

_____ Educational                _____ Transportation                 _____ Housing

_____ Other (Specify)_____


AL:                                                                                    COMPLETED

PS:     (SPECIFY WHO WILL DO WHAT, WHEN, WHERE AND TIME FRAME)

                                                                                       PAGE _____ OF _____

388 (2-91)

MCBELL CLUSTER CHILD PROTECTIVE SERVICES
FAMILY ASSESSMENT AND SOCIAL SUMMARY

CASE NAME: Mary Bizzard                    CASE #: 089-14188

CASEWORKER: M. Holtzclaw                   DATE:

## I.   NUCLEAR FAMILY

1. Mary Bizzard                                    mother
   (Name)            (DOB)            (Relationship)

   Address: Rt 2 Box M, Midway, Ga 31320

2. Keon Bizzard              8-8-82           Son
   (Name)            (DOB)            (Relationship)

   Address: SAAB

3. Latoya Bizzard           17yrs.          Daughter
   (Name)            (DOB)            (Relationship)

   Address: SAAB

4. Alisa Bizzard            2 yrs.          grand child.
   (Name)            (DOB)            (Relationship)

   Address: SAAB              (Latoya's daughter)

5. _____         _____    _____
   (Name)            (DOB)            (Relationship)

   Address: _____

6. _____         _____    _____
   (Name)            (DOB)            (Relationship)

   Address: _____

## II.   EXTENDED FAMILY/SIGNIFICANT OTHERS

1. Bernice Morgan                      Maternal G-Mother
   (Name)                          (Relationship)

   Address/Telephone: P.O. Box 227 Fleming 884-5244

2. _____                     _____
   (Name)                          (Relationship)

   Address/Telephone: _____

3. _____                     _____
   (Name)                          (Relationship)

   Address/Telephone: _____

PAGE -2-

III.  SPECIFIC NEEDS/PROBLEMS WHICH CREATED RISK

1.  Presenting Problems: *Lack of Supervision for Keon.*
*Left at home alone for long periods of*
*time mother had moved to Savannah.*

2.  Prior CPS Involvement/Reason for Involvement:
*Yes - may , 92- When Latoya (Mary Bizzard's*
*daughter) had her baby- Very immature*
*and unprepared.*

3.  Placement History: *Keon was placed in a foster*
*home for approx 24 hours until his*
*mother could be located.*

IV.  FAMILY LIFESTYLE

1.  Physical Home Environment: (safety, cleanliness, space,
    food, utilities)

| | | |
|---|---|---|
| ___ Poor neighborhood | X ~~Adequate food~~ | ___ No water |
| ___ Mobile home | ___ Inadequate food | ___ Inadequate space |
| ___ Substandard housing | ___ Broken windows | ___ Good housekeeping |
| ___ Unsafe environment | ___ No electricity | ___ Violent |
| X ~~Inadequate housing~~ | X ~~No phone~~ | X ~~Chaotic~~ |
| ___ Infestation | ___ Other (Exp) | |

2.  Financial Data:

| | | |
|---|---|---|
| X ~~AFDC/SSI/Soc Sec~~ | ___ Insufficient income | X ~~Good budgeting~~ |
| ___ No income | ___ Bills not paid | |
| X ~~Financial stability~~ | ___ Compulsive Spending | |
| ___ Other (Exp) | | |

PAGE -3-

3. Education/Work History:

___ No employment                          ___ 0-6 Grade
_X_ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆          ___ 6-12 Grade
___ long unstable work history    ___ Secondary education.
___ Other (Exp)_____  ___ GED
    _____  ___ Children who quit school
    _____  ___ skill/training
    _____  ___ Other (Exp)_____
    _____  _____

4. Community Involvement:

___ Actively involved in community activities
_X_ ▆▆▆▆▆▆▆▆      ___ clubs      ___ sports
___ No community activity
___ isolated
___ Other (Exp)_____

