# APPENDIX I-3

CONTACT SHEET

PAGE NO.

CASE NAME: _____                CASE ID NO.: _____

| Date<br>Staff Member<br>Type Contact/Activity | Individual(s) Contacted, Purpose, Content, and/or Results of Contact | |
|---|---|---|
| | TARGETED CASE MANAGEMENT | |
| | CLIENT: *Keon Bizzard* | |
| | MEDICAID# | |
| | BEGINNING DATE: | |
| | | |
| | This child/adult is in need of on-going services, | |
| | including targeted case management to provide | |
| | access to needed medical and related services in | |
| | order to meet defined needs and the delivery of | |
| | services prescribed in his/her case plan. | |

Form 451 (Rev. 10-93)    PAGE NO.

Georgia Dept of Human Resources
CHILD PROTECTIVE SERVICES

## SAFETY PLAN

| NAME: Mary Bizzard | CASE WORKER: Deborah Sawyer | DATE: 7-21-94 |

SUMMARIZE THE ACTIONS, STEPS, SERVICES OR REFERRALS NEEDED TO CONTROL EACH MALTREATMENT / RISK

SPECIFY WHO DOES WHAT, WHEN, HOW OFTEN AND WHERE.

MALTREATMENT / SAFETY ISSUE: Child left unattended for long periods of time without an adult caretaker.

STEPS: (SPECIFY WHO WILL DO WHAT, WHEN, WHERE AND IN WHAT TIME FRAME)

Agency will assist Ms. Bizzard as with obtaining child care for Keon.

Mrs. Bizzard will return to Liberty County to live to provide care for Keon when she is not working or arrange for Keon to be left with a mature adult. Ms. Bizzard will ensure Keon completes Summer School. Child care will commence this date.

MALTREATMENT / SAFETY ISSUE: Same as above

STEPS: (SPECIFY WHO WILL DO WHAT, WHEN, WHERE AND IN WHAT TIME FRAME)

Ms. Bizzard will complete all forms necessary for child care for Keon.

Ms. Bizzard will apply for child medicaid for Keon.

Ms. Bizzard will obtain medical treatment for Keon for migraine headache and sign release for agency to obtain information.

455 (4-91)                                              PAGE ___ OF ___

MALTREATMENT / SAFETY ISSUE: — *Same as above* —

STEPS: (SPECIFY WHO WILL DO WHAT, WHEN, WHERE AND IN WHAT TIME FRAME)

1. Ms. Bizzard will work on cleaning the home daily. The home will meet minimum standards by 7-29-94.

2. Agency will assign a home maker to assist with home management and teaching housekeeping skills.

3. Ms. Bizzard will cooperate with worker.

MALTREATMENT / SAFETY ISSUE: — *Same as above* —

STEPS: (SPECIFY WHO WILL DO WHAT, WHEN, WHERE AND IN WHAT TIME FRAME)

1. Mr. Brooks will move out of the home effective this date.

2.

3.

DATE DISCUSSED WITH PARENT(S) ___7-21-94___   AGREEMENT ☑ YES  ☐ NO

COMMENTS: This family will receive Targeted Case Management Services to assist the family in gaining access to and managing needed medical, nutritional, social, educational, transportation, housing and other services.

PARENT/GUARDIAN: _____ DATE: _____ SUPERVISOR: _____ DATE: _____

PARENT/GUARDIAN: Mary A. Bizzard  DATE: _____ WORKER: Deborah A. Sawyer  DATE: 7-21-94

Form 455 (4-91)    PAGE ____ OF ____

## ADDITIONAL INFORMATION

1. Was Confidentiality preserved and explained?  __✓__ Yes  _____ No

    A. The identity of the reporter is not shared with the subject of the report. The reporter is given an explanation of his or her right to immunity to liability suits if the report is made in good faith. Also an explanation is given that he or she may be asked to appear in court if court action is necessary to protect the child.

    B. If reporter is mandated, is letter attached?

    __✓__ Yes  _____ No  _____ N/A

2. Does a prior Social Services case exist?

    Case Found _____  Case Not Found __✓_____

3. Is case currently active for CPS or PLC?  If so, case record is attached.

    _____ Yes  __✓__ No  _____ N/A

4. Were the PA (Food Stamp or AFDC) Files found and copy of basic data given to worker?

    Case Found _____  Case Not Found _____

    Attached __✓__ Yes  _____ No  _____ N/A

Comments: _____
_____
_____
_____
_____
_____

**Georgia Department of Human Resources**
**CHILD PROTECTIVE SERVICES**
**INTAKE WORKSHEET**

| | | | |
|---|---|---|---|
| Date Received: 7/19/94 | County: _Liberty_ | | |
| Time Received: 8:30AM. | Case #: 089-14188 | | |
| Received By: C. Freeman | | | |

**PARENT OR HEAD OF HOUSEHOLD:**                (EMPLOYMENT REVERSE SIDE)

| MOTHER: LAST | FIRST | AGE | DATE OF BIRTH | RACE |
|---|---|---|---|---|
| Bizzard | Mary | | | B |
| ADDRESS: STREET Rte 2 Box 2m. | CITY Midway | TELEPHONE 884-5244 | Grand Mother Morgan (Bernice) |

| FATHER: LAST | FIRST | AGE | DATE OF BIRTH | RACE |
|---|---|---|---|---|
| | | | | |
| ADDRESS: STREET | CITY | | TELEPHONE |

| OTHER CARETAKER: LAST | FIRST | AGE | DATE OF BIRTH | RACE | RELATIONSHIP |
|---|---|---|---|---|---|
| | | | | | |
| ADDRESS: STREET | CITY | | TELEPHONE | | |

Direction's to Parent's Home: Make left on Hwy 17 off 84 past Ida Mae + Joe's Cross two little bridges 1st house on rt.

| CHILD DATA: NAME | SEX | AGE | DATE OF BIRTH | RACE | MAL-TX | SCHOOL | WHEREABOUTS |
|---|---|---|---|---|---|---|---|
| 1. Bizzard Keox | m | 11 | 8/18/82 | B | N | Hinesville Middle School | |
| 2. | | | | | | | |
| 3. | | | | | | | |
| 4. | | | | | | | |
| 5. | | | | | | | |
| 6. | | | | | | | |
| 7. | | | | | | | |

