# APPENDIX  J

**Senter, Linda H**

| | |
|---|---|
| **From:** | fox@open_fox.uspis.gov |
| **Sent:** | Tuesday, December 10, 2002 1:27 PM |
| **To:** | LHSENTER@USPIS.GOV |
| **Subject:** | CR |

```
CR.GAIII0000.LHSENTER.
TXT
HDR/2L0169R0CUSPISONBMC
ATN/MCLENDON  ARN/
PART  1
THE FOLLOWING RECORD PERTAINS TO SID/GA1634080H
```

GEORGIA CRIMINAL HISTORY

| NAME | | | | STATE IDENT NBR | FBI IDENT NBR | REPORT DATE |
|---|---|---|---|---|---|---|
| BROWN, MEIER | | | | GA1634080H | 614455MA4 | 2002/12/10 |

| SEX | RACE | BIRTH DATE | HEIGHT | WEIGHT | EYES | HAIR | SKIN | BIRTHPLACE |
|---|---|---|---|---|---|---|---|---|
| M | B | 1969/07/04 | 5-06 | 140 | BRO | BLK | MBR | GEORGIA |

| SOC SECURITY | FINGERPRINT CLASS | HENRY | SCAR-MARK-TATTOO | MISCELLANEOUS NBR |
|---|---|---|---|---|
| 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 | AA AA SR SR 02 | 01 A | SC FACE | |
| | AA AA AA 02 01 | 01 A | | |

MISC COMMENTS-SCAR

```
ADDITIONAL IDENTIFIERS:
ALIAS NAMES------------------- BROWN, MEIER J
BROWN, MEIER JASON             BORWN, MEIER J
BROWN, ROLTON
```

| MISC NUMBERS | BIRTHDATES | SOCIAL SECURITY | SCAR-MARKS-TATTOOS |
|---|---|---|---|
| | 1970/07/04 | | |
| | 1982/12/01 | | |

```
** INTERSTATE IDENTIFICATION INDEX - SINGLE-STATE OFFENDER **
**************************************************************************
```

```
ARREST-01   ARREST DATE-1990/03/21      TRACKING NBR-26631673
    AGENCY-SAVANNAH POLICE DEPARTMENT          (GA0250300)
    AGENCY CASE NBR-114441        NAME USED-
        CHARGE 01-POSS/MANUF/DIST, ETC. - MARIJUANA        OFFENSE DATE-

    JUDICIAL
        DISP-CONVICTED                   COURT DISP DATE-1994/03/22
        OFFENSE-POSS. MARIJUANA - LESS THAN 1 OZ - MISD.
        COURT-RECORDERS COURT                (GA025021J)    COURT NBR-
        SENTENCE: FINE-$350


ARREST-02   ARREST DATE-1990/09/23      TRACKING NBR-28140512
    AGENCY-HINESVILLE STATE PATROL             (GAGSP1100)
        CHARGE 01-DRIVING UNDER THE INFLUENCE (DUI)        OFFENSE DATE-

    JUDICIAL
        DISP-NOLO CONTENDERE             COURT DISP DATE-
        OFFENSE-DRIVING UNDER THE INFLUENCE (DUI)
        COURT-LIBERTY COUNTY STATE COURT     (GA089043J)    COURT NBR-
        SENTENCE: FINE-$131
```

