# APPENDIX K-2



BP-S619.060  **IMMUNIZATION RECORD**  CD FRM
AUG 96
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

## TETANUS TOXOIDS

| DATE | MFG'R | LOT # | EXP. DATE | SITE | DOSE/ ROUTE | PROVIDER | INSTITUTION |
|------|-------|-------|-----------|------|-------------|----------|-------------|
|      |       |       |           |      |             |          |             |
|      |       |       |           |      |             |          |             |
|      |       |       |           |      |             |          |             |
|      |       |       |           |      |             |          |             |
|      |       |       |           |      |             |          |             |
|      |       |       |           |      |             |          |             |
|      |       |       |           |      |             |          |             |
|      |       |       |           |      |             |          |             |

## TUBERCULIN TESTS

| DATE GIVEN | MFG'R | LOT # | EXP. DATE | SITE | DOSE/ ROUTE | PROVIDER/ INSTITUTION | DATE READ | RESULTS (MM) | READ BY |
|------------|-------|-------|-----------|------|-------------|-----------------------|-----------|--------------|---------|
| 5/03 | Aventis | C11704A | 10/15/04 | LFA | 0.1 cc | Raubeth RN FHC Butner | 8/7/03 | 0 mm | P. Foutch R. |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |

(This form may be replicated via WP)

Patient Identification
(Name, Reg #)

Brown, Meier
# 11364-021

BROWN, MEIER JASON
REG 11364-021
DOB 07-04-1970
FHC BUTNER

659.060    **MEDICAL SU    ARY OF FEDERAL PRISONER/AL1    IN TRANSIT**    CDFRM MAR 99
**DEPARTMENT OF JUSTICE**                                          **FEDERAL BUREAU OF PRISONS**

| Clearance Yes___ No ___ | Name : | Reg.# | D.O.B. |
|---|---|---|---|
| PPD Completed: ___8/5/03___ | BROWN, MEIER | 11364-021 | 7/4/70 |

Clearance Yes___ No ___

PPD Completed: ___8/5/03___
ults: ___0___ mm

CXR Completed: ___N/A___
ults: ___N/A___

Health Authority

arance: _____

Date  9/25/03

Note:
es listed above must be within
year of this transfer.

| Name : BROWN, MEIER | Reg.# 11364-021 | D.O.B. 7/4/70 |
|---|---|---|
| Departed From FMC Butner | Date Departed 9/26/03 | |
| Destination S/GA | Reason for Transfer STUDY COMPLETE | |

I: No Diagnosis. √ 71.05
II: No Diagnosis √ 71.05
III: H/O Bradycardia.

| dication | Dose | Route | Instructions For Use (Include proper time for administering) | Stop |
|---|---|---|---|---|
| | | | Medication Required For Care En Route | |
| | | | NO MEDS | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

ditional Comments

**ial Needs Affecting Transportation**

| | | If no, why not? |
|---|---|---|
| risoner medically able to travel by BUS, VAN or CAR? | _Yes _No | If no, why not? |
| risoner medically able to travel by airplane? | _Yes _No | If no, why not? |
| risoner medically able to stay overnight at another facility en route estination? | _Yes _No | If no, why not? |
| ere any medical reason for restricting the length of time prisoner be in travel status? | _Yes _No | If yes, state reason |
| s prisoner require any medical equipment while in transport status? | _Yes _No | If yes, what equipment? |

| and Print Name - Certifying Health Authority   Psychiatrist   Ralph New M.D. | Phone Number (919) 575-3900 | Date Signed 9/25/03 |
|---|---|---|

Copy - Transporting Officer. Copy - Health Record (Top page Position one); Copy - Transferring Institution
form may be replicated via WP)

tment of Justice

eau Of Prisons

**MEDICAL HISTOR REPORT**

**(THIS INFORMATION IS FOR OFFICIAL AND MEDICALLY CONFIDENTIAL USE ONLY AND WILL NOT BE RELEASED TO UNAUTHORIZED PERSONS)**

| IAME—FIRST NAME—MIDDLE NAME | 2. REGISTER NUMBER |
|---|---|
| wn Meier Jason | 11364-021 |

| SE OF EXAMINATION | 4. DATE OF EXAMINATION | 5. EXAMINING FACILITY | **FMC BUTNER** |
|---|---|---|---|
| int | 8-04-03 | Butner | |

MENT OF EXAMINEE'S PRESENT HEALTH AND MEDICATIONS CURRENTLY USED (*Follow by description of past history, if complaint arises*)

33 y/o BM when asked about physical condition, states "I can't complain"

| YOU EVER (*Please check each item*) | | 8. DO YOU (*Please check each item*) | | |
|---|---|---|---|---|
| (*Check each item*) | | YES | NO | (*Check each item*) |
| Lived with anyone who had tuberculosis | | | ✓ | Wear glasses or contact lenses |
| Coughed up blood | | ✓ | | Have vision in both eyes |
| Bled excessively after injury or tooth extraction | | | ✓ | Wear a hearing aid |
| Attempted suicide | | | ✓ | Stutter or stammer habitually |
| Been a sleepwalker | | | ✓ | Wear a brace or back support |

YOU EVER HAD OR HAVE YOU NOW (*Please check at left of each item*)

| DON'T KNOW | (*Check each item*) | YES | NO | DON'T KNOW | (*Check each item*) | YES | NO | DON'T KNOW | (*Check each item*) |
|---|---|---|---|---|---|---|---|---|---|
| | Scarlet fever | | ✓ | | Adverse reaction to serum drug or medicine | | ✓ | | Epilepsy or fits |
| | Rheumatic fever | | ✓ | | | | ✓ | | Car, train, sea or air sickness |
| | Swollen or painful joints | | ✓ | | Broken bones | | ✓ | | Frequent trouble sleeping |
| | Frequent or severe headache | | ✓ | | Tumor, growth, cyst, cancer | | ✓ | | Depression or excessive worry |
| | Dizziness or fainting spells | | ✓ | | Rupture/hernia | | ✓ | | Loss of memory or amnesia |
| | Eye trouble | | ✓ | | Piles or rectal disease | | ✓ | | Nervous trouble of any sort |
| | Ear, nose, or throat trouble | | ✓ | | Frequent or painful urination | | ✓ | | Periods of unconsciousness |
| | Hearing loss | | ✓ | | Bed wetting since age 12 | | | | Have you ever had homosexual contact? |
| | Chronic or frequent colds | | ✓ | | Kidney stone or blood in urine | | ✓ | | |
| | Severe tooth or gum trouble | | ✓ | | Sugar or albumin in urine | | ✓ | | Been exposed to AIDS |
| | Sinusitis | | ✓ | | VD—Syphilis, gonorrhea, etc. | | ✓ | | Alcohol Use (Excessive) |
| | Hay Fever | | ✓ | | Recent gain or loss of weight | | ✓ | | Drug Use/Addiction |
| | Head injury | | ✓ | | Arthritis, Rheumatism, or Bursitis | | ✓ | | Marijuana |
| | Skin diseases | | ✓ | | Bone, joint or other deformity | | ✓ | | Cocaine |
| | Thyroid trouble | | ✓ | | Lameness | | ✓ | | Heroin |
| | Tuberculosis | | ✓ | | Loss of finger or toe | | ✓ | | L.S.D. |
| | Asthma | | ✓ | | Painful or "Trick" shoulder or elbow | | ✓ | ✓ | Amphetamines |
| | Shortness of breath | | ✓ | | Recurrent back pain | | ✓ | | Others: (Specify) |
| | Pain or pressure in chest | | ✓ | | "Trick" or locked knee | | | | |
| | Chronic cough | | ✓ | | Foot trouble | | | | Alcohol or drug Withdrawal Problems |
| | Palpitation or pounding heart | | ✓ | | Neuritis | | ✓ | | |
| | Heart trouble | | ✓ | | Paralysis (include infantile) | | | | |
| | High or low blood pressure | | | | | | | | |
| | Cramps in your legs | | | | 10. FEMALES ONLY HAVE YOU EVER | | | | |
| | Frequent indigestion | | | | | | | | Been treated for a female disorder |
| | Stomach, liver, or intestinal trouble | | | | | | | | Had a change in menstrual pattern |
| | Gall bladder trouble or gallstones | | | | | | | | ARE YOU PREGNANT |
| | Jaundice or hepatitis | | | | | | | | SUSPECT YOU ARE PREGNANT |

