# APPENDIX K-3

509-113

NSN 7540-00-634-412

| MEDICAL RECORD | PROGRESS NOTES |
|---|---|

DATE/TIME

8/6/03
1050

S. Seen in nurses station with Drs. Boyle & Kurosky (Residents in training). Case reviewed earlier with Dr. Ryant who saw patient yesterday. Full note to follow. Confidentiality limits discussed. Brief history reviewed. Mental Status Exam done — essentially ⊖. Patient here for mitigation factors evaluation.

A/P: Will complete evaluation and submit under seal. Patient clinically able to go to population. Next interview scheduled for Mon. 10 AM.

*Sally Johnson M.D.*

(Continue on reverse side)

PATIENT'S IDENTIFICATION (For typed or written entries give: Name - last, first, middle; grade; rank; rate; hospital or medical facility)

REGISTER NO.

WARD NO.

Brown, Meier

FMC Butner

Reg# 11364-021  DOB 7/4/70

PROGRESS NOTES

MEDICAL RECORD

STANDARD FORM 509 (REV. 7-91)
Prescribed by GS/ICMR FIRMR (41 CFR) 201-9.202-

509-113                                                                    NSN 7540-00-634-412

| MEDICAL RECORD | PROGRESS NOTES |
| --- | --- |

| DATE/TIME | |
| --- | --- |

8/6/03
1050.

S/ Seen in nurses station with Drs. Boyle & Kurosky (Residents in training). Case reviewed earlier with Dr. Ryant who say patient yesterday. Full note to follow. Confidentiality limits discussed. Brief history reviewed. Mental Status Exam done. — essentially ⊖. Patient here for mitigation factors evaluation.

#/ Will complete evaluation and submit under seal. Patient clinically able to go to population. Next interview scheduled for Mon. 10 A.M.

_Sally Johnson M.D._

(Continue on reverse side)

| PATIENT'S IDENTIFICATION (For typed or written entries give: Name - last, first, middle; grade; rank; rate; hospital or medical facility) | REGISTER NO. | WARD NO. |
| --- | --- | --- |

Brown, Meier
Reg# 11364-021 DOB 7/4/70

FMC Butner.

PROGRESS NOTES
MEDICAL RECORD
STANDARD FORM 509 (REV. 7-91)
Prescribed by GS/ICMR. FIRMR (41 CFR) 201-9.202-

## PROGRESS NOTES

Patient. last saw Darden in Court — saw Bell ~ 1 week afterward. Calls them regularly. Has confidence in them — if didn't would write Judge. Knows telephone # of attorney. Saw psychiatrist 1 x for visit in jail + lawyer hired — doesn't remember name.

Denies any psychiatric history. ⊖ Suicidal ideation now & in past. Denies depression, sleep disturbance, crying spells, now or in past. No history of mania. "Keeps head up — you know". No history of hallucination. No evidence of delusions, paranoid ideation, or unusual beliefs. Memory intact. Clinically appears to be of average intelligence. Left school at 16. 9th Grade. Got C+D (90). Concentration good. Denies any homicidal ideation. or intent of disruption or aggression. No recent EtOH / drug use.

Came to Butner after ~ 7 mo in Chatham County Jail in Savannah, GA. Spent 1 week in Atlanta, 1 day (night) in Swainsboro GA. Says had roommate in pop'n there.

PE on admission here and med. Hx essentially negative. (Pulse 48). Had lump removed under right side of chin (cyst) in 6th Grade. No sequela. ⊖ fractures ⊖ head injuries ⊖ allergies ⊖ DM

STANDARD FORM 509 (REV 7-91)

NSN 7540-00-634-412

9-113

| MEDICAL RECORD | PROGRESS NOTES |
|---|---|

**DATE/TIME**

8/6/03 continued

3

⊖ asthma ⊖ cardiac disease. ⊖ GI or GU problem ⊖ Musc./Skelet. problems. On No Meds / No history of chronic meds.

DOB 7/4/70. Now 33, single, never married / but recent intimate relationship with Diane Brown.

Born Liberty Memorial Hospital / Hinesville GA / Thinks he was full term / vaginal delivery w/o developmental problems but not really sure. Aunt named him / Family Hx.

Mother – Sadie Morgan Brown deceased. 6/16/03 at age 61 / Long term, insulin depend. Diabetic; with Heart problems, Kidney Problems – Sickley / Worked as Waitress until disabled. 1 leg amp.

Father – Pelham Brown; – living – 62. Retired City of Richmond Hill. Asst Sup. over Public Works.

Mom put Dad out – never divorced When. Mr. Brown was in 8th Grade.

Siblings:
① Roy Morgan ~ 43 ; Heart Problems 2° to RF as kid. – recently had CVA. (3 yr. ago.) aort. valve.

PATIENT'S IDENTIFICATION (For typed or written entries give: Name – last, first, middle; grade; rank; rate; hospital or medical facility

REGISTER NO.

WARD NO.

