APPENDIX K-4

## PROGRESS NOTES

| DATE/TIME | |
|---|---|
| /21/03 /30 | S. Seen at cell door as officers. Tied up with meal delivery. Mood good. Set up to see him at 8:00 tomorrow AM. Have set up phone interview with his attorney (Darden) for 3:00 today. |
| | A/P Continue evaluation. Darden's office was faxed requests for collateral as it is unclear if the attorney Bell ever forwarded these. Will do phone interview at 3:00 today. |
| | Sally Johnson MD Sally Johnson MD Consultant. |
| 4/08 5/8 | Psychology Note: Pt administered the WAIS-III. Pt was cooperative. Displayed some fatigue towards the end of testing. Plan: Continue evaluation process. Carlton Pyant, PhD Carlton Pyant, PhD Psychologist |

NSN 7540-00-634-412

509-113

**MEDICAL RECORD** | PROGRESS NOTES

| DATE/TIME | |
|---|---|
| 8/22/03 835 | S. Reviewed abnormal lab with Dr. Wallerson yesterday + gave him copy. He reviewed and left evaluator phone message. He will order addition thyroid studies today and continue to review significance. to determine if additional work up indicated. |

Patient seen in office on unit. Had hair shaved yesterday. Reviewed above discussion re lab and alerted him will have blood test Monday.

Briefly reviewed info from attorney. Say both attorney + AUSA are wrong — previous robbery did not take place at convenience store near home — was 15 min. away — clerk did not know them.

Talked about small town (<500) — everyone knows everyone — has "gotten mail from PO x 32 years" Say he would consider he'd be recognized in deciding what behaviors to be involved in. Denies he ever wanted to go back to prison — say it's messed up to want to be where people make

(Continue on reverse side)

PATIENT'S IDENTIFICATION (For typed or written entries give: Name - last, first, middle; grade; rank; rate; hospital or medical facility)

REGISTER NO. | WARD NO.

Brown Meier Jason

11364-021

DOB 7/4/70   FMC Butner

PROGRESS NOTES

MEDICAL RECORD

STANDARD FORM 509 (REV. 7-91)
Prescribed by GS/ICMR.FIRMR (41 CFR) 201-9

FMC BUTNER

## PROGRESS NOTES

DATE/TIME

all your decisions and you wake up seeing "people treat you like you're less than a man." Debriefed previous relationships. Previous girlfriend slapped him on several occasions (he 31). He doesn't believe in any kind of domestic abuse. Dad never slapped Mom. Before that, no serious relationships. He has no children that he's aware of. Likes children - wanted to be married before had a family. Had asked Diane to marry him - She had agreed. Liked her child. Had hoped to marry June 21, 03. (GM's birthday). Thought he'd be able to remember anniversary. Diane was visiting 9 Wed. before he came here. Diane turned 44. 1 daughter. Denies any homosexual relationship. No performance problems. Never treated for any STD's. Says he never cheated on any girlfriend. He gives no history of physical or sexual abuse.

He has not talked to attorney or written to them since, at FMC. Had gotten Mr. Bell called him before coming here.

Describes himself as mama's boy growing up - "had a good childhood... wasn't rich... but did good with what we had...

There was a lot of love there."

NSN 7540-00-634-412

509-113

| MEDICAL RECORD | PROGRESS NOTES |

**8/22/03 continued.** Reviewed thoughts about testing yesterday. Says some stuff talked to him about coming into population. Got new book last PM - boring - but will read it anyway. A/P Cont evaluation - will discuss population with Warden

Sally Johnson MD

Sally Johnson MD
Consultant

**8/25/03 1350** Seen in nurse's office today. Awaiting material from Mr. Warden, rest of lab results, and draft Psych testing results. Patient did recieve legal material he thought was destroyed in Atlanta. Also got picture of Whitney.

Talked about relationship with Diane. Saw her while driving in Hinesville, waved to her at red light - ran her down + exchanged phone #'s. "I like to flirt." He called her. He was in relationship at the time, but was on the outs. Diane was in final stages of divorce. They talked. He got rid of girlfriend. (Continue on reverse side) Relationship < 1 y.

PATIENT'S IDENTIFICATION (For typed or written entries give: Name - last, first, middle; grade; rank; rate; hospital or medical facility)

REGISTER NO.       WARD NO.

Brown, Meier Jason      11364-021
FMC Butner   DOB 7/4/8

PROGRESS NOTES

MEDICAL RECORD
STANDARD FORM 509 (REV. 7-91)
Prescribed by GSA/ICMR-FIRMR (41 CFR) 201-

FMC BUTNER

## PROGRESS NOTES

DATE/TIME

prior to incarceration. He had been released from custody Nov. 14, 2001, was still involved post incarceration - but realizes it would be tough to continue while incarcerated. Interrogation happened at Diane's house - the two of them in separate rooms. Daughter normally got home 315 - was re-directed by investigator to friend's house. Whitney did not visit him in jail. She wants to be a doctor - wants to go to Duke. "Whitney liked me." Talks about establishing family day. with just the 3 of them. He did talk to her on phone. Realizes it really hurts her. Diane is handling it "rough + drinking a little more)." Her friends in corrections always "down rating" him. Diane was aware of his first incarceration, but he proved he was not on any "paper" at the time she ultimately resigned after this arrest. Talked about going into population he'd like to. Likes staff in seclusion. although finds them very talkative.
A. Clinically stable. suicidal ideation - P. No aggressive behavior here. Attorney verifies previous good behavior in jail. Discussed situation with Dr. Pyant. Patient realizes importance of other conduct while in prison. Will sign out of seclusion

