# APPENDIX  L

# M A R L Y N E  K .  I S R A E L I A N ,  P H . D .

*Clinical Psychologist*

*1145 Sheridan Road, N.E. Atlanta, Georgia 30324*
*Tel. (404) 325-8512 ext. 726 Fax. (404) 325-8733*
*www.drisraelian.com*

## EDUCATION

| | | |
|---|---|---|
| Ph.D. | 2000 | Emory University – Atlanta, GA<br>Doctor of Philosophy in Clinical Psychology |
| M.A. | 1997 | Emory University – Atlanta, GA<br>Master of Arts in Clinical Psychology |
| B.Sc. | 1992 | McGill University – Montreal, Canada<br>Bachelor of Science in Psychology<br>Graduated with First Class Honors |

## PROFESSIONAL CREDENTIALS

Licensed Psychologist, Georgia Board of Psychology Examiners, License # 2583

## PROFESSIONAL EXPERIENCE

**1/2007 -- Present** — **Emory University Department of Psychology**
**Adjunct Professor of Psychology**
*Atlanta, GA*

**1/2004 – Present** — **Pine River Psychotherapy Training Institute**
*Atlanta, GA*
Core Faculty

**2/2002 – Present** — **Clinical Psychologist and Owner of Comprehensive Psychological Services of Atlanta, LLC**
*Atlanta, GA*
Private practice specializing in adult and child psychotherapy, neuropsychological assessment, and forensic evaluation.

**5/2000 – Present** — **Richard S. Alembik, P.C.:  Guardian ad Litem Consultant /Litigation Support Team Member**
Assist with Guardian ad Litem investigations.  Contribute to the development of trial strategy by providing expertise in criminal and civil cases presenting issues involving mental health, head injury, and domestic violence.

**10/2001 – 7/2004** — **Georgia State University: Multicultural and Bilingual Literacy Project Coordinator**
*Atlanta, GA*
Coordinating a study examining reading disabilities in children. Project funded through the Interagency Education Research Initiative (IERI) representing the National Science Foundation (NSF), the U.S. Department of Education (DOE) and the National Institute of Child Health and Human Development (NICHD).

10/2000 – 10/2002 **Therapist and Group Facilitator at Caminar Latino: A Domestic Violence Intervention Program**
*Doraville, Georgia*
Providing group, family, and individual therapy in a community-based intervention program for immigrant Latino families affected by domestic violence.

7/2000 - 10/2001 **Fellow in Neuropsychology**
*Regents Center for Learning Disorders, Atlanta, GA*
Conducted neuropsychological assessments of college students with learning disabilities, attention deficit hyperactivity disorder, psychiatric disorders, developmental disorders, and brain injuries.

8/2000 – 2/2002 **Psychotherapist, Georgia State University Psychology Clinic**
*Atlanta, GA*
Conducted individual and couples therapy.

9/1999 – 7/2000 **Neuropsychological Associates, Assistant to Vivian Auerbach, Ph.D.**
*Atlanta, GA*
Participated in the neuropsychological assessment of children and adults presenting with a wide variety of neurological disorders and neuropsychological complaints.

10/1996 – 5/2000 **Predoctoral Fellow: NIMH National Research Service Award**
*Emory University, Atlanta, GA*
Conducted fetal movement and habituation research in a population of low and high risk subjects of African-American, Caucasian, and Asian-Chinese origin.

8/1998 – 8/1999 **Psychology Intern**
*University of Alabama at Birmingham Birmingham, AL*
Conducted comprehensive neuropsychological assessments of adults and children with acquired, developmental, and neurological injury. Conducted comprehensive cognitive, adaptive, and behavioral assessments of children 8 months to 12 years of age with developmental, genetic, behavioral, and/or health concerns. Provided individual, family, and group therapy in inpatient and outpatient settings.

