# APPENDIX  M

# Bhushan S. Agharkar, M.D.

**Mailing Address**
**57 Executive Park South, Suite 360**
**Atlanta, Georgia 30329**
**404.636.0054**
**agharkar@cpsatl.com**
**www.cpsatl.com**

---

## Professional Experience:

Comprehensive Psychiatric Services of Atlanta, July 2005-present
Atlanta, GA 30329
Private Practice

Emory University School of Medicine, July 2005-present
Atlanta, GA 30322
Voluntary Clinical Faculty

Morehouse School of Medicine, August 2005-present
Atlanta, GA 30310
Assistant Professor
Associate Residency Training Director
Course Director, *Patient Evaluation and Treatment I and II*
Course Director, *Business of Medicine*
Co-Course Director, *Forensic Psychiatry*
Faculty Advisor, *Resident Journal Club*
Member, *Residency Training and Admissions Committee*

Georgia State University Student Health Services, August 2007-present
Atlanta, GA 30303
Psychiatrist

Georgia Tech Student Health Services, March-May 2007
Atlanta, GA 30313
Psychiatrist

Skyland Trail, July 2006-January 2007
Atlanta, GA 30319
Interim Medical Director

DeKalb Community Service Board, July 2005-February 2007
Decatur, GA 30031
Staff Psychiatrist

**Education:**
> Emory University School of Medicine, 2004-2005
> Department of Psychiatry and Behavioral Sciences
> Atlanta, GA 30322
> Forensic Psychiatry Fellowship
>
> Emory University School of Medicine, 2000-2004
> Department of Psychiatry and Behavioral Sciences
> Atlanta, GA 30322
> Adult Psychiatry Residency
> Chief Resident at Emory University Hospitals, 2003-2004
>
> State University of New York Health Science Center
> > (SUNY HSC) at Syracuse, 1996-2000
> Syracuse, NY 13210
> Doctor of Medicine degree, May 2000
>
> Case Western Reserve University (CWRU), 1993-1996
> Cleveland, OH 44106
> Grade Point Average 3.83 (A= 4.00)
> BA in Psychology, senior *in absentia* privilege
> Magna Cum Laude

**Certification and Licensure:**
> Diplomate in Adult Psychiatry, American Board of Psychiatry and Neurology
> Diplomate in Forensic Psychiatry, American Board of Psychiatry and Neurology
> Georgia Medical License

**Research Experience and Publications:**

- "Improving Cognition and Treatment Outcomes in Schizophrenia" Bhushan S. Agharkar, MD [The Psychiatry Report 2004; 2(1): 24-34]

- "Violence While on SSRIs – a Litigation Perspective" poster presentation at American Academy of Psychiatry and the Law conference, October 22, 2004

- "Prescribing Conventional Antipsychotics at Two Veterans Administration Hospitals: Are There Geographical Differences?" Prakash S. Masand, MD, Monica Arora, MD, Thomas L. Schwartz, MD, Anil Sharma, MD, Xiaohong Wang, MD, Subhash Bhatia, MD, Jacob Manjooran, MD, William Hardoby, MD, Subhdeep Virk, MD, Daniel J. Kuhles, MPH, Bhushan Agharkar, BA, and Sanjay Gupta, MD [CNS Spectrums 2001; 6(11): 894-896]

- "Prescribing Conventional Antipsychotics in the Era of Novel Antipsychotics: Informed Consent Issues" Prakash S. Masand, Thomas L. Schwartz, Xiaohong Wang, Daniel J. Kuhles, Sanjay Gupta, Bhushan Agharkar, Jacob Manjooran, M.

Ahmad Hameed, William Hardoby, Subhdeep Virk, and Bradford Frank. [Am J Ther 2002 Nov-Dec; 9(6):484-7]

- Research Assistant in Neuropsychiatry lab working on the solubilization of the 5-HT2A receptor under Brian Roth, M.D., Ph.D., at Case Western Reserve University (20 hrs/wk, fall 1995)

- Summer Research Fellow in Retrovirology lab under Bernard Poiesz, M.D., at SUNY HSC at Syracuse (40 hrs/wk, 5/1995-8/1995)

- Research Assistant at CWRU, Department of Neurology, Division of Clinical Research (3-5 hrs/wk,1993-1994)

## Presentations:
- *Suicide Risk Assessment*, Nepalese Association in Southeast America Convention, Atlanta, GA, September 1, 2007
- *History of Executions and the Role of Psychiatry*, Grand Rounds, Morehouse School of Medicine, Department of Psychiatry and Behavioral Sciences, Atlanta, GA, November 8, 2006
- *The Curious History of Lethal Injection*, J. Willis Hurst History of Medicine Symposium, Emory University School of Medicine, Atlanta, GA, October 13, 2006
- *Schizophrenia*, Continuing Education lecture, United Behavioral Healthcare, Atlanta, GA, September 28, 2006

## Consultations:
- Georgia Tech Athletic Department
- Federal Bureau of Investigation
- Cobb County School District
- Emory University Hospitals

## Professional Society Memberships:
- American Psychiatric Association
- American Academy of Psychiatry and the Law
- Georgia Psychiatric Physicians Association
- American Association of Directors of Psychiatric Residency Training

## Awards and Honors:
- Phi Beta Kappa
- Honorable Mention, The Joe and Hope Skobba Memorial Award Resident Research Competition, 2005
- Emory University Department of Psychiatry Resident Teaching Award, 2004
- State Farm Foundation Scholarship Recipient (through National Merit Scholarship Corporation), 1993-1997
- Presidential Scholarship Recipient at Case Western Reserve University, 1993-1996

3

- Psi Chi, National Honor Society in Psychology
- Dean's High Honors List at CWRU, 1993-1996
- Who's Who in American Colleges and Universities, 1996
- USAA All-American Scholar-Athlete, 1995

**Leadership, Teaching and Community Service:**
- Skyland Trail, Professional Advisory Board
- Georgia Psychiatric Physicians Association (GPPA) Board of Trustees 2006-present
- GPPA Board of Trustees Early Career Psychiatrists Committee, Chair 2004-present
- GPPA Board of Trustees Public Affairs Committee, Chair 2005-present
- GPPA Ethics Committee, Member 2007-present
- GPPA co-representative to the Medicare Carrier Advisory Committee, 2003-2004
- Developed, organized and taught weekly seminar series in psychodynamic psychotherapy for medical students in Emory Psychiatry rotations, 2003-2004
- APA ECP Advocacy/Leadership Fellow, 2004
- Emory MIT Trustee to the GPPA Board of Trustees, 2003-2004
- Emory Psychiatry Residents Political Action Committee, Chair 2002-2003
- Co-editor of BMM's *Vritta*, national Marathi youth newsletter, 1998
- Blackwell Science Publications, Reviewer 2001-present

4