# APPENDIX O

Day 1

— Darlene Washington - Postal Carrier Fleming
9:30-9:45 out to deliver

expert
Deposition →    Jennifer Zech  at PO —stated Facing her - stated boyfriend told her he went over the counter
Am-unsure of time ✱ Found Sally on floor✱
Steven Nichols Boy Friend              → Maybe 10 or so ✱Not Sure✱
✱Wears glasses but didn't have on ✱
Did not see blood, footprint or anything on counter

States arrived at PO at 10:45, stated facing away, stated he
did not go over counter — changed story, said he did go
over

— Linda Ashcraft   BOE Liberty Co. Bus driver (First Responder)
Stated Facing toward

After getting →   —Frank Kania  10:25-10:30 at P.O.          Dark Jogging Pants
mail _____    Saw someone on a bike across railroad tracks, hooded sweat shirt Dark Colored
heading towards P.O., left as person was coming over tracks, saw
him walk into P.O. — Didn't respond or say anything until he received
info needed notice in mail. ID'd suspect in photo line up₃ (Not Positive)

—Chris Bowen, Dromley P.O.  10:30-10:35, Saw a black, slender man on
a bike at front door. Dark clothing — Sitting on bike at front door.
Jogging suit, hood over head, white gloves. Came back by about 11:30.
Not 100% →  Positive ID, picture line up. Green bike (maybe)

— Deidrick Davis, related to Morgans, Sadie Brown Aunt, Cousin of
defendant. Calls defendant "Marr" — Saw cousin hand someone
mail, then use cell phone "Are you coming to get me" said he was
wearing a brown sheepskin jacket – 9:30-10:00. After phone call Def. left,
then came back in 10 min. Went outside to use phone again 7-10 min.
Stated he overheard Aunt on phone saying "Marr you didn't kill
that lady did you"

1st RA    × Accused of $ 1175.00 ×

Day 2

— Henry Reeves – PO inspector, P.O. short $1266.59, 3 MO missing –

— Faye Woods – Postmaster Patterson GA / Ex Postmaster Fleming GA

131    — Diane Brown (Girl Friend) Correctional office (Coastal prison –
laurel Dr    met at party in Hinesville / May 2002,
vacco Rd.)    Suspended 2 week with pay due to arrest
Dec 11th Resigned
Owed (behind almost $2000.) $927. Rent $175. Bankruptcy
Spent the night at Sadie's house with Jason 11/29/03, left 8:00 AM
morning 11/30 – received call from Jason, asked to come get him

Home Phone – 927-9170 / Cell Phone 308-8463 (Cingular) × AKA Diane Boggs

→ Went to pick him up, headed towards her house, stopped to get cigs in Clyde/the
Richmond Hill – Then walked next door to Liq store, she bought gin, he got
6 pack Schlitz – He paid for cigs, she thinks he paid for alc. Does not remember
what happened the rest of the day. He showed her 3 MO while driving
2 + $500.00, 1 + $175.00 he told her that would cover Mortgage and
Bankruptcy payment. She did not ask where they came from, he did
not offer. MO's returned to Fleming.) Went to her bank, cashed $500.00 MO.
She was negative $32.00 in account, part of $600.00 went to that. Then they
went to PO on Fahm St, purchased MO for $423.00 + the other $500.00 MO
to cover rent. Arrived in Fleming pm of 12/2 – Sadie gave Mira a card of
someone for him to call. The following day Mira called in the car on the way to
Tybee, on Diane's cell phone – She heard Mira say I'm not coming back right now, I'll
see you later. At that time she was aware of what happened. Dec 5 at house,
the sheriff, PO inspector with dogs came by her house, stated they where there to
search her property – including vehicle – She gave consent. They searched her house,
they found and took MO receipts, a pair of Jason's blue (cut?) sneakers, he was
wearing when she picked him up on 30th    6-7 hrs at the house.
→ On the phone he told them they were heading to S.C., she also told
and told in a statement that they were heading to S.C.
— Lest ye Blizzard

jason
was there

DR.

