# APPENDIX  P

## MEMORANDUM OF INTERVIEW

CASE NO.                               :     0247-1370514 ECR (1)

PERSON INTERVIEWED                     :     Penny Banks

DATE OF INTERVIEW                      :     December 1, 2002

PLACE OF INTERVIEW                     :     Telephone at Liberty
                                             County Jail

INTERVIEWED BY                         :     H. A. Reeves
                                             Postal Inspector

On December 1, 2002, I telephoned Penny and Reese Banks at 912 884-5791. I talked with Mrs. Penny Banks in reference to what she observed on the morning of November 30, 2002, at the Fleming, GA Post Office.

Mrs. Banks stated she and her husband were going to her mother's house when they drove pass the Fleming, GA Post Office and saw a small blue car parked in front of the Post Office about 10:45 a.m. Mrs. Banks said that was all she saw and remembered about the Post Office that morning.

H. A. Reeves
Postal Inspector

001593
USA SDGA