# APPENDIX  Q

P.C. fr. Alfred Banks – 756-3637 cell          12/4/02
    Pastor/ Richmond Hill 667-6769 cell     10:?? ?

    Daniel Baptist Church                    (MA)

Janie Carter – pastor's sister-in-law

  – White vehicle plus something I know
  – @ subj.'s house Sunday
   R. side – stiff – shoulders, upper body
  – States "aunt told me people get v's on Fri, buy
    m.o.'s on Sat. Have lot of money"
  – Father-in-law went to Parker's store on 144
  – Police asked about vehicle (wife's) car
   w. chrysler, tinted windows
  – w/m; 35
  – history of drugs
  – @ P.O. Friday – disabled ✓
  – Dean Gregory Carter.
  – Child murdered in N.C. – not his

001603

USA SDGA