# APPENDIX  R

## MEMORANDUM OF INTERVIEW

### Lead #5

| | | |
|---|---|---|
| CASE NUMBER | : | 0241-1370514 ECR(1) |
| PERSON INTERVIEWED | : | Alford Woods |
| PLACE OF INTERVIEW | : | 6842 Leroy Coffer HWY Fleming, GA 31309 |
| DATE OF INTERVIEW | : | 12-01-02 |
| TIME OF INTERVIEW | : | 3:45 thru 4:16 P.M. |
| INTERVIEWED BY | : | J. Sims & J. Holder |

This interview is based on Wood's statements that he had observed a white Lincoln in the Fleming area near the time of the Fleming murder of Sally Gaglia on the morning of 11/30/02. This vehicle had been reported as being one which was strange to the community.

Mr. Woods explained that he and his daughter Rebecca were riding horses on Freedman Grove Road and were riding toward HWY 196 on the morning of 11/30/02. Approximately five to 10 minutes after hearing sirens of EMS vehicles responding to the homicide at the Fleming Post Office, he observed a white Lincoln turn from HWY 196 onto Freedman Grove Road traveling at a high rate of speed. In this car were four black males. This car and the occupants were unknown to him.

In determining the time of seeing the Lincoln, Mr. Woods said that his daughter had asked him earlier what time it was and he responded that it was 10:30 A.M. It was approximately 15 minutes later that he heard emergency emergency vehicles and that it was approximately five minutes later that he saw the white Lincoln.

J.W. Sims
U.S. Postal Inspector

J. Holder
Postal Inspector

001649

USA SDGA