# APPENDIX  S

35        12/3/02

Levi /White Lincoln
Bill Carter Rd          } per 911 call

CALL CAME INTO 911

Levi DRIVES a white Lincoln WAS at
Post office Saturday morning. Lives
on Bill Carter Road.

001609
USA SDGA

# HISTORY ARREST/BOOKING REPORT

**Agency ID (ORI)**
GA0890000

**Booking Date:** 06/27/1999
**Time:** 0050

**Inmate #:** 15246

Page 1

**DEFENDANT NAME (LAST, FIRST, MIDDLE)**
LECOUNTE, LEVI E

| RACE | SEX | DATE OF BIRTH | PLACE OF BIRTH |
|---|---|---|---|
| B | M | 01/20/1955 | GA |

| AGE AT BOOKING | CURRENT AG | HEIGHT | WEIGHT | HAIR | EYES | SOCIAL SECURITY # |
|---|---|---|---|---|---|---|
| 44 | 47 | 601 | 210 | BLK | BRO | 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 |

**VISIBLE SCARS AND MARKS:**
BELLY,LEG,RT EAR

**SID NUMBER**

**FBI NUMBER**

**ADDRESS**
8567 E.B.COOPER HIGHWAY * RICEBORO, GA 31323

**PHONE NUMBER**
912-884-2057

**ALIAS**

**DRIVERS LICENSE NUMBER**
255026746

**STATE**
GA

PHOTOID: 6867

**LAST KNOWN EMPLOYER**
M.L.JENKINGS

**ARRESTING AGENCY**
LCSD - 0890000

**ARRESTING OFFICER**
E. FRATICHELLI

**#**
917

**BOOKING OFFICER**
M. ROWLAND

**FINGERPRINTED BY**
M. ROWLAND

**OCA**

**OTN**
74331375

| ARREST DATE | TIME | LOCATION | REMARKS |
|---|---|---|---|
| 06/27/1999 | 0050 | | |

| DATE | TIME | RELEASE TYPE | RELEASING OFFICER | REMARKS | TIME SERVED |
|---|---|---|---|---|---|
| 06/28/1999 | 1129 | BOND | D. MOODY | FUSSELL BONDING | 1 (days) |

| OFFENSE DATE | CNT | STATUTE | UCR | TYPE | CASE# |
|---|---|---|---|---|---|
| 06/26/1999 | 1 | 1(-5-21 | 1301 | FELONY | |

**CHARGE**
AGGRAVATED ASSAULT.

**WARRANT#** 50254

| AT/NEAR | OFFENSE | ARREST |
|---|---|---|
| N | COUNTY | COUNTY |

| TYPE | COMPANY | AMOUNT |
|---|---|---|
| CASH | | $2,253 |

| DATE | SENTENCE |
|---|---|
| | |

EAGLE2000(r) Law Enforcement Software

Tuesday December 3 2002 11:24 AM

001610

USA SDGA

Agency ID (ORI)     **HISTORY ARREST/BOOKING REPORT** Booking Date: 08/15/2000
GA0890000                                                                Time:          2346

Inmate #: 16838                                                                        Page 1

| DEFENDANT NAME (LAST, FIRST, MIDDLE) | RACE | SEX | DATE OF BIRTH | PLACE OF BIRTH |
|---|---|---|---|---|
| LECOUNTE JR, LEVI EDWARD | B | M | 10/12/1981 | GA |

| AGE AT BOOKING | CURRENT AG | HEIGHT | WEIGHT | HAIR | EYES | SOCIAL SECURITY # |
|---|---|---|---|---|---|---|
| 18 | 21 | 605 | 173 | BLK | BRN | 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 |

VISIBLE SCARS AND MARKS:          SID NUMBER          FBI NUMBER
SCAR ON RT ARM

ADDRESS                                                      PHONE NUMBER
1201 PIPKIN RD #13 * HINESVILLE, GA 31313                    912-877-6254

ALIAS                          DRIVERS LICENSE NUMBER          STATE
                               051098118                       GA

PHOTO ID: 11901

LAST KNOWN EMPLOYER          ARRESTING AGENCY          ARRESTING OFFICER          #
                             HPD - 0890100             MCHUGH                     146

