# APPENDIX  T



JUN  2 2003

FORENSIC LABORATORY EXAMINATION REPORT

UNITED STATES POSTAL INSPECTION SERVICE
NATIONAL FORENSIC LABORATORY
22433 RANDOLPH DRIVE
DULLES VA 20104-1000

May 27, 2003

Case No. 0241-1370514-ECR(1); 9-401-01672(1)
Evidence Processing, Trace Examinations and DNA Contract Services
Requested December 10, 2002

M. F. McLendon
Postal Inspector
P.O. Box 6
Savannah, GA 31402-0006

REQUEST: Determine whether trace evidence from the clothing of the decedent can be associated to M. J. Brown.

Determine whether trace evidence from the clothing items recovered from the environments of M.J. Brown can be associated to standards of the decedent.

Determine whether human blood is present on assorted items recovered from the environments of M.J. Brown.

Determine whether any human blood recovered from the environments of M.J. Brown can be associated to the decedent using DNA technology.

FINDINGS: Hairs exhibiting Caucasian racial characteristics were recovered from the clothing, body and adjacent surroundings of the decedent. A single hair fragment exhibiting Negroid racial characteristics was recovered from the decedent transport sheet (Item Q-53C). A head hair standard from M.J. Brown was not provided for microscopic comparison purposes.

Hairs and hair fragments exhibiting Negroid racial characteristics were recovered from the clothing items and vehicle utilized by M.J. Brown. A hair exhibiting Caucasian racial characteristics was recovered from a duffle bag containing clothing items (Item Q-29). The hair is microscopically dissimilar to the head hair standard of the decedent.

Human blood was detected on the right cuff of the olive-drab jacket in Item Q-35.

TELEPHONE: 703-406-7100
FAX: 703-406-7115

USA1110

Inspection Service
Exhibit
237 (2 pp)
Label 113, July 1987

- 2 -

Several knives (Q-23, Q-24, Q-25 and Q-32), the seat and pedals of a bicycle (Q-28A and Q-28B), the aforementioned olive-drab jacket, and assorted swabs taken of the interior of a Dodge Durango (Q-45, Q-46, Q-47, Q-48 and Q-49) were transported to the Bode Technology Group for contract DNA testing. The results of DNA analysis are the subject of a separate report issued by the Bode Technology Group.

EXHIBITS: The exhibits, as described in the requests for examination, were received via hand carry on December 12, 2002, RC 012 132 701 US on December 17, 2002, RB 497 246 858 US on December 16, 2002, RC 012 132 750 US on December 24, 2002, RR 359 070 795 US on December 26, 2002 and RC 012 132 879 on January 14, 2003. The exhibits are being retained at the laboratory pending personal pick-up.

Stephanie L. Smith, BS D-ABC
Senior Forensic Chemist
(703) 406-7141

USA1111