# APPENDIX  U

## AFFIDAVIT FOR SEARCH WARRANT

I, Marla F. McLendon, first being duly sworn, depose and state that I am a United States Postal Inspector assigned to the Savannah, Georgia office of the Southeast Division of the United States Postal Inspection Service. I have been a Postal Inspector for the past nine years. As part of my official duties, I investigate crimes committed against the U.S. Postal Service and postal employees during the course of their duties, including armed robbery and homicide, all in violation of United States Code, Title 18, Section 1111, Murder; Section 1114, Protection of Officers and Employees of the United States; and Section 2114, Mail, Money or other Property of the United States. This affidavit is made in support of an application for a warrant to search the residence of MEIER JASON BROWN. 6724 Leroy Coffer Highway, Fleming. GA 31309. Your affiant deposes the following:

1. On November 30, 2002, at about 10:51am, the body of Sallie Louise Gaglia was found inside the US Post Office, in Fleming, GA, which is in Liberty County. Ms. Gaglia was identified as the Postmaster Relief, a federal employee, for the Fleming Post Office. Between 10:40 and 10:50am on November 30, 2002, a customer entered the post office and found Ms. Gaglia's body lying on the floor. The witness summoned medical personnel and law enforcement who arrived within minutes and secured the scene. Examination of the crime scene determined that Ms. Gaglia was stabbed with what appears to be a knife or other sharp cutting instrument multiple times over the front and back of her body. Based on a review of the materials at the scene, it appears she was in the process of preparing to close the post office for the day and was processing the day's receipts. Among the transactions found to have been made were the sale of four US Postal Money Orders in the amounts of $500.00, $500.00, $20.00 and $175.00. A check of interior of the facility failed to locate the monies received for the sale of the money orders. A financial review of the Post Office confirmed the sale of the four money orders and also confirmed the funds for the purchase of these money orders was missing from the Post Office. Further check of Ms. Gaglia's pocket book, which was on a chair by the desk, determined her wallet containing her license, credit cards. and personal papers were missing. Based on these factors, the motive of the incident was felt to be robbery.

2. An autopsy conducted by the Georgia Bureau of Investigations, Medical Investigations Division, Atlanta, Georgia, determined Ms. Gaglia died from multiple stab wounds. The victim was stabbed ten times – twice in the chest area, twice on the wrist, and six times in the back. The medical examiner stated the killer probably retained some blood from the attack on his clothing and shoes. Examination of the interior of the facility resulted in the location of numerous areas of blood as well as hand prints and foot prints which were made after coming into contact with the blood of Ms. Gaglia. Due to the extremely violent nature of the attack, the large amounts of blood present, the obvious hand prints and foot prints in the blood, and the medical examiner's report, it is probable that blood from Ms. Gaglia was transferred to the offender during the attack.

3. While conducting interviews with personnel located in the area of the post office, contact was made with the rural route carrier working in Fleming, GA, was interviewed and stated that on the morning of November 30, 2002, between 8:00 and 9:30am, an unidentified male was overheard attempting to access a post office box. Based on the conversation overheard by the rural carrier, the male making inquiry to the post office box was apparently not a registered user of the box. The carrier overheard Ms. Gaglia ask the male what his name was and he replied "JASON". The carrier reported the voice seemed to be that of an African American male.

4. Interviews with various witnesses who live in the area of the post office identified two separate witnesses who described seeing an African American male at or near the post office prior to the time frame established as the time of the attack on Ms. Gaglia. One of the witnesses described the African American male as being in his late 20's or early 30's. weighing approximately 180 lbs and bearing facial hair. This witness reported she had seen the male riding a bicycle towards the post office at approximately 10:30am.

5. A second witness described an African American male who was seen on a bicycle near the railroad crossing immediately adjacent to the post office at approximately 10:30am. This witness described the male as approximately 25 to 26 years of age, 5'10" to 6'00" with a stocky build.

USAO000442

4 & 6
Inspection Service
Exhibit
16-2

6.    On December 3, 2002, a confidential source (CS) contacted the Liberty County Sheriff Department and reported he had information pertaining to this incident. The source was subsequently interviewed by Postal Inspectors and Detectives of the Liberty County Sheriff Department. A criminal history inquiry regarding the CS revealed a prior arrest but no conviction for a possession of narcotics charge in December 1990.

7.    The source reported he was a life long friend of MEIER JASON BROWN and had heard from an unidentified source on Monday night, 12-02-02, that Jason Brown was involved in the murder at the Fleming Post Office. The CS stated his source provided the following information:

Jason Brown was at the residence of the Morgan family, who reside on Leroy Coffer Highway, Fleming, GA, on Saturday morning, 11-30-02, trying to obtain some money. He was refused and was overheard stating, "I will go and get some." Brown left the residence and returned on a bicycle, appearing to be very nervous. Brown used a telephone to call for a ride from his girlfriend who lives off of Quacco Road, Savannah, Georgia, in Chatham County. Brown stated he went over the counter in the Post Office and surprised the lady coming from the restroom and had to kill her because she knew him. Brown threw the knife into a wooded area while riding the bicycle from the Fleming Post Office south on Fleming Loop Road back to the Morgan residence

The CS also stated Brown presently does have some facial hair. The CS stated Brown may have changed clothes at the Morgan residence on Saturday, November 30, 2002, but could not be certain.

