# APPENDIX V

## MEMORANDUM OF INTERVIEW

PERSON INTERVIEWED                    :

DATE OF INTERVIEW                    :     December 3, 2002

PLACE OF INTERVIEW                    :     Hinesville Courthouse
                                            Main Street
                                            Hinesville, GA  31313

TIME OF INTERVIEW                    :     11:20 a.m.

INTERVIEWED BY                       :     J. T. Rushwin, Postal Inspector
                                            J. Don Martin, Sheriff
                                            Liberty County Sheriffs Office
                                            Keith Moran, Chief Deputy
                                            Liberty County Sheriffs Office
                                            Dennis Davis, Captain
                                            Liberty County Sheriffs Office

called the Liberty County Sheriff's office with information on the murder of Sallie Gaglia, Postmaster Relief, Fleming, GA Post Office.

· said Jason Brown (half brother to the Morgan's in Fleming, GA) did it. He said Jason was at the Morgan's Saturday, November 30, 2002, looking for money. No one would give him any. Jason said "don't worry about it, I'll get me some." He left on a bike and returned around 10:30-11:00 a.m. He was very nervous and said he had to get a ride. He called his girlfriend from Sadie Brown's house.

said Brown went through the box at the counter line. He said the woman may have been in the bathroom, then surprised him when she came out of the bathroom, she knew him.

USAO00403

Inspection Service
Exhibit
Label 113, July 1987

MEMORANDUM OF INTERVIEW - Scriven

said the weapon may be in the woods. They said Jason threw it in the woods near the log cabin house with the green roof. They said he came back that way.

said Jason is laying low now.  He lives in Savannah with his girlfriend, in the last mobile home park on the right on Quacco Road.    said he heard all this information from the other people last night, not directly from Brown.

said the guys in the white box type car, the Lincoln, had nothing to do with it.  He said the Lincoln was in the area Saturday morning "doing things you guys don't approve of."

*J. T. Rushwin*

J. T. Rushwin
Postal Inspector

Inspection Service
Exhibit
149
Label 113, July 1987