# APPENDIX  W

## MEMORANDUM OF INTERVIEW

CASE NUMBER : 0241-1370514-ECR(1)

PERSON INTERVIEWED :

DOB :

SSN :

ADDRESS :

TELEPHONE NUMBER :

DATE OF INTERVIEW : December 11, 2002

TIME OF INTERVIEW : 3:50pm to 5:00pm

PLACE OF INTERVIEW : Ramada Inn parking lot, Highway 17
Richmond Hill, GA  31324

INTERVIEWED BY : Marla F. McLendon and Gary B. Roberts,
Postal Inspectors

---

was interviewed regarding his knowledge of the homicide and robbery committed at the Fleming Post Office on November 30, 2002. agreed to meet Postal Inspectors at McDonald's on Highway 17, Richmond Hill, GA, at 3:30pm but made contact via cell phone to change the location to the Ramada Inn parking lot next door. arrived alone and was driving a gray Nissan pickup truck, tag number 974 YBS.

got into the rear sear of an Inspection Service vehicle and indicated he intended to collect the posted reward money in return for information he provided to investigators on December 3, 2002. ated his job was over since Meier Jason Brown confessed to committing the crime.

was asked to divulge the source of his information, to repeat the information he provided to investigators on December 3, 2002, and to distinguish between fact and speculation. He stated he was reluctant to reveal his sources because he considered them friends and feared being socially outcast from them. d he went to the residence of Latoya Bizzard on the evening of December 1, 2002, and engaged in conversation with Bizzard, "Black Boy", "Deke", and "Nick". He stated he did not know Black Boy's name but described him as being dark-skinned with nappy hair and stated he was Jason Brown's brother who works for a tire company in Pooler, GA. Investigation disclosed Black Boy's identity is Rodney Brown, "Deke" is Dietrichsun O'Hara Davis, and "Nick" is Nicholas O'Shea Johnson.

USAO000405

Inspection Serv
Exhibit
150
Label 113, July 198

⌐    ⌐ stated the conversation centered around Jason Brown, whom he calls "Brown", and the murder of the Fleming postal employee on November 30, 2002. ⌐    described the conversation as follows:

> Black Boy and Latoya said they knew Jason killed that lady because he was asking everybody to get him from around there on the morning of November 30, 2002 and finally got his girlfriend to come pick him up. Earlier that day, Jason had asked for money but no one gave him any. He said he'd get it and left on a bicycle to get the mail. He was "acting crazy" and nervous when he returned but was not bloody. Jason called his girlfriend from Latoya's cell phone, number 570-7073. Latoya said Jason told his girlfriend to come get him and he had money to pay the bills. Latoya said the girlfriend must have asked where he got the money because Jason told her not to worry about it, just come get him and added he had about $200 for the phone bill.

stated he returned to the Bizzard residence on the evening of December 2, 2002, but when Black Boy and Latoya asked why he had so many questions, he did not pursue the conversation further. He stated Deke and Nick were not present on this date.

stated he has since learned that Jason returned to the Morgan residence with his girlfriend on December 4 or 5, 2002, and appeared to be acting normal. ⌐    stated he was told Jason claimed to have found a new job and was trying to find transportation.

⌐    stated he heard the next contact the family had with Jason was the night he was arrested. He stated Black Boy and Latoya told him Jason called his mother and told her it was an accident, he didn't mean to kill anyone, and he had taken his clothes out back and burned them.  ⌐    stated Black Boy and Latoya told him Jason claimed the weapon was out back in the woods, also.

⌐    ⌐ stated Black Boy and Latoya did not say much about Jason's girlfriend other that he killed that lady to pay the girlfriend's bills.  ⌐    stated Jason stayed in Savannah with his girlfriend until she put him out 2-3 weeks earlier because he lost his job in Pooler.  ⌐    stated Jason said afterward he may need a ride to get his clothes from his girlfriend and indicated he was tired of her.

⌐ stated he never saw Jason with a weapon or heard him talk about doing anythin like the murder before. He described Jason as a fast-talker and slick. He stated Jason uses marijuana and crack but not on a daily basis. He stated Jason is Latoya and Rober Bizzard's cousin and is close to Robert and Black Boy.  ⌐    stated Robert was not present at the Bizzard residence on the day of the murder. ⌐    stated Jason's father's last name is Pellam and he lives on Highway 17 past Richmond Hill.

⌐ stated the word on the street was that Deke gave Jason up. He stated he had no further information concerning the robbery and homicide at the Fleming Post Office.

*Marla F. McLendon* (signature)

Marla F. McLendon
Postal Inspector

Prepared December 30, 2002

Inspection S
Exhibit
15C
Label 113, July

USAO00406