# APPENDIX  Y

## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| **In the United States District Court for the Northern District of Georgia** | |
|---|---|
| Name (under which you were convicted):<br>**Meier Jason Brown** | Docket or Case No.:<br>**04-07-CV-85** |
| Place of Confinement:<br>**USP Terre Haute** | Prisoner No.:<br>**11364-021** |
| UNITED STATES OF AMERICA     v.     <u>**Meier Jason Brown**</u><br>MOVANT (include name under which convicted) | |

### MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging: _____
   **United States District Court for the Southern District of Georgia**

   (b) Criminal docket or case number (if you know): __**03-CR-1**__

2. (a) Date of the judgment of conviction (if you know): __**11/6/03**__

   (b) Date of sentencing: __**11/6/03 and 11/11/03**__

3. Length of sentence: __**Death**__

4. Nature of crime (all counts): __**Murder (2 Counts) and Robbery**__

5. (a) What was your plea? (Check one)  (1) Not guilty ☒  (2) Guilty ☐  (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? _____

6. If you went to trial, what kind of trial did you have? (Check one)    Jury ☒     Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?    Yes ☒     No ☐

8. Did you appeal from the judgment of conviction?    Yes ☒     No ☐

9. If you did appeal, answer the following:

(a) Name of court: **United States Court of Appeals for the Eleventh Circuit**

(b) Docket or case number (if you know): **04-10325-P**

(c) Result: **Convictions and sentence affirmed.**

(d) Date of result (if you know): **3/13/06**

(e) Citation to the case (if you know): **441 F3d 1330 (11th Cir. 2006)**

(f) Grounds raised: **See attached.**

(g) Did you file a petition for certiorari in the United States Supreme Court?    Yes ☒    No ☐

If "Yes," answer the following:

(1) Docket or case number (if you know): **06-7289**

(2) Result: **Certiorari denied.**

(3) Date of result (if you know): **1/22/07**

(4) Citation to the case (if you know): **127 S.Ct. 1149**

(5) Grounds raised: **Challenge to pecuniary gain statutory aggravating circumstance and related jury instruction.**

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?

Yes ☐    No ☒

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

           Yes ☐          No ☐

(7) Result: _____

(8) Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

           Yes ☐          No ☐

(7) Result: _____

(8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition:    Yes ☐        No ☐

(2) Second petition:    Yes ☐        No ☐

Rev. 12/5/07

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

_____

_____

_____

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** __See attached.__

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐        No ☐

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐        No ☐

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:_____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3)  Did you receive a hearing on your motion, petition, or application?

     Yes ☐       No ☐

(4)  Did you appeal from the denial of your motion, petition, or application?

     Yes ☐       No ☐

(5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

     Yes ☐       No ☐

(6)  If your answer to Question (c)(5) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7)     If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

**GROUND TWO:**  **See attached.** _____

_____

(a) Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

_____

(b) **Direct Appeal of Ground Two:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐        No ☐

    (2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ☐        No ☐

    (2) If you answer to Question (c)(1) is "Yes," state:

    Type of motion or petition: _____

    Name and location of the court where the motion or petition was filed: _____

_____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

_____

    (3) Did you receive a hearing on your motion, petition, or application?

        Yes ☐        No ☐

    (4) Did you appeal from the denial of your motion, petition, or application?

        Yes ☐        No ☐

    (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

        Yes ☐        No ☐

    (6) If your answer to Question (c)(5) is "Yes," state:

    Name and location of the court where the appeal was filed: _____

_____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

_____

    (7)     If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise

         this issue: _____

_____

_____

Rev. 12/5/07

**GROUND THREE:** ___See attached.___

_____

(a) Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(b) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐          No ☐

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐          No ☐

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐          No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Rev. 12/5/07

        Yes ☐         No ☐

(5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

        Yes ☐         No ☐

(6)  If your answer to Question (c)(5) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7)     If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise

        this issue: _____

_____

_____

_____

_____

**GROUND FOUR:** __See attached._____

_____

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(b)  **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐         No ☐

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

**(c)  Post-Conviction Proceedings:**

(1)  Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐          No ☐

(2)  If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3)  Did you receive a hearing on your motion, petition, or application?

