## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH  DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No.  CV407-085 |
| | ) | |
| JASON MEIER BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

Application for leave of absence has been requested by G. Terry Jackson, for the periods of Monday, April 28, 2008 through and including Friday, May 16, 2008; Monday, June 16, 2008 through and including Friday, June 20, 2008; Monday, June 30, 2008 through and including Tuesday, July 8, 2008; Monday, September 8, 2008 through and including Friday, September 12, 2008; and Monday, December 22, 2008 through and including Friday, January 2, 2009.

The above and foregoing request for leave of absence is approved; however, the attorney must make arrangements for other counsel in the event the case is scheduled for hearing or trial during such leave.

**SO ORDERED** this _5th_ day of February, 2008.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA