IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| MEIER JASON BROWN | : | |
| Petitioner, | : | CRIMINAL ACTION |
| | : | No. 4-03-CR-001 |
| vs. | : | |
| | : | |
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| Respondent. | : | No. 4-07-CV-85(BAE)(GRS) |
| | : | |

MOTION FOR PERMISSION TO FILE MEMORANDUM
OF AUTHORITIES IN SUPPORT OF MOTION TO
VACATE OR SET ASIDE JUDGMENT MADE PURSUANT
TO 28 U.S.C. §2255, TO FILE OTHER PLEADINGS,
AND REQUEST FOR SCHEDULING ORDER

Comes now, MEIER JASON BROWN, Petitioner/Defendant in the above-styled action, by and through undersigned counsel, and moves for Permission to File Memorandum of Authorities in Support of Motion to Vacate or Set Aside Judgment Made Pursuant to 28 U.S.C. §2255, to File Other Pleadings, and Request for Scheduling Order. In support of this Motion, Mr. Brown shows as follows:

1. Mr. Brown was convicted of several charges and sentenced to death (and to additional prison sentences) in this Court on November 6-7, 2003. The Eleventh Circuit affirmed Mr. Brown's convictions and sentences. *United States v. Brown*, 441 F.3d 1330 (11th Cir. 2006). A timely filed Petition for Writ of

Certiorari was denied on January 22, 2007,  *Brown v. United States*, 127 S.Ct.

1149 (2007), and a Petition for Rehearing was denied on March 19, 2007.  *Brown*

*v. United States*, 127 S.Ct. 1870 (2007).

2.  On January 22, 2008, Mr. Brown filed a Motion pursuant to 28 U.S.C. §

2255 in this Court seeking to have the convictions and sentences herein vacated.

In that Motion, Mr. Brown stated that:

> In accordance with Rule 2 of the Rules on Motion Attacking Sentence
> under Section 2255, this Motion sets forth only the facts and claims
> entitling Mr. Brown to relief.  It does not contain legal argument or
> citation.  Petitioner will shortly file a separate motion seeking
> permission and a schedule by which to file a Memorandum of
> Authorities in Support of this Motion.

Doc # 8, at 5-6.

3.  Accordingly, Mr. Brown hereby requests permission to file a

Memorandum of Authorities in Support of the Motion to Vacate.

4.  In addition, Mr. Brown requests that the Court permit the filing of a

"Traverse" after the Government files its responsive pleading to the Motion to

Vacate.  Mr. Brown also requests permission to file a Motion for Discovery and

Memorandum of Law in Support thereof.  Subsequent to this Court ruling on the

Motion for Discovery, Mr. Brown requests an opportunity to file a Motion for an

Evidentiary Hearing on the Motion to Vacate, and a Memorandum of Law in

support of same.

5.  Counsel for Petitioner respectfully requests  that a scheduling order be entered for these purposes.  Counsel suggests an Order that allows:

Petitioner to file a traverse within 30 days after the Government's response to the Motion to vacate is filed;

That Petitioner then be allowed to file a Memorandum of Authorities in Support of the Motion to Vacate, a Motion for Discovery and a Memorandum in Support, within forty-five (45) days after the traverse is filed;

That the Government be allowed to file an opposition to the Motion for Discovery and Evidentiary Hearing and Reply Memoranda of Authorities in response to Petitioner's Memoranda, within (45)days thereafter; and Mr. Brown be allowed (21) days in which to file a Reply to the Government's Opposition.

Once the Court rules on Petitioner's Motion for Discovery, Mr. Brown be allowed (45) days to file a Motion for Evidentiary Hearing and Memorandum in Support; the Government be allowed (45) days to file an opposition to the Motion for Evidentiary Hearing; and Petitioner be allowed (21) days to file any Reply to the Government's opposition.

5.  Counsel for Mr. Brown respectfully suggests that such scheduling and pleadings would aid the parties and the Court in framing the issues for resolution.

WHEREFORE, Mr. Brown respectfully requests that this Court Order that:

(1) Upon the Government's submission of its Response, Mr. Brown is allowed thirty (30) days to submit a Traverse;

(2) Mr. Brown may file a Memorandum of Authorities in Support of his §2255 Motion, and a Motion for Discovery and Memorandum of Law In Support Thereof, within (45) days of his filing of the Traverse;

(3) After the Court rules on Mr. Brown's Motion for Discovery, Mr. Brown be allowed forty-five (45) days to file a Motion for Evidentiary Hearing and Memorandum of Law In Support Thereof; and

(5) Enter a Scheduling Order outlining the time frames for the filing of the pleadings requested herein (a proposed Scheduling Order is attached hereto).

Dated, this the 10th day of February, 2008

Respectfully submitted,


*s/Jeffrey L. Ertel*
JEFFREY L. ERTEL
State Bar No. 249966

FEDERAL DEFENDER PROGRAM, INC.
100 Peachtree Street
Suite 1700
Atlanta, Georgia 30303
(404) 688-7530
jeff_ertel@fd.org

ATTORNEY FOR MR. BROWN

## CERTIFICATE OF SERVICE

I, hereby certify that this pleading has been electronically filed and served upon counsel for the Government and in addition, a true and correct copy of the foregoing has been served upon counsel for the Government by placing a copy of same in the United States Mail, first class postage prepaid and addressed as follows:

> Amy Lee Copeland, Esq.
> Assistant United States Attorney
> P.O. Box 8970
> Savannah, Georgia 31412

Dated, this the 11th day of February, 2008.


*s/Jeffrey L. Ertel*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

MEIER JASON BROWN              :
      Petitioner,              :        CRIMINAL ACTION
                    :        No. 4-03-CR-001
  vs.                            :
                    :
UNITED STATES OF AMERICA        :        CIVIL ACTION
      Respondent.             :        No. 4-07-CV-85(BAE)(GRS)
                    :

SCHEDULING ORDER

Upon Motion by Petitioner, it is hereby ORDERED that:

(1) Upon the Government's filing of a Response to Petitioner's currently pending Motion to Vacate or Set Aside Made Pursuant to 28 U.S.C. §2255, Petitioner shall have thirty (30) days in which to file a Traverse;

(2) Within forty-five (45) days of Petitioner's filing of a Traverse, Petitioner shall submit a Memorandum of Authorities in Support of his §2255 Motion and a Motion for Discovery and Memorandum of Law In Support Thereof ;

(3) Within forty-five (45) days of Petitioner filing his Motion for Discovery, the Government shall submit any Opposition thereto;

(4) Within twenty-one (21) days of the Government's filing of an Opposition, Petitioner shall file a Reply if necessary;

1

(5) After the Court has ruled on Petitioner's Motion for Discovery, Petitioner shall have forty-five (45) days in which to file a Motion for Evidentiary Hearing and Memorandum of Law In Support Thereof;

(6) The Government will submit any opposition to Petitioner's Motion for Evidentiary Hearing within forty-five (45) days; and

(7) Petitioner shall submit, if necessary, any Reply within twenty-one (21) days thereafter.

So ORDERED, this the _____, day of _____, 2008

_____
UNITED STATES DISTRICT COURT
  for the SOUTHERN DISTRICT OF GEORGIA

Proposed order prepared by:

Jeffrey L. Ertel
Ga. Bar No. 249966

Federal Defender Program, Inc.
100 Peachtree Street, Suite 1700
Atlanta, Georgia 30303
(404) 688-7530
jeff_ertel@fd.org

Counsel for Mr. Brown

2