IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| MEIER JASON BROWN | : | |
| Petitioner, | : | CRIMINAL ACTION |
| | : | No. 4-03-CR-001 |
| vs. | : | |
| | : | |
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| Respondent. | : | No. 4-07-CV-85(BAE)(GRS) |
| | : | |

SCHEDULING ORDER

Upon Motion by Petitioner, it is hereby ORDERED that:

(1) Upon the Government's filing of a Response to Petitioner's currently pending Motion to Vacate or Set Aside Made Pursuant to 28 U.S.C. §2255, Petitioner shall have thirty (30) days in which to file a Traverse;

(2) Within forty-five (45) days of Petitioner's filing of a Traverse, Petitioner shall submit a Memorandum of Authorities in Support of his §2255 Motion and a Motion for Discovery and Memorandum of Law In Support Thereof ;

(3) Within forty-five (45) days of Petitioner filing his Motion for Discovery, the Government shall submit any Opposition thereto;

(4) Within twenty-one (21) days of the Government's filing of an Opposition, Petitioner shall file a Reply if necessary;

(5) After the Court has ruled on Petitioner's Motion for Discovery,

Petitioner shall have forty-five (45) days in which to file a Motion for Evidentiary Hearing and Memorandum of Law In Support Thereof;

(6) The Government will submit any opposition to Petitioner's Motion for Evidentiary Hearing within forty-five (45) days; and

(7) Petitioner shall submit, if necessary, any Reply within twenty-one (21) days thereafter.

So ORDERED, this the _____, day of _____, 2008

_____
UNITED STATES DISTRICT COURT
 for the SOUTHERN DISTRICT OF GEORGIA

Proposed order prepared by:

Jeffrey L. Ertel
Ga. Bar No. 249966

Federal Defender Program, Inc.
100 Peachtree Street, Suite 1700
Atlanta, Georgia 30303
(404) 688-7530
jeff_ertel@fd.org

Counsel for Mr. Brown