IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| MEIER JASON BROWN | : | |
| Petitioner, | : | CRIMINAL ACTION |
| | : | No. 4-03-CR-001 |
| vs. | : | |
| | : | |
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| Respondent. | : | No. 4-07-CV-85(BAE)(GRS) |
| | : | |

ORDER

Upon motion by Petitioner, it is hereby ORDERED that Petitioner shall be

allowed to file a Memorandum of Authorities in Support of his §2255 Motion.

Said Memorandum will be due consistent with this Court's Scheduling Order

establishing time lines for the filing of further pleadings in this case.

So ORDERED, this the ___ day of _____, 2008.

_____
UNITED STATES DISTRICT COURT
for the SOUTHERN DISTRICT OF GEORGIA

Prepared by:
Jeffrey L. Ertel

Counsel for Mr. Brown