# APPENDIX  6

AFFIDAVIT

Come the following affiants, Marlyne K. Israelian, Ph.D., clinical psychologist, and Bhushan S. Agharkar, M.D., and, after being duly sworn, deposeth and state the following, to-wit:

1. We are both mental health professionals. Our Curriculum Vitaes are attached hereto as Attachment 1 and 2.

2. Dr. Israelian is a Clinical Neuro-Psychologist in Atlanta, Georgia. She is an adjunct professor of psychology for Emory University and along with owning her own clinical practice, Comprehensive Psychological Services of Atlanta, LLC. Her curriculum vitae is attached.

3. Dr. Agharkar is a physician board-certified in both adult and forensic psychiatry. He is on the clinical faculty at Emory University School of Medicine and Assistant Professor and Associate Residency Training Director at Morehouse School of Medicine. He has an active private practice in Atlanta, Georgia. His curriculum vitae is attached.

4. Counsel for Mr. Meier Jason Brown contacted us and asked that we evaluate Mr. Brown. Counsel wished to know whether Mr. Brown had any diagnosable mental disease or defect and whether there were circumstances about Mr. Brown's mental make-up and social history which were relevant to his

1

culpability and/or which provided mitigating circumstances in a capital sentencing setting.   We were provided extensive background materials by counsel for Mr. Meier Jason Brown, see Attachment 3, the types of materials that are normally and regularly relied upon by experts in our fields to form and testify to expert opinions.   We also each met with Mr. Brown and evaluated him, separately, on January 14, 2008 (Israelian) and November 29, 2007 (Agharkar).

5. We have concluded that Meier Brown does suffer from diagnosable mental diseases or defects, and that there is considerable evidence in his background and social history that could be considered mitigating within the context of capital sentencing.

**Social History**

6. Despite an upbringing that was characterized by willful neglect, unpredictable and often-times life threatening violence, abject poverty, and a pervasive disregard for the physical and emotional care of others, Mr. Brown developed a strong sense of personal responsibility for the care of several family members. From a young age and well into adulthood, Mr. Brown slept with his mother, Sadie, every night. When she was disabled by diabetes and kidney failure, he fed and bathed her, took her to her dialysis appointments, and assumed responsibility for her medical care. In addition to tending to her medical care, Mr.

2

Brown was also financially responsible and generous, giving his mother half his pay on a regular basis.

7. Perhaps most telling of his nurturing character is his care for his aunt, Ernestine Morgan, who suffered from grand mal seizures. Mr. Brown was often left under her care and he, unlike the other children who were present, was the one to tend to her. At most he was only ten years old at the time.

8. Mr. Brown's history is full of similar examples of his inclination to care for and tend to others. This natural inclination to care for and tend to others is remarkable given the lack of appropriate models for such behavior in his life. Such a natural altruistic disposition speaks to Mr. Brown's innately good character, which would have, had he been born in different circumstances to a different family, lead to a much different outcome.

9. Recently conducted neuropsychological testing confirmed that Mr. Brown is cognitively intact. In addition, it revealed that he possesses areas of significant strength. For instance, Mr. Brown, an individual who dropped out of high school in the 11th grade, performed within the superior range of functioning (99th Percentile) on a measure of mental arithmetic. In addition, Mr. Brown demonstrated particular strength in his non-verbal reasoning abilities.

3

## Mental Disease and Defect

10. Mr. Brown was raised in an environment where drugs and alcohol were prevalent within the community in general and his family in specific. His brothers and cousins sold drugs as their primary means of financial gain. Not only was drug use condoned, it was almost expected. For all intents and purposes, the use and abuse of both alcohol and drugs was Mr. Brown's birthright and he began using both before adolescence. Ultimately, Mr. Brown became dependent on alcohol and crack cocaine.

