# EXHIBIT B



The
**Bode**
**Technology Group, Inc.**
A ChoicePoint® Company

February 17, 2006

There are a number of exciting things happening these days at Bode Technology Group and I want to take this opportunity to update you on the latest news.

At Bode, we take tremendous pride in offering the highest quality DNA and forensic products and services. So I am pleased to announce that we've recently received ISO/IEC 17025 accreditation for both our DNA services and forensic biology from Forensic Quality Services-*International* Division*. This accreditation is awarded to those organizations in our industry that not only meet all of the FBI's quality assurance standards but also establish and maintain the highest quality management and administrative processes and procedures.

In addition, I would like to provide you with information regarding our contract with the Illinois State Police (ISP). As we shared with you previously, the Illinois State Police announced in August 2005 their intent to terminate their contract with Bode. At the time of that announcement, there was significant publicity and some suggestions that the decision was made because of the quality of our work. The concern that the ISP had was related to the sperm searches we performed, not our DNA analysis. We worked closely with the ISP to address their concerns while ensuring our ability to provide the very best possible service. Unfortunately, the ISP ultimately decided to cancel the contract but I am pleased to inform you that we have no outstanding issues with the ISP.

While we regret the loss of the contract, of even greater concern to us are the inaccurate reports claiming that we had not performed to the high standards for which we are known and have built our reputation as one of the most trusted and respected DNA companies in the U.S. Even though we had made several changes while working with the ISP to address their concerns, we wanted to be sure we were continuing to provide the very best service possible. Therefore, we took it upon ourselves to undertake a comprehensive review of our forensic biology operations.

Based on this review, we found an opportunity to strengthen the leadership team overseeing our laboratory operations. To that end, we recruited Katherine Butler, a forensic scientist with the Virginia Department of Forensic Sciences, to serve as our new Forensic Biology Technical Leader. Before joining Bode, Katherine spent four years with Virginia DFS and was responsible for Forensic Biology and PCR-based STR analysis. A graduate of Virginia Commonwealth University with a Masters in Forensic Science, she is in her second year as an Assistant Professorial Lecturer of Forensic Science at The George Washington University in Washington D.C., teaching graduate level courses in Forensic Molecular Biology and Forensic Biology.

Under her leadership, we initiated a thorough review of all forensic biology protocols that resulted in several additional improvements. After completing the validations studies and finalizing the revised protocols in November 2005, we launched a comprehensive program to retrain our analysts in these improved forensic biology protocols.

2

In the months since the publicity about the Illinois contract, we have worked hard to keep all of our customers fully informed about various developments, and to address any questions or concerns some of you may have had about our procedures. We continue to be the DNA service provider of choice for many of the nation's most prestigious organizations and law enforcement agencies, and we very much appreciate and look forward to our continued partnership with your organization.

If I can provide you with any additional information, please don't hesitate to let me know.

Best regards,

Maureen M. Loftus
General Manager
The Bode Technology Group

          

\* To obtain a copy of our ISO/IEC 17025 certificate and the audit scope document please go to http://www.forquality.org/accreditation.htm#Bode  .