IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

MEIER JASON BROWN            :
                             :      CIVIL ACTION
      vs.                    :      No. CV407-085
                             :
UNITED STATES OF AMERICA     :      CRIMINAL ACTION
                                    No. CR403-001

PETITIONER'S NOTICE OF INTENT
TO FILE REPLY TO THE GOVERNMENT'S
RESPONSE IN OPPOSITION TO
MOTION FOR EVIDENTIARY HEARING

Comes now, MEIER JASON BROWN, Petitioner in the above-styled

action, by and through undersigned counsel and, pursuant to Local Rule 7.6,

hereby serves Notice of Intent to File a Reply to the Government's Response to

Petitioner's previously filed Motion for Evidentiary Hearing (CV Doc. 53).

Dated this the 11th day of July, 2008.

Respectfully submitted,


*s/Jeffrey L. Ertel*
JEFFREY L. ERTEL
State Bar No. 249966
FEDERAL DEFENDER PROGRAM, INC.
100 Peachtree Street, Suite 1700
Atlanta, Georgia 30303
(404) 688-7530
jeff_ertel@fd.org

ATTORNEY FOR MR. BROWN

2

CERTIFICATE OF SERVICE

I, hereby certify that this Notice of Intent to Reply to Government's

Response in Opposition to Motion for Evidentiary Hearing has been electronically

filed and served upon counsel for the Government at the following address:

Amy Lee Copeland, Esq.
Assistant United States Attorney
P.O. Box 8970
Savannah, Georgia 31412

Dated, this the 11th day of July, 2008.


*s/Jeffrey L. Ertel*