IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| MEIER JASON BROWN | : | |
| | : | CIVIL ACTION |
| vs. | : | No. CV407-085 |
| | : | |
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | No. CR403-001 |

SUPPLEMENT TO MOTION FOR LEAVE TO
CONDUCT DISCOVERY IN LIGHT OF
GOVERNMENT'S RESPONSES

Comes now, MEIER JASON BROWN, Petitioner in the above-styled

action, by and through undersigned counsel, and hereby Supplements his Motion

For Leave to Conduct Discovery in Light of the Government's Responses.

In its Response to Petitioner's Motion for Evidentiary Hearing and to

Expand the Record, the government states:

> First, Brown has submitted for inclusion in the record, a
> "draft affidavit of Bobbye Gerard (unsigned)." The
> government has been informed that Gerard has no
> intention of signing that affidavit, so the Court should
> strike it and not consider it in its resolution of this case.

DOC # 56 p. 2.[1]  Petitioner notes that although the government has learned that Ms. Gerard is not going to sign the affidavit, the government does not assert that Ms. Gerard has indicated anything in the affidavit is untrue.

Petitioner (through undersigned counsel and his representatives) has spoken with Ms. Gerard, and based on that conversation has drafted the affidavit that he sent to her.  Ms. Gerard indicated that she would sign the affidavit (Appendix A, attached hereto) and return it to counsel.  However, after that conversation, Petitioner has not been able to contact Ms. Gerard although he has made diligent efforts.  *See*, Appendix B and C, attached hereto (Affidavits of Calie Jones and Larry Bowles).

Given these facts and circumstances, Petitioner submits this Supplement to his previously filed Motion to Conduct Discovery and hereby requests that this Court permit him to take the deposition of Ms. Gerard.

---

[1]  The government makes a similar assertion in its Comprehensive Response to Petitioner's Motion Pursuant to 28 U.S.C. §2255.  *See*, DOC # 54, p. 51, n. 15 ("Brown relies partly on the unsigned affidavit of Bobbye Gerard, who formerly worked Bell's secretary. [CV Doc 51-Pgs 28-29, n. 19] The government understands that Gerard refuses to sign that affidavit. Thus, the Court should strike it and not consider its contents in this proceeding.").

WHEREFORE, Petitioner respectfully requests that this Court grant leave to conduct discovery which would include, in addition to that discovery already requested, permission to depose Ms. Bobbye Gerard.

Dated, this the 28th day of July, 2008.

Respectfully submitted,


*s/Jeffrey L. Ertel*
JEFFREY L. ERTEL
State Bar No. 249966

FEDERAL DEFENDER PROGRAM, INC.
100 Peachtree Street
Suite 1700
Atlanta, Georgia 30303
(404) 688-7530
jeff_ertel@fd.org

ATTORNEY FOR MR. BROWN
*Pro Hac Vice*

CERTIFICATE OF SERVICE

I, hereby certify that the foregoing has been electronically filed and served

upon counsel for the Government at the following address

>Amy Lee Copeland, Esq.
>Assistant United States Attorney
>P.O. Box 8970
>Savannah, Georgia 31412

Dated, this the 28th day of July, 2008.


>*s/Jeffrey L. Ertel*