IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

MEIER JASON BROWN          :
                           :        CIVIL ACTION
        vs.                :        No. CV407-085
                           :
UNITED STATES OF AMERICA   :        CRIMINAL ACTION
                           :        No. CR403-001

SUPPLEMENT TO MOTION FOR EVIDENTIARY
HEARING AND/OR TO EXPAND THE RECORD

Comes now, MEIER JASON BROWN, Petitioner in the above-styled

action, by and through undersigned counsel, and hereby requests to Supplement

his previously filed Motion for Evidentiary Hearing and/or to Expand the Record,

and shows:

1.  Petitioner, on May 12, 2008, submitted a Motion for Evidentiary Hearing

and/or to Expand the Record.  Doc. 53.  As part of that Motion, Petitioner attached

two unsigned declarations of Kevin McNally as appendices.  (*Id*. Appendix 9 &

10).  In its Response to Petitioner's Motion for Evidentiary Hearing and to Expand

the Record, the government asserts

> Brown has submitted for inclusion in the record a copy of the
> declaration of Kevin McNally dated December 5, 2007, and a copy of
> the declaration of Kevin McNally dated December 20, 2007. [Mot-
> Pgs 6-7] These documents were prepared for use in another case; the
> latter document states that the affiant was "asked by counsel for

Damion Hardy to provide information to the  Court. . . ." [Mot-App 10 at Pg 2] The documents also are unsigned, although the  December 5 declaration does reflect "/s/ Kevin McNally." [Mot-App 9 at Pg 3] As with the Gerard affidavit, the government asks the Court to strike these declarations and not consider them in its resolution of the case.

Doc. 56 pp. 2-3.

2.  The government is correct.  The originally submitted declarations were unsigned and were drafted for another case.  They were offered as a proffer here of what could be shown by Petitioner.  Given the Government's objection thereto, however, Petitioner has now obtained signed declarations from Mr. McNally and moves to substitute them for the previously filed unsigned declarations. (Appendix A & B, attached hereto).

3.  In his original Motion to Vacate and his Comprehensive Brief, Petitioned argued trial counsel rendered ineffective assistance for a number of reasons including eliciting erroneous and misleading testimony about Petitioner that was actually attributable to his brother, Ralton.  Specifically, trial counsel presented Vanessa Parker during the penalty phase of the trial who testified, to among other things:  as a school social worker, she spoke with Meier's mother to assist the family in getting medication for Meier that he needed to take every day in school in order to do better; Meier was in an alternative school; Meier was an angry child. CR. Doc. 293 p. 1133.

2

4.  The government, in its Comprehensive Response, asserts "Brown assumes that Parker was describing his brother, Ralton, instead of him – although Brown does not support his assumption with any cites to the record or an affidavit."  DOC 54 p. 38.  Given the government's assertion, Petitioner hereby Supplements his previously filed Motion for Evidentiary Hearing and/or to Expand the Record to include the signed affidavit of Sara Flynn (Appendix C attached hereto) which demonstrates that Ms. Parker was indeed mistaken in her testimony about Petitioner.

WHEREFORE, Petitioner respectfully Supplements his previously filed Motion for Evidentiary Hearing with the attached Affidavits of Kevin McNally, and Sara Flynn.

Dated, this the 28th day of July, 2008.

Respectfully submitted,


*s/Jeffrey L. Ertel*
JEFFREY L. ERTEL
State Bar No. 249966

FEDERAL DEFENDER PROGRAM, INC.
100 Peachtree Street
Suite 1700
Atlanta, Georgia 30303
(404) 688-7530
jeff_ertel@fd.org

ATTORNEY FOR MR. BROWN
*Pro Hac Vice*

CERTIFICATE OF SERVICE

I, hereby certify that the foregoing has been electronically filed and served

upon counsel for the government as follows:

Amy Lee Copeland, Esq.
Assistant United States Attorney
P.O. Box 8970
Savannah, Georgia 31412

Dated, this the 28th day of July, 2008.


*s/Jeffrey L. Ertel*