IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

MEIER JASON BROWN                  :
                                   :     CIVIL ACTION
     vs                            :     No 4:07-cv-85
                                   :     CRIMINAL ACTION
UNITED STATES OF AMERICA     :     4:03-cr-001
                                   :

MOTION TO WITHDRAW AS COUNSEL OF RECORD

1.  This is a capital habeas corpus action filed pursuant to 28 U.S.C. § 2255. This Court appointed undersigned counsel to represent Petitioner in this action. 403CR001, Doc. # 327, 328.

2.  On February 4, 2008, this Court referred to the United States Attorney, for criminal prosecution purposes, the matter of whether undersigned counsel had knowingly and willfully violated Local Rule 83.8.  After receiving a written recommendation from the United States Attorney, a copy of undersigned counsel's voluntary deposition, and an FBI report regarding this matter, this Court entered an Order finding probable cause that undersigned counsel violated Rule 83.8, directing that a show cause hearing be held, and appointing the United States Attorney to prosecute this case.

3.  Undersigned counsel has the ethical responsibility to investigate whether

the Government violated Petitioner's federal constitutional rights in the prosecution of the criminal case against Petitioner and whether other trial court errors tainted the conviction.  Upon discovering any such violations, undersigned counsel has the ethical responsibility zealously to present such claims for relief. In so doing, undersigned counsel would be required to accuse the United States Attorney's Office of wrongful acts or omissions during the prosecution of Petitioner and to point out errors committed by the trial court in the proceedings that led to his conviction.

4.  Undersigned counsel is advised by his counsel that by accusing the Government and/or this Court of any wrongful acts or omissions occurring during the prosecution of Petitioner he is acting directly contrary to his own personal and professional interests *vis-a-vis* the contempt proceedings that have been initiated in this Court.  *See United States v. McLain*, 823 F.2d 1457 (11th Cir. 1987). Undersigned counsel has been advised by counsel that it is necessary that he move to withdraw as counsel for Petitioner.

WHEREFORE, undersigned counsel respectfully requests that this Court enter an Order relieving undersigned counsel, Jeffrey L. Ertel, of any further

2

responsibility as appointed counsel for Petitioner.[1]

Dated, this the 8th day of August, 2008,

Respectfully submitted,


*s/Jeffrey L. Ertel*
JEFFREY L. ERTEL
State Bar No. 249966

FEDERAL DEFENDER PROGRAM, INC.
100 Peachtree Street
Suite 1700
Atlanta, Georgia 30303
(404) 688-7530
jeff_ertel@fd.org

ATTORNEY FOR MR. BROWN
*Pro Hac Vice*

---

[1]In the alternative, this Court could hold further proceedings in this case in abeyance until the contempt issue is resolved.

CERTIFICATE OF SERVICE

I, hereby certify that a true and correct copy of the foregoing has been served upon counsel for Respondent, by placing a copy of same in the United States Mail, first class postage prepaid and addressed as follows:

> Amy Lee Copeland, Esq.
> Assistant United States Attorney
> P.O. Box 8970
> Savannah, Georgia 31412

Dated, this the 8th day of August, 2008.


*s/Jeffrey L. Ertel*