# UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) | CR 403-001 |
| --- | --- | --- |
| | ) | CV 407-085 |
| v. | ) | |
| | ) | |
| MEIER JASON BROWN | ) | |

## ORDER

This Court referred to the Office of the United States Attorney for investigation possible misconduct by defense counsel Jeffrey Ertel in contacting jurors without court authorization in the Brown death penalty case. That office submitted a recommendation to this Court and as a result a show cause hearing on the issue of criminal contempt was scheduled. Upon review of the briefs and submissions of the parties, and with the consent of counsel for the parties, the Court now enters the following Order.

The Court finds that attorney Jeffrey Ertel improperly contacted trial court jurors in the Brown case in violation of Local Rule 83.8 because he was negligent in consulting this Court's Local Rules. The Court does find, however, that Ertel was forthright and contrite in admitting that he violated the Local Rules of this Court. Therefore, it is Ordered that attorney Jeffrey Ertel is publicly reprimanded for his misconduct.

As further remedy for his misconduct, it is Further Ordered that Mr. Ertel write a letter of apology to each juror contacted and submit such letters to the Clerk of Court for transmission. The Court intends to provide an accompanying letter that will also be sent to each juror.

It is Further Ordered that reasonable and necessary costs and fees in the amount of $2,500.00 be awarded to the United States for the time and resources spent by the Office of the United States Attorney in investigating and pursuing the issues created by Mr. Ertel's

misconduct. The check should be made payable to the U.S. Treasury and remitted to the Office of the United States Attorney.

In light of the resolution set forth in this Order, the show cause hearing scheduled for October 1, 2008 is hereby cancelled.

SO ORDERED this 30th day of September, 2008.

_____
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA