Completed "Authorized" Federal Death Penalty Cases

|   | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | **Def Name** | **D Ct Docket #** | **Status of Case** | **Def Sex** | **Def Race** | **Vic Sex** | **Vic Race** |
| 2 | Crummie, Chedrick | S.D. FL CR No. 93-252-CR-UUB | Acquittal | M | B | M | B |
| 3 | Mack, Edward Alexander | S.D. FL CR No. 93-252-CR-UUB | Acquittal | M | B | M | B |
| 4 | Rozier, Kevin Denard | S.D. FL CR No. 93-252-CR-UUB | Acquittal | M | B | M | B |
| 5 | Alejandro, Joel Rivera | D. PR CR No. 99-044 (SEC) | Acquittal | M | H | M | H |
| 6 | Martinez, Hector Acosta | D. PR CR No. 99-044 (SEC) | Acquittal | M | H | M | H |
| 7 | Castillo, Mario | C.D. CA CR No. 99-83-(A)-DT | Acquittal | M | H | M | H |
| 8 | Jacobo, Gerardo | C.D. CA CR No. 99-83-(A)-DT | Acquittal | M | H | M | H |
| 9 | Church, Walter Lefight | W.D. VA CR No. 00-CR-104 | Acquittal | M | W | M | W |
| 10 | Jones, Luke | D. CT CR No. 00-CR-238 | Acquittal | M | B | M | B |
| 11 | Gilmore, Charles Wesley | W.D. VA CR No. 00-CR-104 | Acquittal | M | W | F | W |
| 12 | Henderson, Darryl | S.D. NY No. 1:02-CR-00451-MBM | Acquittal | M | B | F | B |
| 13 | Rivera, Denis | E.D. VA CR No. 04-CR-283 | Acquittal | M | H | F | H |
| 14 | Garcia-Orellana, Oscar Alexander | E.D. VA CR No. 04-CR-283 | Acquittal | M | H | F | H |
| 15 | Mathis, Ronald Eugene | M.D. FL CR No. 91-301-CR-T (18) (A) | Authorization withdrawn | M | B | M | B |
| 16 | Brown, Oliver | E.D. LA CR No. 92-468 | Authorization withdrawn | M | B | M | B |
| 17 | Carrington, Arleigh | M.D. GA CR No. 92-82MAC-WDO | Authorization withdrawn | M | B | M | B |
| 18 | Chatfield, Tony | M.D. GA CR No. 92-82MAC-WDO | Authorization withdrawn | M | B | M | B |
| 19 | Goldston, Anthony | D. DC CR No. 92-CR-284-01 | Authorization withdrawn | M | B | M | B |
| 20 | Green, William | E.D. LA CR No. 92-468 | Authorization withdrawn | M | B | M | B |
| 21 | Harris, Mario | D. DC CR No. 92-CR-284-01 | Authorization withdrawn | M | B | M | B |
| 22 | Hoyle, Mark | D. DC CR No. 92-CR-284-01 | Authorization withdrawn | M | B | M | B |
| 23 | McCollough, John | D. DC CR No. 92-CR-284-01 | Authorization withdrawn | M | B | M | B |
| 24 | Thomas, Vernon | E.D. VA CR No. 3-92-CR- 68 | Authorization withdrawn | M | B | M | B |
| 25 | Tidwell, Tyrone | E.D. PA CR No. 94-353 | Authorization withdrawn | M | B | M | B |
| 26 | Acosta, John Lefty | D. NM CR No. 95-538-MV | Authorization withdrawn | M | H | M | H |
| 27 | DesAnges, Omar | W.D. VA CR No. 95-00046RH | Authorization withdrawn | M | B | M | B |
| 28 | Martin, Roy Ray | N.D. TX CR No. 5-95-CR- 0017-C (Cummings) | Authorization withdrawn | M | W | M | B |
| 29 | Mungia, Eli Trevino | N.D. TX CR No. 5-95-CR-0017-C | Authorization withdrawn | M | H | M | B |
| 30 | Mungia, Ricky Rivera | N.D. TX CR No. 5-95-CR-0017-C | Authorization withdrawn | M | H | M | B |
| 31 | Peng, You Zhong | E.D. NY CR No. 95 0870 | Authorization withdrawn | M | A | F | A |
| 32 | Williams, Jerry | D. MD CR No. WMN 97-0355 | Authorization withdrawn | M | B | M | B |
| 33 | Westmoreland, Guy | S.D. IL CR No. 98-30022- WDS | Authorization withdrawn | M | W | F | W |
| 34 | Lewis, Deandre | S.D. IL CR No. 98 30022 WDS | Authorization withdrawn | M | B | F | W |
| 35 | Marrero, Jose Rodriguez | D. PR CR No. 97-284 (JAF) | Authorization withdrawn | M | H | M | H |
| 36 | Pena-Gonzalez, Nicholas | D. PR CR No. 97-284 (JAF) | Authorization withdrawn | M | H | M | H |

Completed "Authorized" Federal Death Penalty Cases

|  | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 37 | Perez, Luis Gines | D. PR CR No. 98-164 (DRD) | Authorization withdrawn | M | H | M | H |
| 38 | Perez, Ricardo Melendez | D. PR CR No. 98-164 (DRD) | Authorization withdrawn | M | H | M | H |
| 39 | McIntosh, Richard | C.D. CA CR No. 02-00938-GHK | Authorization withdrawn | M | W | M | B |
| 40 | Knorr, Carl | C.D. CA CR No. 02-00938-GHK | Authorization withdrawn | M | W | M | B |
| 41 | Williams, Xavier | S.D. NY CR No. 00-CR-1008 | Authorization withdrawn | M | B | M | B |
| 42 | Best, Jason | N.D. IN CR No. 2:00CR171RL | Authorization withdrawn | M | B | M | B |
| 43 | Sahakian, David Michael | S.D. IL No. 99-40044 | Authorization withdrawn | M | W | M | B |
| 44 | Lien, David | N.D. CA CR No. 01-CR-20071 | Authorization withdrawn | M | A | M | A |
| 45 | Canty, Raymond | E.D. MI CR No. 01-80571 | Authorization withdrawn | M | B | M | B |
| 46 | Mitchell, Eugene | E.D. MI CR No. 01-80571 | Authorization withdrawn | M | B | M | B |
| 47 | Green, Darryl | D. MA CR No. 02-CR-10301 | Authorization withdrawn | M | B | M | B |
| 48 | Morris, Branden | D. MA CR No. 02-CR-10301 | Authorization withdrawn | M | B | M | B |
| 49 | Foster, Aaron Demarco | D. MD CR No. 02-CR-410 | Authorization withdrawn | M | B | M | B |
| 50 | Stinson, John William | C.D. CA CR No. 02-00938-GHK | Authorization withdrawn | M | W | M | W |
| 51 | Terflinger, Richard Lloyd | C.D. CA No. 02-00938-GHK | Authorization withdrawn | M | W | M | W |
| 52 | Griffin, Robert Lee | C.D. CA CR No. 02-00938-GHK | Authorization withdrawn | M | W | M | W |
| 53 | McElhiney, Michael Patrick | C.D. CA No. 02-00938-GHK | Authorization withdrawn | M | W | M | W |
| 54 | Chance, David Alan | C.D. CA CR No. 02-00938-GHK | Authorization withdrawn | M | W | M | W |
| 55 | Schwyhart, Jason Lee | C.D. CA No. 02-00938-GHK | Authorization withdrawn | M | W | M | B |
| 56 | Mitchell, Willie Edward | D. MD No. 1:04-CR-00029-MJG | Authorization withdrawn | M | B | M | B |
| 57 | Harris, Shelton Lee | D. MD No. 1:04-CR-00029-MJG | Authorization withdrawn | M | B | M | B |
| 58 | Gardner, Shawn Earl | D. MD No. 1:04-CR-00029-MJG | Authorization withdrawn | M | B | M | B |
| 59 | Hall, Eric | D. MD No. JFM-04-0323 | Authorization withdrawn | M | B | M | B |
| 60 | Gladding, Noah | W.D. NY No. 6:05-CR-06166-CJS | Authorization withdrawn | M | W | M | W |
| 61 | Peterson, Aquil | N.D. CA No. 05-00324-MMC | Authorization withdrawn | M | B | M | B |
| 62 | Burton, Harry | D. MD No. 1:07-CR-00149-WDQ | Authorization withdrawn | M | B | F | B |
| 63 | Murray, Michael | M.D. PA CR No. 92-200 | Authorization withdrawn at trial | M | B | M | B |
| 64 | Wyrick, Kevin | W.D. MO CR No. 94-00194-01 | Authorization withdrawn at trial | M | W | M | W |
| 65 | Locust, Jeremiah | W.D. NC CR No. 2:98CR185 | Authorization withdrawn at trial | M | NA | M | W |
| 66 | Thomas, Keoin | N.D. IN CR No. 2:01 CR 073 JM | Authorization withdrawn at trial | M | B | M | W |
| 67 | McMillian, Christopher | N.D. NY CR No. 3:00 CR-269 | Authorization withdrawn at trial | M | B | M | B |
| 68 | Williams, Vincent | E.D. PA CR No. 01-CR-512 | Authorization withdrawn at trial | M | B | F | B |
| 69 | Bodkins, Lanny Benjamin | W.D. VA CR No. 4:04-CR-70083-JLK | Authorization withdrawn at trial | M | W | M | B |
| 70 | Plunkett, Antoine | W.D. VA CR No. 4:04-CR-70083-JLK | Authorization withdrawn at trial | M | B | M | B |
| 71 | Cheever, Scott | D. KS CR No. 05-10050-01-06-MLB | Authorization withdrawn at trial | M | W | M | W |
| 72 | Hardy, Paul | E.D. LA CR No. 94-381 | Awaiting resentencing or retrial | M | B | F | B |

