#2

# QUESTIONNAIRE

1. Name: ████████████████████

2. Date of Birth: ████████████

3. Place of Birth: ████████████

4. Current Address: ████████████

5. County: ████████████

6. How long have you lived at this address? _____*22 years*_____

7. Do you rent or own your residence?    Rent _____    Own ✓

8. Have you ever lived outside of Georgia?    Yes ✓    No _____

9. What is your religious affiliation, if any? ___*Baptist*___

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | ✓ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | _____ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____     Junior High/Middle School _____

High School _____     Vocational/Trade School _____

College (undergraduate) _____     Graduate/Professional School ✔

If college or graduate/professional school, you major(s) or area(s) of study?

Biology also religious Education

12. Are you currently employed?   Yes ✔   No _____

If yes, What is your occupation? Teacher

13. List other significant employment within the past five years: _____

None

14. Marital Status:

Never Married _____     Married _____     Divorced _____

Widowed ✔     Separated _____

If married, number of years with current spouse: _____

Spouse's occupation: _____

15. Have you ever had, adopted, or raised any children?   Yes ✔   No _____

If yes, how many?   25 — Foster Children, 1 adopted

What are their current ages?   2 months to nineteen

3

16. Have you ever served in the military?        Yes _____        No __✓____

    If yes, what branch(s) and when: _____

    _____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

    ① Church - Chair     _____

    ② Covington Theological   _____

    Seminary - student   _____

18. Have you ever served on a grand jury?        Yes _____        No __✓____

    If yes, when and where?   _____

    _____

    Federal or state?        Federal _____        State __✓__

19. Have you ever served on a trial jury?        Yes __✓____        No _____

    If yes, when and where?    Savannah _____

    About 10 years ago. _____

    Federal or state?        Federal _____        State __✓__

    Criminal or civil?        Criminal __✓__        Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _____          No __✓_____

If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes __✓__          No _____ .

If yes, explain: _Brother - Detective_

_Valdosta, Ga._

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

_✔_ Television       _____ Radio       _✔_ Newspapers

_✔_ Internet       _✔_ Magazines       _____ Other

25. Have you heard or read anything about this case before today?

Yes _____       No _✔_       Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

_____

_____

26. Has anyone ever talked to you about this case before today?   Yes _____   No _✔_

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____       No _✔_

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence presented at trial? (select one)

_____       Yes, I definitely could.

_____       I probably could.

_____       Not sure.

_____       I probably could not.

_____       No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No ___✓___

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes ___✓___          No _____

If yes, explain: _My Christian ethical belief is that "I would not take the life of a person." I believe in Graded Absolutism. God will punish._

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____          I strongly support the death penalty as a punishment.

_____          I support the death penalty as a punishment.

___✓___          I have no opinion about death penalty as a punishment.

_____          I oppose the death penalty as a punishment.

_____          I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the

defendant?          Yes _____          No __✓__

    If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you

that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

        Yes _____          No __✓__

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the

death penalty?

        Yes _____          No __✓__

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors

convince you that life in prison without the possibility of release or parole is the appropriate

sentence, **could** you vote for it?

        Yes __✓__          No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in

prison without the possibility of release or parole, regardless of the facts and the aggravating

evidence?

        Yes __✓__          No _____

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I feel strongly that the death penalty is applied unfairly against minorities.

_____    I feel that the death penalty is applied unfairly against minorities.

___✓___    I have no opinion whether the death penalty is applied unfairly against minorities.

_____    I feel that the death penalty is applied fairly against minorities.

_____    I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

___✓___ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No ___✓___

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No ___✓___

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No ___✓___

If yes, explain:_____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No ___✓___

If yes, explain:_____

_____

_____

10

# 3

## QUESTIONNAIRE

1. Name:

2. Date of Birth:

3. Place of Birth:

4. Current Address:

5. County:

6. How long have you lived at this address? _Three years_

7. Do you rent or own your residence?        Rent _____        Own _____    _neither_

8. Have you ever lived outside of Georgia?    Yes _X_        No _____

9. What is your religious affiliation, if any? _Episcopalian_

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | _X_ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School  _____     Junior High/Middle School  _____

High School  _____     Vocational/Trade School  _____

College (undergraduate)  *X*     Graduate/Professional School  _____

If college or graduate/professional school, you major(s) or area(s) of study?

Engineering, Information Technology

12. Are you currently employed?   Yes _X_     No _____

If yes, What is your occupation?  Technical Support Specialist

13. List other significant employment within the past five years: _____

Owner operator in the moving and storage business. Also over seas container business.

