#14

# QUESTIONNAIRE

1. Name: ████████████████████████

2. Date of Birth: ████████████

3. Place of Birth: ████████████

4. Current Address: ████████████████████████

5. County: ████████████

6. How long have you lived at this address?  _4 years_

7. Do you rent or own your residence?      Rent _____      Own _✓_

8. Have you ever lived outside of Georgia?    Yes _____      No _✓_

9. What is your religious affiliation, if any? _Pentacostal_

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | _✓_ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____     Junior High/Middle School _____

High School _**12**_     Vocational/Trade School _____

College (undergraduate) _____     Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?    Yes _✓_    No _____

If yes, What is your occupation? _*Line Dept.    Savanah Electric*_

13. List other significant employment within the past five years: _*Pike Electric*_

_____

_____

_____

14. Marital Status:

Never Married _____    Married _✓_    Divorced _____

Widowed _____    Separated _____

If married, number of years with current spouse: _**5**_

Spouse's occupation: _*Effingham Count Board of Education - Teache*_

15. Have you ever had, adopted, or raised any children?    Yes _✓_    No _____

If yes, how many? _*1*_

What are their current ages? _*1*_

_____

16. Have you ever served in the military?  Yes _____  No _✓_

    If yes, what branch(s) and when: _____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including church, religious, fraternal, social, recreational, service, business, political, union) and any offices you have held in the organization:

    I.B.E.W local 1208     _____

    Agape Assembly of God     _____

18. Have you ever served on a grand jury?  Yes _____  No _✓_

    If yes, when and where? _____

    Federal or state?  Federal _____  State _____

19. Have you ever served on a trial jury?  Yes _____  No _✓_

    If yes, when and where? _____

    Federal or state?  Federal _____  State _____

    Criminal or civil?  Criminal _____  Civil _____

20. Have you or any member of your family ever been the victim of a crime?

Yes _____        No __✓__

If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes __✓__        No _____

If yes, explain: ___*Uncle*___ ___*DNR*_____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____        No __✓__

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____        No __✓__

If yes, explain: _____

_____

_____

24. What is/are your primary source(s) of news? (select all that apply)

    ✓ Television        ✓ Radio        ✓ Newspapers

    _____ Internet        _____ Magazines        _____ Other

25. Have you heard or read anything about this case before today?

    Yes _____        No _____        Not Sure ✓

If yes or not sure, please state what you have heard or read and the source(s):

_____

_____

26. Has anyone ever talked to you about this case before today?    Yes _____    No ✓

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

    Yes _____        No ✓

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

    _____        Yes, I definitely could.

    _____        I probably could.

    _____        Not sure.

    _____        I probably could not.

    _____        No, I definitely could not.

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____                    No __✓___

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____                    No __✓___

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

___✓___          I strongly support the death penalty as a punishment.

_____          I support the death penalty as a punishment.

_____          I have no opinion about death penalty as a punishment.

_____          I oppose the death penalty as a punishment.

_____          I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the

defendant?          Yes _____          No ___✓___

   If yes, explain: _____

   _____

   _____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you

that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

          Yes ___✓___          No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the

death penalty?

          Yes ___✓___          No _____

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors

convince you that life in prison without the possibility of release or parole is the appropriate

sentence, **could** you vote for it?

          Yes _____          No ___✓___

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in

prison without the possibility of release or parole, regardless of the facts and the aggravating

evidence?

          Yes _____          No ___✓___

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I feel strongly that the death penalty is applied unfairly against minorities.

