5

52

# QUESTIONNAIRE

1. Name: ███████████████████

2. Date of Birth: ███████████

3. Place of Birth: █████████████

4. Current Address: ████████████████

5. County: ████████████

6. How long have you lived at this address?    10 YEARS.

7. Do you rent or own your residence?    Rent ✓    Own _____

8. Have you ever lived outside of Georgia?    Yes ✓    No _____

9. What is your religious affiliation, if any? _____

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | ✓ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____     Junior High/Middle School _____

High School _____     Vocational/Trade School _____

College (undergraduate) _____     Graduate/Professional School __✓__

If college or graduate/professional school, you major(s) or area(s) of study?

JOURNALISM, INFORMATION SYSTEMS

12. Are you currently employed?     Yes __✓__          No _____

If yes, What is your occupation? ____MANAGER_____

13. List other significant employment within the past five years: _____

_____

_____

_____

14. Marital Status:

Never Married _____     Married _____     Divorced __✓__

Widowed _____     Separated _____

If married, number of years with current spouse: _____

Spouse's occupation: _____

15. Have you ever had, adopted, or raised any children?     Yes _____     No __✓__

If yes, how many? _____

What are their current ages? _____

_____

3

16. Have you ever served in the military?        Yes _____        No __✔__

If yes, what branch(s) and when: _____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

SNOWMAN FOLK MUSIC SOCIETY          SECRETARY

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

18. Have you ever served on a grand jury?        Yes _____        No __✔__

If yes, when and where?        _____

_____

Federal or state?        Federal _____        State _____

19. Have you ever served on a trial jury?        Yes _____        No __✔__

If yes,  when and where?        _____

_____

Federal or state?        Federal _____        State _____

Criminal or civil?        Criminal _____        Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes ___✓___       No _____

If yes, explain: ___AUTOMOBILE  BREAK IN___

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____       No ___✓___

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or crisis centers, or policemen's funds)?

Yes _____       No ___✓___

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____       No ___✓___

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

_____✔ Television          _____ Radio          _____✔ Newspapers

_____✔ Internet          _____✔ Magazines          _____ Other

25. Have you heard or read anything about this case before today?

Yes _____✔          No _____          Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

_SAVANNAH MORNING NEWS ARTICLES AT THE_

_TIME OF THE CASE_

26.  Has anyone ever talked to you about this case before today?   Yes _____          No _____✔

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____          No _____✔

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____          Yes, I definitely could.

_____          I probably could.

_____          Not sure.

_____          I probably could not.

_____          No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

    Yes _____          No __✓__

    If yes, please explain: _____

    _____

    _____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

    Yes _____          No __✓__

    If yes, explain: _____

    _____

    _____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

    _____    I strongly support the death penalty as a punishment.

    __✓__    I support the death penalty as a punishment.

    _____    I have no opinion about death penalty as a punishment.

    _____    I oppose the death penalty as a punishment.

    _____    I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?         Yes _____         No __✓__

If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

Yes __✓__         No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

Yes _____         No __✓__

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

Yes __✓__         No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

Yes _____         No __✓__

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

___✓___ I feel that the death penalty is applied unfairly against minorities.

_____ I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

___✓___ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

    Yes _____        No ___✓___

    If yes, explain: _____

    _____

    _____

39. Would the **race of the victim** affect your opinion as to guilt?

    Yes _____        No ___✓___

    If yes, explain: _____

    _____

    _____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

    Yes _____        No ___✓___

    If yes, explain:_____

    _____

    _____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

    Yes _____        No ___✓___

    If yes, explain:_____

    _____

    _____

54

# QUESTIONNAIRE

1. Name: _____

2. Date of Birth: _____

3. Place of Birth: _____

4. Current Address: _____

5. County: _____

6. How long have you lived at this address? *18 YEARS*

7. Do you rent or own your residence?    Rent _____    Own ✓

8. Have you ever lived outside of Georgia?    Yes ✓    No _____

9. What is your religious affiliation, if any? *METHODIST*

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | ✓ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____          Junior High/Middle School _____

High School ✓                            Vocational/Trade School _____

College (undergraduate) _____          Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?      Yes ✓          No _____

