82

# QUESTIONNAIRE

1. Name: _____

2. Date of Birth: _____

3. Place of Birth: _____

4. Current Address: _____

5. County: _____

6. How long have you lived at this address? _I yr. & 3 mos._

7. Do you rent or own your residence?    Rent _____    Own ✓

8. Have you ever lived outside of Georgia?    Yes _____    No ✓

9. What is your religious affiliation, if any? _Greek Orthodox_

10. Which do you consider yourself to be: (select one)

| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | ✓ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____  Junior High/Middle School _____

High School _____  Vocational/Trade School _____

College (undergraduate) _____  Graduate/Professional School ✓

If college or graduate/professional school, you major(s) or area(s) of study?

Psychology (B. A) + Adult Education

12. Are you currently employed?  Yes ✓  No _____

If yes, What is your occupation? Instructional Technology Support Specialist at AASU

13. List other significant employment within the past five years: Have worked at Armstrong Atlantic State University since 1997; however, I have been in my current position for only 1 month.

14. Marital Status:

Never Married _____  Married ✓  Divorced _____

Widowed _____  Separated _____

If married, number of years with current spouse: 1 yr. + 3 mos.

Spouse's occupation: Distance Learning at AASU

15. Have you ever had, adopted, or raised any children?  Yes _____  No ✓

If yes, how many? _____

What are their current ages? _____

3

16. Have you ever served in the military?        Yes _____        No _✓_

    If yes, what branch(s) and when: _____

    _____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

St. Paull's Greek Orthodox Church _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

18. Have you ever served on a grand jury?        Yes _____        No _✓_

    If yes, when and where?        _____

    _____

    Federal or state?        Federal _____        State _____

19. Have you ever served on a trial jury?        Yes _____        No _✓_

    If yes,  when and where?        _____

    _____

    Federal or state?        Federal _____        State _____

    Criminal or civil?        Criminal _____        Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _____          No _✓_____

If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No _✓_____

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _✓_____          No _____

If yes, explain: My grandmother used to be involved

in neighborhood watch _____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No _✓_____

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

   ✓ Television     ✓ Radio     ✓ Newspapers

   ✓ Internet     _____ Magazines     _____ Other

25. Have you heard or read anything about this case before today?

   Yes _____     No ✓     Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

_____

_____

26. Has anyone ever talked to you about this case before today?   Yes _____   No ✓

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

   Yes _____     No ✓

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

   _____     Yes, I definitely could.

   _____     I probably could.

   _____     Not sure.

   _____     I probably could not.

   _____     No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __✓__

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

__✓__          I strongly support the death penalty as a punishment.

_____          I support the death penalty as a punishment.

_____          I have no opinion about death penalty as a punishment.

_____          I oppose the death penalty as a punishment.

_____          I strongly oppose the death penalty as a punishment.

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?          Yes _____          No __✓__

    If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

        Yes __✓__          No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

        Yes _____          No __✓__

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

        Yes __✓__          No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

        Yes _____          No __✓__

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

_____ I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

✓ I feel strongly that the death penalty is applied fairly against minorities.

*we really need to stop pulling the "race card" out any time someone of a minority is convicted of a crime

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

✓ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No ✓_____

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No ✓_____

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death penalty or life imprisonment without the possibility of release or parole?

Yes _____          No ✓_____

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death penalty or life imprisonment without the possibility of release or parole?

Yes _____          No ✓_____

If yes, explain: _____

_____

_____

10

84

# QUESTIONNAIRE

1. Name:

2. Date of Birth:

3. Place of Birth:

4. Current Address:

5. County:

6. How long have you lived at this address?  ___28 years___

7. Do you rent or own your residence?   Rent _✓_   Own ____   Buying

8. Have you ever lived outside of Georgia?   Yes _✓_   No ____

9. What is your religious affiliation, if any?  _Baptist_

10. Which do you consider yourself to be: (select one)

| African American | ____ | Native American Indian | ____ |
|---|---|---|---|
| Asian | ____ | Hispanic | ____ |
| Caucasian (white) | _✓_ | Other | ____ |

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____    Junior High/Middle School _____

High School  *GED*    Vocational/Trade School _____

College (undergraduate) _____    Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?   Yes ✓   No _____

