l0l

# QUESTIONNAIRE

1. Name: ▮▮▮▮▮▮▮▮▮▮

2. Date of Birth: ▮▮▮▮▮▮▮

3. Place of Birth: ▮▮▮▮▮▮

4. Current Address: ▮▮▮▮▮

5. County: _____

6. How long have you lived at this address? _2.0_

7. Do you rent or own your residence?    Rent _____    Own _✓_

8. Have you ever lived outside of Georgia?    Yes _____    No _✓_

9. What is your religious affiliation, if any? ▮▮▮

10. Which do you consider yourself to be: (select one)

African American _✓_     Native American Indian _____

Asian _____     Hispanic _____

Caucasian (white) _____     Other _____

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____          Junior High/Middle School  *10*

High School _____          Vocational/Trade School _____

College (undergraduate) _____          Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?    Yes  ✓          No _____

If yes, What is your occupation?  *City of Savannah Sanitation Dept*

13. List other significant employment within the past five years:  *no*

_____

_____

_____

14. Marital Status:

Never Married _____          Married _____          Divorced _____

Widowed _____          Separated  ✓

If married, number of years with current spouse:  *15*

Spouse's occupation:  *Krytal Washington*

15. Have you ever had, adopted, or raised any children?    Yes _____    No  ✓

If yes, how many?          _____

What are their current ages?    _____

_____

3

16. Have you ever served in the military?          Yes _____          No ___✓___

  If yes, what branch(s) and when: _____

  _____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

  _____          _____

  _____          _____

  _____          _____

  _____          _____

  _____          _____

  _____          _____

  _____          _____

18. Have you ever served on a grand jury?        Yes _____          No ___✓___

  If yes, when and where?        _____

  _____

  Federal or state?        Federal _____          State _____

19. Have you ever served on a trial jury?          Yes _____          No ___✓___

  If yes, when and where?        _____

  _____

  Federal or state?        Federal _____          State _____

  Criminal or civil?        Criminal _____          Civil _____

20. Have you or any member of your family ever been the victim of a crime?

Yes ✓            No _____

If yes, explain: ~~Brother~~ my Brother by uncl _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____            No ✓

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____            No ✓

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____            No ✓

If yes, explain: _____

_____

_____

24. What is/are your primary source(s) of news? (select all that apply)

_____ ✓ Television        _____ Radio        _____ Newspapers

_____ Internet        _____ Magazines        _____ Other

25. Have you heard or read anything about this case before today?

Yes _____        No _✓_        Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

_____

_____

26. Has anyone ever talked to you about this case before today?   Yes _____   No _✓_

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____        No _✓_

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____ ✓        Yes, I definitely could.

_____        I probably could.

_____        Not sure.

_____        I probably could not.

_____        No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No ✓_____

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No ✓_____

If yes, explain: *I donno* _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I strongly support the death penalty as a punishment.

_____    I support the death penalty as a punishment.

✓_____    I have no opinion about death penalty as a punishment.

_____    I oppose the death penalty as a punishment.

_____    I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?          Yes _____          No ✓

    If yes, explain: _____

    _____

    _____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

        Yes _____          No ✓

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

        Yes _____          No ✓

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

        Yes ✓          No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

        Yes ✓          No _____

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____✓_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

_____ I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____✓_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

38. Would the **race of the defendant** affect your opinion as to guilt?

    Yes _____       No ✓_____

    If yes, explain: _____

    _____

    _____

39. Would the **race of the victim** affect your opinion as to guilt?

    Yes _____       No ✓_____

    If yes, explain: _____

    _____

    _____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death penalty or life imprisonment without the possibility of release or parole?

    Yes ✓_____       No _____

    If yes, explain: _____

    _____

    _____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death penalty or life imprisonment without the possibility of release or parole?

