141

# QUESTIONNAIRE

1. Name: ████████████████████████

2. Date of Birth: ████████████████████

3. Place of Birth: ██████████████████

4. Current Address: ███████████████████

5. County: ████████████████

6. How long have you lived at this address?  1year

7. Do you rent or own your residence?  Rent ⟍    Own _____

8. Have you ever lived outside of Georgia?  Yes _____    No ⟍

9. What is your religious affiliation, if any?  Baptize

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | ⟍ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | _____ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____   Junior High/Middle School _____

High School _____   Vocational/Trade School _____

College (undergraduate) _____   Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?   Yes _____   No _____

If yes, What is your occupation? Ditary Cook

13. List other significant employment within the past five years: _____

YMCA- Pryme Tyme

_____

_____

14. Marital Status:

Never Married _____   Married _____   Divorced _____

Widowed _____   Separated _____

If married, number of years with current spouse: _____

Spouse's occupation: _____

15. Have you ever had, adopted, or raised any children?   Yes _____   No _____

If yes, how many?   2

What are their current ages? 5year 3months

_____

3

16. Have you ever served in the military?          Yes _____          No ✓

    If yes, what branch(s) and when: _____

    _____

17. List any organization(s), if any, to which you belong or in which you participate (including (church) religious, fraternal, social, recreational, service, business, political, union) and any offices you have held in the organization:

    ThankFul _____          _____

    _____          _____

    _____          _____

    _____          _____

    _____          _____

    _____          _____

18. Have you ever served on a grand jury?          Yes _____          No ✓

    If yes, when and where?          _____

    _____

    Federal or state?          Federal _____          State _____

19. Have you ever served on a trial jury?          Yes _____          No ✓

    If yes, when and where?          _____

    _____

    Federal or state?          Federal _____          State _____

    Criminal or civil?          Criminal _____          Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _____          No _____

If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No _____

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____          No _____

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No _____

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

✓ Television      ✓ Radio      _____ Newspapers

_____ Internet      _____ Magazines      _____ Other

25. Have you heard or read anything about this case before today?

Yes _____      No ✓      Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

_____

_____

26. Has anyone ever talked to you about this case before today?  Yes _____      No ✓

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____      No ✓

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____      Yes, I definitely could.

_____      I probably could.

_____      Not sure.

_____      I probably could not.

_____      No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __✓__

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____     I strongly support the death penalty as a punishment.

_____     I support the death penalty as a punishment.

__✓__      I have no opinion about death penalty as a punishment.

_____     I oppose the death penalty as a punishment.

_____     I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?        Yes _____        No ⟍

If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

Yes ⟍ _____        No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

Yes _____        No ⟍ _____

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

Yes ⟍ _____        No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

Yes ⟍ _____        No _____

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____  I feel strongly that the death penalty is applied unfairly against minorities.

_____  I feel that the death penalty is applied unfairly against minorities.

✓  I have no opinion whether the death penalty is applied unfairly against minorities.

_____  I feel that the death penalty is applied fairly against minorities.

_____  I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

✓ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No _____

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No _____

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death penalty or life imprisonment without the possibility of release or parole?

Yes _____          No _____

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death penalty or life imprisonment without the possibility of release or parole?

Yes _____          No _____

If yes, explain: _____

_____

_____

10

112

# QUESTIONNAIRE

1. Name: ████████████

2. Date of Birth: ████████████

3. Place of Birth: ████████████

4. Current Address: ████████████

5. County: ████████████

6. How long have you lived at this address?  *11 yrs.*

7. Do you rent or own your residence?        Rent _____        Own ✔

8. Have you ever lived outside of Georgia?   Yes ✔        No _____

9. What is your religious affiliation, if any?  *Catholic*

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | ✔ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____        Junior High/Middle School _____

High School ✓        Vocational/Trade School _____

College (undergraduate) _____        Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?    Yes ✓        No _____

