182

# QUESTIONNAIRE

1. Name: ███████████████

2. Date of Birth: ███████████████

3. Place of Birth: ███████████████

4. Current Address: ███████████████
███████████████

5. County: ███████████████

6. How long have you lived at this address?  *18 Years*

7. Do you rent or own your residence?     Rent _____     Own ✓

8. Have you ever lived outside of Georgia?     Yes ✓     No _____

9. What is your religious affiliation, if any?  *Catholic*

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | ✓ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School    _____    Junior High/Middle School    _____

High School    _____    Vocational/Trade School    _____

College (undergraduate)    ✓    Graduate/Professional School    _____

If college or graduate/professional school, you major(s) or area(s) of study?

_Education_

12. Are you currently employed?    Yes _____    No    ✓

If yes, What is your occupation? _____

13. List other significant employment within the past five years: _____

_____

_____

_____

14. Marital Status:

Never Married _____    Married    ✓    Divorced _____

Widowed _____    Separated _____

If married, number of years with current spouse: _43_

Spouse's occupation: _Retired - House wife_

15. Have you ever had, adopted, or raised any children?    Yes ✓    No _____

If yes, how many?    _one_

What are their current ages?    _54_

_____

16. Have you ever served in the military?        Yes _✓_        No _____

    If yes, what branch(s) and when: _*Army  1956 - 58*_

    _____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

18. Have you ever served on a grand jury?        Yes _____        No _✓_

    If yes, when and where? _____

    _____

    Federal or state?        Federal _____        State _____

19. Have you ever served on a trial jury?        Yes _✓_        No _____

    If yes, when and where?  _*1963 -*_  _____

    _____

    Federal or state?        Federal _____        State _✓_

    Criminal or civil?        Criminal _____        Civil _✓_

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _✓_          No _____

If yes, explain: ___BURGLARY___

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No _✓_

If yes, explain: _____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____          No _✓_

If yes, explain: _____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No _✓_

If yes, explain: _____

5

24. What is/are your primary source(s) of news? (select all that apply)

_____ Television      _____ Radio      _____ Newspapers

_____ Internet      _____ Magazines      _____ Other

25. Have you heard or read anything about this case before today?

Yes _____      No _____      Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

_Vaguely in the Newspaper._

_____

26. Has anyone ever talked to you about this case before today?   Yes _____   No _____

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____      No _____

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____ Yes, I definitely could.

_____ I probably could.

_____ Not sure.

_____ I probably could not.

_____ No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No ___✓___

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No ___✓___

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____  I strongly support the death penalty as a punishment.

___✓___  I support the death penalty as a punishment.

_____  I have no opinion about death penalty as a punishment.

_____  I oppose the death penalty as a punishment.

_____  I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?            Yes _____            No __✓____

     If yes, explain: _____

     _____

     _____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

            Yes __✓____            No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

            Yes _____            No __✓____

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

            Yes __✓____            No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

            Yes __✓____            No _____

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

_____ I have no opinion whether the death penalty is applied unfairly against minorities.

___✓___ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

___✓___ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No ___✓___

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No ___✓___

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No ___✓___

If yes, explain:_____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No ___✓___

If yes, explain:_____

_____

_____

# QUESTIONNAIRE

1. Name: ████████████████████

2. Date of Birth: ████████

3. Place of Birth: ████████

4. Current Address: ████████████████

   ████████████████

5. County: ████████

6. How long have you lived at this address?  13 yrs.

7. Do you rent or own your residence?    Rent _____    Own ✔_____

8. Have you ever lived outside of Georgia?    Yes ✔_____    No _____

9. What is your religious affiliation, if any? Holiness

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | ✔ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | _____ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School    _____    Junior High/Middle School    _____

High School    ⟍    Vocational/Trade School    _____

College (undergraduate)    _____    Graduate/Professional School    _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?    Yes ✓    No _____

If yes, What is your occupation? _Family Service worker Lib.Co. DFCS_

13. List other significant employment within the past five years: _____

_____

_____

_____

14. Marital Status:

Never Married _____    Married ✓    Divorced _____

Widowed _____    Separated _____

If married, number of years with current spouse: _6 yrs._

Spouse's occupation: _Paper maker Interstate Paper_

15. Have you ever had, adopted, or raised any children?    Yes ✓    No _____

If yes, how many?    _4_____

What are their current ages?  _15, 17, 18, 21_____

_____

3

16. Have you ever served in the military?          Yes _____          No ✓

    If yes, what branch(s) and when: _____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including church, religious, fraternal, social, recreational, service, business, political, union) and any offices you have held in the organization:

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

18. Have you ever served on a grand jury?          Yes _____          No ✓

    If yes, when and where?          _____

_____

    Federal or state?          Federal _____          State _____

19. Have you ever served on a trial jury?          Yes ✓          No _____

    If yes, when and where?          10years ago Liberty co. Hinesville Ga.

