*142*

## QUESTIONNAIRE

1. Name: ██████████████████

2. Date of Birth: ████████

3. Place of Birth: ██████████████

4. Current Address: ██████████████

   ██████████████

5. County: ████████

6. How long have you lived at this address? *14 years*

7. Do you rent or own your residence?        Rent _____        Own __✓__

8. Have you ever lived outside of Georgia?   Yes __✓__        No _____

9. What is your religious affiliation, if any? *Episcopalian*

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | __✓__ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____     Junior High/Middle School _____

High School _____     Vocational/Trade School _____

College (undergraduate) _____     Graduate/Professional School __✓__

If college or graduate/professional school, you major(s) or area(s) of study?

_Electrical Engineering Technology_

12. Are you currently employed?     Yes _✓_     No _____

If yes, What is your occupation? _Computer Service and Repair_

13. List other significant employment within the past five years: _____

_____

_____

_____

14. Marital Status:

Never Married _____     Married _✓_     Divorced _____

Widowed _____     Separated _____

If married, number of years with current spouse: _19 years_

Spouse's occupation: _Computer Lab Instructor Hancock Day School_

15. Have you ever had, adopted, or raised any children?     Yes _✓_     No _____

If yes, how many?     _1_

What are their current ages?     _15 years_

_____

3

16. Have you ever served in the military?         Yes ✓          No _____

    If yes, what branch(s) and when: __US Navy 1975-1979__

17. List any organization(s), if any, to which you belong or in which you participate (including church, religious, fraternal, social, recreational, service, business, political, union) and any offices you have held in the organization:

Coastal Georgia Soccer Association        Board Member/Coach
(Youth Soccer)

18. Have you ever served on a grand jury?         Yes _____          No ✓

    If yes, when and where?         _____

    Federal or state?         Federal _____          State _____

19. Have you ever served on a trial jury?         Yes ✓          No _____

    If yes, when and where?         Savannah, Ga  around 1990

    Federal or state?         Federal _____          State ✓

    Criminal or civil?         Criminal ✓          Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes ✓          No _____

If yes, explain: _House burgled Christmas Eve 1995_
_Car burgled._

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____        No ✓

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes ✓          No _____

If yes, explain: _Occasionally contribute to Police &_
_Fireman Funds & Associations_

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____        No ✓

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

_____✓ Television      _____✓ Radio      _____✓ Newspapers

_____✓ Internet      _____✓ Magazines      _____ Other

25. Have you heard or read anything about this case before today?

Yes _____✓          No _____          Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

Remember hearing about it when the crime occured, do not recall anything since

26. Has anyone ever talked to you about this case before today?    Yes _____    No _____✓

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____          No _____✓

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____          Yes, I definitely could.

_____          I probably could.

_____          Not sure.

_____          I probably could not.

_____          No, I definitely could not.

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____        No __✓__

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____        No __✓__

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I strongly support the death penalty as a punishment.

__✓__    I support the death penalty as a punishment.

_____    I have no opinion about death penalty as a punishment.

_____    I oppose the death penalty as a punishment.

_____    I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the

defendant?          Yes _____          No __✓__

If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you

that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

          Yes __✓__                    No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the

death penalty?

          Yes _____                    No __✓__

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors

convince you that life in prison without the possibility of release or parole is the appropriate

sentence, **could** you vote for it?

          Yes __✓__                    No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in

prison without the possibility of release or parole, regardless of the facts and the aggravating

evidence?

          Yes _____                    No __✓__

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

__✓__ I feel that the death penalty is applied unfairly against minorities.

_____ I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

__✓__ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

38. Would the **race of the defendant** affect your opinion as to guilt?

      Yes _____           No __✓__

      If yes, explain: _____

      _____

      _____

39. Would the **race of the victim** affect your opinion as to guilt?

      Yes _____           No __✓__

      If yes, explain: _____

      _____

      _____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

      Yes _____           No __✓__

      If yes, explain: _____

      _____

      _____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

      Yes _____           No __✓__

      If yes, explain: _____

      _____

      _____

10

144

# QUESTIONNAIRE

1. Name: ██████████████████

2. Date of Birth: ██████████████

3. Place of Birth: ███████████████

4. Current Address: ████████████████

5. County: ████████████

6. How long have you lived at this address? __4 mths__

7. Do you rent or own your residence?  Rent __✓__  Own _____

8. Have you ever lived outside of Georgia?  Yes __✓__  No _____

9. What is your religious affiliation, if any? __None__

10. Which do you consider yourself to be: (select one)

| African American | _____ | Native American Indian | _____ |
|---|---|---|---|
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | _____ | Other | __✓__ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School  _____       Junior High/Middle School  _____

