(165)

# QUESTIONNAIRE

1. Name: ████████████

2. Date of Birth: ████████

3. Place of Birth: ████████████

4. Current Address: ████████████

   ████████████

5. County: ████████

6. How long have you lived at this address? __20 yrs__

7. Do you rent or own your residence?    Rent _____    Own _____    Other __Family Property__

8. Have you ever lived outside of Georgia?    Yes __✓__    No _____

9. What is your religious affiliation, if any? __United Methodist__

10. Which do you consider yourself to be: (select one)

    African American    __✓__        Native American Indian    _____

    Asian    _____                   Hispanic    _____

    Caucasian (white)    _____        Other    _____

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____     Junior High/Middle School _____

High School _____     Vocational/Trade School _____

College (undergraduate) _____     Graduate/Professional School ✓

If college or graduate/professional school, you major(s) or area(s) of study?

_Psychology_____

12. Are you currently employed?    Yes _____        No ✓

If yes, What is your occupation? _____

13. List other significant employment within the past five years: _____

___Human Resources - Education / Trainer_____

_____

_____

14. Marital Status:

Never Married ✓        Married _____        Divorced _____

Widowed _____        Separated _____

If married, number of years with current spouse: _____

Spouse's occupation: _____

15. Have you ever had, adopted, or raised any children?    Yes _____    No ✓

If yes, how many? _____

What are their current ages? _____

_____

3

16. Have you ever served in the military?          Yes _____          No __✓__

      If yes, what branch(s) and when: _____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

ASTD - Past President _____          P. _____

UMC - Finance Chair, Committee Membership _____

Sorority - Committee Chair _____

Member At Large _____

18. Have you ever served on a grand jury?          Yes _____          No __✓__

      If yes, when and where?          _____

_____

      Federal or state?          Federal _____          State _____

19. Have you ever served on a trial jury?          Yes _____          No __✓__

      If yes, when and where?          _____

_____

      Federal or state?          Federal _____          State _____

      Criminal or civil?          Criminal _____          Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _✓_          No _____

If yes, explain: _Assault, robbery, rape_ _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _✓_          No _____

If yes, explain: _Military Police, 911 Dispatcher_ _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _✓_          No _____

If yes, explain: _Policemen's Funds, Rape Crisis Center_

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No _✓_

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

      ✓ Television      ✓ Radio      ✓ Newspapers

      ✓ Internet      ✓ Magazines      _____ Other

25. Have you heard or read anything about this case before today?

Yes ✓      No _____      Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

_Read the account printed in the local paper_

_____

26. Has anyone ever talked to you about this case before today?    Yes _____    No ✓

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____      No ✓

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

    _____    Yes, I definitely could.

    _____    I probably could.

    _____    Not sure.

    _____    I probably could not.

    _____    No, I definitely could not.

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____        No __✔___

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____        No __✔___

If yes, explain: _At this point I am somewhat unsure about my feelings on the death penalty particularly in light of findings through the Innocence Project and others_

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____        I strongly support the death penalty as a punishment.

_____        I support the death penalty as a punishment.

__✔___        I have no opinion about death penalty as a punishment.

_____        I oppose the death penalty as a punishment.

_____        I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?        Yes _____        No ___✓___

If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

Yes ___✓___        No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

Yes _____        No ___✓___

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

Yes ___✓___        No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

Yes _____        No ___✓___

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

✓      I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

_____ I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

✓ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No ___✔___

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No ___✔___

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No ___✔___

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No ___✔___

If yes, explain: _____

_____

_____

ORIGINAL

166

## QUESTIONNAIRE

1. Name: ██████████████████

2. Date of Birth: ██████████████

3. Place of Birth: ██████████████

4. Current Address: ██████████████

██████████████

5. County: ██████

6. How long have you lived at this address?  ● Less than 1year 5 months

7. Do you rent or own your residence?        Rent _____        Own ✓

8. Have you ever lived outside of Georgia?    Yes ✓        No _____

9. What is your religious affiliation, if any? Cathlioc

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | ✓ | Other | _____ |

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____     Junior High/Middle School _____

High School _____     Vocational/Trade School 1½ years

College (undergraduate) ~~4 years~~     Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?     Yes _____     No _____

