#175

## QUESTIONNAIRE

1. Name: ▮▮▮▮▮▮▮▮

2. Date of Birth: ▮▮▮▮▮▮▮▮

3. Place of Birth: ▮▮▮▮▮▮▮▮

4. Current Address: ▮▮▮▮▮▮▮▮

5. County: ▮▮▮▮▮▮▮▮

6. How long have you lived at this address?  _2 yrs_

7. Do you rent or own your residence?    Rent _____    Own __X__

8. Have you ever lived outside of Georgia?    Yes __X__    No _____

9. What is your religious affiliation, if any? _Catholic_

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | __X__ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____     Junior High/Middle School _____

High School _____     Vocational/Trade School _____

College (undergraduate) __X__     Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____ Journalism _____

12. Are you currently employed?     Yes __X__     No _____

If yes, What is your occupation? __Realtor__

13. List other significant employment within the past five years: _____

_____

_____

_____

14. Marital Status:

Never Married _____     Married _____     Divorced __X__

Widowed _____     Separated _____

If married, number of years with current spouse: _____

Spouse's occupation: _____

15. Have you ever had, adopted, or raised any children?     Yes __X__     No _____

If yes, how many?     __2__

What are their current ages?     __9 & 4__

_____

16. Have you ever served in the military?          Yes _____          No __X__

     If yes, what branch(s) and when: _____

     _____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

Savannah Christian Church          _____
Savannah Board of Realtors          _____
_____          _____
_____          _____
_____          _____
_____          _____
_____          _____

18. Have you ever served on a grand jury?          Yes _____          No __X__

     If yes, when and where?          _____

     _____

     Federal or state?          Federal _____          State _____

19. Have you ever served on a trial jury?          Yes __X__          No _____

     If yes, when and where?          1-2 yrs Ago

                                        Chatham County Courthouse

     Federal or state?          Federal _____          State __X__

     Criminal or civil?          Criminal _____          Civil __X__

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _X_          No _____

If yes, explain: _Fiancee home just broken into here in Savannah._
_Fiancee car broken into in Canada. Former father-in-law_
_Murdered 20 years ago._

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _X_          No _____

If yes, explain: _Former boyfriend was a Beaufort County_
_police officer. Former roommate is with Sav Police (Geri Long)_

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____          No _X_

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _X_          No _____

If yes, explain: _Brother convicted of drug charges numerous_
_times._

24. What is/are your primary source(s) of news? (select all that apply)

_X_ Television    _X_ Radio    _X_ Newspapers

_X_ Internet    _X_ Magazines    _____ Other

25. Have you heard or read anything about this case before today?

Yes _X_    No _____    Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

When murder occurred, read all details, listened to media reports ... I am a News-Junkie.

26. Has anyone ever talked to you about this case before today?    Yes _X_    No _____

If yes, please state the person(s) you talked to and the nature of your conversation(s):

Fiance & Discussed when it happened.

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _X_    No _____

If yes, what is your opinion? _Guilty_.

If yes, could you set that opinion aside and return a verdict based only on the evidence presented at trial? (select one)

_____    Yes, I definitely could.

_____    I probably could.

_X_    Not sure.

_____    I probably could not.

_____    No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __X__

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No __X__

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

__✳__          I strongly support the death penalty as a punishment.

_____          I support the death penalty as a punishment.

_____          I have no opinion about death penalty as a punishment.

_____          I oppose the death penalty as a punishment.

_____          I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the

defendant?                    Yes _____              No _X_

    If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you

that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

        Yes _X_                    No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the

death penalty?

        Yes _X_                    No _____

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors

convince you that life in prison without the possibility of release or parole is the appropriate

sentence, **could** you vote for it?

        Yes _____                    No _X_

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in

prison without the possibility of release or parole, regardless of the facts and the aggravating

evidence?

