*105*

ORIGINAL

# QUESTIONNAIRE

1. Name: _____

2. Date of Birth: _____

3. Place of Birth: _____

4. Current Address: _____

_____

5. County: _____

6. How long have you lived at this address? *5 years*

7. Do you rent or own your residence?    Rent _X_    Own _____

8. Have you ever lived outside of Georgia?    Yes _X_    No _____

9. What is your religious affiliation, if any? *Catholic*

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | ✓ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | _____ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____    Junior High/Middle School _____

High School _____    Vocational/Trade School _____

College (undergraduate) __ᴸ__    Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

___Biology_____

12. Are you currently employed?    Yes _X_    No _____

If yes, What is your occupation? ___Supervisor_____

13. List other significant employment within the past five years: _____

_____

_____

_____

14. Marital Status:

Never Married _____    Married _____    Divorced __ᴸ__

Widowed _____    Separated _____

If married, number of years with current spouse: _____

Spouse's occupation: _____

15. Have you ever had, adopted, or raised any children?    Yes _✓_    No _____

If yes, how many? ____2_____

What are their current ages? ___20 22, 23_____

_____

3

16. Have you ever served in the military?          Yes _____          No __X__

    If yes, what branch(s) and when: _____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

    March of Dimes _____          Department Leader

    _____          _____

    _____          _____

    _____          _____

    _____          _____

    _____          _____

18. Have you ever served on a grand jury?          Yes _____          No __X__

    If yes, when and where?          _____

                                _____

    Federal or state?          Federal _____          State _____

19. Have you ever served on a trial jury?          Yes _____          No _____

    If yes, when and where?          _____

                                _____

    Federal or state?          Federal _____          State __X__

    Criminal or civil?          Criminal _____          Civil __X__

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _X_          No _____

If yes, explain: _My purse was stolen._

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _✓_          No _____

If yes, explain: _First Cousin is a Detective with_

_the City of Savannah._

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____          No _X_

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _X_          No _____

If yes, explain: _My oldest son was convicted of_

_Assault. 5 yrs (3 he server, 2 probation)_

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

_____ Television        _____ Radio        _____ Newspapers

__✓__ Internet        _____ Magazines        _____ Other

25. Have you heard or read anything about this case before today?

Yes _____        No __✓__        Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

_____

_____

26. Has anyone ever talked to you about this case before today?   Yes _____   No __✓__

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____        No __✓__

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____        Yes, I definitely could.

_____        I probably could.

_____        Not sure.

_____        I probably could not.

_____        No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __✓__

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

__✓__          I strongly support the death penalty as a punishment.

_____          I support the death penalty as a punishment.

_____          I have no opinion about death penalty as a punishment.

_____          I oppose the death penalty as a punishment.

_____          I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the

defendant?          Yes _____          No __✓__

    If yes, explain: _____

    _____

    _____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you

that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

    Yes __✓__          No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the

death penalty?

    Yes _____          No __✓__

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors

convince you that life in prison without the possibility of release or parole is the appropriate

sentence, **could** you vote for it?

    Yes __✓__          No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in

prison without the possibility of release or parole, regardless of the facts and the aggravating

evidence?

    Yes _____          No __✓__

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

_____ I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

___✓___ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

___✓___ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

10

Juror-186

# ORIGINAL

## QUESTIONNAIRE

1. Name: ████████████████

2. Date of Birth: ████████████████

3. Place of Birth: ████████████████

4. Current Address: ████████████████

5. County: ████████████████

6. How long have you lived at this address?   _31 years_

7. Do you rent or own your residence?        Rent _____        Own __✓__

8. Have you ever lived outside of Georgia?    Yes _____        No __✓__

9. What is your religious affiliation, if any? _Christian_

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | __✓__ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | _____ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School    _____        Junior High/Middle School    _____

High School    ✓        Vocational/Trade School    _____

College (undergraduate)    _____        Graduate/Professional School    _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?    Yes _____        No ✓

If yes, What is your occupation? _____

13. List other significant employment within the past five years: _____

_____

_____

_____

14. Marital Status:

Never Married _____        Married ✓        Divorced _____

Widowed _____        Separated _____

If married, number of years with current spouse: **33 years**

Spouse's occupation: *Diamond Crystal Production line*

15. Have you ever had, adopted, or raised any children?    Yes _____    No ✓

If yes, how many? _____

What are their current ages? _____

_____

3

16. Have you ever served in the military?        Yes _____        No __✓__

   If yes, what branch(s) and when: _____

   _____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

Volunteer Chaplin at _____ Candler Hospital
Ass. minister at _____ Friendship B.C.
Ministry at Youth Detention in Sav'h
Street ministry _____

