## QUESTIONNAIRE

1. Name: ███████████████████████

2. Date of Birth: ███████████████

3. Place of Birth: ██████████████

4. Current Address: ████████████████

5. County: ████████████

6. How long have you lived at this address?   22 years

7. Do you rent or own your residence?   Rent _____   Own __✓__

8. Have you ever lived outside of Georgia?   Yes __✓__   No _____

9. What is your religious affiliation, if any?   Presbyterian

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | __✓__ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School    _____        Junior High/Middle School    _____

High School    _____        Vocational/Trade School    _____

College (undergraduate)    _____        Graduate/Professional School    ✓

If college or graduate/professional school, you major(s) or area(s) of study?

_Education / Counseling_

12. Are you currently employed?    Yes ✓        No _____

If yes, What is your occupation?    _Travel Consultant_

13. List other significant employment within the past five years:    _N/A_

_____

_____

_____

14. Marital Status:

Never Married _____        Married ✓        Divorced _____

Widowed _____        Separated _____

If married, number of years with current spouse:    _22 yrs._

Spouse's occupation:    _Veterinarian_

15. Have you ever had, adopted, or raised any children?    Yes _____    No ✓

If yes, how many?    _____

What are their current ages?    _____

_____

3

16. Have you ever served in the military?          Yes _____          No __✔__

    If yes, what branch(s) and when: _____

    _____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

18. Have you ever served on a grand jury?          Yes _____          No __✔__

    If yes, when and where?          _____

        _____

    Federal or state?          Federal _____          State _____

19. Have you ever served on a trial jury?          Yes _____          No __✔__

    If yes, when and where?          _____

        _____

    Federal or state?          Federal _____          State _____

    Criminal or civil?          Criminal _____          Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _✓_        No _____

If yes, explain: _Burglarized twice._

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____        No _✓_

If yes, explain: _____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____        No _✓_

If yes, explain: _____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____        No _✓_

If yes, explain: _____

24. What is/are your primary source(s) of news? (select all that apply)

   ✔ Television       _____ Radio       ✔ Newspapers

   _____ Internet       _____ Magazines       _____ Other

25. Have you heard or read anything about this case before today?

   Yes ✔       No _____       Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

Don't recall what!    - Newspaper / TV

26. Has anyone ever talked to you about this case before today?   Yes ?      No _____

If yes, please state the person(s) you talked to and the nature of your conversation(s):

Probably —don't recall

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

   Yes _____       No ✔

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence presented at trial? (select one)

   _____ Yes, I definitely could.

   _____ I probably could.

   _____ Not sure.

   _____ I probably could not.

   _____ No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes ✓                    No _____

If yes, please explain: ___ Keith Moran _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____              No ✓

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

___✓___  I strongly support the death penalty as a punishment.

_____   I support the death penalty as a punishment.

_____   I have no opinion about death penalty as a punishment.

_____   I oppose the death penalty as a punishment.

_____   I strongly oppose the death penalty as a punishment.

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?          Yes _____          No __✔️__

If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

Yes __✔️__                    No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

Yes __✔️__                    No _____

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

Yes __✔️__                    No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

Yes _____                    No __✔️__

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

    _____ I feel strongly that the death penalty is applied unfairly against minorities.

    _____ I feel that the death penalty is applied unfairly against minorities.

    _____ I have no opinion whether the death penalty is applied unfairly against minorities.

    \_\_✓\_\_ I feel that the death penalty is applied fairly against minorities.

    _____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

    _____ Yes, it is a definitely a problem.

    _____ Yes, it is often a problem.

    _____ Yes, it is occasionally a problem.

    _____ Not sure if it is a problem.

    \_\_✓\_\_ No, it is usually not a problem.

