216

# QUESTIONNAIRE

1. Name: ████████████████████ _____

2. Date of Birth: ████████████ _____

3. Place of Birth: ████████████ _____

4. Current Address: ████████████████████

   ████████████████ _____

5. County: ████████████ _____

6. How long have you lived at this address? _____ 3  mo _____

7. Do you rent or own your residence?    Rent _____    Own ✓

8. Have you ever lived outside of Georgia?    Yes _____    No ✓

9. What is your religious affiliation, if any? ___ Baptist _____

10. Which do you consider yourself to be: (select one)

    African American    _____    Native American Indian    _____

    Asian    _____    Hispanic    _____

    Caucasian (white)    ✓    Other    _____

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____     Junior High/Middle School _____

High School _____     Vocational/Trade School ✓_____

College (undergraduate) _____     Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?   Yes ✓     No _____

If yes, What is your occupation? __ACCOUNTANT__

13. List other significant employment within the past five years: _____

_____

_____

_____

14. Marital Status:

Never Married _____     Married ✓     Divorced _____

Widowed _____     Separated _____

If married, number of years with current spouse: __35__

Spouse's occupation: __retired__

15. Have you ever had, adopted, or raised any children?   Yes ✓   No _____

If yes, how many? __4__

What are their current ages? __42 / 46 / 47 / 49__

_____

3

16. Have you ever served in the military?        Yes _____        No ✓

    If yes, what branch(s) and when: _____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including church, religious, fraternal, social, recreational, service, business, political, union) and any offices you have held in the organization:

Bull Street Baptist Church

18. Have you ever served on a grand jury?        Yes ✓        No _____

    If yes, when and where?    about 5 yr ago
                      Chatham Cr

    Federal or state?        Federal _____        State ✓

19. Have you ever served on a trial jury?        Yes ✓        No _____

    If yes, when and where?    5 times over 24 yrs
                      Sav L

    Federal or state?        Federal _____        State ✓

    Criminal or civil?        Criminal _____        Civil ✓

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _✓_          No _____

If yes, explain: _house break in ɔX_

_car stolen_

_purse stolen_

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No _✓_

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or crisis centers, or policemen's funds)?

Yes _____          No _✓_

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No _✓_

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

    ✓ Television    \_\_\_\_\_ Radio    ✓ Newspapers

    \_\_\_\_\_ Internet    \_\_\_\_\_ Magazines    \_\_\_\_\_ Other

25. Have you heard or read anything about this case before today?

Yes \_\_\_\_\_    No \_\_\_\_\_    Not Sure ✓

If yes or not sure, please state what you have heard or read and the source(s):

possible TV in paper when it happened

26. Has anyone ever talked to you about this case before today?    Yes \_\_\_\_\_    No ✓

If yes, please state the person(s) you talked to and the nature of your conversation(s):

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes \_\_\_\_\_    No ✓

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence presented at trial? (select one)

\_\_\_\_\_    Yes, I definitely could.

\_\_\_\_\_    I probably could.

\_\_\_\_\_    Not sure.

\_\_\_\_\_    I probably could not.

\_\_\_\_\_    No, I definitely could not.

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __✓__

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____          I strongly support the death penalty as a punishment.

__✓__          I support the death penalty as a punishment.

_____          I have no opinion about death penalty as a punishment.

_____          I oppose the death penalty as a punishment.

_____          I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?          Yes _____          No _✓_

If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

Yes _✓_                    No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

Yes _____                    No _✓_

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

Yes _✓_                    No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

Yes _____                    No _✓_

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

_____ I have no opinion whether the death penalty is applied unfairly against minorities.

__✓__ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

__✓__ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

10

218

# QUESTIONNAIRE

1. Name: █████████████████████████

2. Date of Birth: █████████████████

3. Place of Birth: ████████████████

4. Current Address: ███████████████

5. County: ████████████████████

6. How long have you lived at this address?   25 yrs

7. Do you rent or own your residence?    Rent ✓    Own _____

8. Have you ever lived outside of Georgia?    Yes _____    No ✓

9. What is your religious affiliation, if any? _____

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | ✓ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | _____ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____    Junior High/Middle School _____

