ORIGINAL

231
232

## QUESTIONNAIRE

1. Name: ████████████████████

2. Date of Birth: ████████████

3. Place of Birth: ████████████████

4. Current Address: ████████████████████

5. County: ████████

6. How long have you lived at this address? __2 Y R S__

7. Do you rent or own your residence?     Rent _____     Own __✓__

8. Have you ever lived outside of Georgia?     Yes __✓__     No _____

9. What is your religious affiliation, if any? __Baptist__

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | __✓__ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____    Junior High/Middle School _____

High School ✓    Vocational/Trade School _____

College (undergraduate) _____    Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?    Yes _____    No ✓

If yes, What is your occupation? _____

13. List other significant employment within the past five years: _____

_____ None _____

_____

_____

14. Marital Status:

Never Married _____    Married ✓    Divorced _____

Widowed _____    Separated _____

If married, number of years with current spouse: ___51_____

Spouse's occupation: ___Sales Person_____

15. Have you ever had, adopted, or raised any children?    Yes ✓    No _____

If yes, how many? ___4_____

What are their current ages? ___51    50    46    43_____

_____

16. Have you ever served in the military?    Yes ___✓___    No _____

If yes, what branch(s) and when: ___USAF___    1951 - 1971___

_____

17. List any organization(s), if any, to which you belong or in which you participate (including church, religious, fraternal, social, recreational, service, business, political, union) and any offices you have held in the organization:

Southside Baptist Church    _____
Forest City Gun Club    _____
American Postal Union    _____
NRA    _____

_____    _____

_____    _____

_____    _____

18. Have you ever served on a grand jury?    Yes _____    No ___✓___

If yes, when and where?    _____

_____

Federal or state?    Federal _____    State _____

19. Have you ever served on a trial jury?    Yes ___✓___    No _____

If yes, when and where?    2000  State Court Savannah

_____

Federal or state?    Federal _____    State ___✓___

Criminal or civil?    Criminal ___✗___    Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes __✓__          No _____

If yes, explain: __Can Break in_____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

   ✓ Television             Radio              ✓ Newspapers

    Internet             Magazines            Other

25. Have you heard or read anything about this case before today?

Yes ✓           No _____           Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

News on TV and Newspaper
_____

26. Has anyone ever talked to you about this case before today?   Yes _____   No ✓

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____           No ✓

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____           Yes, I definitely could.

_____           I probably could.

_____           Not sure.

_____           I probably could not.

_____           No, I definitely could not.

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No ___✓___

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No ___✓___

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I strongly support the death penalty as a punishment.

___✓___    I support the death penalty as a punishment.

_____    I have no opinion about death penalty as a punishment.

_____    I oppose the death penalty as a punishment.

_____    I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?          Yes _____          No __✓__

If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

Yes __✓__          No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

Yes _____          No __✓__

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

Yes __✓__          No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

Yes _____          No __✓__

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

__✓__ I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

__✓__ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No _____

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No _____

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No _____

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No _____

If yes, explain: _____

_____

_____

233

# QUESTIONNAIRE

1. Name:

2. Date of Birth:

3. Place of Birth:

4. Current Address:

5. County:

6. How long have you lived at this address? *17 yrs*

7. Do you rent or own your residence?     Rent _____     Own _✓___

8. Have you ever lived outside of Georgia?     Yes _✓___     No _____

9. What is your religious affiliation, if any? *Baptist*

10. Which do you consider yourself to be: (select one)

| African American | _____ | Native American Indian | _____ |
|---|---|---|---|
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | _✓___ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____          Junior High/Middle School _____

High School _____          Vocational/Trade School _____

College (undergraduate) _✓_          Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

Ornamental Horticulture and Landscape Design

12. Are you currently employed?    Yes _✓_          No _____

If yes, What is your occupation? *Self-employed Contractor - Remodeling*

13. List other significant employment within the past five years: _____

_____

_____

_____

14. Marital Status:

Never Married _____          Married _✓_          Divorced _____

Widowed _____          Separated _____

If married, number of years with current spouse: _19_____

Spouse's occupation: Para -pro_____

15. Have you ever had, adopted, or raised any children?    Yes _✓_    No _____

If yes, how many?          2_____

What are their current ages? 15, 6_____

3

16. Have you ever served in the military?        Yes ___✓___        No _____

     If yes, what branch(s) and when: _____

     _____

17. List any organization(s), if any, to which you belong or in which you participate (including church, religious, fraternal, social, recreational, service, business, political, union) and any offices you have held in the organization:

