# QUESTIONNAIRE

1. Name: ███████████████

2. Date of Birth: ███████████

3. Place of Birth: ██████████████

4. Current Address: ████████████████

████████████████

5. County: ███████████

6. How long have you lived at this address? _Hyrs. / 6yrs._

7. Do you rent or own your residence?      Rent _____      Own _✓___

8. Have you ever lived outside of Georgia?   Yes _____      No _✗___

9. What is your religious affiliation, if any? _Holiness_

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | _____ | Other | _X_ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School  _____    Junior High/Middle School  _____

High School  _____    Vocational/Trade School  ✓_____

College (undergraduate)  _____    Graduate/Professional School  _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?     Yes _____        No _____

If yes, What is your occupation? *Medical Billing/Medical Records/Cake decorator*

13. List other significant employment within the past five years: _____

_____

_____

_____

14. Marital Status:

Never Married  ✓_____        Married  _____        Divorced  _____

Widowed  _____        Separated  _____

If married, number of years with current spouse: _____

Spouse's occupation: _____ *N/A* _____

15. Have you ever had, adopted, or raised any children?     Yes _____     No ✗_____

If yes, how many?  _____ *N/A* _____

What are their current ages?  _____ *N/A* _____

_____

3

16. Have you ever served in the military?        Yes _____        No __✓__

   If yes, what branch(s) and when: _____

   _____ N/A _____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

   Tree of life Holiness chuch. _____

   _____        _____

   _____        _____

   _____        _____

   _____        _____

   _____        _____

18. Have you ever served on a grand jury?        Yes _____        No __✓__

   If yes, when and where?        _____

   _____ N/A _____

   Federal or state?        Federal _____        State _____

19. Have you ever served on a trial jury?        Yes __✓__        No _____

   If yes, when and where?        About 7yrs ago.

   Savh. Chatham County Courthouse.

   Federal or state?        Federal _____        State _____

   Criminal or civil?        Criminal __X__        Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _X_           No _____

If yes, explain: My brothers car was stolen parked while he was working at Pbowu 12 oaks. and it was found in Decalb county Atl. 3 wks ago.

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _X_           No _____

If yes, expla[i] ███████████████████████████████K.

Savannah police department.

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____          No _X_

If yes, explain: _____ N/A _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _X_           No _____

If yes, explain: ███████████ felony drugs - sister. ███████ Nephew - Kidnaped Kidnapped family held in their homes Ft. Lauderdale Fl. about 15 yrs. ago.

5

24. What is/are your primary source(s) of news? (select all that apply)

_X_ Television        _X_ Radio        _____ Newspapers

_____ Internet        _____ Magazines        _____ Other

25. Have you heard or read anything about this case before today?

Yes _____        No _X_        Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

_____ N/A _____

_____

26. Has anyone ever talked to you about this case before today?    Yes _____        No _X_

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____ N/A _____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____        No _X_        N/A

If yes, what is your opinion? _____ N/A _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____        Yes, I definitely could.

_____        I probably could.

_____        Not sure.

_____        I probably could not.

_____        No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No _X_

If yes, please explain: _____ N/A _____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No _X_

If yes, explain: _____

_____ N/A _____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____          I strongly support the death penalty as a punishment.

_X_          I support the death penalty as a punishment.

_____          I have no opinion about death penalty as a punishment.

_____          I oppose the death penalty as a punishment.

_____          I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?     Yes _____     No _X_

If yes, explain: _____ N/A _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

Yes _X_     No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

Yes _____     No _X_

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

Yes _X_     No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

Yes _____     No _X_

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

_____ I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____        No _X_

If yes, explain: _____ N/A _____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____        No _X_

If yes, explain: _____ N/A _____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____        No _X_

If yes, explain: _____ N/A _____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____        No _X_

If yes, explain: _____ N/A _____

_____

10

# QUESTIONNAIRE

#240

1. Name: ████████████████████████

2. Date of Birth: ████████████████

3. Place of Birth: ████████████████

4. Current Address: ████████████████████

5. County: ████████████████

6. How long have you lived at this address? _33 years_

7. Do you rent or own your residence?        Rent _____        Own _X_

8. Have you ever lived outside of Georgia?    Yes _X_        No _____

9. What is your religious affiliation, if any? _Protestant / Baptist_

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | _X_ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____      Junior High/Middle School _____

High School _____X_____      Vocational/Trade School _____

College (undergraduate) _____      Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?    Yes __X__        No _____

If yes, What is your occupation? _Technical Information Specialist_

13. List other significant employment within the past five years: __N/A_____

_____

_____

_____

14. Marital Status:

Never Married _____      Married _____      Divorced __X__

Widowed _____      Separated _____

If married, number of years with current spouse: _____

Spouse's occupation: _____

15. Have you ever had, adopted, or raised any children?    Yes __✓__    No _____

If yes, how many?            __3_____

What are their current ages?    _44, 40, 39_____

_____

3

16. Have you ever served in the military?          Yes _____    No _X_

    If yes, what branch(s) and when: _____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