5. Extended Family/Community Support:

_X_ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆          ___ Unaccepting extended family
___ Interfering extended family  ___ No community support
___ Active community support     _X_ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆
___ Supportive church            ___ Other _____

PARENTING PRACTICES

1. Discipline Methods, Rules, and Child Care: _Talk to_
_Reon - occassionally spank - prefers not to._
_____
_____
_____

2. Vulnerability and Status of Child:

_X_ ▆▆▆▆▆▆     ___ Presently ill    ___ Weak, sickly, frail
_X_ ▆▆▆▆▆▆▆▆▆▆▆▆                    ___ Unable to protect self
_X_ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆               ___ Accessible to maltreater
___ Birth related problems          ___ 0-6 years old
_X_ ▆▆▆▆▆▆▆▆▆▆▆ Other (Exp)_____

3. Elements which could Influence Future Risk _if mp_
_Bizzard returned to Savannah to live_
_and leaves Reon alone, once again, to_
_take care of herself_
_____

PAGE -4-

## VI.  FAMILY HISTORY

1.  Recent/Past Nuclear Family's Information: _____

See initial assessment

2.  Parent/Adult Caretaker: _Very friendly- smiles
a lot, polite, Very cooperative.
Very loving, caring mother. Appears
to be very proud of her son._

3.  Child's Information:  (Significant events, development
delays, medical, school, etc.)
_Very polite + friendly- Doesn't like school.
Had- to go to Summer-school to
Complete + go to next grade._

E -5-

## DIAGNOSTIC ASSESSMENT

1. Family's Perspective of Maltreatment and the Likelihood of Risk Reoccurrence

Mrs. Bizzard doesn't feel like her son was being neglected by being left alone. She feels that he can take care of himself.

2. Worker's Perspective of Maltreatment, the Likelihood of Risk Reoccurrence, and Treatment Barriers

CW is cautious because Ms. Bizzard fails to see the seriousness of leaving Leon alone for long periods of time. CW is optimistic because Day Care has been set up with the next door neighbor (& landlord). And all parties involved are please with the set up.

3. Targeted Outcomes

1) Self-sufficiency
   ____ Severe lack of self worth/self esteem
   _X_ Few successes in life   ____ powerless   ____ lack of trust
   ____ difficulty forming relationships
   ____ dependent/inappropriately dependent
   ____ lack skills/ability to provide emotionally for self
   ____ do not know how to obtain emotional support from others
   ____ perceive themselves as "insignificant, unattractive, or stupid"
   ____ expect or invite rejection
   ____ insufficient income to meet family needs
   ____ parents incapacitated by serious physical illness, health problems, mental illness or mental retardation
   ____ provocative or antagonistic and independent adolescent
   ____ extremely "special needs" child which drains family's emotional or financial resources
   _X_ chaotic and disorganized life style
   ____ Other (Exp)

GE -6-

2)  Communication
____ Feelings are not verbalized
____ Feelings are acted out through destructive behaviors
____ Depression results in failure to act in child's best interest
____ Fear of spouse's violent or hostile reactions results in failure of non offending parent to protect child from overly punitive discipline
__X__ ~~Family members presume that needs will be magically sensed and fulfilled. When they aren't, family members become abusively angry or withdraw~~
____ Verbally assaultive communication style
____ Constantly assaultive
____ Use child as pawn or go-between between parents
____ Family secrets
____ Other (Exp) _____

3)  Parenting Knowledge and Skill
____ Understanding of child development
____ Sensitivity to child's needs
__X__ ~~Discipline appropriate to the child's age, condition and form of misbehavior~~
____ Immature parents
____ Physical, mental or emotional disability of parents
____ Overreact to child's behaviors
____ Harsh, excessive or inconsistent discipline
____ Unreasonable expectations of child
____ View child as property
__X__ ~~Ignore situations that pose danger or harm to child~~
__X__ ~~Lack of stimulation to child~~
__X__ ~~No apparent plan or routine to child rearing~~
__X__ ~~Aversion to parenting or household responsibilities~~
____ Rigid disciplinarian
____ Overly protective parent
____ Parent attempting to maintain absolute control to prevent influence of outsiders or forming "outside" relationships
____ Other (Exp) _____