**REPORTER INFORMATION:**

| NAME: Frankie Thompson | RELATIONSHIP: Guidance Counselor |
|---|---|
| ADDRESS: Hinesville Middle School 307 E Washington Ave | TELEPHONE: 876-8251 |

CONFIDENTIALITY EXPLAINED:   YES ☐   NO ☐    MANDATED REPORTER LETTER   YES ☐   NO ☐
DISPOSITION:   WITHIN 24 HOURS ☐    5 WORK DAYS ☒
      SCREENED OUT: ☐    REASON: _____

| SUPERVISOR: HRM | DATE: 7/19/94 | WORKER: NA Holtzclaw |
|---|---|---|

Form 453 (4-91)                                                   **PAGE 1**

## EMPLOYMENT INFORMATION

**MOTHER:**

| EMPLOYER: | ADDRESS: |
|---|---|
| *Cracker Carrell* | |
| **PHONE:** 912/ 927-6559 | **SHIFT / SCHEDULE:** |

**FATHER:**

| EMPLOYER: | ADDRESS: |
|---|---|
| | |
| **PHONE:** | **SHIFT / SCHEDULE:** |

**OTHER CARETAKER EMPLOYER:**

| EMPLOYER: | ADDRESS: |
|---|---|
| | |
| **PHONE:** | **SHIFT / SCHEDULE:** |

**OTHER EMPLOYMENT INFORMATION:**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Form 453 (4-91)    PAGE 1    *REVERSE SIDE*

 

**MALTREATMENT REFERRAL:** WHAT FORM OF MALTREATMENT IS APPARENT? CLARIFY WHO DID WHAT, WHEN, HOW OFTEN AND WHERE. WHAT ARE THE CIRCUMSTANCES SURROUNDING THE MALTREATMENT?

Child reported to three adults at summer school that his mother is living in Savannah with a friend for sometime. Child was living with step father but he moved out of the home yesterday and there is no adult to provide supervision. There is a older brother and sister living with other relatives.

The 17 yr. old sister is supposed to move back home and care for the child. Reporter is unaware of whether 17 yr. old can provide adequate supervision and offer medical treatment to child in light of his medical problems.

**CHILD INFORMATION:** HOW DOES THE PARENT DESCRIBE THE CHILD? HOW DOES THE CHILD BEHAVE? WHAT IS THE STATUS AND VULNERABILTIY OF THE CHILD?

Child has migraine headaches which make him vomit. The migraines are regular and he has dizzy spells frequently. Child reports taking tylenol but it doesn't help.

**PAGE 2**

Form 453 (4-91)

**PARENT INFORMATION:**   WHAT ARE THE BEHAVIORS, FEELINGS, LEVEL OF COPING AND PROBLEM-SOLVING BY THE PARENT? WHAT IS THE HISTORY OF THE PARENT? HOW DO THEY RELATE TO OTHERS?

_____

_____

_____

_____

_____

_____

**FAMILY INFORMATION:**   DESCRIBE THE COMPOSITION OF THE FAMILY, ITS HOME AND SURROUNDINGS.  HOW DOES THE FAMILY FUNCTION?

_____

_____

_____

**INTERVENTION INFORMATION:**   WHAT MIGHT INCREASE INTERVENTION EFFECTIVENESS?  HOW WILL THE FAMILY RESPOND TO INTERVENTION?

_____

_____

_____

LIST HIGH RISK INDICATORS ASSOCIATED WITH NEED FOR IMMEDIATE RESPONSE:

_____

_____

OTHER SOURCES OF INFORMATION REGARDING THE FAMILY:

_____

_____

_____

_____

_____

Form 453 (4-91)                                                                 **PAGE 3**

```
CASE-NUM: 47474t  -AFDC                     CNTY: 089  OFF: 114  SUP: 100  LOAD: 90
********  CASE-NAME / ADDRESS   *********        ****** CASE-STATUS ******
    LATOYA     T BIZZARD                     *       CODE: 6-ACTIVE
                                             *      AS-OF: 050194
    RT. 2 BOX 2M                             *     REASON: 027-RSM CHLD
    MIDWAY          GA      313209601        *    BENEFIT:      $0
                                             *   BENE-CHG: 040594
 PHONE: 000-000-0000                         *     ISSUED: 00/00
CENSUS:                                      *   HOLD-REA:
ETHNIC: 2-BLACK                              *   HOLD-DTE:
                                             * PREV-STAT: 2-INT ELIG
                                             * PREV-BENE:      $0
 ***************************  CASE NON-FINANCIAL  ****************************
   HOME-VISIT-DATE: 020894              INIT-APP-DATE: 013194
                                        INIT-INTV-DATE: 020894
   REDET-INTV-DATE:                     CLASS-OF-ASSIST: 24-RSM
     REASON-OPENED: 027-RSM CHLD         FH-REQ-TYPE:
   AFDC-4-MO-PRIOR: NO                    FH-RESULTS:
   CATEGORICAL-REL: 01-AFDC            FINAL-DISP-DATE: 040694
           XREF-ID:
                                       NEXT-REDET-DATE: 10/94
DEPRESS THE "PF1" KEY TO SEE ADDITIONAL CASE INFORMATION, ELSE, "PF3" OR "PF4"

SB                      SCRP          N              _        99
1-001 A0
 CLIENT-ID: 450221288           CLIENT SUMMARY
         CLIENT-NAME              SEX    BIRTHDATE        SSN      ST
LATOYA      T BIZZARD             F     10/10/1976    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  V

SS5-DATE  CITIZENSHIP   ETHNIC-GROUP   SSN-CLAIM-NO    SSI/SS    MEDICAID/SANC.
          1-U.S. CTZ    2-BLACK                       0-NO BENE   0-INEL MED

AFDC-RELATION  LIVING-ARRNGMNT  DEPRIV-CODE  MARITAL-STAT/DATE  TFR  DATE-DEATH
 01-CHILD         01-HOME        01-DEATH                        N

MAO-RESIDENCY   LEVEL-CARE   STUDENT   MEDICARE          REG-DATE

 IBIS-ID-NUMBER              WIN-STATUS/SANCTION      WORK-STATUS/SANCTION
                            18-XMLCKRSC              03-EXPT <18
-------------------------- MEDICAID ELIGIBILITY ---------------------------
08/93 09/93 10/93 11/93 12/93 01/94 02/94 03/94 04/94 05/94 06/94 07/94 08/94
                          N     N     N     N     N     N     N     N
```

**Liberty County Department of Family and Children Services**
P.O. Box 710 • Hinesville, Georgia 31313-0710
(912) 876-5174



Mrs. Sallie W. Richardson
Director

Date  11-07-94

Case No.  _____

Ms. Mary Bizzard

Rt. 2 M

Midway, GA 31320

RE: _____

_____

Dear _____ :

Please note the items checked below:

( )  Please come to this office on _____

at _____ a.m./p.m. to see me.