1

Inspection Service
Exhibit
22
Label 113, July 1987

```
                    TRAFFIC SCHOOL
                    DKT#90SR2341


ARREST-03   ARREST DATE-1991/09/17    TRACKING NBR-22634124
    AGENCY-LIBERTY CO. SHERIFF'S OFFICE    (GA0890000)
       CHARGE 01-FORGERY - 1ST DEGREE                  OFFENSE DATE-
                3CTS


    JUDICIAL
       DISP-CONVICTED                    COURT DISP DATE-1993/07/13
       OFFENSE-FORGERY - 1ST DEGREE
              3CTS                                 CIT-
       COURT-LIBERTY COUNTY STATE COURT   (GA089043J)   COURT NBR-92E6464
       SENTENCE: PROB-3Y FINE-$300
                 1ST OFF SENT MODIFIED W/O COURT ORDER BY CONVICTION
                 RESTITUTION
                 VARIOUS FEES
                 CONCURRENT WITH PRIOR SENTENCE 3CTS CC


ARREST-04   ARREST DATE-1991/09/21    TRACKING NBR-36911394
    AGENCY-RICHMOND HILL POLICE DEPARTMENT    (GA0150200)
    AGENCY CASE NBR-91090168    NAME USED-
       CHARGE 01-FORGERY - 1ST DEGREE               OFFENSE DATE-1991/08/02


ARREST-05   ARREST DATE-1991/11/29    TRACKING NBR-36910160
    AGENCY-RICHMOND HILL POLICE DEPARTMENT    (GA0150200)
    AGENCY CASE NBR-91110296    NAME USED-
       CHARGE 01-DRIVING WTH LICENSE SUSPENDED OR REVOKED  OFFENSE DATE-

       CHARGE 02-DRIVING UNDER THE INFLUENCE (DUI)      OFFENSE DATE-


    JUDICIAL
       DISP-CONVICTED                    COURT DISP DATE-1992/01/14
       OFFENSE-DRIVING WTH LICENSE SUSPENDED OR REVOKED
       COURT-RICHMOND HILL MUNICIPAL COURT   (GA015021S)   COURT NBR-
       SENTENCE: FINE-$450 SUSP-6M
                 COURT COSTS

       DISP-CONVICTED                    COURT DISP DATE-1992/01/14
       OFFENSE-DRIVING UNDER THE INFLUENCE (DUI)
       SENTENCE: FINE-$938
                 TRAFFIC SCHOOL
                 48HRS JAIL


ARREST-06   ARREST DATE-1995/11/18    TRACKING NBR-44782883
    AGENCY-LIBERTY CO. SHERIFF'S OFFICE    (GA0890000)
       CHARGE 01-DRIVING UNDER THE INFLUENCE (DUI)      OFFENSE DATE-


    JUDICIAL
       DISP-CONVICTED                    COURT DISP DATE-1995/12/05
       OFFENSE-DRIVING WTH LICENSE SUSPENDED OR REVOKED
              C/F DUI                           CIT-40-5-121
       COURT-LIBERTY COUNTY STATE COURT   (GA089043J)   COURT NBR-95SR14259
       SENTENCE: CONF-10D FINE-$1316


ARREST-07   ARREST DATE-1996/03/29    TRACKING NBR-42140184
    AGENCY-LIBERTY CO. SHERIFF'S OFFICE    (GA0890000)
       CHARGE 01-ROBBERY                         OFFENSE DATE-1996/03/26


    JUDICIAL
       DISP-CONVICTED                    COURT DISP DATE-1997/09/19
       OFFENSE-ROBBERY
```

2̷9̷5̷
Inspection Service
Exhibit
2̷2̷
Label 113, July 1987

2

```
                                                          CIT-16-8-40
   COURT-LIBERTY COUNTY STATE COURT      (GA089043J)      COURT NBR-96R7833
   SENTENCE: CONF-5Y


   SUPERVISION-CUSTODY
   AGENCY-COASTAL CORRECTIONAL INSTITUTION  (GA025025C)    OCA-000384198
     1997/11/10    STATUS-RECEIVED INTO INSTITUTION

   AGENCY-MUSCOGEE CO. CORRECTIONAL INST.  (GA106013C)    OCA-000384198
     1997/12/11    STATUS-TRANSFERRED


   AGENCY-MUSCOGEE CO. CORRECTIONAL INST.  (GA106013C)    OCA-000384198
     1999/06/14    STATUS-PAROLED

   AGENCY-COASTAL CORRECTIONAL INSTITUTION  (GA025025C)    OCA-000384198
     2001/02/27    STATUS-TRANSFERRED FROM OTHER INST.

   AGENCY-MONTGOMERY CORRECTIONAL INST.    (GA103015C)    OCA-000384198
     2001/04/05    STATUS-TRANSFERRED

   AGENCY-MONTGOMERY CORRECTIONAL INST.    (GA103015C)    OCA-000384198
     2001/11/14    STATUS-SENTENCE EXPIRED


ARREST-08    ARREST DATE-1996/03/28-A    TRACKING NBR-46827056
   AGENCY-LIBERTY CO. SHERIFF'S OFFICE        (GA0890000)
   CHARGE 01-FORGERY - 1ST DEGREE                      OFFENSE DATE-

   JUDICIAL
     DISP-CONVICTED                    COURT DISP DATE-1997/09/18
     OFFENSE-FORGERY - 1ST DEGREE
                                                  CIT-16-9-1
     COURT-LIBERTY COUNTY STATE COURT    (GA089043J)    COURT NBR-96R7855
     SENTENCE: CONF-5Y


ARREST-09    ARREST DATE-1996/05/16    TRACKING NBR-47268911
   AGENCY-HINESVILLE POLICE DEPARTMENT        (GA0890100)
   CHARGE 01-THEFT BY TAKING                          OFFENSE DATE-
            AUTO

   JUDICIAL
     DISP-CONVICTED                    COURT DISP DATE-1997/09/27
     OFFENSE-THEFT BY TAKING
            AUTO                                  CIT-16-8-2
     COURT-LIBERTY COUNTY STATE COURT    (GA089043J)    COURT NBR-97R8052
     SENTENCE: CONF-4Y


     DISP-CONVICTED                    COURT DISP DATE-1997/09/27
     OFFENSE-DRIVING WTH LICENSE SUSPENDED OR REVOKED
                                                  CIT-40-5-121
     COURT-LIBERTY COUNTY STATE COURT    (GA089043J)    COURT NBR-97R8052
     SENTENCE: CONF-12M
              TIME TO BE SERVED CONCURRENT

     DISP-CONVICTED                    COURT DISP DATE-1997/09/27
     OFFENSE-DRIVING UNDER THE INFLUENCE (DUI)
                                                  CIT-40-6-391(A)1
     COURT-LIBERTY COUNTY STATE COURT    (GA089043J)    COURT NBR-97R8052
     SENTENCE: CONF-12M
              TIME TO BE SERVED CONCURRENT


ARREST-10    ARREST DATE-2000/09/21    TRACKING NBR-78185634
   AGENCY-LIBERTY CO. SHERIFF'S OFFICE        (GA0890000)
```