Gonzalez, MD

| T IS YOUR USUAL OCCUPATION? | 12. ARE YOU (Check one) |
|---|---|
| Maintenance | ☑ Right handed   ☐ Left handed |

BP-360(60) JANUARY 1986

CHECK EACH ITEM YES OR NO EVERY ITEM CHECKED YES MUST BE FULLY EXPLAINED IN BLANK SPACE BELOW ·

| | YES | NO | |
|---|---|---|---|
| 13. Have you been refused employment or been unable to hold a job or stay in school because of:<br>A. Sensitivity to chemicals, dust, sunlight, etc. | | ✓ | 18. Have you ever had any illness or injury other than those already noted? *(If yes, specify when, where, and give details.)* |
| B. Inability to perform certain motions. | | ✓ | 19. Have you consulted or been treated by clinics, physicians, healers, or other practitioners within the past 5 years for other than minor illnesses? *(If yes, give complete address of doctor, hospital, clinic, and details.)* |
| C. Inability to assume certain positions. | | | |
| D. Other medical reasons *(If yes, give reasons.)* | | | 20. Have you ever been rejected for military service because of physical, mental, or other reason? *(If yes, give date, and reason, for rejections.)* |
| 14. Have you, ever been treated for a mental condition? *(If yes, specify when, where, and give details).* | | ✓ | |
| 15. Have you ever been denied life insurance? *(If yes, state reason and give details.)* | | | 21. Have you ever been discharged from military service because of physical, mental, or other reasons? *(If yes, give date, reason, and type of discharge whether honorable, other than honorable, for unfitness or unsuitability.)* |
| 16. Have you had, or have you been advised to have, any operations? *(If yes, describe and give age at which occured.)* | | ✓ | |
| 17. Have you ever been a patient in any type of hospital? *(If yes, specify when, where, why, and name of doctor and complete address of hospital.)* | | ✓ | 22. Have you ever received, is there pending, or have you applied for pension, or compensation for existing disability? *(If yes, specify what kind, granted by whom, and what amount, when, why.)* |

ATION: (#13-22 ABOVE)

hat I have reviewed the foregoing information supplied by me   and that it is true and complete to the best of my knowledge. I authorize any of the
ospitals, or clinics mentioned above to furnish the Government a complete transcript of my medical record.

)R PRINTED NAME OF EXAMINEE
er  Jason  Brown

SIGNATURE

SCREENING:

RECEIVED FROM: COURT _____ TRANSFER _____ P.V_ _____

L  STAFF'S  COMMENTS  AND  OBSERVATIONS:  PLEASE
YOUR ANSWERS TO MENTAL STATUS. POTENTIAL SUICIDE.
ANCE. CONDUCT. STATE OR CONSCIOUSNESS. RASHES.
E. BRUISES AND/OR MARKS. SWEATING. BODY DEFORM-
TC. NOTE OBSERVATIONS IN BLOCK 23 BELOW.

S HAVE BEEN USED. NOTE TYPE. HOW LONG. HOW MUCH.
TEN. HOW USED. WHEN WERE THEY LAST USED: HAVE

THERE BEEN ANY PROBLEMS SINCE STOPPING THE USE OF DRUGS
OR ALCOHOL? _____

DOES PATIENT NEED TO BE SEEN IMMEDIATELY BY THE MEDICAL
STAFF  YES _____   NO _____
WHAT ARRANGEMENTS HAVE BEEN MADE? _____

DUTY STATUS: TEMPORARY WORK _____ RESTRICTED _____
GENERAL POPULATION _____ YES _____ NO _____
TYPE AND EXTENT OF LIMITATION _____

cian's summary and elaboration of all pertinent data *(Physician shall comment on all positive answers in item 6 through 22. Physician may develop by interview*
*dditional medical history he deems important, and record any significant findings here.)*

| R PRINTED NAME OF PHYSICIAN OR | DATE | SIGNATURE | NUMBER OF ATTACHED SHEETS |
|---|---|---|---|
| ER  Knhott  RN | 8/5/02 | | |

BP-S354.060  **INTAKE SCREENING (MEDICAL)**    CDFRM
NOV 94
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

Medical staff shall complete this screening form on all arrivals to the Institution)

| Institution FMC-Butner | Date of Arrival 8|5|03 | Time of Arrival |
|---|---|---|

| Inmate's Name Brown, Meier | Register Number 11364-021 |
|---|---|

### MEDICAL CLEARANCE

1. BP-149(60) reviewed? ☒ yes; ☐ no (Explain)

2. General Population Housing Approved? ☐ yes; ☒ no (Specify limitation or need)

   Mental Health Unit

3. Approved for Temporary Work Assignment? ☐ yes; ☒ no (Specify limitations or exclusions)

   Needs Medical clearance

4. For Holdovers:  OK for Continued Transport? ☐ yes; ☒ no (Explain)

   NA

5. Disabilities?  ☐ yes    ☐ no  (If yes, enter code(s) into MDS)
   Code(s)

6. Remarks:

| Medical Staff Signature KAllvott | Date 8/5/03 | Time 1150 |
|---|---|---|

Medical Staff Title
Registered Nurse                                    J. Gonzalez, MD

Record Copy - Inmate Central File; copy - file       Replaces BP-394(60) of APRIL 1990
(This form may be replicated via WP)                 and BP-S354 of AUG 1994

Printed on Recycled Paper

# FMC BUTNER
## INPATIENT MEDICAL RECORD
## COVER SHEET

Name    BROWN, MEIER
No.     11364-021
DOB:    7/4/70

Date of Admission: 8/5/03
Date of Discharge: 9/26/03
Days in Hospital:  51

---

## DIAGNOSES

I: No Diagnosis, V71.09.
II: No Diagnosis, V71.05.
III: H/O Bradycardia.