Brown Meir Jason
Reg # 11364-021 / DOB 7/4/70
FMC Butner

PROGRESS NOTES

MEDICAL RECORD

STANDARD FORM 509 (REV. 7-91)
Prescribed by GSA/ICMR FIRMR (41 CFR) 201-9.202-1

FMC BUTNER

## PROGRESS NOTES

② Twins Leon. Morgan ⟩ 41
③        Levi Morgan
④ Dexter Morgan - 39  in Orlando.
⑤ Glen Morgan - 37 - served state prison time
⑥ Nita Morgan - 35 - deceased 1998 HIV/AIDS.
⑦ Jason 33
⑧ Rolton Brown  21 as of Dec 21, 03.
All sibs but Dexter are in Savannah area.
Patient is close to all sibs. Youngest
sib visited him in jail. -Family Mental Health
History-
Patient says "I'm OK" Physically + mentally.
" I believe in God."
Admits to occasional marijuana use in
past. -As often - recreational later - last 12/04.
Alcohol is "preferred drug".
Ⓝother drug use.

Prior to arrest lived at Mom's.
    6724 Leroy Coffer Hwy
    Fleming GA. 31309.
Had been in + out of house but was his
most constant address.

Work Hx - laborer/construction/Period of
work for City of Richmond Hill Public Works.
Was unemployed at time of arrest. No
toxic exposures.

1-113                                                                    NSN 7540-00-634-412

| MEDICAL RECORD | PROGRESS NOTES |
|---|---|

DATE/TIME

School HX

S    11th Grade Ed'n - left school / Got GED '90.

Kindergarden - Midway GA.

Elementary - Liberty Elementary, Midway GA

Middle School - Hinesville Middle School

High School - Bradwell Institute.

Repeated 9th. Grade "rebelled"

Criminal HX.                                    Columbus GA.

Robbery 1995  18mo Muscoghy County Prison,
→ 8mo Montgomery State Prison
on parole →
violated → to Montgomery.

Liberty County Jail - Forgery Charge.
DUI /
"Minor Crimes"

Current Charges
Robbery / Homocide.
"doesn't recall exact date" - late Nov. 2002
Arrested 12/5/02.
- Incident reports / disciplinary problems
in jail.

(Continue on reverse side)

| PATIENT'S IDENTIFICATION  (For typed or written entries give: Name - last, first, middle; grade; rank; rate; hospital or medical facility | REGISTER NO. | WARD NO. |
|---|---|---|

Brown, Jason Meier
Reg. # 11364-021  DOB 7/4/70
FMC Butner

PROGRESS NOTES
MEDICAL RECORD

STANDARD FORM 509 (REV. 7-91)
Prescribed by GSA/ICMR FTR MR (41 CFR) 201-9.202-1

FMC BUTNER

9-113                                                                                    NSN 7540-00-634-412

| MEDICAL RECORD | PROGRESS NOTES |
| --- | --- |

**DATE/TIME**

No Mental Health HX. / 1 Visit with Psychiatrist or Psychologist in jail arranged by lawyer. - No psychological testing.

Legal Experience:
No trial Experience except bench on minor offenses. Previously plea bargained. Has suspended Driver's license. Knows basics re: legal process. Expects more info as gets closer to trial. Now is focused on evidence / mitigation. Explains (correctly) in basic terms understanding of mitigation - situations or circumstances that would effect his responsibility. Short of insanity (defense).

Likes to read. / Reads self to sleep. Up at ~5 or 530 AM. Reads novels. ⊖ HX reading problems or learning disabilities.

Walks daily for exercise 1-1½ hrs. prior to admission here. (Since arrest). Played little basketball - due to potential for conflicts. Weight stable.

Previous member - St. Paul Mission Baptist church.

*(Continue on reverse side)*

PATIENT'S IDENTIFICATION    (For typed or written entries give = Name - last, first, middle; grade; rank; rate; hospital or medical facility)

| REGISTER NO. | WARD NO. |
| --- | --- |

PROGRESS NOTES

MEDICAL RECORD

STANDARD FORM 509 (REV. 7-91)
Prescribed by GSA/ICMR.FIRMR (41 CFR) 21

FMC BUTNER

NSN 7540-00-634-412

| EDICAL RECORD | PROGRESS NOTES |
| --- | --- |

**5/6/03**
**1/7**

Discussed possibility he will do evaluation in segregation. Explained plan to call attorney/get collateral, try to complete evaluation by end of mo. but potential for extention. Pt cooperative with evaluation. Understands situation. Disclaims any intent to harm evaluator or anyone. Expresses preference to be in population. Diagnoses deferred. Initially denies any history of Mental Illness and presents no psychiatric symptoms — does not appear to have mental deficiencie. Will see again on Monday 8/4 at 1000. Message left with Dr. Byant.

Sally Johnson MD
Sally Johnson MD
Consultant.

Addendum:
Warden states for Administrative reasons, decision patient will remain in segregation status in IE.

(Continued on reverse side)

Sally Johnson MD

Sally Johnson MD
Consultant.

PROGRESS NOTES

MEDICAL RECORD

PATIENT'S IDENTIFICATION    (For typed or written entries give : Name - last, first, middle; grade, rank; date; hospital or medical facility)    REGISTER NO.    WARD NO.