Sally Johnson MD
Sally Johnson MD Consultant

NSN 7540-00-634-412

509-113

| MEDICAL RECORD | PROGRESS NOTES |

**DATE/TIME**

**8/26/03**
**0600**

S: "My ear hurts"

O: Pt does, calm, states ear pain is "not as bad as a toothache, but not far from it." "8/10"
VS: T 97.6 P 57 R 20 BP to be assessed when custody can open cell door. O2 Sat 99%. (Addendum. B/p 107/76, P 92 standing. Manual pulse = 92. Sitting BP

A: Alteration in comfort due to earache

P: Implemented sick call to be assessed this AM by PA

I/E: Instructed to notify if drainage, swelling or any other pain associated with earache noted. Educated regarding signs of ear infection. ——— Bridges, RN /R.Bridges RN

**8/26/03**
**1110**

S: Presents c̄ c/o (AD) pain x 0400 today. Pain 8/10. Ø c/o F/C, cough, S/T, stuffy nose.

O: WD WN ♂, NAD. VS: T-97.6, P-57, R-20, SpO2 - 99.9.

H: Ø TTP
E: Ⓛ TM grey + reflective. Ⓡ TM bright red, bulging, fluid behind drum.
N: Nares patent
T: Ø erythema/exudate
N: Ø adenopathy

(Continue on reverse side)

PATIENT'S IDENTIFICATION  (For typed or written entries give: Name - last, first, middle; grade; rank; rate; hospital or medical facility)

| REGISTER NO. | WARD NO. |

BROWN, HEIER JASON
REG 11364-021
DOB 07-04-1970
FMC BUTNER

PROGRESS NOTES
MEDICAL RECORD
STANDARD FORM 509 (REV. 7-91)
Prescribed by GS/ICMR.FIRMR (41 CFR) 201-5
**FMC BUTNER**

## PROGRESS NOTES

| DATE/TIME | |
|---|---|
| | (continued) |
| 1/26/03 1110 | A: ROM |
| | P: 1) Amox 500mg bid x 10d. |
| | 2) Motrin 800 mg tid pc prn pain x 7d. |
| | 3) Hot compress (AD) bid - tid prn pain x 5d! |
| | E: 1) Educated pt to rr to OCC, F/U if new Tx or if Ø better x 3-4 days. Pt verbalizes understanding. M. A. Hale, PA |
| | Margaret, Hale, PA |
| 1/27/03 1150 | S/O: Seen in nurses station office). Reviewed. "earache - had good response to antibiotic - is w/o pain today. Received letter from attorney who wants it notarized and returned. Dr. Ryant will coordinate visit of notary to seclusion to do this. Clarified my upcoming absence due to travel with patient - Dr. Ryant will follow. Reviewed results of psychological testing with him — he understands no specific pathology identified. Asked if he thought there was any area we had not talked about - Earliest memory (age 5 or 6) of playing kickball. Dreamed about mother last night - awoke feeling sad. No history nightmares. Was in prison when brother and grandmother passed. Learned of later from clipping sent |

BROWN, MEIER JASON
REG 11364-021

NSN 7540-00-634-412

509-113

| MEDICAL RECORD | PROGRESS NOTES |

8/27/03 Cont'd. — by sister in law. 2 cousins murdered, brother died of AIDS, cousin died of AIDS, grandmother's death, husband of deacon of church all died with short period (all around 1998). Brother + HIV, 1993 (tested in jail) — retest was ⊖. or so brother told him — as turned out brother didn't want anyone treating him differently. Ultimately brother sick for awhile — but patient unaware of cause. Later saw death certificate which identified cause as AIDS — mother had it. Went to brother's funeral — didn't want folks stereotyping him. Viewed him as "big brother" — 2 yr. older. Believed brother contracted HIV from a girl. Brother not drug user or drinker.

Patient has history of cigarette smoking < 1 pack per day since middle school. Smoking stopped with lock up — 2 since incarceration. Grandmother was in 80's at time of death. Lived right around corner — all was GM's property.

1 of cousins died in robbery — was cocaine dealer — was shot in back of head. Friend shot too. Other cousin — got in fight over threat to kill cousin's friend — was dared to fight ("Bud"). was shot in head — died right in the streets. Another cousin (Rudy) died of AIDS. — looked like him.

PROGRESS NOTES

MEDICAL RECORD

STANDARD FORM 509 (REV. 7-91)
Prescribed by GSA CMR.FIRMR (41 CFR) 201-9.