9/1998 – 1/1999 **Research Associate to Dr. Tom Novack**
*Spain Rehabilitation Center - Birmingham, AL*
Participated in the following projects while on rotation at the Traumatic Brain Injury Unit: *Neuropsychological Performance and Cognitive Flexibility after Traumatic Brain Injury.* Poster presented at the American Psychological Association Annual Convention in August of 1999; *Orientation Status Following TBI as Assessed by the Orientation Log.* Presented at APA division 40 paper session: Traumatic Brain Injury in August 1999. Results from this study were submitted to and accepted for publication in Rehabilitation Psychology.

2

5/1994 – 5/1998    **Resident Extern**
*Emory University Psychological Center, Atlanta, GA*
Conducted individual, marital, and family therapy as well as neuropsychological, psychoeducational, personality, and vocational evaluations of children, adolescents, and adults.

3/1995 – 5/1997    **Research Associate**
*Chinese University of Hong Kong, Sha Tin, H.K.*
Established collaborative study with the Prince of Wales Hospital and the Chinese University of Hong Kong examining the neonatal hypothalamic-pituitary-adrenocortical response to stressful stimulation.

9/1993 – 12/1994    **Instructor for Research Methods in Psychology**
*Emory University, Atlanta, GA*

9/1993 – 12/1993    **Teaching Assistant for Elementary Statistics**
*Emory University, Atlanta, GA*

9/1992 - 9/1996    **Research Assistant**
*Crawford Long Hospital, Atlanta, GA*
Conducted a study on neonatal hypothalamic-pituitary-adrenocortical response to pain.

9/1990 – 5/1991    **Research Assistant to Merrill Hiscock, Ph.D.**
*University of Houston, Houston, TX*
Reviewed scientific literature on sex differences in visual laterality. Published findings in the Journal of Clinical and Experimental Neuropsychology.  Participated in an experiment examining the effects of semantic and episodic priming on declarative memory in patients with head injuries.

5/1990 - 9/1990    **Research Assistant to Matthew Shapiro, Ph.D.,**
*McGill University, Montreal, Canada*
Conducted psychobiological research examining the physiological basis of memory using, lesion, neurochemical, and transplant techniques.

MEMBERSHIP IN PROFESSIONAL ASSOCIATIONS

American Psychological Association
Division 40:  Clinical Neuropsychology
Division 41:  American Psychology – Law Society
Division 42:  Psychologists in Independent Practice
International Neuropsychological Society

## HONORS, AWARDS & GRANTS

1997 **Best Student Paper/Poster Presentation**
National Academy of Neuropsychology
Award for *"Chronic Effects of Maternal Cigarette Smoking on Patterns of Fetal Cerebral Blood Flow and Fetal Movement"*

1996-1998 **National Research Service Award**
National Institute of Mental Health

1992-1996 **Full Academic Scholarship**
Emory University Graduate School of Arts & Sciences

## PRESENTATIONS

2/2005 **Language Preference in Bilingual Children with Reading Disabilities**

Poster presented at the 33rd Annual International Neuropsychological Society Conference, Baltimore, Maryland
Eva Jansiewicz M.A., Robin Morris, Ph.D., Jennifer Harrison, B.A., Ryan Carter, M.A., Marlyne Israelian, Ph.D.

1/2003 ***Women, MS, & Stress: The Importance of Making Yourself a Priority***
Presentation given at the 2003 National Multiple Sclerosis Society, Georgia Chapter, Women's Conference.

9/ 2001 ***Exploration of the Double-Deficit Hypothesis in Adults with Reading Disability***
Poster presented at the American Psychological Association meeting in, San Francisco, CA
Marlyne Israelian Ph.D., Paul Cirino Ph.D., Mary Morris Ph.D. & Robin Morris Ph.D.

2/2001 ***Prenatal Movement and Habituation: Obstetrics Complications and Postnatal Outcome.***
Poster presented at the International Neuropsychological Society, Chicago, IL
Marlyne Israelian Ph.D. & Eugene Emory, Ph.D.

9/1999 ***Orientation Status Following Traumatic Brain Injury as Assessed by the Orientation Log***
Paper presented at the American Psychological Association Division 40 meeting, Boston, Mass.
Marlyne Israelian M.A., Tom Novack Ph.D., & Elisabeth Glenn Psy.D.