— Katherine Supp GBI/CSI - Arrived at 1:30 11/30/02
— Mark Caponan Dec 2nd Autopsy of Gaglia
— Raymond Vorhees PO inspector/Forensic scientist/Not recognized noticed as
expert in shoe print technology/Examiner. 12/16/02 Inspected shoes
— Mathew Mueller DNA Analyst (Bode Technology Group) Bode NP
Qualified as expert - Jan 13th Received items- Knife, Knife, Knife,
bike seat, handle bars, Knife, Anylon Jacket, Swap headrest, swap middle
seat, swap DRSide rear door, Passenger door, swap tool case
Tested two cuttings from Jacket, Received sample of Gaglia blood—
2 STR profiles matched. ✱ Jacket identified as defendants.

'O Inspector
— John Holder 12/5/02 Inspected trailer (Browns) Found Jacket
on bed with baseball cap (Same Jacket DNA samples were tested by
Bodie)

th sides
agree
— ✱Stipulation✱ Blood was item on Jacket ✱
— Jim Rushin PO Inspector 12/5/02 Inspected Diane Browns
house 3:45pm. Jason answered door. At crime scene on 11/30/02

efendant →
8:30 at P.O. went to Annie Jo Scotts house. Denied going back to
PO any other time. ✱ Changed story said he stole money from
cousin then went back and purchased 3 MO's 500.00/500.00/165.0. ✱
Changed story said he had a Knife and went to rob the P.O.,
said he went over counter and fell into Sallie stabbing her
accidentaly—Decided he had to kill her because she knew him.
Said he threw Knife and socks along roadside. Told Diane he stole
money from a friend to buy money orders. Called his mother and told
her that he loved her and don't hate me, bye Mama bye.
— Henry Reeves PO Inspector—Verified missing cash $1266.59, Inspector
Searched Diane Brown's house 12/5/02; Found MO receipts and
Ly2 shoes in master bedroom - Was present when Miranda rights were read.
12/6/02 interrogation of Mira (Tape Recorded)
— Marlo Mcleridan PO Inspector/Case agent of Investigation.
10:51 AM 911 call placed

Joe Gaylia (Husband)                                      1999-2001

— Irvin Fraser   Parolle officer (Liberty Co.) 1999, Parolle officer
For "Mira" - Dui, Speeding /95 Forgery 3 counts /95 Open container and
driving w/suspended license /97 Forgery /97 Robbery 5 years in prison /97
Theft by taking (Felony), Dui, Sus. Lic. 4 yr 12m prison Sentence /2000 Accusation
against: Financial Transaction Card Fraud (Felony) /01 parolle revoked due to parolle
Violation 2000 accusation:

— Randy Garmon Sav Police, Liberty Co. Sheriffs Detective. 3/25/96 Li'l Champ
Store 11:57 PM. Petra Grant, clerk at store. Servalliance Video 3 Blk males.
Clinton Allen Morgan, Identified and Interview 3/28/96, hand written statement.
Identifying "Mira" and Bizzard Family member 3/29/96 picked up "Mira".
Stated she was not involved, kept denying. (Robbery)

n Stand     — Darlene Washington Postal Carrier Flemming PO.
earlier     — Katherine Webb- Media Specialist, Liberty Co. — Sallies sister.
            Scott + Craig children, Joe Gaylia Husband.
            — Betty Cox (Retired) Sister
            — David Clark, Brother Visited Sallie on 11/30/02 at P.O.
0 Anything  — Pelum Brown "Mira's (Father) left house when Mira was 7 or 8
For         — Electra Andrews, Retired from Sheriffs Dept.
you"        — Beverly Bonapart (sister)
            — Jooseph Bonapart; Brother in Law -
            — John Wilcher   Mayor Chatham County.
3 IQ        — Linda R. Jones Braswell Institute (teacher) 84-86
above Average — Vannessa Parker Social Worker Liberty Co. BOE
            — Patricia Morgan - Married to "Mira" brother
            — Steve Murry - Mgr. McDonalds, Maintenance man for McDonalds.
(Avis)      — Elder Williams-
            — Pastor BT Smith-
            — Jimmy Wainwright - Sub-contractor.
            — Dexter Morgan 1/2 Brother
            — Detective Chuck Woodall Libert Co. Sheriffs Dept.