BOOKING OFFICER          FINGERPRINTED BY          OCA          OTN
S. ANDERSON              S. ANDERSON

| ARREST DATE | TIME | LOCATION | REMARKS |
|---|---|---|---|
| 08/15/2000 | 2115 | | |

| | DATE | TIME | RELEASE TYPE | RELEASING OFFICER | REMARKS | TIME SERVED |
|---|---|---|---|---|---|---|
| RELEASE | 08/16/2000 | 1402 | SERVED SENTENCE | L. BOYD | PER HPD | 1 (days) |

| OFFENSE DATE/NT | STATUTE | UCR | TYPE | CASE# |
|---|---|---|---|---|
| 08/15/2000 | 1 | 16-8-14 | 2303 | MISD. |

CHARGE                          WARRANT#
THEFT BY SHOPLIFTING.

| | AT/NEAR | OFFENSE | ARREST |
|---|---|---|---|
| LOCATION | Y | CITY | CITY |

| | TYPE | COMPANY | AMOUNT |
|---|---|---|---|
| BOND | CASH | | $780 |

| | DATE | SENTENCE |
|---|---|---|
| DISPOSITION | | |

EAGLE2000(r) Law Enforcement Software                    Tuesday December 3 2002 11:23 AM

001611

USA SDGA

| Agency ID (ORI) GA0890000 | **HISTORY ARREST/BOOKING REPORT** | Booking Date: 10/09/1999 Time: 1453 |
|---|---|---|

Page 1

**Inmate #:** 13120

**DEFENDANT NAME (LAST, FIRST, MIDDLE)**
WALTHOUR, LEVI JR

| | RACE | SEX | DATE OF BIRTH | PLACE OF BIRTH |
|---|---|---|---|---|
| | B | M | 09/18/1959 | GA |

| AGE AT BOOKING | CURRENT AG | HEIGHT | WEIGHT | HAIR | EYES | SOCIAL SECURITY # |
|---|---|---|---|---|---|---|
| 40 | 43 | 509 | 155 | BLK | BRO | 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 |

**VISIBLE SCARS AND MARKS:**
TATTOO LT ARM; SCAR ON MOUTH

SID NUMBER

FBI NUMBER

**ADDRESS**
882 LEWIS FRAZIER RD · MIDWAY, GA 31320

PHONE NUMBER
912-884-7306

**ALIAS**
SUNNY

DRIVERS LICENSE NUMBER        STATE

PHOTO ID: 7647

| LAST KNOWN EMPLOYER | ARRESTING AGENCY | ARRESTING OFFICER | # |
|---|---|---|---|
| GARY LINEAR | LCSD - 0890000 | L. PITTMAN | 951 |

| BOOKING OFFICER | FINGERPRINTED BY | OCA | OTN |
|---|---|---|---|
| D. MOODY | D. MOODY | | 74327481 |

| ARREST DATE | TIME | LOCATION | REMARKS |
|---|---|---|---|
| 10/09/1999 | 0700 | LIBERTY | |

**RELEASE**

| DATE | TIME | RELEASE TYPE | RELEASING OFFICER | REMARKS | TIME SERVED |
|---|---|---|---|---|---|
| 10/10/2000 | 1425 | BOND | L. BOYD | FUSSELL BOND | 367 (days) |

**CHARGE**

| OFFENSE DATE | ENT | STATUTE | UCR | TYPE | CASE# |
|---|---|---|---|---|---|
| 10/09/1999 | 1 | 16-5-24 | 1304 | FELONY | |
| | | | | WARRANT# | 52373 |

CHARGE
AGGRAVATED BATTERY.

**LOCATION**

| AT/NEAR | OFFENSE | ARREST |
|---|---|---|
| Y | COUNTY | COUNTY |

**BOND**

| TYPE | COMPANY | AMOUNT |
|---|---|---|
| | | |

**DISPOSITION**

| DATE | SENTENCE |
|---|---|
| | NO BILL PER GRAND JURY |

**CHARGE**

| OFFENSE DATE | ENT | STATUTE | UCR | TYPE | CASE# |
|---|---|---|---|---|---|
| 10/09/1999 | 1 | 16-7-1 | 2299 | FELONY | |
| | | | | WARRANT# | 52370 |

CHARGE
BURGLARY.

**LOCATION**

| AT/NEAR | OFFENSE | ARREST |
|---|---|---|
| Y | COUNTY | COUNTY |

**BOND**

| TYPE | COMPANY | AMOUNT |
|---|---|---|
| CASH | | $4,453 |

**DISPOSITION**

| DATE | SENTENCE |
|---|---|
| 05/01/2000 | |

EAGLE2000(r) Law Enforcement Software

Tuesday December 3 2002 11:21 AM

001612

USA SDGA