8.    A criminal history inquiry regarding Meier Jason Brown disclosed 13 arrests for various offenses, and seven convictions. Convictions for Jason Brown include one Robbery, two Forgery, one Theft by Taking – Auto, two Driving Under the Influence, and one Possession of Marijuana convictions.

9.    Further coordination with local law enforcement determined that through previous contacts with the various occupants of 6724 Leroy Coffer Highway, Fleming, GA, one of the persons who stays at this residence was identified as MEIER JASON BROWN. This residence and two other residences co-located at this location are collectively known to local Law Enforcement as "The Morgan Residences". Incident reports concerning prior arrests of Meier Jason Brown by the LCSD confirm Brown is a black male, 5'7", 140 lbs. and 32 years of age.

10.    On December 3, 2002, an anonymous call to the CrimeStoppers tip line indicated Jason Brown was responsible for the murder at the Fleming Post Office. The caller stated Brown is also known as "Mara".

11.    On December 3, 2002, another witness stated he saw an African American male wearing white gloves holding the handlebars of a bicycle while standing in front of the doorway of the Fleming Post Office on November 30, 2002 at approximately 10:30 to 10:45am. This witness was shown a photo spread consisting of twelve individual's photos and positively identified Meier Jason Brown as the individual he witnessed in front of the Post Office on November 30, 2002. An additional witness who stated he saw an African American male approaching the Fleming Post Office on bicycle at approximately 10:40 was unable to identify the individual from the same photo spread.

12.    On December 3, 2002, at 7:15pm. Detective Marty Adams, LCSD, received a telephone call from an individual who identified himself as Jason Brown. Brown stated his mother, Sadie Brown, advised him that detectives were looking for him in connection with the murder at the Fleming Post Office. Brown declined to be interviewed by Detective Adams and stated he was enroute to South Carolina at the time of the call. The Sheriff's Department telephone display showed Brown's telephone number as 912-308-8463.

13.    On December 3, 2002, Chief Deputy Keith Moran, LCSD, telephoned the above number and spoke with Jason Brown. Brown stated he was in the Fleming Post Office on November 30, 2002 sometime after 8:00am. The telephone line then went dead.

14.    On December 3, 2002, Chief Deputy Moran again telephoned the above number, which was answered by a female who identified herself as Ms. Brown. Ms. Brown confirmed Jason Brown used her cell phone to telephone detectives earlier. She also stated she had just dropped him off at a friend's residence near Richmond Hill, GA.

Inspection Service
Exhibit



15.    On December 4, 2002, subpoenaed telephone records for 912-308-8463 indicate this number received an incoming, four-minute call at 10:57am on November 30, 2002. An outgoing telephone call from this number was placed at 11:25am on November 30, 2002 to telephone number 912-884-4346. Subpoenaed telephone records for this number confirm it is the residential listing for Sadie Brown, Jason Brown's mother. Sadie Brown resides at 6724 Leroy Coffer Highway, Fleming, GA.

16.    A search conducted by law enforcement personnel, along with trained cadaver canines, of the wooded area between the Post Office and the Morgan residences failed to disclose a knife. The area consists of dense undergrowth covering approximately one to two miles. The Morgan residences are situated on a large parcel of wooded land which has not been searched.

16.    Based on investigation to date, it is believed that the person who stabbed and killed Ms. Gaglia had blood, fibers, and trace evidence transferred to their person, clothing and shoes. This suspicion is strengthened by the presence of a large amount of blood located at the crime scene and the presence of blood transfers to the surrounding furniture. Since a postal employee witnessed some type verbal exchange between the victim and an unidentified black male named "JASON", and because Meier Jason Brown was identified by a witness as being in the area of the post office at the time of the attack, it is suspected that this person is involved in the subsequent stabbing of Ms. Gaglia.

17.    Since no clothing, shoes, or knife was found at the scene, it is believed that these items would have been removed by the suspect when he left the post office. Therefore, it is felt that the clothing and other items as well as the money orders or other documents, papers, and belongings of Ms. Gaglia may be located in the residence or hidden somewhere on the property of the residence. For these reasons, affiant feels there is probable cause to believe that evidence which will link MEIER JASON BROWN to the stabbing of Ms. Gaglia will be found inside the property described in this affidavit.



18.    Based on the above, affiant feels there is probable cause to believe that evidence supporting the offense of Murder and Robbery may be found inside the residence described in this affidavit or inside any vehicle located on the premises.

USAO00444

Inspection Service
Exhibit
16 2
Label 113, July 1987