Yes ☐          No ☐

(4)  Did you appeal from the denial of your motion, petition, or application?

Yes ☐          No ☐

(5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐          No ☐

(6)  If your answer to Question (c)(5) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7)      If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise

this issue: _____

_____

_____

_____

13.  Is there any ground in this motion that you have not previously presented in some federal court?  If so, which ground or grounds have not been presented, and state your reasons for not presenting them: **Ineffective assistance**

Rev. 12/5/07

Page 10

of counsel — could not have been raised earlier; Brady violation — could not have been raised earlier; Unreliable DNA Evidence — Factual basis could not have been discovered earlier; Denial of Right to be Present — Trial counsel ineffective method of execution — not ripe until sentenced; Denial of Right to Meaningful Appellate Review — Factual basis unavailable.

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the judgment you are challenging?    Yes ☐        No ☒

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At the preliminary hearing: William Bell, 420 Broughton Street, Savannah, GA 31401

(b) At the arraignment and plea: William Bell; Richard Darden, 106 Montgomery Street, Savannah, GA 31401

(c) At the trial: William Bell and Richard Darden

(d) At sentencing: Same

(e) On appeal: Jeffrey Ertel, 100 Peachtree St., #1700, Atlanta, GA 30303 Donald Samuel, 3151 Maple Drive, Atlanta, GA 30305

(f) In any post-conviction proceeding:

(g) On appeal from any ruling against you in a post-conviction proceeding:

Rev. 12/5/07

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?    Yes ☒    No ☐

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?

Yes ☐    No ☒

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____

_____

_____

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?

Yes ☐    No ☐

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of –
(1) the date on which the judgment of conviction became final;
(2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
(3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

**Therefore**, Movant asks that the Court grant the following relief: **See attached.** _____

Rev. 12/5/07

or any other relief to which movant may be entitled.

Signature of Attorney (if any)

Jeffrey L. Ertel

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on _____

(month, date, year)

Executed (signed) on ___January 22, 2008_____ (date).

_____

Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

___Attorney for Movant_____

Rev. 12/5/07

Question 9 (f): Grounds raised:

1. The district court erred in denying Mr. Brown the right to be present and to cross examine witnesses when this court remanded the case so as to construct the record.
2. The trial court erred in denying appellant's motion for directed verdict on the aggravating circumstance of pecuniary gain and erred in refusing to instruct the jury regarding the proper scope of the pecuniary gain aggravating circumstance.
3. The trial court repeatedly erred during voir dire by asking jurors whether they would be willing to return a life sentence *if* mitigating circumstances were presented that would make a life sentence appropriate.
4. The district court erred in allowing hearsay testimony in both the guilt/innocence and penalty phase portions of Mr. Brown's capital trial.
5. The district court erred in denying Mr. Brown's motion to suppress statements which were obtained in violation of *Miranda v. Arizona.*
6. The district court rendered Mr. Brown's capital sentencing proceeding fundamentally unfair when it denied funds to hire expert assistance.
7. The trial court erred in refusing to conduct an evidentiary hearing on appellant's motion to suppress improper and suggestive identification evidence.
8. The government withheld favorable, material evidence in violation of the fifth, sixth, and eighth amendments to the united states constitution and *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny.
9. The court erred in granting the motion to quash Mr. Brown's subpoena for the production of DFACS records.
10. The trial court erred in excusing for cause Juror Fahey, whose answers to the court's voir dire questions indicated that she was able to impose the death penalty in appropriate circumstances.
11. The district court erred in finding that the Federal Death Penalty Act was constitutional in light of *Ring v. Arizona*, 536 U.S. 584 (2002).
12. The district court erred in allowing the introduction of gruesome photographs.
13. The district court erred in denying Mr. Brown's motion for bifurcated voir dire.
14. The district court erred in denying Mr. Brown's motion to prohibit the death qualification of potential jurors.
15. The trial court erred in telling a prospective juror who served on the jury that the defendant had entered a guilty plea.