11. Mr. Brown reported using alcohol and cocaine almost daily since his early teenage years. As an adult, his use only escalated along with his concomitant use of marijuana. In addition to powder cocaine, Mr. Brown would also smoke crack cocaine with increasing frequency as he grew older. His continued use without regard for the untoward effects on his health and personal life along with his escalating use over time indicate he met criteria for Alcohol and Cocaine Dependence. These are serious substance-related disorders which often cause marked impairment and complications. Furthermore, substance abuse and dependance appear to aggregate in families, which is plainly the case here. Mr. Brown's addictions were most likely not considered "problems" because everyone in his household and immediate surroundings were using illicit drugs and

4

consuming alcohol regularly.

12. These substances are known to have disinhibiting effects on cognitive functioning and could cause a person to act in uncharacteristically dangerous and impulsive ways. In a rapidly escalating situation, a person who suffered the effects of intoxication and/or drug withdrawal would not likely exercise the usual caution and judgment another reasonable person might.

13. Not only was Mr. Brown born into a drug culture, but he also had no access to treatment. It is unfortunate that he was never treated for his addiction problems as there are several treatment modalities available to address these issues. Dr. Agharkar, as a former medical director of a residential treatment facility and in his active private practice, has seen first hand that patients with substance abuse problems can improve with treatment and go on to lead successful lives. It is unfortunate that Mr. Brown was never given a chance to address his substance abuse issues as this may have been pivotal in changing his life's trajectory.

**Not an anti-social personality disorder**

14. By the accounts of those who knew him growing up, Meir Brown was described as an engaging and personable young man with a good sense of humor. It was unlike him to assault or fight with others. He is well-liked in his current

5

incarceration setting and by previous psychiatric evaluations there is no evidence to suggest he is dangerous in a prison environment. Remarkably, given the culture in which he was raised, it is noteworthy that Mr. Brown does not suffer from an antisocial personality disorder. In fact, it is very telling that his evaluation through the Mental Health Department at the Federal Medical Center in Butner, North Carolina, confirmed that he did not meet criteria for a diagnosis of antisocial personality disorder, according to the Diagnostic and Statistical Manual of Mental Disorders, Fourth Edition Text Revision, of the American Psychiatric Association. Dr. Sally Johnson and Dr. Carlton Pyant concurred that Mr. Brown did not meet criteria for either an Axis I or Axis II disorder.

15. At the root of his personality, Mr. Brown is an individual who is very much a "giver" in the sense that whatever he gained or earned was for the benefit of others (his frail mother, his single parent girlfriend.) He is not a self-serving, narcissistic, irreverent, individual void of empathy for others and an inability to form and sustain meaningful relationships. Indeed, it is probably the strength of his relationship and the relentless desire to care for those he loves that, coupled with the effects of drugs and alcohol, lead to the crime for which he is now sentenced to death. It could be argued that Mr. Brown is no less a causality of the depraved, dysfunctional, and damaging family as his cousin Quincy Waye was

6

when he, as a result of negligent care and supervision, drowned in a septic tank at the age of 2.

**Not likely a danger in the future**

16. Based upon our interviews with Mr. Brown, his reported character (generosity, etc.), his good behavior during earlier imprisonment, his relative lack of prior violent offenses, the absence of a diagnosis of an antisocial personality, and all of the circumstances of his back ground and social history about which we have been made aware, there is every indication that Mr. Brown's risk of future violence was extremely low when he was tried in 2003 and is low today.

**Conclusion**

17. In short, it is our opinion that Mr. Brown possesses a host of intellectual, intrapersonal and interpersonal strengths which, in a healthier environment than the one he was born into, would have served him and society well. He suffers from substance dependence and abuse through no fault of his own. Given his strengths, had Mr. Brown been born and/or raised in a less teratogenic environment, not only would he have been less likely to engage in substance use and abuse, he would, had he been given the opportunity, benefitted from detoxification and rehabilitation, and could have lead a productive and rewarding life. The likelihood that he would be dangerous if sentenced to prison

7

was very low in 2003, and is low today.