Completed "Authorized" Federal Death Penalty Cases

|    | A | B | C | D | E | F | G |
|----|---|---|---|---|---|---|---|
| 73 | Stitt, Richard Thomas | E.D. VA No. 2:98CR47 | Awaiting resentencing or retrial | M | B | M | B |
| 74 | Chandler, David Ronald | N.D. AL CR No. 90-CR-H-266-E | Clemency | M | W | M | W |
| 75 | Johnson, Corey | E.D. VA No. 3-92-CR-68 | Death row - 2255 | M | B | F | B |
| 76 | Roane, James | E.D. VA No. 3-92-CR-68 | Death row - 2255 | M | B | M | B |
| 77 | Tipton, Richard | E.D. VA No. 3-92-CR-68 | Death row - 2255 | M | B | M | B |
| 78 | Hall, Orlando C. | N.D. TX No. 4:94-CR-121-Y | Death row - 2255 | M | B | F | B |
| 79 | Webster, Bruce | N.D. TX No. 4:94-CR-121-Y | Death row - 2255 | M | B | F | B |
| 80 | Battle, Anthony | N.D. GA No. 1:95 CR 528 | Death row - 2255 | M | B | M | B |
| 81 | Hammer, David Paul | M.D. PA No. 4-96-CR-239 | Death row - 2255 | M | W | M | W |
| 82 | Johnson, Darryl Lamont | N.D. IL No. 96 CR 379 | Death row - 2255 | M | B | M | B |
| 83 | Paul, Jeffrey Williams | W.D. AR No. 6:96CR60022 | Death row - 2255 | M | W | M | W |
| 84 | Allen, Billie Jerome | E.D. MO No. 4:97 CR 0141 ERW (TCM) | Death row - 2255 | M | B | M | W |
| 85 | Holder, Norris G. | E.D. MO No. 4:97 CR 0141 ERW (TCM) | Death row - 2255 | M | B | M | W |
| 86 | Lee, Daniel Louis | E.D. AR No. LR-CR-97-243 | Death row - 2255 | M | W | F | W |
| 87 | Ortiz, Arboleda | W.D. MO No. 98- 00311-01/05-CR-W-2 | Death row - 2255 | M | B | M | H |
| 88 | Sinisterra, German | W.D. MO No. 98- 00311-01/05-CR-W-2 | Death row - 2255 | M | B | M | H |
| 89 | Higgs, Dustin | D. MD No. PJM-98- 0502 | Death row - 2255 | M | B | F | B |
| 90 | Vialva, Christopher Andre | W.D. TX No. W99CR070 | Death row - 2255 | M | B | F | W |
| 91 | Bernard, Brandon | W.D. TX No. W99CR070 | Death row - 2255 | M | B | F | W |
| 92 | Nelson, Keith D. | W.D. MO No. 99-CR-303-1 | Death row - 2255 | M | W | F | W |
| 93 | Jackson, Richard | W.D. NC No. 00-CR-74 | Death row - 2255 | M | W | F | W |
| 94 | Robinson, Julias Omar | N.D. TX No. 00-CR-260 | Death row - 2255 | M | B | M | H |
| 95 | Agofsky, Shannon Wayne | E.D. TX No. 1:03-CR 173 | Death row - 2255 | M | W | M | W |
| 96 | Purkey, Wesley Ira | W.D. MO No. 01-CR-308 | Death row - 2255 | M | W | F | W |
| 97 | Fulks, Chadrick | D. SC No. 02-CR-992 | Death row - 2255 | M | W | F | W |
| 98 | LeCroy, William Emmett | N.D. GA No. 02-CR-38 | Death Row - 2255 | M | W | F | W |
| 99 | Brown, Meier Jason | S.D. GA No. 403-01 | Death row - 2255 | M | B | F | W |
| 100 | Bourgeois, Alfred | S.D. TX No. 02-216 | Death row - 2255 | M | B | F | B |
| 101 | Davis, Len | E.D. LA No. 94-381 | Death row - Appeal | M | B | F | B |
| 102 | Barnette, Aquila Marcivicci | W.D. NC No. 3:97CR23-P | Death row - Appeal | M | B | M | W |
| 103 | Gabrion, Marvin | W.D. MI No. 1:99-CR-76 | Death row - Appeal | M | W | F | W |
| 104 | Johnson, Angela | N.D. IA No. 3:01-CR-03046-MWB | Death row - Appeal | F | W | M | W |
| 105 | Honken, Dustin | N.D. IA No.3:01-CR-03047-MWB | Death row - Appeal | M | W | M | W |
| 106 | Fell, Donald | D. VT 2:01-CR-12-01 | Death row - Appeal | M | W | F | W |
| 107 | Sampson, Gary | D. MA No. 01-CR-10384 | Death row - Appeal | M | W | M | W |
| 108 | Fields, Sherman Lamont | W.D. TX No. 01-CR-164 | Death row - Appeal | M | B | F | B |