14. Marital Status:

Never Married  *X*     Married  _____     Divorced  _____

Widowed  _____     Separated  _____

If married, number of years with current spouse: _____

Spouse's occupation: _____

15. Have you ever had, adopted, or raised any children?   Yes _____   No *X*

If yes, how many?   _____

What are their current ages?   _____

_____

3

16. Have you ever served in the military?        Yes _____        No __X__

   If yes, what branch(s) and when: _____

   _____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

   St. Johns Church            _____

   _____   _____

   _____   _____

   _____   _____

   _____   _____

   _____   _____

18. Have you ever served on a grand jury?        Yes _____        No __X__

   If yes, when and where?        _____

   _____

   Federal or state?        Federal _____        State _____

19. Have you ever served on a trial jury?        Yes _____        No __X__

   If yes, when and where?        _____

   _____

   Federal or state?        Federal _____        State _____

   Criminal or civil?        Criminal _____        Civil _____

20. Have you or any member of your family ever been the victim of a crime?

Yes _X_          No _____

If yes, explain: _I was shot in a robbery attempt a few years ago._

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _X_          No _____

If yes, explain: _Uncles and ~~costa~~ cousins in Pennsylvania_

22. Have you, or any member of your family ever been involved in or contributed to a crime prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or crisis centers, or policemen's funds)?

Yes _____          No _X_

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No _X_

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

_____ Television        __X__ Radio        _____ Newspapers

_____ Internet        _____ Magazines        _____ Other

25. Have you heard or read anything about this case before today?

Yes _____        No __X__        Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

_____

_____

26. Has anyone ever talked to you about this case before today?   Yes _____   No __X__

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____        No __X__

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____        Yes, I definitely could.

_____        I probably could.

_____        Not sure.

_____        I probably could not.

_____        No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____                    No __X__

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____                    No __X__

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I strongly support the death penalty as a punishment.

__X__    I support the death penalty as a punishment.

_____    I have no opinion about death penalty as a punishment.

_____    I oppose the death penalty as a punishment.

_____    I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the

defendant?            Yes _____        No __X__

    If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you

that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

       Yes __X__            No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the

death penalty?

       Yes _____            No _____

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors

convince you that life in prison without the possibility of release or parole is the appropriate

sentence, **could** you vote for it?

       Yes __X__            No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in

prison without the possibility of release or parole, regardless of the facts and the aggravating

evidence?

       Yes _____            No __X__

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

X I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

X Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No _X_____

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No _X_____

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No _X_____

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No _X_____

If yes, explain: _____

_____

_____

10

# QUESTIONNAIRE

1. Name:  ████████████

2. Date of Birth:  ████████████

3. Place of Birth:  ████████████

4. Current Address:  ████████████

5. County:  ████████████

6. How long have you lived at this address?  _8 years_

7. Do you rent or own your residence?          Rent _____          Own _✓_

8. Have you ever lived outside of Georgia?    Yes _____          No _____

9. What is your religious affiliation, if any?  _Lutheran_

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | _✓_ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____          Junior High/Middle School _____

High School _____          Vocational/Trade School _____

College (undergraduate) _✓_          Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

Copenhagen nursing college.

12. Are you currently employed?    Yes _____          No _✓_

If yes, What is your occupation? _____

13. List other significant employment within the past five years: _____

_____

_____

_____

14. Marital Status:

Never Married _____          Married _____          Divorced _____

Widowed _✓_          Separated _____

If married, number of years with current spouse: _____

Spouse's occupation: _____

15. Have you ever had, adopted, or raised any children?    Yes _✓_    No _____

If yes, how many?    _3_____

What are their current ages?    _33 - 32 - 29_____

_____

3

16. Have you ever served in the military?   Yes _____   No ___✓___

If yes, what branch(s) and when: _____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

_____   _____

_____   _____

_____   _____

_____   _____

_____   _____

_____   _____

18. Have you ever served on a grand jury?   Yes _____   No ___✓___

If yes, when and where?   _____

_____

Federal or state?   Federal _____   State _____

19. Have you ever served on a trial jury?   Yes __✓__   No _____

If yes, when and where?   ___Chatham.   Dec. 2002___

_____

Federal or state?   Federal _____   State __✓__

Criminal or civil?   Criminal _____   Civil __✓__

4

20. Have you or any member of your family ever been the victim of a crime?

Yes __Y__          No _____

If yes, explain: ____Burglary_____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

_✓_ Television     _____ Radio     _✓_ Newspapers

_____ Internet     _✓_ Magazines     _____ Other

25. Have you heard or read anything about this case before today?

Yes _✓_     No _____     Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

_Newspaper - Television_____

_____

26. Has anyone ever talked to you about this case before today?   Yes _____   No _✓_

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____     No _✓_

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____     Yes, I definitely could.