_____    I feel that the death penalty is applied unfairly against minorities.

__✓___    I have no opinion whether the death penalty is applied unfairly against minorities.

_____    I feel that the death penalty is applied fairly against minorities.

_____    I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

___✓___ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No ___✓___

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No ___✓___

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No ___✓___

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No ___✓___

If yes, explain: _____

_____

_____

10

*15*

*217.*

# QUESTIONNAIRE

1. Name: █████████████████

2. Date of Birth: ████████████

3. Place of Birth: ████████████

4. Current Address: ████████████

5. County: ████████

6. How long have you lived at this address? ___3 yrs___

7. Do you rent or own your residence?    Rent __✓__    Own _____

8. Have you ever lived outside of Georgia?    Yes __✓__    No _____

9. What is your religious affiliation, if any? ___Episcopal___

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | __✓__ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

    Grade/Elementary School    \_\_\_\_\_      Junior High/Middle School    \_\_\_\_\_

    High School    ✓      Vocational/Trade School    \_\_\_\_\_

    College (undergraduate)    \_\_\_\_\_      Graduate/Professional School    \_\_\_\_\_

    If college or graduate/professional school, you major(s) or area(s) of study?

    _____

12. Are you currently employed?     Yes \_\_\_\_\_      No ✓

    If yes, What is your occupation? _____

13. List other significant employment within the past five years: _____

    _____

    _____

    _____

14. Marital Status:

    Never Married \_\_\_\_\_      Married \_\_\_\_\_      Divorced ✓

    Widowed \_\_\_\_\_      Separated \_\_\_\_\_

    If married, number of years with current spouse: _____

    Spouse's occupation: _____

15. Have you ever had, adopted, or raised any children?     Yes ✓     No \_\_\_\_\_

    If yes, how many?     3 _____

    What are their current ages?     21, 18, 16 _____

    _____

16. Have you ever served in the military?        Yes _X_        No ____

If yes, what branch(s) and when: _US Navy Retired 1981 - 1996_

_____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:        None

| | |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

18. Have you ever served on a grand jury?        Yes _____        No _X_

If yes, when and where?        _____

_____

Federal or state?        Federal _____        State _____

19. Have you ever served on a trial jury?        Yes _____        No _X_

If yes, when and where?        _____

_____

Federal or state?        Federal _____        State _____

Criminal or civil?        Criminal _____        Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _____          No __X__

If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes __X__          No _____

If yes, explain: _Father   was   a   Policeman   IN   New York_

_And   Florida_ _____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____          No __K__

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No __X__

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

__X__ Television     _____ Radio        _____ Newspapers

__X__ Internet       _____ Magazines    _____ Other

25. Have you heard or read anything about this case before today?

Yes _____        No __X__        Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

_____

_____

26. Has anyone ever talked to you about this case before today?   Yes _____   No __X__

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____          No __X__

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____     Yes, I definitely could.

_____     I probably could.

_____     Not sure.

_____     I probably could not.

_____     No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __X__

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No __X__

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

__X__          I strongly support the death penalty as a punishment.

_____          I support the death penalty as a punishment.

_____          I have no opinion about death penalty as a punishment.

_____          I oppose the death penalty as a punishment.

_____          I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the

defendant?          Yes _____          No _X_

    If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you

that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

        Yes _X_          No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the

death penalty?

        Yes _X_          No _____

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors

convince you that life in prison without the possibility of release or parole is the appropriate

sentence, **could** you vote for it?

        Yes _X_          No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in

prison without the possibility of release or parole, regardless of the facts and the aggravating

evidence?

        Yes _____          No _X_

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

__X__ I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

__X__ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No __X__

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No __X__

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __X__

If yes, explain:_____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __X__

If yes, explain:_____

_____

_____

/7

# QUESTIONNAIRE

1. Name: ████████████████

2. Date of Birth: ████████████████

3. Place of Birth: ████████████████

4. Current Address: ████████████████

5. County: ████████████████

6. How long have you lived at this address? _26 years_

7. Do you rent or own your residence?    Rent _____    Own _✓_

8. Have you ever lived outside of Georgia?    Yes _✓_    No _____

9. What is your religious affiliation, if any? _Baptist_

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _✓_ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | _____ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____   Junior High/Middle School _____