If yes, What is your occupation? *COURT SECURITY OFFICER*

13. List other significant employment within the past five years: _____

*CHATHAM COUNTY POLICE DEPT,*
*RETIRED JANUARY 2000 - 31 YEARS SERVICE*

_____

14. Marital Status:

Never Married _____          Married ✓          Divorced _____

Widowed _____          Separated _____

If married, number of years with current spouse: *31*

Spouse's occupation: *OFFICE MANAGER*

15. Have you ever had, adopted, or raised any children?      Yes ✓      No _____

If yes, how many?          *1*

What are their current ages?          *29*

_____

3

16. Have you ever served in the military?          Yes ✓          No _____

    If yes, what branch(s) and when: _U.S. Air Force_____

    _Oct 1963  thru Oct 1967_____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

_St. Peters Catholic Church_          _____

_Laddings Harbor_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

18. Have you ever served on a grand jury?          Yes _____          No ✓

    If yes, when and where?          _____

    _____

    Federal or state?          Federal _____          State _____

19. Have you ever served on a trial jury?          Yes _____          No ✓

    If yes, when and where?          _____

    _____

    Federal or state?          Federal _____          State _____

    Criminal or civil?          Criminal _____          Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes ✓          No _____

If yes, explain: _My DAUGHTER WAS A VICTIM OF_
_A ROBBERY BY FORCE APPROXIMATELY 10 YEARS_
_AGO_

21. Have you, or any member of your family ever been employed in law enforcement?

Yes ✓          No _____

If yes, explain: _CHATHAM COUNTY POLICE DEPT_
_APRIL 1969 TO JAN 2000_

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes ✓          No _____

If yes, explain: _DONATIONS TO RAPE CRISIS CENTER_

23. Have you or any member of your family ever been convicted of a felony?

Yes _____     No ✓

If yes, explain: _____

24. What is/are your primary source(s) of news? (select all that apply)

_✓_ Television      _✓_ Radio      _✓_ Newspapers

_____ Internet      _____ Magazines      _____ Other

25. Have you heard or read anything about this case before today?

Yes _✓_      No _____      Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

_IN THE NEWSPAPER AND SOME DISCUSSION_
_IN THE COURT SECURITY OFFICE_

26. Has anyone ever talked to you about this case before today?  Yes _✓_  No _____

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_IN THE COURT SECURITY OFFICE I HEARD SOME DETAILS_
_OF THE CRIME_

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____      No _✓_

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_✓_     Yes, I definitely could.

_____     I probably could.

_____     Not sure.

_____     I probably could not.

_____     No, I definitely could not.

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes ✔                    No _____

If yes, please explain: _KNOW U.S. ATTORNEYS WHO ARE FREQUENTLY IN THE COURTHOUSE_

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____                    No ✔

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I strongly support the death penalty as a punishment.

✔    I support the death penalty as a punishment.

_____    I have no opinion about death penalty as a punishment.

_____    I oppose the death penalty as a punishment.

_____    I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?    Yes _____    No ✓_____

    If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

    Yes ✓_____    No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

    Yes ~~✓~~    No ✓_____

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

    Yes ✓_____    No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

    Yes _____    No ✓_____

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

_____ I have no opinion whether the death penalty is applied unfairly against minorities.

__✓__ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

__✓__ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No __✔___

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No ✔___

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✔___

If yes, explain:_____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✔___

If yes, explain:_____

_____

_____

10

56

# QUESTIONNAIRE

1. Name: ▮▮▮▮▮▮▮▮▮▮

2. Date of Birth: ▮▮▮▮▮▮

3. Place of Birth: ▮▮▮▮▮▮

4. Current Address: ▮▮▮▮▮▮▮▮

5. County: ▮▮▮▮

6. How long have you lived at this address?  7 yrs

7. Do you rent or own your residence?    Rent _____    Own __✓__

8. Have you ever lived outside of Georgia?   Yes __✓__    No _____

9. What is your religious affiliation, if any? __~~____~~ Ame__

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | __✓__ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | _____ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School __*9*__     Junior High/Middle School __*z*__

High School _____     Vocational/Trade School _____

College (undergraduate) _____     Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?     Yes _____          No __✓__