If yes, What is your occupation? *Bus Driver - Laidlaw Transit*

13. List other significant employment within the past five years: _____

*Indian Springs Casino, N.V.*
*Dollar General Corp.*

_____

14. Marital Status:

Never Married _____    Married _____    Divorced ✓

Widowed _____    Separated _____

If married, number of years with current spouse: _____

Spouse's occupation: _____

15. Have you ever had, adopted, or raised any children?   Yes ✓   No _____

If yes, how many? *3 daughters*

What are their current ages? *27, 25, 22*

_____

3

16. Have you ever served in the military?        Yes _____        No ✓

    If yes, what branch(s) and when: _____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including church, religious, fraternal, social, recreational, service, business, political, union) and any offices you have held in the organization:

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

18. Have you ever served on a grand jury?        Yes _____        No ✓

    If yes, when and where?        _____

                                  _____

    Federal or state?        Federal _____        State _____

19. Have you ever served on a trial jury?        Yes ✓        No _____

    If yes, when and where?        Sav.   about   1995

                                  _____

    Federal or state?        Federal ✓        State _____

    Criminal or civil?        Criminal ✓        Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _✓_        No _____

If yes, explain: Daughter - Amber Mock's house was broken into.

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____        No _✓_

If yes, explain: _____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____        No _✓_

If yes, explain: _____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____        No _✓_

If yes, explain: _____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

_____ Television          _____ Radio          _____ Newspapers

_____ Internet          _____ Magazines          ✓ Other

25. Have you heard or read anything about this case before today?

Yes _____          No ✓          Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

_____

_____

26. Has anyone ever talked to you about this case before today?   Yes _____   No ✓

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____          No ✓

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____          Yes, I definitely could.

_____          I probably could.

_____          Not sure.

_____          I probably could not.

_____          No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

       Yes _____           No ✓____

       If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

       Yes _____           No ✓____

       If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

        _____        I strongly support the death penalty as a punishment.

        ✓____        I support the death penalty as a punishment.

        _____        I have no opinion about death penalty as a punishment.

        _____        I oppose the death penalty as a punishment.

        _____        I strongly oppose the death penalty as a punishment.

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?          Yes _____          No ✓_____

    If yes, explain: _____

    _____

    _____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

          Yes ✓_____          No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

          Yes _____          No ✓_____

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

          Yes ✓_____          No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

          Yes _____          No ✓_____

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

_____ I have no opinion whether the death penalty is applied unfairly against minorities.

__✓__ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

__✓__ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

10

*Juror # 04-0089*

# QUESTIONNAIRE

1. Name: ▆▆▆▆▆▆▆▆▆▆

2. Date of Birth: ▆▆▆▆▆▆

3. Place of Birth: ▆▆▆▆▆▆

4. Current Address: ▆▆▆▆▆▆▆▆

5. County: ▆▆▆▆

6. How long have you lived at this address?  *14 Years*

7. Do you rent or own your residence?   Rent _____   Own ✓

8. Have you ever lived outside of Georgia?   Yes ✓   No _____

9. What is your religious affiliation, if any?  *Protestant*

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | ✓ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____     Junior High/Middle School _____

High School _____     Vocational/Trade School _____

College (undergraduate) _✓_     Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

*Economics*

12. Are you currently employed?     Yes _____     No _✓_

If yes, What is your occupation? _____

13. List other significant employment within the past five years: *None*

_____

_____

_____

14. Marital Status:

Never Married _____     Married _✓_     Divorced _____

Widowed _____     Separated _____

If married, number of years with current spouse: *40*

Spouse's occupation: *Retired*

15. Have you ever had, adopted, or raised any children?     Yes _✓_     No _____

If yes, how many? *Five*

What are their current ages? *48, 45, 43, 42, 39*

_____

3

16. Have you ever served in the military?          Yes ✓          No _____

    If yes, what branch(s) and when: _U.S. Navy     1955 - 1958_

_____

17. List any organization(s), if any, to which you belong or in which you participate (including church, religious, fraternal, social, recreational, service, business, political, union) and any offices you have held in the organization:

_The Landings Club - Social_          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

18. Have you ever served on a grand jury?          Yes _____          No ✓

    If yes, when and where?          _____

_____

    Federal or state?          Federal _____          State _____

19. Have you ever served on a trial jury?          Yes ✓          No _____

    If yes, when and where?          _Connecticut - 1986?_

_____

    Federal or state?          Federal ✓          State _._

    Criminal or civil?          Criminal ✓          Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes __✓__          No _____

If yes, explain: _Stolen Car — 1972_____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

_____✓ Television _____ Radio _____✓ Newspapers

_____✓ Internet _____✓ Magazines _____ Other

25. Have you heard or read anything about this case before today?

Yes _____ No _____ Not Sure ___✓___

If yes or not sure, please state what you have heard or read and the source(s):

*May have read about it in Savannah paper.*
*No specific recollection*

26. Has anyone ever talked to you about this case before today? Yes _____ No ✓

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____ No ✓

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____ Yes, I definitely could.