    Yes ✓_____       No _____

    If yes, explain: _____

    _____

    _____

*102*

# QUESTIONNAIRE

1. Name: █████████████

2. Date of Birth: █████████████

3. Place of Birth: █████████████

4. Current Address: █████████████

5. County: █████████████

6. How long have you lived at this address? __21 yrs.__

7. Do you rent or own your residence?        Rent _____        Own __✓__

8. Have you ever lived outside of Georgia?    Yes __✓__    No _____

9. What is your religious affiliation, if any? *member - Bloomingdale Alliance Church*

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | ✓ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

| | | | |
|---|---|---|---|
| Grade/Elementary School | _____ | Junior High/Middle School | _____ |
| High School | ✓ | Vocational/Trade School | _____ |
| College (undergraduate) | _____ | Graduate/Professional School | _____ |

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?    Yes _____    No ✓

If yes, What is your occupation? _____

13. List other significant employment within the past five years: _____

_____

_____

_____

14. Marital Status:

| | | | | | |
|---|---|---|---|---|---|
| Never Married | _____ | Married | ✓ | Divorced | _____ |
| Widowed | _____ | Separated | _____ | | |

If married, number of years with current spouse: ___ *28*

Spouse's occupation: *Self Employed - Software developer*

15. Have you ever had, adopted, or raised any children?    Yes ✓    No _____

If yes, how many? ___ *2*

What are their current ages? ___ *48, & 46*

_____

3

16. Have you ever served in the military?          Yes _____          No ✓

    If yes, what branch(s) and when: _____

    _____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

    member of Bloomingdale
    Christian & Missionary
    Alliance Church

18. Have you ever served on a grand jury?          Yes _____          No ✓

    If yes, when and where? _____

    _____

    Federal or state?          Federal _____          State _____

19. Have you ever served on a trial jury?          Yes _____          No ✓

    If yes, when and where? _____

    _____

    Federal or state?          Federal _____          State _____

    Criminal or civil?          Criminal _____          Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes  ✓          No _____

If yes, explain: daughter's home was robbed while she was at work.

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No  ✓

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or crisis centers, or policemen's funds)?

Yes _____          No  ✓

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No  ✓

If yes, explain: _____

_____

_____

24. What is/are your primary source(s) of news? (select all that apply)

_✓_ Television        _✓_ Radio        _____ Newspapers

_✓_ Internet        _____ Magazines        _____ Other

25. Have you heard or read anything about this case before today?

Yes _____        No _____        Not Sure _✓_

If yes or not sure, please state what you have heard or read and the source(s):

I may have heard that the crime had been committed on a local tv station.

26. Has anyone ever talked to you about this case before today?   Yes _____   No _✓_

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____        No _✓_

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____        Yes, I definitely could.

_____        I probably could.

_____        Not sure.

_____        I probably could not.

_____        No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __✓__

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I strongly support the death penalty as a punishment.

__✓__    I support the death penalty as a punishment.

_____    I have no opinion about death penalty as a punishment.

_____    I oppose the death penalty as a punishment.

_____    I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the

defendant?          Yes _____          No ___✓___

    If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you

that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

        Yes ___✓___          No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the

death penalty?

        Yes _____          No ___✓___

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors

convince you that life in prison without the possibility of release or parole is the appropriate

sentence, **could** you vote for it?

        Yes ___✓___          No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in

prison without the possibility of release or parole, regardless of the facts and the aggravating

evidence?

        Yes _____          No ___✓___

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

✓ I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

✓ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No __✓___

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No __✓___

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓___

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓___

If yes, explain: _____

_____

_____

10

0

104

# QUESTIONNAIRE

1. Name: ██████████████████

2. Date of Birth: ████████████

3. Place of Birth: ████████████████

4. Current Address: ██████████████████

██████████████████

5. County: ██████████

6. How long have you lived at this address?  **26 years**

7. Do you rent or own your residence?     Rent _____     Own ✔_____

8. Have you ever lived outside of Georgia?  Yes ✔_____     No _____

9. What is your religious affiliation, if any?  *Christian Baptist*

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | ✔_____ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____    Junior High/Middle School _____