If yes, What is your occupation? _Electrician (Sav. Chat. Board of Ed.)_

13. List other significant employment within the past five years: _____

_____

_____

_____

14. Marital Status:

Never Married _____        Married ✓        Divorced _____

Widowed _____        Separated _____

If married, number of years with current spouse: _16_

Spouse's occupation: _Paraprofessional Heard Elem._

15. Have you ever had, adopted, or raised any children?    Yes _____    No ✓

If yes, how many? _____

What are their current ages? _____

_____

3

16. Have you ever served in the military?          Yes _____          No ✓

    If yes, what branch(s) and when: _____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including church, religious, fraternal, social, recreational, service, business, political, union) and any offices you have held in the organization:

    _____    _____

    _____    _____

    _____    _____

    _____    _____

    _____    _____

    _____    _____

    _____

18. Have you ever served on a grand jury?          Yes _____          No ✓

    If yes, when and where?          _____

                       _____

    Federal or state?          Federal _____          State _____

19. Have you ever served on a trial jury?          Yes ✓          No _____

    If yes, when and where?          _SAVANNAH_ _Appox 2 yas._

                       _____

    Federal or state?          Federal _____          State _____

    Criminal or civil?          Criminal _____          Civil ✓

4

20. Have you or any member of your family ever been the victim of a crime?

Yes ✓　　　　　No _____

If yes, explain: _Motorcycle Stolen_ _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____　　　　No ✓

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____　　　　No ✓

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____　　　　No ✓

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

     ✓ Television      ✓ Radio      ✓ Newspapers

     _____ Internet      _____ Magazines      _____ Other

25. Have you heard or read anything about this case before today?

     Yes _____      No _____      Not Sure ✓

If yes or not sure, please state what you have heard or read and the source(s):

Believe I heard + discussed with fellow Employe's when iT occured.

26. Has anyone ever talked to you about this case before today?    Yes ✓    No _____

If yes, please state the person(s) you talked to and the nature of your conversation(s):

Briefly AT Work with other Employe's

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

     Yes _____      No ✓

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

     _____      Yes, I definitely could.

     _____      I probably could.

     _____      Not sure.

     _____      I probably could not.

     _____      No, I definitely could not.

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No ✓

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No ✓

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

✓    I strongly support the death penalty as a punishment.

_____    I support the death penalty as a punishment.

_____    I have no opinion about death penalty as a punishment.

_____    I oppose the death penalty as a punishment.

_____    I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?        Yes _____        No ✔_____

If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

Yes ✔_____        No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

Yes ✔_____        No _____

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

Yes _____        No ✔_____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

Yes _____        No ✔_____

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

✓ I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

✓ No, it is rarely a problem.

_____ No, it is not a problem at all.

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No _✓___

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No _✓___

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No _✓___

If yes, explain:_____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No _✓___

If yes, explain:_____

_____

_____

115

## QUESTIONNAIRE

1. Name: ▮▮▮▮▮▮▮▮▮▮

2. Date of Birth: ▮▮▮▮▮▮

3. Place of Birth: ▮▮▮▮▮▮

4. Current Address: ▮▮▮▮▮▮

5. County: ▮▮▮▮▮▮

6. How long have you lived at this address?  *22 yrs*

7. Do you rent or own your residence?   Rent _____   Own ✔

8. Have you ever lived outside of Georgia?   Yes ✔   No _____

9. What is your religious affiliation, if any?  *Baptish*

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | X | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | _____ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____ Junior High/Middle School _____

High School _____ Vocational/Trade School __X__

College (undergraduate) _____ Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed? Yes __X__ No _____

If yes, What is your occupation? ___Nurse_____

13. List other significant employment within the past five years: _____

_____

_____

_____

14. Marital Status:

Never Married _____ Married _____ Divorced __X__

Widowed _____ Separated _____

If married, number of years with current spouse: _____

Spouse's occupation: _____

15. Have you ever had, adopted, or raised any children? Yes __X__ No _____

If yes, how many? ___2_____

What are their current ages? ___30 + 19_____

_____

3

16. Have you ever served in the military?          Yes _____          No __X__

    If yes, what branch(s) and when: _____

    _____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

18. Have you ever served on a grand jury?          Yes _____          No __X__

    If yes, when and where?          _____

                                     _____

    Federal or state?          Federal _____          State _____

19. Have you ever served on a trial jury?          Yes _____          No __X__

    If yes, when and where?          _____

                                     _____

    Federal or state?          Federal _____          State _____

    Criminal or civil?          Criminal _____          Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes __X__          No _____