    Federal or state?          Federal _____          State ✓

    Criminal or civil?          Criminal _____          Civil ✓

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _____          No __✓___

If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No __✓___

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____          No __✓___

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No __✓___

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

_____✓_____ Television        _____✓_____ Radio        _____✓_____ Newspapers

_____ Internet        _____ Magazines        _____ Other

25. Have you heard or read anything about this case before today?

Yes __✓____        No _____        Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

I've read in the newspaper about where + what happened in Fleming.

26. Has anyone ever talked to you about this case before today?    Yes _____    No __✓____

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____        No __✓____

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____        Yes, I definitely could.

_____        I probably could.

_____        Not sure.

_____        I probably could not.

_____        No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No ✓_____

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No ✓_____

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I strongly support the death penalty as a punishment.

_____    I support the death penalty as a punishment.

✓_____    I have no opinion about death penalty as a punishment.

_____    I oppose the death penalty as a punishment.

_____    I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?            Yes _____            No ✓_____

If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

Yes _____            No ✓_____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

Yes _____            No ✓_____

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

Yes ✓_____            No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

Yes ✓_____            No _____

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

___✓___ I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

___✓___ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No ✓_____

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No ✓_____

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No ✓_____

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No ✓_____

If yes, explain: _____

_____

_____

## QUESTIONNAIRE

1. Name: ███████████████

2. Date of Birth: ███████

3. Place of Birth: ███████

4. Current Address: ████████████

████████████

5. County: ███████

6. How long have you lived at this address? 1 yr.

7. Do you rent or own your residence?    Rent _____    Own ✓

8. Have you ever lived outside of Georgia?    Yes ✓    No _____

9. What is your religious affiliation, if any? *Baptist*

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | ✓ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____       Junior High/Middle School _____

High School _____       Vocational/Trade School *2 yr HVAc*

College (undergraduate) *2 yr AA, Associate*       Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?    Yes _____       No ✓

If yes, What is your occupation? _____

13. List other significant employment within the past five years: *Ret. Civil Svc.*

*Program Mgt.* _____

*Customer / Public Relations* _____

_____

14. Marital Status:

Never Married _____       Married _____       Divorced _____

Widowed *after 29 yrs.* ✓       Separated _____

If married, number of years with current spouse: _____

Spouse's occupation: _____

15. Have you ever had, adopted, or raised any children?    Yes ✓    No _____

If yes, how many?    *3* _____

What are their current ages?    *42, 40, 38* _____

*Grandaughter 24* _____

*Grandson 16*

3

16. Have you ever served in the military?          Yes _____     No __✓____

    If yes, what branch(s) and when: _____

    _____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

    _Siera Club_____          _____

    _AARP_____          _____

    _____          _____

    _____          _____

    _____          _____

18. Have you ever served on a grand jury?          Yes _____     No __✓____

    If yes, when and where?          _____

    _____

    Federal or state?          Federal _____          State _____

19. Have you ever served on a trial jury?          Yes __✓____     No _____

    If yes, when and where?          _Liberty County 1999?_____

    _____

    Federal or state?          Federal _____          State _____

    Criminal or civil?          Criminal __✓____          Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes ✓          No _____

If yes, explain: Grandchildrens Bikes Stolen

Cousin, physically attacked

21. Have you, or any member of your family ever been employed in law enforcement?

Yes ✓          No _____

If yes, explain: ex son-in-law /under cover agent

Chatham co. police (no longer)

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes ✓          No _____

If yes, explain: neighborhood watch / policemen's funds

shelters

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No ✓

If yes, explain: _____

5

24. What is/are your primary source(s) of news? (select all that apply)

_____✓_ Television        __✓___ Radio        __✓___ Newspapers

_____ Internet          __✓___ Magazines    _____ Other

25. Have you heard or read anything about this case before today?

Yes __✓___          No _____          Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

*Gen info surrounding case*

26. Has anyone ever talked to you about this case before today?   Yes __✓___   No _____

If yes, please state the person(s) you talked to and the nature of your conversation(s):

*Bill Jones, gen info from news sources*

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____          No __✓___

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____          Yes, I definitely could.