High School  __✓__       Vocational/Trade School  _____

College (undergraduate)  _____       Graduate/Professional School  _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?    Yes __✓__        No _____

If yes, What is your occupation?  __Receptionist_____

13. List other significant employment within the past five years: _____

_____

_____

_____

14. Marital Status:

Never Married  _____       Married  _____       Divorced  _____

Widowed  _____       Separated  __✓__

If married, number of years with current spouse: _____

Spouse's occupation: _____

15. Have you ever had, adopted, or raised any children?    Yes __✓__  No _____

If yes, how many?  __2_____

What are their current ages?  __5 & 12  yrs_____

_____

3

16. Have you ever served in the military?        Yes _____        No __✓__

    If yes, what branch(s) and when: _____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

18. Have you ever served on a grand jury?        Yes _____        No __✓__

    If yes, when and where?        _____

                            _____

    Federal or state?        Federal _____        State _____

19. Have you ever served on a trial jury?        Yes _____        No __✓__

    If yes, when and where?        _____

                            _____

    Federal or state?        Federal _____        State _____

    Criminal or civil?        Criminal _____        Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes __✓__          No _____

If yes, explain: __Aggrivated assault__

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

24. What is/are your primary source(s) of news? (select all that apply)

_____✓ Television          _____✓ Radio          _____ Newspapers

_____ Internet          _____ Magazines          _____ Other

25. Have you heard or read anything about this case before today?

Yes _____          No _____✓          Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

_____

_____

26. Has anyone ever talked to you about this case before today?   Yes _____   No _____✓

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____          No _____✓

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____          Yes, I definitely could.

_____          I probably could.

_____          Not sure.

_____          I probably could not.

_____          No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

    Yes _____          No __✓__

    If yes, please explain: _____

    _____

    _____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

    Yes _____          No __✓__

    If yes, explain: _____

    _____

    _____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

    _____      I strongly support the death penalty as a punishment.

    __✓__      I support the death penalty as a punishment.

    _____      I have no opinion about death penalty as a punishment.

    _____      I oppose the death penalty as a punishment.

    _____      I strongly oppose the death penalty as a punishment.

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?          Yes _____          No __✓__.

    If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

        Yes __✓__          No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

        Yes __✓__          No _____

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

        Yes _____          No __✓__

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

        Yes _____          No __✓__

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I feel strongly that the death penalty is applied unfairly against minorities.

_____    I feel that the death penalty is applied unfairly against minorities.

___✓___    I have no opinion whether the death penalty is applied unfairly against minorities.

_____    I feel that the death penalty is applied fairly against minorities.

_____    I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

___✓___ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

10

# QUESTIONNAIRE

1. Name: ████████████████████████

2. Date of Birth: ████████████████

3. Place of Birth: ████████████████

4. Current Address: ████████████████

5. County: ████████████

6. How long have you lived at this address? _2́6 yŕs_

7. Do you rent or own your residence?    Rent _____    Own _✓_

8. Have you ever lived outside of Georgia?    Yes _✓_    No _____

9. What is your religious affiliation, if any? _Baptist_

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _✓_ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | _____ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____    Junior High/Middle School _____

High School ___✓___    Vocational/Trade School _____

College (undergraduate) _____    Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?    Yes ___✓___    No _____

If yes, What is your occupation? _Client Service Rep._

13. List other significant employment within the past five years: _____

_Foster parent_ _____

_____

_____

14. Marital Status:

Never Married _____    Married _____    Divorced _____

Widowed _____    Separated ___✓___

If married, number of years with current spouse: _____

Spouse's occupation: _____

15. Have you ever had, adopted, or raised any children?    Yes ___✓___    No _____

If yes, how many?    _2_ _____

What are their current ages? _12 yrs    6 yrs_

_Foster children — 30_

3

16. Have you ever served in the military?    Yes _____    No __✓__

If yes, what branch(s) and when: _____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including church, religious, fraternal, social, recreational, service, business, political, union) and any offices you have held in the organization:

*Church - Sunday School Treasurer*

18. Have you ever served on a grand jury?    Yes _____    No __✓__

If yes, when and where? _____

Federal or state?    Federal _____    State _____

19. Have you ever served on a trial jury?    Yes __✓__    No _____

If yes, when and where?    *State  Ga.*

Federal or state?    Federal _____    State __✓__

Criminal or civil?    Criminal __✓__    Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

    Yes ✓        No _____

    If yes, explain: _Home Robbery, Rape_____

    _____

    _____

21. Have you, or any member of your family ever been employed in law enforcement?

    Yes _____        No ✓

    If yes, explain: _____

    _____

    _____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

    Yes _____        No ✓

    If yes, explain: _____

    _____

    _____

23. Have you or any member of your family ever been convicted of a felony?

    Yes _____        No ✓

    If yes, explain: _____

    _____

    _____

5

24. What is/are your primary source(s) of news? (select all that apply)

    ✓ Television    ✓ Radio    ✓ Newspapers

    _____ Internet    _____ Magazines    _____ Other

25. Have you heard or read anything about this case before today?

    Yes ✓    No _____    Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

_TV News + Savannah Newspaper_

_____

26. Has anyone ever talked to you about this case before today?    Yes _____    No ✓

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

    Yes _____    No ✓

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

    _____ Yes, I definitely could.

    _____ I probably could.

    _____ Not sure.

    _____ I probably could not.

    _____ No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No _✓_

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _✓_          No _____

If yes, explain: _dont feel I could sentence death because of my religious belief_

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____     I strongly support the death penalty as a punishment.

_____     I support the death penalty as a punishment.

_____     I have no opinion about death penalty as a punishment.

_____     I oppose the death penalty as a punishment.

_✓_____     I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?   Yes _____   No __✓__

   If yes, explain: _____

   _____

   _____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

   Yes _____   No __✓__

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

   Yes _____   No __✓__

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

   Yes __✓__   No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

   Yes __✓__   No _____

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____  I feel strongly that the death penalty is applied unfairly against minorities.

_____  I feel that the death penalty is applied unfairly against minorities.

___✓___  I have no opinion whether the death penalty is applied unfairly against minorities.

_____  I feel that the death penalty is applied fairly against minorities.

_____  I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

___✓___ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No __✔__

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No __✔__

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✔__

If yes, explain:_____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✔__

If yes, explain:_____

_____

_____

10

*146*

# QUESTIONNAIRE

1. Name: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

2. Date of Birth: ▮▮▮▮▮▮▮▮▮▮

3. Place of Birth: ▮▮▮▮▮▮▮▮▮▮

4. Current Address: ▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮

5. County: ▮▮▮▮▮

6. How long have you lived at this address?    *16 YRS  5 MOS*

7. Do you rent or own your residence?    Rent _____    Own ✓

8. Have you ever lived outside of Georgia?    Yes ✓    No _____

9. What is your religious affiliation, if any? *NON-DENOMINATIONAL*

10. Which do you consider yourself to be: (select one)

| African American | ✓ | Native American Indian | _____ |
|---|---|---|---|
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | _____ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____    Junior High/Middle School _____

High School ✓    Vocational/Trade School _____

College (undergraduate) _____    Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?    Yes _____    No ✓

If yes, What is your occupation? _____

13. List other significant employment within the past five years: _____

N/A

_____

14. Marital Status:

Never Married _____    Married _____    Divorced _____

Widowed ✓    Separated _____

If married, number of years with current spouse: _____

Spouse's occupation: _____

15. Have you ever had, adopted, or raised any children?    Yes ✓    No _____

If yes, how many?    ONE

What are their current ages?    4 7

_____

3

16. Have you ever served in the military?        Yes _____        No ✓_____

   If yes, what branch(s) and when: _____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

NONE

18. Have you ever served on a grand jury?        Yes _____        No ✓_____

   If yes, when and where?        _____

_____

   Federal or state?        Federal _____        State _____

19. Have you ever served on a trial jury?        Yes ✓_____        No _____

   If yes, when and where?    BKN, N-Y.    OVER   17YRS AGO

   SVAN, GA - APPROX 2YRS. AGO.

   Federal or state?        Federal _____        State ✓_____

   Criminal or civil?        Criminal _____        Civil ✓_____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes ✓                No _____

If yes, explain: _WHEN I LIVED IN N.Y. MY APARTMENT_ _WAS. BURGLARIZED. I HAD A BRo. WHO WAS_ _THE VICTIM OF A HOMICIDE IN N.Y. BOTH OCCURED IN 1982._

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____         No ✓

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or crisis centers, or policemen's funds)?