If yes, What is your occupation? Office Manager _____

13. List other significant employment within the past five years: Teacher at _____

Charles Ellis Elementry (Paraprofessional) Montessori teacher

_____

_____

14. Marital Status:

Never Married _____     Married ✓     Divorced _____

Widowed _____     Separated _____

If married, number of years with current spouse: 3 weeks _____

Spouse's occupation: Air + Heating Technician _____

15. Have you ever had, adopted, or raised any children?     Yes _____     No ✓

If yes, how many? _____

What are their current ages? _____

_____

3

16. Have you ever served in the military?          Yes _____          No _____

   If yes, what branch(s) and when: _____

   _____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

   _____          _____

   _____          _____

   _____          _____

   _____          _____

   _____          _____

   _____          _____

   _____          _____

18. Have you ever served on a grand jury?          Yes _____          No _____

   If yes, when and where?          _____

   _____

   Federal or state?          Federal _____          State _____

19. Have you ever served on a trial jury?          Yes _____          No _____

   If yes, when and where?          _____

   _____

   Federal or state?          Federal _____          State _____

   Criminal or civil?          Criminal _____          Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _____        No ✓

If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____        No ✓

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____        No ✓

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____        No ✓

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

_____✓_ Television        _✓_ Radio        _✓_ Newspapers

_____✓_ Internet        _____ Magazines        _____ Other

25. Have you heard or read anything about this case before today?

Yes _____        No _✓_        Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

_____

_____

26. Has anyone ever talked to you about this case before today?   Yes _____        No _✓_

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____        No _✓_

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____        Yes, I definitely could.

_____        I probably could.

_____        Not sure.

_____        I probably could not.

_____        No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No ___✓___

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No ___✓___

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____     I strongly support the death penalty as a punishment.

___✓___     I support the death penalty as a punishment.

_____     I have no opinion about death penalty as a punishment.

_____     I oppose the death penalty as a punishment.

_____     I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?          Yes _____          No __✓__

  If yes, explain: _____

  _____

  _____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

          Yes __✓__                    No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

          Yes _____                    No __✓__

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

          Yes __✓__                    No __✓__

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

          Yes _____                    No __✓__

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

__✓___ I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

__✓___ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No _____

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No _____

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No _____

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No _____

If yes, explain: _____

_____

_____

10

168

# QUESTIONNAIRE

1. Name: ▓▓▓▓▓▓▓▓▓▓▓▓

2. Date of Birth: ▓▓▓▓▓▓▓

3. Place of Birth: ▓▓▓▓▓▓▓

4. Current Address: ▓▓▓▓▓▓▓

▓▓▓▓▓▓▓

5. County: ▓▓▓▓▓

6. How long have you lived at this address?    *2 months*

7. Do you rent or own your residence?          Rent _____        Own __X__

8. Have you ever lived outside of Georgia?     Yes __X__          No _____

9. What is your religious affiliation, if any?  *Buddhist*

10. Which do you consider yourself to be: (select one)

|                      |        |                          |        |
|----------------------|--------|--------------------------|--------|
| African American     | _____ | Native American Indian   | _____ |
| Asian                | _____ | Hispanic                 | __X__  |
| Caucasian (white)    | _____ | Other                    | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____    Junior High/Middle School _____

High School _____    Vocational/Trade School _____

College (undergraduate) __X__    Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

__Radio / Television_____

12. Are you currently employed?    Yes __X__    No _____

If yes, What is your occupation? _Radio News Producer_____

13. List other significant employment within the past five years: _____

_____

_____

_____

14. Marital Status:

Never Married __X__    Married _____    Divorced _____

Widowed _____    Separated _____

If married, number of years with current spouse: _____

Spouse's occupation: _____

15. Have you ever had, adopted, or raised any children?    Yes _____    No __X__

If yes, how many? _____

What are their current ages? _____

_____

3

16. Have you ever served in the military?      Yes _____      No __X__

   If yes, what branch(s) and when: _____

   _____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

First City Network, Inc.          Secretary

_____      _____

_____      _____

_____      _____

_____      _____

_____      _____

18. Have you ever served on a grand jury?      Yes _____      No __X__

   If yes, when and where?      _____

   _____

   Federal or state?      Federal _____      State _____

19. Have you ever served on a trial jury?      Yes _____      No __X__

   If yes, when and where?      _____

   _____

   Federal or state?      Federal _____      State _____

   Criminal or civil?      Criminal _____      Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _____        No __X__