        Yes _____                    No _X_

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

__X__ I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

__X__ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes __X__                No _____

If yes, explain: _Have a strong prejudice against black crime._
_Have been in Sw h for 20 years & feel there is a Preponderance_
_of Blacks committing crimes & I Am tired of it costing me, the_

39. Would the **race of the victim** affect your opinion as to guilt? _taxpayer, money._

Yes _____                No __X__

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____                No __X__

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____                No __X__

If yes, explain: _____

_____

_____

10

176

# QUESTIONNAIRE

1. Name: _____

2. Date of Birth: _____

3. Place of Birth: _____

4. Current Address: _____

_____

5. County: _____

6. How long have you lived at this address? _____ *15 years* _____

7. Do you rent or own your residence?    Rent _____    Own __✓__

8. Have you ever lived outside of Georgia?    Yes _____    No __✓__

9. What is your religious affiliation, if any? _____ *A.M.E.* _____

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | __✓__ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | _____ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____     Junior High/Middle School _____

High School _____     Vocational/Trade School ___✓___

College (undergraduate) _____     Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?    Yes ___✓___     No _____

If yes, What is your occupation? ___Digestion operator___

13. List other significant employment within the past five years: _____

_____

_____

_____

14. Marital Status:

Never Married _____     Married ___✓___     Divorced _____

Widowed _____     Separated _____

If married, number of years with current spouse: ___15 years___

Spouse's occupation: ___Gateway C + A___

15. Have you ever had, adopted, or raised any children?    Yes ___✓___   No _____

If yes, how many? ___3___

What are their current ages? ___19, 11 + 9___

_____

3

16. Have you ever served in the military?        Yes _____        No _____

    If yes, what branch(s) and when: _____

    _____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

18. Have you ever served on a grand jury?        Yes _____        No _____

    If yes, when and where?        _____

                            _____

    Federal or state?        Federal _____        State _____

19. Have you ever served on a trial jury?        Yes _____        No _____

    If yes, when and where?        _____

                            _____

    Federal or state?        Federal _____        State _____

    Criminal or civil?        Criminal _____        Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _____          No __✓____

If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No __✓____

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____          No __✓____

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No __✓____

If yes, explain: _____

_____

_____

24. What is/are your primary source(s) of news? (select all that apply)

_____ Television          _____ Radio          _____ Newspapers

_____ Internet          _____ Magazines          _____ Other

25. Have you heard or read anything about this case before today?

Yes _____          No _____          Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

_____

_____

26. Has anyone ever talked to you about this case before today?     Yes _____     No _____

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____          No _____

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____          Yes, I definitely could.

_____          I probably could.

_____          Not sure.

_____          I probably could not.

_____          No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __✓__

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I strongly support the death penalty as a punishment.

__✓__ I support the death penalty as a punishment.

_____ I have no opinion about death penalty as a punishment.

_____ I oppose the death penalty as a punishment.

_____ I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?          Yes _____          No _____

    If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

        Yes _____          No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

        Yes _____          No _____

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

        Yes _____          No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

        Yes _____          No _____

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I feel strongly that the death penalty is applied unfairly against minorities.

_____    I feel that the death penalty is applied unfairly against minorities.

_____    I have no opinion whether the death penalty is applied unfairly against minorities.

_____    I feel that the death penalty is applied fairly against minorities.

_____    I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No _____

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No _____

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No _____

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No _____

If yes, explain: _____

_____

_____

177

# QUESTIONNAIRE

1. Name:

2. Date of Birth:

3. Place of Birth:

4. Current Address:

5. County:

6. How long have you lived at this address? _almost 2 years_

7. Do you rent or own your residence?    Rent ✓    Own _____

8. Have you ever lived outside of Georgia?    Yes _____    No ✓

9. What is your religious affiliation, if any? _Baptist_

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | ✓ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | _____ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____    Junior High/Middle School _____

High School ✓    Vocational/Trade School _____

College (undergraduate) _____    Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?    Yes ✓    No _____