_____   _____

_____   _____

_____   _____

18. Have you ever served on a grand jury?        Yes _____        No __✓__

   If yes, when and where?        _____

   _____

   Federal or state?        Federal _____        State __✓__

19. Have you ever served on a trial jury?        Yes __✓__        No _____

   If yes, when and where?        Sav'h in the early 80s

   _____

   Federal or state?        Federal _____        State __✓__

   Criminal or civil?        Criminal __✓__        Civil __✓__

4

20. Have you or any member of your family ever been the victim of a crime?

Yes ✓          No _____

If yes, explain: _brother was killed in New York_
_by a robber in 1984, Sister was abducted_
_my house was broken into in the early 70's_

21. Have you, or any member of your family ever been employed in law enforcement?

Yes ✓          No _____

If yes, explain: _my nephew is a dupty sheriff_
_in Tampa Fla._
_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes ✓          No _____

If yes, explain: _watch out for our neibhors and_
_I saw a neibhors house robbed and called_
_The police_

23. Have you or any member of your family ever been convicted of a felony?

Yes ✓          No _____

If yes, explain: _my daughter for theif_
_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

    ___✓___ Television    _____ Radio    _____ Newspapers

    _____ Internet    _____ Magazines    _____ Other

25. Have you heard or read anything about this case before today?

    Yes ___✓___    No _____    Not Sure _____

    If yes or not sure, please state what you have heard or read and the source(s):

    *I heard about the death and crime when it happened*

26. Has anyone ever talked to you about this case before today?    Yes _____    No ___✓___

    If yes, please state the person(s) you talked to and the nature of your conversation(s):

    _____

    _____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

    Yes _____    No ___✓___

    If yes, what is your opinion? _____

    If yes, could you set that opinion aside and return a verdict based only on the evidence

    presented at trial? (select one)

    ___✓___    Yes, I definitely could.

    _____    I probably could.

    _____    Not sure.

    _____    I probably could not.

    _____    No, I definitely could not.

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No _✓_____

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _✓_____          No _____

If yes, explain: _I'm a christian and Exodus 20 tells us according God thou shall not kill._

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I strongly support the death penalty as a punishment.

_____    I support the death penalty as a punishment.

_____    I have no opinion about death penalty as a punishment.

_____    I oppose the death penalty as a punishment.

_✓____    I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?          Yes _____          No __✓__

  If yes, explain: We are all guilty of something so murder but are walking free

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

  Yes _____          No __✓__

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

  Yes _____          No __✓__

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

  Yes __✓__          No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

  Yes __✓__          No _____

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

✓       I feel strongly that the death penalty is applied unfairly against minorities.

_____     I feel that the death penalty is applied unfairly against minorities.

_____     I have no opinion whether the death penalty is applied unfairly against minorities.

_____     I feel that the death penalty is applied fairly against minorities.

_____     I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

✓     Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____        No ✓_____

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____        No ✓_____

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____        No ✓_____

If yes, explain:_____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____        No ✓_____

If yes, explain:_____

_____

_____

187

# QUESTIONNAIRE

1. Name: ▓▓▓▓▓▓▓▓▓▓▓▓

2. Date of Birth: ▓▓▓▓▓▓▓▓▓▓▓▓

3. Place of Birth: ▓▓▓▓▓▓▓▓▓▓▓▓

4. Current Address: ▓▓▓▓▓▓▓▓▓▓▓▓

5. County: ▓▓▓▓▓▓▓▓

6. How long have you lived at this address?    8 YEARS

7. Do you rent or own your residence?    Rent _____    Own __X__ (BY PARENTS)

8. Have you ever lived outside of Georgia?    Yes __X__    No _____

9. What is your religious affiliation, if any?    Baptist

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | __X__ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____       Junior High/Middle School _____

High School __X__                    Vocational/Trade School _____

College (undergraduate) _____       Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?   Yes __X__          No _____

If yes, What is your occupation? _Assistant Manager (Rutland Tire; Wheel)_

13. List other significant employment within the past five years: _I have always worked for my family business, but have only been in a management position for the last two years._

14. Marital Status:

Never Married __X__      Married _____      Divorced _____

Widowed _____          Separated _____

If married, number of years with current spouse: _____

Spouse's occupation: _____

15. Have you ever had, adopted, or raised any children?   Yes _____   No __X__

If yes, how many?          _____

What are their current ages?   _____

_____

3

16. Have you ever served in the military?          Yes _____          No _X_

    If yes, what branch(s) and when: _____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