    _____ No, it is rarely a problem.

    _____ No, it is not a problem at all.

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____        No __✓___

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____        No __✓___

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____        No __✓___

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____        No __✓___

If yes, explain: _____

_____

_____

ORIGINAL

193

# QUESTIONNAIRE

1. Name: ██████████████████

2. Date of Birth: ██████████████████

3. Place of Birth: ██████████████████

4. Current Address: ██████████████████

5. County: ██████████████████

6. How long have you lived at this address? __4 years__

7. Do you rent or own your residence?    Rent _____    Own _X_

8. Have you ever lived outside of Georgia?    Yes _____    No _X_

9. What is your religious affiliation, if any? __—__

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | _X_ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____       Junior High/Middle School _____

High School _____       Vocational/Trade School _____

College (undergraduate) __X__       Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____ Business _____

12. Are you currently employed?    Yes __X__       No _____

If yes, What is your occupation? Owner Allstate Insurance Agency/ Aussie pet mobile

13. List other significant employment within the past five years: _____

_____

_____

_____

14. Marital Status:

Never Married _____       Married __X__       Divorced _____

Widowed _____       Separated _____

If married, number of years with current spouse: __19_____

Spouse's occupation: ____Professor Armstrong Atlantic____

15. Have you ever had, adopted, or raised any children?    Yes __X__    No _____

If yes, how many?       __1_____

What are their current ages? __15_____

_____

3

16. Have you ever served in the military?          Yes \_\_\_\_\_          No **X**

    If yes, what branch(s) and when: _____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including church, religious, fraternal, social, recreational, service, business, political, union) and any offices you have held in the organization:

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

18. Have you ever served on a grand jury?          Yes \_\_\_\_\_          No **X**

    If yes, when and where?          _____

    _____

    Federal or state?          Federal \_\_\_\_\_          State \_\_\_\_\_

19. Have you ever served on a trial jury?          Yes **X**          No \_\_\_\_\_

    If yes, when and where?          Savannah, GA          5 years ago

    _____

    Federal or state?          Federal \_\_\_\_\_          State **X**

    Criminal or civil?          Criminal \_\_\_\_\_          Civil **X**

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _____          No __X__

If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No __X__

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____          No __X__

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No __X__  .

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

    __X__ Television    __X__ Radio    __X__ Newspapers

    __X__ Internet    __X__ Magazines    _____ Other

25. Have you heard or read anything about this case before today?

Yes __X__    No _____    Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

_____Read in Savannah Morning News when_____

_____crime occured_____

26. Has anyone ever talked to you about this case before today?    Yes _____    No __X__

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____    No __X__

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

    _____    Yes, I definitely could.

    _____    I probably could.

    _____    Not sure.

    _____    I probably could not.

    _____    No, I definitely could not.

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __X__

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No __X__

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I strongly support the death penalty as a punishment.

__X__    I support the death penalty as a punishment.

_____    I have no opinion about death penalty as a punishment.

_____    I oppose the death penalty as a punishment.

_____    I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?        Yes _____        No _X_

If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

Yes _X_        No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

Yes _____        No _X_

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

Yes _X_        No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

Yes _____        No _X_

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

     \_\_\_\_\_     I feel strongly that the death penalty is applied unfairly against minorities.

     \_\_\_\_\_     I feel that the death penalty is applied unfairly against minorities.

     \_\_\_\_\_     I have no opinion whether the death penalty is applied unfairly against minorities.

     \_X\_     I feel that the death penalty is applied fairly against minorities.

     \_\_\_\_\_     I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

     \_\_\_\_\_ Yes, it is a definitely a problem.

     \_\_\_\_\_ Yes, it is often a problem.

     \_\_\_\_\_ Yes, it is occasionally a problem.

     \_\_\_\_\_ Not sure if it is a problem.

     \_X\_ No, it is usually not a problem.

     \_\_\_\_\_ No, it is rarely a problem.