High School _√_    Vocational/Trade School _____

College (undergraduate) _____    Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?    Yes _√_    No _____

If yes, What is your occupation? _Good Will Garden City_

13. List other significant employment within the past five years: _Mc Donald's_

_Church's Chicken, Hardees_

_____

_____

14. Marital Status:

Never Married _____    Married _____    Divorced _____

Widowed _____    Separated _√_

If married, number of years with current spouse: _____

Spouse's occupation: _Georgic Ports Temp Service (I believe)_

15. Have you ever had, adopted, or raised any children?    Yes _√_    No _____

If yes, how many?    _1_____

What are their current ages?    _6 yrs old_____

_____

3

16. Have you ever served in the military?          Yes _____          No __✓__

    If yes, what branch(s) and when: _____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

    Church _____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

18. Have you ever served on a grand jury?          Yes _____          No __✓__

    If yes, when and where?          _____

_____

    Federal or state?          Federal _____          State _____

19. Have you ever served on a trial jury?          Yes _____          No __✓__

    If yes, when and where?          _____

_____

    Federal or state?          Federal _____          State _____

    Criminal or civil?          Criminal _____          Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _____        No _✓_

If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _✓_        No _____

If yes, explain: _My father brother-in-law_
_Ronnie for Darien Ga._

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____        No _✓_

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _✓_        No _____

If yes, explain: _My daughter father when he_
_stole something but that was about_
_6 years ago_

5

24. What is/are your primary source(s) of news? (select all that apply)

    ✓ Television    _____ Radio    ✓ Newspapers

    _____ Internet    _____ Magazines    _____ Other

25. Have you heard or read anything about this case before today?

    Yes _____    No ✓    Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

_____

_____

26. Has anyone ever talked to you about this case before today?   Yes _____   No ✓

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

    Yes _____    No ✓

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

    _____    Yes, I definitely could.

    _____    I probably could.

    _____    Not sure.

    _____    I probably could not.

    _____    No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __✓__

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes __✓__          No _____

If yes, explain: I believe if you done a huge crime such as Killing someone and you is found guilty then yes you need it

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

__✓__        I strongly support the death penalty as a punishment.

_____        I support the death penalty as a punishment.

_____        I have no opinion about death penalty as a punishment.

_____        I oppose the death penalty as a punishment.

_____        I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?        Yes _____        No __✓__

  If yes, explain: _____

  _____

  _____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

  Yes __✓__                    No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

  Yes _____                    No __✓__

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

  Yes __✓__                    No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

  Yes __✓__                    No _____

8

36. Regarding the death penalty, which of the following statements **best** represents the way you

feel? (select one)

_____          I feel strongly that the death penalty is applied unfairly against

minorities.

_____          I feel that the death penalty is applied unfairly against minorities.

___✓___          I have no opinion whether the death penalty is applied unfairly

against minorities.

_____          I feel that the death penalty is applied fairly against minorities.

_____          I feel strongly that the death penalty is applied fairly against

minorities.

37. Do you think race discrimination against African Americans in the United States is a

problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

___✓___ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

10

220

# QUESTIONNAIRE

1. Name: ████████████

2. Date of Birth: ████████████

3. Place of Birth: ████████████

4. Current Address: ████████████

████████████

5. County: ████████████

6. How long have you lived at this address?   35 YEARS

7. Do you rent or own your residence?       Rent _____      Own ✓

8. Have you ever lived outside of Georgia?   Yes ✓      No _____

9. What is your religious affiliation, if any?   METHODIST

10. Which do you consider yourself to be: (select one)

| African American | _____ | Native American Indian | _____ |
|---|---|---|---|
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | ✓ | Other | _____ |

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____      Junior High/Middle School _____