First Baptist Church Pembroke      Chairman of Deacons
Bryan County Booster Club      President
Hendrix Park Recreational Assc.      Vice-President

18. Have you ever served on a grand jury?        Yes _____        No ___✓___

     If yes, when and where?        _____

                             _____

     Federal or state?        Federal _____        State _____

19. Have you ever served on a trial jury?        Yes ___✓___        No _____

     If yes, when and where?        Circa November 2001
                                   Bryan County Ga

     Federal or state?        Federal _____        State ___✓___

     Criminal or civil?        Criminal _____        Civil ___✓___

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _____        No _____

If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____        No _____

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____        No _____

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____        No _____

If yes, explain: _____

_____

_____

24. What is/are your primary source(s) of news? (select all that apply)

___✓___ Television        ___✓___ Radio        ___✓___ Newspapers

_____ Internet        _____ Magazines        _____ Other

25. Have you heard or read anything about this case before today?

Yes _____        No _____        Not Sure __✓__

If yes or not sure, please state what you have heard or read and the source(s):

_May have read about it in the papers or seen it_
_on T.V. Not sure_

26. Has anyone ever talked to you about this case before today?   Yes _____   No __✓__

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____        No __✓__

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____        Yes, I definitely could.

_____        I probably could.

_____        Not sure.

_____        I probably could not.

_____        No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __✓___

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No __✓___

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

__✓___          I strongly support the death penalty as a punishment.

_____          I support the death penalty as a punishment.

_____          I have no opinion about death penalty as a punishment.

_____          I oppose the death penalty as a punishment.

_____          I strongly oppose the death penalty as a punishment.

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?        Yes _____        No __✓__

    If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

    Yes __✓__        No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

    Yes _____        No __✓__

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

    Yes __✓__        No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

    Yes _____        No __✓__

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

_____ I have no opinion whether the death penalty is applied unfairly against minorities.

___✓___ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

___✓___ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____        No ___✓___

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____        No ___✓___

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____        No ___✓___

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____        No ___✓___

If yes, explain: _____

_____

_____

234

ORIGINAL

## QUESTIONNAIRE

1. Name: ▓▓▓▓▓▓▓▓▓▓▓▓

2. Date of Birth: ▓▓▓▓▓▓▓

3. Place of Birth: ▓▓▓▓▓▓▓▓▓

4. Current Address: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

5. County: ▓▓▓▓▓▓▓

6. How long have you lived at this address?   about 27 years

7. Do you rent or own your residence?        Rent _____        Own ✓

8. Have you ever lived outside of Georgia?    Yes ✓        No ~~✗~~

9. What is your religious affiliation, if any?   Methodist

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | ✓ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____    Junior High/Middle School _____

High School ✓    Vocational/Trade School _____

College (undergraduate) _____    Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?    Yes ✓    No _____

If yes, What is your occupation? _Office worker at Elementary school_

13. List other significant employment within the past five years: _N A_

_____

_____

_____

14. Marital Status:

Never Married _____    Married ✓    Divorced _____

Widowed _____    Separated _____

If married, number of years with current spouse: _41_

Spouse's occupation: _No longer works_

15. Have you ever had, adopted, or raised any children?    Yes ✓    No _____

If yes, how many? _3_

What are their current ages? _34 , 36, 38_

_____

3

16. Have you ever served in the military?    Yes _____    No ✓

    If yes, what branch(s) and when: _____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