   Ferguson Avenue Baptist Church          _____

   _____          _____

   _____          _____

   _____          _____

   _____          _____

   _____          _____

18. Have you ever served on a grand jury?          Yes _____    No _X_

    If yes, when and where?          _____

    _____

    Federal or state?          Federal _____    State _____

19. Have you ever served on a trial jury?          Yes _X_    No _____

    If yes, when and where?          ~~State Court~~ - ~~last~~ few years ago
    Chatham County -

    Federal or state?          Federal _____    State _X_

    Criminal or civil?          Criminal _X_    Civil _X_

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _____        No __✗__

If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _✗_        No _____

If yes, explain: Sister worked 38 years w/ FBI _____

Former father in-law (deceased) was city policeman

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____        No __✗__

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____        No __✗__

If yes, explain: _____

_____

_____

24. What is/are your primary source(s) of news? (select all that apply)

      __X__ Television      __X__ Radio      _____ Newspapers

      _____ Internet      _____ Magazines      _____ Other

25. Have you heard or read anything about this case before today?

      Yes _____      No _____      Not Sure __X__

      If yes or not sure, please state what you have heard or read and the source(s):

      I vaguely remember a shooting at a post office near Savannah

26. Has anyone ever talked to you about this case before today?   Yes _____   No __X__

      If yes, please state the person(s) you talked to and the nature of your conversation(s):

      _____

      _____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

      Yes _____      No __X__

      If yes, what is your opinion? _____

      If yes, could you set that opinion aside and return a verdict based only on the evidence

      presented at trial? (select one)

           _____      Yes, I definitely could.

           _____      I probably could.

           _____      Not sure.

           _____      I probably could not.

           _____      No, I definitely could not.

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _X_                     No _____

If yes, please explain: I have met a couple of the USA attorney + Assistant USA's several years ago – no current association

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____                   No _X_

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I strongly support the death penalty as a punishment.

_X_    I support the death penalty as a punishment.

_____    I have no opinion about death penalty as a punishment.

_____    I oppose the death penalty as a punishment.

_____    I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the

defendant?              Yes _____              No _X_

    If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you

that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

       Yes _X_              No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the

death penalty?

       Yes _____              No _X_

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors

convince you that life in prison without the possibility of release or parole is the appropriate

sentence, **could** you vote for it?

       Yes _X_              No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in

prison without the possibility of release or parole, regardless of the facts and the aggravating

evidence?

       Yes _____              No _X_

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

_X_____ I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_X___ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____        No _X_

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____        No _X_

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____        No _X_

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____        No _X_

If yes, explain: _____

_____

_____

10

241

# QUESTIONNAIRE

1. Name: ▉▉▉▉▉▉▉▉▉▉▉

2. Date of Birth: ▉▉▉▉▉▉▉▉▉▉

3. Place of Birth: ▉▉▉▉▉▉▉▉

4. Current Address: ▉▉▉▉▉▉▉▉

5. County: ▉▉▉▉▉▉▉▉

6. How long have you lived at this address? _6 yes_

7. Do you rent or own your residence?    Rent _____    Own _X_

8. Have you ever lived outside of Georgia?    Yes _____    No _X_

9. What is your religious affiliation, if any? _Methodist_

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _X_ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | _____ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____   Junior High/Middle School _____

High School   X   Vocational/Trade School _____

College (undergraduate) _____   Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?   Yes  X   No _____

If yes, What is your occupation? _Office Staff at Publix Supermarket_

13. List other significant employment within the past five years: _Some_

_____

_____

_____

14. Marital Status:

Never Married  X   Married _____   Divorced _____

Widowed _____   Separated _____

If married, number of years with current spouse: _____

Spouse's occupation: _____

15. Have you ever had, adopted, or raised any children?   Yes _____   No  X

If yes, how many? _____

What are their current ages? _____

_____

3

16. Have you ever served in the military?        Yes _____        No _X\__

     If yes, what branch(s) and when: _____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

    *St. Paul C.M.E church* _____        _____

    _____        _____

    _____        _____

    _____        _____

    _____        _____

    _____        _____

18. Have you ever served on a grand jury?        Yes _____        No _X\__

    If yes, when and where?        _____

                          _____

    Federal or state?        Federal _____        State _____

19. Have you ever served on a trial jury?        Yes _____        No _X\__

    If yes, when and where?        _____

                          _____

    Federal or state?        Federal _____        State _____

    Criminal or civil?        Criminal _____        Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _____          No __X__

If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes __X__          No _____