4)  Stress Management
____ Parent relives stress by striking out at child either physically or emotionally
____ Parents display chronic anxiety or depression
____ Parents see themselves as unable to control or manage most areas of their lives
____ No relief from excessive child care responsibilities
____ Lack of adequate support system
____ Family fails to use resources outside of family
____ Parents not supportive of one another
____ Intrusive or withdrawing extended family members
____ Traumatic event disrupted family's equilibrium
____ over react to almost everything with heightened anxiety
____ Other (Exp) _____

AGE -7-

5) Impulse Control

X ~~Family members seek immediate gratification without regard to long term consequences~~

X ~~Act without thinking~~

___ Relieve sexual frustration resulting from marital problems by sexually misusing a child

___ Physically injure child inadvertently through acts of discipline/punishment

X ~~Neglect child through consistent attempts to meet their own needs first~~

___ Misuse of alcohol, drugs or other addictive substances

___ Family members have not learned to avoid situations that are potentially explosive or passively allow violence to occur

___ Other (Exp) _____

6) Problem Solving Skills

___ Problems are blamed on or taken out on the child

X ~~Place all responsibility for solving problems on child~~

___ Fail to seek appropriate professional help when made available

X ~~Chaotic rather than systematic approach to solving problems~~

___ Family members fail to accept responsibility for their actions or decisions and the resulting consequences

X ~~Do not learn from experiences~~

___ Sense of fatalism prevails

___ Other (Exp) _____

7) Interactive Nurturing

___ Parents did not receive affection and attention as children

X ~~Parents' unmet needs take precedence over attending to the needs of the child~~

___ Lack of concern about a child obviously experiencing emotional and/or physical pain

___ Few physical displays of attention

___ Very little eye contact with the child or shunning the child

___ Spouses unable to display signs of affection toward one another thus contributing to sexual abuse of a child

___ Lack of adequate external support system or lack of emotional support from spouse

___ Family members do not have a sense of "belong" to the family

___ Other (Exp) _____

AGE -8-

8) Developmental Role Achievement

_____ Unrealistic role expectations and rules based on what a family member expects for themselves (re: absolute family authority)

_X_ Unrealistic role expectations and rules based on what a family member expects of another family member

_____ Lack of awareness or clarity among family members of the expectations which define their respective roles

_____ Expectations operating at an unconscious level (scapegoating)

_____ Overly rigid or overly flexible expectations for behavior

_____ Inconsistency between role expectations and role behaviors

_____ Role sequence difficulties arising from family members moving between roles

_____ Role cluster difficulties arising when family members have too many uncomplimentary or unacceptable roles (role overload)

_____ Role reversals

_____ Role conflicts or strains

_____ Role discontinuity

_____ Family members show low motivation, have few life skills or are unable to change problematic behaviors associated with their respective roles

_____ One family member maintains all the power, all the control, and doesn't permit other family members to develop as individuals

_____ Nobody appears to be in control

_____ Other (Exp)_____

_____

9) Resource Enhancement

_____ Closed family system

_____ "Outsiders" have no meaningful interaction with family members or have a negative impact

_____ Lack trust, self-confidence, ability to seek support and help

_____ Expect rejection and typically act in ways that reinforce that expectation

_____ Community resources are not used

_____ Suspicious of agency involvement

_____ Few opportunities for family members to see how others cope with problems effectively, to model appropriate behaviors and born life skills.