( )  Please phone me at _____ as soon as
possible.

(XX)  I will visit your home on  Tuesday, November 15, 1994

at 5 pm                                                      .

(XX)  Other    Please have Keon present during this visit.

We will be revising your case plan.

_____

_____

If the above is inconvenient, please phone me at 876-5174 wo
we can make other arrangements.

Sincerely,

Michelle A. Holtzclaw

Social Services Specialist I

## PETITION
## (DEPRIVATION)

**PRESS HARD PLEASE PRINT or TYPE**

IN THE JUVENILE COURT OF ___Liberty___ COUNTY, GEORGIA

FILED
LIBERTY CO. CLERK'S OFFICE
94 AUG -2 PM 1:05

089-443-5516

**In the interest of**

Keon Bizzard ___ , SEX _M_ , AGE _12_ , DOB _8-8-82_ , CASE # _089-14188_

___ , SEX ___ , AGE___ , DOB ___ , CASE # ___

___ , SEX ___ , AGE___ , DOB ___ , CASE # ___

___ , SEX ___ , AGE___ , DOB ___ , CASE # ___

### A Child/Children Under 18 Years of Age

Your Petitioner alleges the Child(ren) named above to be of the sex(es) and age(s) and to have the name(s) there set forth above; that the (Putative) father of said Child(ren) is _Deceased_ ___ , who resides at ___ , the mother is _Mary Bizzard_ ___ who resides at _Rt 2.M Midway, GA 31320_ ___ ; said child(ren) reside(s) at ___ , in said county and state, and is/are in the custody and control of _Mary Bizzard_ ___ , who resides at said place; that the said child(ren) is/are subject to the jurisdiction of this Court; that said child(ren) is/are in need of protection of this Court and is/are deprived (O.C.G.A. Section 15-11-2(8)) due to the following condition(s):

Child is without proper parental care or control, subsistence, education as required by law, or other care or control necessary for his physical, mental, or emotional health or morals;
Ms. Bizzard had moved to Savannah and had left her 12 year old son, Keon Bizzard, living in Midway by himself. Ms. Bizzard did not take the necessary actions to make sure that Keon was supervised during her absence.

That said child(ren) was/were (not) taken into custody under the provisions of O.C.G.A. Section 15-11-17-(a)(4).

That it is in the best interest of the child(ren) and the public that this proceeding be brought.

That said child(ren) is/are, is not/are not currently in shelter care facilities under the supervision of the ___Liberty___ County Department of Family and Children Services, having been placed there at ___ m., on ___ , 19 ___ .

Petitioner prays that process issue, directed to the parties hereto , requiring them to appear before this Court to answer the allegations of this Petition.

_Michelle Holtzclaw, SSSI for Deborah A Sawyer_
Petitioner

Subscribed and sworn to before me, on information and belief this _2_ day of _August_ 19 _94_ .

_Nancy M Rowe_
Attesting Officer

The above Petition is approved to be filed in the best interest of the public and the named child.

This _2nd_ day of _August_ , 19 _94_

_Nancy M Rowe_
Court Designee

JUV-93-4

## SUMMONS AND PROCESS

| PRESS HARD PLEASE PRINT or TYPE |
|---|

IN THE JUVENILE COURT OF
_____Liberty_____ COUNTY, GEORGIA

FILED
CLERK'S OFFICE
94 AUG -2 PM 1: 05

To: _____ and __Mary Bizzard__
Child                                    Parent
                                         Rt. 2 M (Hwy 17)

_____          _____
Street Address                     Street Address
                                   Midway    Georgia    31320

_____          _____
City         State      Zip        City      State      Zip

**In the interest of**

Family File Number _____

| NAME | DOB | CASE # |
|---|---|---|
| Keon Bizzard | 8-08-82 | D89-94J-556 089-14188 |
| | | |
| | | |
| | | |

Child(ren).

A petition has been filed in this Court concerning the above-child(ren). A copy of that petition is attached to this summons.

This is a summons requiring you to be in Court. If you fail to come to Court as required you may be held in contempt of Court and punished accordingly.

Now therefore, you, the parties named above, are commanded to be and appear on the date and time stated below, and to remain in attendance from hour to hour, day to day, month to month, year to year, and time to time, as said case may be continued, and until discharged by the Court, and you are commanded to lay any and all other business aside and to be and appear before the Juvenile Court of __Liberty__ County, Georgia, located at_The Liberty County Court House, Hinesville, GA on the _11th_day of _August_ , 19 _94_ at _8_ o'clock _a_ m., and you the said parent, guardian or legal custodian are likewise hereby commanded to be and appear with the aforesaid child(ren) in said court at the time and place above stated, each of you then and there to make defense thereto and to show cause why the said child(ren) and all parties named herein should not be dealt with according to the provisions of the law.

WITNESS the Honorable _Cavender_ , Judge of said court, this the _1st_day of _August_ _____, 19 _94_ .

_Lisa B Carpenter_
(Deputy) Clerk, Juvenile Court of _Liberty_
County, Georgia

## READ CAREFULLY

This Summons requires you to be present at a formal hearing in the Juvenile Court.
The child or children and other parties involved may be represented by a lawyer at all stages of these proceedings.
If you want a lawyer, you may choose and hire your own lawyer. If you want to hire a lawyer, please contact your lawyer immediately
If you want a lawyer but are not able to hire a lawyer without undue financial hardship, you may ask for a ,lawyer to be appointed to represent you. The Court would inquire into your financial circumstances and if the court finds you to be financially unable to hire a lawyer, then a lawyer will be appointed to represent you.
If you want a lawyer appointed to represent you, you must let the Court or officer of this Court handling this case know that you want a lawyer immediately.