39,5
Inspection Service
Exhibit
22
Label 113, July 1987

USAO-00069

AGENCY CASE NBR-9747          NAME USED-BROWN, MEIER JASON
  . CHARGE 01-FINANCIAL TRANSACTION CARD FRAUD          OFFENSE DATE-2000/09/04
             3 CTS

    CHARGE 02-PAROLE VIOLATION                          OFFENSE DATE-

ARREST-11    ARREST DATE-2002/05/03      TRACKING NBR-32014846
    AGENCY-LIBERTY CO. SHERIFF'S OFFICE          (GA0890000)
    AGENCY CASE NBR-              NAME USED-BROWN, MEIER JASON
       CHARGE 01-FINANCIAL TRANSACTION CARD FRAUD          OFFENSE DATE-2001/08/03
       ARREST DISPOSITION-                                 CIT-16-9-33


ARREST-12    ARREST DATE-2002/07/25      TRACKING NBR-106202202
    AGENCY-POOLER POLICE DEPARTMENT          (GA0250400)
    AGENCY CASE NBR-              NAME USED-BROWN, ROLTON
       CHARGE 01-DRIVING UNDER THE INFLUENCE (DUI)          OFFENSE DATE-
       ARREST DISPOSITION-                                  CIT-40-6-391(A)1


END OF PART  1 - PART  2 TO FOLLOW

USAO-00070

4

4 y 5
Inspection Service
Exhibit
23
Label 113, July 1987

**Senter, Linda H**

**From:** fox@open_fox.uspis.gov
**Sent:** Tuesday, December 10, 2002 1:27 PM
**To:** LHSENTER@USPIS.GOV
**Subject:** CR

CR.GAIII0000.LHSENTER.
TXT
HDR/2L0169R00USPIS0NBMC
ATN/MCLENDON  ARN/
PART  2
THE FOLLOWING RECORD PERTAINS TO SID/GA1634080H

                    GEORGIA CRIMINAL HISTORY


    JUDICIAL
       DISP-DISMISSED                    COURT DISP DATE-2002/09/24
       OFFENSE-DRIVING UNDER THE INFLUENCE (DUI)
       COURT-POOLER POLICE DEPARTMENT        (GA0250400)    COURT NBR-207070839


ARREST-13   ARREST DATE-2002/09/11      TRACKING NBR-106451505
    AGENCY-POOLER POLICE DEPARTMENT          (GA0250400)
    AGENCY CASE NBR-               NAME USED-BROWN, MEIER JASON
       CHARGE 01-CONTEMPT OF COURT  STATE)        OFFENSE DATE-2002/09/10
       ARREST DISPOSITION-                        CIT-15-7-4


       CHARGE 02-OBSTRUCTION OF OFFICERS - MISD   OFFENSE DATE-2002/09/10
       ARREST DISPOSITION-                        CIT-16-10-24(A)

       CHARGE 03-GIVING FALSE NAME/INFORMATION TO POLICE   OFFENSE DATE-2002/09/10
       ARREST DISPOSITION-                        CIT-16-10-25

       CHARGE 04-TAMPERING WITH EVIDENCE          OFFENSE DATE-2002/09/10
       ARREST DISPOSITION-                        CIT-16-10-94


       CHARGE 05-DRIVING WTH LICENSE SUSPENDED OR REVOKED   OFFENSE DATE-2002/09/10
       ARREST DISPOSITION-                        CIT-40-5-121

       CHARGE 06-DRIVING UNDER THE INFLUENCE (DUI)   OFFENSE DATE-2002/09/10
                LESS SAFE
       ARREST DISPOSITION-                        CIT-40-6-391(A)1

       CHARGE 07-DRIVING UNDER THE INFLUENCE (DUI)   OFFENSE DATE-2002/09/10
       ARREST DISPOSITION-                        CIT-40-6-391(A)1

*******************************************************************************
* THIS RECORD IS SOLELY FOR OFFICIAL CRIMINAL JUSTICE USE.  USE OF THIS      *
* RECORD OR INFORMATION HEREIN FOR ANY OTHER PURPOSE VIOLATES GEORGIA LAW.   *
*******************************************************************************


END OF RECORD

    MCLENDON                    **USAO-00071**
    USPIS
    POB 6
    532 INDIAN ST
    SAVANNAH,GA
    31402
                            1



Inspection Service
Exhibit
22
Label 113, July 1987