---

## OPERATIONS AND OTHER THERAPEUTIC PROCEDURES

---

Disposition: STUDY COMPLETE        S/GA

FMC Butner, NC

Physician's Signature:_____

Physicians's Stamp:_____

PATIENT PROBLEM LIST

CDFRM

320.060

96

. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

PROBLEM LIST

| ATE OTED | SIGNIFICANT DIAGNOSIS | SIGNIFICANT OPERATIONS/ INVASIVE PROCEDURES | DATE |
|---|---|---|---|
| 03 | Admitted to FMC Butner | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| /03 | Discharged from FMC Butner | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

ADVERSE / ALLERGIC

DRUG REACTIONS
(If none, record "No Known Drug Allergies)

NKDA

ient Identification
me, Reg #, DOB)

OWN, MEIER
64-021
/70

# FEDERAL MEDICAL CENTER
## BUTNER, NC

## PATIENT IDENTIFICATION FORM
### Mental Health Division

PATIENT NAME _____  REGISTRATION # _____

Date of Initial Contact/Admission to MHD  _8/5/03_  Date of Birth  _7/4/70_

Race/Ethnic Origin _AA_  ■Marital Status ☐ Married  ☒ Single  ☐ Divorced

Legal Status _Study_

Patient's Home Address/Telephone Number _6724 Leray Coffer Hway_
_Fleming Ga. 31309_  _912 884 4346_

Name/Address/Phone Number of Next of Kin  (B) _Leuy Margan_

_same as above_

Education __//__

Type/Place of Employment _Labar_

Any Other Significant Identifying Information (i.e., tattoos, scars) _scar_
_across pointu fingu & (L) hand_

Date Information was Gathered  _8/5/03_

_O. Fouth RNC_  _O. Foutch RNC_
Signature of Staff Gathering Data  Printed Name of Staff Gathering Data

_Brown, Meier_
_1136-021_
BROWN, MEIER JASON
REG 1136-4-021
DOB 07-04-1970
FMC BUTNER

ADVANCE DIRECTIVE REQUEST

U.S. DEPARTMENT OF JUSTICE FEDERAL BUREAU OF PRISONS

ımate Brown, meier _____ (Last, First Name),
ɛgistry #, 11364·021 _____ was received at FCC Butner, North
ırolina on 8/5/03 _____ (date) and

expressed a desire / (did not express a desire) (circle one)

ɔ receive additional information about Advance Directives.

ıit Management Staff Signature
                    James D. King
                    Case Manager

ıit Management Staff Name (Print/Stamp)

.it

8/5/03
ate

Advance Directive Request
MEDICAL RECORD
File under divider: Advance Directive
(Rev. 6/03)

FMC BUTNER

## CHRONIC MEDICATION SUMMARY SHEET
### Federal Medical Center
### Butner, NC

| MEDICATION | START DATE/ DOSAGE | Δ DATE/ DOSAGE | Δ DATE/ DOSAGE | Δ DATE/ DOSAGE | DATE DISCONTD | COMMENTS |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

NAME BROWN, MEIER JASON REG 11364-021 DOB 07-04-1970 FMC BUTNER

REGISTER #

DOB

# BEHAVIOR HEALTH TREATMENT PLAN WORKSHEET
## 082403 Federal Medical Center - Butner, NC

DATE OF ADMISSION: 8/5/03

NT NAME:/REG. NO. (Addressograph here)

TO BE COMPLETED BY NURSING

NURSING DIAGNOSIS: N6  N4
(TWO MAXIMUM)

```
BROWN, MEIER JASON
REG 11364-021
DOB 07-04-1970
FMC BUTNER
```

| IMARY THERAPIST: | LEGAL STATUS: | 4241 / 4242 / 4241/4242 / 4244(d) / 4245(d) / Other | 4243(b)4246(b) / 4243(e)/4246(d) / 4244(b) / 4245(a) &(b) / 4241(d) / 4241(b) |
|---|---|---|---|
| ECONDARY THERAPIST: | ESTIMATED LENGTH OF STAY: | | |
| OCIAL WORKER: | SECURITY LEVEL: | | |
| URSING: P. LeJuine RN | | | |

IV WORKING DIAGNOSIS

AXIS 1:  CODE # _____ _____ _____

AXIS II:  CODE # _____ _____

AXIS III: _____

AXIS IV: _____

AXIS V: GAF: = _____

## SEE CODE BOOK: TO BE COMPLETED BY THE PRIMARY THERAPIST:

| PROBLEMS | GOALS | OBJECTIVES | ACTION | PLANS |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| STRENGTHS | WEAKNESSES | SOCIAL WORK/ FAMILY CONTACT/ COMMUNITY RESOURCES | ADJUNCTIVE THERAPIES | RELIGIOUS SERVICES | EDUCATION | DISCHARGE PLANNING |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

# Pain Assessment/Treatment Plan
## (Complete on Initial Assessment)

Problem: Discomfort due to pain as evidenced by patient report

**Does the Patient have any pain now?**  ☐Yes  ☐No
**Has the patient had any pain in the last several weeks or months?**  ☐Yes  ☐No
**If the patient responds "yes" to either question, complete additional assessment data. If the patient responds "no" to both questions, both the patient and staff sign and date bottom of form.**

*Numeric Pain Sale:*

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| No Pain | | Mild Pain | | Moderate Pain | | Severe Pain | | Very Severe Pain | | Worst Possible Pain |

*For each type of pain the patient has experienced complete the following assessment:*

| Location - site of pain (where does it hurt) | Onset (When does it hurt, noticeable pattern) | Frequency (How often) | Most Relief (0 - 10 scale) | Worst Pain (scale) | Pain Now (scale) | Character | Other Symptoms | | Impact Other Areas | |
|---|---|---|---|---|---|---|---|---|---|---|
| Right ear | continuous since 9am 8 | continuous | None at present X | 8/10 | 8/10 | ☒ constant ☐ dull ☐ episodic ☐ radiating ☐ sharp ☐ Other | ☐ N&V ☐ Depression ☐ Diarrhea ☐ Delirium ☐ Muscle Spasms ☐ Visual Disturbances | ☐ Weakness ☐ Psych Issues ☐ Dementia ☐ Other _N/A_ | ☒ None ☐ ADLs ☐ Mobility ☐ Sleep ☐ Emotions ☐ Relationships ☐ Concentration ☐ Appetite ☐ Other | |

Using the pain scale, at what level do you expect your pain to be managed while awake? _0/10_ While at rest? _0/10_
Pain Management History (Medication History) Past intervention to manage your pain response? _Not aware_
_Referred to Medical for evaluation_ Was it successful? _____
Patient's pain goal relief: To use _____ to control pain at _____ level
during hospitalization (MD responsible).
Patient teaching: _____ Use of scale _____ Limitations
_____ Purpose, dose, frequency, side effects of medication _____ Use of equipment (if applicable)
Family Involvement: Does the patient have a family member to be involved in pain management ____ Who _____ (SW Responsible)

*For each type of pain the patient has experienced complete the following assessment:*

| Location - site of pain (where does it hurt) | Onset (When does it hurt, noticeable pattern) | Frequency (How often) | Most Relief (0 - 10 scale) | Worst Pain (scale) | Pain Now (scale) | Character | Other Symptoms | | Impact Other Areas | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | ☐ constant ☐ dull ☐ episodic ☐ radiating ☐ sharp ☐ Other | ☐ N&V ☐ Depression ☐ Diarrhea ☐ Delirium ☐ Muscle Spasms ☐ Visual Disturbances | ☐ Weakness ☐ Psych Issues ☐ Dementia ☐ Other | ☐ None ☐ ADLs ☐ Mobility ☐ Sleep ☐ Emotions ☐ Relationships ☐ Concentration ☐ Appetite ☐ Other | |

Using the pain scale, at what level do you expect your pain to be managed while awake? _____ While at rest? _____
Pain Management History (Medication History) Past intervention to manage your pain response? _____
_____ Was it successful? _____
Patient's pain goal relief: To use _____ to control pain at _____ level
during hospitalization (MD responsible).
Patient teaching: _____ Use of scale _____ Limitations
_____ Purpose, dose, frequency, side effects of medication _____ Use of equipment (if applicable)
Family Involvement: Does the patient have a family member to be involved in pain management ____ Who _____ (SW Responsible)

_____  _____  _____
Patient Signature/Date & Time    Psychiatry/Psychology Signature/Date&Time    PT Signature/Date & Time  (if applicable)

_____  _____  _____
MD Signature/Date & Time    RN Signature/Date & Time    SW Signature/Date & Time  (if applicable)

Patient ID/addressograph here
BROWN, HEIER JASON
REG 11364-021
DOB 07-04-1970
FMC BUTNER

**Pain Assessment/Treatment Plan**
File under Tab 4: Problem List/Med Sheet/TP
FMC Butner                    (5/03)

FEDERAL MEDICAL CENTER
BUTNER, NORTH CAROLINA

Page 1

## GENERAL HISTORY

Date Written: 8-4-03     Chief Complaint: None

Age: 33

History of Present Illness:
33 y o/s ♂ here for intake. No problems or
concerns. Has always remained active ē
health problems.