Boron, Jason Meuer
Reg # 11364-021    DoB 7/4/70
FMC Butner

STANDARD FORM 509 (REV. 7-91)
Prescribed by GSA/ICMR/FIRMR (41 CFR) 201-9.202-1

FMC BUTNER

)-113                                                                                    NSN 7540-00-634-412

| MEDICAL RECORD | PROGRESS NOTES |
| --- | --- |

DATE/TIME

(Continue on reverse side)

| PATIENT'S IDENTIFICATION (For typed or written entries give : Name - last, first, middle; grade; rank; rate; hospital or medical facility | REGISTER NO. | WARD NO. |
| --- | --- | --- |

PROGRESS NOTES

MEDICAL RECORD

STANDARD FORM 509 (REV. 7-91)
Prescribed by GSA/ICMR.FIRMR (41 CFR) 2

FMC BUTNER

509-113                                                    NSN 7540-00-634-412

| MEDICAL RECORD | PROGRESS NOTES |
| --- | --- |

DATE/TIME
8/8/03

Psychology Note:
S: Pt states that he is doing fine. Says he believes in "God". Relates that "GOD" is a source of strength. States that he may have to "die" if he is convicted of the alleged offense. Pt states that he has no plans of killing himself. He rationalizes that everyone must die some time, but he will not take his own life.
O: No acute distress. Resting in bed.
A: Appears stable. Monitor for signs of suicidal ideation. No signs of psychosis.
P: Continue followup. Round daily.   CARLTON EVAN, PhD
Gayle Grit, PhD
Psychologist

(Continue on reverse side)

PATIENT'S IDENTIFICATION  (For typed or written entries give: Name - last, first, middle; grade; rank; rate; hospital or medical facility)

REGISTER NO.          WARD NO.

Brown, Meier
11364-021
07/04/70
Pmc Butner

PROGRESS NOTES

MEDICAL RECORD

STANDARD FORM 509 (REV. 7-91)
Prescribed by GS/ICMR FIRMR (41 CFR) 201-9.202-

FMC BUTNER

## PROGRESS NOTES

| DATE/TIME | |
|---|---|

7/11/03 5/ Seen in nurse's station office. Warden
10:11:50 has decided patient will stay on 1 E during evaluation. Accepts this - hopes study goes quickly.

Explained, again purpose of evaluation. Asked to describe life in November. Girlfriend Diane Brown - & he had come to mutual agreement that they would not live together. He would live with Mom (she at her house in Chatham County. Never fussed or fought. In June 2002 - taking cousin to sister's house - he driving with suspended license - drinking - gave youngest brother's name - arrested on Brother's licence - called told Brother to go to court on DUI. Officer got hot she'd been tricked - was driving Diane's truck (Diane 11 yr. older, - she asleep - awoke - told her he was his mother). Diane arrested - suspended as security guard at local prison.) (suspended with pay 1st mo - then W.z - he handling bills as he was working as maintenance man) His job sd to pipe co. They planned to go away (He, Diane, daughter) over weekend - Boss asked for folks to work.

Sat. He & another crew member said couldn't

509-113                                                                NSN 7540-00-634-412

| MEDICAL RECORD | PROGRESS NOTES |

8/11/03 Cont'd

work - lost job. Thought he'd get old job back but was delayed - no income coming in. Diane's ex husband (wanting to get back with her) - offered to help - Jason moved out, - realized ex husband wouldn't take take care of ex wife + boyfriend. Moved out late October, early Nov. Still waiting on old job - delayed due to sein. - not employed up to time of arrest. Mom helped him out financially. Continued to see Diane - talked on phone daily - still had intimate relationship. Daughter of Diane - 14 at the time. Diane visited post arrested. She resigned after Jason's arrest. Was working at airport later at plant - not sure if still employed. While not employed Diane still got child support from exhusband. Jason wouldn't want "no man taking care of me." During time period he was looking for work. - trying to make a few dollars.

Mom had double wide trailer. - since '95. Living on family land - Aunt next door. Uncle next door had 15 acres family land.

(Continue on reverse side)

| PATIENT'S IDENTIFICATION (For typed or written entries give: Name - last, first, middle; grade; rank; rate; hospital or medical facility | REGISTER NO. | WARD NO. |

FMC Butner.

Brown, Jason Meier
11364-021   7/4/70

PROGRESS NOTES

MEDICAL RECORD

STANDARD FORM 509 (REV. 7-91)
Prescribed by GS/ICMR. FIRMR (41 CFR) 201-9.202-

## PROGRESS NOTES

| DATE/TIME | |
|---|---|

Reviewed EtOH history. Started drinking in middle school - 8th grade ~ 13. Had (still has) uncle, he was always around - taught him to cook - would always drink beer - if got warm - uncle wouldn't drink - Jason started instead of throwing it away. Not every day then - but continued. After school - drank after work, on weekends. Only drinks beer. Didn't drink AM - 3 beers in evening - weekend 12 Pack - at party continually.

Never passed out. Denies any hangover, shakes, no blackouts. Never drank any home made alcohol. Says when drinks - gets "laid back" - laughes - has fun - "gets your little light bulbs going." Never perceived he had EtOH problem - has joked "I'm alcoholic" - defines it as social alcoholic - can do w/o.