FMC BUTNER

PATIENT'S IDENTIFICATION (For typed or written entries give: Name - last, first, middle; grade; rank; rate; hospital or medical facility)

Brown, Meier Jason Reg#
D.O.B. 7/4/70   FMC Butner

11364-021

## PROGRESS NOTES

DATE/TIME

Brother went blind - post laser surgery - got some sight back in 1 eye. When he out in June '99 on parole - leg amputated next week - He was in hospital when he got home ; Mom had below knee amputation later walked with walker - adjusted well.

Had family church on property - close to Mama's house. Pastor hasn't visited him since arrest - has changed his view of him. Did some upkeep at church - plumbing, lawn, roofing. Rev. Smith - married to his aunt but never called him uncle (2nd husband); Pastor there since late '80's. Baptist church. Born + raised in same neighborhood. Patient mad at - disappointed in Rev - not mad at God. Mother told him Rev. Smith would be willing to testify for him. Did get visits from other preachers. Wanted reassurance from his preacher. Both years attended church regularly. Brother who passed + Mom could sing - was 18 Morgan sisters could sing. He couldn't sing.

"I always will believe in God." Favorite poem is footprints - since 6th grade. - mother always carried it in her purse. Has been reflecting on it a lot lately.

Pt cooperative with evaluation. Able to talk of emotions he's experienced with losses in life + recent situation. Stable MS at this time.

Sally Johnson MA

NSN 7540-00-634-412

509-113

| MEDICAL RECORD | | PROGRESS NOTES |
|---|---|---|
| DATE/TIME | | |

8/27/03
1500

*Late entry: Spoke c̄ pt today approx 1100 1130. States his ear feels better. P= Continue meds as rx, F/U PRN. Margaret Hale PA-c*

*Margaret Hale, PA-*

| MEDICAL RECORDS | PROGRESS NOTES |
|---|---|
| DATE/TIME | **Inpatient Mental Health Weekly Nursing Note and Assessment** |

9/3/03
@ 1300

S: "I'm ok."

O: (mood, affect appearance) *Euthymic mood, appropriate affect, ___*

SI: No ☒ Yes ☐          HI: No ☒ Yes ☐

VH/AH: No ☒ Yes ☐          Delusions: No ☒ Yes ☐

Behavioral Concerns: No ☒ Yes ☐

Hygiene Adequate: No ☐ Yes ☒

Medication Compliance/Concerns: No ☐ Yes ☒ NA

Medical Concerns: *Stable*

A: (Nursing DX as evidenced by:) *no distress noted*

P: *Transfer to open population.*

E: *Educated on app. behavior for open p___*

FMCRM-509

*J. Oakley ___/ J. Oakley*

09/03/03
1315

*Pt. received on unit from 1E. — Verbalized that he did not want to harm himself or others. C. Robison RN/ C. Robison RN*

9/8/03
Noon

*S. Seen in nurse's station on 1G. Moved to from 1E on 9/3/03. Dr. Pyant did get notary issues resolved. Have not received collateral from attorney Darden. Called him this AM — says he's sending packet*

(Continue on reverse side)

PATIENT'S IDENTIFICATION (For typed or written entries give: Name - last, first, middle, grade, rank, rate; hospital or medical facility)

REGISTER NO.          WARD NO.

BROWN, MEIER JASON
REG 11364-021
DOB 07-04-1970
FMC BUTNER

PROGRESS NOTES

MEDICAL RECORD

STANDARD FORM 509 (REV. 7-91)
Prescribed by GS/ICMR FIRMR (41 CFR) 201-

FMC BUTNER

## PROGRESS NOTES

DATE/TIME

This AM. Patient not sure he can trust Darden - views him as slack. Says he got Darden while he was trying a death penalty case - which he lost - although man was not sentenced to death. Mr. Brown followed case on news - they talked about it. That person had told everyone he did it - no chance to win. Views his case differently. Has confidence in Mr. Bell. Mr. Bell generally handles federal cases. Says mitigation invest for - says it's Darden's job to say his life. Patient wishes he was closer to home. Now has roomate - doesn't know his name - in #1320. Views roomate as paranoid. Has not had any direct conflict. Patient stays on unit / track - not in room during day - is quiet on unit. Has TV to himself most of time. Unsure of religious service times. Not sure how to use law library - informed of available orientation. Sleep OK. Appetite OK. - not big eater. Exc (is better) completed course of antibiotics. Turned in phone last Friday. Hasn't checked yet. No money on account yet. Was given radio - but batteries went dead. Not writing to anyone. - would rather talk on phone - doesn't think of writing to brothers (men)

- "should write Diane" - but plans on calling.

NSN 7540-00-634-412

509-113

**MEDICAL RECORD** | **PROGRESS NOTES**

DATE/TIME

9/8/03 Continued — Had settled into unit in Savannah — hasn't really done that here yet — Has more freedom here — bigger yard — more movement, — viewed this as better institution — but "there are a lot of sick people here". Doesn't want to get in to "homeboy" thing. No experience with gangs in or out of prison. Philosophy is to not mess with people & and then they won't mess with you — Is playing chess here — split games so far. Always viewed chess as "smart man's game" — since kid wanted to learn + finally did.