4

| | |
|---|---|
| 9/1999 | ***Neuropsychological Performance and Cognitive Flexibility after Traumatic Brain Injury.*** <br> Paper presented at the American Psychological Association Division 40, Boston, Mass. <br> Beverly Bush Ph.D., John Edwards Ph.D., Marlyne Israelian M.A. & Tom Novack. Ph.D. |
| 7/2/98 | ***Functional Brain Imagery of Early Cognitive Processing in the Fetus*** <br> Poster presented at the International Society for the Study of Behavioral Development, Switzerland <br> Eugene K. Emory, Marlyne K. Israelian, Marilyn E. Dickerson, Denis Raynor, & Kim Bard. |
| 11/1997 | ***Chronic Effects of Maternal Cigarette Smoking on Patterns of Fetal Cerebral Blood Flow and Fetal Movement*** <br> Poster presented at the National Academy of Neuropsychology Meeting, Las Vegas, Nevada <br> Awarded Best Student Poster <br> Marlyne K. Israelian, Margaret E Spauve, & Eugene K. Emory |
| 5/1996 | ***Neonatal Hypothalamic-Pituitary-Adrenocortical Response to Repeated Stressors: Ethnic Differences in Temperament*** <br> **Poster presented at the** National Institute of Mental Health Conference for Advancing Research on Developmental Plasticity, Chantilly, Virginia <br> Marlyne K. Israelian, & Eugene K. Emory. |
| 10/1994 | ***Neonatal HPA Activity in Response to Repeated Stressful Stimulation: Evidence for 1 Trial Contextual Learning in Newborn Infants*** <br> Poster presented at the Society for Psychophysiology Research, Atlanta, GA <br> Marlyne K. Israelian, & Eugene K. Emory |

## PUBLICATIONS

Brenneman, M., Morris, R, & Israelian, M (in press). *Language Preference and its Relationship with Reading Skills in English and Spanish.* Psychology in the Schools. John Wiley & Sons Inc.

Cirino, P; Israelian, M; Morris, M; Morris M (2005). *Exploration of the Double-Deficit Hypothesis in Adults Referred for Learning Difficulties.* Journal of Learning Disabilities, Vol 38 (1), 29-43

Israelian, Marlyne K. (2000). *Patterns of Fetal Movement and Habituation as Predictors of Postnatal Anthropometric Measures and Neurobehavioral Outcome.* Unpublished Doctoral Dissertation, Emory University.

5

Israelian, Marlyne K; Novack, Thomas A; Glen, Elizabeth T; Alderson, Amy L (2000). *Changes in orientation during acute rehabilitation after traumatic brain injury.* Rehabilitation Psychology. Vol 45(3), 284-291.

Israelian, M.K. (1998). *Neonatal Hypothalamic-Pituitary-Adrenocortical Response to Repeated Stressful Stimulation in the First 24-Hours of Life.* Unpublished Masters Thesis, Emory University

Emory, E.K., & Israelian, M.K. (1998). *Biobehavioral Profiles Related to Stress Reactivity and Ethnic Variation.* In Hann, D.M., Huffman, L.C., Lederhendler, I., & Meinecke, D. Advancing research on developmental plasticity: Integrating the behavioral Science and neuroscience of mental health. (DHHS Publication No. NIH 98) Washington DC: US Government Printing Office.

Emory, E.K., & Israelian, M.K. (1998). *Prenatal Cognitive Development.* In Soracci, S.A. & McIlvane, W.J. (Eds.). Perspectives on Fundamental Processes in Intellectual Functioning. Ablex: Norwood, NJ

Hiscock, M., Israelian, M.K., Inch, R., Jacek, C., & Hiscock-Kalil, C. (1995*). Is there a sex difference in human laterality? An exhaustive survey of visual laterality studies from six neuropsychology journals.* Journal of Clinical and Experimental Neuropsychology, Vol. 17, 590-610.

6