Dated, this the 9th day of May, 2008

_____
Bhushan S. Agharkar, M.D.

Sworn to me this 9th
day of May, 2008

_____
NOTARY PUBLIC

My commission expires: 11/20/09

_____
Marlyne K. Israelian, Ph.D

Sworn to me this the 9th
day of May, 2008

_____
NOTARY PUBLIC

My commission expires: 11/20/09

8

# MARLYNE K. ISRAELIAN, PH.D.
*Clinical Psychologist*

*1145 Sheridan Road, N.E. Atlanta, Georgia 30324*
*Tel. (404) 325-8512 ext. 726 Fax. (404) 325-8733*
*www.drisraelian.com*

## EDUCATION

| | | |
|---|---|---|
| Ph.D. | 2000 | Emory University – Atlanta, GA<br>Doctor of Philosophy in Clinical Psychology |
| M.A. | 1997 | Emory University – Atlanta, GA<br>Master of Arts in Clinical Psychology |
| B.Sc. | 1992 | McGill University – Montreal, Canada<br>Bachelor of Science in Psychology<br>Graduated with First Class Honors |

## PROFESSIONAL CREDENTIALS

Licensed Psychologist, Georgia Board of Psychology Examiners, License # 2583

## PROFESSIONAL EXPERIENCE

**1/2007 -- Present**
**Emory University Department of Psychology**
**Adjunct Professor of Psychology**
*Atlanta, GA*

**1/2004 – Present**
**Pine River Psychotherapy Training Institute**
*Atlanta, GA*
Core Faculty

**2/2002 – Present**
**Clinical Psychologist and Owner of Comprehensive Psychological Services of Atlanta, LLC**
*Atlanta, GA*
Private practice specializing in adult and child psychotherapy, neuropsychological assessment, and forensic evaluation.

**5/2000 – Present**
**Richard S. Alembik, P.C.: Guardian ad Litem Consultant /Litigation Support Team Member**
Assist with Guardian ad Litem investigations. Contribute to the development of trial strategy by providing expertise in criminal and civil cases presenting issues involving mental health, head injury, and domestic violence.

**10/2001 – 7/2004**
**Georgia State University: Multicultural and Bilingual Literacy Project Coordinator**
*Atlanta, GA*
Coordinating a study examining reading disabilities in children. Project funded through the Interagency Education Research Initiative (IERI) representing the National Science Foundation (NSF), the U.S. Department of Education (DOE) and the National Institute of Child Health and Human Development (NICHD).

| 10/2000 – 10/2002 | **Therapist and Group Facilitator at Caminar Latino: A Domestic Violence Intervention Program**<br>*Doraville, Georgia*<br>Providing group, family, and individual therapy in a community-based intervention program for immigrant Latino families affected by domestic violence. |
|---|---|
| 7/2000 - 10/2001 | **Fellow in Neuropsychology**<br>*Regents Center for Learning Disorders, Atlanta, GA*<br>Conducted neuropsychological assessments of college students with learning disabilities, attention deficit hyperactivity disorder, psychiatric disorders, developmental disorders, and brain injuries. |
| 8/2000 – 2/2002 | **Psychotherapist, Georgia State University Psychology Clinic**<br>*Atlanta, GA*<br>Conducted individual and couples therapy. |
| 9/1999 – 7/2000 | **Neuropsychological Associates, Assistant to Vivian Auerbach, Ph.D.**<br>*Atlanta, GA*<br>Participated in the neuropsychological assessment of children and adults presenting with a wide variety of neurological disorders and neuropsychological complaints. |
| 10/1996 – 5/2000 | **Predoctoral Fellow: NIMH National Research Service Award**<br>*Emory University, Atlanta, GA*<br>Conducted fetal movement and habituation research in a population of low and high risk subjects of African-American, Caucasian, and Asian-Chinese origin. |
| 8/1998 – 8/1999 | **Psychology Intern**<br>*University of Alabama at Birmingham Birmingham, AL*<br>Conducted comprehensive neuropsychological assessments of adults and children with acquired, developmental, and neurological injury. Conducted comprehensive cognitive, adaptive, and behavioral assessments of children 8 months to 12 years of age with developmental, genetic, behavioral, and/or health concerns. Provided individual, family, and group therapy in inpatient and outpatient settings. |
| 9/1998 – 1/1999 | **Research Associate to Dr. Tom Novack**<br>*Spain Rehabilitation Center - Birmingham, AL*<br>Participated in the following projects while on rotation at the Traumatic Brain Injury Unit: *Neuropsychological Performance and Cognitive Flexibility after Traumatic Brain Injury*. Poster presented at the American Psychological Association Annual Convention in August of 1999; *Orientation Status Following TBI as Assessed by the Orientation Log*. Presented at APA division 40 paper session: Traumatic Brain Injury in August 1999. Results from this study were submitted to and accepted for publication in Rehabilitation Psychology. |