Completed Cases - 8-25-08.xls

Completed "Authorized" Federal Death Penalty Cases

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 109 | Mitchell, Lezmond | D. AZ No. 01-CR-1062 | Death row - Appeal | M | NA | F | NA |
| 110 | Mikos, Ronald | N.D. IL No. 02-CR 137 | Death row - Appeal | M | W | F | W |
| 111 | Basham, Branden | D. SC No. 02-CR-992 | Death row - Appeal | M | W | F | W |
| 112 | Mikhel, Iouri | C.D. CA No. 02-220 (A)-NM | Death row - Appeal | M | W | F | W |
| 113 | Kadamovas, Jurijus | C.D. CA No. 02-220 (A)-NM | Death row - Appeal | M | W | F | W |
| 114 | Corley, Odell | N.D. IN No. 02-CR-116 | Death row - Appeal | M | B | F | W |
| 115 | Barrett, Kenneth Eugene | E.D. OK No. 04-100-M-S | Death row - Appeal | M | W | M | W |
| 116 | Bolden, Robert, Sr. | E.D. MO No. 4:02-CR 0557 CEF (AGF) | Death row - Appeal | M | B | M | W |
| 117 | Fields, Edward | E.D. OK No. 6:03-CR-00073 | Death row - Appeal | M | W | M | W |
| 118 | Lighty, Kenneth Jamal | D. MD No. 8:03-CR-00457-PJM | Death row - Appeal | M | B | M | B |
| 119 | Rodriguez, Alfonso, Jr. | D. ND No. 04-CR-55 | Death row - Appeal | M | H | F | W |
| 120 | Wilson, Ronell | E.D. NY No. 1:04-CR-01016-NGG | Death row - Appeal | M | B | M | B |
| 121 | Lawrence, Daryl | S.D. OH No. 2:05-CR-00011-GLF-1 | Death row - Appeal | M | B | M | W |
| 122 | Caro, Carlos David | W.D. VA No. 06 CR 00001 | Death row - Appeal | M | H | M | H |
| 123 | Montgomery, Lisa | W.D. MO No. 5:05-CR-06002-GAF | Death Row - Appeal | F | W | F | W |
| 124 | Lecco, George | S.D. WV No. 2:05-00107 | Death row - Appeal | M | W | F | W |
| 125 | Friend, Valeri | S.D. WV No. 2:05-00107 | Death row - Appeal | F | W | F | W |
| 126 | Jackson, David Lee | E.D. TX No. 1:06-CR-51 | Death row - Appeal | M | B | M | B |
| 127 | Hager, Thomas Morocco | E.D. VA No. 1:05-CR-00264-TSE | Death row - Appeal | M | B | F | W |
| 128 | McCullah, John Javilo | E.D. OK CR No. 1:92-032-S | Death Sen Vac & AW | M | W | M | W |
| 129 | Chanthadara, Bountaem | D. KS CR No. 94-10129-01 | Death Sen Vac & AW | M | A | F | A |
| 130 | Williams, George Travis | M.D. GA CR No. 1:92-CR-142 | Dismissal after notice by Judge | M | B | M | B |
| 131 | Ferebee, Donald | D. MD CR No. 96-96-2273 | Dismissal after notice by judge | M | B | M | B |
| 132 | Garcia, Efraim | E.D. MI CR No. 97-80727 | Dismissal after notice by judge | M | H | M | W |
| 133 | Colon-Miranda, Andres | D. PR CR No. 95-029 JAF | Dismissal after notice by Judge | M | H | M | H |
| 134 | Martinez-Velez, David Samuel | D. PR CR No. 95-029 JAF | Dismissal after notice by Judge | M | H | M | H |
| 135 | Rosario-Rodriguez, Edwin | D. PR CR No. 95-029 JAF | Dismissal after notice by Judge | M | H | M | H |
| 136 | Brown, Ricky Lee | N.D. WV CR No. 1:98CR34 | Dismissal after notice by judge | M | W | F | W |
| 137 | Brown, Barbara M. | N.D. WV CR No. 1:98CR34 | Dismissal after notice by judge | F | W | F | W |
| 138 | Ables, Janette A. | N.D. WV CR No. 1:98CR34 | Dismissal after notice by judge | F | W | F | W |
| 139 | Stewart, Charles Louis | W.D. KY CR No. 4:99-CR-11-M | Dismissal after notice by Judge | M | W | M | W |
| 140 | Gomez-Olmeda, David | D. PR CR No. 03-CR-73 | Dismissal after notice by judge | M | H | M | H |
| 141 | Pennington, Tiffany Dominique | W.D. KY CR No. 01-CR-35 | Dismissal after notice by Judge | M | B | F | W |
| 142 | Safarini, Zayd Hassan Abd Latif | D. DC CR No. 91-CR-504 | Dismissal after notice by judge | M | AR | M | I |
| 143 | Nelson, Brian | E.D. LA CR No. 02-CR-304 | Dismissal after notice by judge | M | B | M | W |
| 144 | Littrell, Gary Joe | C.D. CA No. 02-00938-GHK | Dismissal after notice by Judge | M | W | M | W |

Completed "Authorized" Federal Death Penalty Cases

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 145 | Hatten, Charles | S.D. WV CR No. 8:02-00232-02 | Dismissal after notice by judge | M | W | M | W |
| 146 | Karake, Francois | D. DC No. 02-CR-256 | Dismissal after notice by Judge | M | B | F | W |
| 147 | Nyaminani, Gregoire | D. DC No. 02-CR-256 | Dismissal after notice by Judge | M | B | F | W |
| 148 | Bimenyimana, Leonidas | D. DC No. 02-CR-256 | Dismissal after notice by Judge | M | B | F | W |
| 149 | Ball, Antwuan | D. DC CR No. 05-0100 (RWR) | Dismissal after notice by Judge | M | B | M | B |
| 150 | Wilson, David | D. DC CR No. 05-0100 (RWR) | Dismissal after notice by Judge | M | B | F | B |
| 151 | Lopez-Matias, Rodney | D. PR No. 06-368 (JAF) | Dismissal after notice by Judge | M | H | M | H |
| 152 | Riera-Crespo, Eduardo | D. PR No. 06-368 (JAF) | Dismissal after notice by Judge | M | H | M | H |
| 153 | Alers-Santiago, Raymond | D. PR No. 06-368 (JAF) | Dismissal after notice by Judge | M | H | M | H |
| 154 | Garza, Juan Raul | S.D. TX CR No. 93-009 | Executed | M | H | M | H |
| 155 | Jones, Louis | N.D. TX CR No. 6-95-CR-0015-C | Executed | M | B | F | W |
| 156 | McVeigh, Timothy James | D. CO CR No. 96-CR-68-M | Executed | M | W | F | W |
| 157 | Zambrano, Jesus | E.D. TX CR No. 9:91-CR4 | Guilty plea | M | H | M | W |
| 158 | Johnson, Darryl | W.D. NY CR No. 92-159-C | Guilty plea | M | B | M | B |
| 159 | O'Bryant, Lonnie | E.D. MI CR No. 92-81127 | Guilty plea | M | B | M | B |
| 160 | Perry, Wayne Anthony | D. DC CR No. 92-474 | Guilty plea | M | B | M | B |
| 161 | Williams, Michael | E.D. MI CR No. 92-81127 | Guilty plea | M | B | M | B |
| 162 | Wilkes, Charles | E.D. MI CR No. 92-81127 | Guilty plea | M | B | M | B |
| 163 | McCauley, Donzell M. | D. DC CR No. 94-121 | Guilty plea | M | B | M | W |
| 164 | Vest, James | W.D. MO CR No. 94-00037-04 | Guilty plea | M | W | M | H |
| 165 | Vest, Mark | W.D. MO CR No. 94-00037-04 | Guilty plea | M | W | M | H |
| 166 | Vest, Steven | W.D. MO CR No. 94-00037-04 | Guilty plea | M | W | M | H |
| 167 | Bonds, Andre | E.D. MO CR No. 4:95CR332 | Guilty plea | M | B | F | W |
| 168 | Chen, Fu Xin | E.D. NY CR No. 95 0870 | Guilty plea | M | A | F | A |
| 169 | Chen, Jia Wu | E.D. NY CR No. 95 0870 | Guilty plea | M | A | F | A |
| 170 | Damon, Marvin | E.D. VA CR No. 3:95CR45 | Guilty plea | M | B | M | B |
| 171 | Fleming, Lamont | E.D. NC CR No. 4:95-CR-41-1-H-2 | Guilty plea | M | B | M | B |
| 172 | Gist, Cory | E.D. NC CR No. 4:95-CR-41-1-H-2 | Guilty plea | M | B | M | B |
| 173 | Haworth, Richard | D. NM CR No. 95-491 LH | Guilty plea | M | W | M | H |
| 174 | Mazzini, Marcos | D. NM CR No. 95-538-MV | Guilty plea | M | H | M | B |
| 175 | Najar, Vincent | D. NM CR No. 95-538-MV | Guilty plea | M | H | M | B |
| 176 | Beckford, Devon Dale | E.D. VA CR No. 3:95CR00087 | Guilty plea | M | B | M | B |
| 177 | Bennett, Daniel Ray | C.D. CA CR No. 96-1140(A)-ER | Guilty plea | M | B | M | B |
| 178 | Cable, Donald Thomas | M.D. TN CR No. 3:96- 00004 | Guilty plea | M | W | F | W |
| 179 | Clary, Moses | D. NJ CR No. 96-576 (Rodriguez) | Guilty plea | M | B | F | W |
| 180 | Cuff, John | S.D. NY CR No. 96 CR 515 (MJW) | Guilty plea | M | B | M | B |