_____     I probably could.

_____     Not sure.

_____     I probably could not.

_____     No, I definitely could not.

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __✓__

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes __✓__          No _____

If yes, explain: _____

I don't believe in taking anybodys life

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____          I strongly support the death penalty as a punishment.

_____          I support the death penalty as a punishment.

_____          I have no opinion about death penalty as a punishment.

_____          I oppose the death penalty as a punishment.

__✓__          I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the

defendant?  Yes _____  No __✓__

    If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you

that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

        Yes _____  No __✓__

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the

death penalty?

        Yes _____  No __✓__

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors

convince you that life in prison without the possibility of release or parole is the appropriate

sentence, **could** you vote for it?

        Yes __✓__  No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in

prison without the possibility of release or parole, regardless of the facts and the aggravating

evidence?

        Yes _____  No __✓__

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

___V___ I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

___V___ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No __✓___

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No __✓___

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓___

If yes, explain:_____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓___

If yes, explain:_____

_____

_____

#7

## QUESTIONNAIRE

1. Name: ██████████████████

2. Date of Birth: ██████████████

3. Place of Birth: ████████████

4. Current Address: ████████████

5. County: ████████████████

6. How long have you lived at this address? *19 years*

7. Do you rent or own your residence?     Rent _____     Own ✓

8. Have you ever lived outside of Georgia?     Yes _____     No ✓

9. What is your religious affiliation, if any? *Methodist*

10. Which do you consider yourself to be: (select one)

| African American _____ | Native American Indian _____ |
|---|---|
| Asian _____ | Hispanic _____ |
| Caucasian (white) ✓ | Other _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____     Junior High/Middle School _____

High School _____     Vocational/Trade School _____

College (undergraduate) _____     Graduate/Professional School __✓__

If college or graduate/professional school, you major(s) or area(s) of study?

_____Engineering_____

12. Are you currently employed?     Yes __✓__     No _____

If yes, What is your occupation? __Hydraulic Engineer__

13. List other significant employment within the past five years: _____

_____NONE_____

_____

_____

14. Marital Status:

Never Married _____     Married __✓__     Divorced _____

Widowed _____     Separated _____

If married, number of years with current spouse: _____

Spouse's occupation: _____

15. Have you ever had, adopted, or raised any children?     Yes __✓__     No _____

If yes, how many? _____2_____

What are their current ages? __35 and 30_____

_____

3

16. Have you ever served in the military?        Yes ✓        No ____

If yes, what branch(s) and when: *Army National Guard*

_____

17. List any organization(s), if any, to which you belong or in which you participate (including church, religious, fraternal, social, recreational, service, business, political, union) and any offices you have held in the organization:

*Sons of the Revolution*        _____

*Methodist Men*        _____

_____        _____

_____        _____

_____        _____

_____        _____

18. Have you ever served on a grand jury?        Yes _____        No ✓

If yes, when and where?        _____

_____

Federal or state?        Federal _____        State _____

19. Have you ever served on a trial jury?        Yes ✓        No ____

If yes, when and where?        *Chatham County State Court*

_____

Federal or state?        Federal _____        State ✓

Criminal or civil?        Criminal ✓        Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

24. What is/are your primary source(s) of news? (select all that apply)

_____ Television        _____ Radio        ✓ Newspapers

✓ Internet        _____ Magazines        _____ Other

25. Have you heard or read anything about this case before today?

Yes ✓        No _____        Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

vaguely remember reading about case in Savannah Morning News

26. Has anyone ever talked to you about this case before today?   Yes _____   No ✓

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____        No ✓

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____        Yes, I definitely could.

_____        I probably could.

_____        Not sure.

_____        I probably could not.

_____        No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes ✓                    No _____

If yes, please explain: _Acquainted with Mr. Newman_
_used same gym for several years; also_
_live in same neighborhood_

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____              No ✓

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I strongly support the death penalty as a punishment.

✓    I support the death penalty as a punishment.