High School _____   Vocational/Trade School _2 yrs_

College (undergraduate) _____   Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_Brick/Masonry / Carpenter_

12. Are you currently employed?   Yes _____   No _✓_

If yes, What is your occupation? _____

13. List other significant employment within the past five years: _NONE_

_____

_____

_____

14. Marital Status:

Never Married _____   Married _✓_   Divorced _____

Widowed _____   Separated _____

If married, number of years with current spouse: _26 yR's_

Spouse's occupation: _House wife_

15. Have you ever had, adopted, or raised any children?   Yes _✓_   No _____

If yes, how many? _(1) ONE_

What are their current ages? _38_

_____

3

16. Have you ever served in the military?         Yes ___✓___         No _____

    If yes, what branch(s) and when: ___U.S. Navy___   10-26-55

___To___   10-28-59

17. List any organization(s), if any, to which you belong or in which you participate (including church, religious, fraternal, social, recreational, service, business, political, union) and any offices you have held in the organization:

    ___NONE_____    _____

    _____    _____

    _____    _____

    _____    _____

    _____    _____

    _____    _____

    _____    _____

18. Have you ever served on a grand jury?         Yes _____         No __✓__

    If yes, when and where?         _____

        _____

    Federal or state?         Federal _____         State _____

19. Have you ever served on a trial jury?         Yes _____         No __✓__

    If yes, when and where?         _____

        _____

    Federal or state?         Federal _____         State _____

    Criminal or civil?         Criminal _____         Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _____        No ✔

If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes ✔        No _____

If yes, explain: _SoN — SAV. PoLice  departmenT_

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____        No ✔

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____        No ✔

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

_✓_ Television          _____ Radio          _✓_ Newspapers

_____ Internet          _____ Magazines          _____ Other

25. Have you heard or read anything about this case before today?

Yes _✓_          No _____          Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

_FROM _ TV _ NEWSpapers_

_____

26. Has anyone ever talked to you about this case before today?   Yes _✓_   No _____

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_WIFE _

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____          No _✓_

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_✓_          Yes, I definitely could.

_____          I probably could.

_____          Not sure.

_____          I probably could not.

_____          No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No _✓_

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No _✓_

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_✓_          I strongly support the death penalty as a punishment.

_____          I support the death penalty as a punishment.

_____          I have no opinion about death penalty as a punishment.

_____          I oppose the death penalty as a punishment.

_____          I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?        Yes _____        No __✓__

    If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

        Yes __✓__                No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

        Yes __✓__                No _____

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

        Yes __✓__                No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

        Yes __✓__                No _____

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

___✓___ I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

___✓___ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

    Yes _____        No ✔_____

    If yes, explain: _____

    _____

    _____

39. Would the **race of the victim** affect your opinion as to guilt?

    Yes _____        No ✔_____

    If yes, explain: _____

    _____

    _____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

    Yes _____        No ✔_____

    If yes, explain:_____

    _____

    _____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

    Yes _____        No ✔_____

    If yes, explain:_____

    _____

    _____

18

## QUESTIONNAIRE

1. Name: ████████████████████

2. Date of Birth: ████████████

3. Place of Birth: ████████████████

4. Current Address: ████████████████████████

5. County: ████████████

6. How long have you lived at this address?    7 yrs

7. Do you rent or own your residence?    Rent _____    Own ✓

8. Have you ever lived outside of Georgia?    Yes _____    No _____

9. What is your religious affiliation, if any?    Baptist

10. Which do you consider yourself to be: (select one)

African American    ✓        Native American Indian    _____

Asian    _____        Hispanic    _____

Caucasian (white)    _____        Other    _____

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____     Junior High/Middle School _____

High School _____     Vocational/Trade School ✓

College (undergraduate) _____     Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?     Yes ✓          No _____