If yes, What is your occupation? _____

13. List other significant employment within the past five years: __*ReTire*__

_____

_____

_____

14. Marital Status:

Never Married _____     Married __✓__     Divorced _____

Widowed _____     Separated _____

If married, number of years with current spouse: __*45*_____

Spouse's occupation: __*None*_____

15. Have you ever had, adopted, or raised any children?     Yes __✓__  No _____

If yes, how many?          __*1*_____

What are their current ages?     __*17*_____

_____

3

16. Have you ever served in the military?          Yes _____          No __ ⟵

   If yes, what branch(s) and when: _____

   _____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

   _Social FriendSHiP_          _Loade No 42 mason_

   _P. m._                      _____

   _____       _____

   _____       _____

   _____       _____

   _____       _____

   _____       _____

18. Have you ever served on a grand jury?          Yes _____          No ⟵

   If yes, when and where?      _____

                                _____

   Federal or state?          Federal _____          State _____

19. Have you ever served on a trial jury?          Yes _____          No _____

   If yes, when and where?      _____

                                _____

   Federal or state?          Federal _____          State _____

   Criminal or civil?         Criminal _____          Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

24. What is/are your primary source(s) of news? (select all that apply)

___✓___ Television          _____ Radio          _____ Newspapers

_____ Internet          _____ Magazines          _____ Other

25. Have you heard or read anything about this case before today?

Yes _____          No ___✓___          Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

_____

_____

26. Has anyone ever talked to you about this case before today?    Yes _____          No ___✓___

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____          No ___✓___

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____          Yes, I definitely could.

_____          I probably could.

_____          Not sure.

_____          I probably could not.

_____          No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __✓__

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I strongly support the death penalty as a punishment.

_____    I support the death penalty as a punishment.

__✓__    I have no opinion about death penalty as a punishment.

_____    I oppose the death penalty as a punishment.

_____    I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?         Yes _____        No _⌐___

    If yes, explain: _____

    _____

    _____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

        Yes _✓___         No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

        Yes _✓___         No _____

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

        Yes _✓___         No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

        Yes _✓___         No _____

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

___✓___ I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

___✓___ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No _____

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No _____

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No _____

If yes, explain:_____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No _____

If yes, explain:_____

_____

_____

57

# QUESTIONNAIRE

1. Name: ▮▮▮▮▮▮▮▮▮▮

2. Date of Birth: ▮▮▮▮▮▮▮▮

3. Place of Birth: ▮▮▮▮▮▮▮

4. Current Address: ▮▮▮▮▮▮▮▮

5. County: ▮▮▮▮▮

6. How long have you lived at this address?    *1½ yrs.*

7. Do you rent or own your residence?    Rent _____    Own ✓

8. Have you ever lived outside of Georgia?    Yes ✓    No _____

9. What is your religious affiliation, if any?    *Baptist*

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | ✓ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____        Junior High/Middle School _____

High School _____        Vocational/Trade School _____

College (undergraduate) ___✓___        Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?    Yes ___✓___        No _____

If yes, What is your occupation?    *Interior Designer*

13. List other significant employment within the past five years: _____

_____

_____

_____

14. Marital Status:

Never Married _____        Married ___✓___        Divorced _____

Widowed _____        Separated _____

If married, number of years with current spouse: ___12___

Spouse's occupation: *Mngr. Information Technology @ GA Ports Auth.*

15. Have you ever had, adopted, or raised any children?    Yes ___✓___    No _____

If yes, how many?    *3*

What are their current ages?    *10*

*8 Twins*

3

16. Have you ever served in the military?　　　　Yes _____　　　No ✓

　　　If yes, what branch(s) and when: _____

　　　_____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

First Baptist Church _____　　Deacon _____
_____　　Chrm./Member several committees
_____　　_____
_____　　_____
_____　　_____
_____　　_____
_____　　_____

18. Have you ever served on a grand jury?　　　Yes _____　　　No ✓

　　　If yes, when and where? _____

　　　_____

　　　Federal or state?　　Federal _____　　　State _____

19. Have you ever served on a trial jury?　　　Yes _____　　　No ✓

　　　If yes, when and where? _____

　　　_____

　　　Federal or state?　　Federal _____　　　State _____

　　　Criminal or civil?　　Criminal _____　　　Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _____          No ___✓___

If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No ___✓___

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes ___✓___          No _____

If yes, explain: _____ Contributed to policemm's
fund. _____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No ___✓___

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

_____ Television          ✓ Radio          _____ Newspapers

_____ Internet          _____ Magazines          _____ Other

25. Have you heard or read anything about this case before today?

Yes _____          No ✓          Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

_____

_____

26. Has anyone ever talked to you about this case before today?   Yes _____      No ✓

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____          No ✓

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____          Yes, I definitely could.