_____ I probably could.

_____ Not sure.

_____ I probably could not.

_____ No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____ .              No __✓___

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____              No _✓___

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____        I strongly support the death penalty as a punishment.

__✓___        I support the death penalty as a punishment.

_____        I have no opinion about death penalty as a punishment.

_____        I oppose the death penalty as a punishment.

_____        I strongly oppose the death penalty as a punishment.

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the

defendant?          Yes _____          No _✓___

If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you

that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

Yes _✓___          No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the

death penalty?

Yes _____          No _✓___

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors

convince you that life in prison without the possibility of release or parole is the appropriate

sentence, **could** you vote for it?

Yes _✓___          No _ı___

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in

prison without the possibility of release or parole, regardless of the facts and the aggravating

evidence?

Yes _____          No _✓___

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

___✓___ I feel that the death penalty is applied unfairly against minorities.

_____ I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

___✓___ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

10

90

# QUESTIONNAIRE

1. Name: ▮▮▮▮▮▮▮▮

2. Date of Birth: ▮▮▮▮▮▮

3. Place of Birth: ▮▮▮▮▮▮

4. Current Address: ▮▮▮▮▮▮

5. County: ▮▮▮▮

6. How long have you lived at this address? _about 16 years_

7. Do you rent or own your residence?    Rent _____    Own ✓

8. Have you ever lived outside of Georgia?    Yes _____    No ✓

9. What is your religious affiliation, if any? _~~Episcopal~~ Christian_

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | ✓ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____ Junior High/Middle School _____

High School __✓___ Vocational/Trade School _____

College (undergraduate) _____ Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed? Yes __✓___ No _____

If yes, What is your occupation? _Books-A-Million, bookseller_

13. List other significant employment within the past five years: _____

_____

_____

_____

14. Marital Status:

Never Married __✓___ Married _____ Divorced _____

Widowed _____ Separated _____

If married, number of years with current spouse: _____

Spouse's occupation: _____

15. Have you ever had, adopted, or raised any children? Yes _____ No __✓___

If yes, how many? _____

What are their current ages? _____

_____

3

16. Have you ever served in the military?        Yes _____        No ✓

   If yes, what branch(s) and when: _____

   _____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

_____ None _____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

18. Have you ever served on a grand jury?        Yes _____        No ✓

   If yes, when and where?        _____

   _____

   Federal or state?        Federal _____        State _____

19. Have you ever served on a trial jury?        Yes _____        No ✓

   If yes, when and where?        _____

   _____

   Federal or state?        Federal _____        State _____

   Criminal or civil?        Criminal _____        Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _____        No ___✓___

If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____        No ___✓___

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____        No ___✓___

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____        No ___✓___

If yes, explain: _____

_____

_____

24. What is/are your primary source(s) of news? (select all that apply)

   ✓ Television       ✓ Radio       _____ Newspapers

   ✓ Internet       _____ Magazines       _____ Other

25. Have you heard or read anything about this case before today?

Yes _____       No ✓       Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

_____

_____

26. Has anyone ever talked to you about this case before today?  Yes _____  No ✓

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____       No ✓

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____     Yes, I definitely could.

_____     I probably could.

_____     Not sure.

_____     I probably could not.

_____     No, I definitely could not.

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No ✓_____

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No ✓_____

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

✓_____          I strongly support the death penalty as a punishment.

_____          I support the death penalty as a punishment.

_____          I have no opinion about death penalty as a punishment.

_____          I oppose the death penalty as a punishment.

_____          I strongly oppose the death penalty as a punishment.

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the

defendant?         Yes _____         No __✓__

    If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you

that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

        Yes __✓__                    No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the

death penalty?

        Yes __✓__                    No _____

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors

convince you that life in prison without the possibility of release or parole is the appropriate

sentence, **could** you vote for it?

        Yes __✓__                    No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in

prison without the possibility of release or parole, regardless of the facts and the aggravating

evidence?