High School _____✓_____    Vocational/Trade School _____

College (undergraduate) _____    Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?    Yes __✓__    No _____

If yes, What is your occupation? _Self-employed - Plumbing_____

13. List other significant employment within the past five years: _____

_____

_____

_____

14. Marital Status:

Never Married _____    Married __✓__    Divorced __✓__

Widowed _____    Separated _____

If married, number of years with current spouse: _17 years_____

Spouse's occupation: _Office manager_____

15. Have you ever had, adopted, or raised any children?    Yes __✓__    No _____

If yes, how many? ___3_____

What are their current ages? _26 - 22 - 21_____

_____

3

16. Have you ever served in the military?        Yes _____        No __✓__

    If yes, what branch(s) and when: _____

    _____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

    Gumbranch Baptist            _____

    High School Booster-Club      _____

    Home Builder Asso.          _____

18. Have you ever served on a grand jury?        Yes __✓__        No _____

    If yes, when and where?        Liberty Co

                           early 90mid 90s

    Federal or state?        Federal _____        State __✓__

19. Have you ever served on a trial jury?        Yes __✓__        No _____

    If yes, when and where?        Liberty Co.

                           Several Times over past 25 years

    Federal or state?        Federal _____        State __✓__

    Criminal or civil?        Criminal __✓__        Civil __✓__

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _____          No ___✓___

If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No ___✓___

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes ___✓___          No _____

If yes, explain: ___*Policemen Funds*_____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No ___✓___

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

____✔ Television        _____ Radio        ____✔ Newspapers

_____ Internet        _____ Magazines        _____ Other

25. Have you heard or read anything about this case before today?

Yes ✔        No _____        Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

_____Just heard it Happened_____

_____

26. Has anyone ever talked to you about this case before today?    Yes _____    No ✔

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____        No ✔

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____        Yes, I definitely could.

_____        I probably could.

_____        Not sure.

_____        I probably could not.

_____        No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __✓__

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I strongly support the death penalty as a punishment.

__✓__    I support the death penalty as a punishment.

_____    I have no opinion about death penalty as a punishment.

_____    I oppose the death penalty as a punishment.

_____    I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?          Yes _____          No ✓

    If yes, explain: _____

    _____

    _____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

        Yes ✓          No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

        Yes _____          No ✓

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

        Yes ✓          No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

        Yes _____          No ✓

36. Regarding the death penalty, which of the following statements **best** represents the way you

feel? (select one)

                 \_\_\_\_\_        I feel strongly that the death penalty is applied unfairly against

                                         minorities.

                 \_\_\_\_\_        I feel that the death penalty is applied unfairly against minorities.

                 ✓        I have no opinion whether the death penalty is applied unfairly

                                         against minorities.

                 \_\_\_\_\_        I feel that the death penalty is applied fairly against minorities.

                 \_\_\_\_\_        I feel strongly that the death penalty is applied fairly against

                                         minorities.

37. Do you think race discrimination against African Americans in the United States is a

problem? (select one)

      \_\_\_\_\_ Yes, it is a definitely a problem.

      \_\_\_\_\_ Yes, it is often a problem.

      \_\_\_\_\_ Yes, it is occasionally a problem.

      \_\_\_\_\_ Not sure if it is a problem.

      \_\_\_\_\_ No, it is usually not a problem.

      ✓ No, it is rarely a problem.