If yes, explain: __My house was broken into__

__about 20 yrs ago__

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No __X__

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____          No __X__

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes __X__          No _____

If yes, explain: __My Cousin son__

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

__X__ Television        _____ Radio        __x__ Newspapers

_____ Internet        _____ Magazines        _____ Other

25. Have you heard or read anything about this case before today?

Yes _____        No _____        Not Sure __X__

If yes or not sure, please state what you have heard or read and the source(s):

_____

_____

26. Has anyone ever talked to you about this case before today?    Yes _____    No __X__

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____        No __X__

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____        Yes, I definitely could.

_____        I probably could.

_____        Not sure.

_____        I probably could not.

_____        No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No _X_____

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _X___          No _____

If yes, explain: _I don't know If I Cun grow_

_Semtow the death penalty._

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I strongly support the death penalty as a punishment.

_X_    I support the death penalty as a punishment.

_____    I have no opinion about death penalty as a punishment.

_____    I oppose the death penalty as a punishment.

_____    I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the

defendant?            Yes _____            No _X____

If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you

that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

Yes _____            No _X____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the

death penalty?

Yes _____            No __X___

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors

convince you that life in prison without the possibility of release or parole is the appropriate

sentence, **could** you vote for it?

Yes __✓___            No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in

prison without the possibility of release or parole, regardless of the facts and the aggravating

evidence?

Yes __X___            No _____

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

__X__ I feel that the death penalty is applied unfairly against minorities.

_____ I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

__X__ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes __X__          No _____

If yes, explain: _I have children of my own_
_and I am black_

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __X__

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __X__

If yes, explain: _____

_____

_____

10

117

## QUESTIONNAIRE

1. Name: ████████████████████

2. Date of Birth: ████████████████

3. Place of Birth: ████████████████

4. Current Address: ████████████████

5. County: ████████████

6. How long have you lived at this address?  *6 mos.*

7. Do you rent or own your residence?     Rent  ✓     Own _____

8. Have you ever lived outside of Georgia?   Yes  ✓     No _____

9. What is your religious affiliation, if any?  *Baptist*

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | _____ | Other | **X** |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School  _____        Junior High/Middle School  _____

High School  ~~No~~              Vocational/Trade School  ✗

College (undergraduate)  _____        Graduate/Professional School  _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?    Yes  ✓         No _____

If yes, What is your occupation?  _C. N.A._____

13. List other significant employment within the past five years: _____

_____

_____

_____

14. Marital Status:

Never Married  _____        Married  _____        Divorced  X

Widowed  _____        Separated  _____

If married, number of years with current spouse:  ____N/A_____

Spouse's occupation:  _____N/A_____

15. Have you ever had, adopted, or raised any children?    Yes  ✓    No _____

If yes, how many?        4

What are their current ages?  35, 34, 33, 25

_____

3

16. Have you ever served in the military?        Yes \_\_\_\_\_        No ✓

    If yes, what branch(s) and when: _____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including church, religious, fraternal, social, recreational, service, business, political, union) and any offices you have held in the organization:

    _Baptist Church._

    _VFW Auxilary_

18. Have you ever served on a grand jury?        Yes \_\_\_\_\_        No ✗

    If yes, when and where? _____

_____

    Federal or state?        Federal \_\_\_\_\_        State ✗

19. Have you ever served on a trial jury?        Yes \_\_\_\_\_        No ✗

    If yes, when and where? _____

_____

    Federal or state?        Federal \_\_\_\_\_        State \_\_\_\_\_

    Criminal or civil?        Criminal \_\_\_\_\_        Civil \_\_\_\_\_

20. Have you or any member of your family ever been the victim of a crime?

Yes _____        No __X__

If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____        No __X__

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____        No __X__

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____        No __X__

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

__X__ Television     _____ Radio     _____ Newspapers

_____ Internet     _____ Magazines     _____ Other

25. Have you heard or read anything about this case before today?

Yes _____     No _____     Not Sure __X__

If yes or not sure, please state what you have heard or read and the source(s):

_____

_____

26. Has anyone ever talked to you about this case before today?   Yes _____   No __X__

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____     No __X__

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____     Yes, I definitely could.