_____          I probably could.

_____          Not sure.

_____          I probably could not.

_____          No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __✓____

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No __✓____

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I strongly support the death penalty as a punishment.

__✓____    I support the death penalty as a punishment.

_____    I have no opinion about death penalty as a punishment.

_____    I oppose the death penalty as a punishment.

_____    I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the

defendant?          Yes _____          No ___✓___

    If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you

that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

        Yes ___✓___          No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the

death penalty?

        Yes _____          No ___✓___

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors

convince you that life in prison without the possibility of release or parole is the appropriate

sentence, **could** you vote for it?

        Yes ___✓___          No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in

prison without the possibility of release or parole, regardless of the facts and the aggravating

evidence?

        Yes _____          No ___✓___

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

___✓___ I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

___✓___ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain:_____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain:_____

_____

_____

10

187

# QUESTIONNAIRE

1. Name: ████████████

2. Date of Birth: ████████████

3. Place of Birth: ████████████

4. Current Address: ████████████

████████████

5. County: ████████████

6. How long have you lived at this address? _14 yrs_

7. Do you rent or own your residence?    Rent _____    Own _____  _(Live w/parents)_

8. Have you ever lived outside of Georgia?    Yes _____    No _✓_

9. What is your religious affiliation, if any? _Christian_

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _✓_ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | _____ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School    _____        Junior High/Middle School    _____

High School    _____        Vocational/Trade School    _____

College (undergraduate)    _____        Graduate/Professional School    ✓

If college or graduate/professional school, you major(s) or area(s) of study?

(undergrad) Political Science /minor Criminal Justice (pursuing MPA)

12. Are you currently employed?    Yes ✓        No _____

If yes, What is your occupation?    Bank Teller

13. List other significant employment within the past five years: _____

_____

_____

_____

14. Marital Status:

Never Married ✓        Married    _____        Divorced    _____

Widowed    _____        Separated    _____

If married, number of years with current spouse: _____

Spouse's occupation: _____

15. Have you ever had, adopted, or raised any children?    Yes _____    No ✓

If yes, how many?    _____

What are their current ages?    _____

_____

3

16. Have you ever served in the military?        Yes _____        No ✓

    If yes, what branch(s) and when: _____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

Living Hope Community fellowship _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

18. Have you ever served on a grand jury?        Yes _____        No ✓

    If yes, when and where?        _____

                               _____

    Federal or state?        Federal _____        State _____

19. Have you ever served on a trial jury?        Yes _____        No ✓

    If yes, when and where?        _____

                               _____

    Federal or state?        Federal _____        State _____

    Criminal or civil?        Criminal _____        Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes __✓__          No _____

If yes, explain: __My home was burglarized in the spring of 1996.__

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No __✓__

If yes, explain: _____

22. Have you, or any member of your family ever been involved in or contributed to a crime prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or crisis centers, or policemen's funds)?

Yes __✓__          No _____

If yes, explain: __Neighborhood watch, Shelters, Crisis Centers and policemen's funds are programs that both myself and my parents participate__

23. Have you or any member of your family ever been convicted of a felony?

Yes __✓__          No _____

If yes, explain: __A cousin in Florida convicted of 2nd degree murder.__

5

24. What is/are your primary source(s) of news? (select all that apply)

 ✓ Television        ✓ Radio        _____ Newspapers

 ✓ Internet          ✓ Magazines    _____ Other

25. Have you heard or read anything about this case before today?

 Yes _____        No _____        Not Sure ✓

 If yes or not sure, please state what you have heard or read and the source(s):

 _____

 _____

26. Has anyone ever talked to you about this case before today?   Yes _____    No ✓

 If yes, please state the person(s) you talked to and the nature of your conversation(s):

 _____

 _____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

 Yes _____         No ✓

 If yes, what is your opinion? _____

 If yes, could you set that opinion aside and return a verdict based only on the evidence

 presented at trial? (select one)

 _____        Yes, I definitely could.

 _____        I probably could.

 _____        Not sure.

 _____        I probably could not.

 _____        No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No _✓_____

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No _✓_____

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____     I strongly support the death penalty as a punishment.

_✓_____     I support the death penalty as a punishment.