Yes ✓                No _____

If yes, explain: _I'VE MADE SEVERAL DONATIONS_ _TO POLICEMEN'S FUNDS._

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes ✓                No _____

If yes, explain: _____

_ONE BROTHER WAS CONVICTED OF A FELONY_ _IN N.Y.C. PRIOR TO 1982_

5

24. What is/are your primary source(s) of news? (select all that apply)

  ✓   Television       _____ Radio       ✓ Newspapers

  ✓   Internet        ✓ Magazines       _____ Other

25. Have you heard or read anything about this case before today?

Yes _____       No ✓       Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

_____

_____

26. Has anyone ever talked to you about this case before today?   Yes _____      No ✓

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____       No ✓

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____      Yes, I definitely could.

_____      I probably could.

_____      Not sure.

_____      I probably could not.

_____      No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __✓__

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I strongly support the death penalty as a punishment.

__✓__    I support the death penalty as a punishment.

_____    I have no opinion about death penalty as a punishment.

_____    I oppose the death penalty as a punishment.

_____    I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?          Yes _____          No __✓__

      If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

      Yes __✓__          No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

      Yes _____          No __✓__

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

      Yes __✓__          No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

      Yes _____          No __✓__

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____  I feel strongly that the death penalty is applied unfairly against minorities.

✓_____  I feel that the death penalty is applied unfairly against minorities.

_____  I have no opinion whether the death penalty is applied unfairly against minorities.

_____  I feel that the death penalty is applied fairly against minorities.

_____  I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

__✓__ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

10

147

# QUESTIONNAIRE

1. Name: _____

2. Date of Birth: _____

3. Place of Birth: _____

4. Current Address: _____

5. County: _____

6. How long have you lived at this address? __6 years__

7. Do you rent or own your residence?    Rent ✓    Own _____

8. Have you ever lived outside of Georgia?    Yes _____    No ✓

9. What is your religious affiliation, if any? __Baptist__

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | ✓ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | _____ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____    Junior High/Middle School _____

High School _____    Vocational/Trade School _____

College (undergraduate) ✓    Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?    Yes ✓    No _____

If yes, What is your occupation? _Director of Alumni Affairs_

13. List other significant employment within the past five years: _INROADS_

_____

_____

_____

14. Marital Status:

Never Married ✓    Married _____    Divorced _____

Widowed _____    Separated _____

If married, number of years with current spouse: _____

Spouse's occupation: _____

15. Have you ever had, adopted, or raised any children?    Yes _____    No ✓

If yes, how many? _____

What are their current ages? _____

_____

3

16. Have you ever served in the military?        Yes _____        No __✓__

    If yes, what branch(s) and when: _____

    _____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

Delta Sigma Theta Sorority _____

Junior League of Savannah _____

SSUNAA Savannah Chapter _____

NCNW _____

_____ _____

_____ _____

_____ _____

18. Have you ever served on a grand jury?        Yes _____        No __✓__

    If yes, when and where? _____

    _____

    Federal or state?        Federal _____        State _____

19. Have you ever served on a trial jury?        Yes _____        No __✓__

    If yes, when and where? _____

    _____

    Federal or state?        Federal _____        State _____

    Criminal or civil?        Criminal _____        Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _____        No _____

If yes, explain: ___Stolen car radio_____

_____

_____


21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____        No ✓_____

If yes, explain: _____

_____

_____


22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____        No ✓_____

If yes, explain: _____

_____

_____


23. Have you or any member of your family ever been convicted of a felony?

Yes _____        No ✓_____

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

_____✓_ Television        _____ Radio        _____✓_ Newspapers

_____✓_ Internet          _____ Magazines    _____ Other

25. Have you heard or read anything about this case before today?

Yes _____        No _____        Not Sure _____✓_

If yes or not sure, please state what you have heard or read and the source(s):

It may or may not be relative to news I heard on the television (seems familiar, just not sure)

26. Has anyone ever talked to you about this case before today?    Yes _____    No _____✓_

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____        No _____✓_

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____        Yes, I definitely could.

_____        I probably could.

_____        Not sure.

_____        I probably could not.

_____        No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No ✔_____

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes ✔_____          No _____

If yes, explain: _Religiously + morally I oppose afflicting death on a human being._

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____          I strongly support the death penalty as a punishment.