If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____        No __X__

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____        No __X__

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____        No __X__

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

_____ Television       __X__ Radio       __X__ Newspapers

__X__ Internet       __X__ Magazines       _____ Other

25. Have you heard or read anything about this case before today?

Yes __X__          No _____          Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

I'm sure I've heard about this case, but I cannot remember anything about it.

26. Has anyone ever talked to you about this case before today?   Yes _____   No __X__

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____          No __X__

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____          Yes, I definitely could.

_____          I probably could.

_____          Not sure.

_____          I probably could not.

_____          No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __X__

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes __X__          No _____

If yes, explain: I consider myself to be a Buddhist. I'm a vegetarian. I don't eat meat. I do not even allow people to kill roaches in my house. Killing is absolutely wrong.

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____   I strongly support the death penalty as a punishment.

_____   I support the death penalty as a punishment.

_____   I have no opinion about death penalty as a punishment.

_____   I oppose the death penalty as a punishment.

__X__   I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the

defendant?                Yes _X_                No _____

    If yes, explain: _I can in no way participate in a legal proceeding that could lead to the killing of a human being, and the perversion of humanity that killing is._

32. If the defendant were found guilty, and the evidence and aggravating factors convince you

that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

    Yes _____                No _X_

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the

death penalty?

    Yes _____                No _X_

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors

convince you that life in prison without the possibility of release or parole is the appropriate

sentence, **could** you vote for it?

    Yes _X_                No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in

prison without the possibility of release or parole, regardless of the facts and the aggravating

evidence?

    Yes _X_                No _____

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

X       I feel strongly that the death penalty is applied unfairly against minorities.

_____    I feel that the death penalty is applied unfairly against minorities.

_____    I have no opinion whether the death penalty is applied unfairly against minorities.

_____    I feel that the death penalty is applied fairly against minorities.

_____    I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

X    Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No _X___

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No _X___

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____ .          No _X___

If yes, explain:_____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No _X___

If yes, explain:_____

_____

_____

10

ORIGINAL        170

## QUESTIONNAIRE

1. Name: ████████████████████

2. Date of Birth: _____ ████████ _____

3. Place of Birth: _____ ████████████ _____

4. Current Address: _____ ████████████ _____

    _____ ██████████████████ _____

5. County: _____ ████████ _____

6. How long have you lived at this address? ___ 10 years ___

7. Do you rent or own your residence?    Rent _____    Own ✓

8. Have you ever lived outside of Georgia?    Yes _____    No ✓

9. What is your religious affiliation, if any? __ Presbyterian (Chapel in the Gardens) __

10. Which do you consider yourself to be: (select one)

| African American | _____ | Native American Indian | _____ |
|---|---|---|---|
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | ✓ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School   _____    Junior High/Middle School   _____

High School   _____    Vocational/Trade School   _✓_

College (undergraduate)   _____    Graduate/Professional School   _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?    Yes _✓_      No _____

If yes, What is your occupation? **Office Manager / Physical Therapy Asst.**

13. List other significant employment within the past five years: _____

**Kindergarten Teacher**

_____

_____

14. Marital Status:

Never Married _____    Married _✓_    Divorced _____

Widowed _____    Separated _____

If married, number of years with current spouse: **21 years.**

Spouse's occupation: **Journeyman**

15. Have you ever had, adopted, or raised any children?    Yes _✓_    No _____

If yes, how many? **2**

What are their current ages? **19 & 17 years old**

_____

3

16. Have you ever served in the military?        Yes _____      No __✓__

    If yes, what branch(s) and when: _____

    _____

17. List any organization(s), if any, to which you belong or in which you participate (including

    church, religious, fraternal, social, recreational, service, business, political, union) and any

    offices you have held in the organization:

    Youth Director (Chapel in the Gardens) _____

    _____      _____

    _____      _____

    _____      _____

    _____      _____

    _____      _____

18. Have you ever served on a grand jury?        Yes _____      No __✓__

    If yes, when and where?         _____

    _____

    Federal or state?        Federal _____        State _____

19. Have you ever served on a trial jury?        Yes _____      No __✓__

    If yes, when and where?         _____

    _____

    Federal or state?        Federal _____        State _____

    Criminal or civil?        Criminal _____        Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _____        No __✓__

If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes __✓__        No _____

If yes, explain: _Brother in law - Major Pooler_

_Police Dept._____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____        No __✓__

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____        No __✓__

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

      ✓ Television      ✓ Radio      _____ Newspapers

      ✓ Internet      _____ Magazines      _____ Other

25. Have you heard or read anything about this case before today?

    Yes _____        No ✓        Not Sure _____

    If yes or not sure, please state what you have heard or read and the source(s):

    _____

    _____

26. Has anyone ever talked to you about this case before today?  Yes _____  No ✓

    If yes, please state the person(s) you talked to and the nature of your conversation(s):

    _____

    _____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

    Yes _____        No ✓

    If yes, what is your opinion? _____

    If yes, could you set that opinion aside and return a verdict based only on the evidence

    presented at trial? (select one)

        _____      Yes, I definitely could.

        _____      I probably could.

        _____      Not sure.

        _____      I probably could not.

        _____      No, I definitely could not.

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __✓__

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____     I strongly support the death penalty as a punishment.

__✓__     I support the death penalty as a punishment.

_____     I have no opinion about death penalty as a punishment.

_____     I oppose the death penalty as a punishment.

_____     I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?          Yes _____          No __✓__

   If yes, explain: _____

   _____

   _____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

          Yes __✓__                    No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

          Yes _____                    No __✓__

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

          Yes __✓__                    No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

          Yes _____                    No __✓__

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

_____ I have no opinion whether the death penalty is applied unfairly against minorities.

___✓___ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

___✓___ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

# QUESTIONNAIRE

1. Name: _____

2. Date of Birth: _____

3. Place of Birth: _____

4. Current Address: _____

5. County: _____

6. How long have you lived at this address? _____1 yr 10 mths_____

7. Do you rent or own your residence?    Rent _____    Own ✓

8. Have you ever lived outside of Georgia?    Yes _____    No ✓

9. What is your religious affiliation, if any? _____Baptist_____

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | ✓ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____    Junior High/Middle School _____

High School _____    Vocational/Trade School _____

College (undergraduate) _✓_    Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_1 yr College + 1 yr fashion school_

12. Are you currently employed?    Yes _✓_    No _____

If yes, What is your occupation? _Legal Asst_

13. List other significant employment within the past five years: _____

_____

_____

_____

14. Marital Status:

Never Married _____    Married _✓_    Divorced _____

Widowed _____    Separated _____

If married, number of years with current spouse: _3_

Spouse's occupation: _Warehouse Mngr_

15. Have you ever had, adopted, or raised any children?    Yes _✓_    No _____

If yes, how many? _2_

What are their current ages? _18 + 20_

_____

3

16. Have you ever served in the military?        Yes _____        No __✓__

    If yes, what branch(s) and when: _____

    _____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

    _Windsor Forest Baptist_        _____

    _Avalanche Club_        _____

    _____        _____

    _____        _____

    _____        _____

    _____        _____

18. Have you ever served on a grand jury?        Yes _____        No __✓__

    If yes, when and where?        _____

    _____

    Federal or state?        Federal _____        State _____

19. Have you ever served on a trial jury?        Yes _____        No __✓__

    If yes, when and where?        _____

    _____

    Federal or state?        Federal _____        State _____

    Criminal or civil?        Criminal _____        Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

_✓_ Television        _____ Radio        _____ Newspapers

_____ Internet        _____ Magazines        _____ Other

25. Have you heard or read anything about this case before today?

Yes _✓_        No _____        Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

_WTOC Reported when it ocurred_

_____

26. Has anyone ever talked to you about this case before today?    Yes _____    No _✓_

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____        No _✓_

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____        Yes, I definitely could.

_____        I probably could.

_____        Not sure.

_____        I probably could not.

_____        No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __✓__

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No _____

If yes, explain: _UNCERTAIN. Religiously I do not believe God has charged me with the Ability to Aide in taking someone's Life._

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____   I strongly support the death penalty as a punishment.