If yes, What is your occupation? _Paraprofessional /Site Director Ymca_

13. List other significant employment within the past five years: _____

_____

_____

_____

14. Marital Status:

Never Married _____    Married ✓    Divorced _____

Widowed _____    Separated _____

If married, number of years with current spouse: _2_

Spouse's occupation: _General Motor - Line men_

15. Have you ever had, adopted, or raised any children?    Yes ✓    No _____

If yes, how many?    _three_

What are their current ages?    _23, 25, 29_

_____

3

16. Have you ever served in the military?        Yes _____        No _✓_

    If yes, what branch(s) and when: _____

    _____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

Macedonia Baptist Church    Sunday School Teacher   32 years

18. Have you ever served on a grand jury?        Yes _____        No _✓_

    If yes, when and where?        _____

    _____

Federal or state?        Federal _____        State _____

19. Have you ever served on a trial jury?        Yes _✓_        No _____

    If yes, when and where?        _25 years ago_____

    _____

Federal or state?        Federal _____        State _____

Criminal or civil?        Criminal _____        Civil _✓_

4

20. Have you or any member of your family ever been the victim of a crime?

Yes __✓__          No _____

If yes, explain: __My Car was stolen__
__My Home was broken into twice.__

21. Have you, or any member of your family ever been employed in law enforcement?

Yes __✓__          No _____

If yes, explain: __I once was a radio dispatcher__
__for the Police department of Savannah.__

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes __✓__          No _____

If yes, explain: __My son —(using drugs)__

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

_✓_ Television       _✓_ Radio       _____ Newspapers

_____ Internet       _____ Magazines       _____ Other

25. Have you heard or read anything about this case before today?

Yes _____       No _✓_       Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

_____

_____

26. Has anyone ever talked to you about this case before today?    Yes _____    No _✓_

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____       No _✓_

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____       Yes, I definitely could.

_____       I probably could.

_____       Not sure.

_____       I probably could not.

_____       No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __✓__

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I strongly support the death penalty as a punishment.

__✓__    I support the death penalty as a punishment.

_____    I have no opinion about death penalty as a punishment.

_____    I oppose the death penalty as a punishment.

_____    I strongly oppose the death penalty as a punishment.

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the

defendant?          Yes _____          No __✓__

      If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you

that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

      Yes __✓__          No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the

death penalty?

      Yes _____          No __✓__

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors

convince you that life in prison without the possibility of release or parole is the appropriate

sentence, **could** you vote for it?

      Yes __✓__          No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in

prison without the possibility of release or parole, regardless of the facts and the aggravating

evidence?

      Yes _____          No __✓__

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

___✓___ I feel that the death penalty is applied unfairly against minorities.

_____ I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

___✓___ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No ___✓___

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No ___✓___

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No ___✓___

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No ___✓___

If yes, explain: _____

_____

_____

180

# QUESTIONNAIRE

1. Name: ▮▮▮▮▮▮▮▮▮

2. Date of Birth: ▮▮▮▮▮▮▮▮

3. Place of Birth: ▮▮▮▮▮▮▮▮

4. Current Address: ▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮

5. County: ▮▮▮▮▮▮▮

6. How long have you lived at this address?  6 yr

7. Do you rent or own your residence?       Rent _____        Own _✔__

8. Have you ever lived outside of Georgia?   Yes _____        No _✔__

9. What is your religious affiliation, if any? _____

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | _____ | Other | american |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____     Junior High/Middle School _____

High School ___✔___     Vocational/Trade School ___✔___

College (undergraduate) _____     Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?     Yes ___✔___          No _____

If yes, What is your occupation? __machinist_____

13. List other significant employment within the past five years: _____

_____

_____

_____

14. Marital Status:

Never Married _____     Married ___✔___     Divorced _____

Widowed _____     Separated _____

If married, number of years with current spouse: _____

Spouse's occupation: __industrial sales_____

15. Have you ever had, adopted, or raised any children?     Yes _____     No ___✔___

If yes, how many?          _____

What are their current ages?     _____

_____

3

16. Have you ever served in the military?        Yes _____        No _✓_

    If yes, what branch(s) and when: _____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

18. Have you ever served on a grand jury?        Yes _✓_        No _____

    If yes, when and where?    _Effingham County_____

    _____

    Federal or state?        Federal _____        State _✓_

19. Have you ever served on a trial jury?        Yes _✓_        No _____

    If yes, when and where?    _Effingham County_____

    _____

    Federal or state?        Federal _____        State _✓_

    Criminal or civil?        Criminal _✓_        Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _____          No __✔__

If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes __✔__          No _____

If yes, explain: Georgia Dept of Corrections, administration

CCI _____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____          No __✔__

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No __✔__

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

_____ Television          ✓ Radio          _____ Newspapers

_____ Internet          _____ Magazines          _____ Other

25. Have you heard or read anything about this case before today?

Yes _____          No ✓          Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

_____

_____

26. Has anyone ever talked to you about this case before today?   Yes _____   No ✓

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____          No ✓

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____          Yes, I definitely could.