    Recreation Soccer          _____

    Recreation Softball         _____

    Recreation Basketball     _____

    _____     _____

    _____     _____

    _____     _____

18. Have you ever served on a grand jury?          Yes _____          No _X_

    If yes, when and where? _____

    _____

    Federal or state?          Federal _____          State _____

19. Have you ever served on a trial jury?          Yes _____          No _X_

    If yes, when and where? _____

    _____

    Federal or state?          Federal _____          State _____

    Criminal or civil?          Criminal _____          Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes __X__        No _____

If yes, explain: __Business and Resedential robberies__

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____        No __X__

If yes, explain: _____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____        No __X__

If yes, explain: _____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____        No __X__

If yes, explain: _____

5

24. What is/are your primary source(s) of news? (select all that apply)

     __X__ Television       __X__ Radio       _____ Newspapers

     _____ Internet       _____ Magazines       _____ Other

25. Have you heard or read anything about this case before today?

     Yes _____       No __X__       Not Sure _____

     If yes or not sure, please state what you have heard or read and the source(s):

     _____

     _____

26. Has anyone ever talked to you about this case before today?   Yes _____       No __X__

     If yes, please state the person(s) you talked to and the nature of your conversation(s):

     _____

     _____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

     Yes _____       No __X__

     If yes, what is your opinion? _____

     If yes, could you set that opinion aside and return a verdict based only on the evidence

     presented at trial? (select one)

       _____     Yes, I definitely could.

       _____     I probably could.

       _____     Not sure.

       _____     I probably could not.

       _____     No, I definitely could not.

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes __X__                    No _____

If yes, please explain: _Major Johnica Wilcher is a close personal friend to members of my family i.e. aunt & GRANDFATHER_

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____                    No __X__

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I strongly support the death penalty as a punishment.

__X__    I support the death penalty as a punishment.

_____    I have no opinion about death penalty as a punishment.

_____    I oppose the death penalty as a punishment.

_____    I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the

defendant?                Yes _____          No __X__

    If yes, explain: _____

    _____

    _____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you

that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

        Yes __X__                    No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the

death penalty?

        Yes _____                    No __X__

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors

convince you that life in prison without the possibility of release or parole is the appropriate

sentence, **could** you vote for it?

        Yes __X__                    No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in

prison without the possibility of release or parole, regardless of the facts and the aggravating

evidence?

        Yes _____                    No __X__

188

# QUESTIONNAIRE

1. Name: █████████████

2. Date of Birth: █████████████

3. Place of Birth: █████████████

4. Current Address: █████████████

████████████████

5. County: █████████████

6. How long have you lived at this address?  *1 ½ yrs*

7. Do you rent or own your residence?     Rent _____     Own ✓

8. Have you ever lived outside of Georgia?   Yes ✓     No _____

9. What is your religious affiliation, if any?  *BABTIST*

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | ✓ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____   Junior High/Middle School _____

High School ✓   Vocational/Trade School _____

College (undergraduate) _____   Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?   Yes ✓   No _____

If yes, What is your occupation? *FIELD ENGINEER FOR TRITON PCS*

13. List other significant employment within the past five years: *US NAVY*

_____

_____

_____

14. Marital Status:

Never Married _____   Married ✓   Divorced _____

Widowed _____   Separated _____

If married, number of years with current spouse: *6*

Spouse's occupation: *BAR MANAGER*

15. Have you ever had, adopted, or raised any children?   Yes ✓   No _____

If yes, how many?   *3*

What are their current ages? *16, 9, 4*

_____

3

16. Have you ever served in the military?   Yes ✓   No _____

   If yes, what branch(s) and when: _US NAVY_   _9/89 - 9/99_ _____

17. List any organization(s), if any, to which you belong or in which you participate (including church, religious, fraternal, social, recreational, service, business, political, union) and any offices you have held in the organization:

   NRA _____   _____

   SADA _____   A DIVISION REP _____

   _____   _____

   _____   _____

   _____   _____

   _____   _____

   _____   _____

18. Have you ever served on a grand jury?   Yes _____   No ✓

   If yes, when and where?   _____

   _____

   Federal or state?   Federal _____   State _____

19. Have you ever served on a trial jury?   Yes _____   No ✓

   If yes, when and where?   _____

   _____

   Federal or state?   Federal _____   State _____

   Criminal or civil?   Criminal _____   Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes __✓__          No _____

If yes, explain: _House Robbery , Car Theft_

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No __✓__

If yes, explain: _____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____          No __✓__

If yes, explain: _____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No __✓__

If yes, explain: _____

5

24. What is/are your primary source(s) of news? (select all that apply)

✓ Television        ✓ Radio        ✓ Newspapers

_____ Internet        _____ Magazines        _____ Other

25. Have you heard or read anything about this case before today?

Yes _____        No _____        Not Sure ✓

If yes or not sure, please state what you have heard or read and the source(s):

REMBER HEARING ABOUT THE CRIME, BUT DON'T REMBER ANYTHING ABOUT IT.