     \_\_\_\_\_ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

    Yes _____        No __X__

    If yes, explain: _____

    _____

    _____

39. Would the **race of the victim** affect your opinion as to guilt?

    Yes _____        No __X__

    If yes, explain: _____

    _____

    _____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death penalty or life imprisonment without the possibility of release or parole?

    Yes _____        No __X__

    If yes, explain: _____

    _____

    _____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death penalty or life imprisonment without the possibility of release or parole?

    Yes _____        No __X__

    If yes, explain: _____

    _____

    _____

10

*195*

# QUESTIONNAIRE

1. Name: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

2. Date of Birth: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓

3. Place of Birth: ▓▓▓▓▓▓▓▓▓▓▓▓▓

4. Current Address: ▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

5. County: ▓▓▓▓▓▓▓▓▓▓▓▓

6. How long have you lived at this address? _20 years_

7. Do you rent or own your residence?    Rent _____    Own _✓_

8. Have you ever lived outside of Georgia?    Yes _✓_    No _____

9. What is your religious affiliation, if any? _Christian_

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | _✓_ | Other | _____ |

2

/95

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____     Junior High/Middle School _____

High School _____     Vocational/Trade School _____

College (undergraduate) *2yrs.*     Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

*Home Economics*

12. Are you currently employed?    Yes ✓    No _____

If yes, What is your occupation? *Retail Clerk*

13. List other significant employment within the past five years: _____

14. Marital Status:

Never Married _____     Married _____     Divorced _____

Widowed ✓     Separated _____

If married, number of years with current spouse: _____

Spouse's occupation: _____

15. Have you ever had, adopted, or raised any children?    Yes ✓    No _____

If yes, how many? *Five*

What are their current ages? *38, 32, 29, 28, 13 yrs*

3

*195*

16. Have you ever served in the military?          Yes _____          No __✓__

    If yes, what branch(s) and when: _____

    _____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

First Presbyterian _____          _____

Chatham Club _____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

18. Have you ever served on a grand jury?          Yes _____          No __✓__

    If yes, when and where?          _____

    _____

    Federal or state?          Federal _____          State _____

19. Have you ever served on a trial jury?          Yes __✓__          No _____

    If yes, when and where?          *1990? as an Alternate Juror in this court on a Drug Case.*

    Federal or state?          Federal __✓__          State _____

    Criminal or civil?          Criminal _____          Civil _____

4

*195*

20. Have you or any member of your family ever been the victim of a crime?

Yes _✓_          No _____

If yes, explain: _I've been robbed at gun point in my home by an intruder and my adult son has been robbed at gun point in my front yard._

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No _✓_

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _✓_          No _____

If yes, explain: _My mother bought tickets from police assoc. in the past._

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No _✓_

If yes, explain: _____

_____

_____

5

*195*

24. What is/are your primary source(s) of news? (select all that apply)

_____✓ Television          _____ Radio          _____✓ Newspapers

_____ Internet             _____ Magazines       _____ Other

25. Have you heard or read anything about this case before today?

Yes __✓__          No _____          Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

Remember reading and hearing about this case after it happened.

26. Has anyone ever talked to you about this case before today?   Yes __✓__   No _____

If yes, please state the person(s) you talked to and the nature of your conversation(s):

Only discussing with co-workers at work.

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____          No __✓__

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____✓          Yes, I definitely could.

_____            I probably could.

_____            Not sure.

_____            I probably could not.

_____            No, I definitely could not.

6

/95

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __✓____

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No __✓____

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____     I strongly support the death penalty as a punishment.

__✓____    I support the death penalty as a punishment.

_____     I have no opinion about death penalty as a punishment.

_____     I oppose the death penalty as a punishment.

_____     I strongly oppose the death penalty as a punishment.

7

195

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?          Yes _____          No __✓__

If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

Yes __✓__          No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

Yes _____          No __✓__

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

Yes __✓__          No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

Yes _____          No __✓__

8

195

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

\_\_\_\_\_ I feel strongly that the death penalty is applied unfairly against minorities.