High School _____      Vocational/Trade School ✓

College (undergraduate) _____      Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?    Yes ✓         No _____

If yes, What is your occupation? Co- OWNER Hardware Store

13. List other significant employment within the past five years: _____

International Paper _____

_____

_____

14. Marital Status:

Never Married _____      Married ✓      Divorced _____

Widowed _____      Separated _____

If married, number of years with current spouse: ___38___

Spouse's occupation: Retired _____

15. Have you ever had, adopted, or raised any children?    Yes ✓    No _____

If yes, how many?    2 _____

What are their current ages?    35, 33 _____

_____

3

16. Have you ever served in the military?        Yes _____        No ✓

    If yes, what branch(s) and when: _____

    _____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

| | |
|---|---|
| UNITED METH. CHURCH | ADMIN. BOARD CHAIR. |
| "    "   MENS CLUB | |
| LIONS | PRESIDENT |
| | |
| | |
| | |
| | |

18. Have you ever served on a grand jury?        Yes ✓        No _____

    If yes, when and where?    EFFINGHAM COUNTY

    APROX 1980

    Federal or state?        Federal _____        State ✓

19. Have you ever served on a trial jury?        Yes _____        No ✓

    If yes, when and where?    _____

    _____

    Federal or state?        Federal _____        State _____

    Criminal or civil?        Criminal _____        Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _____          No _✓_____

If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No _✓_____

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____          No _✓_____

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No _✓_____

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

✔ Television       _____ Radio       ✔ Newspapers

_____ Internet       _____ Magazines       _____ Other

25. Have you heard or read anything about this case before today?

Yes _____       No _____       Not Sure ✔

If yes or not sure, please state what you have heard or read and the source(s):

MAY HAVE SEEN ON T.V. _____

_____

26. Has anyone ever talked to you about this case before today?   Yes _____       No ✔

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____       No ✔

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____       Yes, I definitely could.

_____       I probably could.

_____       Not sure.

_____       I probably could not.

_____       No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No ✓ _____

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No ✓ _____

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____      I strongly support the death penalty as a punishment.

✓ _____      I support the death penalty as a punishment.

_____      I have no opinion about death penalty as a punishment.

_____      I oppose the death penalty as a punishment.

_____      I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?        Yes _____        No __✓__

If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

Yes __✓__        No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

Yes _____        No __✓__

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

Yes __✓__        No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

Yes _____        No __✓__

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I feel strongly that the death penalty is applied unfairly against minorities.

_____    I feel that the death penalty is applied unfairly against minorities.

__✓__    I have no opinion whether the death penalty is applied unfairly against minorities.

_____    I feel that the death penalty is applied fairly against minorities.

_____    I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

__✓__ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No ✓_____

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No ✓_____

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No ✓_____

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No ✓_____

If yes, explain: _____

_____

_____

10

*221*

## QUESTIONNAIRE

1. Name: ██████████████████

2. Date of Birth: ██████████████████

3. Place of Birth: ██████████████████

4. Current Address: ██████████████████

██████████████████

5. County: ██████████████████

6. How long have you lived at this address? __11 years__

7. Do you rent or own your residence?    Rent __✓__    Own _____

8. Have you ever lived outside of Georgia?    Yes __✓__    No _____

9. What is your religious affiliation, if any? __Apostolic__

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | ✓ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | _____ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____    Junior High/Middle School _____

High School _____    Vocational/Trade School _____

College (undergraduate) ✓    Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

Elementary Education

12. Are you currently employed?    Yes _____    No ✓ (Leave of Absence)

If yes, What is your occupation? _____

13. List other significant employment within the past five years: _____

Clerical Tech II (temp work) for Chatham County Courthouse in accounting dept.