Springfield United Meth. Church        Sunday School Teacher

~~~~~~~~        ~~~~~~~~

18. Have you ever served on a grand jury?    Yes _____    No ✓

    If yes, when and where?    N A

    Federal or state?    Federal _____    State _____

19. Have you ever served on a trial jury?    Yes ✓    No _____

    If yes, when and where?    Effingham /about 12 years ago

    Federal or state?    Federal _____    State _____

    Criminal or civil?    Criminal _____    Civil ✓

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes __✓__          No _____

If yes, explain: __Neighborhood Watch_____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

24. What is/are your primary source(s) of news? (select all that apply)

_____✓ Television    _____ Radio    _____✓ Newspapers

_____ Internet    _____ Magazines    _____ Other

25. Have you heard or read anything about this case before today?

Yes _____    No ✓_____    Not Sure ~~_____~~

If yes or not sure, please state what you have heard or read and the source(s):

_____

_____

26. Has anyone ever talked to you about this case before today?    Yes _____    No ✓_____

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____    No ✓_____

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____    Yes, I definitely could.

_____    I probably could.

_____    Not sure.

_____    I probably could not.

_____    No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __✓__

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I strongly support the death penalty as a punishment.

_____    I support the death penalty as a punishment.

__✓__    I have no opinion about death penalty as a punishment.

_____    I oppose the death penalty as a punishment.

_____    I strongly oppose the death penalty as a punishment.

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the

defendant?          Yes _____          No ___✓___

    If yes, explain: _____

    _____

    _____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you

that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

        Yes __✓___          No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the

death penalty?

        Yes _____          No __✓___

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors

convince you that life in prison without the possibility of release or parole is the appropriate

sentence, **could** you vote for it?

        Yes __✓___          No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in

prison without the possibility of release or parole, regardless of the facts and the aggravating

evidence?

        Yes _____          No __✓___

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

_____ I have no opinion whether the death penalty is applied unfairly against minorities.

__✓__ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

__✓__ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain:_____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain:_____

_____

_____

10

235

# QUESTIONNAIRE

1. Name: █████████████████

2. Date of Birth: ████████

3. Place of Birth: ███████

4. Current Address: ███████████

5. County: _____

6. How long have you lived at this address? __12 yrs__

7. Do you rent or own your residence?    Rent _____    Own ✓

8. Have you ever lived outside of Georgia?    Yes _____    No ✓

9. What is your religious affiliation, if any? __Pentecostal (Holiness)__

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | ✓ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | _____ | Other | _____ |

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____     Junior High/Middle School _____

High School ___✓___     Vocational/Trade School _____

College (undergraduate) _____     Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?     Yes ___✓___     No _____

If yes, What is your occupation? __Registrar_____

13. List other significant employment within the past five years: _____

_____

_____

_____

14. Marital Status:

Never Married _____     Married ___✓___     Divorced _____

Widowed _____     Separated _____

If married, number of years with current spouse: ___16___

Spouse's occupation: __Salesman_____

15. Have you ever had, adopted, or raised any children?     Yes ___✓___     No _____

If yes, how many? ___2_____

What are their current ages? ___16 and 14_____

_____

3

16. Have you ever served in the military?        Yes _____        No __✓___

    If yes, what branch(s) and when: _____

    _____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

    _Church Choir President_____        _____

    _____        _____

    _____        _____

    _____        _____

    _____        _____

    _____        _____

18. Have you ever served on a grand jury?        Yes _____        No __✓___

    If yes, when and where?        _____

    _____

    Federal or state?        Federal _____        State _____

19. Have you ever served on a trial jury?        Yes __✓___        No _____

    If yes, when and where?    _In the 1990's / Chatham County_

    _____

    Federal or state?        Federal _____        State __✓___

    Criminal or civil?        Criminal _____        Civil __✓___

4

20. Have you or any member of your family ever been the victim of a crime?

Yes ___✓___          No _____

If yes, explain: _Cousin (Marital abuse)_____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _✓___          No _____

If yes, explain: _Cousin (Savannah Police)_____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _✓___          No _____

If yes, explain: _In a Neighborhood watch at one time___

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No _✓___

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

   ✓   Television       ✓   Radio       ✓   Newspapers

       Internet            Magazines         Other

25. Have you heard or read anything about this case before today?

Yes ___✓___       No _____       Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

On the television when it took place

_____

26. Has anyone ever talked to you about this case before today?   Yes _✓___   No _____

If yes, please state the person(s) you talked to and the nature of your conversation(s):

Spouse/family/co-workers (How sad it was)

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____       No __✓___

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

      _____         Yes, I definitely could.

      _____         I probably could.

      _____         Not sure.

      _____         I probably could not.

      _____         No, I definitely could not.

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No ___✓___

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes ✓          No _____

If yes, explain: I feel that I have not the right religiously to set/appoint anyone to death

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_✓_          I strongly support the death penalty as a punishment.