If yes, explain: _I worked as a inter for the Sheriff's Dept._

_in 1992-1994_

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____          No __X__

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No __X__

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

    __X__ Television    _____ Radio    __X__ Newspapers

    __X__ Internet    _____ Magazines    _____ Other

25. Have you heard or read anything about this case before today?

    Yes _____    No __X__    Not Sure _____

    If yes or not sure, please state what you have heard or read and the source(s):

    _____

    _____

26. Has anyone ever talked to you about this case before today?   Yes _____   No __X__

    If yes, please state the person(s) you talked to and the nature of your conversation(s):

    _____

    _____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

    Yes _____    No __X__

    If yes, what is your opinion? _____

    If yes, could you set that opinion aside and return a verdict based only on the evidence

    presented at trial? (select one)

        _____    Yes, I definitely could.

        _____    I probably could.

        _____    Not sure.

        _____    I probably could not.

        _____    No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No _X_

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No _X_

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____     I strongly support the death penalty as a punishment.

_X_     I support the death penalty as a punishment.

_____     I have no opinion about death penalty as a punishment.

_____     I oppose the death penalty as a punishment.

_____     I strongly oppose the death penalty as a punishment.

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?          Yes _____          No _X___

If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

Yes _X___          No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

Yes _____          No _X___

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

Yes _X___          No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

Yes _____          No _X___

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

__X__ I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

__X__ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____        No __X__

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____        No __X__

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____        No __X__

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____        No __X__

If yes, explain: _____

_____

_____

244

## QUESTIONNAIRE

1. Name: ████████████████

2. Date of Birth: ████████████████

3. Place of Birth: ████████████████

4. Current Address: ████████████████

5. County: ████████████████

6. How long have you lived at this address?  _10 yrs_

7. Do you rent or own your residence?     Rent _____     Own _✓_

8. Have you ever lived outside of Georgia?  Yes _✓_     No _____

9. What is your religious affiliation, if any? _Roman Catholic_

10. Which do you consider yourself to be: (select one)

| African American _____ | Native American Indian _____ |
|---|---|
| Asian _____ | Hispanic _____ |
| Caucasian (white) _✓_ | Other _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____          Junior High/Middle School _____

High School ✓          Vocational/Trade School _____

College (undergraduate) _____          Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?     Yes ✓          No _____

If yes, What is your occupation? _Electronic Technician_

13. List other significant employment within the past five years: _____

_GA AIR National Guard_

_____

_____

14. Marital Status:

Never Married _____          Married ✓          Divorced _____

Widowed _____          Separated _____

If married, number of years with current spouse: _____ _23 yrs_

Spouse's occupation: _Import Mananger_

15. Have you ever had, adopted, or raised any children?     Yes ✓     No _____

If yes, how many? _2_

What are their current ages? _22 & 20_

_____

3

16. Have you ever served in the military?        Yes ✓        No _____

If yes, what branch(s) and when: _US ARMY 7yrs_
_& GA Air National Guard 22yrs_

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

_Mason_ _____        _____

_EASTERN STAR_ _____        _Worthy Patron_ _____

_____        _____

_____        _____

_____        _____

_____        _____

18. Have you ever served on a grand jury?        Yes _____        No ✓

If yes, when and where?        _____

_____

Federal or state?        Federal _____        State _____

19. Have you ever served on a trial jury?        Yes _____        No ✓

If yes, when and where?        _____

_____

Federal or state?        Federal _____        State _____

Criminal or civil?        Criminal _____        Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _____          No __✔___

If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No __✔___

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____          No __✔___

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No __✔___

If yes, explain: _____

_____

_____

24. What is/are your primary source(s) of news? (select all that apply)

    _____ Television     _____ Radio     ✓ Newspapers

    _____ Internet     _____ Magazines     _____ Other

25. Have you heard or read anything about this case before today?

Yes _____     No ✓_____     Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

_____

_____

26. Has anyone ever talked to you about this case before today?  Yes _____    No ✓_____

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____     No ✓_____

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

    _____     Yes, I definitely could.

    _____     I probably could.

    _____     Not sure.

    _____     I probably could not.

    _____     No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No ___✓___

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No ___✓___

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____   I strongly support the death penalty as a punishment.

_____   I support the death penalty as a punishment.

___✓___   I have no opinion about death penalty as a punishment.

_____   I oppose the death penalty as a punishment.

_____   I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?          Yes _____          No __✓__

　　　If yes, explain: _____

　　　_____

　　　_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

　　　　　　Yes __✓__          No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

　　　　　　Yes _____          No __✓__

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

　　　　　　Yes __✓__          No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

　　　　　　Yes _____          No __✓__

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

✓ I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

✓ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No ___✓___

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No ___✓___

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No ___✓___

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No ___✓___

If yes, explain: _____

_____

_____

10