_____ Few opportunities for those outside the family to recognize problems and offer help

_____ Other (Exp)_____

PAGE -9-

10) Environment
___ Geographical isolation
___ Family resides in a neighborhood of poverty, crime, and violence
___ Availability of child care for the children in the family
_X_ ~~occasional respite from parenting responsibilities~~
___ Other (Exp)_____

4. Additional Information on Family:

Liberty Co. DFCS has 6 months protective Supervision




## Georgia Department of Human Resources
### CHILD PROTECTIVE SERVICES
## INITIAL ASSESSMENT WORKSHEET

CASE NAME: Bizzard, Mary        CASE #

WORKER: Michelle Hoetzclaw

**CHILD INFORMATION:** HOW DOES THE PARENT DESCRIBE THE CHILD? HOW DOES THE CHILD BEHAVE. WHAT IS THE CHILD'S CURRENT CONDITION, STATUS AND VULNERABILITY? DISCUSS RISK AND SAFETY ISSUES FOR EACH CHILD IN THE FAMILY SEPARATELY.

Keon: Ms. Bizzard states that Keon is abrupt. Gives up quickly - but seems to be improving now. Presently enrolled in a speech program to help Keon better pronounce words. Does not get into any trouble at home - But does get into trouble at school because he doesn't like to do his work. One day during summer school, Keon had a note from the teacher sent home. Keon was not doing his school work.

Latoya: 17 yrs. currently staying at home with Ms. Bizzard. has a 2 yr. old child, Alissa.

Alissa: Daughter of Latoya. Observed by cw as being very playful + energetic. Ms. Bizzard states that Alissa is very grown for her age.

Keon: is still a risk because Ms. Bizzard fails to see the serious effects of leaving Keon alone.

Latoya: doesn't appear to be at risk. able to protect self.

Alissha - at risk: unable to protect self. Very young mother.

Form 454 (4-91)                                                                PAGE 1

**PARENT INFORMATION:**    WHAT ARE THE BEHAVIORS, FEELINGS, LEVEL OF COPING AND PROBLEM SOLVING SHOWN BY THE PARENT? WHAT IS THE HISTORY OF THE PARENTS? WHAT ARE THE PARENTING PRACTICES IN THE FAMILY? WHAT IS THE QUALITY OF THE PARENTAL RELATIONSHIPS OUTSIDE THE HOME? DOCUMENT EACH PARENT'S PERSPECTIVE OF THE ALLEGED MALTREATMENT. DISCUSS EACH PARENT SEPARATELY.

Ms. Bizzard was married to Earl Bizzard for seven years. He is the father of all 4 of Ms. Bizzard's children. Mr. Bizzard died in 1983, shortly after Kion was born. Ms. Bizzard began to date "Bobby" approx. 2 years later. They had be living together for 9 years. on approx. July 4th 94. Ms. Bizzard broke up with Bobby and went to Savannah to live with her new boyfriend James Morton. According to Ms. Bizzard, Mr. Morton is talking about the two of them getting married. Ms. Bizzard doesn't know when or where they would live afterwards.

Ms. Bizzard came from a very large family. She was the 12th child out of 13 children. Her father died when she was 5 yr. old. Her mother was very strict. Describes her childhood as normal. Worked in the fields. Grew & raised all of their food. The only thing she recalls her mother going to the store for was to purchase salt & pepper.

Ms. Bizzard has been employed at Cracker Barrell in Savannah for approx 2½ yrs.

(over)

Ms. Bizzard is very active in her church: St. Paul's
Baptist Church: sings in the choir.

Ms. Bizzard gets a great deal of support from
her family.

Children:
   Son - 21 yrs.
   Daug - 17 yrs. - Latoya
   Son - 15 yrs.
   Son - 11 yrs.  Keon

   Grand Child - Alisha

 

**FAMILY INFORMATION:** DESCRIBE THE COMPOSITION OF THE FAMILY, ITS HOME AND SURROUNDINGS. HOW DOES THE FAMILY FUNCTION, INTERACT AND COMMUNICATE? HOW DOES THE ENVIRONMENT, INCLUDING EXTENDED FAMILY, SUPPORT OR INTERFERE WITH THE FAMILY?