JUV-93-7



**PETITION
(DEPRIVATION)**

PRESS HARD
PLEASE
PRINT or TYPE

IN THE JUVENILE COURT OF
___ Liberty _____ COUNTY, GEORGIA

**In the interest of**

Keon Bizzard _____ , SEX __M__ , AGE __12__ , DOB __8-8-82__ , CASE # __089-14188__

_____ , SEX _____ , AGE_____ , DOB _____ , CASE # _____

_____ , SEX _____ , AGE_____ , DOB _____ , CASE # _____

_____ , SEX _____ , AGE_____ , DOB _____ , CASE # _____

### A Child/Children Under 18 Years of Age

Your Petitioner alleges the Child(ren) named above to be of the sex(es) and age(s) and to have the name(s) there set forth above; that the (Putative) father of said Child(ren) is __Deceased_____
_____ , who resides at _____
_____ , the mother is __Mary Bizzard_____
who resides at __Rt 2.M  Midway, GA 31320_____ .
_____ ; said child(ren) reside(s) at _____
_____ , in said county and state, and is/are in the custody and control of __Mary Bizzard__
_____ , who resides at said place; that the said child(ren) is/are subject to the jurisdiction of this Court; that said child(ren) is/are in need of protection of this Court and is/are deprived (O.C.G.A. Section 15-11-2(8)) due to the following condition(s):

Child is without proper parental care or control, subsistence, education as required by law, or other care or control necessary for his physical, mental, or emotional health or morals;
Ms. Bizzard had moved to Savannah and had left her 12 year old son, Keon Bizzard, living in Midway by himself.  Ms. Bizzard did not take the necessary actions to make sure that Keon was supervised during her absence.

That said child(ren) was/were (not) taken into custody under the provisions of O.C.G.A. Section 15-11-17-(a)(4).

That it is in the best interest of the child(ren) and the public that this proceeding be brought.

That said child(ren) is/are, is not/are not currently in shelter care facilities under the supervision of the _____ Liberty _____ County Department of Family and Children Services, having been placed there at _____ m., on _____ , 19 ____ .

Petitioner prays that process issue, directed to the parties hereto , requiring them to appear before this Court to answer the allegations of this Petition.

__Michelle Holtzclaw, SSSI_____
Petitioner

Subscribed and sworn to before me, on information and belief this _____ day of _____ .
19 ____ .

_____
Attesting Officer

The above Petition is approved to be filed in the best interest of the public and the named child.
This _____ day of _____ , 19 ____ .

_____
Court Designee

1 of 1

JUV-93-4
Clyde Castleberry Company, Covington, Georgia 30209

## SUMMONS AND PROCESS

| PRESS HARD |
| --- |
| PLEASE |
| PRINT or TYPE |

IN THE JUVENILE COURT OF
Liberty_____ COUNTY, GEORGIA

To: _____ and __Mary Bizzard_____
           Child                                Parent
                                         Rt. 2 M (Hwy 17)

_____
     Street Address                          Street Address
                                    Midway    Georgia    31320

_____
City         State    Zip                 City       State    Zip

**In the interest of**                   **Family File Number** _____

| NAME | DOB | CASE # |
| --- | --- | --- |
| Keon Bizzard | 8-08-82 | 089-14188 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Child(ren).

A petition has been filed in this Court concerning the above-child(ren). A copy of that petition is attached to this summons.

This is a summons requiring you to be in Court. If you fail to come to Court as required you may be held in contempt of Court and punished accordingly.

Now therefore, you, the parties named above, are commanded to be and appear on the date and time stated below, and to remain in attendance from hour to hour, day to day, month to month, year to year, and time to time, as said case may be continued, and until discharged by the Court, and you are commanded to lay any and all other business aside and to be and appear before the Juvenile Court of __Liberty_____ County, Georgia, located at__The Liberty County Court House, Hinesville, GA on the _11th_day of _August_____, 19 _94_ at _8_____ o'clock _a_ m., and you the said parent, guardian or legal custodian are likewise hereby commanded to be and appear with the aforesaid child(ren) in said court at the time and place above stated, each of you then and there to make defense thereto and to show cause why the said child(ren) and all parties named herein should not be dealt with according to the provisions of the law.

WITNESS the Honorable _____Cavender_____, Judge of said court, this the _1st_ day of _August_____
94
_____, 19____.

_____
(Deputy) Clerk, Juvenile Court of __Liberty_____
County, Georgia

### READ CAREFULLY

This Summons requires you to be present at a formal hearing in the Juvenile Court.
The child or children and other parties involved may be represented by a lawyer at all stages of these proceedings.
If you want a lawyer, you may choose and hire your own lawyer. If you want to hire a lawyer, please contact your lawyer immediately
If you want a lawyer but are not able to hire a lawyer without undue financial hardship, you may ask for a lawyer to be appointed to represent you. The Court would inquire into your financial circumstances and if the court finds you to be financially unable to hire a lawyer, then a lawyer will be appointed to represent you.
If you want a lawyer appointed to represent you, you must let the Court or officer of this Court handling this case know that you want a lawyer immediately.

Clyde Castleberry Company, Covington, Georgia 30209   JUV-93-7

 

GEORGIA DEPARTMENT OF HUMAN RESOURCES

_____ County Department
of Family and Children Services

## A G R E E M E N T   S U P P L E M E N T

Case Number: _____

FOSTER HOME

I have this date (received into) (released from) my home

Keon Bizzard _____ BORN: 8-18-82 CASE NO. 14188

_____ BORN: _____ CASE NO. _____

_____ BORN: _____ CASE NO. _____

_____ BORN: _____ CASE NO. _____

_____ BORN: _____ CASE NO. _____

_____ BORN: _____ CASE NO. _____

_____ BORN: _____ CASE NO. _____

(from) (to) Michelle Holtzclaw SSSI , Liberty _____ County

(NAME OF PERSON)

Department of Family and Children Services (for) (from) foster care in accordance with the agreement with the

Liberty _____ County Department of Family and Children Services to provide foster care.