(If additional space is needed indicate so and continue on Progress note attached)

Brown, Meier
11364-021

BROWN, MEIER JASON
REG 11364-021
DOB 07-04-1970
FMC BUTNER

FMC - 200-1
04/02



## FEDERAL MEDICAL CENTER
## BUTNER, NORTH CAROLINA

## GENERAL HISTORY CONTINUED

Past Medical History: _____ none _____

(Circle illnesses which inmate has had; underline negatives)

Diabetes    Glaucoma    Heart Trouble    Syphilis    Vein Trouble    High Blood Pressure    Cancer

Asthma    Jaundice    Gonorrhea    Bleeding Tendency    Kidney Disease    Tuberculosis

Pneumonia    Hepatitis    Stroke    Rheumatic Fever    Nervous Disorder

Previous Operations (dates, hospital, surgeon) and serious injuries: _____ Age 11 had "mass" removed from ® mandible area. "Done in Doctor's office" _____

Allergies (describe nature of reaction): _____ NKA _____

Current Medications: _____ None _____

Steroid Use: _____ None _____

Blood Transfusions (dates): _____ None _____

BROWN, MEIER JASON
REG 11364-021
DOB 07-04-1970
FMC BUTNER

FMC - 200-1
04/02



## FEDERAL MEDICAL CENTER
## BUTNER, NORTH CAROLINA

## FAMILY HISTORY:

|  | Living | Current Age or Age at Death | Present Health/Cause of Death |
|---|---|---|---|
| Father | Yes ✓ No ___ | 62 | Excellent health |
| Mother | Yes ___ No ✓ | 61 (June '03) | IDDM, HTN, Kidney failure, heart trouble |
| Spouse | Yes ___ No ✓ | | |

| Brothers | Number Living 6 | Health | 1 brother s/p CVA and s/p MVR |
|---|---|---|---|
|  | Number Dead 1 | Cause of Death | AIDES |
| Sisters | Number Living 1 (½ sister) | Health | Good health |
|  | Number Dead ___ | Cause of Death | |
| Children | Number Living N/A | Health | |
|  | Number Dead ___ | Cause of Death | |

(Circle illnesses which have occurred in any of inmate's blood relatives; underline negatives)

(Diabetes)   (Cancer)   Bleeding Tendency   (Kidney Disease)   Tuberculosis   (Stroke)

(High Blood Pressure)   Nervous Illness   Allergy

## SOCIAL HISTORY:
Place of birth **Hineville, GA**   Parent's race/nationality **BLACK**
Foreign residence/travel (where/when) **N/A**
Education (highest level) **11th grade**   Occupation **laborer/maintenance**   How long **17 yrs**
Present marriage (year) **N/A**   Previous marriage (year & duration) **N/A**
Religion **Baptist**
Tobacco use:   Now **Active**   In the past ___   Type & amount **New Port ½ PPd X 10 yrs**
Alcohol use:   Yes ✓ No ___   Type & amount **Beer 3/d X 16 yrs.**
Drug use: **Marijuana "infrequent", last used 2001**
IV drug use:   Type **None**   Date last used **N/A**
Homosexual contact **NO**

## REVIEW OF SYSTEMS:
General: **Good health**
HEENT: **clear**
Skin: **clear**
Pulmonary: **clear**
Cardiovascular: **clear**
GI: **clear**
GU: **clear**
Musculoskeletal: **clear**
Hematological: **clear**
Endocrine: **clear**
Neuro: **clear**
Psych: **clear - for eval -**

FMC - 200-1
04/02

3

# FEDERAL MEDICAL CENTER
## BUTNER, NORTH CAROLINA

**PHYSICAL EXAMINATION:**

| HEIGHT | WEIGHT | | | TEMPERATURE | PULSE | BLOOD PRESSURE |
|--------|--------|--------|---------|-------------|-------|----------------|
| | AVERAGE | MAXIMUM | PRESENT | | | |
| 5'7 | 146 | | | | 64 reg | |

Genitals and rectal exam deferred.

(Underline if negative, circle if positive and describe above)

Scalp   Skin   Ears   Eyes   Nose   Teeth   Mouth   Pharynx   Tonsils   Salivary Glands   Lymph Nodes

Thyroid   Breast   Peripheral Vessels   Heart   Lungs   Abdomen   Liver   Kidneys   Spleen

Genitalia   Prostate   Rectum   Spine   Inguinal and Femoral Rings   Joints   Extremities   Neuro Knee Jerks

Ankle Jerks   Babinski

**IMPRESSION AND PLAN:** Healthy male c̄ unremarkable physical exam.

Plan: psychiatry study

Date: 8-5-03    Time: 1230

Signature: Gregory E. Smith, PA    Printed Name or Stamp: Gregory E. Smith, PA

FMC - 200-1
04/02

4

# MEDICAL DUTY STATUS (MDS) ASSIGNMENTS

Circle appropriate assignment

| SENTRY ASGNMT | DESCRIPTION | SENTRY ASGNMT | DESCRIPTION |
|---|---|---|---|
| ALLRG/WOOL | ALLERGIC TO WOOL | ORTHO DISB | ORTHOPEDIC DISABILITY |
| ATH RESTR | NO SPORTS/NO WEIGHT LIFTING | OTHER | OTHER MEDICAL RESTRICTION |
| BLIND | TOTAL BLINDNESS | PARAL LOW | PARTIAL PARALYSIS, LOWER |
| COLD/WIND | NO EXCESS COLD/WIND | PARAL LOW | PARTIAL PARALYSIS, LOWER |
| DEAF | TOTAL DEAFNESS | PARAL UPR | PARTIAL PARALYSIS, UPPER |
| DRIV RESTR | GLASSES REQUIRED FOR DRIVING | PARALYSIS | TOTAL PARALYSIS |
| HEAR LOSS | PARTIAL HEARING LOSS | REG DUTY | NO MEDICAL RESTRICTION – REGULAR DUTY |
| HEAR RESTR | NO WORK IN HIGH NOISE AREAS | | |
| HGT RESTR | NO LADDERS/NO UPPER BUNK | REG DUTY W | REGULAR DUTY W/MEDICAL RESTRICTION (Also circle appropriate medical restriction) |
| HUNGR STRK | HUNGER STRIKE | | |
| LIMIT SUN | NO EXCESS SUN | | |
| LOWER BUNK | LOWER BUNK REQUIRED | SMOKE FREE | ASSIGN TO SMOKE FREE WORK/QUARTERS |
| MISS EXT L | MISSING LOWER EXTREMITY | | |
| MISS EXT U | MISSING UPPER EXTREMITY | SOFT SHOES | SOFT SHOES ONLY |
| NO DRIVING | NO DRIVING-MEDICAL CONDITION | SPEC DIET | SPECIAL DIET- MEDICAL CONDITION |
| NO DUTY | NO DUTY DUE TO MEDICAL CONDITION | | |
| NO F/S | NO FOOD SERVICE WORK | STAND RSTR | NO PROLONGED STANDING |
| NO POLLUT | ASSIGN TO POLLUTION FREE AREA | SUIC WATCH | SUICIDE WATCH |
| NOT MED CL | NOT MEDICALLY CLEARED | VISION IMP | VISUAL IMPAIRMENT |
| ORTH SHOES | ORTHOPEDIC SHOES | WGT 15 LB | WEIGHT-NO LIFTING OVER 15 LBS |