3 DUI charges - license suspended. but originally was related to DUI - then extended on no DUI charge. driving on suspended license. In jail had access to "buck." - but didn't. Would eat anything not from store.

509-113                                                                                    NSN 7540-00-634-412

| MEDICAL RECORD | PROGRESS NOTES |
|---|---|

**DATE/TIME**

8/1/03 Only other drug - marijuana. - off + on - none > 1 year. Never regular drug. Never sniffed gas / glue. No IV drugs (1st scare of needles) O cocaine. No perscryton Drug abuse.

"Mother hit him 1 time in whole life - he was nagging - slapped him "That's when I found out she was left handed" - she spoiled us. She never disciplined any of her kids. Daddy never hit him, or even cross word.

Oldest brother beat him once - when he intentionally skipped school - missed bus.

Always ate every day. - had his share of fat back + Grandma, "Full belly ain't got no conscience." Lots of extended family - took care of each other).

Mom waitress / Dad - public work asst. Doesn't remember living off welfare. - not sure. - maybe she did. - She lived off tips.

When he turned 16 started working at Shoney's - had license - worked after school used Mom's car. Then quit school - got own car - started working construction co.

(Continue on reverse side)

FMC Butner

PROGRESS NOTES
MEDICAL RECORD

PATIENT'S IDENTIFICATION  (For typed or written entries give: Name - last, first, middle; grade; rank; rate; hospital or medical facility.)

Brown, Meir Jason
11364702/

7/4/7

REGISTER NO.          WARD NO.

STANDARD FORM 509 (REV. 7-91)
Prescribed by GS/ICMR FIRMR (41 CFR) 201-9.202-

## PROGRESS NOTES

DATE/TIME

Out school. Had decided in 9th Grade he'd quit at 16. Wanted a pair of Nikes - got $32 - Told Mom he wanted them - nagged her - Mom bought them for him - Made up mind to quit - work - help his Mama - Mama had been working 2 job - (2 shifts) to make ends meet. Used to give Mom most of check. Remained close to Mom - slept in room with her - She was handicapped.

Got locked up - asked Mama. "Is there a god?" Mom visited him post arrest - very sick though. Died June 16th - day after Father's day. Mom was in hospital! Friend given # to hospital. Had arrest 6/14. Aunt Ali called to rush to Hosp. 6/15 - pm? He asked Diane to go to hospital. During conversation Diane raised issue he may have been cheating on her with neighbor - he told her not to go see Mama - frustrated. Lady in Florida - one to tell him she had passed this AM. "Felt I was in this world by myself." "just me" - "I never had to ask my mama did she love me." Always had made sure he told Mama he loved her when he called.

"I broke my mamas heart."
2 reasons cry - at time death - regret / selfishness - "I'm so selfish when it comes to my mama" - "I'm not crazy." Honestly doesn't know what he could tell jury. I'd ask them not to kill me.

ERNMENT PRINTING OFFICE: 1962 - 318-071-0282     STANDARD FORM 509 (REV 7-91)

NSN 7540-00-634-412

19-113

**MEDICAL RECORD** | **PROGRESS NOTES**

8/11/03 cont'd | When thinks about what to do at trial. Plead not guilty. Plans to raise defense against charge. This evaluation is directed at covering all the bases. Say, he confessed because they said they'd lock up Diana + take her daughter away — told his mama he didn't do it. Police said "it looks like an accident." So he agreed it was accident — later on Police threatened to take Diane's child to place like Juv. detention.

A/P Mood stable — very close with mom but coping with her death. Alert Cooperative ⊖ Suicidal thoughts. Will Continue evaluation.

Sally Johnson M.D.

Sally Johnson M.D.
Consultant

(Continue on reverse side)

| | |
|---|---|
| REGISTER NO. | WARD NO. |

PATIENT'S IDENTIFICATION    (For typed or written entries give: Name - last, first, middle; grade; rank; rate; hospital or medical facility

FMC Butner

Brown, Meier Jason.
11364 - 021    DOB 7/4/76

PROGRESS NOTES
MEDICAL RECORD
STANDARD FORM 509 (REV. 7-91)
Prescribed by GS/ICMR.FIRMR (41 CFR) 201-

FMC BUTNER

# PROGRESS NOTES



NT PRINTING OFFICE: 1962 - 318-071/40282

STANDARD FORM 509 (REV 7-91)

NSN 7540-00-634-412

509-113

| MEDICAL RECORD | PROGRESS NOTES |

| DATE/TIME | |
|---|---|
| | Psychology Note |
| 08/11/03 | S:) Px inquired as to the length of time he would be housed on |
| 10:48 | unit 1E. He also inquired as to how long his evaluation would take. |
| | O:) Px was alert and cooperative. His mood was euthymic and he |
| | displayed an appropriate range of affect. Px denied any suicidal |
| | or Homicidal ideation. Px reported an ongoing incident where he |
| | handled being spit upon by another inmate appropriately. |
| | A:) Px appears to be stable. He does not exhibit evidence of acute |
| | psychological distress. Px does not appear to be a management problem |
| | P:) Continue to assess for suicidal ideation. Continue to monitor |
| | for compliance and appropriate behavior and interaction with |
| | staff and inmates. Maintain on EOA for this monitoring / _____ S. ___ MA |