Reviewed topics we've covered. Is closest to youngest brother — "he was bad though" — thinks rest of brothers made it bad for him. "He went to school + fought people." Only élan — in legal trouble — kidnapping charge — info stealing card — in projects in Savannah + 3, cousin/2 girls riding in stolen car — broke down — took another guy's car. — did 3 yrs. out of 7. has been out. Doesn't Fed. brother's incarceration directly affected him — brother was shot in leg — nearly died — stayed in medical unit/prison hosp. *(Continue on reverse side)*

PATIENT'S IDENTIFICATION   (For typed or written entries give: Name - last, first, middle; grade; rank; rate; hospital or medical facility)

REGISTER NO. | WARD NO.

Brown, Meier Jason
Reg 11364-02
DOB 07-04-1970
FMC Butner

PROGRESS NOTES
MEDICAL RECORD
STANDARD FORM 509 (REV. 7-91)
Prescribed by GSA CMR FIRMR (41 CFR) 201-

**FMC BUTNER**

## PROGRESS NOTES

| DATE/TIME | |
|---|---|
| 9/18/03 ctd. | Always viewed himself as doing his own thing. Asked about how he reconciles criminal behavior - knows it's wrong - "but it was there" - "a way of life" for some people - (people make decisions)  All family drinks but 2 of brothers. Doesn't view that as major factor in behavior). |

Doesn't think he'd be in trouble if had not been unemployed. Also drinks less when is employed. Never craved alcohol - but if had money bought beer. Never unable to work 2° to drinking.

A. Adjusted to open population. Fair
P. reflection resolved. No overt depression - No suicidal ideation... Will see again 1130 tomorrow. Can tie up evaluation as soon as receive remaining remaining collateral -

Sally Johnson MD
Sally Johnson MD
Consultant.

9-113                                                                                          NSN 7 540-00-634-412

| MEDICAL RECORD | PROGRESS NOTES |
|---|---|

**DATE/TIME**

9/11/03
915

S: Seen in nurses office. Reviewing records from attorney (Prison records.). Identified that in 9/25/01 had colonoscopy post 1 week rectal bleeding. Reports results as ⊖. Completed record review. Little new information gleaned. Was 7# 12oz at birth. Had achievement testing in prison. Occasional minor incident reports for poor job of cleaning - not moving bed etc. GED 1998 while in Montgomery State Prison. Intake screening at Coastal State Prison.
Did identify mother was fraternal twin (Charles) buried on property behind church. Name of store robbed ('96) Lil Champ.
Victim of current offense (white female.
In reviewing other H+ remembers house fire started by brother + cousin while he was babysitting (9th Grade) - trailer burned down - lost everything - saved brother + cousin though. Forced family to move in with GM. - Eventually got new mobile home - much of history lost / pictures etc.
Again reviewed basic evidence available

PATIENT'S IDENTIFICATION (For typed or written entries give: Name - last, first, middle; grade; rank; rate; hospital or medical facility)

REGISTER NO.

WARD NO.

Brown, Peter Jason
11 364-021
DoB 7/4/70
FMC Butner

PROGRESS NOTES

MEDICAL RECORD

STANDARD FORM 509 (REV. 7-91)
Prescribed by GSA/ICMR. FIRMR (41 CFR) 201-9.202-1

FMC BUTNER

7-113                                                    NSN 7540-00-634-412

| MEDICAL RECORD | PROGRESS NOTES |
|---|---|

**DATE/TIME**

about time of crime and re-explained that anything about his thoughts, feelings, behaviors, stresses, concerns at that time could be pertinent to his situation. He reiterated he'd have to be "stupidest" person alive to commit that crime. Minimizes significance of evidence - says there's more available like string of 2 men in car - fingerprints not his etc. - can offer no explanation for money order receipts. Says he thinks that he's shared everything.

№ Prepare report to be sent to Judge
№ to be placed under seal.

*Sally Johnson MD*
*Sally Johnson MD*
*Consultant*

| MEDICAL RECORDS | PROGRESS NOTES |
|---|---|
| DATE/TIME | Inpatient Mental Health Weekly Nursing Note and Assessment |

**9/13/03**
**2230 Hrs**

S: Inmate states " I don't have any problems - I should be leaving soon "

O: (mood, affect appearance) guarded, poor eye contact, neatly groomed

SI: No ☒  Yes ☐          HI: No ☒  Yes ☐

VH/AH: No ☒  Yes ☐       Delusions: No ☒  Yes ☐

Behavioral Concerns: No ☒  Yes ☐

Hygiene Adequate: No ☐  Yes ☒

Medication Compliance/Concerns: No ☒  Yes ☐

Medical Concerns: No

A: (Nursing DX as evidenced by:) Hopelessness AEB passivity

P: Recognize and verbalize feelings. P. Liddell RN

FMCRM-509

STANDARD FORM 509 (REV. 7-91)
Prescribed by GS/ICMR FIRMR (41 CFR) 201-9.202-1

**FMC BUTNER**

NSN 7540-00-634-412

509-113

| MEDICAL RECORD | PROGRESS NOTES |

DATE/TIME

9/16/03
10:00

S) Seen on unit in officer's station today. Clarified details of several points of history. Patient "ready to go." Mood good. No physical complaints. Sleep, appetite OK. Mildly upset with other inmates taking advantage of elderly patient (selling him a radio and then taking it back.