2

| | |
|---|---|
| 5/1994 – 5/1998 | **Resident Extern**<br>*Emory University Psychological Center, Atlanta, GA*<br>Conducted individual, marital, and family therapy as well as neuropsychological, psychoeducational, personality, and vocational evaluations of children, adolescents, and adults. |
| 3/1995 – 5/1997 | **Research Associate**<br>*Chinese University of Hong Kong, Sha Tin, H.K.*<br>Established collaborative study with the Prince of Wales Hospital and the Chinese University of Hong Kong examining the neonatal hypothalamic-pituitary-adrenocortical response to stressful stimulation. |
| 9/1993 – 12/1994 | **Instructor for Research Methods in Psychology**<br>*Emory University, Atlanta, GA* |
| 9/1993 – 12/1993 | **Teaching Assistant for Elementary Statistics**<br>*Emory University, Atlanta, GA* |
| 9/1992 - 9/1996 | **Research Assistant**<br>*Crawford Long Hospital, Atlanta, GA*<br>Conducted a study on neonatal hypothalamic-pituitary-adrenocortical response to pain. |
| 9/1990 – 5/1991 | **Research Assistant to Merrill Hiscock, Ph.D.**<br>*University of Houston, Houston, TX*<br>Reviewed scientific literature on sex differences in visual laterality. Published findings in the Journal of Clinical and Experimental Neuropsychology. Participated in an experiment examining the effects of semantic and episodic priming on declarative memory in patients with head injuries. |
| 5/1990 - 9/1990 | **Research Assistant to Matthew Shapiro, Ph.D.,**<br>*McGill University, Montreal, Canada*<br>Conducted psychobiological research examining the physiological basis of memory using, lesion, neurochemical, and transplant techniques. |

## MEMBERSHIP IN PROFESSIONAL ASSOCIATIONS

American Psychological Association
    Division 40:  Clinical Neuropsychology
    Division 41:  American Psychology – Law Society
    Division 42:  Psychologists in Independent Practice
International Neuropsychological Society

3

## HONORS, AWARDS & GRANTS

| | |
|---|---|
| 1997 | **Best Student Paper/Poster Presentation**<br>National Academy of Neuropsychology<br>Award for *"Chronic Effects of Maternal Cigarette Smoking on Patterns of Fetal Cerebral Blood Flow and Fetal Movement"* |
| 1996-1998 | **National Research Service Award**<br>National Institute of Mental Health |
| 1992-1996 | **Full Academic Scholarship**<br>Emory University Graduate School of Arts & Sciences |