Completed "Authorized" Federal Death Penalty Cases

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 181 | Montanez, Ian Rosario | D. PR CR No. 96-001 (PG) | Guilty plea | M | H | M | H |
| 182 | Ortiz-Velez, Felix | M.D. PA CR No. 3-CR-96-005 (Rambo) | Guilty plea | M | H | M | H |
| 183 | Otero, Julio | M.D. PA CR No. 3-CR-96-005 | Guilty plea | M | H | M | H |
| 184 | Stanley, Edward | C.D. CA CR No. 96-1140(A)-ER | Guilty plea | M | B | M | B |
| 185 | Storey, Gregory | D. KS CR No. 96-40018-01-OES | Guilty plea | M | W | M | W |
| 186 | Walter, Abram | D. AK CR No. F96-026 (HRH) | Guilty plea | M | W | F | NA |
| 187 | Heatley, Clarence | S.D. NY CR No. 96 CR 515 (MJW) | Guilty plea | M | B | M | B |
| 188 | Holland, Charles | N.D. AL CR No. 96-B-0208-NE | Guilty plea | M | W | M | W |
| 189 | Lam, Tanh Huu | E.D. CA CR No. S 97-054-WBS | Guilty plea | M | A | F | A |
| 190 | Reader, Arthur Charles | E.D. TX CR No. 5:97 CR 15 | Guilty plea | M | B | F | B |
| 191 | Wooldridge, Steven W. | W.D. AR CR No. 4:97 CR 40013-001 | Guilty plea | M | W | F | W |
| 192 | Black, Douglas | D. CO CR No. 98-CR-196 | Guilty plea | M | W | M | W |
| 193 | Holloway, Tim | M.D. TN CR No. 3:96-00004 | Guilty plea | M | W | F | W |
| 194 | Kauffman, Christopher | S.D. IA CR No. 97 Wolle | Guilty plea | M | W | F | W |
| 195 | Llamas, Tamara | E.D. NC CR No. 7:97-CR-63-1-H | Guilty plea | F | W | F | W |
| 196 | McMahan, Jamie | S.D. IA CR No. 97 Wolle | Guilty plea | M | W | F | W |
| 197 | Pena, Richard | E.D. LA CR No. 97-CR-145 | Guilty plea | M | H | M | B |
| 198 | Rausini, Walder Pierre | N.D. CA CR No. 95-0319- SI | Guilty plea | M | H | M | W |
| 199 | Riddle, Steven | D. CO CR No. 98-CR-196 | Guilty plea | M | W | M | W |
| 200 | Wakefield, Jimmy Ray | E.D. NC CR No. 7:97-CR-63-1-H | Guilty plea | M | W | F | W |
| 201 | Abeln, Rick | S.D. IL CR No. 98-30022- WDS | Guilty plea | M | W | F | W |
| 202 | Rollack, Peter | S.D. NY CR No. S4 97 CR 1293 | Guilty plea | M | B | F | B |
| 203 | Dean, Chris | D. VT CR No. 2:98M0021 | Guilty plea | M | W | M | W |
| 204 | Santiago, Jose | S.D. NY CR No. 98-CR- 290 | Guilty plea | M | H | M | H |
| 205 | Chong, Richard Lee Tuck | D. HI CR No. 98-00416 ACK | Guilty plea | M | A | M | O |
| 206 | Lane, Robert | D. MD CR No. L-98-73 | Guilty plea | M | B | M | W |
| 207 | Bullock, Joseph | E.D. VA CR No. 3:98CR150 | Guilty plea | M | B | M | B |
| 208 | Valle-Lassalle, Victor Manuel | D. PR CR No. 97-284 (JAF) | Guilty plea | M | H | M | H |
| 209 | Glover, Cody | D. KS CR No. 98-10059-01-MLB | Guilty plea | M | B | M | W |
| 210 | Kee, Charles Michael | S.D. NY CR No. 98-CR-778 | Guilty plea | M | B | M | B |
| 211 | Aiken, Ian Orville | S.D. FL CR No. 97-233-CR- GOLD | Guilty plea | M | B | M | B |
| 212 | Peoples, Cornelius | W.D. MO CR No. 00 CR 395 | Guilty plea | M | B | M | W |
| 213 | Burgett, James Harold | W.D. TN CR No. 98-20160- G | Guilty plea | M | W | F | W |
| 214 | Lawrence, Jonathan Huey | N.D. FL CR No. 3:98CR73 (RV) | Guilty plea | M | W | M | W |
| 215 | Rodgers, Jeremiah Martel | N.D. FL CR No. 3:98CR73 (RV) | Guilty plea | M | W | M | W |
| 216 | Gomez, Edsel Torres | D. PR CR No. 98-72 | Guilty plea | M | H | M | H |

Completed "Authorized" Federal Death Penalty Cases

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 217 | Nieves-Alonso, Heriberto | D. PR CR No. 97-284 (JAF) | Guilty plea | M | H | M | H |
| 218 | Clemente, Louis | M.D. FL CR No. 98-436 CRT 26B | Guilty plea | M | H | M | H |
| 219 | Woody, Charles | C.D. CA CR No. 99-84-AHM | Guilty plea | M | H | M | H |
| 220 | Cooper, Carl Derrick | D. DC CR No. 99-0266 (Green) | Guilty plea | M | B | F | W |
| 221 | Friend, Travis | E.D. VA CR No. 3:99CR201 | Guilty plea | M | B | M | A |
| 222 | Friend, Eugene | E.D. VA CR No. 3:99CR201 | Guilty plea | M | B | M | A |
| 223 | Kendall, Michael Robbie | N.D. MS CR No. 3:99CR102 | Guilty plea | M | W | M | W |
| 224 | Stayner, Cary | E.D. CA CR No. CR-F-00- 5217 AWI | Guilty plea | M | W | F | W |
| 225 | Furrow, Buford | C.D. CA CR No. 99-838 (A) -RAP | Guilty plea | M | W | M | A |
| 226 | Garcia, Rico | N.D. CA CR No. 00-CR-20018 | Guilty plea | M | H | M | H |
| 227 | Pham, Trung Thanh | E.D. CA CR No. 00-CR-411 | Guilty plea | M | A | M | A |
| 228 | Lallamand, Sienky | N.D. IL CR No. 00 CR 143 | Guilty plea | M | B | M | B |
| 229 | Wilson, Bryant Lakeith | W.D. TN CR No. 01-20041-DV | Guilty plea | M | B | F | W |
| 230 | Shorter, Ramon Lori | W.D. TN CR No. 01-20041-DV | Guilty plea | M | B | F | W |
| 231 | Jones, Milton | E.D. MI CR No. 01-80571 | Guilty plea | M | B | M | B |
| 232 | Millegan, Rufus Jerry, Jr. | D. MD CR No. 01-CR-367 | Guilty plea | M | B | F | W |
| 233 | Maxwell, William | W.D. TN CR No. 01-CR-20247 | Guilty plea | M | B | F | B |
| 234 | Skiba, Lawrence | W.D. PA 01-CR-291 | Guilty plea | M | W | M | W |
| 235 | Cisneros, Luis | D. AZ CR No. 03-CR-730 | Guilty plea | M | H | M | H |
| 236 | Cisneros, Felipe N. | D. AZ CR No. 03-CR-730 | Guilty plea | M | H | M | H |
| 237 | Eppinger, Paul E. | D. AZ CR No. 03-CR-730 | Guilty plea | M | H | M | H |
| 238 | Rivera, Angel R | D. AZ CR No. 03-CR-730 | Guilty plea | M | H | M | H |
| 239 | Zapata, Jairo | E.D. NY CR No. 01-516 | Guilty plea | M | H | M | H |
| 240 | Ward, Israel | W.D. MO CR No. 3:02 CR 05025 | Guilty plea | M | B | F | W |
| 241 | Cassell, Kevin Thomas | W.D. VA CR No. 03-CR-13 | Guilty plea | M | B | M | B |
| 242 | Benjamin, Terrance | E.D. LA No. 03-CR-274 | Guilty plea | M | B | M | H |
| 243 | Massino, Joseph | E.D. NY CR No. 1:03-CR-00929-NGG | Guilty plea | M | W | M | W |
| 244 | Le, Cuong Gia | E.D. VA CR No. 03-CR-48 | Guilty plea | M | A | M | A |
| 245 | Becton, Charod | S.D. NY CR No. 1:02-CR-00451-MBM | Guilty plea | M | B | F | B |
| 246 | Hanner, Claron Levi | W.D. PA No. 2:05-CR-00385-TFM | Guilty plea | M | B | M | W |
| 247 | Petzold, Michael Alan | D. ND CR No. 3:05-CR-00101-RRE | Guilty plea | M | H | M | H |
| 248 | Jordan, Gabriel | S.D. IN EV06-CR-0014-01-Y/H | Guilty plea | M | B | F | W |
| 249 | Rico, Jose Rios | D. AZ No. 05-0272-PHX-JAT | Guilty plea | M | H | F | W |
| 250 | Culbert, Stacy | E.D. MI CR No. 92-81127 | Guilty plea at trial | M | B | M | B |
| 251 | DeLaTorree, Jason | D. NM CR No. 95-538-MV | Guilty plea at trial | M | H | M | H |
| 252 | Spivey, Everett | D. NM CR No. 95-491 | Guilty plea at trial | M | W | M | W |