_____    I have no opinion about death penalty as a punishment.

_____    I oppose the death penalty as a punishment.

_____    I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?        Yes _____        No _____

    If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

    Yes _____        No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

    Yes _____        No _____

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

    Yes _____        No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

    Yes _____        No _____

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

_____ I have no opinion whether the death penalty is applied unfairly against minorities.

___✓___ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

___✓___ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No _✓_____

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No _✓_____

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No _✓_____

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No _✓_____

If yes, explain: _____

_____

_____

10

$8$

# QUESTIONNAIRE

1. Name: ███████████████████

2. Date of Birth: ███████████

3. Place of Birth: ███████████

4. Current Address: ███████████████████████████████████

5. County: ██████████

6. How long have you lived at this address? _____5 years_____

7. Do you rent or own your residence?        Rent _____        Own __✓__

8. Have you ever lived outside of Georgia?    Yes _____        No __✓__

9. What is your religious affiliation, if any? _Christian_

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | __✓__ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____      Junior High/Middle School _____

High School _____      Vocational/Trade School ✓

College (undergraduate) _____      Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?    Yes ✓      No _____

If yes, What is your occupation? _Electrican (LOrual USA)_

13. List other significant employment within the past five years: _____

_Raboy Electric_ _____

_____

_____

14. Marital Status:

Never Married _____      Married ✓      Divorced _____

Widowed _____      Separated _____

If married, number of years with current spouse: _5 years_

Spouse's occupation: _Eye Tech._

15. Have you ever had, adopted, or raised any children?    Yes ✓    No _____

If yes, how many? _2_

What are their current ages? _10, 6_

_____

3

16. Have you ever served in the military?          Yes _____          No __✓__

    If yes, what branch(s) and when: _____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

    Savannah Christian Church _____

    Local Union 508 _____

18. Have you ever served on a grand jury?          Yes _____          No __✓__

    If yes, when and where?          _____

    Federal or state?          Federal _____          State _____

19. Have you ever served on a trial jury?          Yes __✓__          No _____

    If yes, when and where?          2002   Bryan County

    Federal or state?          Federal _____          State __✓__

    Criminal or civil?          Criminal __✓__          Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _____          No ___✔___

If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No ___✔___

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____          No ___✔___

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No ___✔___

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

   ✓ Television       _____ Radio        ✓ Newspapers

   _____ Internet       _____ Magazines       _____ Other

25. Have you heard or read anything about this case before today?

   Yes ✓       No _____       Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

*Television*

_____

26. Has anyone ever talked to you about this case before today?   Yes _____   No ✓

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

   Yes _____       No ✓

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

   _____       Yes, I definitely could.

   _____       I probably could.

   _____       Not sure.

   _____       I probably could not.

   _____       No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __✓__

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____   I strongly support the death penalty as a punishment.

_____   I support the death penalty as a punishment.

__✓__   I have no opinion about death penalty as a punishment.

_____   I oppose the death penalty as a punishment.

_____   I strongly oppose the death penalty as a punishment.

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?          Yes _____          No _✓_

    If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

        Yes _✓_          No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

        Yes _____          No _✓_

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

        Yes _✓_          No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

        Yes _____          No _✓_

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

_____ I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

10

*10*

## QUESTIONNAIRE

1. Name: ████████████

2. Date of Birth: ████████████

3. Place of Birth: ████████████

4. Current Address: ████████████
████████████

5. County: ████████████

6. How long have you lived at this address? __10 yrs__

7. Do you rent or own your residence?     Rent _____     Own __✓__

8. Have you ever lived outside of Georgia?     Yes __✓__     No _____

9. What is your religious affiliation, if any? __Non denominative__

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | ✓ | Native American Indian | |
| Asian | | Hispanic | |
| Caucasian (white) | | Other | |

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____     Junior High/Middle School _____

High School _____     Vocational/Trade School ___/___

College (undergraduate) ___/___     Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?   Yes ___/___     No _____

If yes, What is your occupation? Truck Mechanic

13. List other significant employment within the past five years: Truck driver

Single Source Trans., Coca Cola, Gemi Trucking
JN Hunt Trans. Hornady Truck Line On Site
Aviation Covenant Trans. U.S. Army, National G.

14. Marital Status:

Never Married _____     Married ___/___     Divorced _____

Widowed _____     Separated _____

If married, number of years with current spouse: 20 yrs

Spouse's occupation: Fed ex Mail

15. Have you ever had, adopted, or raised any children?   Yes ___/___   No _____

If yes, how many? 2

What are their current ages? 22, 21

_____

3

16. Have you ever served in the military?     Yes ___/___     No _____

   If yes, what branch(s) and when: ___U.S. Army   1552 - 1998___

   ___National Guard   2001 —___

17. List any organization(s), if any, to which you belong or in which you participate (including church, religious, fraternal, social, recreational, service, business, political, union) and any offices you have held in the organization:

18. Have you ever served on a grand jury?     Yes _____     No ___/___

   If yes, when and where?     _____

   _____

   Federal or state?     Federal _____     State _____

19. Have you ever served on a trial jury?     Yes _____     No ___/___

   If yes, when and where?     _____

   _____

   Federal or state?     Federal _____     State _____

   Criminal or civil?     Criminal _____     Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _____          No ___/___

If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No ___/___

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____          No ___/___

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No ___/___

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

_____✓ Television        ✓ Radio        _____✓ Newspapers

_____✓ Internet        _____✓ Magazines        _____ Other

25. Have you heard or read anything about this case before today?

Yes _____        No ✓        Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

_____

_____

26. Has anyone ever talked to you about this case before today?    Yes _____        No ✓

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____        No ✓

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____        Yes, I definitely could.