If yes, What is your occupation? *LONGSHORMAN*

13. List other significant employment within the past five years: _____ *N/A* _____

_____

_____

_____

14. Marital Status:

Never Married _____     Married ✓     Divorced _____

Widowed _____     Separated _____

If married, number of years with current spouse: _____

Spouse's occupation: *HAIR DRESSER*

15. Have you ever had, adopted, or raised any children?     Yes ✓     No _____

If yes, how many?     *6*

What are their current ages?     *19, 25, 26, 21, 29, 32 yRS.*

_____

3

16. Have you ever served in the military?        Yes ✓        No _____

If yes, what branch(s) and when: _U.S. Air Force_

17. List any organization(s), if any, to which you belong or in which you participate (including church, religious, fraternal, social, recreational, service, business, political, union) and any offices you have held in the organization:

ILA Local 1414 _____     _____

NAACP _____     _____

AFl-CIO _____     _____

CBTU _____     _____

American Legions _____     _____

Masons (F+AM) _____     _____

APRI _____     _____

18. Have you ever served on a grand jury?        Yes _____        No ✓

If yes, when and where?        _____

_____

Federal or state?        Federal _____        State _____

19. Have you ever served on a trial jury?        Yes _____        No ✓

If yes, when and where?        _____

_____

Federal or state?        Federal _____        State _____

Criminal or civil?        Criminal _____        Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes __✓__          No _____

If yes, explain: __Home + Auto Robbery__

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes __✓__          No _____

If yes, explain: __Neighborhood Watch__

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

      ✓ Television      _____ Radio      ✓ Newspapers

      _____ Internet      _____ Magazines      _____ Other

25. Have you heard or read anything about this case before today?

    Yes ___✓___      No __!__      Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

_____

_____

26. Has anyone ever talked to you about this case before today?    Yes ___✓___    No _____

If yes, please state the person(s) you talked to and the nature of your conversation(s):

    MY WIFE AND I ._____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

    Yes _____      No ___✓___

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

    ___✓___    Yes, I definitely could.

    _____    I probably could.

    _____    Not sure.

    _____    I probably could not.

    _____    No, I definitely could not.

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No ✓_____

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No ✓_____

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I strongly support the death penalty as a punishment.

__✓___    I support the death penalty as a punishment.

_____    I have no opinion about death penalty as a punishment.

_____    I oppose the death penalty as a punishment.

_____    I strongly oppose the death penalty as a punishment.

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?          Yes _____          No __✓__

    If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

        Yes __✓__          No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

        Yes _____          No __✓__

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

        Yes __✓__          No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

        Yes _____          No __✓__

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

✓ I feel that the death penalty is applied unfairly against minorities.

_____ I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

✓ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

19

# QUESTIONNAIRE

1. Name: ▓▓▓▓▓▓▓▓▓▓

2. Date of Birth: ▓▓▓▓▓▓▓

3. Place of Birth: ▓▓▓▓▓▓▓

4. Current Address: ▓▓▓▓▓▓▓

   ▓▓▓▓▓▓▓▓▓

5. County: ▓▓▓▓▓

6. How long have you lived at this address?  **9 ½ years**

7. Do you rent or own your residence?    Rent _____    Own ✓

8. Have you ever lived outside of Georgia?    Yes ✓    No _____

9. What is your religious affiliation, if any?  **CHRISTIAN**

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | ✓ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____     Junior High/Middle School _____

High School ___✔___     Vocational/Trade School _____

College (undergraduate) _____     Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?     Yes ___✔___          No _____