_____          I probably could.

_____          Not sure.

_____          I probably could not.

_____          No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes ___✓___          No _____

If yes, please explain: ___Acquainted w/ Prosecuting Attorneys.___

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No ___✓___

If yes, explain: _____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

___✓___   I strongly support the death penalty as a punishment.

_____   I support the death penalty as a punishment.

_____   I have no opinion about death penalty as a punishment.

_____   I oppose the death penalty as a punishment.

_____   I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?        Yes _____        No ✓_____

    If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

    Yes ✓_____        No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

    Yes _____        No ✓_____

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

    Yes ✓_____        No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

    Yes _____        No ✓_____

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I feel strongly that the death penalty is applied unfairly against minorities.

_____    I feel that the death penalty is applied unfairly against minorities.

__✓__    I have no opinion whether the death penalty is applied unfairly against minorities.

_____    I feel that the death penalty is applied fairly against minorities.

_____    I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

__✓__ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____        No __✓__

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____        No __✓__

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____        No __✓__

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____        No __✓__

If yes, explain: _____

_____

_____

10

Juror # 04-0060

## QUESTIONNAIRE

1. Name: _____

2. Date of Birth: _____

3. Place of Birth: _____

4. Current Address: _____

5. County: _____

6. How long have you lived at this address?  _____ 2 years _____

7. Do you rent or own your residence?    Rent _____    Own ✓

8. Have you ever lived outside of Georgia?    Yes _____    No ✓

9. What is your religious affiliation, if any? __Baptist__

10. Which do you consider yourself to be: (select one)

African American _____        Native American Indian _____

Asian _____                   Hispanic _____

Caucasian (white) ✓            Other _____

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School  _____        Junior High/Middle School  _____

High School  _____        Vocational/Trade School  ✓

College (undergraduate)  _____        Graduate/Professional School  _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?    Yes ✓        No _____

If yes, What is your occupation?  _Electrician_

13. List other significant employment within the past five years:  _____

_____

_____

_____

14. Marital Status:

Never Married _____        Married ✓        Divorced _____

Widowed  _____        Separated _____

If married, number of years with current spouse:  _23_

Spouse's occupation:  _Hospital Administrator_

15. Have you ever had, adopted, or raised any children?    Yes ✓    No _____

If yes, how many?  _2_

What are their current ages?  _17, 15_

_____

3

16. Have you ever served in the military?    Yes _____    No ✓

    If yes, what branch(s) and when: _____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

_Calvary Baptist Temple_    _____

_Electrical Workers Union_   _____

_____    _____

_____    _____

_____    _____

_____    _____

18. Have you ever served on a grand jury?    Yes _____    No ✓

    If yes, when and where?    _____

_____

    Federal or state?    Federal _____    State _____

19. Have you ever served on a trial jury?    Yes ✓    No _____

    If yes, when and where?    _Savannah_   _10-12 years ago_

_____

    Federal or state?    Federal _____    State ✓

    Criminal or civil?    Criminal ✓    Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

24. What is/are your primary source(s) of news? (select all that apply)

_____ Television        _____ Radio        __✓__ Newspapers

_____ Internet          _____ Magazines     _____ Other

25. Have you heard or read anything about this case before today?

Yes __✓__        No _____        Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

_I vaguely remember reading about it_

_in newspaper_

26. Has anyone ever talked to you about this case before today?   Yes _____   No __✓__

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____        No __✓__

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____        Yes, I definitely could.

_____        I probably could.

_____        Not sure.

_____        I probably could not.

_____        No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __✓__

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I strongly support the death penalty as a punishment.