        Yes __✓__                    No _____

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

___✓___ I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

___✓___ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

10

93

# QUESTIONNAIRE

1. Name: ██████████

2. Date of Birth: ██████████

3. Place of Birth: ██████████

4. Current Address: ██████████

5. County: ██████████

6. How long have you lived at this address? _2 ½ yrs_

7. Do you rent or own your residence?   Rent _____   Own ✓

8. Have you ever lived outside of Georgia?   Yes ✓   No _____

9. What is your religious affiliation, if any? _Baptist_

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | ✓ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____     Junior High/Middle School _____

High School _____     Vocational/Trade School _____

College (undergraduate) __✓__     Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_Psychology / Management Science_

12. Are you currently employed?     Yes __✓__     No _____

If yes, What is your occupation? _Senior Manager, Product Management @VeriSign_

13. List other significant employment within the past five years: _____

_@Same compay for almost 8 yrs_

_____

_____

_____

14. Marital Status:

Never Married _____     Married __✓__     Divorced _____

Widowed _____     Separated _____

If married, number of years with current spouse: _almost 2_

Spouse's occupation: _Self-employed → ceramic tile installer_

15. Have you ever had, adopted, or raised any children?     Yes _✓_     No _____

If yes, how many? _1 → stepdaughter_

What are their current ages? _10_

_____

3

16. Have you ever served in the military?          Yes _____          No __✓__

    If yes, what branch(s) and when: _____

    _____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

    Have Bells Will Travel

    Bible Baptist Church (Care Leader)

    National Park Conservaton Assoc

18. Have you ever served on a grand jury?          Yes _____          No __✓__

    If yes, when and where?          _____

                            _____

    Federal or state?          Federal _____          State _____

19. Have you ever served on a trial jury?          Yes _____          No __✓__

    If yes, when and where?          _____

                             _____

    Federal or state?          Federal _____          State _____

    Criminal or civil?          Criminal _____          Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _✓_          No _____

If yes, explain: _mother's purse was stolen @ Tybee Island_

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No _✓_

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____          No _✓_

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No _✓_

If yes, explain: _____

_____

_____

24. What is/are your primary source(s) of news? (select all that apply)

_____ Television    ✓ Radio    _____ Newspapers

_____ Internet    _____ Magazines    _____ Other

25. Have you heard or read anything about this case before today?

Yes _____    No _____    Not Sure ✓

If yes or not sure, please state what you have heard or read and the source(s):

I think I remember something happened in a post office
last years couldn't say where or when or anything

26. Has anyone ever talked to you about this case before today?    Yes _____    No ✓

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____    No ✓

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____    Yes, I definitely could.

_____    I probably could.

_____    Not sure.

_____    I probably could not.

_____    No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No ___✓___

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No ___✓___

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____          I strongly support the death penalty as a punishment.

___✓___          I support the death penalty as a punishment.

_____          I have no opinion about death penalty as a punishment.

_____          I oppose the death penalty as a punishment.

_____          I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?          Yes _____          No __✓__

If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

Yes __✓__          No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

Yes _____          No __✓__

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

Yes __✓__          No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

Yes _____          No __✓__

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

_____ I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

___✓___ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

___✓___ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____        No ✓

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____        No ✓

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____        No ✓

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____        No ✓

If yes, explain: _____

_____

_____

95

## QUESTIONNAIRE

1. Name: ██████████████

2. Date of Birth: ██████████████

3. Place of Birth: ██████████████

4. Current Address: ██████████████

5. County: ██████████████

6. How long have you lived at this address?   *27 years*

7. Do you rent or own your residence?   Rent _____   Own ✓

8. Have you ever lived outside of Georgia?   Yes ✓   No _____

9. What is your religious affiliation, if any?   *methodist*

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | ✓ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____    Junior High/Middle School _____

High School _____    Vocational/Trade School _____

College (undergraduate) _____    Graduate/Professional School __✓__

If college or graduate/professional school, you major(s) or area(s) of study?

_____ *Pharmacy* _____

12. Are you currently employed?    Yes __✓__    No _____

If yes, What is your occupation? ___*Pharmacist*_____

13. List other significant employment within the past five years: _____

_____

_____

_____

14. Marital Status:

Never Married _____    Married __✓__    Divorced _____

Widowed _____    Separated _____

If married, number of years with current spouse: ___*29*_____

Spouse's occupation: _____*Pharmacist*_____

15. Have you ever had, adopted, or raised any children?    Yes __✓__    No _____

If yes, how many?    ___*3*_____

What are their current ages?  *32, 27, 25*_____

_____

3

16. Have you ever served in the military?    Yes ✓    No _____

    If yes, what branch(s) and when: _____ US Army    1969 - 1971

_____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

    Methodist church _____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

18. Have you ever served on a grand jury?    Yes ✓    No _____

    If yes, when and where?    Liberty County - about

    10-15 years ago

    Federal or state?    Federal _____    State ✓

19. Have you ever served on a trial jury?    Yes _____    No ✓

    If yes, when and where?    _____

_____

    Federal or state?    Federal _____    State _____

    Criminal or civil?    Criminal _____    Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _____✓_____          No _____