      \_\_\_\_\_ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain:_____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain:_____

_____

_____

10

#105

# QUESTIONNAIRE

1. Name: ████████████████

2. Date of Birth: ██████████

3. Place of Birth: ████████████████

4. Current Address: ████████████

████████████

5. County: ███████

6. How long have you lived at this address?  10 years

7. Do you rent or own your residence?        Rent _____        Own ✓

8. Have you ever lived outside of Georgia?    Yes _____        No ✓

9. What is your religious affiliation, if any?  Baptist

10. Which do you consider yourself to be: (select one)

African American        _____        Native American Indian        _____

Asian                   _____        Hispanic                      _____

Caucasian (white)       ✓             Other                         _____

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____       Junior High/Middle School _____

High School _____       Vocational/Trade School _____

College (undergraduate) __✓__       Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____nursing_____

12. Are you currently employed?    Yes __✓__          No _____

If yes, What is your occupation? registered nurse_____

13. List other significant employment within the past five years: _____

_____

_____

_____

14. Marital Status:

Never Married _____       Married _____       Divorced __✓__

Widowed _____       Separated _____

If married, number of years with current spouse: _____

Spouse's occupation: _____

15. Have you ever had, adopted, or raised any children?    Yes __✓__    No _____

If yes, how many? ____2_____

What are their current ages? ____26 yrs_____

____22 yrs_____

3

16. Have you ever served in the military?          Yes _____          No __✓__

    If yes, what branch(s) and when: _____

    _____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

    Calvary Baptist Church _____          _____

    Coastal Therapy Dogs _____          _____

    _____          _____

    _____          _____

    _____          _____

    _____          _____

18. Have you ever served on a grand jury?          Yes _____          No __✓__

    If yes, when and where?          _____

        _____

    Federal or state?          Federal _____          State _____

19. Have you ever served on a trial jury?          Yes _____          No __✓__

    If yes, when and where?          _____

        _____

    Federal or state?          Federal _____          State _____

    Criminal or civil?          Criminal _____          Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _____        No _✓___

If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____        No _✓___

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____        No _✓___

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____        No _✓___

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

      __✓__ Television     __✓__ Radio     __✓__ Newspapers

      __✓__ Internet     _____ Magazines     _____ Other

25. Have you heard or read anything about this case before today?

    Yes _____      No __✓__      Not Sure _____

    If yes or not sure, please state what you have heard or read and the source(s):

    _____

    _____

26. Has anyone ever talked to you about this case before today?   Yes _____   No __✓__

    If yes, please state the person(s) you talked to and the nature of your conversation(s):

    _____

    _____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

    Yes _____      No __✓__

    If yes, what is your opinion? _____

    If yes, could you set that opinion aside and return a verdict based only on the evidence

    presented at trial? (select one)

        _____     Yes, I definitely could.

        _____     I probably could.

        _____     Not sure.

        _____     I probably could not.

        _____     No, I definitely could not.

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No _✓_

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No _✓_

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____     I strongly support the death penalty as a punishment.

_____     I support the death penalty as a punishment.

_✓_         I have no opinion about death penalty as a punishment.

_____     I oppose the death penalty as a punishment.

_____     I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?          Yes _____          No __✓__

    If yes, explain: _____

    _____

    _____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

        Yes __✓__          No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

        Yes _____          No __✓__

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

        Yes __✓__          No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

        Yes _____          No __✓__

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

__✓__ I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

__✓__ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____        No __✓__

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____        No __✓__

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____        No __✓__

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____        No __✓__

If yes, explain: _____

_____

_____

10

107

# QUESTIONNAIRE

1. Name: ▬▬▬▬▬

2. Date of Birth: ▬▬▬▬▬

3. Place of Birth: ▬▬▬▬▬

4. Current Address: ▬▬▬▬▬

5. County: ▬▬▬▬▬

6. How long have you lived at this address?  __7 yrs__

7. Do you rent or own your residence?     Rent _____     Own __X__

8. Have you ever lived outside of Georgia?   Yes __X__     No _____

9. What is your religious affiliation, if any? _Christian_

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | __X__ | Other | _____ |

2

107

11. What is your highest level of education completed? (select one)

Grade/Elementary School     _____          Junior High/Middle School     _____

High School     _____          Vocational/Trade School     _____

College (undergraduate)     _____          Graduate/Professional School     X

If college or graduate/professional school, you major(s) or area(s) of study?