_____     I probably could.

_____     Not sure.

_____     I probably could not.

_____     No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __X__

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No _X__

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____  I strongly support the death penalty as a punishment.

__X__  I support the death penalty as a punishment.

_____  I have no opinion about death penalty as a punishment.

_____  I oppose the death penalty as a punishment.

_____  I strongly oppose the death penalty as a punishment.

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?          Yes _____          No __X__

    If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

        Yes __X__          No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

        Yes __X__          No _____

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

        Yes _____          No __X__

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

        Yes _____          No __X__

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I feel strongly that the death penalty is applied unfairly against minorities.

_____    I feel that the death penalty is applied unfairly against minorities.

__X__    I have no opinion whether the death penalty is applied unfairly against minorities.

_____    I feel that the death penalty is applied fairly against minorities.

_____    I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

__X__ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

        Yes _____          No **X**\_\_\_\_

        If yes, explain: _____

        _____

        _____

39. Would the **race of the victim** affect your opinion as to guilt?

        Yes _____          No **X**\_\_\_\_

        If yes, explain: _____

        _____

        _____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death penalty or life imprisonment without the possibility of release or parole?

        Yes _____          No **X**\_\_

        If yes, explain:_____

        _____

        _____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death penalty or life imprisonment without the possibility of release or parole?

        Yes _____          No **X**\_\_\_\_

        If yes, explain:_____

        _____

        _____

# QUESTIONNAIRE

1. Name: ████████████

2. Date of Birth: ████████████

3. Place of Birth: ████████████

4. Current Address: ████████████

5. County: ████████████

6. How long have you lived at this address? ___*1 yr. 5 months*___

7. Do you rent or own your residence?     Rent __✓__     Own _____

8. Have you ever lived outside of Georgia?     Yes _____     No __✓__

9. What is your religious affiliation, if any? ___*Christian / Baptist*___

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | __✓__ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | _____ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____    Junior High/Middle School _____

High School ✓    Vocational/Trade School _____

College (undergraduate) _____    Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?    Yes ✓    No _____

If yes, What is your occupation? _Bank Teller_

13. List other significant employment within the past five years: _____

_Paraprofessional - Chatham County Board of Education_
_Social Service Tech - Tidelands Community Service Board_
_Sales Associate - Vitamin World_

14. Marital Status:

Never Married ✓    Married _____    Divorced _____

Widowed _____    Separated _____

If married, number of years with current spouse: _____

Spouse's occupation: _____

15. Have you ever had, adopted, or raised any children?    Yes ✓    No _____

If yes, how many? _2_

What are their current ages? _6 and 14months_

_____

3

16. Have you ever served in the military?         Yes _____     No __✓__

    If yes, what branch(s) and when: _____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

    First African Baptist Church    _____

18. Have you ever served on a grand jury?         Yes _____          No __✓__

    If yes, when and where?         _____

    _____

    Federal or state?         Federal _____     State _____

19. Have you ever served on a trial jury?         Yes __✓__          No _____

    If yes, when and where?     Several years ago at Chatham

    County Courthouse, on Montgomery St.

    Federal or state?         Federal _____     State __✓__

    Criminal or civil?         Criminal _____     Civil __✓__

4

20. Have you or any member of your family ever been the victim of a crime?

Yes ✓            No _____

If yes, explain: __My mother's home has been burglarized.__

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____        No ✓

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____        No ✓

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____        No ✓

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

_____ Television        _____ Radio          _____ Newspapers

__✓__ Internet        _____ Magazines        _____ Other

25. Have you heard or read anything about this case before today?

Yes _____        No __✓__        Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

_____

_____

26. Has anyone ever talked to you about this case before today?   Yes _____      No __✓__

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____        No __✓__

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____        Yes, I definitely could.

_____        I probably could.

_____        Not sure.

_____        I probably could not.

_____        No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____                    No _✓___

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _✓___                    No _____

If yes, explain: _As far as religion, I do oppose the death penalty; personally, I do believe that it is sometimes a just punishment._

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____        I strongly support the death penalty as a punishment.