_____     I have no opinion about death penalty as a punishment.

_____     I oppose the death penalty as a punishment.

_____     I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the

defendant?          Yes _____          No _✓____

    If yes, explain: _____

    _____

    _____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you

that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

        Yes _✓____          No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the

death penalty?

        Yes _____          No _✓____

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors

convince you that life in prison without the possibility of release or parole is the appropriate

sentence, **could** you vote for it?

        Yes _✓____          No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in

prison without the possibility of release or parole, regardless of the facts and the aggravating

evidence?

        Yes _____          No _✓____

8

36. Regarding the death penalty, which of the following statements **best** represents the way you

feel? (select one)

_____        I feel strongly that the death penalty is applied unfairly against

minorities.

___✓___        I feel that the death penalty is applied unfairly against minorities.

_____        I have no opinion whether the death penalty is applied unfairly

against minorities.

_____        I feel that the death penalty is applied fairly against minorities.

_____        I feel strongly that the death penalty is applied fairly against

minorities.

37. Do you think race discrimination against African Americans in the United States is a

problem? (select one)

___✓___ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____        No __✓__

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____        No __✓__

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____        No __✓__

If yes, explain:_____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____        No __✓__

If yes, explain:_____

_____

_____

10

## QUESTIONNAIRE

1. Name: ██████████████████

2. Date of Birth: ██████████████████

3. Place of Birth: ██████████████████

4. Current Address: ██████████████████
██████████████████

5. County: ████████████

6. How long have you lived at this address? _4 years_

7. Do you rent or own your residence?    Rent _____    Own ✔

8. Have you ever lived outside of Georgia?    Yes _____    No ✔

9. What is your religious affiliation, if any? _Christian (Baptist)_

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | ✔ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School    _____          Junior High/Middle School    _____

High School    _____          Vocational/Trade School    _____

College (undergraduate)    ✓          Graduate/Professional School    _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____BBA Accounting_____

12. Are you currently employed?    Yes ✓          No _____

If yes, What is your occupation?    Financial Controller

13. List other significant employment within the past five years: _____

Truck Driver Coca - Cola Bottling Co.

_____

_____

14. Marital Status:

Never Married    _____          Married    ✓          Divorced    _____

Widowed    _____          Separated    _____

If married, number of years with current spouse:    8 years

Spouse's occupation:    Student

15. Have you ever had, adopted, or raised any children?    Yes ✓    No _____

If yes, how many?    3

What are their current ages?    5, 3, 3

_____

3

16. Have you ever served in the military?   Yes ✓   No ____

If yes, what branch(s) and when: *Georgia Army National Guard*
*April 1992- Present*

17. List any organization(s), if any, to which you belong or in which you participate (including church, religious, fraternal, social, recreational, service, business, political, union) and any offices you have held in the organization:

*Ga. Army National Guard* _____

*First Baptist Church Garden City.* _____

_____  _____

_____  _____

_____  _____

_____  _____

_____  _____

18. Have you ever served on a grand jury?   Yes ____   No ✓

If yes, when and where? _____

_____

Federal or state?   Federal ____   State ____

19. Have you ever served on a trial jury?   Yes ____   No ✓

If yes, when and where? _____

_____

Federal or state?   Federal ____   State ____

Criminal or civil?   Criminal ____   Civil ____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _____        No _✓__

If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _✓__        No _____

If yes, explain: _Grandfather (now deseased) served as_

_Police officer in Garden City (Part time) in the 50's_

_+ 60's_

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _✓__        No _____

If yes, explain: _My wife and I have contributed to_

_various policeman's funds (State troopers funds,_

_and Local officers funds.)_

23. Have you or any member of your family ever been convicted of a felony?

Yes _____        No _✓__

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

✓ Television      _____ Radio      _____ Newspapers

✓ Internet      _____ Magazines      _____ Other

25. Have you heard or read anything about this case before today?

Yes ✓      No _____      Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

*I saw news reports of the event around the time it occured. I never followed up on details of the case.*

26. Has anyone ever talked to you about this case before today? Yes ✓ No _____

If yes, please state the person(s) you talked to and the nature of your conversation(s):

*I work in Midway, GA. General office conversations occured around the time of the event. Nothing of significance*

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____      No ✓

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence presented at trial? (select one)

_____ Yes, I definitely could.

_____ I probably could.

_____ Not sure.

_____ I probably could not.

_____ No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __✔___

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No __✔___

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____     I strongly support the death penalty as a punishment.