_____          I support the death penalty as a punishment.

_____          I have no opinion about death penalty as a punishment.

✔_____          I oppose the death penalty as a punishment.

_____          I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the

defendant?          Yes _____          No __✓__

   If yes, explain: _____

   _____

   _____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you

that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

          Yes __✓__                    No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the

death penalty?

          Yes _____                    No __✓__

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors

convince you that life in prison without the possibility of release or parole is the appropriate

sentence, **could** you vote for it?

          Yes __✓__                    No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in

prison without the possibility of release or parole, regardless of the facts and the aggravating

evidence?

          Yes _____                    No __✓__

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I feel strongly that the death penalty is applied unfairly against minorities.

_____    I feel that the death penalty is applied unfairly against minorities.

✓_____    I have no opinion whether the death penalty is applied unfairly against minorities.

_____    I feel that the death penalty is applied fairly against minorities.

_____    I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

We have a problem in this country with several different types or categories of race discrimination of discrimination.

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

✓_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____        No ✓_____

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____        No ✓_____

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____        No ✓_____

If yes, explain:_____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____        No ✓_____

If yes, explain:_____

_____

_____

150

# QUESTIONNAIRE

1. Name: ████████████████████

2. Date of Birth: ████████████████

3. Place of Birth: ████████████████

4. Current Address ███████ *Mailing address* ████████

   ████████████████████████████

5. County: ████████████

6. How long have you lived at this address?    3yrs    Savannah    13yrs

7. Do you rent or own your residence?    Rent _____    Own ✔

8. Have you ever lived outside of Georgia?    Yes ✔    No _____

9. What is your religious affiliation, if any?    Baptist

10. Which do you consider yourself to be: (select one)

    African American ✔          Native American Indian _____

    Asian _____                Hispanic _____

    Caucasian (white) _____    Other _____

2

11. What is your highest level of education completed? (select one)

| | | | |
|---|---|---|---|
| Grade/Elementary School | _____ | Junior High/Middle School | _____ |
| High School | ✓ | Vocational/Trade School | ✓ |
| College (undergraduate) | _____ | Graduate/Professional School | _____ |

If college or graduate/professional school, you major(s) or area(s) of study?

Practical Nursing

12. Are you currently employed?    Yes ✓        No _____

If yes, What is your occupation? License Practical Nurse

13. List other significant employment within the past five years: _____

New Generation baptist Church - Office Manager

Public Supermarkets - Deli clerk

_____

14. Marital Status:

| | | | | | |
|---|---|---|---|---|---|
| Never Married | _____ | Married | ✓ | Divorced | _____ |
| Widowed | _____ | Separated | _____ | | |

If married, number of years with current spouse: 13

Spouse's occupation: disabled

15. Have you ever had, adopted, or raised any children?    Yes ✓    No _____

If yes, how many?    4

What are their current ages?    24, 21, 15, 12

_____

3

16. Have you ever served in the military?        Yes _____        No ✓

    If yes, what branch(s) and when: _____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including church, religious, fraternal, social, recreational, service, business, political, union) and any offices you have held in the organization:

New Generation Baptist Church _____

1624 E 38th St _____

Sav    GA 31404 _____

_____    _____

_____    _____

_____    _____

_____    _____

18. Have you ever served on a grand jury?        Yes _____        No ✓

    If yes, when and where? _____

_____

    Federal or state?        Federal _____        State _____

19. Have you ever served on a trial jury?        Yes _____        No ✓

    If yes, when and where? _____

_____

    Federal or state?        Federal _____        State _____

    Criminal or civil?        Criminal _____        Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes __✓__          No _____

If yes, explain: 1st degree forgery - 1989 or 1990 -

Restoration of rights granted

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

    ✓ Television    _____ Radio    ✓ Newspapers

    ✓ Internet    _____ Magazines    _____ Other

25. Have you heard or read anything about this case before today?

    Yes ✓    No _____    Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

TV News - Only that the crime had Occurred.

26. Has anyone ever talked to you about this case before today?  Yes _____  No ✓

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

    Yes _____    No ✓

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence presented at trial? (select one)

    _____ Yes, I definitely could.

    _____ I probably could.

    _____ Not sure.

    _____ I probably could not.

    _____ No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __✓__

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____     I strongly support the death penalty as a punishment.