_____   I support the death penalty as a punishment.

_____   I have no opinion about death penalty as a punishment.

_✓___   I oppose the death penalty as a punishment.

_____   I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?          Yes _____          No __✓__

       If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

           Yes __✓__          No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

           Yes _____          No __✓__

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

           Yes __✓__          No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

           Yes _____          No __✓__

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

_____ I have no opinion whether the death penalty is applied unfairly against minorities.

__✓___ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

__✓___ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

10

#14

FINAL

# QUESTIONNAIRE

1. Name: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

2. Date of Birth: ▓▓▓▓▓▓▓▓▓▓▓

3. Place of Birth: ▓▓▓▓▓▓▓▓▓▓▓

4. Current Address: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

5. County: ▓▓▓▓▓▓

6. How long have you lived at this address? _1 yr. 3 mo_

7. Do you rent or own your residence?    Rent _✓_    Own _____

8. Have you ever lived outside of Georgia?    Yes _____    No _✓_

9. What is your religious affiliation, if any? _Second Bethelhem Bapist Church_

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _✓_ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | _____ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____    Junior High/Middle School _____

High School _____    Vocational/Trade School ✓

College (undergraduate) _____    Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?    Yes ✓    No _____

If yes, What is your occupation? _LAB Assistant_____

13. List other significant employment within the past five years: _____

_____

_____

_____

14. Marital Status:

Never Married ✓    Married _____    Divorced _____

Widowed _____    Separated _____

If married, number of years with current spouse: _____

Spouse's occupation: _____

15. Have you ever had, adopted, or raised any children?    Yes ✓    No _____

If yes, how many?    _2_____

What are their current ages?    _8 : 1 yo old_____

_____

3

16. Have you ever served in the military?    Yes _____    No __✓__

    If yes, what branch(s) and when: _____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including church, religious, fraternal, social, recreational, service, business, political, union) and any offices you have held in the organization:

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

18. Have you ever served on a grand jury?    Yes _____    No __✓__

    If yes, when and where?    _____

_____

    Federal or state?    Federal _____    State _____

19. Have you ever served on a trial jury?    Yes _____    No __✓__

    If yes, when and where?    _____

_____

    Federal or state?    Federal _____    State _____

    Criminal or civil?    Criminal _____    Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes __✓__          No _____

If yes, explain: _My brother was murdered in 1988_

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes __✓__          No _____

If yes, explain: _My cousin, Rodney Rawls was a_

_Savannah Police officer 1 yr ago_

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

_✓_ Television      _____ Radio      _✓_ Newspapers

_✓_ Internet      _____ Magazines      _____ Other

25. Have you heard or read anything about this case before today?

Yes _✓_      No _____      Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

*I read about this case in the newspaper and I also saw it on the news*

26. Has anyone ever talked to you about this case before today?   Yes _____   No _✓_

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____      No _✓_

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence presented at trial? (select one)

_____ Yes, I definitely could.

_____ I probably could.

_____ Not sure.

_____ I probably could not.

_____ No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes ___✓___          No _____

If yes, please explain: *I Know One of the potential witnesses for the defense*

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No __✓___

If yes, explain: _____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I strongly support the death penalty as a punishment.

__✓___ I support the death penalty as a punishment.

_____ I have no opinion about death penalty as a punishment.

_____ I oppose the death penalty as a punishment.

_____ I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?          Yes _____          No __✓__

If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

Yes __✓__          No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

Yes _____          No __✓__

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

Yes __✓__          No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

Yes _____          No __✓__

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

__✓___ I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

__✓___ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

    Yes _____       No __✓___

    If yes, explain: _____

    _____

    _____

39. Would the **race of the victim** affect your opinion as to guilt?

    Yes _____       No __✓___

    If yes, explain: _____

    _____

    _____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death penalty or life imprisonment without the possibility of release or parole?

    Yes _____       No __✓___

    If yes, explain:_____

    _____

    _____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death penalty or life imprisonment without the possibility of release or parole?

    Yes _____       No __✓___

    If yes, explain:_____

    _____

    _____

10