_____          I probably could.

_____          Not sure.

_____          I probably could not.

_____          No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __✓__

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I strongly support the death penalty as a punishment.

__✓__    I support the death penalty as a punishment.

_____    I have no opinion about death penalty as a punishment.

_____    I oppose the death penalty as a punishment.

_____    I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?          Yes _____          No __✓__

If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

Yes __✓__          No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

Yes _____          No __✓__

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

Yes __✓__          No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

Yes _____          No __✓__

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

    _____    I feel strongly that the death penalty is applied unfairly against minorities.

    _____    I feel that the death penalty is applied unfairly against minorities.

    _____    I have no opinion whether the death penalty is applied unfairly against minorities.

    \_\_✔\_\_    I feel that the death penalty is applied fairly against minorities.

    _____    I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

    _____ Yes, it is a definitely a problem.

    _____ Yes, it is often a problem.

    _____ Yes, it is occasionally a problem.

    _____ Not sure if it is a problem.

    \_\_✔\_\_ No, it is usually not a problem.

    _____ No, it is rarely a problem.

    _____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No ✓_____

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No ✓_____

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No ✓_____

If yes, explain:_____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No ✓_____

If yes, explain:_____

_____

_____

10

ORIGINAL   183

# QUESTIONNAIRE

1. Name: ████████████████████

2. Date of Birth: ████████████████████

3. Place of Birth: ████████████████

4. Current Address: ████████████████

5. County: ████████████

6. How long have you lived at this address?  *19 yrs*

7. Do you rent or own your residence?    Rent _____    Own ✓

8. Have you ever lived outside of Georgia?    Yes ✓    No _____

9. What is your religious affiliation, if any?  *Luthern*

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | ✓ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | _____ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____          Junior High/Middle School _____

High School _____          Vocational/Trade School ✓_____

College (undergraduate) _____          Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?    Yes ✓_____          No _____

If yes, What is your occupation? _Trend ANALyst_____

13. List other significant employment within the past five years: _____

_____

_____

_____

14. Marital Status:

Never Married _____          Married ✓_____          Divorced _____

Widowed _____          Separated _____

If married, number of years with current spouse: _____

Spouse's occupation: _Mechanist_____

15. Have you ever had, adopted, or raised any children?    Yes ✓    No _____

If yes, how many? _3_____

What are their current ages? _30, 31, 33_____

_____

3

16. Have you ever served in the military?    Yes ✔    No _____

   If yes, what branch(s) and when: _Air NATIONAL GUARD_

   _1974 - Present_

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

   _Holy Spirit Lutheran Church (Hospitality)_

   _" Church Council Secretary_

   _____    _____

   _____    _____

   _____    _____

   _____    _____

   _____    _____

18. Have you ever served on a grand jury?    Yes _____    No ✔

   If yes, when and where?    _____

   _____

   Federal or state?    Federal _____    State _____

19. Have you ever served on a trial jury?    Yes ✔    No _____

   If yes, when and where?    _MARCH 2003    Chatham Co_

   _____

   Federal or state?    Federal _____    State ✔

   Criminal or civil?    Criminal ✔    Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes ✓           No _____

If yes, explain: _Rape    1971    (Myself)_____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____      No ✓

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes ✓           No _____

If yes, explain: _A member of My Neighborhood WATch___

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes ✓           No _____

If yes, explain: _My Brother for Possesion of Drugs_

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

_____✓_ Television        _____✓ Radio          _____✓ Newspapers

_____✓_ Internet          _____ Magazines     _____ Other

25. Have you heard or read anything about this case before today?

Yes _____          No _____✓          Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

_____

_____

26. Has anyone ever talked to you about this case before today?    Yes _____    No _____✓

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____          No _____✓

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____          Yes, I definitely could.