26. Has anyone ever talked to you about this case before today?    Yes _____    No ✓

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____        No ✓

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence presented at trial? (select one)

_____        Yes, I definitely could.

_____        I probably could.

_____        Not sure.

_____        I probably could not.

_____        No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No ✓

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No ✓

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____✓_____      I strongly support the death penalty as a punishment.

_____       I support the death penalty as a punishment.

_____       I have no opinion about death penalty as a punishment.

_____       I oppose the death penalty as a punishment.

_____       I strongly oppose the death penalty as a punishment.

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the

defendant?           Yes _____           No ✓

   If yes, explain: _____

   _____

   _____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you

that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

           Yes ✓                   No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the

death penalty?

           Yes _____                   No ✓

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors

convince you that life in prison without the possibility of release or parole is the appropriate

sentence, **could** you vote for it?

           Yes ✓                   No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in

prison without the possibility of release or parole, regardless of the facts and the aggravating

evidence?

           Yes _____                   No ✓

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

_____ I have no opinion whether the death penalty is applied unfairly against minorities.

___✓___ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

___✓___ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No _✓___

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No _✓___

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No _✓___

If yes, explain:_____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No _✓___

If yes, explain:_____

_____

_____

10

# QUESTIONNAIRE

1. Name: ██████████████████

2. Date of Birth: ████████████

3. Place of Birth: ██████████████

4. Current Address: ████████████████

   ██████████████████

5. County: ████████████

6. How long have you lived at this address? ___7 yrs._____

7. Do you rent or own your residence?    Rent _____    Own ✓___

8. Have you ever lived outside of Georgia?  Yes _____    No ✓___

9. What is your religious affiliation, if any? _Southern Baptist_____

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | ✓ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____     Junior High/Middle School _____

High School _____     Vocational/Trade School __✓__

College (undergraduate) _____     Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?    Yes __✓__          No _____

If yes, What is your occupation? _Machine Tech._____

13. List other significant employment within the past five years: _____

_____

_____

_____

14. Marital Status:

Never Married _____     Married __✓__     Divorced _____

Widowed _____     Separated _____

If married, number of years with current spouse: ____ _17 yrs._____

Spouse's occupation: _Bookkeeping - Citizens Bank____

15. Have you ever had, adopted, or raised any children?    Yes __✓__    No _____

If yes, how many?     _2_____

What are their current ages?  _9 + 15_____

_____

3

16. Have you ever served in the military?        Yes _____        No _✓_

If yes, what branch(s) and when: _____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including church, religious, fraternal, social, recreational, service, business, political, union) and any offices you have held in the organization:

South EFFingham Community Church

18. Have you ever served on a grand jury?        Yes _____        No _✓_

If yes, when and where?        _____

_____

Federal or state?        Federal _____        State _____

19. Have you ever served on a trial jury?        Yes _✓_        No _____

If yes, when and where?        2003 - Springfield GA.

_____

Federal or state?        Federal _____        State _✓_

Criminal or civil?        Criminal _✓_        Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _____        No __✓__

If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____        No __✓__

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____        No __✓__

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____        No __✓__

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

    ✓    Television     _____ Radio     _____ Newspapers

    _____ Internet     _____ Magazines     _____ Other

25. Have you heard or read anything about this case before today?

    Yes _____     No ✓     Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

_____

_____

26. Has anyone ever talked to you about this case before today?   Yes _____   No ✓

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

    Yes _____     No ✓

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

    _____     Yes, I definitely could.

    _____     I probably could.

    _____     Not sure.

    _____     I probably could not.

    _____     No, I definitely could not.

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____            No __✓__

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____            No __✓__

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

__✓__        I strongly support the death penalty as a punishment.

_____      I support the death penalty as a punishment.

_____      I have no opinion about death penalty as a punishment.

_____      I oppose the death penalty as a punishment.

_____      I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the

defendant?          Yes _____          No __✓__

    If yes, explain: _____

    _____

    _____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you

that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

        Yes __✓__          No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the

death penalty?