\_\_\_\_\_ I feel that the death penalty is applied unfairly against minorities.

\_✓\_ I have no opinion whether the death penalty is applied unfairly against minorities.

\_\_\_\_\_ I feel that the death penalty is applied fairly against minorities.

\_\_\_\_\_ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

\_\_\_\_\_ Yes, it is a definitely a problem.

\_✓\_ Yes, it is often a problem.

\_\_\_\_\_ Yes, it is occasionally a problem.

\_\_\_\_\_ Not sure if it is a problem.

\_\_\_\_\_ No, it is usually not a problem.

\_\_\_\_\_ No, it is rarely a problem.

\_\_\_\_\_ No, it is not a problem at all.

195

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No _√____

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No __√____

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __√____

If yes, explain:_____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No ___√___

If yes, explain:_____

_____

_____

10

196

ORIGINAL

## QUESTIONNAIRE

1. Name: ████████████████████

2. Date of Birth: ████████████████

3. Place of Birth: ████████████

4. Current Address: ████████████████

   ████████████████████

5. County: ████████████

6. How long have you lived at this address? _____ 9 Yrs. _____

7. Do you rent or own your residence?    Rent _____    Own ✓

8. Have you ever lived outside of Georgia?    Yes _____    No ✓

9. What is your religious affiliation, if any? Methodist _____

10. Which do you consider yourself to be: (select one)

    African American _____    Native American Indian _____

    Asian _____    Hispanic _____

    Caucasian (white) ✓    Other _____

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School    _____        Junior High/Middle School    _____

High School    _____        Vocational/Trade School    _____

College (undergraduate)  *2 yrs.*   Graduate/Professional School    _____

If college or graduate/professional school, you major(s) or area(s) of study?

*accounting*

12. Are you currently employed?    Yes  *✓*        No _____

If yes, What is your occupation? *Billing Manager*

13. List other significant employment within the past five years: _____

_____

_____

_____

14. Marital Status:

Never Married _____        Married  *✓*        Divorced _____

Widowed    _____        Separated _____

If married, number of years with current spouse: *9 yrs.*

Spouse's occupation: *Golf Course Superintendent*

15. Have you ever had, adopted, or raised any children?    Yes *✓*  No _____

If yes, how many?        *2*

What are their current ages?    *3 yrs + 5 yrs.*

3

16. Have you ever served in the military?    Yes _____    No _✓_

   If yes, what branch(s) and when: _____

   _____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

Cokesbury Methodist _____    Education Committee
Cokesbury _____    Pastor-Parish Relations Committee
Cokesbury _____    Sunday School teacher
Bible Baptist _____    my Children belong to AWANA

_____    _____

_____    _____

18. Have you ever served on a grand jury?    Yes _____    No _✓_

   If yes, when and where?    _____

   _____

   Federal or state?    Federal _____    State _____

19. Have you ever served on a trial jury?    Yes _____    No _✓_

   If yes, when and where?    _____

   _____

   Federal or state?    Federal _____    State _____

   Criminal or civil?    Criminal _____    Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _____          No _✓____

If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No _✓____

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____          No _✓____

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No _✓____

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

_____ Television   _✓_ Radio   _____ Newspapers

_____ Internet   _____ Magazines   _____ Other

25. Have you heard or read anything about this case before today?

Yes _____   No _✓_   Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

_____

_____

26. Has anyone ever talked to you about this case before today?   Yes _____   No _✓_

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____   No _✓_

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____   Yes, I definitely could.

_____   I probably could.

_____   Not sure.

_____   I probably could not.

_____   No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __✓__

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I strongly support the death penalty as a punishment.

__✓__    I support the death penalty as a punishment.

_____    I have no opinion about death penalty as a punishment.

_____    I oppose the death penalty as a punishment.

_____    I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the

defendant?            Yes _____        No __✓__

      If yes, explain: _____

      _____

      _____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you

that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

        Yes __✓__              No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the

death penalty?