14. Marital Status:

Never Married ✓    Married _____    Divorced _____

Widowed _____    Separated _____

If married, number of years with current spouse: _____

Spouse's occupation: _____

15. Have you ever had, adopted, or raised any children?    Yes _____    No ✓

If yes, how many? _____

What are their current ages? _____

3

16. Have you ever served in the military?          Yes _____          No ___✓___

    If yes, what branch(s) and when: _____

    _____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

Jobs for GA Graduates          _____

Upward Bound (High School Program)          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

18. Have you ever served on a grand jury?          Yes _____          No ___✓___

    If yes, when and where?          _____

                                     _____

    Federal or state?     Federal _____          State _____

19. Have you ever served on a trial jury?          Yes _____          No ___✓___

    If yes, when and where?          _____

                                     _____

    Federal or state?     Federal _____          State _____

    Criminal or civil?    Criminal _____          Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes ___✓___       No ___✓___

If yes, explain: __My aunt was murdered by her__
__boyfriend when I was three.__

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____       No ___✓___

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or crisis centers, or policemen's funds)?

Yes _____       No ___✓___

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes ___✓___       No _____

If yes, explain: __My brother was arrested for carrying__
__a gun. He did not serve time.__

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

____✓ Television        ____✓ Radio        ____✓ Newspapers

____✓ Internet        _____ Magazines        _____ Other

25. Have you heard or read anything about this case before today?

Yes _____        No ___✓___        Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

_____

_____

26. Has anyone ever talked to you about this case before today?    Yes _____    No ___✓___

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____        No __✓___

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____        Yes, I definitely could.

_____        I probably could.

_____        Not sure.

_____        I probably could not.

_____        No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __✓___

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No __✓___

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____  I strongly support the death penalty as a punishment.

__✓___  I support the death penalty as a punishment.

_____  I have no opinion about death penalty as a punishment.

_____  I oppose the death penalty as a punishment.

_____  I strongly oppose the death penalty as a punishment.

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the

defendant?          Yes _____          No __✓__

    If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you

that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

        Yes __✓__          No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the

death penalty?

        Yes _____          No __✓__

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors

convince you that life in prison without the possibility of release or parole is the appropriate

sentence, **could** you vote for it?

        Yes __✓__          No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in

prison without the possibility of release or parole, regardless of the facts and the aggravating

evidence?

        Yes _____          No __✓__

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

    _____        I feel strongly that the death penalty is applied unfairly against minorities.

    _____        I feel that the death penalty is applied unfairly against minorities.

    ✓        I have no opinion whether the death penalty is applied unfairly against minorities.

    _____        I feel that the death penalty is applied fairly against minorities.

    _____        I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

    _____ Yes, it is a definitely a problem.

    _____ Yes, it is often a problem.

    ✓ Yes, it is occasionally a problem.

    _____ Not sure if it is a problem.

    _____ No, it is usually not a problem.

    _____ No, it is rarely a problem.

    _____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

10

224

# QUESTIONNAIRE

1. Name: ██████████████████

2. Date of Birth: ████████████

3. Place of Birth: ██████████████████

4. Current Address: ████████████

   ████████████

5. County: ████████

6. How long have you lived at this address?  __*45 yrs*__

7. Do you rent or own your residence?        Rent _____        Own __✓__

8. Have you ever lived outside of Georgia?    Yes __✓__        No _____

9. What is your religious affiliation, if any? __*NONE*__

10. Which do you consider yourself to be: (select one)

|  |  |  |  |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | __✓__ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____    Junior High/Middle School _____

High School _____    Vocational/Trade School _____

College (undergraduate) _____    Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