_____          I support the death penalty as a punishment.

_____          I have no opinion about death penalty as a punishment.

_____          I oppose the death penalty as a punishment.

_____          I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?        Yes ✓        No _____

    If yes, explain: _I Would have to really think/struggle_

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

        Yes _____        No ✓

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

        Yes _____        No ✓

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

        Yes _____        No ✓

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

        Yes _____        No ✓

8

36. Regarding the death penalty, which of the following statements **best** represents the way you

feel? (select one)

_____       I feel strongly that the death penalty is applied unfairly against

minorities.

___✓___       I feel that the death penalty is applied unfairly against minorities.

_____       I have no opinion whether the death penalty is applied unfairly

against minorities.

_____       I feel that the death penalty is applied fairly against minorities.

_____       I feel strongly that the death penalty is applied fairly against

minorities.

37. Do you think race discrimination against African Americans in the United States is a

problem? (select one)

___✓___ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No __✓___

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No __✓___

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓___

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓___

If yes, explain: _____

_____

_____

10

236

# QUESTIONNAIRE

1. Name: ▮▮▮▮▮▮▮▮▮▮

2. Date of Birth: ▮▮▮▮▮▮▮

3. Place of Birth: ▮▮▮▮▮▮

4. Current Address: ▮▮▮▮▮▮▮

5. County: ▮▮▮▮▮▮

6. How long have you lived at this address?  _50 yrs_

7. Do you rent or own your residence?        Rent _____       Own ✓

8. Have you ever lived outside of Georgia?    Yes _____       No ✓

9. What is your religious affiliation, if any? _United Methodist_

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | ✓ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | _____ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____    Junior High/Middle School _____

High School _12 th_    Vocational/Trade School _____

College (undergraduate) _____    Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?    Yes _____    No _✓_

If yes, What is your occupation? _____

13. List other significant employment within the past five years: _Retired_

_____

_____

_____

14. Marital Status:

Never Married _____    Married _✓_    Divorced _____

Widowed _____    Separated _____

If married, number of years with current spouse: _45 yrs_

Spouse's occupation: _Retired_

15. Have you ever had, adopted, or raised any children?    Yes _✓_    No _____

If yes, how many? _2_

What are their current ages? _42 - 44_

_____

3

16. Have you ever served in the military?        Yes _____        No ___✓___

    If yes, what branch(s) and when: _____

    _____

17. List any organization(s), if any, to which you belong or in which you participate (including church, religious, fraternal, social, recreational, service, business, political, union) and any offices you have held in the organization:

    _United Methodist Women_____    _____

    _____    _____

    _____    _____

    _____    _____

    _____    _____

    _____    _____

    _____    _____

18. Have you ever served on a grand jury?        Yes _____        No ___✓___

    If yes, when and where?        _____

    _____

    Federal or state?        Federal _____        State _____

19. Have you ever served on a trial jury?        Yes _____        No ___✓___

    If yes, when and where?        _____

    _____

    Federal or state?        Federal _____        State _____

    Criminal or civil?        Criminal _____        Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes ____✓____          No _____

If yes, explain: _____Buying Stolen goods_____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No ___✓____

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or crisis centers, or policemen's funds)?

Yes _____          No ___✓____

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes ___✓____          No _____

If yes, explain: _____

_____Buying Stolen good_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

     \_\_\_\_\_ Television     \_\_\_\_\_ Radio     ✓ Newspapers

     \_\_\_\_\_ Internet     \_\_\_\_\_ Magazines     \_\_\_\_\_ Other

25. Have you heard or read anything about this case before today?

     Yes \_\_\_\_\_     No ✓     Not Sure \_\_\_\_\_

     If yes or not sure, please state what you have heard or read and the source(s):

     _____

     _____

26. Has anyone ever talked to you about this case before today?    Yes \_\_\_\_\_    No ✓

     If yes, please state the person(s) you talked to and the nature of your conversation(s):

     _____

     _____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

     Yes \_\_\_\_\_     No ✓

     If yes, what is your opinion? _____

     If yes, could you set that opinion aside and return a verdict based only on the evidence

     presented at trial? (select one)

     \_\_\_\_\_     Yes, I definitely could.

     \_\_\_\_\_     I probably could.

     ✓     Not sure.

     \_\_\_\_\_     I probably could not.

     \_\_\_\_\_     No, I definitely could not.

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No _✓_____

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No _✓_____

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____  I strongly support the death penalty as a punishment.

_____  I support the death penalty as a punishment.

_____  I have no opinion about death penalty as a punishment.

_✓_____  I oppose the death penalty as a punishment.

_____  I strongly oppose the death penalty as a punishment.

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?        Yes ✓        No _____

    If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

        Yes _____        No ✓

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

        Yes _____        No ✓

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

        Yes _____        No ✓

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

        Yes ✓        No _____

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____  I feel strongly that the death penalty is applied unfairly against minorities.

_____  I feel that the death penalty is applied unfairly against minorities.

__✓___  I have no opinion whether the death penalty is applied unfairly against minorities.

_____  I feel that the death penalty is applied fairly against minorities.

_____  I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

__✓___ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain: _____

_____

_____