Mrs. Bizzard lives with her oldest daughter Latoya, her youngest son Leon and her granddaughter, Alisia (Latoya's daughter)

Family lives in a run-down 1 bedroom house. In need of many repairs. House is located in a close-nit community - Very protective neighbors. Landlord is Mr. Eugene Beird - Lives 2 Houses down from Mr. Bizzard. House is located in midway. Rent is 100⁰⁰ per month.

Family appears to be close. Ms. Blizzard appears to love/care for her children.

**MALTREATMENT INFORMATION:** WHAT FORM OF MALTREATMENT IS APPARENT? WHAT SURROUNDING CIRCUMSTANCES ACCOMPANY THE MALTREATMENT?

Ms. Bizzard moved to Savannah to live with her boyfriend, James Morton. Left her son in their home in midway to live with her Ex-Boyfriend. Ex-Boyfriend threatened to move out. Ms Bizzard failed to secure adequate child care for her son. Leon Was left at home, for long periods of time, alone to care for self. CW Went to house 2X & found Leon alone. House was very dirty. CW obtained EPO after making several attempts to locate Ms. Bizzard.

**INTERVENTION INFORMATION:**    WHAT REDUCES OR IMPROVES INTERVENTION EFFECTIVENESS?  HOW DOES THE FAMILY PERCEIVE OR RESPOND TO INTERVENTION?

Judge ordered for Keon to return Home. Mother will have to move back to midway to take care of Keon. _____ _____. Daycare provided for Keon While Ms. Blizzard is at Work. - foster parent - Ms. Osborne.

**INITIAL ASSESSMENT CONCLUSION:**  CONSIDERING THE STRENGTHS AND NEEDS OF THE FAMILY AND THE MALTREATMENT, SUMMARIZE THE RISK TO EACH CHILD IF THEY REMAIN IN THE HOME:  WHAT TYPES OF MALTREATMENT ARE CONFIRMED, UNCONFIRMED OR UNFOUNDED AND WHY?

Strengths:

1- Ms. Blizzard Loves Keon & is Willing to do what it takes to keep him out of foster Care.

2- Ms. Blizzard is working at Cracker Barrel : has held this job for 2½ yrs.

3.- Ms. Blizzard has a 4 Bedroom trailer that She should be moving into soon.

4 Ms Blizzard has transportation.

5. Ms. Blizzard a Lg. Family support system

Needs:

1- Ms. Blizzards needs to Cooperate w/ the _____ __.

2- Ms. Blizzard needs to ensure the Well-being & Supervision of Keon at all times.

3 - Ms. Blizzard needs to move into 4 Bedroom trailer as soon as the Water & power are hooked up.

* Ms. Blizzard Will Be Confirmed for neglect.

Form 454 (4-91)

 

**CASE RECOMMENDATION OR TRANSFER SUMMARY:**

CW recom. that Case be Confirmed for neglect. CW also recom. that Case be forwarded to on-going for follow-up. Homemaker Services have begun.

## CASE DETERMINATION

DATE INITIAL ASSESSMENT BEGAN: ⬛⬛⬛⬛⬛    ENDING DATE: ⬛⬛⬛⬛⬛

☒ CONFIRMED, Case Remains Open for CPS

☐ CONFIRMED, No or Low Risk          Case Closed

☐ UNCONFIRMED                        Case Closed
☐ UNCONFIRMED, Early Intervention    Case Remains Open

☐ UNFOUNDED                          Case Closed
☐ UNFOUNDED, Early Intervention      Case Remains Open

☐ J. J. INFORMATION EXPLAINED AND GIVEN TO: _____
                                      DATE: _____

| SUPERVISOR: Deborah A. Sawyer | DATE: 10-10-94 | WORKER: ⬛⬛⬛⬛ | DATE: ⬛⬛⬛⬛ |
|---|---|---|---|

Form 454 (4-91)                                                        **PAGE 5**