Signed, _____
(FOSTER FATHER)

Mary A. Osborne
(FOSTER MOTHER)

Date: 7-20-94 _____

Michelle Holtzclaw SSSI
Representative of the Liberty
County Department of Family and Children Services

Form 40 (10-71)

## GEORGIA DEPARTMENT OF HUMAN RESOURCES
## FOSTER CHILD INFORMATION SHEET

Birthdate _8-18-1982_

Name child likes to be called _Keon "Shortdog"_    Social Security Number _____

Medical history (disorders, allergies, dental history) _Child has migraine headaches which makes him vomit. Migraines are regular. Also has frequent dizzy spell._

Psychological and social history _____

School history (last school attended, achievement level, school adjustment) _Keon is currently going to summer school 6th Hinesville Middle School. 8am._

Why child is in foster care _Left unsupervised - Trying to locate his mother._

History of foster care (other families: where (City or part of town), and why child was moved) _N/A._

Does child have special toy or object? Is it in his possession now? _Super Soaker Water Gun_

Sleep patterns and rituals _Sleeps whenever he gets tired - no regular pattern - gets up a lot during the night._

Food preferences and dislikes _Pizza - Twix Candy Bars - Caramel. Liver + Chitlins - Dislikes strongly._

Are pictures of natural family available? Does child have them with him now? _No._

Where is his natural family? _Midway Area - Mother is in Savannah._

Who are the members? _Mother - Savannah - Aunts, uncles, Grandmother Cousins, Sisters, Brothers - Midway._

Are siblings in foster care? Where? _No._

What are the plans for this child? _reunite w/ family - locate mother._

Religious preferences (if any) _St. Pauls Church. (Baptist)_

Clothing preferences (colors and style) _likes the color red._

Fears _none reported_

Special skills or achievements _doing well in summer school._

Form 469   (Rev. 7-83)

GEORGIA DEPARTMENT OF HUMAN RESOURCES

_____Liberty_____ County Department
of Family and Children Services

### A G R E E M E N T   S U P P L E M E N T

Case Number: _____
                          FOSTER HOME

I have this date (received into) (released from) my home

_Keon Bizzard_    BORN: _8-18-82_   CASE NO. _____

_____ BORN: _____ CASE NO. _____

_____ BORN: _____ CASE NO. _____

_____ BORN: _____ CASE NO. _____

_____ BORN: _____ CASE NO. _____

_____ BORN: _____ CASE NO. _____

_____ BORN: _____ CASE NO. _____

(from) (to) _Deborah A. Sawyer_, _____Liberty_____ County
                    (NAME OF PERSON)

Department of Family and Children Services (for) (from) foster care in accordance with the agreement with the

_____Liberty_____ County Department of Family and Children Services to provide foster care.

Signed, _____
                          (FOSTER FATHER)

_Mary A. Osborn_
                          (FOSTER MOTHER)

_Deborah G. Sawyer_
Representative of the _Liberty_
County Department of Family and Children Services

Date: _7-21-94_

Form 40   (10-71)

# ORDER FOR SHELTER CARE

| PRESS HARD<br>PLEASE<br>PRINT or TYPE |
|---|

IN THE JUVENILE COURT OF
_____LIBERTY_____ COUNTY, GEORGIA

FILED
LIBERTY CO. CLERK'S OFFICE

94 JUL 21 PH 12: 41

File Number _____

In the interest of:

KEON BIZZARD _____ , SEX __M__ , AGE __11__ , DOB __8-18-82__ , CASE # _089-94J-556_

_____ , SEX _____ , AGE_____ , DOB _____ , CASE # _____

_____ , SEX _____ , AGE_____ , DOB _____ , CASE # _____

_____ , SEX _____ , AGE_____ , DOB _____ , CASE # _____

WHEREAS a complaint has been made to the court concerning the above-named child(ren) and the court finding from information brought before it that continuation in the home at this time would be contrary to the welfare of said child(ren) and it is necessary for the protection of said child(ren) that he or she be placed in shelter care.

The court also finds that pursuant to Official Code of Georgia Annotated §15-11-41(b):

[ ] reasonable efforts have/have not been made by the Department of Family and Children Services to prevent or eliminate the need for removal and to make it possible for said child to remain in the home.

[ X ] reasonable efforts were not appropriate or in the best interest of the child to prevent or eliminate the need for removal.

[ ] reasonable efforts have/have not been made since removal to reunite the child(ren) with the family.

It is therefore ordered that said child(ren) be placed in the custody of: _LIBERTY COUNTY DEPARTMENT_

OF FAMILY AND CHILDREN SERVICES

until further order of the court or until released by a person duly authorized by the court.

Said child(ren) is/ are being placed pursuant to Official Code of Georgia Annotated §15-11-18 for the following reason(s):

[ X ] to protect the person or property of others or of the child;

[ ] the child may abscond or be removed from the jurisdiction of the court;

[ ] because he has no parent, guardian, or custodian or other person able to provide supervision and care for him and return him to the court when required;

[ ] an order for his detention or shelter care has been made by the court pursuant to the Juvenile Proceedings Code.

It is further ordered that the placement shall be: _A LIBERTY COUNTY DEPARTMENT OF FAMILY AND CHILDREN_

SERVICES APPROVED FOSTER CARE PLACEMENT.

It is further ordered that the custodian be and hereby is authorized to obtain a physical examination, ordinary medical care, and such additional medical treatment and care which, in the opinion of a licensed physician, requires prompt treatment for the care of the said child(ren) while said child(ren) is/are in their custody.

ORDERED AND ADJUDGED

this __20__ day of ___JULY___ , 19 __94__ .