(Circle only one Care Level)

CARE LEVEL 1:  Healthy, NO chronic care

CARE LEVEL 2:  Stable chronic care

CARE LEVEL 3:  Complex chronic care

CARE LEVEL 4:  MRC care required

| | | | |
|---|---|---|---|
| | | WGT 20 LB | WEIGHT-NO LIFTING OVER 20 LBS |
| | | WGT 25 LB | WEIGHT-NO LIFTING OVER 25 LBS |
| | | WHEELCHAIR | REQUIRES WHEELCHAIR |

DGN Assignments (Acuity Level) (N/A for Cadre) (Circle only one):

| | | | |
|---|---|---|---|
| MS ACUTE: | Med/Surg Acute Inpatient | WIRED JAW | WIRED JAW - POST DENTAL |
| MS SUB: | Med/Surg Sub Acute Inpatient | YES F/S | CLEARED FOR FOOD SERVICE Date of F/S PE: _____ |
| MS LT: | Med/Surg Long Term Inpatient | | |
| MS INTER: | Med Surg Intermed Outpatient | | |
| MS CHRONIC: | Med/Surg Chronic Outpatient | Date:  9/22/03 | |

Patient ID/addressograph here:

Brown, Meier
11364-021
FMC Butner

Signature/Stamp: _____

**Medical Duty Status Assignments**
File under Tab: H&P / Immunization
FCC Butner        (Rev 8-03)



6-00-634-176

| ALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| TE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (sign each entry) |

## Intake Screening Questionnaire / Initial Orders

**Nurse to Complete the Following:**          Inmate arrived at FMC Butner 8/5/03 (Date)

PPD Given: No / Yes  Date to be Read: 8/7/03  Give reason if not given: _____

Allergies: No  Yes (list): NKDA _____

History of Psychiatric Illness: (No)  Yes     Immediate Referral to Psychology/Psychiatry: (No)  Yes

Suicide History or Ideation: (No)  Yes (explain): _____

History of Sexual Assault: No / Yes (explain): _____

Evidence of Contagious Diseases (Lice, TB, Hepatitis, other): (No)  Yes (explain) _____

Does the inmate have pain now: (No)  Yes  Numeric Scale (1-10) _Ø_

Has the inmate had pain in the last several weeks or months: No / Yes

Referred to Sick Call: No / Yes    OR    Chronic Care Clinic: No / Yes

Nurses Signature/Stamp: _Kabbott, RN / Kabbott, LN_

**Physician to Complete the Following (circle/check appropriate responses):**

Physical Exam to be Done: No (Yes)    Chest X-ray: (No) Yes    Tetanus: (No) Yes

Lab Panels to be Done (all newly committed inmates must have CBC, RPR, UA): CBC____  RPR____  UA____

Comp. Metabolic: ✓          Basic Metabolic:____          Electrolyte:____

Lipid: ✓          Hepatic Function:____          Thyroid Panel: ✓

Mental Health Panel: ✓          Other: _____

Add to Chronic Care Clinic: (No)  Yes (circle clinic)  Cardiac  Diabetic  Endo/Lipid  Gastro

General   HTN   Infect Dis   Neurology   Ortho/Rheum   Pulmonary

Date of Next CCC Appointment:_____   (SCREENING CONTINUED ON OTHER SIDE)

J. Gonzalez MD

Brown, Meier
# 11364-021

FMC Butner

| RECORDS MAINTAINED AT ▶ | | | |
|---|---|---|---|
| PATIENT'S NAME (Last, First, Middle Initial) | | | SEX |
| RELATIONSHIP TO SPONSOR | STATUS | | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION | |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. | | DATE OF BIRTH |

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

| ATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (sign each entry) |
|---|---|
| 5/08<br>'0 0 | **CARE LEVEL** (Circle Only One)<br><br>CARE LEVEL 1: Essentially healthy inmate, **No** serious medical conditions<br><br>CARE LEVEL 2: Non-complex acute and chronic ambulatory conditions<br><br>CARE LEVEL 3: Complex ambulatory conditions<br><br>CARE LEVEL 4: Requires subacute/longterm inpatient care, medically complex outpatients |

**DGN ASSIGNMENT** (Acuity assignments) (Not applicable for Cadre inmates) (Circle only one):

| | | |
|---|---|---|
| MS ACUTE: Med/Surg Acute Inpatient | | MS INTER: Med/Surg Intermed Outpatient |
| MS SUB: Med/Surg Sub Acute Inpatient | | MS CHRON: Med/Surg Chronic Outpatient |
| MS LT: Med/Surg Long Term Inpatient | | |

**Medications/Additional Orders:**

1) Healthy Male Diet.
— Jou Reg. Stays
— f-up by Reg.

Physician Signature/Stamp

*J. Gonzalez*

ABOVE PHYSICIAN ORDERS NOTED (HI Staff Member):

STANDARD FORM 600 BACK (REV. 5-84)

534-4176

H RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE

SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (sign each entry)

## Pain Assessment

Does the inmate have any pain now?    ☐ Yes    ☒ No

Has the inmate had any pain in the last several weeks or months?    ☐ Yes    ☐ No

*Pt denies pain @ this time — Kalbfil*
*K Abbott R*

Numeric Pain Scale

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|----|

No Pain          Mild Pain          Moderate Pain          Severe Pain          Very Severe Pain          Worst Possible Pain

For each type of pain the patient has experienced complete the following assessment:

Location - site of pain (where does it hurt):

Onset (when does it hurt, noticeable pattern):

Frequency (how often):                                        Most relief (0-10 scale):

Worst pain (scale):                                        Pain now (scale):

Character: ☐constant  ☐dull  ☒episodic  ☐radiating  ☐sharp  ☐other

Other symptoms: ☐N&V  ☐depression  ☐diarrhea  ☐delirium  ☐muscle spasms  ☐weakness

☐visual disturbances  ☐psych issues  ☐dementia  ☐other

Impact other areas: ☐none  ☐ADLs  ☐sleep  ☐relationships  ☐concentration  ☐appetite

☐mobility  ☐emotions  ☐other

Using the pain scale, at what level do you expect your pain to be managed while awake?_____

While at rest? _____

*Brown, Meier*
*# 11364-021*

| RECORDS MAINTAINED AT ▶ | | |
|---|---|---|
| PATIENT'S NAME (Last, First, Middle Initial) | | SEX |
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. | DATE OF BIRTH |

FMC Butner

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM  600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

| ATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (sign each ent |
|-----|---|
| | |

STANDARD FORM 600 BACK (REV.