CARGON RYAN, PhD

Trenton Engel, M.A.
Psychology Intern

| 08/12/03 | Psychology Note |
| 1105 | S/O: Pt reports that he is |
| | experiencing no acute distress. |
| | his sleeping and appetite are |
| | undisturbed. Strongly denies |
| | Suicidal ideation. Expresses |
| | a willingness to cooperate in |
| | Psychological testing. Pt |

(Continue on reverse side)

PATIENT'S IDENTIFICATION    (For typed or written entries give: Name - last, first, middle; grade; rank; rate; hospital or medical facility)

| REGISTER NO. | WARD NO. |

Brown, MEIER

11364-021

FMC BUTNER

PROGRESS NOTES
MEDICAL RECORD

STANDARD FORM 509 (REV. 7-91)
Prescribed by GS/ICMR.FIRMR (41 CFR) 201·

FMC BUTNER

## PROGRESS NOTES

states, he is eager to complete the psychological evaluation.

A: appears stable

P: Make arrangements to begin psychological testing.

CARLTON PYANT, PhD
Curt Pat, PhD
Psychologist

13/03 S: Seen in office in nurses station with
45. Drs. Boyle and Kurosky.
Reviewed school history. 1 Suspension in HS for smoking. In middle school — 1 fight — In school suspension. Rebelled in 8th Grade — failed year. Math his favorite subject. Did enough to get by. Hung around with family members. No real close friends — but knew lots of people in rural area + same kids 1 → 8th Grade. HS a lot bigger). Was in FFA (only club) — ? 10th Grade. No Sports — school or intramurals. No hobbies. Now reads, plays chess in prison.
While in jail had roommate x 5mo until roommate got into fight. In jail — 2 to room — 1 on bed + 1 on floor — gave roommate bed — roommate was scared of him due to charge — until he got to know him.
Described incident here — went out in cage for rec. 2nd inmate in next cage said

"go back to Africa" — he overlooked it — was sitting KB. And fellow spit on him — so he had %

NSN 7540-00-634-412

509-113

| MEDICAL RECORD | PROGRESS NOTES |

DATE/TIME 8/13/03 [Cont'd] bring him in. Plans to stay indoors + just read from now on.

Reviewed erratic reading on pulse. Patient feels well.

Says that he's seen a lot of people in his defense doesn't remember names - if he doesn't think he'll need them long term.

No jury experience. Understands role of jury in capital + non capital cases.

He supports capital punishment. He would view what happened - how, why, # victims, was it really willful - intent. Says he had a happy childhood - never abused.

Patient and evaluator discussed difficulty of discussing behavior, thoughts around time of crime when he plans to plead innocent.

Reviewed complaint and indictment with patient and list of collateral. He states he had copies of same documents - read them prior in Atlanta. Staff took them and threw them away.

A/P: Will review collateral and then reinterview patient again. Also will contact (Continue on reverse side)

PATIENT'S IDENTIFICATION (For typed or written entries give: Name - last, first, middle; grade; rank; rate; hospital or medical facility)

| REGISTER NO. | WARD NO. |

Brown, Jason Meier
1136A-02
FMC Butner
DOB 07/01/70

PROGRESS NOTES

MEDICAL RECORD

STANDARD FORM 509 (REV. 7-91)
Prescribed by GS/ICMR-FIRMR (41 CFR) 201-

FMC BUTNER

## PROGRESS NOTES

defense attorneys for interview. Patient
will continue on IE for Admin. reason-

Sally Johnson MD
Sally Johnson MD
Consultant

4/03  Psychologist Note:
Pt administered the WAIS et MMPI-2
Pt was cooperative. Stated that
he was familiar with testing procedure.
No problem with vision, hearing
or motor skills.
Plan: Continue evaluation process
C. ARIZONDYAN, P.N.

NSN 7540-00-634-412

-113

| MEDICAL RECORD | PROGRESS NOTES |
| --- | --- |

| DATE/TIME | |
| --- | --- |
| 8/14/03 1050 | Called. Attorney William Bell. - 912 2338000 re: Mr. Brown/ Collateral info. Secretary states he will return call. Sally Johnson M.D |
| | # Richard Darden (2nd Attorney) 912-231-1000 |
| 350 1550 | Second attempt. Attorney out of office. Will try tomorrow Am again. Johnson M.D. |
| 8/15/03 1020 | Mr. Bell unavailable. Paralegal - Bobbi states case: -Mr. Darden / Mitigation / Psych - -Mr. Bell / Criminal. States I should be talking to Mr. Darden. Gave # 912-231-1000. Clarified with paralegal we had received no response from request for collateral from Mr. Bell. My interest was in completed evaluation thoroughly + promptly so I needed to hear from Mr. Bell and receive collateral. She suggested they probably sent request for collateral to Mr. Darden. Called Mr. Darden's office - he was in Court |

(Continue on reverse side)

| PATIENT'S IDENTIFICATION (For typed or written entries give: Name - last, first, middle; grade; rank; rate; hospital or medical facility) | REGISTER NO. | WARD NO. |
| --- | --- | --- |

Brown, Jason Meier.