Checked pulse 58. Is not a regular exerciser. Feels well. Walks. Will order EKG for documentation and discuss with Dr. Velasin.

A/P Mental status unchanged. ⊖ Suicidal ideation. Pt. tried to touch base with attorney unsuccessfully. No specific questions. Will complete report and follow until is returned to court.

Sally Johnson M.D.

(Continue on reverse side)

PATIENT'S IDENTIFICATION   (For typed or written entries give: Name - last, first, middle; grade; rank; rate; hospital or medical facility

| REGISTER NO. | WARD NO. |

Brown, Meris Jason
7/4/76        X364-021.
FMC Butner

PROGRESS NOTES

MEDICAL RECORD

STANDARD FORM 509 (REV. 7-91)
Prescribed by GSA/ICMR.FIRMR (41 CFR) 201-5

FMC BUTNER

## PROGRESS NOTES

| DATE/TIME | |
|---|---|

Administrative Note: Follow-up of abnormal THYROID FUNCTION TESTS and EKG.

Discussed thyroid function tests (of 8/6/03 and 8/22/03) with DR. DAILS (consultant endocrinologist). Her opinion was that the inmate's low total T₄ may have been related to abnormal binding onto protein, or an abnormal protein/albumin (inmate did have a slightly elevated albumin). Dr. Dails felt that the FREE T₄ (which was normal) was the more sensitive and important indicator of thyroid function. She recommended no further testing at present time, but felt that repeat thyroid function tests, perhaps in a year, would be reasonable.

Review of EKG of 9-16-03 revealed atypical ST and T-wave changes, which were not classically pathognomonic of any one particular cardiac disorder. On reviewing the EKG with Dr. WAYNE SESSIONS (Contract cardiologist), he stated that this pattern is a common normal variant, frequently seen in young black males (regardless of their state of physical fitness). Dr. Sessions also stated that as long as the patient was asymptomatic with his bradycardia, he would not recommend Holter monitoring, or any other cardiac testing.

I personally evaluated Inmate Brown today. He denied any change (recently) in his weight, skin/hair texture, tolerance to heat/cold, palpitations, chest pain, shortness of breath, exercise intolerance, dyspnea on exertion, or weakness.

STANDARD FORM 509 (REV 7-91)

(CN'D)

NSN 7540-00-634-41

509-113

| MEDICAL RECORD | PROGRESS NOTES |
|---|---|

**DATE/TIME**

9-17-03
(1330 - CNTD)

On physical examination, inmate was:
Alert, Awake, O×3
Pupil Equal. Hair texture/distribution WNL.
Skin texture Normal. Thyroid not palpable
Clear lungs (B) - C-V RRR (Rate 56 BPM) No M,
G.R. ABD WNL - No C, E, C.
E: Pt. educated as to the normal variation of his
EKG. Verbalized understanding.          , MD
                                 R. Wilson MD

9/24/03
945

S/ Seen in officer's office. Reviewed medical review as noted above. Patient has good understanding of results. Feels well. Talked to lawyers. Bell has Nov. 3rd trial date. has been set. Attorney eager to have him back in Georgia. Would like to get to Savannah quickly + directly. Attorneys will work on it. Patient has not called anyone else.
Review of mental status - no sleep problem. Is getting nervous as case approaches - "the not knowing part - if we lose we have to fight for my life - mentally have to psych self up - prepare for the worst hope for the best."

*(Continue on reverse side)*

PATIENT'S IDENTIFICATION (For typed or written entries give: Name - last, first, middle; grade; rank; rate; hospital or medical facility

REGISTER NO.

WARD NO.

BROWN, HEIER JASON
REG 13364-021
DOB 07-04-1970
FMC BUTNER

PROGRESS NOTES
MEDICAL RECORD
STANDARD FORM 509 (REV. 7-91)
Prescribed by GS/ICMR.FIRMR (41 CFR) 201

FMC BUTNER

## PROGRESS NOTES

| DATE/TIME | |
|---|---|

Issues of family support discussed. Says "I have to worry about me - you're in this boat by yourself. People can sympathize for you and empathize with you - but at the end of the day it's just me." Has thought seriously about testifying, pros + cons. Trusts Mr. Bell - feels they are working hard on his case. Described relief 1st attorney was withdrawn from case. - "Larry gets you plenty." - due to conflict of firm knowing victim. Believes current attorneys are more competent.

A/P Tied up evaluation. Clarified I would follow until he departs (but that could be at any time). He is aware how to access help if he becomes depressed or too anxious. Also clearly aware of my role. (none at trial). and that report will be under seal. as directed by Judge.

Sally Johnson MD
Sally Johnson MD
Consultant.