## PRESENTATIONS

| | |
|---|---|
| 2/2005 | **Language Preference in Bilingual Children with Reading Disabilities**<br>Poster presented at the 33rd Annual International Neuropsychological Society Conference, Baltimore, Maryland<br>Eva Jansiewicz M.A., Robin Morris, Ph.D., Jennifer Harrison, B.A., Ryan Carter, M.A., Marlyne Israelian, Ph.D. |
| 1/2003 | *Women, MS, & Stress: The Importance of Making Yourself a Priority*<br>Presentation given at the 2003 National Multiple Sclerosis Society, Georgia Chapter, Women's Conference. |
| 9/2001 | *Exploration of the Double-Deficit Hypothesis in Adults with Reading Disability*<br>Poster presented at the American Psychological Association meeting in, San Francisco, CA<br>Marlyne Israelian Ph.D., Paul Cirino Ph.D., Mary Morris Ph.D. & Robin Morris Ph.D. |
| 2/2001 | *Prenatal Movement and Habituation: Obstetrics Complications and Postnatal Outcome.*<br>Poster presented at the International Neuropsychological Society, Chicago, IL<br>Marlyne Israelian Ph.D. & Eugene Emory, Ph.D. |
| 9/1999 | *Orientation Status Following Traumatic Brain Injury as Assessed by the Orientation Log*<br>Paper presented at the American Psychological Association Division 40 meeting, Boston, Mass.<br>Marlyne Israelian M.A., Tom Novack Ph.D., & Elisabeth Glenn Psy.D. |

4

| 9/1999 | *Neuropsychological Performance and Cognitive Flexibility after Traumatic Brain Injury.* |
|---|---|
| | Paper presented at the American Psychological Association Division 40, Boston, Mass. |
| | Beverly Bush Ph.D., John Edwards Ph.D., Marlyne Israelian M.A. & Tom Novack. Ph.D. |

| 7/2/98 | *Functional Brain Imagery of Early Cognitive Processing in the Fetus* |
|---|---|
| | Poster presented at the International Society for the Study of Behavioral Development, Switzerland |
| | Eugene K. Emory, Marlyne K. Israelian, Marilyn E. Dickerson, Denis Raynor, & Kim Bard. |

| 11/1997 | *Chronic Effects of Maternal Cigarette Smoking on Patterns of Fetal Cerebral Blood Flow and Fetal Movement* |
|---|---|
| | Poster presented at the National Academy of Neuropsychology Meeting, Las Vegas, Nevada |
| | Awarded Best Student Poster |
| | Marlyne K. Israelian, Margaret E Spauve, & Eugene K. Emory |

| 5/1996 | *Neonatal Hypothalamic-Pituitary-Adrenocortical Response to Repeated Stressors: Ethnic Differences in Temperament* |
|---|---|
| | **Poster presented at the** National Institute of Mental Health Conference for Advancing Research on Developmental Plasticity, Chantilly, Virginia |
| | Marlyne K. Israelian, & Eugene K. Emory. |

| 10/1994 | *Neonatal HPA Activity in Response to Repeated Stressful Stimulation: Evidence for 1 Trial Contextual Learning in Newborn Infants* |
|---|---|
| | Poster presented at the Society for Psychophysiology Research, Atlanta, GA |
| | Marlyne K. Israelian, & Eugene K. Emory |

## PUBLICATIONS

Brenneman, M., Morris, R, & Israelian, M (in press). *Language Preference and its Relationship with Reading Skills in English and Spanish.* Psychology in the Schools. John Wiley & Sons Inc.

Cirino, P; Israelian, M; Morris, M; Morris M (2005). *Exploration of the Double-Deficit Hypothesis in Adults Referred for Learning Difficulties.* Journal of Learning Disabilities, Vol 38 (1), 29-43

Israelian, Marlyne K. (2000). *Patterns of Fetal Movement and Habituation as Predictors of Postnatal Anthropometric Measures and Neurobehavioral Outcome.* Unpublished Doctoral Dissertation, Emory University.

Israelian, Marlyne K; Novack, Thomas A; Glen, Elizabeth T; Alderson, Amy L (2000). *Changes in orientation during acute rehabilitation after traumatic brain injury.* Rehabilitation Psychology. Vol 45(3), 284-291.