Completed "Authorized" Federal Death Penalty Cases

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 253 | Williams, Robert Russell | E.D. VA CR No. 3:95CR45 | Guilty plea at trial | M | B | M | B |
| 254 | Kaczynski, Theodore John | E.D. CA CR No. S-96-259 | Guilty plea at trial | M | W | M | W |
| 255 | Frank, Deric | S.D. NY CR No. 97 CR 269 (DLC) | Guilty plea at trial | M | B | F | B |
| 256 | Carpenter, Robert L. | W.D. TN CR No. 99-20155 | Guilty plea at trial | M | B | F | W |
| 257 | Carpenter, Antonio | W.D. TN CR No. 99-20155 | Guilty plea at trial | M | B | F | W |
| 258 | Llera-Plaza, Carlos Ivan | E.D. PA CR No. 98-362 | Guilty plea at trial | M | H | M | H |
| 259 | Rodriguez, Victor | E.D. PA CR No. 98-362 | Guilty plea at trial | M | H | M | H |
| 260 | Acosta, Wilfredo Martinez | E.D. PA CR No. 98-362 | Guilty plea at trial | M | H | M | H |
| 261 | Satcher, Steve | D. MD CR No. AW00-0105 | Guilty plea at trial | M | B | F | B |
| 262 | Rudolph, Eric Robert | N.D. AL CR No. 00-CR-422 | Guilty plea at trial | M | W | M | W |
| 263 | Covarrubius, Javier | C.D. CA No. 05 CR 578 | Guilty plea at trial | M | H | F | H |
| 264 | Ledesma, Jose | C.D. CA No. 05 CR 578 | Guilty plea at trial | M | H | F | H |
| 265 | Robledo, Raul | C.D. CA No. 05 CR 578 | Guilty plea at trial | M | H | F | H |
| 266 | Talik, Eugene J., Jr. | N.D. WV No. 5:06-CR-51 | Guilty plea at trial | M | W | F | W |
| 267 | Green, Roy | C.D. CA CR No. 98-337-CBM | Incompetent after authorization | M | B | M | W |
| 268 | Payne, Eben | M.D. TN CR No. 3:98-00038 (NIXON) | Incompetent after authorization | M | B | F | B |
| 269 | Brown, Reginald | E.D. MI CR No. 92-81127 | Innocent | M | B | M | B |
| 270 | McKelton, Antonio | E.D. MI CR No. 98-80348 | Innocent | M | B | M | B |
| 271 | Rice, Darrell David | W.D. VA CR No. 02-CR-26 | Innocent | M | W | F | W |
| 272 | Pretlow, Bilal | D. NJ CR No. 90-CR-238 | Killed or died after authorization | M | B | M | B |
| 273 | Brown, Terrance | E.D. MI CR No. 92-81127 | Killed or died after authorization | M | B | M | B |
| 274 | Stephens, Charles Lee | E.D. TX CR No. 2:99 CR 5 | Killed or died after authorization | M | B | F | W |
| 275 | Smith, Howard L. | E.D. VA CR No. 97-341-A | Lesser included conviction | M | B | M | B |
| 276 | Thomas, Christopher | E.D. VA CR No. 99-477-A | Lesser included conviction | M | B | M | B |
| 277 | Irby, James Allen | D. MD CR No. 8:03-CR-00490-RDB | Lesser included conviction | M | B | M | B |
| 278 | Mosher, Ellis | E.D. TX No. 1:06 CR 00101-TH | Life sentence by jury | M | W | M | W |
| 279 | Caraballo, Gilberto | E.D. NY No. 01-CR-1367 | Life sentence by jury | M | H | M | H |
| 280 | Barnes, Khalid | S.D. NY No. 7:04-CR-00186-SCR | Life Sentence by Jury | M | B | M | B |
| 281 | Moore, Todd | E.D. VA CR No. 2:93CR162 | Life sentence from judge | M | B | M | B |
| 282 | McClure, Cornell Winfrei | D. MD CR No. 01-CR-367 | Life sentence from judge | M | B | F | W |
| 283 | Cooper, Alex | N.D. IL CR No. 89-CR- 580 | Life sentence from jury | M | B | M | B |
| 284 | Davis, Darnell Anthony | N.D. IL CR No. 89-CR-580 | Life sentence from jury | M | B | M | B |
| 285 | Pitera, Thomas | E.D. NY CR No. 90-0424 (RR) | Life sentence from jury | M | W | M | W |
| 286 | Villarreal, Reynaldo Sambrano | E.D. TX CR No. 9:91-CR4 | Life sentence from jury | M | H | M | W |
| 287 | Villarreal, Baldemar | E.D. TX CR No. 9:91-CR4 | Life sentence from jury | M | H | M | W |
| 288 | Hutching, James Norwood | E.D. OK CR No. 1:92-032-S | Life sentence from jury | M | W | M | W |

Completed "Authorized" Federal Death Penalty Cases

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 289 | Molina, Ramon Medina | E.D. OK CR No. 1:92-032-S | Life sentence from jury | M | H | M | W |
| 290 | Henry, Arnold Mark | E.D. VA CR No. 93-CR-131 | Life sentence from jury | M | B | M | B |
| 291 | Oscar, Frantz | E.D. VA CR No. 93-CR-131 | Life sentence from jury | M | B | M | B |
| 292 | Oscar, Jean Claude | E.D. VA CR No. 93-CR-131 | Life sentence from jury | M | B | M | B |
| 293 | Diaz, Walter | N.D. NY CR No. 94-CR-328 | Life sentence from jury | M | B | F | W |
| 294 | Moore, Dennis B., Sr. | W.D. MO CR No. 94-00194 | Life sentence from jury | M | W | M | W |
| 295 | Nguyen, Phouc H. | D. KS CR No. 94-10129-01 | Life sentence from jury | M | A | F | A |
| 296 | Walker, Tyrone | N.D. NY CR No. 94-CR-328 | Life sentence from jury | M | B | F | W |
| 297 | Nichols, Terry Lynn | D. CO CR No. 96-CR-68-M | Life sentence from jury | M | W | F | W |
| 298 | Beckford, Dean Anthony | E.D. VA CR No. 3:95CR00087 | Life sentence from jury | M | B | M | B |
| 299 | Cazaco, Leonel | E.D. VA CR No. 3:95CR00087 | Life sentence from jury | M | B | M | B |
| 300 | Dennis, Claude | E.D. VA CR No. 3:95CR00087 | Life sentence from jury | M | B | M | B |
| 301 | Ingle, Trinity Edward | W.D. AR CR No. 6:96CR60022 | Life sentence from jury | M | W | M | W |
| 302 | Jones, Anthony | D. MD CR No. WMN-96-0458 | Life sentence from jury | M | B | M | B |
| 303 | Ray, Quan | N.D. IL CR No. 96 CR 379 | Life sentence from jury | M | B | M | B |
| 304 | Thomas, Richard | E.D. VA CR No. 3:95CR00087 | Life sentence from jury | M | B | M | B |
| 305 | Bobbitt, LaFawn | E.D. VA CR No. 97 CR 129 | Life sentence from jury | M | B | F | B |
| 306 | Jones, Rashi | E.D. VA CR No. 97 CR 129 | Life sentence from jury | M | B | F | B |
| 307 | Gonzales-Lauzan, Luis | S.D. FL CR No. 02-CR-20572 | Life sentence from jury | M | H | M | H |
| 308 | Johnson, Shaheem | E.D. VA CR No. 97-00314-A | Life sentence from jury | M | B | F | B |
| 309 | Johnson, Raheem | E.D. VA CR No. 97-00314-A | Life sentence from jury | M | B | F | B |
| 310 | Kehoe, Chevy | E.D. AR CR No. LR-CR-97-243 | Life sentence from jury | M | W | F | W |
| 311 | O'Driscoll, Michael | M.D. PA CR No. 4-CR-01-277 | Life sentence from jury | M | W | M | W |
| 312 | Dhinsa, Gurmeet Singh | E.D. NY CR No. 97-672 (S-3) (ERK) | Life sentence from jury | M | I | M | O |
| 313 | Lightfoot, Xavier Lamar | W.D. MO CR No. 00 CR 395 | Life sentence from jury | M | B | M | W |
| 314 | Hargrove, Demetrius R. | D. KS CR No. 2:03-CR-20192-CM-DJW | Life sentence from jury | M | B | M | W |
| 315 | Al-'Owhali, Mohamed Rashed Daou | S.D. NY CR No. S6 98 CR 1023 | Life sentence from jury | M | AR | F | W |
| 316 | Finley, James A. | W.D. NC CR No. 4:98CR243 | Life sentence from jury | M | W | M | W |
| 317 | Gilbert, Kristin | D. MA CR No. 98-30044-MAP | Life sentence from jury | F | W | M | W |
| 318 | Tello, Plutarco | W.D. MO CR No. 98- 00311-01/05-CR-W-2 | Life sentence from jury | M | B | M | H |
| 319 | Hinestroza, Edwin R. | W.D. MO CR No. 98- 00311-01/05-CR-W-2 | Life sentence from jury | M | H | M | H |
| 320 | Bass, John | E.D. MI CR No. 97-80235 | Life sentence from jury | M | B | M | B |
| 321 | Edelin, Tommy | D. DC CR No. 98-264 | Life sentence from jury | M | B | M | B |
| 322 | Haynes, Willis | D. MD CR No. PJM-98- 0502 | Life sentence from jury | M | B | F | B |
| 323 | Martinez, Mariano | C.D. CA CR No. 99-83-(A)-DT | Life sentence from jury | M | H | M | H |
| 324 | Shakir, Jamal | M.D. TN No. 3:98-00038 (NIXON) | Life Sentence from Jury | M | B | F | B |