_____        I probably could.

_____        Not sure.

_____        I probably could not.

_____        No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No ___✓___

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No ___✓___

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I strongly support the death penalty as a punishment.

_____    I support the death penalty as a punishment.

___✓___    I have no opinion about death penalty as a punishment.

_____    I oppose the death penalty as a punishment.

_____    I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?        Yes _____        No ___/___

    If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

        Yes ___/___        No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

        Yes _____        No ___/___

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

        Yes ___/___        No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

        Yes ___/___        No _____

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

___/___ I feel that the death penalty is applied unfairly against minorities.

_____ I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

___/___ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No ___/___

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No ___/___

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No ___/___

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No ___/___

If yes, explain: _____

_____

_____

# 11

## QUESTIONNAIRE

1. Name: ████████████

2. Date of Birth: ████████████

3. Place of Birth: ████████████

4. Current Address: ████████████

5. County: ████████████

6. How long have you lived at this address? _SS yrs_

7. Do you rent or own your residence?    Rent _____    Own ✓

8. Have you ever lived outside of Georgia?    Yes _____    No ✓

9. What is your religious affiliation, if any? _Bpt._

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | ✓ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | _____ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____     Junior High/Middle School _____

High School ✓     Vocational/Trade School _1 Yr._

College (undergraduate) _____     Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?     Yes ✓     No _____

If yes, What is your occupation? _Nurse_

13. List other significant employment within the past five years: _____

_Chatham Co - Sheriff Dept._

_____

_____

14. Marital Status:

Never Married _____     Married ✓     Divorced _____

Widowed _____     Separated _____

If married, number of years with current spouse: _33_

Spouse's occupation: _Carpenter - Retired_

15. Have you ever had, adopted, or raised any children?     Yes _____     No ✓

If yes, how many? _____

What are their current ages? _____

_____

3

16. Have you ever served in the military?  Yes _____  No ✓

If yes, what branch(s) and when: _____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including church, religious, fraternal, social, recreational, service, business, political, union) and any offices you have held in the organization:

_Nurse Corp.Corp._ _____   _____

_____   _____

_____   _____

_____   _____

_____   _____

_____   _____

18. Have you ever served on a grand jury?  Yes _____  No ✓

If yes, when and where? _____

_____

Federal or state?   Federal _____   State _____

19. Have you ever served on a trial jury?  Yes _____  No ✓

If yes, when and where? _____

_____

Federal or state?   Federal _____   State _____

Criminal or civil?   Criminal _____   Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _____            No ✓_____

If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____            No ✓_____

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____            No ✓_____

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes ✓_____          No _____

If yes, explain: _Writing checks._____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

_____ Television        _____ Radio        _____ Newspapers

_____ Internet          _____ Magazines     _____ Other *all the above*

25. Have you heard or read anything about this case before today?

Yes ✓        No _____        Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

*News paper T@ work, that PO.*
*was rob & There was a Killing*

26. Has anyone ever talked to you about this case before today?   Yes ✓   No _____

If yes, please state the person(s) you talked to and the nature of your conversation(s):

*There have inmate & Navy guy*
*something the name I can't remember all.*

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____        No ✓

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____        Yes, I definitely could.

_____        I probably could.

✓        Not sure.

_____        I probably could not.

_____        No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No ✓

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes ✓          No _____

If yes, explain: *Religiously*

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I strongly support the death penalty as a punishment.

_____    I support the death penalty as a punishment.

_____    I have no opinion about death penalty as a punishment.

✓_____    I oppose the death penalty as a punishment.

_____    I strongly oppose the death penalty as a punishment.

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?        Yes _____        No __✓__

If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

Yes _____        No __✓__

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

Yes _____        No __✓__

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

Yes __✓__        No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

Yes __✓__        No _____

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

___✓___ I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

___✓___ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No ___✓___

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No ___✓___

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No ___✓___

If yes, explain:_____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No ___✓___

If yes, explain:_____

_____

_____