If yes, What is your occupation? __ESTIMATER__          __9 years__

13. List other significant employment within the past five years: ___None___

_____

_____

_____

14. Marital Status:

Never Married _____     Married ___✔___     Divorced _____

Widowed _____     Separated _____

If married, number of years with current spouse: ___20 +___

Spouse's occupation: __Home maker__

15. Have you ever had, adopted, or raised any children?     Yes ___✔___     No _____

If yes, how many? ___2___

What are their current ages? __27__ , __22__

_____

3

16. Have you ever served in the military?         Yes ✓         No _____

    If yes, what branch(s) and when: _US ARMY  1973 — 1994_

_____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

    _None_____          _____

    _____          _____

    _____          _____

    _____          _____

    _____          _____

    _____          _____

    _____          _____

18. Have you ever served on a grand jury?         Yes _____         No ✓

    If yes, when and where?         _____

    _____

    Federal or state?         Federal _____         State _____

19. Have you ever served on a trial jury?         Yes _____         No ✓

    If yes, when and where?         _____

    _____

    Federal or state?         Federal _____         State _____

    Criminal or civil?         Criminal _____         Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

24. What is/are your primary source(s) of news? (select all that apply)

   ✓ Television      \_\_\_\_\_ Radio      ✓ Newspapers

   ✓ Internet      \_\_\_\_\_ Magazines      \_\_\_\_\_ Other

25. Have you heard or read anything about this case before today?

Yes \_\_\_\_\_      No \_\_\_\_\_      Not Sure ✓

If yes or not sure, please state what you have heard or read and the source(s):

I WORK IN AllewHUIST GA. SO I MIGHT
HAVE HEARD SOME. NOT SURE

26. Has anyone ever talked to you about this case before today?   Yes \_\_\_\_\_   No ✓

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes \_\_\_\_\_      No ✓

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____    Yes, I definitely could.

_____    I probably could.

_____    Not sure.

_____    I probably could not.

_____    No, I definitely could not.

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __✓__

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____     I strongly support the death penalty as a punishment.

__✓__     I support the death penalty as a punishment.

_____     I have no opinion about death penalty as a punishment.

_____     I oppose the death penalty as a punishment.

_____     I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?        Yes _____        No ✔

      If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

      Yes ✔        No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

      Yes _____        No ✔

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

      Yes ✔        No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

      Yes _____        No ✔

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

       _____    I feel strongly that the death penalty is applied unfairly against minorities.

       _____    I feel that the death penalty is applied unfairly against minorities.

       _____    I have no opinion whether the death penalty is applied unfairly against minorities.

       ✓    I feel that the death penalty is applied fairly against minorities.

       _____    I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

    _____ Yes, it is a definitely a problem.

    _____ Yes, it is often a problem.

    _____ Yes, it is occasionally a problem.

    _____ Not sure if it is a problem.

    _____ No, it is usually not a problem.

    ✓ No, it is rarely a problem.

    _____ No, it is not a problem at all.

38. Would the **race of the defendant** affect your opinion as to guilt?

      Yes _____       No _✓_

      If yes, explain: _____

      _____

      _____

39. Would the **race of the victim** affect your opinion as to guilt?

      Yes _____       No _✓_

      If yes, explain: _____

      _____

      _____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

      Yes _____       No _✓_

      If yes, explain:_____

      _____

      _____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

      Yes _____       No _✓_

      If yes, explain:_____

      _____

      _____

#20

## QUESTIONNAIRE

1. Name: _____

2. Date of Birth: _____

3. Place of Birth: _____

4. Current Address: _____

_____

5. County: _____

6. How long have you lived at this address? _____ 4 yrs _____

7. Do you rent or own your residence?     Rent _____     Own X

8. Have you ever lived outside of Georgia?     Yes X     No _____

9. What is your religious affiliation, if any? _____ None _____

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | ✓ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____ Junior High/Middle School _____

High School _____ Vocational/Trade School _____

College (undergraduate) ✓ Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____ BUSINESS / ENGLISH _____