__✓__     I support the death penalty as a punishment.

_____    I have no opinion about death penalty as a punishment.

_____    I oppose the death penalty as a punishment.

_____    I strongly oppose the death penalty as a punishment.

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the

defendant?               Yes _____          No __✓___

   If yes, explain: _____

   _____

   _____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you

that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

               Yes __✓___                    No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the

death penalty?

               Yes _____                    No __✓___

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors

convince you that life in prison without the possibility of release or parole is the appropriate

sentence, **could** you vote for it?

               Yes __✓___                    No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in

prison without the possibility of release or parole, regardless of the facts and the aggravating

evidence?

               Yes _____                    No __✓___

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

_____ I have no opinion whether the death penalty is applied unfairly against minorities.

___✓___ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

___✓___ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____        No __✓__

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____        No __✓__

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____        No __✓__

If yes, explain:_____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____        No __✓__

If yes, explain:_____

_____

_____

10

61

ORIGINAL

## QUESTIONNAIRE

1. Name: ▓▓▓▓▓▓▓▓▓▓▓▓

2. Date of Birth: ▓▓▓▓▓▓▓▓

3. Place of Birth: ▓▓▓▓▓▓

4. Current Address: ▓▓▓▓▓▓▓▓▓

5. County: ▓▓▓▓▓▓

6. How long have you lived at this address? __6 mos.__

7. Do you rent or own your residence?        Rent _____        Own ✓

8. Have you ever lived outside of Georgia?    Yes _____        No ✓

9. What is your religious affiliation, if any? __Methodist__

10. Which do you consider yourself to be: (select one)

| African American | _____ | Native American Indian | _____ |
|---|---|---|---|
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | ✓ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____     Junior High/Middle School _____

High School _____     Vocational/Trade School _____

College (undergraduate) ✓     Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

Paralegal

12. Are you currently employed?     Yes ✓     No _____

If yes, What is your occupation? Paralegal

13. List other significant employment within the past five years: _____

James C. Metts, III, P.C.

14. Marital Status:

Never Married _____     Married ✓     Divorced _____

Widowed _____     Separated _____

If married, number of years with current spouse: 5 yrs.

Spouse's occupation: Lawyer

15. Have you ever had, adopted, or raised any children?     Yes ✓     No _____

If yes, how many? 2

What are their current ages? 20

15

3

16. Have you ever served in the military?          Yes _____          No ✓

    If yes, what branch(s) and when: _____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including church, religious, fraternal, social, recreational, service, business, political, union) and any offices you have held in the organization:

Sav. Bar Association _____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

18. Have you ever served on a grand jury?          Yes _____          No ✓

    If yes, when and where?          _____

_____

    Federal or state?          Federal _____          State _____

19. Have you ever served on a trial jury?          Yes _____          No ✓

    If yes, when and where?          _____

_____

    Federal or state?          Federal _____          State _____

    Criminal or civil?          Criminal _____          Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _____          No ___✓___

If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No ___✓___

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____          No ___✓___

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No ___✓___

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

_____ Television    _____ Radio    __✓__ Newspapers

_____ Internet    _____ Magazines    _____ Other

25. Have you heard or read anything about this case before today?

Yes __✓__    No _____    Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

Newspaper _____

_____

26. Has anyone ever talked to you about this case before today?    Yes _____    No __✓__

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____    No __✓__

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____    Yes, I definitely could.

_____    I probably could.

_____    Not sure.

_____    I probably could not.

_____    No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes ✓                     No _____

If yes, please explain: _I Know the attorneys_
_professionally i have seen them at social_
_events._

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____               No ✓

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____      I strongly support the death penalty as a punishment.

✓          I support the death penalty as a punishment.

_____      I have no opinion about death penalty as a punishment.

_____      I oppose the death penalty as a punishment.

_____      I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the

defendant?                Yes _____                No __✓__

　　　If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you

that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

　　　　　　Yes __✓__                No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the

death penalty?

　　　　　　Yes _____                No __✓__

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors

convince you that life in prison without the possibility of release or parole is the appropriate

sentence, **could** you vote for it?

　　　　　　Yes __✓__                No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in

prison without the possibility of release or parole, regardless of the facts and the aggravating

evidence?