If yes, explain: _____ night Burglary _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No ___✓___

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____          No ___✓___

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No ___✓___

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

_____ Television        _____ Radio        ✓ Newspapers

_____ Internet          _____ Magazines    _____ Other

25. Have you heard or read anything about this case before today?

Yes ✓          No _____          Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

*Simply read the news account of the crime at the time*

26. Has anyone ever talked to you about this case before today?   Yes _____   No ✓

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____          No ✓

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____        Yes, I definitely could.

_____        I probably could.

_____        Not sure.

_____        I probably could not.

_____        No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No ✔_____

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No ✔_____

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____          I strongly support the death penalty as a punishment.

✔_____          I support the death penalty as a punishment.

_____          I have no opinion about death penalty as a punishment.

_____          I oppose the death penalty as a punishment.

_____          I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?        Yes _____        No __✓__

    If yes, explain: _____

    _____

    _____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

        Yes __✓__                No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

        Yes _____                No __✓__

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

        Yes __✓__                No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

        Yes _____                No __✓__

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

___✓___ I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

___✓___ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No _____

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No _____

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No _____

If yes, explain:_____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No _____

If yes, explain:_____

_____

_____

10

98

# QUESTIONNAIRE

1. Name: ████████████

2. Date of Birth: ████████████

3. Place of Birth: ████████████

4. Current Address: ████████████

5. County: ████████████

6. How long have you lived at this address? _2.5 years_

7. Do you rent or own your residence?    Rent _____    Own _X_

8. Have you ever lived outside of Georgia?    Yes _X_    No _____

9. What is your religious affiliation, if any? _Christian_

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | _X_ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School  _____     Junior High/Middle School  _____

High School  _____     Vocational/Trade School  _____

College (undergraduate)  __X__     Graduate/Professional School  _____

If college or graduate/professional school, you major(s) or area(s) of study?

_Bachelor of Music – Music Performance + Music Education_

12. Are you currently employed?    Yes _X_        No _____

If yes, What is your occupation? __Music Teacher__

13. List other significant employment within the past five years: _____

_____

_____

_____

14. Marital Status:

Never Married _____     Married __X__     Divorced _____

Widowed _____     Separated _____

If married, number of years with current spouse: __5__

Spouse's occupation: __Professor__

15. Have you ever had, adopted, or raised any children?    Yes _____    No _X_

If yes, how many?  _____

What are their current ages?  _____

~ _currently pregnant_

3

16. Have you ever served in the military?          Yes _____          No _X____

      If yes, what branch(s) and when: _____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

*Member of Ascension Lutheran Church*

*Treasurer of Georgia American String Teachers Assoc.*

*Member of Music Educators National Conference*

18. Have you ever served on a grand jury?          Yes _____          No _X____

      If yes, when and where?          _____

_____

      Federal or state?          Federal _____          State _____

19. Have you ever served on a trial jury?          Yes _X____          No _____

      If yes, when and where?   *Chatham County Superior Court*

_____

      Federal or state?          Federal _____          State _X____

      Criminal or civil?          Criminal _X____          Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _____          No _X_____

If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No _X_____

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____          No _X_____

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No _X_____

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

_X_ Television         _X_ Radio         _X_ Newspapers

_X_ Internet         _____ Magazines         _____ Other

25. Have you heard or read anything about this case before today?

Yes _____         No _X_         Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

_____

_____

26. Has anyone ever talked to you about this case before today?   Yes _____   No _X_

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____         No _X_

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____         Yes, I definitely could.

_____         I probably could.

_____         Not sure.

_____         I probably could not.

_____         No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No _X_

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _X_          No _____

If yes, explain: _I oppose the death penalty, because I don't feel it is a deterrant, and because I believe civilized societies should not kill its Criminals._

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_X_          I strongly support the death penalty as a punishment.