*Master of Liberal Arts: Multiculturalism / Linguistics*

12. Are you currently employed?     Yes  X          No _____

If yes, What is your occupation?  *Provider Relations Representative for the Department of Community Health.*

13. List other significant employment within the past five years: _____

*TESOL - GSU (Georgia Southern University teacher of English to speakers of other languages)*

_____

14. Marital Status:

Never Married _____          Married  X          Divorced _____

Widowed _____          Separated _____

If married, number of years with current spouse: *29*

Spouse's occupation: *Psychiatrist (staff - Georgia Regional Hospital)*

15. Have you ever had, adopted, or raised any children?     Yes  X     No _____

If yes, how many?          *ONE*

What are their current ages?          *26*

_____

3

107

16. Have you ever served in the military?          Yes _____          No ___✗___

   If yes, what branch(s) and when: _____

   _____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

   _____          _____

   _____          _____

   _____          _____

   _____          _____

   _____          _____

   _____          _____

18. Have you ever served on a grand jury?          Yes _____          No ___✗___

   If yes, when and where?          _____

                                    _____

   Federal or state?          Federal _____          State ~~✗~~

19. Have you ever served on a trial jury?          Yes _____          No ___✗___

   If yes, when and where?          _____

                                    _____

   Federal or state?          Federal _____          State _____

   Criminal or civil?          Criminal _____          Civil _____

4

107

20. Have you or any member of your family ever been the victim of a crime?

Yes __X__          No _____

If yes, explain: _Vandalism breaking_
_windows of car I had a person take_
_money for a job & never return. I swore out a_
_warrant against him._

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No __X__

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____          No __X__

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No __X__

If yes, explain: _____

_____

_____

5

*107*

24. What is/are your primary source(s) of news? (select all that apply)

    _X__ Television      _X__ Radio      _X__ Newspapers

    _____ Internet      _X__ Magazines      _____ Other

25. Have you heard or read anything about this case before today?

    Yes _____      No __X__      Not Sure _____

    If yes or not sure, please state what you have heard or read and the source(s):

    _____

    _____

26. Has anyone ever talked to you about this case before today?    Yes _____    No __X__

    If yes, please state the person(s) you talked to and the nature of your conversation(s):

    _____

    _____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

    Yes _____      No __X__

    If yes, what is your opinion? _____

    If yes, could you set that opinion aside and return a verdict based only on the evidence

    presented at trial? (select one)

        _____    Yes, I definitely could.

        _____    I probably could.

        _____    Not sure.

        _____    I probably could not.

        _____    No, I definitely could not.

ιΟ7

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____            No __X__

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____            No __X__

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____          I strongly support the death penalty as a punishment.

_____          I support the death penalty as a punishment.

__X__            I have no opinion about death penalty as a punishment.

_____          I oppose the death penalty as a punishment.

_____          I strongly oppose the death penalty as a punishment.

7

107

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?         Yes _____         No ___X___

   If yes, explain: _____

   _____

   _____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

         Yes ___X___         No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

         Yes _____         No ___X___

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

         Yes ___X___         No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

         Yes _____         No ___X___

8

107

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

___X___ I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

___X___ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

107

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____        No ✗

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____        No ✗

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____        No ✗

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____        No ✗

If yes, explain: _____

_____

_____

10

*110*

# QUESTIONNAIRE

1. Name: ▓▓▓▓▓▓▓▓▓

2. Date of Birth: ▓▓▓▓▓▓

3. Place of Birth: ▓▓▓▓▓▓

4. Current Address: ▓▓▓▓▓▓

5. County: ▓▓▓▓▓▓

6. How long have you lived at this address? _30 yrs_

7. Do you rent or own your residence?     Rent _____     Own _X_

8. Have you ever lived outside of Georgia?     Yes _____     No _X_

9. What is your religious affiliation, if any? _Methodist_

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _X_ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | _____ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School    \_\_\_\_\_     Junior High/Middle School    \_\_\_\_\_

High School    \_\_\_\_\_     Vocational/Trade School    \_\_\_\_\_

College (undergraduate)     _X_     Graduate/Professional School    \_\_\_\_\_

If college or graduate/professional school, you major(s) or area(s) of study?