_____        I support the death penalty as a punishment.

_____        I have no opinion about death penalty as a punishment.

_✓___        I oppose the death penalty as a punishment.

_____        I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?    Yes _____    No __✓__

If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

Yes __✓__    No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

Yes _____    No __✓__

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

Yes __✓__    No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

Yes _____    No __✓__

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____     I feel strongly that the death penalty is applied unfairly against minorities.

✓     I feel that the death penalty is applied unfairly against minorities.

_____     I have no opinion whether the death penalty is applied unfairly against minorities.

_____     I feel that the death penalty is applied fairly against minorities.

_____     I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

✓ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No ✓

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No ✓

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No ✓

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No ✓

If yes, explain: _____

_____

_____

10

#122

## QUESTIONNAIRE

1. Name: ███████████████

2. Date of Birth: ███████████████

3. Place of Birth: ███████████████

4. Current Address: ███████████████

5. County: ███████████████

6. How long have you lived at this address?     6 yrs.

7. Do you rent or own your residence?     Rent _____     Own  X

8. Have you ever lived outside of Georgia?     Yes  X     No _____

9. What is your religious affiliation, if any?     Baptist

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | X | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____    Junior High/Middle School _____

High School _____X_____    Vocational/Trade School _____

College (undergraduate) _____    Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?    Yes __X__    No _____

If yes, What is your occupation? ___Jewelry Store Owner.___

13. List other significant employment within the past five years: _____

___I've Done this for 26 yRs._____

_____

_____

14. Marital Status:

Never Married _____    Married _____X_____    Divorced _____

Widowed _____    Separated _____

If married, number of years with current spouse: ___21___

Spouse's occupation: ___CO-owneR - of Jewelry Store___

15. Have you ever had, adopted, or raised any children?    Yes __X__  No _____

If yes, how many? ___2___

What are their current ages? ___3 And 6___

_____

3

16. Have you ever served in the military?          Yes _____          No _X_

    If yes, what branch(s) and when: _____

    _____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

    _*Bethel Baptist Church*_    _____

    _*Liberty Co. Chamber of Commerce*_  _____

    _____    _____

    _____    _____

    _____    _____

    _____    _____

    _____    _____

18. Have you ever served on a grand jury?          Yes _____          No _X_

    If yes, when and where?          _____

    _____

    Federal or state?          Federal _____          State _____

19. Have you ever served on a trial jury?          Yes _____          No _X_

    If yes, when and where?          _____

    _____

    Federal or state?          Federal _____          State _____

    Criminal or civil?          Criminal _____          Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _X_          No _____

If yes, explain: my house broke into - 1996
my car stolen 2 times from driveway 1993-1994

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No _X_

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____          No _X_

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No _X_

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

     X Television      X Radio      _____ Newspapers

     _____ Internet      _____ Magazines      _____ Other

25. Have you heard or read anything about this case before today?

     Yes X      No _____      Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

*I remember hearing about the crime. Never remember hearing defendants name.*

26. Has anyone ever talked to you about this case before today?  Yes _____  No X

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

     Yes _____      No X

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

     _____      Yes, I definitely could.

     _____      I probably could.

     _____      Not sure.

     _____      I probably could not.

     _____      No, I definitely could not.

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __✗__

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No __✗__

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

__✗__          I strongly support the death penalty as a punishment.

_____          I support the death penalty as a punishment.

_____          I have no opinion about death penalty as a punishment.

_____          I oppose the death penalty as a punishment.

_____          I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?    Yes _____    No __X__

    If yes, explain: _____

    _____

    _____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

    Yes __X__    No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

    Yes _____    No __X__

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

    Yes __X__    No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

    Yes _____    No __X__

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I feel strongly that the death penalty is applied unfairly against minorities.

_____    I feel that the death penalty is applied unfairly against minorities.

_____    I have no opinion whether the death penalty is applied unfairly against minorities.

_____    I feel that the death penalty is applied fairly against minorities.

___X___    I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

___X___ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No __✗__

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No __✗__

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✗__

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✗__

If yes, explain: _____

_____

_____