__✔___     I support the death penalty as a punishment.

_____     I have no opinion about death penalty as a punishment.

_____     I oppose the death penalty as a punishment.

_____     I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the

defendant?          Yes _____          No ___✓___

If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you

that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

          Yes ___✓___          No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the

death penalty?

          Yes _____          No ___✓___

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors

convince you that life in prison without the possibility of release or parole is the appropriate

sentence, **could** you vote for it?

          Yes ___✓___          No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in

prison without the possibility of release or parole, regardless of the facts and the aggravating

evidence?

          Yes _____          No ___✓___

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____        I feel strongly that the death penalty is applied unfairly against minorities.

_____        I feel that the death penalty is applied unfairly against minorities.

_____        I have no opinion whether the death penalty is applied unfairly against minorities.

__✓__        I feel that the death penalty is applied fairly against minorities.

_____        I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

__✓__ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

40. Would **the race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

10

241

# QUESTIONNAIRE

1. Name: ██████████████████

2. Date of Birth: ████████████

3. Place of Birth: ████████████

4. Current Address: ████████████

████████████████████

5. County: ████████

6. How long have you lived at this address? _____20_____

7. Do you rent or own your residence?      Rent _____      Own __V__

8. Have you ever lived outside of Georgia?   Yes __V__      No _____

9. What is your religious affiliation, if any? _____N/A_____

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | __V__ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____    Junior High/Middle School _____

High School _____    Vocational/Trade School _____

College (undergraduate) __X__    Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

__Criminal Justice / History__

12. Are you currently employed?    Yes __✓__    No _____

If yes, What is your occupation? __Allstate Ins Agent__

13. List other significant employment within the past five years: _____

_____ N/A _____

_____

_____

14. Marital Status:

Never Married _____    Married __✓__    Divorced _____

Widowed _____    Separated _____

If married, number of years with current spouse: __20__

Spouse's occupation: __Nurse__

15. Have you ever had, adopted, or raised any children?    Yes __✓__    No _____

If yes, how many?    __2__

What are their current ages?    __18 & 17__

_____

3

16. Have you ever served in the military?   Yes __✓__   No _____

If yes, what branch(s) and when: ___Army_____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including church, religious, fraternal, social, recreational, service, business, political, union) and any offices you have held in the organization:

___Savannah Basketball Assoc___   _____

_____   _____

_____   _____

_____   _____

_____   _____

_____   _____

18. Have you ever served on a grand jury?   Yes __✓__   No _____

If yes, when and where?   ___Bryan County_____

___1995?_____

Federal or state?   Federal _____   State __✓__

19. Have you ever served on a trial jury?   Yes __✓__   No _____

If yes, when and where?   ___Bryan_____

___1997?_____

Federal or state?   Federal _____   State __✓__

Criminal or civil?   Criminal __✓__   Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes __✓__          No _____

If yes, explain: _Home Theft - misc. Items_

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes __✓__          No _____

If yes, explain: _State Parole Office  1995-1997_

_City of Richmond Hill Police  1987-1992_

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

✓ Television          _____ Radio          _____ Newspapers

_____ Internet          _____ Magazines          _____ Other

25. Have you heard or read anything about this case before today?

Yes ✓          No _____          Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

_____ TV _____

_____

26. Has anyone ever talked to you about this case before today?    Yes _____    No ✓

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____          No ✓

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____    Yes, I definitely could.

_____    I probably could.

_____    Not sure.

_____    I probably could not.

_____    No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _✓_                    No _✗_

If yes, please explain: ___*Thorn Davier is a potential*___ ___*witness. Known him for 16 years*___

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____                No _✓_

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____        I strongly support the death penalty as a punishment.

_✓_            I support the death penalty as a punishment.

_____        I have no opinion about death penalty as a punishment.

_____        I oppose the death penalty as a punishment.

_____        I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?          Yes _____          No __✓__

     If yes, explain: _____

     _____

     _____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

     Yes __✓__          No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

     Yes _____          No __✓__

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

     Yes __✓__          No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

     Yes _____          No __✓__

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I feel strongly that the death penalty is applied unfairly against minorities.

_____    I feel that the death penalty is applied unfairly against minorities.

___✓___    I have no opinion whether the death penalty is applied unfairly against minorities.

_____    I feel that the death penalty is applied fairly against minorities.

_____    I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

___✓___ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____        No __✓__

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____        No __✓__

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____        No __✓__

If yes, explain:_____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____        No __✓__

If yes, explain:_____

_____

_____

10