_____     I support the death penalty as a punishment.

__✓__     I have no opinion about death penalty as a punishment.

_____     I oppose the death penalty as a punishment.

_____     I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?         Yes _____         No __✓__

If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

Yes __✓__                         No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

Yes _____                         No __✓__

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

Yes __✓__                         No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

Yes _____                         No __✓__

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____     I feel strongly that the death penalty is applied unfairly against minorities.

_____     I feel that the death penalty is applied unfairly against minorities.

__✓__     I have no opinion whether the death penalty is applied unfairly against minorities.

_____     I feel that the death penalty is applied fairly against minorities.

_____     I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

__✓__ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No \_\_√\_\_

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No \_\_√\_\_

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No \_\_√\_\_

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No \_\_√\_\_

If yes, explain: _____

_____

_____

152

# QUESTIONNAIRE

1. Name: ██████████████████

2. Date of Birth: ██████████████████

3. Place of Birth: ██████████████████

4. Current Address: ██████████████████

   ██████████████████

5. County: ███████████

6. How long have you lived at this address?    *1 yr.*

7. Do you rent or own your residence?    Rent _____    Own __X__

8. Have you ever lived outside of Georgia?    Yes _____    No __X__

9. What is your religious affiliation, if any? *Christian , Baptist*

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | __X__ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____     Junior High/Middle School _____

High School _____     Vocational/Trade School _____

College (undergraduate) _____     Graduate/Professional School __X__

If college or graduate/professional school, you major(s) or area(s) of study?

___Computer   Science_____

12. Are you currently employed?     Yes __X__          No _____

If yes, What is your occupation?  __Computer  Engineer_____

13. List other significant employment within the past five years: ___IBM_____

_____

_____

_____

14. Marital Status:

Never Married _____     Married __X__     Divorced _____

Widowed _____     Separated _____

If married, number of years with current spouse: ___12 yrs._____

Spouse's occupation: ___Teacher_____

15. Have you ever had, adopted, or raised any children?     Yes __X__     No _____

If yes, how many?                    ___1_____

What are their current ages?     ___8 yr._____

_____

3

16. Have you ever served in the military?        Yes _____        No __X__

    If yes, what branch(s) and when: _____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

    *Savannah Christian Church*     _____

    *Computer Engineers of America*   _____

    _____     _____

    _____     _____

    _____     _____

    _____     _____

    _____     _____

18. Have you ever served on a grand jury?        Yes _____        No __X__

    If yes, when and where?        _____

_____

    Federal or state?        Federal _____        State _____

19. Have you ever served on a trial jury?        Yes _____        No __X__

    If yes, when and where?        _____

_____

    Federal or state?        Federal _____        State _____

    Criminal or civil?        Criminal _____        Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _____          No __X__

If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes __X__          No _____

If yes, explain: _Brother-In-Law worked for GA. State_

_Patrol 8 yrs. Ago._

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes __X__          No _____

If yes, explain: _Fraternal order of Police in_

_Richmond Hill, + Richmond Hill Fire Dept._

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No __X__

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

    __X__ Television     __X__ Radio     _____ Newspapers

    __X__ Internet     _____ Magazines     _____ Other

25. Have you heard or read anything about this case before today?

    Yes _____     No __X__     Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

_____

_____

26. Has anyone ever talked to you about this case before today?   Yes _____   No __X__

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

    Yes _____     No __X__

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence presented at trial? (select one)

    _____     Yes, I definitely could.

    _____     I probably could.

    _____     Not sure.

    _____     I probably could not.

    _____     No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __X__

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No __X__

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I strongly support the death penalty as a punishment.

_____    I support the death penalty as a punishment.

__X__    I have no opinion about death penalty as a punishment.

_____    I oppose the death penalty as a punishment.

_____    I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?          Yes _____          No __X__

    If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

        Yes __X__          No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

        Yes _____          No __X__

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

        Yes __X__          No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

        Yes _____          No __X__

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I feel strongly that the death penalty is applied unfairly against minorities.

_____    I feel that the death penalty is applied unfairly against minorities.

__X__    I have no opinion whether the death penalty is applied unfairly against minorities.

_____    I feel that the death penalty is applied fairly against minorities.

_____    I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

__X__ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No __X__

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No __X__

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __X__

If yes, explain:_____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __X__

If yes, explain:_____

_____

_____

10