_____          I probably could.

_____          Not sure.

_____          I probably could not.

_____          No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __✓__

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____   I strongly support the death penalty as a punishment.

_____   I support the death penalty as a punishment.

__✓__   I have no opinion about death penalty as a punishment.

_____   I oppose the death penalty as a punishment.

_____   I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?        Yes _____        No __✓__

    If yes, explain: _____

    _____

    _____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

    Yes __✓__        No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

    Yes _____        No __✓__

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

    Yes __✓__        No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

    Yes _____        No __✓__

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

✓ I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

✓ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No ___✓___

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No ___✓___

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No ___✓___

If yes, explain:_____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No ___✓___

If yes, explain:_____

_____

_____

10

184

# QUESTIONNAIRE

1. Name: ████████████

2. Date of Birth: ████████████

3. Place of Birth: ████████████

4. Current Address: ████████████

████████████

5. County: ████████████

6. How long have you lived at this address? ___6 yrs.___

7. Do you rent or own your residence?    Rent _____    Own __X__

8. Have you ever lived outside of Georgia?    Yes __X__    No _____

9. What is your religious affiliation, if any? _____

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | __X__ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | _____ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School    _____    Junior High/Middle School    _____

High School    __X__    Vocational/Trade School    _____

College (undergraduate)    _____    Graduate/Professional School    _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?    Yes __X__    No _____

If yes, What is your occupation? _Clerk Operator_____

13. List other significant employment within the past five years: _____

_Georgia Ports Authority_____

_____

_____

14. Marital Status:

Never Married _____    Married __X__    Divorced _____

Widowed _____    Separated _____

If married, number of years with current spouse: _____6 yRS_____

Spouse's occupation: _Computer Sales_____

15. Have you ever had, adopted, or raised any children?    Yes __X__    No _____

If yes, how many?    _4/_____

What are their current ages?    _15, 12, 5, 2_____

_____

3

16. Have you ever served in the military?        Yes __X__        No _____

    If yes, what branch(s) and when: _Army ; Aug. 89 to June 94_

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

    _Southside YMCA_____     _____

    _Bethlehem Baptist Church___    _____

    _____     _____

    _____     _____

    _____     _____

    _____     _____

18. Have you ever served on a grand jury?        Yes _____        No __X__

    If yes, when and where?        _____

                                    _____

    Federal or state?        Federal _____        State _____

19. Have you ever served on a trial jury?        Yes __X__        No _____

    If yes, when and where?        _Last year ; Chatham Co.___

    Federal or state?        Federal _____        State _____

    Criminal or civil?        Criminal __X__        Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _____         No _X_

If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____         No _X_

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____         No _X_

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____         No _X_

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

___X___ Television          ___X___ Radio          ___X___ Newspapers

___X___ Internet          ___X___ Magazines          _____ Other

25. Have you heard or read anything about this case before today?

Yes _____          No __X__          Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

_____

_____

26. Has anyone ever talked to you about this case before today?   Yes _____    No __X__

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____          No __X__

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____          Yes, I definitely could.

_____          I probably could.

_____          Not sure.

_____          I probably could not.

_____          No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __X__

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes __X__          No _____

If yes, explain: _I don't think that its Right to take anyones life._

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____     I strongly support the death penalty as a punishment.

_____     I support the death penalty as a punishment.

_____     I have no opinion about death penalty as a punishment.

_____     I oppose the death penalty as a punishment.

__X__     I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?     Yes _X_     No _____

If yes, explain: _I'm not for the death penalty_

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

Yes _____          No _X_

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

Yes _____          No _X_

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

Yes _X_          No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

Yes _X_          No _____

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I feel strongly that the death penalty is applied unfairly against minorities.

_____    I feel that the death penalty is applied unfairly against minorities.

_____    I have no opinion whether the death penalty is applied unfairly against minorities.

\_\_X\_\_    I feel that the death penalty is applied fairly against minorities.

_____    I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

\_\_X\_\_ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No __X__

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No __X__

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __X__

If yes, explain:_____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __X__

If yes, explain:_____

_____

_____

10