        Yes _____          No __✓__

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors

convince you that life in prison without the possibility of release or parole is the appropriate

sentence, **could** you vote for it?

        Yes __✓__          No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in

prison without the possibility of release or parole, regardless of the facts and the aggravating

evidence?

        Yes _____          No __✓__

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

_____ I have no opinion whether the death penalty is applied unfairly against minorities.

___✓___ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

___✓___ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____


39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____


40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain: _____

_____

_____


41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

10

## QUESTIONNAIRE

1. Name: ██████████████

2. Date of Birth: ████████████

3. Place of Birth: ██████████████

4. Current Address: ██████████████

   ██████████████

5. County: ██████████████

6. How long have you lived at this address?   *23 yRS*

7. Do you rent or own your residence?       Rent _____       Own _✓_

8. Have you ever lived outside of Georgia?   Yes _✓_       No _____

9. What is your religious affiliation, if any?   *Pentercostal*

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | _✓_ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____        Junior High/Middle School _____

High School _____✓_____                Vocational/Trade School _____

College (undergraduate) _____        Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?    Yes _____        No _____✓_____

If yes, What is your occupation? _____

13. List other significant employment within the past five years: _____

_____

_____

_____

14. Marital Status:

Never Married _____     Married _____✓_____     Divorced _____

Widowed _____          Separated _____

If married, number of years with current spouse: ___*52*___

Spouse's occupation: ___*Retired Police officer*___

15. Have you ever had, adopted, or raised any children?    Yes ✓    No _____

If yes, how many?        ___*3*___

What are their current ages?    ___*48 - 49 - 51*___

_____

3

16. Have you ever served in the military?         Yes _____    No ✓

    If yes, what branch(s) and when: _____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including church, religious, fraternal, social, recreational, service, business, political, union) and any offices you have held in the organization:

Ladies ministry _____    _____

Prime timers _____    _____

_____    _____

_____    _____

_____    _____

_____    _____

18. Have you ever served on a grand jury?         Yes _____    No ✓

    If yes, when and where?         _____

    _____

    Federal or state?         Federal _____    State _____

19. Have you ever served on a trial jury?         Yes ✓    No _____

    If yes, when and where?    Chatham County _____

    about 20 yrs ago _____

    Federal or state?         Federal _____    State _____

    Criminal or civil?         Criminal _____    Civil ✓

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _____        No __✓__

If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes __✓__        No _____

If yes, explain: *Husband – Police officer 27½ - Retired*

*daughter – 25 yrs Police dept.*

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes __✓__        No _____

If yes, explain: _____

*Police Wives Club* _____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____        No __✓__

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

      ✔ Television      ✔ Radio      ✔ Newspapers

      ✔ Internet      _____ Magazines      _____ Other

25. Have you heard or read anything about this case before today?

    Yes ✔      No _____      Not Sure _____

    If yes or not sure, please state what you have heard or read and the source(s):

    *Radio news* _____

    _____

26. Has anyone ever talked to you about this case before today?   Yes _____   No ✔

    If yes, please state the person(s) you talked to and the nature of your conversation(s):

    _____

    _____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

    Yes _____      No ✔

    If yes, what is your opinion? _____

    If yes, could you set that opinion aside and return a verdict based only on the evidence

    presented at trial? (select one)

    _____    Yes, I definitely could.

    _____    I probably could.

    _____    Not sure.

    _____    I probably could not.

    _____    No, I definitely could not.

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __✓____

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes __✓____          No _____

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I strongly support the death penalty as a punishment.

_____ I support the death penalty as a punishment.

_____ I have no opinion about death penalty as a punishment.

__✓____ I oppose the death penalty as a punishment.

_____ I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?         Yes _____         No ✓_____

    If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

        Yes _____         No ✓_____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

        Yes _____         No ✓_____

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

        Yes ✓_____         No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

        Yes ✓_____         No _____

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I feel strongly that the death penalty is applied unfairly against minorities.

_____    I feel that the death penalty is applied unfairly against minorities.

___✓___    I have no opinion whether the death penalty is applied unfairly against minorities.

_____    I feel that the death penalty is applied fairly against minorities.

_____    I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

___✓___ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No ✓\_\_\_\_\_

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No ✓\_\_\_\_\_

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death penalty or life imprisonment without the possibility of release or parole?

Yes _____          No ✓\_\_\_\_\_

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death penalty or life imprisonment without the possibility of release or parole?

Yes _____          No ✓\_\_\_\_\_

If yes, explain: _____

_____

_____

10