        Yes __✓__              No _____

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors

convince you that life in prison without the possibility of release or parole is the appropriate

sentence, **could** you vote for it?

        Yes __✓__              No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in

prison without the possibility of release or parole, regardless of the facts and the aggravating

evidence?

        Yes _____              No __✓__

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I feel strongly that the death penalty is applied unfairly against minorities.

_____    I feel that the death penalty is applied unfairly against minorities.

___✓___    I have no opinion whether the death penalty is applied unfairly against minorities.

_____    I feel that the death penalty is applied fairly against minorities.

_____    I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

__✓__ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain:_____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain:_____

_____

_____

10

*198*

## QUESTIONNAIRE

1. Name: ████████████

2. Date of Birth: ████████████

3. Place of Birth: ████████████

4. Current Address: ████████████

5. County: ████████████

6. How long have you lived at this address?  21 years

7. Do you rent or own your residence?    Rent _____    Own ✔

8. Have you ever lived outside of Georgia?    Yes ✔    No _____

9. What is your religious affiliation, if any? Lutheran

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | ✔ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____     Junior High/Middle School _____

High School _____✓     Vocational/Trade School _____

College (undergraduate) _____     Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

2 yrs. College

12. Are you currently employed?   Yes ✓     No _____

If yes, What is your occupation? Chief Registrar Eff. Co. Work with the Voting Process.

13. List other significant employment within the past five years:

Same as above - 24 yrs.

14. Marital Status:

Never Married _____     Married _____✓     Divorced _____

Widowed _____     Separated _____

If married, number of years with current spouse: 34

Spouse's occupation: ReTired Tool maKer Gulf STream

15. Have you ever had, adopted, or raised any children?   Yes ✓   No _____

If yes, how many?   2

What are their current ages?   32 - Son
26 Daughter

16. Have you ever served in the military?         Yes _____         No __✓__

If yes, what branch(s) and when: _____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

SinginChoir _____

SocialismComm. _____

BreavermenTComm. _____

_____     _____

_____     _____

_____     _____

_____     _____

18. Have you ever served on a grand jury?         Yes __✓__         No _____

If yes, when and where?     In 1979, Eff. Co.

STaTe CourT

Federal or state?     Federal _____         State __✓__

19. Have you ever served on a trial jury?         Yes _____         No __✓__

If yes,  when and where?     _____

_____

Federal or state?     Federal _____         State _____

Criminal or civil?     Criminal _____         Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes __✓__          No _____

If yes, explain: _My mother was stolen from 17 times in 24 yrs. My Brother~-JNLAW (2) several times._

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes __✓__          No _____

If yes, explain: _Neighborhood Watch Be aware of any strange activity or person's in neighborhood_

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

24. What is/are your primary source(s) of news? (select all that apply)

    ✓ Television    ✓ Radio    _____ Newspapers

    ✓ Internet    ✓ Magazines    _____ Other

25. Have you heard or read anything about this case before today?

Yes _____    No ✓    Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

_____

_____

26. Has anyone ever talked to you about this case before today?    Yes _____    No ✓

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____    No ✓

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence presented at trial? (select one)

_____    Yes, I definitely could.

_____    I probably could.

_____    Not sure.

_____    I probably could not.

_____    No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __✓____

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No __✓____

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I strongly support the death penalty as a punishment.

__✓____    I support the death penalty as a punishment.

_____    I have no opinion about death penalty as a punishment.

_____    I oppose the death penalty as a punishment.

_____    I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?          Yes _____          No __✓__

    If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

         Yes __✓__          No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

         Yes _____          No __✓__

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

         Yes __✓__          No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

         Yes _____          No __✓__

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I feel strongly that the death penalty is applied unfairly against minorities.