*1½ yrs College – Mental Health*

12. Are you currently employed?    Yes ✓    No _____

If yes, What is your occupation? *Patient Accounts Tech.*

13. List other significant employment within the past five years: _____

_____

_____

_____

14. Marital Status:

Never Married _____    Married _____    Divorced ✓

Widowed _____    Separated _____

If married, number of years with current spouse: _____

Spouse's occupation: _____

15. Have you ever had, adopted, or raised any children?    Yes ✓    No _____

If yes, how many?    *1*

What are their current ages?    *28 yrs. old*

_____

3

16. Have you ever served in the military?        Yes _____        No __✓__

   If yes, what branch(s) and when: _____

   _____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

   _____        _____

   _____        _____

   _____        _____

   _____        _____

   _____        _____

   _____        _____

18. Have you ever served on a grand jury?        Yes _____        No __✓__

   If yes, when and where?        _____

   _____

   Federal or state?        Federal _____        State _____

19. Have you ever served on a trial jury?        Yes _____        No __✓__

   If yes, when and where?        _____

   _____

   Federal or state?        Federal _____        State _____

   Criminal or civil?        Criminal _____        Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

       Yes _____             No _✓_

       If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

       Yes _____             No _✓_

       If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or crisis centers, or policemen's funds)?

       Yes _____             No _✓_

       If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

       Yes _____             No _✓_

       If yes, explain: _____

_____

_____

24. What is/are your primary source(s) of news? (select all that apply)

____✓ Television          _____ Radio          _____ Newspapers

_____ Internet          _____ Magazines          _____ Other

25. Have you heard or read anything about this case before today?

Yes __✓__          No _____          Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

*I heard about it on t.v. when incident happened.*

_____

26. Has anyone ever talked to you about this case before today?   Yes __✓__   No _____

If yes, please state the person(s) you talked to and the nature of your conversation(s):

*Co-Workers mentioned they heard it on the news also.*

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____          No __✓__

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____          Yes, I definitely could.

_____          I probably could.

_____          Not sure.

_____          I probably could not.

_____          No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____                    No __✓__

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____                    No __✓__

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I strongly support the death penalty as a punishment.

__✓__    I support the death penalty as a punishment.

_____    I have no opinion about death penalty as a punishment.

_____    I oppose the death penalty as a punishment.

_____    I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the

defendant?              Yes _____          No __✓__

    If yes, explain: _____

    _____

    _____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you

that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

              Yes __✓__                    No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the

death penalty?

              Yes _____                    No __✓__

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors

convince you that life in prison without the possibility of release or parole is the appropriate

sentence, **could** you vote for it?

              Yes __✓__                    No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in

prison without the possibility of release or parole, regardless of the facts and the aggravating

evidence?

              Yes _____                    No __✓__

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

__✓___ I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

__✓___ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____        No ___✓___

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____        No ___✓___

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____        No ___✓___

If yes, explain:_____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____        No ___✓___

If yes, explain:_____

_____

_____

10

225

## QUESTIONNAIRE

1. Name: ██████████████

2. Date of Birth: ██████████

3. Place of Birth: ███████████

4. Current Address: █████████████

████████████████████

5. County: ██████████

6. How long have you lived at this address?  8 YRS

7. Do you rent or own your residence?     Rent _____     (Own) ✓

8. Have you ever lived outside of Georgia?  (Yes) _____     No _____

9. What is your religious affiliation, if any?  UNITED     METHODIST

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| (Caucasian (white)) ✓ | | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School    _____    Junior High/Middle School   _____

High School    _____    Vocational/Trade School   _____

College (undergraduate)    _____    (Graduate/Professional School)   ✓

If college or graduate/professional school, you major(s) or area(s) of study?