_____Nancy M. Rogers_____
Judge/Associate Judge of the Juvenile Court

**PRESS HARD
PLEASE
PRINT or TYPE**

**COMPLAINT**

IN THE JUVENILE COURT OF

LIberty _____COUNTY, GEORGIA    9⅃ JUL 21 PM 12:41

FILED

| State F. F. # | Case # 089-945-556 | File # |
|---|---|---|

| Name: (last, F, M) | Age: 11 |
|---|---|
| AKA: Bizzard, Deon | DOB: 8/18/82 |

| Race: B | Lives | | Res.: |
|---|---|---|---|
| Sex: M | With: Mary Bizzard | | Bus.: |
| | | (Name) | (Phone) |

| Child's Address | Rt 2 Box 2M, Midway, Liberty, Georgia | | | |
|---|---|---|---|---|
| (Street) | (Apt. #) | (City) | (County) | (State) | (Zip) |

| Mother's Name: | Mary Bizzard | | Res.: |
|---|---|---|---|
| | (Include Mother's Maiden Name in Parenthesis) | Phone: | Bus.: |

| Mother's Address | Rt 2 Box 2M, Midway, Liberty, Georgia | | | |
|---|---|---|---|---|
| (Street) | (Apt. #) | (City) | (County) | (State) | (Zip) |

| Father's Name: | Earl Bizzard Sr. | | Res.: |
|---|---|---|---|
| | | Phone: | Bus.: |

| Father's Address | (Deceased) | | | |
|---|---|---|---|---|
| (Street) | (Apt. #) | (City) | (County) | (State) | (Zip) |

| Legal Custodian | Mary Bizzard | | Res.: |
|---|---|---|---|
| | | Phone: | Bus.: |

| Custodian's Address | Same as above | | | |
|---|---|---|---|---|
| (Street) | (Apt. #) | (City) | (County) | (State) | (Zip) |

| Complaint: N/A | | | |
|---|---|---|---|
| | (Code Section) | (Misd./Fel.) | (Date of Offense) |

| Complaint: N/A | | | |
|---|---|---|---|
| | (Code Section) | (Misd./Fel.) | (Date of Offense) |

| Complaint: N/A | | | |
|---|---|---|---|
| | (Code Section) | (Misd./Fel.) | (Date of Offense) |

Taken Into Custody:    Yes (X)    No ( )

By Whom: Michelle Holtzclaw,    Liberty County DFCS

(Name)                                    (Agency)

| Placement of Deprived Child | Liberty County DFCS Foster Home | Date: 7-20-94 |
|---|---|---|
| | | Time: 5:30 p.m. |

| Person Notified By: N/A | | Via: | Date: Time: |
|---|---|---|---|

| Detained:  Yes ( )   No ( ) | Place | Date: |
|---|---|---|
| Authorized By: N/A | Detained | Time: |

| Released To: Relation: N/A | | Date: Time: |
|---|---|---|

| Co-Perpetrators: N/A | | |
|---|---|---|

| Co-Perpetrators: N/A | | |
|---|---|---|

| Victim's Name: | (Names and Ages) | Phone # |
|---|---|---|
| Victim's Address: N/A | | |

| Victim's Name: | | Phone # |
|---|---|---|
| Victim's Address: N/A | | |

1 of 2

JUV-93-2

PRESS HARD
PLEASE
PRINT or TYPE

FILED

CASE # 089-94J-556

FILE # _____

94 JUL 21 PM 12: 41

Give Complete Details of Offense(s) or Complaints(s) and Apprehension:

Child is without proper parental care or control, subsistence, education as required by law, or other care or control necessary for his physical, mental, or emotional health or morals;

Child reported that his mother has been living in Savannah with a friend for some time.

Child remained in the home with his stepfather.  Stepfather moved out of the home and there is no adult to provide supervision to this child.

The child has two older siblings who reside in the home but they are unable to provide adequate supervision.

On 7/20/94, the agency made a home visit and found the child home alone.  The child was unable to provide any specifics regarding his adult caretaker.  An EPO was obtained and the child was placed in foster care.

| Investigating Officer: | Agency: P.D. Report # | | Phone # |
|---|---|---|---|
| Complainant's Name: Michelle Holtzclaw | | Complainant's Address: Liberty County DFCS P.O. Box 710 Hinesville, Ga.   31313 (912) 876-5174 | |
| Signature: for Deborah A. ___ Date: 7-21-94 | | Phone: | |

2 of 2

JUV-93-2

**Liberty County Department of Family and Children Services**

P.O. Box 710 • Hinesville, Georgia 31313-0710

(912) 876-5174

Mrs. Sallie W. Richardson
Director

July 19, 1994

Ms. Frankie Thompson, Counselor
Hinesville Middle School
307 East Washington Avenue
Hinesville, Georgia  31313

RE:  BIZZARD, Mary

Dear Ms. Thompson:

This letter is to acknowledge our receipt of your report of neglect and/or abuse of the child/children of the above-named parent(s). We thank you for your careful compliance with the Georgia Code, Section 74-111. Please be assured that we are responding to this report according to our regulations.

If we can be of further service, do not hesitate to let us know.

Insufficient identifying information in order to locate family:  Yes _____    No _____    N/A __XX__ .

Information Does Not Meet Child Maltreatment Definition: Yes _____    No _____    N/A __XX__ .

Information Does Not Indicate Risk:  Yes ___  No ___  N/A __XX__ .

A.  Referral Accepted:  Yes__XX___  No _____ .

B.  Screened Out:  Yes _____    No __XX___ .

C.  Assigned to Michelle A. Holtzclaw.

Sincerely,

(Mr.) Alfred L. Matchett
Casework Supervisor Senior - Services

ALM/wrg

cc:  County File

CASE SUMMARY (PAGE 1)

CASE-NUM: 46882403-AFDC                          CNTY: 089  OFF: 114  SUP: 100  LOAD: 900
********** CASE-NAME / ADDRESS **********              ****** CASE-STATUS *******
    LATOYA      T BIZZARD                              *       CODE: 6-ACTIVE
                                                       *       AS-OF: 010192
    RT 2 BOX 2-M                                       *      REASON: 026-RSM ADL
    MIDWAY          GA          313209802              *     BENEFIT:        $0
                                                       *    BENE-CHG: 121391
  PHONE: 912-884-5094                                  *      ISSUED: 00/00
CENSUS:                                                *   HOLD-REA:
ETHNIC: 2-BLACK                                        *   HOLD-DTE:
                                                       * PREV-STAT: 2-INI ELIG
                                                       * PREV-BENE:        $0

************************************ CASE NON-FINANCIAL *******************************
  HOME-VISIT-DATE: 111391                          INIT-APP-DATE: 111391
                                                   INIT-INTV-DATE: 111391
  REDET-INTV-DATE:                                 CLASS-OF-ASSIST: 24-RSM
   REASON-OPENED: 026-RSM ADLT                     FH-REQ-TYPE:
  AFDC-4-MO-PRIOR: NO                              FH-RESULTS:
  CATEGORICAL-REL: 01-AFDC                         FINAL-DISP-DATE: 121691
          XREF-ID:

DEPRESS THE "PF1" KEY TO SEE ADDITIONAL CASE INFORMATION. ELSE, "PF3" OR "PF4"

SB                                                                          Q-001

```
CLIENT-ID: 452773849            CLIENT SUMMARY
         CLIENT-NAME                   SEX     BIRTHDATE          SSN        S1
LATOYA      T BIZZARD                   F      10/10/1976      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    O

SS5-DATE   CITIZENSHIP   ETHNIC-GROUP   SSN-CLAIM-NO    SSI/SS    MEDICAID/SANC.
           1-U.S. CTZ    2-BLACK                                  1-ELG MED

AFDC-RELATION   LIVING-ARRNGMNT   DEPRIV-CODE   MARITAL-STAT/DATE   TFR   DATE-DEATH
               01-HOME            02-OTH ABSN                        N

MAO-RESIDENCY   LEVEL-CARE   STUDENT   MEDICARE          REG-DATE
                                                         00/00
 IBIS-ID-NUMBER                WIN-STATUS/SANCTION      WORK-STATUS/SANCTION

-------------------------------- MEDICAID ELIGIBILITY --------------------------------
06/91 07/91 08/91 09/91 10/91 11/91 12/91 01/92 02/92 03/92 04/92 05/92 06/92
                              Y     Y     Y     Y     Y     Y     Y     Y
------------------------------- CASE-INFORMATION --------------------------------
 CASE-NUM/TYPE BENE-MO  STATUS     REASON     EFF-DT  CLIENT-DISP/STAT EFF-DT
 46582403-AFDC  01/92   ACTIVE   026-RSM ADLT 010192 ACT MAO /ME ADULT 120191


 FOR CASE INQUIRY, PLACE "X" NEXT TO CASE AND  "ENTER", ELSE, "PF3" OR "PF4"
SB                                                              D-001
```

```
CLIENT-ID: 452773856          CLIENT SUMMARY
          CLIENT-NAME                   SEX    BIRTHDATE         SSN       S1
UNBORNONE      BIZZARD                  F      11/14/1991     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  O

SS5-DATE   CITIZENSHIP   ETHNIC-GROUP   SSN-CLAIM-NO    SSI/SS    MEDICAID/SANC.
 111491    1-U.S. CTZ    2-BLACK                                   O-INEL MED

AFDC-RELATION  LIVING-ARRNGMNT  DEPRIV-CODE  MARITAL-STAT/DATE  TPR  DATE-DEATH
 01-CHILD         01-HOME        02-OTH ABSN                     N

MAO-RESIDENCY   LEVEL-CARE    STUDENT    MEDICARE           REG-DATE
                                                             00/00
 IBIS-ID-NUMBER                WIN-STATUS/SANCTION       WORK-STATUS/SANCTION

---------------------------------- MEDICAID ELIGIBILITY ------------------------------
 06/91 07/91 08/91 09/91 10/91 11/91 12/91 01/92 02/92 03/92 04/92 05/92 06/92
                              N       N       N      N       N      N       N      N
------------------------------- CASE-INFORMATION -----------------------------------
* CASE-NUM/TYPE BENE-MO  STATUS      REASON     EFF-DT  CLIENT-DISP/STAT EFF-DT
  46882403-AFDC  01/92  ACTIVE   026-RSM ADLT 010192 INELIG  /EXCL CH  010192

* FOR CASE INQUIRY. PLACE "X" NEXT TO CASE AND  "ENTER". ELSE. "PF3" OR "PF4"

SB                                                                       O-001
```



# SAFETY PLAN

Georgia Department of Human Resources
CHILD PROTECTIVE SERVICES

| CASE NAME: | CASE WORKER: | DATE: |
|---|---|---|
| Mary Bizzaid | Deane Wilson | 5/ /92 |

SUMMARIZE THE ACTIONS, STEPS, SERVICES OR REFERRALS NEEDED TO CONTROL EACH MALTREATMENT / RISK AREA.

SPECIFY WHO DOES WHAT, WHEN, HOW OFTEN AND WHERE.

MALTREATMENT / SAFETY ISSUE: *Received referral from hospital re: Baby may not have appropriate articles to take of baby*

STEPS: (SPECIFY WHO WILL DO WHAT, WHEN, WHERE AND IN WHAT TIME FRAME)

1. *Baby will need clothing bassinette bottles, diapers & milk.*

2. *Ms. Bizzard needs to take Alisa to baby check-up monthly for growth & wt. progress*

3. *Ms. Bizzard will take baby for required immunization shot.*

MALTREATMENT / SAFETY ISSUE: _____

STEPS: (SPECIFY WHO WILL DO WHAT, WHEN, WHERE AND IN WHAT TIME FRAME)

1. _____

2. _____

3. _____

Form 455 (4-91)

PAGE ___1___ OF ___1___

MALTREATMENT / SAFETY ISSUE: _____

_____

STEPS:        (SPECIFY WHO WILL DO WHAT, WHEN, WHERE AND IN WHAT TIME FRAME)

1. _____

_____

2. _____

_____

3. _____

_____

_____

MALTREATMENT / SAFETY ISSUE: _____

_____

STEPS:        (SPECIFY WHO WILL DO WHAT, WHEN, WHERE AND IN WHAT TIME FRAME)

1. _____

_____

2. _____

_____

_____

3. _____

_____

_____

DATE DISCUSSED WITH PARENT(S) *Mary A. Bizzard*        AGREEMENT  ☑ YES   ☐ NO

COMMENTS: _____ *Latoya Bizzard* _____

_____

_____

| SUPERVISOR: | DATE: | WORKER: *Diane Wilson* | DATE: 5/7/92 |
|---|---|---|---|

Form 455 (4-91)