# FEDERAL MEDICAL CENTER BUTNER, NC

## DOCTORS ORDERS
*(Sign all orders)*

## NURSE'S SIGNATURE

The doctor shall record date and time for each set of orders

**PATIENT IDENTIFICATION**

Brown, Mel...

11364 - 021

DATE OF ORDER 8/5/03    TIME OF ORDER 1700

8/5/03

O - Fauku ...

O. Foutch...

### MENTAL HEALTH ADMISSION ORDERS

1. Admit to Mental Health X IE

2. Reason for referral (specify):

3. Allergies: MKDA

4. Special Diet Needs: (No)    Yes (specify):

5. Chest X-ray: (No)    Yes

**PATIENT IDENTIFICATION**

6. Labs:    Mental Health Panel X    Urinalysis X    HIV X

   Other Labs (specify):

7. PPD: (Yes)    No (reason):

8. Tetanus:    Yes    (No)

9. Prior Record Reviewed: (Yes)    No

10. BP-659 Reviewed/Noted: (Yes)    No

11. Reviewed BP-360 Medical History Report with Inmate: (Yes)    No

**PATIENT IDENTIFICATION**

12. Sick Call Procedures Explained:    Yes    (No)

13. Special Precautions: (No)    Yes (specify):_____

14. Does the inmate have pain now (No) Yes    Numeric Scale (1-10) _____

    Has the inmate had pain in the last several weeks or months (No) Yes

    Referred to Sick Call: (No) Yes    OR    Chronic Care Clinic: (No) Yes

15. Hx Sexual Assault (No) Yes (explain)_____

    Suicide Hx or ideation (No) Yes (explain)_____

    Evidence of contagious diseases: (Lice, TB, Hepatitis, other) (No) Yes
    (explain)_____

16. Additional Orders: _____

Green...

BROWN, ME ER JASON
REG 11364-021
DOB 07-04-1970
FMC BUTNER

**DOCTOR'S ORDERS**

Revised O

| | | | DOCTOR'S ORDERS (SIGN ALL ORDERS) | | |
|---|---|---|---|---|---|
| **MEDICAL RECORD** | | | **DRUG ORDERS** | **DOCTOR'S SIGNATURE** | **NURSE'S SIGNATURE** |

| DATE AND TIME | | RX | DRUG ORDERS | DOCTOR'S SIGNATURE | NURSE'S SIGNATURE |
| START | STOP | | | | |
|---|---|---|---|---|---|
| 8/3/03 1640 | | | Admit to IE on ESH X 24 hours — CARLTON RYAN, PhD Clin Int PhD Psychol't | | |
| 8/5/03 | 1705 | | BP + PV's qd x 1 week. Noted — Fautk RVC/ O. Fautch RVC | Margaret Hale, PA-C | |
| 8/6/03 | 0001 | | 24° chart review | K Whitten RN | K. Whitlow, RN |
| 8/7/03 | 0001 | | 24° chart review | P. Bridges RN / P. Bridges RN | |
| 8/8/03 | 0001 | | 24° chart review | B. Imler Oen / B. Imler Oen | |
| 8/8/03 | 8303 | | 24° Chart Review — B. Imler | B. Imler Oen / B. Imler Oen | |
| 8/10/03 | 0001 | | 24° chart review | K Whitten RN II | K. Whitlow, R |
| 8/11/03 | 0001 | | 24° chart review | K. Whitten RN / | K. Whitlow |
| 8/12/03 | 0001 | | 24° chart review | P. Bridges RN / P. Bridges RN | |
| 8/13/13 | 0001 | | 24° chart review | P. Bridges RN / P. Bridges RN | |
| 8/14/03 | 0001 | | 24° chart review | P. Bridges RN / P. Bridges RN | |
| 8/15/03 | 0001 | | 24° chart review | P. Bridges RN / P. Bridges RN | K. Whitlow |
| 8/16/03 | 0001 | | 24° chart review | K Whitten RN | |
| 8/17/03 | 0001 | | 24° chart review | P. Bridges RN / P. Bridges RN | |
| 8/18/03 | 0010 | | 24° Chart Review | B. Imler Oen / B. Imler Oen | |
| 8-19-03 | 0005 | | 24° Chart Review — B. Imler | B. Imler Oen / B. Imler Oen | |
| 8/20/03 | 0002 | | 24° Chart Review | B. Imler Oen / B. Imler Oen | |
| 8-20-03 0936 | | | ① ESH X 4 8ʰ Wook — Psychiatry | | |
| 8/20/13 | 0930 | | noted by (Continue on reverse side) | Paula Cur... | |
| | | | | REGISTER NO. | WARD NO. |

PATIENT'S IDENTIFICATION

Brown, Arien
11364-021
FMC Butner

DOCTOR'S ORDERS
FMC BUTNER

## MEDICAL RECORD

## DOCTOR'S ORDERS
### (SIGN ALL ORDERS)

| DATE AND TIME | | RX | DRUG ORDERS | DOCTOR'S SIGNATURE | NURSE'S SIGNATURE |
|---|---|---|---|---|---|
| START | STOP | | | | |
| 8/21/03 | 0015 | | 24° chart review c̄ K. Whitlow RN | | **K. Whitlow, RN** |
| 8/21/03 | 1590 | ① | TSH, PREE T4 IN A.M. | _Walasin MD_ Robert Walasin, M.D. Medical Officer | |
| 8/21/03 | 1620 | | noted by — R. Dupree RN | | R. Dupree, RN |
| 8/22/03 | 0010 | | 24° Chart Review — B. Tml Corr | | B. Tml Corr |
| 8/23/03 | 0010 | | 24° Chart Review — B. Tml Corr | | B. Tml Corr |
| 8/24/03 | 0045 | | 24° chart review — K Whitlow RN | | **K. Whitlow, RN** |
| 8/25/03 | 0001 | | 24° chart review, — K whitlow KWhitlow RN | | |
| 8/25/03 1400 | | | Clinically cleared for population. Please review with Unit Manager/team to clarify whether any reasons to preclude placement!! | _Sally Johnson MD_ Sally Johnson MD Consultant. | |
| 8/26/03 0001 | | | 24° chart review R Bridges RN | | R Bridges, RN |
| 8/26/03 | 1105 | | ① Amox 500mg bid X 18 d. ② Motrin 800mg tid p̄c̄ PRN pain X 7d. ③ Hot compresses to ® ear bid-tid X 5d. | _Margaret Hale, PA_ | |
| 8/26/03 | 1120 | | noted + faxed by — R Dupree RN | | R Dupree, R |
| 8/27/03 | 0005 | | 24° Chart ✓ B Tml Corr | | B Tml Corr |
| 8/28/03 | 0030 | | J moore-Wren RN/ J moore-Wrenn RN 24° chart ✓ | | |
| 8/29/03 | 0001 | | 24° chart review — K whitlow RN | | **K. Whitlow, RN** |