11 364-021

DOB 7/4/70

FMC Butner.

PROGRESS NOTES

MEDICAL RECORD

STANDARD FORM 509 (REV. 7-91)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-9.202-1

FMC BUTNER

·113                                                                      NSN 7540-00-634-412

| MEDICAL RECORD | | PROGRESS NOTES |
|---|---|---|

DATE/TIME

Left message with secretary.

Sally Johnson MD

8/15/03  S/ Talked with Dr. Ryant who saw patient
1:50 PM  /o yesterday. Did some testing. MMPI / some
(1350)  CTST questions. Patient got somewhat irritable
during testing. Tired of housing status. No
psychosis or depression. Plans to do
WAIS / Cognistat. A/p Continued Evaluation

8/15/03  S/ To 1E to see patient - is in
1430  testing session with Dr. Ryant. Will
see beginning of week.

Sally Johnson MD
Sally Johnson MD
Consultant.

(Continue on reverse side)

PATIENT'S IDENTIFICATION  (For typed or written entries give: Name - last, first, middle; grade; rank; rate; hospital or medical facility

| | REGISTER NO. | WARD NO. |
|---|---|---|

PROGRESS NOTES

MEDICAL RECORD

STANDARD FORM 509 (REV. 7-91)
Prescribed by GSA/ICMR.FIRMR (41 CFR) 201-9.202-1

FMC BUTNER

NSN 7540-00-634-412

509-113

| MEDICAL RECORD | PROGRESS NOTES |
| --- | --- |

**DATE/TIME**

8/15/03
1500

S Seen after testing session with Dr. Pyant. Patient discussed upset yesterday. - mostly related to testing - thought questions were dumb. Today feels better - was moved to different room too. - not used to surveillance. Not issue with Dr. Pyant himself. Explained a bit about testing procedure. Slept well last PM despite room change. Clothing movement of Inmate companion was disconcerting. Explained efforts (unsuccessful to date) to talk to attorneys.
Asked for # to contact family
Roy? in hospital/Savannah -
Leo - ?#
Levi.
Brother in Jacksonville - 407-993 4021.
Dexter Patricci (Tricia).
Would have other #s. for brothers.

912- 748 8182 Beverly (sister on father's side. - in 40's. / - lives in Pooler. near Sav.
(Dad was there at patient's last contact

(Continue on reverse side)

PATIENT'S IDENTIFICATION   (For typed or written entries give: Name - last, first, middle; grade/rank; rate; hospital or medical facility)

Another # 912-756-2155  (Dad's Residence)

REGISTER NO.

WARD NO.

Brown Meier Jason.
Reg# 11364-021  FMC Butner,
7/4/02.

PROGRESS NOTES

MEDICAL RECORD

STANDARD FORM 509 (REV. 7-91)
Prescribed by GS/1CMR.FIRMR (41 CFR) 201-!

**FMC BUTNER**

## PROGRESS NOTES

DATE/TIME

Tony - deceased Brother via Dad - in house fire (Brother from Dad's 1st marriage.)

Aunts - Allie Smith - - 2421 (Mom's Sister) Louchwisci, GA. Aunt Willybell Williams 912-368-8007 (Mom's Sister)

He grew up with all Mom's siblings kids. "Not tight" with Dad's extended family.

Looked back at education history. Repeated 9th grade because didn't do work. Some skipping school. No one bullying him - never feared - was 7th son - had 6 older brothers. Was not that work was too hard - "class clown" - He had done well up until 9th grade. Mother may have been disappointed. Dad was "put out" by Mom when he was in 8th grade. Blamed Mom. Doesn't know why - Mom said Dad "aint so good." - Knows Dad was running around he used to go to GF's house with Dad. Dad was intermittently back at home - never moved staff back. When he returned to school did enough to get by. Excelled in Math because never wanted anyone to cheat him out of money.

NSN 7540-00-634-412

509-113

| MEDICAL RECORD | PROGRESS NOTES |

| DATE/TIME | |

8/15/03
Cont'd

Patient talked to Dexter Day of admission. while in CM's office. Hasn't written. Has not received any letters. Talked to Girlfriend day before came. — Sent $ before came - all but 90¢. Brother sent $ to Savannah but thinks he'll get it resent sooner or later. Had access to TV/radio in Savannah. Did watch news on TV — never went up/turned channel to avoid any chance of fight. Has know people charged with Murder before. Talked by his idea of chronology of case. Aware Jury has to be selected after trial date Set. Lawyer explained to him that in Federal system judge asks questions from list submitted by attorney. Thinks they can still strike some jurors. Idea is to pick jury to see things their way. US attorney opens with statement. Defense can waive stmt or not. Talked to attorneys re: strategy. Prosecution puts on case — his attorneys will cross examine — then Def Witnesses/x examine — then closing statements

(Continue on reverse side)

PATIENT'S IDENTIFICATION    (For typed or written entries give: Name - last, first, middle; grade; rank; rate; hospital or medical facility)

REGISTER NO.

WARD NO.