ERNMENT PRINTING OFFICE: 1962 - 318-071/40282

509-113                                                                                    NSN 7540-00-634-41

| MEDICAL RECORD | PROGRESS NOTES |
|---|---|

| DATE/TIME | |
|---|---|
| | |

(Continue on reverse side)

| PATIENT'S IDENTIFICATION (For typed or written entries give: Name - last, first, middle; grade; rank; rate; hospital or medical facility | REGISTER NO. | WARD NO. |
|---|---|---|

BROWN, MEIER JASON
REG 11364-021
DOB 07-04-1970
FMC BUTNER

PROGRESS NOTES

MEDICAL RECORD

STANDARD FORM 509 (REV. 7-91)
Prescribed by GS/ICMR-FIRMR (41 CFR) 201

**FMC BUTNER**

## PROGRESS NOTES

| DATE/TIME | |
|---|---|
| | |

ERNMENT PRINTING OFFICE: 1962 - 318-071/40282

STANDARD FORM 509 (REV 7-91)

509-113

NSN 7540-00-634-41

| MEDICAL RECORD | PROGRESS NOTES |
|---|---|

DATE/TIME

)

(Continue on reverse side)

PATIENT'S IDENTIFICATION    (For typed or written entries give: Name – last, first, middle; grade; rank; rate; hospital or medical facility

REGISTER NO.

WARD NO.

BROWN, HEIER JASON
REG 11364-021
DOB 07-04-1970
FMC BUTNER

PROGRESS NOTES

MEDICAL RECORD

STANDARD FORM 509 (REV. 7-91)
Prescribed by GS/ICMR.FIRMR (41 CFR) 20

FMC BUTNER

## PROGRESS NOTES

| DATE/TIME | |
|-----------|--|
| | |

RNMENT PRINTING OFFICE: 1962  - 318-071/40282

STANDARD FORM 509 (REV 7-91)

PROGRESS NOTES

# MENTAL HEALTH DIVISION
## NURSING ASSESSMENT FORM

| Date: 8/5/03 | Language: Eng - | Forensic: | Charge: Murder |
|---|---|---|---|
| Time: 1700 | Religion: | D&O | Commitment Status: Study |
| Ward: 1-E | D.O.B.: 7/4/70 | MHTU: | Admission Diagnosis: |
| From: | Sentenced: ☐Yes ☑No | Other: | |

**REASON FOR REFERRAL (Patient's Words)** –
" for a psychological evaluation "

## MENTAL STATUS ASSESSMENT

**SENSORIUM & INTELLLECTUAL FUNCTIONS**
Oriented to: ☑ Person ☑ Place ☐ Time
Describe any disorientation _____

Knows why he/she is in the hospital ☑Yes ☐No
Able to plan realistically ☑Yes ☐No

Insight ☑Yes ☐ No (describe) _____
Judgement _____ fair _____
Concentration/Attention ___ fair
**Memory**
  ☐ Recent ☑ Intact ☐ Impaired
  ☐ Past ☑ Intact ☐ Impaired
**Intellectual Functioning**
  ☑ Above Average ☐ Average ☐ Below Average
**Level of Consciousness**
  ☑ Alert ☐ Confused
  ☐ Somnolent ☐ Unconscious
**Comments** _____
_____
_____

**Grooming and Appearance** _____
  neat
**Facial Expression: (describe)** _____
  pleasant
_____
**Patient's Attitude Toward**
**Hospitalization** ___ (+) ___
**Patient's Goal for Hospitalization**
  " get back to the street "
**Flow of Thought and Speech**
  ☑ Normal    ☐ Slow
  ☐ Rambling    ☐ Mute
  ☐ Word Salad    ☐ Tangential
  ☐ Flight of Ideas    ☐ Echolalia
  ☐ Loose Associations
  ☐ Pressure of Speech
**Mood/Affect**
  ☐ Sad    ☑ Appropriate
  ☐ Affable    ☐ Euphoric
  ☐ Bland    ☐ Flat
  ☐ Angry    ☐ Watchful
  ☐ Hostile    ☐ Labile

**Nursing Needs/Patient Risks Identified**
☐ Sensory / Perceptual Altered
☐ Memory Impairment
☐ Thought Process, Alter In
☐ Noncompliance
☐ Anxiety
☐ Self-Care Deficit
☐ Adjustment, Impaired
☐ Fear
☐ Hopelessness
☐ Self-Esteem Disturbance
☐ Social isolation
☐ Ineffective Coping
☐ Spiritual Distress
☐ Injury
☐ Knowledge Deficit
☐ Violent Behavior or

**Potential for Harm:**
  ☐ Self Directed
  ☐ Toward Others

**Hallucination** ☑ None reported or apparent
☐ Auditory _____
☐ Visual _____
☐ Other ☐ Smell ☐ Touch ☐ Taste
**Mental Content**
Yes  No
☐ ☑ Delusions (describe)_____
☐ ☑ Ideas of persecution_____
☐ ☑ Grandiose delusions_____
☐ ☑ Other (describe)_____
☐ ☑ Self-depreciatory ideas_____
☐ ☑ Ideas of worthlessness_____
☐ ☑ Ideas of sinfulness or guilt_____
☐ ☑ Phobias _____
☐ ☑ Obsessions_____
**Comments Regarding Mental Health Status/Ideation:**