Israelian, M.K. (1998). *Neonatal Hypothalamic-Pituitary-Adrenocortical Response to Repeated Stressful Stimulation in the First 24-Hours of Life.* Unpublished Masters Thesis, Emory University

Emory, E.K., & Israelian, M.K. (1998). *Biobehavioral Profiles Related to Stress Reactivity and Ethnic Variation.* In Hann, D.M., Huffman, L.C., Lederhendler, I., & Meinecke, D. Advancing research on developmental plasticity: Integrating the behavioral Science and neuroscience of mental health. (DHHS Publication No. NIH 98) Washington DC: US Government Printing Office.

Emory, E.K., & Israelian, M.K. (1998). *Prenatal Cognitive Development.* In Soracci, S.A. & McIlvane, W.J. (Eds.). Perspectives on Fundamental Processes in Intellectual Functioning. Ablex: Norwood, NJ

Hiscock, M., Israelian, M.K., Inch, R., Jacek, C., & Hiscock-Kalil, C. (1995*). Is there a sex difference in human laterality? An exhaustive survey of visual laterality studies from six neuropsychology journals.* Journal of Clinical and Experimental Neuropsychology, Vol. 17, 590-610.

# Bhushan S. Agharkar, M.D.

## Mailing Address

57 Executive Park South, Suite 360
Atlanta, Georgia 30329
404.636.0054
agharkar@cpsatl.com
www.cpsatl.com

**Professional Experience:**

Comprehensive Psychiatric Services of Atlanta, July 2005-present
Atlanta, GA 30329
Private Practice

Emory University School of Medicine, July 2005-present
Atlanta, GA 30322
Voluntary Clinical Faculty

Morehouse School of Medicine, August 2005-present
Atlanta, GA 30310
Assistant Professor
Associate Residency Training Director
Course Director, *Patient Evaluation and Treatment I and II*
Course Director, *Business of Medicine*
Co-Course Director, *Forensic Psychiatry*
Faculty Advisor, *Resident Journal Club*
Member, *Residency Training and Admissions Committee*

Georgia State University Student Health Services, August 2007-present
Atlanta, GA 30303
Psychiatrist

Georgia Tech Student Health Services, March-May 2007
Atlanta, GA 30313
Psychiatrist

Skyland Trail, July 2006-January 2007
Atlanta, GA 30319
Interim Medical Director

DeKalb Community Service Board, July 2005-February 2007
Decatur, GA 30031
Staff Psychiatrist

**Education:**

Emory University School of Medicine, 2004-2005
Department of Psychiatry and Behavioral Sciences
Atlanta, GA 30322

Forensic Psychiatry Fellowship

Emory University School of Medicine, 2000-2004
Department of Psychiatry and Behavioral Sciences
Atlanta, GA 30322
Adult Psychiatry Residency
Chief Resident at Emory University Hospitals, 2003-2004

State University of New York Health Science Center
        (SUNY HSC) at Syracuse, 1996-2000
Syracuse, NY 13210
Doctor of Medicine degree, May 2000

Case Western Reserve University (CWRU), 1993-1996
Cleveland, OH 44106
Grade Point Average 3.83 (A= 4.00)
BA in Psychology, senior *in absentia* privilege
Magna Cum Laude

## Certification and Licensure:
Diplomate in Adult Psychiatry, American Board of Psychiatry and Neurology
Diplomate in Forensic Psychiatry, American Board of Psychiatry and Neurology
Georgia Medical License

## Research Experience and Publications:
- "Improving Cognition and Treatment Outcomes in Schizophrenia" Bhushan S. Agharkar, MD [The Psychiatry Report 2004; 2(1): 24-34]

- "Violence While on SSRIs – a Litigation Perspective" poster presentation at American Academy of Psychiatry and the Law conference, October 22, 2004