Completed "Authorized" Federal Death Penalty Cases

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 325 | Lyon, Billy Joe | W.D. KY CR No. 4:99-CR-11-M | Life sentence from jury | M | W | M | W |
| 326 | Tatum, Kenneth A. | E.D. TX CR No. 2:99 CR 5 | Life sentence from jury | M | B | F | W |
| 327 | Smith, Daymon | E.D. TX CR No. 2:99 CR 5 | Life sentence from jury | M | B | F | W |
| 328 | Garrett, Lemond | S.D. GA CR No. 4-99-133 | Life sentence from jury | M | B | M | B |
| 329 | Mohamed, Khalfan Khamis | S.D. NY CR No. S6 98 CR 1023 | Life sentence from jury | M | AR | F | W |
| 330 | Wills, Christopher Andaryl | E.D. VA CR No. 99-00396 | Life sentence from jury | M | B | F | W |
| 331 | Sanders, Marcus | S.D. AL CR No. 98-0056-CB | Life sentence from jury | M | B | M | B |
| 332 | Hyles, Tyrese | E.D. MO CR No. 01-CR-73 | Life sentence from jury | M | B | M | B |
| 333 | Denis, Jose | S.D. FL CR No. 99-00714 CR (KING) | Life sentence from jury | M | H | M | H |
| 334 | Gray, Kevin | D. DC CR No. 1:00CR00157 | Life sentence from jury | M | B | F | B |
| 335 | Minerd, Joseph | W.D. PA CR No. 99-215 | Life sentence from jury | M | W | M | A |
| 336 | Moore, Rodney | D. DC CR No. 1:00CR00157 | Life sentence from jury | M | B | M | B |
| 337 | Johnson, Coleman | W.D. VA CR No. 3:00CR00026 | Life sentence from jury | M | W | F | W |
| 338 | Quinones, Alan | S.D. NY CR No. 00 CR 0761 (JSR) | Life sentence from jury | M | H | M | H |
| 339 | Rodriguez, Diego | S.D. NY CR No. 00 CR 0761 (JSR) | Life sentence from jury | M | H | M | H |
| 340 | Williams, Michael | S.D. NY CR No. 00-CR-1008 | Life sentence from jury | M | B | M | B |
| 341 | Williams, Elijah Bobby | S.D. NY CR No. 00-CR-1008 | Life sentence from jury | M | B | M | B |
| 342 | Sablan, William | D. CO No. 00-CR-531 | Life sentence from jury | M | PI | M | H |
| 343 | Sablan, Rudy | D. CO No. 00-CR-531 | Life Sentence from Jury | M | PI | M | H |
| 344 | Ealy, Samuel Stephen | W.D. VA CR No. 00-CR-104 | Life sentence from jury | M | W | M | W |
| 345 | Waldon, Carl | M.D. FL CR No. 3:00-CR-436-J25-TJC | Life sentence from jury | M | B | M | O |
| 346 | Haskell, Carl | W.D. MO CR No. 00-CR-395 | Life sentence from jury | M | B | M | W |
| 347 | Britt, L.J. | N.D. TX CR No. 00-CR-260 | Life sentence from jury | M | B | M | H |
| 348 | Taylor, Styles | N.D. IN CR No. 2:01 CR 073 JM | Life sentence from jury | M | B | M | W |
| 349 | Lentz, Jay | E.D. VA CR No. 01-CR-150 | Life sentence from jury | M | W | F | W |
| 350 | Frye, James Edward | S.D. MS CR No. 01-CR-8 | Life sentence from jury | M | B | M | B |
| 351 | Cooper, Billy D. | S.D. MS CR No. 01-CR-8 | Life sentence from jury | M | B | M | B |
| 352 | Ostrander, Michael Paul | W.D. MI CR No. 01-CR-00218 | Life sentence from jury | M | W | M | W |
| 353 | Ostrander, Robert Norman | W.D. MI CR No. 01-CR-00218 | Life sentence from jury | M | W | M | W |
| 354 | Williams, Tyrone | S.D. TX No. 03-CR-221 | Life sentence from jury | M | B | F | H |
| 355 | Davis, Johnny | E.D. LA CR No. 2:01-CR-282 | Life sentence from jury | M | B | M | B |
| 356 | Haynes, Aaron | W.D. TN CR No. 01-CR-20247 | Life sentence from jury | M | B | F | B |
| 357 | Moussaoui, Zacarias | E.D. VA CR No. 01-CR-455 | Life sentence from jury | M | B | F | W |
| 358 | Aguilar, Martin | E.D. NY No. 01-CR-1367 | Life sentence from jury | M | H | M | H |
| 359 | Regan, Brian Patrick | E.D. VA CR No. 01-CR-40 | Life sentence from jury | M | W | None | None |
| 360 | Cannon, Amesheo D. | E.D. MO CR No. S1-1:01CR00073RWS | Life sentence from jury | M | B | M | B |

Completed "Authorized" Federal Death Penalty Cases

|  | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 361 | Matthews, Lavin | N.D. NY CR No. 3:00 CR-269 | Life sentence from jury | M | B | M | B |
| 362 | Dixon, Emile | E.D. NY CR No. 01-CR-389 | Life sentence from jury | M | B | M | B |
| 363 | Tucker, Tebiah Shelah | N.D. NY CR No. 00-CR-269 | Life sentence from jury | M | B | M | B |
| 364 | Perez, Wilfredo | D. CT CR No. 02-CR-7 | Life sentence from jury | M | H | M | H |
| 365 | Gonzalez, Fausto | D. CT CR No. 02-CR-7 | Life sentence from jury | M | H | M | H |
| 366 | Krylov, Petro | C.D. CA No. 02-220 (A)-NM | Life sentence from jury | M | W | M | W |
| 367 | Moses, Keon | D. MD CR No. 02-CR-410 | Life sentence from jury | M | B | M | B |
| 368 | Taylor, Michael Lafayette | D. MD CR No. 02-CR-410 | Life sentence from jury | M | B | M | B |
| 369 | Mills, Barry Byron | C.D. CA CR No. 02-00938-GHK | Life sentence from jury | M | W | M | W |
| 370 | Bingham, Tyler Davis | C.D. CA CR No. 02-00938-GHK | Life sentence from jury | M | W | M | W |
| 371 | Bridgewater, Wayne | C.D. CA No. 02-00938-GHK | Life sentence from jury | M | W | M | B |
| 372 | Houston, Henry Michael | C.D. CA No. 02-00938-GHK | Life sentence from jury | M | W | M | B |
| 373 | James, Richard | E.D. NY No. 02-778 (S-1) (SJ) | Life sentence from jury | M | B | M | B |
| 374 | Mallay, Ronald | E.D. NY No. 02-778 (S-1) (SJ) | Life sentence from jury | M | B | M | B |
| 375 | Smith, Thomas | W.D. MO No. 3:02 CR 05025 | Life sentence from jury | M | B | F | W |
| 376 | Villegas, Hernaldo Medina | D. PR CR No. 3:02-CR-117 | Life sentence from jury | M | H | M | H |
| 377 | Roman, Lorenzo Catalan | D. PR CR No. 3:02-CR-117 | Life sentence from jury | M | H | M | H |
| 378 | Breeden, Shawn | W.D. VA CR No. 03-CR-13 | Life sentence from jury | M | B | M | B |
| 379 | Carpenter, Michael Anthony | W.D. VA CR No. 03-CR-13 | Life sentence from jury | M | B | M | B |
| 380 | Ayala-Lopez, Carlos L. | D. PR CR No. 03-CR-55 | Life sentence from jury | M | H | M | H |
| 381 | Williams, Jamain | E.D. PA CR No. 01-CR-512 | Life sentence from jury | M | B | F | B |
| 382 | Mayhew, John Richard | S.D. OH CR No. CR 02 03-165 | Life sentence from jury | M | W | F | W |
| 383 | Cooper, Andre | E.D. PA CR No. 01-CR-512 | Life sentence from jury | M | B | F | B |
| 384 | Simmons, Brent | W.D. VA CR No. 5:04-CR-30014-SGW | Life sentence from jury | M | B | F | W |
| 385 | Jordan, Peter | E.D. VA CR No. 04-CR-58 | Life sentence from jury | M | B | M | B |
| 386 | Gordon, Lorenzo | E.D. VA CR No. 04-CR-58 | Life sentence from jury | M | B | M | B |
| 387 | Grande, Oscar | E.D. VA CR No. 04-CR-283 | Life sentence from jury | M | H | F | H |
| 388 | Cisneros, Ismael | E.D. VA CR No. 04-CR-283 | Life sentence from jury | M | H | F | H |
| 389 | Wilk, Kenneth | S.D. FL No. 04-CR-60216 | Life sentence from jury | M | W | M | H |
| 390 | Clay, Vertis | E.D. AR No. 4:04-CR-00035 WRW | Life sentence from jury | M | B | M | B |
| 391 | Street, John P. | W.D. MO CR No. 4:04-CR-00298-GAF | Life sentence from jury | M | W | M | W |
| 392 | Gooch, Larry | D. DC No. 04-128 | Life sentence from jury | M | B | M | B |
| 393 | McGriff, Kenneth | E.D. NY No. 04-966 (ERK) (VVP) | Life sentence from jury | M | B | M | B |
| 394 | McTier, James | E.D. NY No. 05-401 | Life sentence from jury | M | B | M | B |
| 395 | Hans, Eric Preston | D. SC No. 6:05 CR 01227-HMH | Life sentence from jury | M | W | F | W |
| 396 | Natson, Michael Antonio | M.D. GA No. 4:05-CR-00021-CDL-GMF | Life sentence from jury | M | B | F | B |