12. Are you currently employed? Yes X No _____

If yes, What is your occupation? FINANCE MANAGER AT AUTO DEALERSHIP

13. List other significant employment within the past five years: _____

_____ SAME JOB AT DIFFERENT DEALER _____

14. Marital Status:

Never Married _____ Married X Divorced _____

Widowed _____ Separated _____

If married, number of years with current spouse: 3

Spouse's occupation: BARTENDER

15. Have you ever had, adopted, or raised any children? Yes _____ No X

If yes, how many? _____

What are their current ages? _____

3

16. Have you ever served in the military?                    Yes _____          No _X_

    If yes, what branch(s) and when: _____

    _____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

_____NONE_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

18. Have you ever served on a grand jury?              Yes _____          No _X_

    If yes, when and where?          _____

    _____

    Federal or state?          Federal _____          State _____

19. Have you ever served on a trial jury?              Yes _____          No _X_

    If yes, when and where?          _____

    _____

    Federal or state?          Federal _____          State _____

    Criminal or civil?          Criminal _____          Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _X_          No _____

If yes, explain: MY SISTER, UPON RETURN FROM HER HONEYMOON, WALKED INTO A ROBBERY AT MY PARENTS HOME. THREE BLACK MEN RAPED HER BEAT HER, AND LEFT HER FOR DEAD. SHE CAME CLOSE TO DEATH. IT WAS A MIRACLE SHE LIVED.

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _X_          No _____

If yes, explain: I HAVE TWO IN LAWS IN THE FBI

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____          No _X_

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No _X_

If yes, explain: _____

_____

_____

24. What is/are your primary source(s) of news? (select all that apply)

    __X__ Television    __X__ Radio    __X__ Newspapers

    __X__ Internet    __X__ Magazines    __X__ Other

25. Have you heard or read anything about this case before today?

    Yes __X__    No _____    Not Sure _____

    If yes or not sure, please state what you have heard or read and the source(s):

    _____ TV NewsPaper, Radio _____

    _____

26. Has anyone ever talked to you about this case before today?    Yes _____    No X

    If yes, please state the person(s) you talked to and the nature of your conversation(s):

    _____

    _____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

    Yes __X__    No _____

    If yes, what is your opinion? HE IS PROBABLY GUILTT

    If yes, could you set that opinion aside and return a verdict based only on the evidence

    presented at trial? (select one)

    _____    Yes, I definitely could.

    _____    I probably could.

    _____    Not sure.

    _____    I probably could not.

    __X__    No, I definitely could not.

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __X__

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No __X__

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

__X__     I strongly support the death penalty as a punishment.

_____     I support the death penalty as a punishment.

_____     I have no opinion about death penalty as a punishment.

_____     I oppose the death penalty as a punishment.

_____     I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the

defendant?          Yes _____          No __X__

    If yes, explain: _____

    _____

    _____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you

that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

          Yes __X__          No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the

death penalty?

          Yes __X__          No _____

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors

convince you that life in prison without the possibility of release or parole is the appropriate

sentence, **could** you vote for it?

          Yes _____          No __X__

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in

prison without the possibility of release or parole, regardless of the facts and the aggravating

evidence?

          Yes _____          No __X__

8

36. Regarding the death penalty, which of the following statements **best** represents the way you

feel? (select one)

_____        I feel strongly that the death penalty is applied unfairly against

minorities.

_____        I feel that the death penalty is applied unfairly against minorities.

_____        I have no opinion whether the death penalty is applied unfairly

against minorities.

_____        I feel that the death penalty is applied fairly against minorities.

___X___       I feel strongly that the death penalty is applied fairly against

minorities.