　　　　　　Yes _____                No __✓__

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

| | |
|---|---|
| _____ | I feel strongly that the death penalty is applied unfairly against minorities. |
| _____ | I feel that the death penalty is applied unfairly against minorities. |
| _____ | I have no opinion whether the death penalty is applied unfairly against minorities. |
| ✓ | I feel that the death penalty is applied fairly against minorities. |
| _____ | I feel strongly that the death penalty is applied fairly against minorities. |

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

✓ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No _____

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No _____

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No _____

If yes, explain:_____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No _____

If yes, explain:_____

_____

_____

NIGINAL                    #62

# QUESTIONNAIRE

1. Name: ▮▮▮▮▮▮▮▮▮▮▮▮

2. Date of Birth: ▮▮▮▮▮▮

3. Place of Birth: ▮▮▮▮▮▮▮▮

4. Current Address: ▮▮▮▮▮▮▮▮▮▮▮▮

5. County: ▮▮▮▮▮▮▮▮

6. How long have you lived at this address?   15 years

7. Do you rent or own your residence?        Rent _____        Own ✓

8. Have you ever lived outside of Georgia?    Yes _____         No ✓

9. What is your religious affiliation, if any?  Baptist

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | ✓ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____        Junior High/Middle School _____

High School ✓        Vocational/Trade School _____

College (undergraduate) _____        Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?    Yes _____        No ✓

If yes, What is your occupation? _____

13. List other significant employment within the past five years: _____

_Attorney Lloyd D Murray & Assoc._
_(real estate closings)_

_____

14. Marital Status:

Never Married _____        Married ✓        Divorced _____

Widowed _____        Separated _____

If married, number of years with current spouse: _29 years_

Spouse's occupation: _Electrical Engineer_

15. Have you ever had, adopted, or raised any children?    Yes ✓    No _____

If yes, how many? _2_

What are their current ages? _19, 23_

_____

3

16. Have you ever served in the military?            Yes _____            No __✓__

    If yes, what branch(s) and when: _____

    _____

17. List any organization(s), if any, to which you belong or in which you participate (including church, religious, fraternal, social, recreational, service, business, political, union) and any offices you have held in the organization:

    _____    _____

    _____    _____

    _____    _____

    _____    _____

    _____    _____

    _____    _____

    _____    _____

18. Have you ever served on a grand jury?            Yes _____            No __✓__

    If yes, when and where?    _____

    _____

    Federal or state?            Federal _____            State _____

19. Have you ever served on a trial jury?            Yes __✓__            No _____

    If yes, when and where?            Chatham Co._____

    "1980's"_____

    Federal or state?            Federal _____            State __✓__

    Criminal or civil?            Criminal __✓__            Civil __✓__

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _____          No ___✓___

If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes ___✓___          No _____

If yes, explain: _Father - Ga state Patrol - security Guard_
_Uncle - Sheriff of Bouley_

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes ___✓___          No _____

If yes, explain: _Neighborhood watch c̄_
_Policemen's fund_

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No ___✓___

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

___✓ Television        ___✓ Radio        _____ Newspapers

___✓ Internet        _____ Magazines        _____ Other

25. Have you heard or read anything about this case before today?

Yes _____        No ___✓        Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

_____

_____

26. Has anyone ever talked to you about this case before today?   Yes _____        No ___✓

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____        No ___✓

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____        Yes, I definitely could.

_____        I probably could.

_____        Not sure.

_____        I probably could not.

_____        No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No ✔_____

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No ✔_____

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I strongly support the death penalty as a punishment.

✔_____    I support the death penalty as a punishment.

_____    I have no opinion about death penalty as a punishment.

_____    I oppose the death penalty as a punishment.

_____    I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the

defendant?           Yes _____          No __✓____

If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you

that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

Yes __✓____                No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the

death penalty?

Yes _____                No __✓____

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors

convince you that life in prison without the possibility of release or parole is the appropriate

sentence, **could** you vote for it?

Yes __✓____                No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in

prison without the possibility of release or parole, regardless of the facts and the aggravating

evidence?