_____          I support the death penalty as a punishment.

_____          I have no opinion about death penalty as a punishment.

_____          I oppose the death penalty as a punishment.

_____          I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?          Yes _____          No _X_

    If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

        Yes _____          No _X_

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

        Yes _____          No _X_

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

        Yes _X_          No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

        Yes _X_          No _____

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

     _____     I feel strongly that the death penalty is applied unfairly against minorities.

     _____     I feel that the death penalty is applied unfairly against minorities.

      X     I have no opinion whether the death penalty is applied unfairly against minorities.

     _____     I feel that the death penalty is applied fairly against minorities.

     _____     I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

     X     Yes, it is a definitely a problem.

     _____     Yes, it is often a problem.

     _____     Yes, it is occasionally a problem.

     _____     Not sure if it is a problem.

     _____     No, it is usually not a problem.

     _____     No, it is rarely a problem.

     _____     No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No _X__

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No _X__

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No _X__

If yes, explain:_____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No _X__

If yes, explain:_____

_____

_____

10

# 99

# QUESTIONNAIRE

1. Name: ████████████████

2. Date of Birth: ████████████

3. Place of Birth: ████████████

4. Current Address: ████████████

████████████████

5. County: ████████

6. How long have you lived at this address? _15 yrs._

7. Do you rent or own your residence?   Rent _____   Own ✓

8. Have you ever lived outside of Georgia?   Yes ✓   No _____

9. What is your religious affiliation, if any? _Baptist_

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | ✓ | Other | _____ |

2

'11. What is your highest level of education completed? (select one)

Grade/Elementary School \_\_\_\_\_ Junior High/Middle School \_\_\_\_\_

High School ✓ Vocational/Trade School \_\_\_\_\_

College (undergraduate) *1 yr.* Graduate/Professional School \_\_\_\_\_

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed? Yes \_\_\_\_\_ No ✓

If yes, What is your occupation? *Long Term Disability w/ Bank of America*

13. List other significant employment within the past five years: _____

_____

_____

_____

14. Marital Status:

Never Married \_\_\_\_\_ Married ✓ Divorced \_\_\_\_\_

Widowed \_\_\_\_\_ Separated \_\_\_\_\_

If married, number of years with current spouse: *34 yrs.*

Spouse's occupation: *Heavy Mobile Mechanic*

15. Have you ever had, adopted, or raised any children? Yes ✓ No \_\_\_\_\_

If yes, how many? *1*

What are their current ages? *27 yrs. old*

_____

3

16. Have you ever served in the military?          Yes _____          No __✓__

    If yes, what branch(s) and when: _____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including church, religious, fraternal, social, recreational, service, business, political, union) and any offices you have held in the organization:

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

18. Have you ever served on a grand jury?          Yes _____          No __✓__

    If yes, when and where?          _____

_____

    Federal or state?          Federal _____          State _____

19. Have you ever served on a trial jury?          Yes _____          No __✓__

    If yes, when and where?          _____

_____

    Federal or state?          Federal _____          State _____

    Criminal or civil?          Criminal _____          Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes __✓__          No _____

If yes, explain: _my son - was beaten up in a night_ _club 4yrs ago._ _____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

5

·24. What is/are your primary source(s) of news? (select all that apply)

_____ ✓ Television          _____ ✓ Radio          _____ ✓ Newspapers

_____ ✓ Internet          _____ Magazines          _____ Other

25. Have you heard or read anything about this case before today?

Yes _____ ✓          No _____          Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

*TV - just what was reported - don't really Remember*

26. Has anyone ever talked to you about this case before today?   Yes _____ ✓   No _____

If yes, please state the person(s) you talked to and the nature of your conversation(s):

*A friend that lived in Fleming & worked with me 1½ ago. She has moved to Mississippi*

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____ ✓          No _____

If yes, what is your opinion? *Just on the basis of the news reports only*

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____          Yes, I definitely could.

_____          I probably could.

_____ ✓        Not sure.

_____          I probably could not.

_____          No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____            No __✓__

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes __✓__            No _____

If yes, explain: _I always still feel like I would still have that small doubt, that I was doing an injustice morally & religiously to seal someone's fate of life or death._

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I strongly support the death penalty as a punishment.

_____    I support the death penalty as a punishment.

_____    I have no opinion about death penalty as a punishment.

__✓__    I oppose the death penalty as a punishment.

_____    I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?      Yes ___✓___      No _____

If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

Yes _____                    No __✓__

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

Yes _____                    No __✓__

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

Yes __✓__                    No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

Yes __✓__                    No _____

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

___✓___ I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

___✓___ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain:_____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain:_____

_____

_____

10