_Special Education_

12. Are you currently employed?     Yes _X_     No \_\_\_\_\_

If yes, What is your occupation? _Teacher_

13. List other significant employment within the past five years: _None_

14. Marital Status:

Never Married    \_\_\_\_\_     Married _X_     Divorced \_\_\_\_\_

Widowed    \_\_\_\_\_     Separated \_\_\_\_\_

If married, number of years with current spouse: _30_

Spouse's occupation: _Retired_

15. Have you ever had, adopted, or raised any children?     Yes _X_     No \_\_\_\_\_

If yes, how many? _3_

What are their current ages? _31, 25, 20_

3

16. Have you ever served in the military?     Yes _____     No _X_

   If yes, what branch(s) and when: _____

   _____

17. List any organization(s), if any, to which you belong or in which you participate (including church, religious, fraternal, social, recreational, service, business, political, union) and any offices you have held in the organization:

   St. Paul CME Church _____     _____

   _____     _____

   _____     _____

   _____     _____

   _____     _____

   _____     _____

   _____     _____

18. Have you ever served on a grand jury?     Yes _____     No _X_

   If yes, when and where?     _____

   _____

   Federal or state?     Federal _____     State _X_

19. Have you ever served on a trial jury?     Yes _X_     No _____

   If yes, when and where?     Chatham County Court —
   Approx. 2000 or 2001

   Federal or state?     Federal _____     State _X_

   Criminal or civil?     Criminal _X_     Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes X          No _____

If yes, explain: _Cousin Killed approx. 20 years ago_
_personal property stolen_

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes X          No _____

If yes, explain: _policeman - West Palm Beach Fla._

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or crisis centers, or policemen's funds)?

Yes X          No _____

If yes, explain: _Brother-in-law (former policeman)_
_involded in crime_

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes X          No _____

If yes, explain: _Son - served 2yrs. for credit card fraud_
_Brother-in-law - convicted of laundering,_
_waiting for sentencing_

5

24. What is/are your primary source(s) of news? (select all that apply)

    __X__ Television    __X__ Radio    __X__ Newspapers

    _____ Internet    _____ Magazines    _____ Other

25. Have you heard or read anything about this case before today?

    Yes _____    No __X__    Not Sure _____

    If yes or not sure, please state what you have heard or read and the source(s):

    _____

    _____

26. Has anyone ever talked to you about this case before today?   Yes _____   No X

    If yes, please state the person(s) you talked to and the nature of your conversation(s):

    _____

    _____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

    Yes _____    No __X__

    If yes, what is your opinion? _____

    If yes, could you set that opinion aside and return a verdict based only on the evidence

    presented at trial? (select one)

        _____    Yes, I definitely could.

        _____    I probably could.

        _____    Not sure.

        _____    I probably could not.

        _____    No, I definitely could not.

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __X__

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _X__          No _____

If yes, explain: _I, dont feel that personally I could recommend that someone gets the death penalty_

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____     I strongly support the death penalty as a punishment.

_____     I support the death penalty as a punishment.

_____     I have no opinion about death penalty as a punishment.

__X__       I oppose the death penalty as a punishment.

_____     I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?          Yes _____          No _X_

If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

Yes _____          No _X_

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

Yes _____          No _X_

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

Yes _X_          No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

Yes _X_          No _____

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

__X__ I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

__X__ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

      Yes _____          No ___X___

      If yes, explain: _____

      _____

      _____

39. Would the **race of the victim** affect your opinion as to guilt?

      Yes _____          No ___X___

      If yes, explain: _____

      _____

      _____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death penalty or life imprisonment without the possibility of release or parole?

      Yes _____          No ___X___

      If yes, explain:_____

      _____

      _____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death penalty or life imprisonment without the possibility of release or parole?

      Yes _____          No ___X___

      If yes, explain:_____

      _____

      _____