_____    I feel that the death penalty is applied unfairly against minorities.

_____    I have no opinion whether the death penalty is applied unfairly against minorities.

___✓___    I feel that the death penalty is applied fairly against minorities.

_____    I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____    Yes, it is a definitely a problem.

_____    Yes, it is often a problem.

___✓___    Yes, it is occasionally a problem.

_____    Not sure if it is a problem.

_____    No, it is usually not a problem.

_____    No, it is rarely a problem.

_____    No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____        No __✓__

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____        No __✓__

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____        No __✓__

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____        No __✓__

If yes, explain: _____

_____

_____

10

*199*

# QUESTIONNAIRE

1. Name: ███████████████████████

2. Date of Birth: ██████████████

3. Place of Birth: ████████████

4. Current Address: ███████████

5. County: ██████████

6. How long have you lived at this address?  _____ / yR _____

7. Do you rent or own your residence?      Rent _____      Own ✓

8. Have you ever lived outside of Georgia?   Yes ✓      No _____

9. What is your religious affiliation, if any?  _____ BAptish _____

10. Which do you consider yourself to be: (select one)

|  |  |  |  |
|---|---|---|---|
| African American | ✓ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | _____ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School  _✓_     Junior High/Middle School  _✓_

High School  _✓_     Vocational/Trade School  _✓_

College (undergraduate)  _____     Graduate/Professional School  _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?    Yes _✓_        No _____

If yes, What is your occupation?  _AuTomoTiue WoeKee_

13. List other significant employment within the past five years:  _____

_U. S. ARMY_

_____

_____

14. Marital Status:

Never Married  _____     Married  _✓_     Divorced  _____

Widowed  _____     Separated  _____

If married, number of years with current spouse:  _3 yRS_

Spouse's occupation:  _NONE_

15. Have you ever had, adopted, or raised any children?    Yes _✓_    No _____

If yes, how many?  _4_

What are their current ages?  _23, 22, 21, 18_

3

16. Have you ever served in the military?        Yes ✓        No _____

    If yes, what branch(s) and when: _Yes_____1978 - 1998_____

    _____ARMY_____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

_MT. Zion Baptist_____    _Church_____

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

18. Have you ever served on a grand jury?        Yes _____        No ✓

    If yes, when and where?        _____

    _____

    Federal or state?        Federal _____        State _____

19. Have you ever served on a trial jury?        Yes _____        No ✓

    If yes, when and where?        _____

    _____

    Federal or state?        Federal _____        State _____

    Criminal or civil?        Criminal _____        Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _✓_        No _____

If yes, explain: _My Grandfather was Kidnapped_
_+ Murdered_

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____        No _✓_

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____        No _✓_

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _✓_        No _____

If yes, explain: _My brother in an assault + Battery_

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

   ✓ Television      ✓ Radio      ✓ Newspapers

   ✓ Internet      ✓ Magazines      _____ Other

25. Have you heard or read anything about this case before today?

Yes _____      No ✓      Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

_____

_____

26. Has anyone ever talked to you about this case before today?   Yes _____   No ✓

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____      No ✓

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence presented at trial? (select one)

_____      Yes, I definitely could.

_____      I probably could.

_____      Not sure.

_____      I probably could not.

_____      No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __✓__

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____          I strongly support the death penalty as a punishment.

__✓__          I support the death penalty as a punishment.

_____          I have no opinion about death penalty as a punishment.

_____          I oppose the death penalty as a punishment.

_____          I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?          Yes _____          No __✓__

    If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

        Yes __✓__          No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

        Yes __✓__          No _____

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

        Yes __✓__          No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

        Yes __✓__          No _____

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I feel strongly that the death penalty is applied unfairly against minorities.