*EDUCATION , THEOLOGY*

12. Are you currently employed? (Yes) ✓       No _____

If yes, What is your occupation? *MINISTER , CHAPLAIN*

13. List other significant employment within the past five years: _____

_____

_____

_____

14. Marital Status:

Never Married _____    (Married) ✓     Divorced _____

Widowed _____    Separated _____

If married, number of years with current spouse: *8*

Spouse's occupation: *REGISTERED NURSE*

15. Have you ever had, adopted, or raised any children? (Yes)    No _____

If yes, how many? *1*

What are their current ages? *20*

_____

3

16. Have you ever served in the military?        Yes _____      No _____

    If yes, what branch(s) and when: _____

    _____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

SOUTH GEORGIA CONFERENCE, THE UNITED METHODIST CHURCH

WHITE BLUFF UNITED METHODIST            _____

ASSOC. CLINICAL PASTORAL EDUCATION      _____

COASTAL EMPIRE COUNCIL, BOY SCOUTS      _____

SAVANNAH AREA COUNCIL, GIRL SCOUTS      _____

INTERFAITH HOSPITALITY NETWORK          _____

_____         _____

18. Have you ever served on a grand jury?        Yes _____       No _____

    If yes, when and where?        _____

    _____

    Federal or state?        Federal _____        State _____

19. Have you ever served on a trial jury?        Yes _____        No _____

    If yes, when and where?    1984, OUACHITA COUNTY, ARKANSAS

                               DISTRICT COURT

    Federal or state?        Federal _____        State _____

    Criminal or civil?       Criminal _____       Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _____          No _____

If yes, explain: _STEP DAUGHTER WAS ASSAULTED &_

_BEATEN IN ATLANTA IN 1996_

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No _____

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____          No _____

If yes, explain: _OCCASIONAL CONTRIBUTIONS TO ASSORTED_

_SHELTERS & CRISIS CENTERS_

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No _____

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

_____✓_ Television          _____✓ Radio          _____✓ Newspapers

_____ Internet          _____ Magazines          _____ Other

25. Have you heard or read anything about this case before today?

Yes ___✓___          No _____          Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

~~HOW~~ SAVANNAH NEWSPAPER + TV COVERAGE AT TIME OF

CRIME _____

26. Has anyone ever talked to you about this case before today?   Yes _____   (No) ✓

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____          (No) ✓ _____

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____          Yes, I definitely could.

_____          I probably could.

_____          Not sure.

_____          I probably could not.

_____          No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No ✓_____

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes ✓_____          No _____

If yes, explain: ON RELIGIOUS AS WELL AS MORAL GROUNDS, I FEEL THE DEATH PENALTY IS NEVER JUSTIFIED, AND TO IMPOSE IT IS A BETRAYAL OF EVERYTHING I BELIEVE.

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I strongly support the death penalty as a punishment.

_____    I support the death penalty as a punishment.

_____    I have no opinion about death penalty as a punishment.

_____    I oppose the death penalty as a punishment.

✓_____    I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the

defendant?              Yes _____          No _____

　　　　If yes, explain: IF THE DEATH PENALTY IS LIKELY TO

BE IMPOSED, I COULD NOT MORALLY/ETHICALLY

BE PART OF A GUILTY VERDICT

32. If the defendant were found guilty, and the evidence and aggravating factors convince you

that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

　　　　Yes _____                    No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the

death penalty?

　　　　Yes _____                    No _____

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors

convince you that life in prison without the possibility of release or parole is the appropriate

sentence, **could** you vote for it?

　　　　Yes _____                    No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in

prison without the possibility of release or parole, regardless of the facts and the aggravating

evidence?

　　　　Yes _____                    No _____

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

    ✓ \_\_\_\_\_ I feel strongly that the death penalty is applied unfairly against minorities.

    \_\_\_\_\_ I feel that the death penalty is applied unfairly against minorities.

    \_\_\_\_\_ I have no opinion whether the death penalty is applied unfairly against minorities.

    \_\_\_\_\_ I feel that the death penalty is applied fairly against minorities.

    \_\_\_\_\_ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

    ✓ \_\_\_\_\_ Yes, it is a definitely a problem.

    \_\_\_\_\_ Yes, it is often a problem.

    \_\_\_\_\_ Yes, it is occasionally a problem.

    \_\_\_\_\_ Not sure if it is a problem.

    \_\_\_\_\_ No, it is usually not a problem.

    \_\_\_\_\_ No, it is rarely a problem.

    \_\_\_\_\_ No, it is not a problem at all.

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____        No __✓__

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____        No __✓__

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____        No __✓__

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____        No __✓__

If yes, explain: _____

_____

_____

10