PAGE _____ OF _____

NAME: _____    CASE ID NO.: _____

| Member Contact/Activity | Individual(s) Contacted, Purpose, Content, and/or Results of Contact |
|---|---|
| | Social Services Block Grant |
| | Family is eligible to receive Child Protective |
| | Services based on acceptance of a report dated. |
| | _5 - 6 - 92_ . |
| | See Intake Form. |
| | The primary client is _Mary Bizzard_ |
| | National Goal III - Protection |
| | Services Provided without regard to Income |
| YES     NO | A) Does this activity involve a child who has lived with his/her family within the past six months or a family with a child?  If yes, continue to "B". |
| YES___ NO___ | B) Is the current service activity directly related to a crisis or emergency of the family/ child?  If yes, continue to "C". |
| ___ NO___ | C) Is such child without resources immediately accessible to meet his/her needs?  If yes, continue to "D". |
| YES___ NO___ | D) Has the agency provided this service activity for this current emergency for less than 31 consecutive days?  If yes, continue to "E". |
| ___S___ NO___ | E) Is this the first agency service activity for a crisis/emergency for this child/family in the last twelve months? |
| | Client eligible _____ ineligible _____ for IVA Direct Casework Services from _____ through _____ . |
| E | |
| KER | |
| E VISIT | |
| FCE VISIT | |
| E TO FACE | |

Type Contact/Activity
Staff Member
Date
Individual(s) Contacted, Purpose, Content, and/or Results of Contact
CASE NAME:
CASE ID NO.:
PAGE NO.
CONTACT SHEET
Georgia Department of Human Resources

Form 12

CPS INTAKE/REFERRALS

NAME:  BIZZARD, Mary                DATE OF REFERRAL:5/6/92

STREET:  Rt 2 Box M                         PHONE:  884-5094

CITY:  Midway            MILITARY:  No      NUMBER:  089-14188


TYPE OF PROBLEM:  Other                TIME FRAME:  5/7/92

DATE OF IDS:            DATE OF 431:            TIMELY:

WORKER:  D.Wilson                    DATE ASSIGNED:  5/6/92

DATE CLOSED:              DATE OF FIRST CONTACT:


Richmond
Hill
pass
ID & mae
goe
sbridge
2nd bridge
1st house
or
nt
blue
home



**Georgia Department of Human Resources**
**CHILD PROTECTIVE SERVICES**
**INTAKE WORKSHEET**

| | |
|---|---|
| Date Received: 5/6/92 | County: Liberty |
| Time Received: 9:56 AM. | Case #: 089-14188 |
| Received By: Diane Wilson | |

**PARENT OR HEAD OF HOUSEHOLD:**                                    **(EMPLOYMENT REVERSE SIDE)**

| MOTHER: LAST | FIRST | AGE | DATE OF BIRTH | RACE |
|---|---|---|---|---|
| Bizzard | Mary | ? | ? | Blk |

| ADDRESS: STREET | CITY | TELEPHONE |
|---|---|---|
| RT 2 Box-M | Midway | 884-5094 |

| FATHER: LAST | FIRST | AGE | DATE OF BIRTH | RACE |
|---|---|---|---|---|
| ? There is a step-fa | | ? | ? | Blk |

| ADDRESS: STREET | CITY | TELEPHONE |
|---|---|---|
| RT 2 Box-M | Midway | |

| OTHER CARETAKER: LAST | FIRST | AGE | DATE OF BIRTH | RACE | RELATIONSHIP |
|---|---|---|---|---|---|
| | | | | | |

| ADDRESS: STREET | CITY | TELEPHONE |
|---|---|---|
| | | |

Direction's to Parent's Home:

| CHILD DATA: NAME | SEX | AGE | DATE OF BIRTH | RACE | MAL-TX | SCHOOL | WHEREABOUTS |
|---|---|---|---|---|---|---|---|
| Bizzard, Latoya | F | 15 | 10-10-76 | B | 0 | | @ home |
| 2. 3 brothers | | | | | | | |
| 3. | | | | | | | |
| 4. | | | | | | | |
| 5. | | | | | | | |
| 6. | | | | | | | |
| 7. | | | | | | | |

**REPORTER INFORMATION:**

| NAME: Miriam Schuler Mercy Blod | RELATIONSHIP: Social Worker |
|---|---|
| ADDRESS: St. Joseph Hospital | TELEPHONE: 925-4100 |

CONFIDENTIALITY EXPLAINED: YES ☐  NO ☐    MANDATED REPORTER LETTER  YES ☒  NO ☐
DISPOSITION:  WITHIN 24 HOURS ☒   5 WORK DAYS ☒
SCREENED OUT: ☐    REASON: _____

| SUPERVISOR: Al Mathews | DATE: 5/6/92 | WORKER: D. Wilson |
|---|---|---|

Form 453 (4-91)                                                                 PAGE 1

*[handwritten at bottom:] _____ labor's child ___ 5/7/92*

**MALTREATMENT REFERRAL:** WHAT FORM OF MALTREATMENT IS APPARENT? CLARIFY WHO DID WHAT, WHEN, HOW OFTEN AND WHERE. WHAT ARE THE CIRCUMSTANCES SURROUNDING THE MALTREATMENT?

15 yr B/F delivers baby on May 3, 1992
Mother get S.S. for dau + Brothers.
Family is not prepared w necessary
items to take care of baby.
Concerns surround who will be
care taking for baby.
La toya will be out of school
wants teacher / tutoring services.

**CHILD INFORMATION:** HOW DOES THE PARENT DESCRIBE THE CHILD? HOW DOES THE CHILD BEHAVE? WHAT IS THE STATUS AND VULNERABILTIY OF THE CHILD?

PAGE 2

Form 453 (4-91)

**PARENT INFORMATION:**   WHAT ARE THE BEHAVIORS, FEELINGS, LEVEL OF COPING AND PROBLEM-SOLVING BY THE PARENT? WHAT IS THE HISTORY OF THE PARENT? HOW DO THEY RELATE TO OTHERS?

_____

_____

_____

_____

_____

_____

**FAMILY INFORMATION:**   DESCRIBE THE COMPOSITION OF THE FAMILY, ITS HOME AND SURROUNDINGS.  HOW DOES THE FAMILY FUNCTION?

_____

_____

_____

_____

**INTERVENTION INFORMATION:**   WHAT MIGHT INCREASE INTERVENTION EFFECTIVENESS?  HOW WILL THE FAMILY RESPOND TO INTERVENTION?

_____

_____

_____

_____

LIST HIGH RISK INDICATORS ASSOCIATED WITH NEED FOR IMMEDIATE RESPONSE:

_risk to baby (0-6) accessible to_

_unable to protect     maltreator._

OTHER SOURCES OF INFORMATION REGARDING THE FAMILY:

_____

_____

_____

_____

_____

_____

Form 453 (4-91)

PAGE 3