(Continue on reverse side)

| REGISTER NO. | WARD NO. |
|---|---|

PATIENT'S IDENTIFICATION

DOCTOR'S ORDER
FMC BUTNER

Brown, Meier
# 11364-021
DOB 7-4-70
FMC Butner

| MEDICAL RECORD | | | DOCTOR'S ORDERS (SIGN ALL ORDERS) | | |
|---|---|---|---|---|---|
| DATE AND TIME | | RX | DRUG ORDERS | DOCTOR'S SIGNATURE | NURSE'S SIGNATURE |
| START | STOP | | | | |
| 8/30/03 @0038 | | — | 24° Chart Review | Bridges | Bridges R |
| 8/31/03 | 0001 | — | 24° chart review | C.Bridges RN | R. Bridges, RN |
| 9/1/03 | 0001 | — | 24° chart review | C.Bridges RN | R.Bridges, RN |
| 9/2/03 | 0001 | — | 24° chart review | C.Bridges RN | R.Bridges RN |
| 9/3/03 | 0001 | | 24° chart review | K.Hayes RN | K.Hayes RN |
| 9/4/03 | 0130 | | 24° Chart | D.Bg, RN | D. Brown, RN |
| 9/5/03 | 0005 | | 24 Hour Chart Review | P.Lesoine | P. Lesoine, RN |
| 9/6/03 | 0005 | | 24 Hour Chart Review | P.Lesoine | P. Lesoine, RN |
| 9/6/03 | 2347 | | 24 Hour Chart Review | S.Stacey RN | S. Stacey, RN |
| 9/7/03 | 2348 | | 24 Hour Chart Review | S.Stacey RN | S. Stacey, RN |
| 9/8/03 | 2346 | | 24 Hour Chart Review | S.Stacey RN | S. Stacey, RN |
| 9/10/03 @ | 0005 | | 24 Hour Chart Review | P.Lesoine | P. Lesoine, RN |
| 9/11/03 | 0005 | | 24 Hour Chart Review | P.Lesoine | P. Lesoine, RN |
| 9/12/03 | 0032 | | 24 Hour Chart Review | S.Stacey RN | S. Stacey, R |
| 9/12/03 | 2347 | | 24 Hour Chart Review | S.Stacey RN | S. Stacey, RN |
| 9/14/03 | 0030 | | 24 Hour Chart Review | P.Lesoine | P. Lesoine, R |
| 9/15/03 | 0005 | | 24 Hour Chart Review | P.Lesoine | P. Lesoine, R |
| 9/16/03 | 0005 | | 24 Hour Chart Review | P.Lesoine | P. Lesoine, R |
| 9/16/03 1045 | | | EKG. today or tomorrow — has intermittent bradycardia — would like baseline in chart | Sally Johnson MD | |
| | | | | Sally Johnson MD Consultant | |
| 9-16-03 100 | | | Noted  A.Patterson | | A. PATTERSON, RN |

(Continue on reverse side)

PATIENT'S IDENTIFICATION

Brown, Meier
Reg# 11364-021

BROWN,  MEIER JASON
REG 113 64-021
DOB 07- 04-1970
FMC BUTNER

REGISTER NO.

WARD NO.

DOCTOR'S ORDERS
FMC BUTNER

| MEDICAL RECORD | | | DOCTOR'S ORDERS (SIGN ALL ORDERS) | | |
|---|---|---|---|---|---|
| DATE AND TIME | | RX | DRUG ORDERS | DOCTOR'S SIGNATURE | NURSE'S SIGNATURE |
| START | STOP | | | | |
| 1/18/03 | 2346 | | 24 Hour Chart Review | DStacey RN | S. Stacey, RN |
| 1/18/03 | 0020 | | 24 Hour Chart Review | DStacey RN | S. Stacey, R |
| 1/19/03 | 0005 | | 24 Hour Chart Review | P Lea RN | P. Lesoine, RN |
| 1/20/03 | 0005 | | 24 Hour Chart review | P Lea RN | P. Lesoine, RN |
| 1/20/03 | 2347 | | 24 Hour Chart review | DStacey RN | S. Stacey, RN |
| 1/20/03 | 2347 | | 24 Hour Chart review | DStacey RN | S. Stacey, RN |
| 1/23/03 | 0011 | | 24 Hour Chart review | DStace RN | S. Stacey, RN |
| 1/24/03 | 0030 | | 24 Hour Chart Review | P Lea RN | P. Lesoine, RN |
| 1/25/03 | 0005 | | 24 Hour Chart Review | P Lea RN | P. Lesoine, RN |
| 1/25/03 1005 | | | Patient ready for discharge to marshal's service. On no medication. Routine precautions include observation for onset of anxiety or depressive symptoms. Which would warrant mental health assessment. Sally Johnson MD Sally Johnson MD Consultant | | |
| 1/26/03 | 0000 | | 24 Hour Chart Review  S Pettiford RN | | S Pettiford RN |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

(Continue on reverse side)

PATIENT'S IDENTIFICATION

BROWN, MEIER JASON
REG # 1364-021
DOB 07-04-1970
FMC BUTNER

REGISTER NO.    WARD NO.

DOCTOR'S ORDERS
FMC BUTNER

**MEDICAL RECORD**

**DOCTOR'S ORDERS**
(SIGN ALL ORDERS)

| DATE AND TIME | | RX | DRUG ORDERS | DOCTOR'S SIGNATURE | NURSE'S SIGNATURE |
|---|---|---|---|---|---|
| ART | STOP | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

(Continue on reverse side)

PATIENT'S IDENTIFICATION

| REGISTER NO. | WARD NO. |
|---|---|

**DOCTOR'S ORDERS**
**FMC BUTNER**

BROWN, MEIER JASON
REG 11364-021
DOB 07-04-1970
FMC BUTNER

09-113                                                                    NSN 7540-00-634-412

| EDICAL RECORD | PROGRESS NOTES |
|---|---|

ATE/TIME

**Mental Health Housing Screening**
**Purpose of admission:** COURT-ORDERED STUDY          SENTENCED          VOLUNTARY
                                                                          (Obtain admit form)

**For forensic study patients:** At the beginning of the interview, the patient was informed that there were limits to the confidentiality of any information that he might provide. He was advised that a written report could be sent to the Court, as well as the prosecuting and defense attorneys, detailing the results of the evaluation. He was informed that the evaluators might be subpoenaed to court to testify to their opinions. It is my opinion that the patient DID / DID NOT understand these issues.

**Suicide Risk:** Prior suicide attempts:  YES  (NO)
Patient denies current suicidal ideation:  (YES)  NO
Family history of suicide attempts or completed suicide?  YES  (NO)
**Homicide Risk:** Patient denies current ideation to harm others:  YES)  NO

The patient was educated on the admission procedures to the Mental Health Department. He was evaluated as (LOW)/ MEDIUM / HIGH risk to exhibit behavior that would pose a risk of harm to himself or others. He was assessed for relative mental contraindications to special procedures typically used at FMC Butner and he also was educated on BOP and institution policy regarding special procedures to manage potentially harmful behavior that does not respond to lesser interventions. Physical contraindications to special procedures will be assessed by the primary treatment team after the intake physical examination and medical history is completed. Are there current psychiatric contraindications to use of seclusion or restraint?  YES  NO

If yes, the contraindication is:

One: ☑ **After considering the above available information, this patient may be housed in an open population unit.**

☐ **After considering the above available information, the patient will be admitted to 1-E to monitor the clinical factors noted above. Acute mental conditions that support admission to the 1-E housing unit:**
☐ Disorganized or confused behavior
☐ Manic symptoms, such as:
☐ Withdrawn, significantly apathetic or catatonic behavior
☐ Agitated, oppositional or defiant behavior requiring close supervision
☐ Active psychotic symptoms, such as:
☐ Current risk of behavior placing self, others or property at risk of serious harm
☐ Refusal or inability to cooperate with this screening evaluation
☐ Lack of adequate available information with which to make a reasonable decision
☐ Other reason(s), such as:

The 1-E nursing staff will re-assess the patient upon arrival to the unit and if any concerns with this assignment are noted, the on-call clinician will be notified. The primary treatment team will perform a full assessment of this patient's status and re-assess this housing assignment.
**Comments:**

NTS IDENTIFICATION (For typed or written entries give: Name - last, first, middle; grade; rank; rate; hospital or medical facility)     REGISTER NO.          WARD NO.