Brown, Mercer Jason
11364/02/
FMC Butner          7/4/70

## PROGRESS NOTES

DATE/TIME

Jury deliberates. Comes back "hopefully with not guilty verdict." Realizes Judge will charge jury with instructions. Realizes if is guilty verdict — go to Phase II. Defense trying to get penalty reduced from death. Info still to Jury — as decision makers.

When jury is "death qualified" — believes it would need strong mitigation if penalty reduced. Aware of Appeal process — automatic review — Involves to "battle with lawyers" to get back into Court.

Pt cooperate. with session. Will continue next week. MS stable. Memory intact.

Sally Johnson MD
Sally Johnson MD
Consultant

STANDARD FORM 509 (REV 7-91)

NSN 7540-00-634-412

509-113

| MEDICAL RECORD | PROGRESS NOTES |
|---|---|

**DATE/TIME**

8/19/03 S) Seen in nurses station. Reviewed lab.
11/20 work. Dr. Wallerin to review thyroid function
Patient asymptomatic. Weight stable 145-150.
Appetite stable. Denies depressed mood - reading
the Bible.

Reviewed criminal history. - '94 or '95 had
robbery charge. He + 2 cousins stopped in store
to buy beer, when he paying for it - one of cousins
ran around counter + grabbed $ out of cash
register - "not what police report said" -
and camera got picture of cousin. - he
confessed to Mr. Brown + juvenile cousin.
Victim couldn't ID them - younger cousin got
off. Got 5 yr. sentence in state prison -
Got another forgery, threft but taking of
automobile (driving related) - all rolled
into 5 year sentence (Min.) - lawyer advised
him to take the deal.
While out on bond on robbery charge -
stole a care - "the opportunity presented
itself" - was a "bad decision." Maybe
realized trouble he could get into - "wasn't
the first care I every stole - take a car you"

(Continue on reverse side)

| PATIENT'S IDENTIFICATION | For typed or written entries give: Name - last, first, middle; grade; rank; rate; hospital or medical facility | REGISTER NO. | WARD NO. |
|---|---|---|---|

Reg #11364-021

Brown, Meier Jason

FMC Butner       7/4/70

PROGRESS NOTES

MEDICAL RECORD

STANDARD FORM 509 (REV. 7-91)
Prescribed by GS/ICMR-FIRMR (41 CFR) 201-9

FMC BUTNER

## PROGRESS NOTES

DATE/TIME

sell it - not working at the time - can make pretty good from it!

As juvenile - broke into a store (really just "watchout for older cousin") - he ended up telling on cousin - giving Police $ cousin had given him - Mom took him to Court - put on probation - was in ~ 7th grade. Denies any period in juvenile detention / special school etc.

Forgery charge (past 18) before robbery. Cousin took check book asked Mr. Brown to write checks. - cashed in Liberty + O'Brien county. Cousin told on him. Mr. Brown - got probation on 1st offender's act.

Recognizes theme of needing $ - "don't go out + rob somebody for the sheer pleasure" - "those things weren't my idea"

Feels he didn't learn his lesson on robbery charge.

One night Cousin comes to house in new nissan altima (stolen from police officer) - Mr. Brown helping (Mom on dialysis). - Mr. Brown rode with him / Cousin gets $ out of ATM with stolen credit card - repeated - Brown asked him for some $ -

ended up with parole viol" (picture taken)

NSN 7540-00-634-412

509-113

| MEDICAL RECORD | PROGRESS NOTES |

**DATE/TIME**

8/19/03
(cont'd)

Ended up doing 14 mo. now on sentence. - woke up every morning + 8 mo. straight looking at bars - out Nov. 14, 2001. Still had credit card charges to resolve. Lawyer trying to get him time served.

To jail June 2002 / DUI charge. When out of prison went to work for Co. out of SC - landscaping - until 2/02. Co. moved from Richmond Hill to Hilton Head - he didn't have driver's license so couldn't drive that far - Went to Hinesville - to help Aunt's Boyfriend brick mason for ~2 mo. Mom got a little sicker - moved in with brother (Glen) - he moved in too - she better - job at Shoney's (Savannah) busing tables / doing dishes - there a few months - Glen's GF moved in - he was put out - He quit job in Savannah. Got job Kentucky Fried Chicken. Hinesville - rated it quit - Ramada Inn - Maintenance - Brother called to get him to pick Mom up - called boss - ended up cussing him out - then Atlantic Underground - until lost job for not working Saturday. - lost job. Oct 2002. Just pick up work fixing cars etc. until arrest. Met Diane

| PATIENT'S IDENTIFICATION (for typed or written entries give: Name - last, first, middle; grade; rank; rate; hospital or medical facility | REGISTER NO. | WARD NO. |

Brown, Meier Jason
FMC Butner N.C. DOB 7/4/70
Reg # 11364-021

PROGRESS NOTES

MEDICAL RECORD

STANDARD FORM 509 (REV. 7-91)
Prescribed by GSA/ICMR FIRMR (41 CFR) 201-9

**FMC BUTNER**

## PROGRESS NOTES

DATE/TIME

spending $ they had saved up - wouldn't
spend Whitney $ (child support) - Mom
helped out. He had 1 loan with $70/month
payment - didn't view situation as
desperate.