**Other Depressive Content:**
Yes  No
☐ ☑ Suicidal Ideas or preoccupation
☐ ☑ Has definite plan. Method: _____
☐ ☑ Has access to means: _____
☐ ☑ Patient has attempted in past. Method: _____
☐ ☑ Homicidal ideas or preoccupations. Target:_____
☐ ☑ Has made past attempts. Method: _____
☐ ☑ Has definite plan. Method: _____
☐ ☑ Positive family history of suicide _____
☐ ☑ Preoccupation with death and dying _____
☐ ☑ Thoughts of self-mutilation
☐ ☑ Morbid thoughts
☐ ☑ De-realization
☐ ☑ Helplessness
☐ ☑ Depersonalization
☐ ☑ Hopelessness

**If ANY Needs are Identified a SOAPE Note is to follow.**

Patient ID/Addressograph Here

Brown, Meier
11364-021
FMC Butner

BROWN, MEIER JASON
REG 11364-021
DOB 07-04-1970
FMC BUTNER
Nursing Assessment (Page 1 of 3)
File under Tab 10: Nursing Assessment
FMC Butner                    (Rev. 6/03)

## PHYSICAL ASSESSMENT

☐ Allergies ☑ No allergies
☐ Drug allergies (describe)_____
History: disease, illness, surgery, hospitalization (include psychiatric)

☐ Surgery_____
☐ Diabetes_____
☐ Cancer_____
☐ Emotional_____
☐ Mental Illness_____
☐ Psychiatric treatment_____
☐ Family history of above illnesses_____

### Respiratory

Respirations ☐ Shallow ☐ Fast ☑ Even
Skin Color ☐ Pale ☐ Pink ☐ Cyanotic
Rate/min _18_
History of ☐ COPD ☐ Dyspnea ☐ Cough
☐ Wheeze ☐ Asthma
Other observations or patient comments:_____

### Circulatory

Temperature _97.9_
Pulse Radial _48_ Apical (if indicated)_____
Blood Pressure _156/89_ Arm ☐ L ☐ R
History of ☐ Cardiovascular disease ☐ Stroke
☐ Chest pain ☐ Hypertension
☐ Syncope ☐ Palpitations
Other observations or patient comments_____

### Nutritional Screening

Weight _148_ Height _5'7"_
Diet normally eaten: _reg_
☐ Gained or lost 10 pounds in past 6 months
☐ Difficulty swallowing or chewing
☐ Frequent nausea, diarrhea, or vomiting
☐ Edentulous/poor fitting dentures
☐ Food Allergies: _____
Refer to dietician for any marked box using the BUH Dietician email

### Hydration/Elimination

☐ Frequency/Burning ☐ Dry Mouth ☐ Diarrhea
☐ Constipation ☐ Bowel/Bladder Incontinence
☐ Bowel/Bladder Urgency ☐ History of Ulcers
☐ Urinary Retention

### Comfort/Rest

Sleep (hrs night) _8_ ☑ No problems
Insomnia ☐ Initial ☐ Mild ☐ Terminal
☐ Fatigue ☐ Hypersomnia
Awakens during night ☐ Yes ☐ No

### Sensory/Neuro

Vision ☑ No problems
☐ Glaucoma ☐ Blurred vision
☐ Glasses ☐ Contacts
Prosthesis (describe)_____
Pupils ☐ Equal ☐ react equally to light
☐ Dilated ☐ Constricted
Hearing ☑ No problems ☐ Dizziness
☐ Reported difficulty ☐ Drainage
☐ Apparent difficulty ☐ Tinnitis
☐ Prothesis
☑ No history of seizures ☐ History of seizures
Last seizure/date (describe)_____
Other observations or patient comments:_____

### Medication Therapy

| | Name | Dose/Frequency | Last Dose |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |

### Nursing Needs/Patient Risks Identified

☐ Respiratory dysfunction ☐ Sensory/Perceptual, alt.
☐ Gas exchange, impaired ☐ Comfort, alteration in
☐ Airway clearance, ineff. ☐ Nutrition, Alteration in
☐ Infection, potential for ☐ Communication, impaired
☐ Cardiac output, alt. in ☐ Oral mucous membrane, alt.
☐ Tissue perfusion, alt in ☐ Swallowing, impaired
☐ Fluid volume, alt. in ☐ Breathing pattern, ineff.
☐ Skin integrity, alt. in ☐ Knowledge deficit, alt in
☐ Bowel elimination, alt. ☐ Urinary elimination, alt. in
☐ Fall Risk

### Skin

General Appearance
☑ Warm ☐ Cool ☐ Dry ☐ Moist
☐ Clammy ☐ Intact
Comments: (lesions, bruises, rash, bleeding, discharge, infection)_
_Scar on palmer surface_
_(L) hand_

BROWN, MEIER JASON
REG 11364-021
DOB 07-04-1970
FMC BUTNER

Patient ID/Addressograph Here

# SOCIAL ASSESSMENT

Marital Status _____ O _____ Nº of years:_____
Age of spouse _____ Occupation of spouse _____
Number of children ____ O ____ Ages _____