- "Prescribing Conventional Antipsychotics at Two Veterans Administration Hospitals: Are There Geographical Differences?"
Prakash S. Masand, MD, Monica Arora, MD, Thomas L. Schwartz, MD, Anil Sharma, MD, Xiaohong Wang, MD, Subhash Bhatia, MD, Jacob Manjooran, MD, William Hardoby, MD, Subhdeep Virk, MD, Daniel J. Kuhles, MPH, Bhushan Agharkar, BA, and Sanjay Gupta, MD [CNS Spectrums 2001; 6(11): 894-896]

- 
"Prescribing Conventional Antipsychotics in the Era of Novel Antipsychotics: Informed Consent Issues"
Prakash S. Masand, Thomas L. Schwartz, Xiaohong Wang, Daniel J. Kuhles, Sanjay Gupta, Bhushan Agharkar, Jacob Manjooran, M. Ahmad Hameed, William Hardoby, Subhdeep Virk, and Bradford Frank. [Am J Ther 2002 Nov-Dec; 9(6):484-7]
- Research Assistant in Neuropsychiatry lab working on the solubilization of the 5-HT2A receptor under Brian Roth, M.D., Ph.D., at Case Western Reserve University (20 hrs/wk, fall 1995)

2

- Summer Research Fellow in Retrovirology lab under Bernard Poiesz, M.D., at SUNY HSC at Syracuse (40 hrs/wk, 5/1995-8/1995)

- Research Assistant at CWRU, Department of Neurology, Division of Clinical Research (3-5 hrs/wk,1993-1994)

## Presentations:
- *Suicide Risk Assessment*, Nepalese Association in Southeast America Convention, Atlanta, GA, September 1, 2007
- *History of Executions and the Role of Psychiatry*, Grand Rounds, Morehouse School of Medicine, Department of Psychiatry and Behavioral Sciences, Atlanta, GA, November 8, 2006
- *The Curious History of Lethal Injection*, J. Willis Hurst History of Medicine Symposium, Emory University School of Medicine, Atlanta, GA, October 13, 2006
- *Schizophrenia*, Continuing Education lecture, United Behavioral Healthcare, Atlanta, GA, September 28, 2006

## Consultations:
- Georgia Tech Athletic Department
- Federal Bureau of Investigation
- Cobb County School District
- Emory University Hospitals

## Professional Society Memberships:
- American Psychiatric Association
- American Academy of Psychiatry and the Law
- Georgia Psychiatric Physicians Association
- American Association of Directors of Psychiatric Residency Training

## Awards and Honors:
- Phi Beta Kappa
- Honorable Mention, The Joe and Hope Skobba Memorial Award Resident Research Competition, 2005
- Emory University Department of Psychiatry Resident Teaching Award, 2004
- State Farm Foundation Scholarship Recipient (through National Merit Scholarship Corporation), 1993-1997
- Presidential Scholarship Recipient at Case Western Reserve University, 1993-1996
- Psi Chi, National Honor Society in Psychology
- Dean's High Honors List at CWRU, 1993-1996
- Who's Who in American Colleges and Universities, 1996
- USAA All-American Scholar-Athlete, 1995

## Leadership, Teaching and Community Service:
- Skyland Trail, Professional Advisory Board
- Georgia Psychiatric Physicians Association (GPPA) Board of Trustees 2006-present
- GPPA Board of Trustees Early Career Psychiatrists Committee, Chair 2004-present

3

- GPPA Board of Trustees Public Affairs Committee, Chair 2005-present
- GPPA Ethics Committee, Member 2007-present
- GPPA co-representative to the Medicare Carrier Advisory Committee, 2003-2004
- Developed, organized and taught weekly seminar series in psychodynamic psychotherapy for medical students in Emory Psychiatry rotations, 2003-2004
- APA ECP Advocacy/Leadership Fellow, 2004
- Emory MIT Trustee to the GPPA Board of Trustees, 2003-2004
- Emory Psychiatry Residents Political Action Committee, Chair 2002-2003
- Co-editor of BMM's *Vritta*, national Marathi youth newsletter, 1998
- Blackwell Science Publications, Reviewer 2001-present

4