Completed "Authorized" Federal Death Penalty Cases

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 397 | Solomon, Jelani | W.D. PA No. 2:05-CR-00385-TFM | Life sentence from jury | M | B | M | W |
| 398 | Eye, Gary | W.D. MO No. 4:05-CR-00344-ODS | Life Sentence from Jury | M | W | M | B |
| 399 | Sandstrom, Steven | W.D. MO No. 4:05-CR-00344-ODS | Life Sentence from Jury | M | W | M | B |
| 400 | Henderson, Thomas | S.D. OH No. 2:06-CR-00039 | Life sentence from jury | M | B | M | B |
| 401 | Galan, Thomas A. | N.D. OH No. 3:06-CR-00730-JGC-1 | Life sentence from jury | M | H | M | H |
| 402 | Baskerville, William | D. NJ No. 03-836 (JAP) | Life sentence from jury | M | B | M | B |
| 403 | Moonda, Donna | N.D. OH No. 1:06-CR-00395-DDD | Life sentence from jury | F | W | M | I |
| 404 | Holley, Marvin Lee | N.D. AL CR No. 96-B-0208-NE | Life sentence from jury | M | W | M | W |

Completed "Authorized" Federal Death Penalty Cases

| | H | I |
|---|---|---|
| 1 | **Total Vics** | **Sentence** |
| 2 | 2 | none |
| 3 | 2 | none |
| 4 | 2 | none |
| 5 | 1 | none |
| 6 | 1 | none |
| 7 | 3 | none |
| 8 | 3 | none |
| 9 | 3 | none |
| 10 | 6 | none |
| 11 | 3 | none |
| 12 | 3 | none |
| 13 | 1 | none |
| 14 | 1 | none |
| 15 | 1 | life |
| 16 | 1 | 10 years |
| 17 | 2 | life |
| 18 | 2 | 12 1/2 years |
| 19 | 8 | life |
| 20 | 1 | 15 years |
| 21 | 8 | life |
| 22 | 8 | life |
| 23 | 8 | life |
| 24 | 11 | life |
| 25 | 2 | life |
| 26 | 7 | 13 years |
| 27 | 1 | life |
| 28 | 1 | life |
| 29 | 1 | life |
| 30 | 1 | life |
| 31 | 1 | life |
| 32 | 3 | life |
| 33 | 1 | life |
| 34 | 1 | life |
| 35 | 2 | life |
| 36 | 2 | life |

Completed "Authorized" Federal Death Penalty Cases

|     | H | I        |
|-----|---|----------|
| 37  | 1 | 11 years |
| 38  | 1 | 12 years |
| 39  | 1 | none     |
| 40  | 1 | none     |
| 41  | 3 | life     |
| 42  | 1 | life     |
| 43  | 4 | none     |
| 44  | 1 | none     |
| 45  | 2 | 20 years |
| 46  | 2 | 25 years |
| 47  | 1 | none     |
| 48  | 1 | none     |
| 49  | 6 | life     |
| 50  | 6 | life     |
| 51  | 5 | none     |
| 52  | 6 | life     |
| 53  | 4 | none     |
| 54  | 2 | none     |
| 55  | 3 | none     |
| 56  | 5 | pending  |
| 57  | 5 | pending  |
| 58  | 5 | pending  |
| 59  | 4 | 30 years |
| 60  | 1 | life     |
| 61  | 3 | 22 years |
| 62  | 3 | 60 years |
| 63  | 1 | life     |
| 64  | 1 | life     |
| 65  | 1 | life     |
| 66  | 1 | life     |
| 67  | 2 | life     |
| 68  | 4 | life     |
| 69  | 1 | life     |
| 70  | 1 | life     |
| 71  | 1 | none     |
| 72  | 1 | death    |

Completed "Authorized" Federal Death Penalty Cases

|     | H | I     |
|-----|---|-------|
| 73  | 3 | death |
| 74  | 1 | death |
| 75  | 8 | death |
| 76  | 3 | death |
| 77  | 7 | death |
| 78  | 1 | death |
| 79  | 1 | death |
| 80  | 1 | death |
| 81  | 1 | death |
| 82  | 6 | death |
| 83  | 1 | death |
| 84  | 1 | death |
| 85  | 1 | death |
| 86  | 3 | death |
| 87  | 1 | death |
| 88  | 1 | death |
| 89  | 2 | death |
| 90  | 2 | death |
| 91  | 2 | death |
| 92  | 1 | death |
| 93  | 1 | death |
| 94  | 3 | death |
| 95  | 1 | death |
| 96  | 1 | death |
| 97  | 2 | death |
| 98  | 1 | death |
| 99  | 1 | death |
| 100 | 1 | death |
| 101 | 1 | death |
| 102 | 2 | death |
| 103 | 5 | death |
| 104 | 5 | death |
| 105 | 5 | death |
| 106 | 3 | death |
| 107 | 3 | death |
| 108 | 1 | death |

Completed "Authorized" Federal Death Penalty Cases

|     | H  | I        |
| --- | -- | -------- |
| 109 | 2  | death    |
| 110 | 1  | death    |
| 111 | 2  | death    |
| 112 | 5  | death    |
| 113 | 5  | death    |
| 114 | 2  | death    |
| 115 | 1  | death    |
| 116 | 1  | death    |
| 117 | 2  | death    |
| 118 | 1  | death    |
| 119 | 1  | death    |
| 120 | 2  | death    |
| 121 | 1  | death    |
| 122 | 1  | death    |
| 123 | 1  | death    |
| 124 | 1  | death    |
| 125 | 1  | death    |
| 126 | 1  | death    |
| 127 | 1  | death    |
| 128 | 1  | death    |
| 129 | 1  | death    |
| 130 | 3  | 5 years  |
| 131 | 2  | life     |
| 132 | 5  | none     |
| 133 | 1  | life     |
| 134 | 1  | life     |
| 135 | 1  | 10 years |
| 136 | 5  | none     |
| 137 | 5  | none     |
| 138 | 5  | none     |
| 139 | 2  | life     |
| 140 | 1  | life     |
| 141 | 1  | life     |
| 142 | 22 | life     |
| 143 | 1  | life     |
| 144 | 1  | none     |

Completed "Authorized" Federal Death Penalty Cases

|     | H   | I               |
| --- | --- | --------------- |
| 145 | 1   | 33.33 years     |
| 146 | 8   | none            |
| 147 | 8   | none            |
| 148 | 8   | none            |
| 149 | 5   | pending         |
| 150 | 5   | pending         |
| 151 | 1   | pending         |
| 152 | 1   | pending         |
| 153 | 1   | pending         |
| 154 | 3   | death           |
| 155 | 1   | death           |
| 156 | 160 | death           |
| 157 | 1   | 26 years        |
| 158 | 2   | life            |
| 159 | 6   | 29 years        |
| 160 | 8   | life            |
| 161 | 2   | 25 years        |
| 162 | 3   | 25  years or less |
| 163 | 1   | life            |
| 164 | 2   | life            |
| 165 | 2   | life            |
| 166 | 2   | life            |
| 167 | 1   | life            |
| 168 | 1   | life            |
| 169 | 1   | life            |
| 170 | 1   | life            |
| 171 | 4   | life            |
| 172 | 4   | life            |
| 173 | 3   | life            |
| 174 | 7   | 20 years        |
| 175 | 7   | 30 years        |
| 176 | 6   | life            |
| 177 | 1   | life            |
| 178 | 1   | life            |
| 179 | 2   | life            |
| 180 | 14  | life            |

Completed "Authorized" Federal Death Penalty Cases

|     | H  | I           |
| --- | -- | ----------- |
| 181 | 1  | 25 years    |
| 182 | 2  | life        |
| 183 | 2  | life        |
| 184 | 1  | life        |
| 185 | 1  | 27.25 years |
| 186 | 1  | life        |
| 187 | 14 | life        |
| 188 | 1  | 15 years    |
| 189 | 1  | life        |
| 190 | 1  | life        |
| 191 | 1  | life        |
| 192 | 1  | 6.5 years   |
| 193 | 1  | life        |
| 194 | 2  | life        |
| 195 | 1  | life        |
| 196 | 2  | life        |
| 197 | 8  | life        |
| 198 | 2  | 20 years    |
| 199 | 1  | 14 years    |
| 200 | 1  | life        |
| 201 | 1  | life        |
| 202 | 8  | life        |
| 203 | 1  | life        |
| 204 | 1  | 50 years    |
| 205 | 1  | deceased    |
| 206 | 1  | life        |
| 207 | 4  | life        |
| 208 | 2  | life        |
| 209 | 1  | life        |
| 210 | 1  | 40 years    |
| 211 | 2  | 35 years    |
| 212 | 1  | life        |
| 213 | 1  | life        |
| 214 | 1  | life        |
| 215 | 1  | life        |
| 216 | 7  | 30 years    |

Completed "Authorized" Federal Death Penalty Cases

|  | H | I |
|---|---|---|
| 217 | 2 | 10 years |
| 218 | 2 | life |
| 219 | 1 | 23 years |
| 220 | 3 | life |
| 221 | 1 | life |
| 222 | 1 | life |
| 223 | 1 | life |
| 224 | 4 | life |
| 225 | 6 | life |
| 226 | 5 | life |
| 227 | 1 | life |
| 228 | 1 | life |
| 229 | 1 | life |
| 230 | 1 | life |
| 231 | 2 | 30 years |
| 232 | 1 | life |
| 233 | 1 | life |
| 234 | 1 | 20 years |
| 235 | 3 | life |
| 236 | 3 | 15.33 years |
| 237 | 3 | life |
| 238 | 3 | life |
| 239 | 3 | 30 years |
| 240 | 2 | 10 years |
| 241 | 1 | 15 years |
| 242 | 4 | life |
| 243 | 1 | life |
| 244 | 2 | life |
| 245 | 3 | pending |
| 246 | 1 | 25 years |
| 247 | 1 | life |
| 248 | 4 | pending |
| 249 | 1 | pending |
| 250 | 1 | life |
| 251 | 7 | 22 years |
| 252 | 3 | 30 years |

Completed "Authorized" Federal Death Penalty Cases

|     | H | I |
|-----|---|---|
| 253 | 1 | life |
| 254 | 3 | life |
| 255 | 1 | life |
| 256 | 1 | life |
| 257 | 1 | life |
| 258 | 4 | life |
| 259 | 4 | life |
| 260 | 4 | life |
| 261 | 1 | life |
| 262 | 2 | life |
| 263 | 3 | life |
| 264 | 3 | life |
| 265 | 3 | life |
| 266 | 1 | life |
| 267 | 1 | none |
| 268 | 2 | none |
| 269 | 4 | 17 1/2 years |
| 270 | 1 | none |
| 271 | 2 | none |
| 272 | 2 | suicide |
| 273 | 2 | found murdered |
| 274 | 3 | none |
| 275 | 1 | life |
| 276 | 1 | life |
| 277 | 1 | 38 years |
| 278 | 1 | life |
| 279 | 2 | life |
| 280 | 2 | life |
| 281 | 1 | life (judge sent.) |
| 282 | 1 | life |
| 283 | 1 | life |
| 284 | 1 | life |
| 285 | 7 | life |
| 286 | 1 | 40 years |
| 287 | 1 | life, 30 yrs |
| 288 | 1 | life |

Completed "Authorized" Federal Death Penalty Cases

| | H | I |
|---|---|---|
| 289 | 1 | life |
| 290 | 2 | life |
| 291 | 2 | life |
| 292 | 2 | life |
| 293 | 3 | life |
| 294 | 1 | life |
| 295 | 1 | life |
| 296 | 3 | life |
| 297 | 160 | life |
| 298 | 6 | life |
| 299 | 6 | life |
| 300 | 6 | life |
| 301 | 1 | life |
| 302 | 6 | life |
| 303 | 2 | life |
| 304 | 6 | life |
| 305 | 1 | life |
| 306 | 1 | life |
| 307 | 1 | life |
| 308 | 5 | life |
| 309 | 5 | life |
| 310 | 3 | life |
| 311 | 1 | life |
| 312 | 2 | life |
| 313 | 1 | life |
| 314 | 3 | life |
| 315 | 224 | life |
| 316 | 2 | life |
| 317 | 4 | life |
| 318 | 1 | life |
| 319 | 1 | life |
| 320 | 4 | life |
| 321 | 14 | life |
| 322 | 2 | life |
| 323 | 4 | life |
| 324 | 6 | life |

Completed "Authorized" Federal Death Penalty Cases

|  | H | I |
|---|---|---|
| 325 | 2 | life |
| 326 | 3 | life |
| 327 | 3 | life |
| 328 | 1 | life |
| 329 | 224 | life |
| 330 | 1 | life |
| 331 | 1 | life |
| 332 | 1 | life |
| 333 | 1 | life |
| 334 | 10 | life |
| 335 | 3 | life |
| 336 | 10 | life |
| 337 | 2 | life |
| 338 | 1 | life |
| 339 | 1 | life |
| 340 | 3 | life |
| 341 | 3 | life |
| 342 | 1 | life |
| 343 | 1 | life |
| 344 | 3 | life |
| 345 | 1 | life |
| 346 | 1 | life |
| 347 | 3 | life |
| 348 | 1 | life |
| 349 | 1 | life |
| 350 | 2 | life |
| 351 | 2 | life |
| 352 | 1 | life |
| 353 | 1 | life |
| 354 | 19 | life |
| 355 | 4 | life |
| 356 | 1 | life |
| 357 | 3000+ | life |
| 358 | 2 | life |
| 359 | 0 | life |
| 360 | 1 | life |

Completed Cases - 8-25-08.xls

Completed "Authorized" Federal Death Penalty Cases

|     | H  | I    |
| --- | -- | ---- |
| 361 | 2  | life |
| 362 | 2  | life |
| 363 | 2  | life |
| 364 | 1  | life |
| 365 | 10 | life |
| 366 | 5  | life |
| 367 | 6  | life |
| 368 | 6  | life |
| 369 | 11 | life |
| 370 | 5  | life |
| 371 | 3  | life |
| 372 | 3  | life |
| 373 | 2  | life |
| 374 | 2  | life |
| 375 | 2  | life |
| 376 | 1  | life |
| 377 | 1  | life |
| 378 | 1  | life |
| 379 | 1  | life |
| 380 | 1  | life |
| 381 | 4  | life |
| 382 | 3  | life |
| 383 | 4  | life |
| 384 | 2  | life |
| 385 | 1  | life |
| 386 | 1  | life |
| 387 | 1  | life |
| 388 | 1  | life |
| 389 | 1  | life |
| 390 | 1  | life |
| 391 | 1  | life |
| 392 | 6  | life |
| 393 | 2  | life |
| 394 | 5  | life |
| 395 | 6  | life |
| 396 | 1  | life |

Completed Cases - 8-25-08.xls

Completed "Authorized" Federal Death Penalty Cases

|     | H | I    |
| --- | - | ---- |
| 397 | 1 | life |
| 398 | 1 | life |
| 399 | 1 | life |
| 400 | 4 | life |
| 401 | 2 | life |
| 402 | 1 | life |
| 403 | 1 | life |
| 404 | 1 | life |