37. Do you think race discrimination against African Americans in the United States is a

problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

___X___ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes __X__          No _____

If yes, explain: __THE BLOCK MEN RAPED MY SISTER THEN TRIED TO KILL HER WHILE ROBBING MY PARENTS HOUSE__

39. Would the **race of the victim** affect your opinion as to guilt?

Yes __X__          No _____

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes __X__          No _____

If yes, explain: __I THINK CRIMINALS SHOULD DIE.__

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __X__

If yes, explain: _____

_____

_____

10

#21

## QUESTIONNAIRE

1. Name: ▓▓▓▓▓▓▓

2. Date of Birth: ▓▓▓▓▓▓▓

3. Place of Birth: ▓▓▓▓▓▓▓

4. Current Address: ▓▓▓▓▓▓▓

5. County: ▓▓▓▓▓▓▓

6. How long have you lived at this address?   3 months, but have been in RHill since 1992.

7. Do you rent or own your residence?   Rent ✓   Own ____ Currently building another house.

8. Have you ever lived outside of Georgia?   Yes ✓   No ____

9. What is your religious affiliation, if any?   Methodist

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | ____ | Native American Indian | ____ |
| Asian | ____ | Hispanic | ____ |
| Caucasian (white) | ✓ | Other | ____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____    Junior High/Middle School _____

High School _____    Vocational/Trade School _____

College (undergraduate) ___✓___    Graduate/Professional School __Some__

If college or graduate/professional school, you major(s) or area(s) of study?

Information Systems (BBA) + Teacher certification, in middle school mathematics

12. Are you currently employed?    Yes ___✓___    No _____

If yes, What is your occupation? __Teacher - 8th grade - RH Middle School__

13. List other significant employment within the past five years: _____

_____Same_____

_____

_____

14. Marital Status:

Never Married _____    Married ___✓___    Divorced _____

Widowed _____    Separated _____

If married, number of years with current spouse: _____

Spouse's occupation: __Vice President    Coating Systems Inc.__

15. Have you ever had, adopted, or raised any children?    Yes ___✓___    No _____

If yes, how many? _____2_____

What are their current ages? ____8, 14_____

3

16. Have you ever served in the military?          Yes _____          No __✓__

    If yes, what branch(s) and when: _____

    _____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

PAGE - ~~PAGE~~ _____    _____

Professional Assoc. of Ga. Educ. _____

_____    _____

Richmond Hill United Methodist _____

College: Zeta Tau Alpha Sorority (secretary)

Pi Kappa Phi Fraternity (little sister)

_____    _____

18. Have you ever served on a grand jury?          Yes _____          No __✓__

    If yes, when and where?          _____

    _____

    Federal or state?          Federal _____          State _____

19. Have you ever served on a trial jury?          Yes __✓__          No _____

    If yes, when and where?          Tallahassee  Florida

    1990

    Federal or state?          Federal _____          State __✓__

    Criminal or civil?          Criminal __✓__          Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _____        No __✓__

If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____        No __✓__

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____        No __✓__

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____        No __✓__

If yes, explain: _____

_____

_____

24. What is/are your primary source(s) of news? (select all that apply)

_____ Television        _____ Radio        __✓__ Newspapers

_____ Internet        _____ Magazines        _____ Other

25. Have you heard or read anything about this case before today?

Yes __✓__        No _____        Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

One of my students last year was the great-nephew of the victim. I recall him being absent due to her death.

26. Has anyone ever talked to you about this case before today?   Yes __✓__   No _____

If yes, please state the person(s) you talked to and the nature of your conversation(s):

Students mother explained that is was her aunt and the she was killed in the post office. She did not know details. I was offering condolenses

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____        No __✓__

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____        Yes, I definitely could.

_____        I probably could.

_____        Not sure.

_____        I probably could not.

_____        No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __✓__ other than previously mentioned

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I strongly support the death penalty as a punishment.

__✓__    I support the death penalty as a punishment.

_____    I have no opinion about death penalty as a punishment.

_____    I oppose the death penalty as a punishment.

_____    I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?          Yes _____          No __✓__

    If yes, explain: _____

    _____

    _____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

    Yes __✓__          No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

    Yes _____          No __✓__

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

    Yes __✓__          No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

    Yes _____          No __✓__

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

_____ I have no opinion whether the death penalty is applied unfairly against minorities.

__✓___ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

__✓___ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____        No \_\_✓\_\_

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____        No \_\_✓\_\_

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____        No \_\_✓\_\_

If yes, explain:_____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____        No \_\_✓\_\_

If yes, explain:_____

_____

_____