Yes _____                No __✓____

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

_____ I have no opinion whether the death penalty is applied unfairly against minorities.

___✓___ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

___✓___ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No _____

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No _____

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No _____

If yes, explain:_____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No _____

If yes, explain:_____

_____

_____

10

67

# QUESTIONNAIRE

1. Name: ▮▮▮▮▮▮▮

2. Date of Birth: ▮▮▮▮▮▮▮

3. Place of Birth: ▮▮▮▮▮▮▮

4. Current Address: ▮▮▮▮▮▮▮

5. County: ▮▮▮▮▮▮▮

6. How long have you lived at this address?    *12 YEARS*

7. Do you rent or own your residence?    Rent _____    Own __✔__

8. Have you ever lived outside of Georgia?    Yes __✔__    No _____

9. What is your religious affiliation, if any?    *Episcopalian*

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | __✔__ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____      Junior High/Middle School _____

High School _____      Vocational/Trade School _____

College (undergraduate) __✓__      Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____ CHEMICAL ENGINEERING _____

12. Are you currently employed?     Yes _____      No __✓__

If yes, What is your occupation? _____ N/A _____

13. List other significant employment within the past five years: _____ N/A _____

_____

_____

_____

14. Marital Status:

Never Married _____      Married __✓__      Divorced _____

Widowed _____      Separated _____

If married, number of years with current spouse: _____ 13 yrs . _____

Spouse's occupation: _____ RETIRED _____

15. Have you ever had, adopted, or raised any children?     Yes __✓__     No _____

If yes, how many? _____ 1 _____

What are their current ages? _____ 54 _____

_____

3

16. Have you ever served in the military?    Yes _____    No ✓

    If yes, what branch(s) and when: _____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

GREENBRIAR — BOD      GOLDEN K (KIWANIS) STAFF

Hope House  BOD    SAV. Council World Affairs - STAFF

SECOND HARVEST FOOD BANK BOD    +Director World bank Conf

MEDIATION CNTR    Episcopal Diocese - GA.

BOD - Community Health Care Cntr.  Director Diocesan Convention

Management Assistance Program  Distribute Clothes/Food to 15 Non Profit Organizations

Thomas Park Food Pantry  Founder Director  United Way Volunteer of Year 2000

18. Have you ever served on a grand jury?    Yes _____    No ✓

    If yes, when and where? _____

_____

    Federal or state?    Federal _____    State _____

19. Have you ever served on a trial jury?    Yes ✓    No _____

    If yes, when and where?    Atlanta - Cleveland Ohio
    1980    1970

    Federal or state?    Federal _____    State ✓

    Criminal or civil?    Criminal _____    Civil ✓

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _____    No __✓__

If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes __✓__    No _____

If yes, explain: 2ND WIFES OLDEST SON — FBI — DC OFFICE

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes __✓__    No _____

If yes, explain: EMMAUS HOUSE - INNER CITY NITE SHELTER

RAPE CRISIS (FOOD-CLOTHING) AND

10-15 OTHER CHURCH ETC NON-PROFITS

23. Have you or any member of your family ever been convicted of a felony?

Yes _____    No __✓__

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

___✓___ Television        _____ Radio        ___✓___ Newspapers

_____ Internet        ___✓___ Magazines        _____ Other

25. Have you heard or read anything about this case before today?

Yes _____        No ___✓___        Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

_____

_____

26. Has anyone ever talked to you about this case before today?   Yes _____        No ___✓___

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____        No ___✓___

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

___✓___        Yes, I definitely could.

_____        I probably could.

_____        Not sure.

_____        I probably could not.

_____        No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __✓____

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No __✓____

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I strongly support the death penalty as a punishment.

__✓____    I support the death penalty as a punishment.

_____    I have no opinion about death penalty as a punishment.

_____    I oppose the death penalty as a punishment.

_____    I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?        Yes _____        No _✓___

    If yes, explain: _____IF NOT APPLICABLE_____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

    Yes _✓___        No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

    Yes _____        No _✓___

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

    Yes _✓___        No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

    Yes _____        No _✓___

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

__✓___ I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

___✓___ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No _____

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No _____

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No _____

If yes, explain:_____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No _____

If yes, explain:_____

_____

_____

10