__✓___    I feel that the death penalty is applied unfairly against minorities.

_____    I have no opinion whether the death penalty is applied unfairly against minorities.

_____    I feel that the death penalty is applied fairly against minorities.

_____    I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

__✓___ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____        No _√____

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____        No _√____

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____        No _√____

If yes, explain:_____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____        No _√____

If yes, explain:_____

_____

_____

10

200

## QUESTIONNAIRE

1. Name: ████████████

2. Date of Birth: ████████

3. Place of Birth: ████████

4. Current Address: ████████

████████

5. County: ████████

6. How long have you lived at this address?  10 years

7. Do you rent or own your residence?    Rent _____    Own ✓

8. Have you ever lived outside of Georgia?  Yes ✓    No _____

9. What is your religious affiliation, if any?  Presbyterian Church of America

10. Which do you consider yourself to be: (select one)

African American _____        Native American Indian _____

Asian _____        Hispanic _____

Caucasian (white) ✓        Other _____

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____     Junior High/Middle School _____

High School ✓     Vocational/Trade School _____

College (undergraduate) _____     Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?    Yes ✓          No _____

If yes, What is your occupation? _Bookkeeping Service - Self employed_

13. List other significant employment within the past five years: _____

_____

_____

_____

14. Marital Status:

Never Married _____     Married ✓     Divorced _____

Widowed _____     Separated _____

If married, number of years with current spouse: _31_

Spouse's occupation: _Pharmacist_

15. Have you ever had, adopted, or raised any children?    Yes ✓    No _____

If yes, how many?          _2_

What are their current ages?    _27, 24_

_____

3

16. Have you ever served in the military?           Yes _____          No __✓__

If yes, what branch(s) and when: _____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

Grace Church of the Islands, PCA _____    BSF (Bible Study Fellowship)

Women in the Church - "        _____

when children were growing up {  PTA - past years . _____

Girl Scouts - past years - _____

Boy Scouts - past years - _____

Swim Team _____

_____    _____

18. Have you ever served on a grand jury?           Yes _____          No __✓__

If yes, when and where? _____

_____

Federal or state?          Federal _____          State _____

19. Have you ever served on a trial jury?           Yes _____          No __✓__

If yes, when and where? _____

_____

Federal or state?          Federal _____          State _____

Criminal or civil?          Criminal _____          Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes ✓        No _____

If yes, explain: _____ Auto break-in _____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____        No ✓

If yes, explain: _____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes ✓        No _____

If yes, explain: _____ Neighborhood watch – policemen's fund

23. Have you or any member of your family ever been convicted of a felony?

Yes _____        No ✓

If yes, explain: _____

24. What is/are your primary source(s) of news? (select all that apply)

    ✓ Television    ✓ Radio    _____ Newspapers

    ✓ Internet    _____ Magazines    _____ Other

25. Have you heard or read anything about this case before today?

    Yes _____    No _____    Not Sure ✓

If yes or not sure, please state what you have heard or read and the source(s):

_If so - read about in daily news -_
_I don't remember details -_

26. Has anyone ever talked to you about this case before today?    Yes _____    No ✓

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

    Yes _____    No ✓

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

    _____    Yes, I definitely could.

    _____    I probably could.

    _____    Not sure.

    _____    I probably could not.

    _____    No, I definitely could not.

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes ___✓___          No _____

If yes, please explain: _____ I Know     Susan & Frank DiMarino _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No ___✓___

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____     I strongly support the death penalty as a punishment.

___✓___     I support the death penalty as a punishment.

_____     I have no opinion about death penalty as a punishment.

_____     I oppose the death penalty as a punishment.

_____     I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the

defendant?              Yes _____          No __✓__

    If yes, explain: _____

    _____

    _____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you

that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

              Yes __✓__                    No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the

death penalty?

              Yes _____                    No __✓__

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors

convince you that life in prison without the possibility of release or parole is the appropriate

sentence, **could** you vote for it?

              Yes __✓__                    No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in

prison without the possibility of release or parole, regardless of the facts and the aggravating

evidence?

              Yes _____                    No __✓__

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

___✓___ I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

___✓___ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

10