BROWN, Meier

BROWN, MEIER JASON
REG 01564-021
DOB 07-04-1970
FMC BUTNER

PROGRESS NOTES

MEDICAL RECORD

STANDARD FORM 509 (REV. 5-84)
Prescribed by GS/ICMR.FIRMR (41 CFR) 201-9.202-1

FMC BUTNER

NSN 7540-00-634-412

19-113

**PROGRESS NOTES**

**MEDICAL RECORD**

DATE/TIME
8/5/03
13 40

Psychology Note:

IP: Pt is a 33-year old African American who arrived today to undergo a forensic evaluation. Pursuant to Title 18 USC 4241. Pt was advised of the limits of confidentiality and displayed an understanding of the forensic examine. Pt stated that he was sent to FMC Butner for a psychological evaluation. He stated that the results of the forensic report would be "sealed."

Background:
Family: Pt reports being born on 07/04/70 to wedded union of Sadie and Pelham Brown. Pt reports having two paternal half-siblings (one brother, one sister) and five half-brothers (maternal). He is the youngest of three boys born to Sadie and Pelham. Pt reports that one of his brothers

(Continue on reverse side)

| | REGISTER NO. | WARD NO. |
|---|---|---|

PATIENT'S IDENTIFICATION   (For typed or written entries give: Name - last, first, middle; grade; rank; rate; hospital or medical facility)

BROWN, Meier
11364-021

BROWN, MEIER JASON
REG   11364-021
DOB   07-04-1970
FMC   BUTNER

PROGRESS NOTES

MEDICAL RECORD

STANDARD FORM 509 (REV. 7-91)
Prescribed by GS/ICMR-FIRMR (41 CFR):

**FMC BUTNE**

PROGRESS NOTES

has been incarcerated. He does not recall the details of his brother's arrest. Pt denies a family history of child or sexual abuse. Report minor drug use within the family. Education: Pt reports completing 11th grade at Bradwell Institute in Hinesville, GA. He cites the financial problems within the family as the cause of his early termination from school. Pt reports several suspensions from things like smoking in bathrooms and truancy. He denies physical altercations and states never being "expelled." Pt describes himself as a C student in high school. Pt denies involvement in extra activities at school, including sports. Pt relates having several friends.

Marital/Family: Pt denies ever being married. He also denies ever fathering children. He states that he is "completely heterosexual." Prior to his arrest for the alleged offense, pt was involved in a romantic relationship,

PRINTING OFFICE: 1962 - 318-071/40282

STANDARD FORM 509 (REV 7-91)

NSN 7540-00-634-412

9-113

**MEDICAL RECORD**                                      PROGRESS NOTES

DATE/TIME

8/6/03
1590

Psychiatric: Pt denies a history of inpatient or outpatient mental health treatment. He further denies a history of treatment for substance abuse.

Substance Use: Pt reports a total of three arrests for DUI. He has two convictions for DUI and the third and more recent case is pending. Pt states that he drinks at least one beer per day. On Fridays, he may drink between 9-12 beers. Pt denies blackouts, tolerence of ETD and withdrawal symptoms. Pt also reports a history of marijuana use, but indicates not engaging in its use in about two years.

Employment: Pt reports the longest period of employment was in the early 1990's in City of Richmond Hill, GA. He

(Continue on reverse side)

PATIENT'S IDENTIFICATION (For typed or written entries give: Name - last, first, middle; grade; rank; rate; hospital or medical facility)

BROWN, REVERI EASON
REG 11364-021
DOB 07-08-1970
FMC BUTNER

BROWN
113

| REGISTER NO. | WARD NO. |
|---|---|

PROGRESS NOTES

MEDICAL RECORD

STANDARD FORM 509 (REV. 7-91)
Prescribed by GS/ICMR FIRMR (41 CFR):

**FMC BUTNER**

PROGRESS NOTES

was a laborer, functioning as a janitor and repair man. His last job was at Atlantic underground as a laborer/pipe fitter. He worked at the company for about two months. Pt reports being unemployed at the time of his arrest.

Medical: Pt denies significant medical problems, states he has a "clean bill of health."

Criminal History: In addition to arrests for PCE, pt reports arrest for Robbery, Forgery and Credit Card Fraud.

Mental Status examination: Pt is oriented to person, place, date and time. His mood was described as euthymic. He displayed appropriate affect. Pt appropriately attired in a white tee shirt and khaki pants. He presented a fairly kempt appearance. He denied a history of suicidal ideation. Pt suicide attempts. At present, he denies suicidal ideation. Pt also denies homicidal ideation. His memory appeared intact.

NSN 7540-00-634-412

509-113

| MEDICAL RECORD | PROGRESS NOTES |
|---|---|

DATE/TIME
4/5/03
15:40

There was no evidence of visual or auditory hallucinations. His speech was coherent, organized and goal directed. His thought content conveyed appropriate concern about his case and was void of delusional material. Impression: Axis I: R/o Substance Abuse (Alcohol Abuse)

Axis II: R/o Antisocial Personality Disorder
Axis III: None
Axis IV: Incarceration
Axis V: 75

Plan: It will be transferred to unit 1E for study and observation. Will review his case and make recommendation for placement in open population on 08/06/03.

CARLTON PYANT, PhD
Chief Psy, FMC
Psychologist

(Continue on reverse side)

| PATIENT'S IDENTIFICATION (For typed or written entries give: Name - last, first, middle; grade; rank; rate; hospital or medical facility) | REGISTER NO. | WARD NO. |
|---|---|---|

BROWN, MEIER JASON
REG 11364-021
DOB 07-04-1970
FMC BUTNER

Browns Meier
11364-021

PROGRESS NOTES

MEDICAL RECORD

STANDARD FORM 509 (REV. 7-91)
Prescribed by GS/ICMR_FIRMR (41 CFR) 201-9.202

FMC BUTNER

## PROGRESS NOTES

| DATE/TIME | |
|---|---|
| 5/03 700 | S: "I'm just waiting on the officer to take me to my cell" of 53 y/o AA ♂ admitted to I-E for forensic eval. Charged ē murder. Denies SI, HI, AH, VH. Pleasant, cooperative ē admission process. A- Psyc. evaluation. O- Monitor + report behavior. P. Educated on behavior for I-E. O. Fouch RN / O. Fouch RN |
| 5/03 115 | S: Informed by RN Foutch that pt's Pulse is 48. Denies dizziness when standing or SOB. O: WD WN ♂, NAD. Sitting comfortably, moves in chair + talks easily. BP- 156/89, T- 97.9 A: 1.) Bradycardia, pt is asymptomatic 2.) ↑ BP P: 1.) BP + PV's qd × 7d. 2.) Continue to monitor. F/U if BP consistently elevated or if pt develops sx. Margaret Hale, PA-C Margaret A. Hale, PA-C |