When he first met Diane - she filed bankruptcy
"She had a lot more bills than I had."
Ex-husband said he'd help her out. Denies
that upset him. Admits he doesn't like
her ex-husband "he's a nasty person."
Mr. Brown lived with mom - had enough
to eat.

Patient has no military history.
Mother was ill during this time. States
"I try not to stress about things."
Asked how he got from point of
"handling stress" to being arrested for
murder - he focuses on 6 hours of
questioning + threat to lock up Diane.
Confronted on concrete nature of
response. Insists stress was not
greater than described in his life.
Asked about any past history
of impulsive behavior - denies he's
that way; if situation significant
he would look out for own interest -
not take the rap for someone else.
Says he wouldn't take blame for something

he didn't do.

NSN 7540-00-634-412

509-113

| MEDICAL RECORD | PROGRESS NOTES |

DATE/TIME

8/19/03
Cont'd.

Says "they planted evidence - they put that ladies blood on my coat - but it wasn't coat I was wearing" - says he was wearing brown coat. that day. "Also have eyewitnesses saying he was wearing gray or dark coat." Other evidence - bloody shoe print - "no blood on my shoe" - blood. on mom's carpet / Diane's truck - "not ladies blood - go money order receipts. Doesn't know where they found bloody coat or receipts - I would have been dumbest thief in world - leaving bloody trail (paper receipts). Also fingerprint - not his / ladies, EMT's. - all he could say was it must be person harmed her."

Says lady say some people fleeing from area in Lincoln. Feels in poor community when reward offered - people will point finger at someone like him.

Says he stole $ from drug dealer cousin - got money orders for Diane - Insists in front of Diane told her. he didn't do it. but had to say he did.

Admits situation — mess - prays about

*Continue on reverse side*

PATIENT'S IDENTIFICATION   (For typed or written entries give: Name - last, first, middle; grade; rank;  rate; hospital or medical facility

REGISTER NO.   WARD NO.

Brown, Meur Jason DOB 7/4/??
Reg #
FMC Butner NC

PROGRESS NOTES
MEDICAL RECORD

STANDARD FORM 509 (REV. 7-91)
Prescribed by GS/1 CMR FIRMR (41 CFR) 201-9

FMC BUTNER

## PROGRESS NOTES

| DATE/TIME | |
|---|---|

at - hopes lawyers are as good as he thinks they are. "It's a hell of a situation - overwhelming." Holds on to hope - Defense can show doubt. Realizes transcript is there where he says he did it - "They said they would take her child." Reviewed mental status - patient "scared" but intent on fighting. Denies any thoughts or intent of self harm.

A/P Patient has realization of seriousness of situation. Plans to go to trial and fight to raise doubt in jury's minds. Not currently assessed as suicidal. Continue evaluation.

Sally Johnson M.D.
Sally Johnson M.D.
Consultant.

STANDARD FORM 509 (REV 7-91)

NSN 7540-00-634-412

509-113

| MEDICAL RECORD | PROGRESS NOTES |
|---|---|

| MEDICAL RECORDS | PROGRESS NOTES |
|---|---|
| DATE/TIME | Inpatient Mental Health Weekly Nursing Note and Assessment |

| DATE/TIME | |
|---|---|
| 8/19/03 2100 | S: "I'm doing OK given my situation"<br>O: (mood, affect appearance) *Euthymic affect appropriate*<br>SI: No ☒ Yes ☐    HI: No ☒ Yes ☐<br>VH/AH: No ☒ Yes ☐    Delusions: No ☒ Yes ☐<br>Behavioral Concerns: No ☒ Yes ☐<br>Hygiene Adequate: No ☐ Yes ☒<br>Medication Compliance/Concerns: No ☐ Yes ☐ *no meds at this time*<br>Medical Concerns: VS 120/80  97.4  60  16<br>A: (Nursing DX as evidenced by:) *Ineffective coping r/t situation*<br>P: *Encourage 1:1 interaction engaging in* |

FMCRM-509

*conversation as appropriate.*
*E: Expressed ways of coping ie: talking*
*reading, listening to music. Voiced*
*understanding ——— K.Whitlow RN/K.Whitlow RN*

| 5/20/03 0915 | Psychiatry<br>S) Mr. Brown lived on the staff reported no problem.<br>O) ASR 33 y/o man was pleasant & cooperative. No motor abn. Speech wnl rate etc. ⊖SI, ⊖HI<br>A) (1) Alcohol Abuse (provisional)<br>P — Continue ESH × 48h<br>— f/p per Dr. Pyant,  [signature] Psych |

(Continue on reverse side)

| PATIENT'S IDENTIFICATION (For typed or written entries give: Name - last, first, middle; grade; rank; rate; hospital or medical facility | REGISTER NO. | WARD NO. |
|---|---|---|

Brown, Meir
11364-021
7-470

PROGRESS NOTES

MEDICAL RECORD

STANDARD FORM 509 (REV. 7-91)
Prescribed by GSA/ICMR FIRMR (41 CFR) 201-9.

FMC BUTNER