Method of handling stress (How do you act under pressure?) _Pray_____

Hobbies/ Social Participation _read,_
_Chess,_

Drug Use (explain)
☑ Alcohol _beer_
☐ OTC drugs_____
☐ Street drugs_____
☐ Misuse of prescription medications_____
☑ Caffeine (amount/day) _2 c/day_
☑ Tobacco (amount/day) _½ pk/day_
Comments _____

Initial Nursing Needs Identified
1. _Ineffective Individual_
_Coping_
2. _____
3. _____

Initial Nursing Intervention/Plans
1. _Discussed alternative_
_Coping skills_
2. _____
3. _____

Relevant Information from prior medical record, other staff members, etc. _____ O

_A. Faith RNC_  _8/5/03_  _1700_
Nurse Signature     Date     Time

### Interpersonal Problems
☐ Manipulativeness ☐ Uncooperative
☐ Attention seeking ☐ Passive-dependent

### Conflicts with
| | Yes | No | | Yes | No | |
|---|---|---|---|---|---|---|
| Parents | ☐ | ☑ | Spouse/Significant Other | ☐ | ☑ | |
| Siblings | ☐ | ☑ | Children | ☐ | ☑ | |
| Authority | ☐ | ☑ | Colleagues | ☐ | ☑ | |

Abuse History  Verbal: ☐ Yes ☑ No
Physical: ☐ Yes ☑ No
Sexual: ☐ Yes ☑ No
(If yes to any abuse questions, send an e-mail to assigned psychologist.)

### Comments regarding stress situations
Confinement, move, illness, death, divorce, separation, financial, legal _(M) death in June 2003_

### Education
Years completed _11_ Special education or skills _____

### Education needs identified
☐ Medications _____
☐ Treatment _____
☐ Self care/hygiene _____
☑ Improve coping skills _____
☐ Diet _____
☐ Communication to unit routine _____
☐ _____
☐ _____

Barriers to teaching ☐ Yes ☑ No
If yes, explain _____

Able to Read: ☑ Yes ☐ No
Able to Write: ☑ Yes ☐ No
Languages: _English_

### Discharge planning factors - patient will most likely:
☑ Return to court after study
☐ Be admitted to the Mental Health Unit for treatment
☐ Be returned to another BOP institution
☐ Be released to civilian authorities
☐ Be released from prison
☐ Be released to halfway house

### Discharge planning needs identified
1. _____
2. _____

### Family/Significant Other
Per institution/BOP policy, all contact with family members will be done by inmate's Case Manager.

Patient ID/Addressograph Here

BROWN, MEIER JASON
REG 11364-021
DOB 07-04-1970
FMC BUTNER

Nursing Assessment (Page 3 of 3)
File under Tab 10: Nursing Assessment
FMC Butner    (Rev. 6/03)

E04283

Case 4:07-cv-00085-BAE-GRS   Document 28   Filed 02/04/08   Page 28 of 29

Facility: FM. _UTNER MENTAL HLTH 1E (BH1E)                    0_. 03   Month/Year:

| Prescriptions | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Order Date 08/26/03  BROWN, MEIER JASON  11364-021  WALASIN | 0630 | PBB | RHS | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Exp. Date 09/04/03  TAKE ONE CAPSULE BY MOUTH TWICE DAILY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RX # 2208804  AMOXICILLIN 500 MG CAP  #10 | 2000 | PB | O | O | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Order Date 08/26/03  BROWN, MEIER JASON  11364-021  WALASIN | P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Exp. Date 09/01/03  TAKE ONE TABLET BY MOUTH 3 TIMES A DAY WITH FOOD AS NEEDED FOR PAIN | R | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RX # 2208805  IBUPROFEN 800 MG TAB  #12 | N | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Order Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Exp. Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RX # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Order Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Exp. Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RX # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Order Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Exp. Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RX # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Order Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Exp. Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RX # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Documentation Codes: | H - Hold | R - Refused | DC - Discontinued Order | S - Self Administered | NS - No Show | O - Othe |
|---|---|---|---|---|---|---|

DOB: 07/04/1970   HT: 5' 7"   WT: 140   Allergies: NKA   Diagnosis: NKD

Unit: E01-121L

Pill Line#:   Pt. Name: BROWN, MEIER JASON   Registration #: 11364-021   Physician: WALASIN

Facility: FMC BUTNER

Month/Year: 9/2003

Case 4:07-cv-00085-BAE-GRS Document 28 Filed 02/04/08 Page 29 of 29

| Prescriptions | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Order Date 9/16/03 | EKG TODAY OR TOMORROW Johnson | | | | | | | | | | | | | | | | R | | | | | | | | | | | | | | |
| Exp. Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RX # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Order Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Exp. Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RX # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Order Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Exp. Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RX # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Order Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Exp. Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RX # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Order Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Exp. Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RX # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Order Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Exp. Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RX # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Documentation Codes: | H - Hold | R - Refused | DC - Discontinued Order | S - Self Administered | NS - No Show | O - Other |
|---|---|---|---|---|---|---|

DOB:          HT:          WT:          Allergies:          Diagnosis:

Unit:

Pill Line#:     Pt. Name: BROWN, MEIER     Registration #: 11364-021     Physician: