# QUESTIONNAIRE

1. Name: ███████████████

2. Date of Birth: ████████

3. Place of Birth: ███████████

4. Current Address: ████████████████

        ████████████████

5. County: ████████████

6. How long have you lived at this address?  _1 year_

7. Do you rent or own your residence?    Rent _X_      Own _____

8. Have you ever lived outside of Georgia?  Yes _____      No _____

9. What is your religious affiliation, if any? _____

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | _X_ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____    Junior High/Middle School _____

High School _10th_    Vocational/Trade School _____

College (undergraduate) _____    Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?    Yes _X_    No _____

If yes, What is your occupation? _veterinarian technician._

13. List other significant employment within the past five years: _____

_____

_____

_____

14. Marital Status:

Never Married _____    Married _____    Divorced _X_

Widowed _____    Separated _____

If married, number of years with current spouse: _____

Spouse's occupation: _____

15. Have you ever had, adopted, or raised any children?    Yes _X_    No _____

If yes, how many?    _1_____

What are their current ages?    _2u_____

_____

3

16. Have you ever served in the military?     Yes _____     No __✗__

If yes, what branch(s) and when: _____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

Association of Zoo Veterinary Technicians _____

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

18. Have you ever served on a grand jury?     Yes _____     No __✗__

If yes, when and where?     _____

_____

Federal or state?     Federal _____     State _____

19. Have you ever served on a trial jury?     Yes _____     No __✗__

If yes, when and where?     _____

_____

Federal or state?     Federal _____     State _____

Criminal or civil?     Criminal _____     Civil _____

20. Have you or any member of your family ever been the victim of a crime?

Yes _____          No __X__

If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No __X__

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____          No __X__

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No __X__

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

___X___ Television    ___X___ Radio    ___X___ Newspapers

_____ Internet    _____ Magazines    _____ Other

25. Have you heard or read anything about this case before today?

Yes __X__        No _____        Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

*Herd it on the news when it happened.*

26. Has anyone ever talked to you about this case before today?   Yes _____    No __X__

If yes, please state the person(s) you talked to and the nature of your conversation(s):

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____        No __X__

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____ Yes, I definitely could.

_____ I probably could.

_____ Not sure.

_____ I probably could not.

_____ No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No _X__

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No _X__

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I strongly support the death penalty as a punishment.

_X___    I support the death penalty as a punishment.

_____    I have no opinion about death penalty as a punishment.

_____    I oppose the death penalty as a punishment.

_____    I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the

defendant?              Yes _____              No _X_

    If yes, explain: _____

    _____

    _____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you

that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

    Yes _X_                          No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the

death penalty?

    Yes _____                      No _X_

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors

convince you that life in prison without the possibility of release or parole is the appropriate

sentence, **could** you vote for it?

    Yes _X_                          No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in

prison without the possibility of release or parole, regardless of the facts and the aggravating

evidence?

    Yes _____                      No _X_

8

36. Regarding the death penalty, which of the following statements **best** represents the way you

feel? (select one)

_____    I feel strongly that the death penalty is applied unfairly against

minorities.

_____    I feel that the death penalty is applied unfairly against minorities.

__X__    I have no opinion whether the death penalty is applied unfairly

against minorities.

_____    I feel that the death penalty is applied fairly against minorities.

_____    I feel strongly that the death penalty is applied fairly against

minorities.

37. Do you think race discrimination against African Americans in the United States is a

problem? (select one)

_____ Yes, it is a definitely a problem.

__X__ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____        No __X__

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____        No __X__

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____        No __X__

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____        No __X__

If yes, explain: _____

_____

_____

10

246

# QUESTIONNAIRE

1. Name:

2. Date of Birth:

3. Place of Birth:

4. Current Address:

5. County:

6. How long have you lived at this address?  *35 years*

7. Do you rent or own your residence?        Rent _____        Own ✓

8. Have you ever lived outside of Georgia?    Yes ✓        No _____

9. What is your religious affiliation, if any? *Baptist*

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | ✓ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School  _____        Junior High/Middle School  _____

High School  ✓       Vocational/Trade School  _____

College (undergraduate)  _____        Graduate/Professional School  _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?    Yes ✓        No _____

If yes, What is your occupation? Sales assc._____

13. List other significant employment within the past five years: _____

_____

_____

_____

14. Marital Status:

Never Married  _____        Married  ✓        Divorced  _____

Widowed  _____        Separated  _____

If married, number of years with current spouse: _____

Spouse's occupation: _____

15. Have you ever had, adopted, or raised any children?    Yes ✓    No _____

If yes, how many?            3

What are their current ages?  45, 43 and 34_____

_____

3

16. Have you ever served in the military?        Yes _____        No ✓

    If yes, what branch(s) and when: _____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

    Sunday School teacher    _____

    Pres. WMU (church)       _____

    _____    _____

    _____    _____

    _____    _____

    _____    _____

18. Have you ever served on a grand jury?        Yes _____        No ✓

    If yes, when and where?        _____

    _____

    Federal or state?        Federal _____        State _____

19. Have you ever served on a trial jury?        Yes ✓        No _____

    If yes, when and where?    Chatham Co. _____

    20 years ago + 16 years ago

    Federal or state?        Federal _____        State ✓

    Criminal or civil?        Criminal ✓        Civil ✓

4

20. Have you or any member of your family ever been the victim of a crime?

Yes ✓          No ____

If yes, explain: _Purse Stolen, Car broken in 2 times, Car stolen_

21. Have you, or any member of your family ever been employed in law enforcement?

Yes ____          No ✓

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes ____          No ✓

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes ____          No ✓

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

✓ Television        ✓ Radio        ✓ Newspapers

✓ Internet        _____ Magazines        _____ Other

25. Have you heard or read anything about this case before today?

Yes ✓        No _____        Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

heard on t.V. ; read in paper

26. Has anyone ever talked to you about this case before today?   Yes _____    No ✓

If yes, please state the person(s) you talked to and the nature of your conversation(s):

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____        No ✓

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____        Yes, I definitely could.

_____        I probably could.

_____        Not sure.

_____        I probably could not.

_____        No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No _✓_

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No _✓_

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____   I strongly support the death penalty as a punishment.

_✓_   I support the death penalty as a punishment.

_____   I have no opinion about death penalty as a punishment.

_____   I oppose the death penalty as a punishment.

_____   I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the

defendant?                Yes _____            No __✓__

If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you

that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

Yes __✓__                No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the

death penalty?

Yes _____                No __✓__

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors

convince you that life in prison without the possibility of release or parole is the appropriate

sentence, **could** you vote for it?

Yes __✓__                No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in

prison without the possibility of release or parole, regardless of the facts and the aggravating

evidence?

Yes _____                No __✓__

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____        I feel strongly that the death penalty is applied unfairly against minorities.

✓        I feel that the death penalty is applied unfairly against minorities.

_____        I have no opinion whether the death penalty is applied unfairly against minorities.

_____        I feel that the death penalty is applied fairly against minorities.

_____        I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

✓ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

      Yes _____        No ✓_____

      If yes, explain: _____

      _____

      _____

39. Would the **race of the victim** affect your opinion as to guilt?

      Yes _____        No ✓_____

      If yes, explain: _____

      _____

      _____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death penalty or life imprisonment without the possibility of release or parole?

      Yes _____        No ✓_____

      If yes, explain:_____

      _____

      _____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death penalty or life imprisonment without the possibility of release or parole?

      Yes _____        No ✓_____

      If yes, explain:_____

      _____

      _____

JUROR #
247

# ORIGINAL

## QUESTIONNAIRE

1. Name: ████████████████████

2. Date of Birth: ██████████

3. Place of Birth: ████████████████

4. Current Address: ███████████

████████████

5. County: ████████

6. How long have you lived at this address?   **3 years 5 months**

7. Do you rent or own your residence?        Rent _____     Own ✓

8. Have you ever lived outside of Georgia?    Yes ✓     No _____

9. What is your religious affiliation, if any?   **None**

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | ✓ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School  _____     Junior High/Middle School  _____

High School  _____     Vocational/Trade School  _____

College (undergraduate)  _____     Graduate/Professional School  ✓

If college or graduate/professional school, you major(s) or area(s) of study?

Social work / psychology

12. Are you currently employed?  Yes ✓     No _____

If yes, What is your occupation? Self Employed as a mental health and substance abuse Consultant

13. List other significant employment within the past five years: Director of Diagnostic Assessments Tidelands Community Service Board, Director of Social Work Charter Bahavioral Health System of Savannah.

14. Marital Status:

Never Married _____     Married ✓     Divorced _____

Widowed _____     Separated _____

If married, number of years with current spouse: 4 years

Spouse's occupation: Law Enforcement / Criminal Justice Major student

15. Have you ever had, adopted, or raised any children?  Yes _____   No ✓

If yes, how many?     N/A

What are their current ages?     N/A

3

16. Have you ever served in the military?          Yes _____          No ✓

    If yes, what branch(s) and when: __N/A_____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

Clinical Social work Association of Savannah _____

Florida State Alumni Booster _____

Women's Health Care Network of Georgia _____

Georgia Professional College Counselor's Association _____

AL-ANON (Family Member's of Alcoholic's Support Group) _____

_____    _____

_____    _____

18. Have you ever served on a grand jury?          Yes _____          No ✓

    If yes, when and where?          __N/A_____

                                     __N/A_____

    Federal or state?          Federal _____          State _____

19. Have you ever served on a trial jury?          Yes _____          No ✓

    If yes, when and where?          __N/A_____

                                     __N/A_____

    Federal or state?          Federal _____          State _____

    Criminal or civil?          Criminal _____          Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes ✓          No _____

If yes, explain: _My brother who resides in North Carolina_ _was allegedly assaulted. My ex-husband was hit_ _by an Intoxicated driver while a pedestrian_

21. Have you, or any member of your family ever been employed in law enforcement?

Yes ✓          No _____

If yes, explain: _My husband has served as a police officer_ _with Savannah Police Department, Effingham Co.S.O._ _a detective with Garden City P.D.  He is currently enrolled_ _full time as a Criminal Justice Major at St. Leo's University_

22. Have you, or any member of your family ever been involved in or contributed to a crime prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or crisis centers, or policemen's funds)?

Yes ✓          No _____

If yes, explain: _I have attended a volunteer training program_ _for SAFE SHELTER, I have contributed to police funds._ _I was a member of MADD (Mother's Against Drunk Driving)_ _in Orlando, FLORIDA_

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No ✓

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

_____ ✓ Television        _____ ✓ Radio        _____ ✓ Newspapers

_____ ✓ Internet        _____ ✓ Magazines        _____ Other

25. Have you heard or read anything about this case before today?

Yes ___ ✓        No _____        Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

*I Read every article in the Savannah News Press regarding this Case.*

26. Has anyone ever talked to you about this case before today?   Yes ___ ✓    No _____

If yes, please state the person(s) you talked to and the nature of your conversation(s):

*CHRISTOPHER A. THOMPSON (SPOUSE) We discussed the Case from his perspective as a law enforcement officer.*

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes ___ ✓        No _____

If yes, what is your opinion? *GUILTY*

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____        Yes, I definitely could.

_____        I probably could.

___ ✓        Not sure.

_____        I probably could not.

_____        No, I definitely could not.

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __✓__

If yes, please explain: N/A _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes __✓__          No _____

If yes, explain: ___I personally oppose The death penalty in Some Cases_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____  I strongly support the death penalty as a punishment.

_____  I support the death penalty as a punishment.

_____  I have no opinion about death penalty as a punishment.

__✓__  I oppose the death penalty as a punishment.

_____  I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the

defendant?          Yes ___✓___          No _____

       If yes, explain: ___I would have a difficult time rendering___

___a guilty verdict knowing that there is a possibility___

___the defendant could be sentenced to death_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you

that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

          Yes ___✓___          No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the

death penalty?

          Yes _____          No ___✓___

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors

convince you that life in prison without the possibility of release or parole is the appropriate

sentence, **could** you vote for it?

          Yes ___✓___          No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in

prison without the possibility of release or parole, regardless of the facts and the aggravating

evidence?

          Yes _____          No ___✓___

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____     I feel strongly that the death penalty is applied unfairly against minorities.

___✓___     I feel that the death penalty is applied unfairly against minorities.

_____     I have no opinion whether the death penalty is applied unfairly against minorities.

_____     I feel that the death penalty is applied fairly against minorities.

_____     I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

___✓___ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death penalty or life imprisonment without the possibility of release or parole?

Yes __✓__          No _____

If yes, explain: _I believe minorities are often unjustly convicted_

_of the death penalty based upon race._

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

10

ORIGINAL          2 49

# QUESTIONNAIRE

1. Name: ███████████████████

2. Date of Birth: ███████████

3. Place of Birth: ███████████

4. Current Address: ███████████████

5. County: ████████

6. How long have you lived at this address?  __23yrs__

7. Do you rent or own your residence?    Rent _____    Own __yes__

8. Have you ever lived outside of Georgia?  Yes _____    No __No__

9. What is your religious affiliation, if any? __Baptist__

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | ✓ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | _____ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____     Junior High/Middle School _____

High School _____     Vocational/Trade School _____

College (undergraduate) __✓__     Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____Electronic_____

12. Are you currently employed?    Yes __✓__        No _____

If yes, What is your occupation? ___Truck Driver_____

13. List other significant employment within the past five years: _____

_____

_____

_____

14. Marital Status:

Never Married _____     Married __✓__     Divorced _____

Widowed _____     Separated _____

If married, number of years with current spouse: ___22 yrs 10 month_____

Spouse's occupation: ___Teacher_____

15. Have you ever had, adopted, or raised any children?    Yes __✓__  No _____

If yes, how many? _____2_____

What are their current ages? _____18  & 20_____

_____

3

16. Have you ever served in the military?          Yes _____     No __✓__

If yes, what branch(s) and when: _____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including church, religious, fraternal, social, recreational, service, business, political, union) and any offices you have held in the organization:

__Deacon  ministery_____          __chairman_____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

18. Have you ever served on a grand jury?          Yes _____     No __✓__

If yes, when and where?          _____

_____

Federal or state?          Federal _____          State _____

19. Have you ever served on a trial jury?          Yes __✓__     No _____

If yes, when and where?          __Chatham  county_____

_____

Federal or state?          Federal _____          State _____

Criminal or civil?          Criminal _____          Civil __✓__

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _____        No __✓___

If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____        No __✓___

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes __✓___        No _____

If yes, explain: _give clothe , preparing food_____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____        No __✓___

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

_____ Television        _____ Radio        ___✓___ Newspapers

_____ Internet          _____ Magazines    _____ Other

25. Have you heard or read anything about this case before today?

Yes ___✓___        No _____        Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

news reporT on TV, of Postal worker kill on The Job

26. Has anyone ever talked to you about this case before today?   Yes ___✓___   No _____

If yes, please state the person(s) you talked to and the nature of your conversation(s):

Randall Brown (wife) Dareus + DeAngela Brown (children) conversation was about people do not care about people any more

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____        No ___✓___

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

___✓___        Yes, I definitely could.

_____        I probably could.

_____        Not sure.

_____        I probably could not.

_____        No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No ___✓___

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes ___✓___          No _____

If yes, explain: _morally    I would fine it differcult_
_To determine if someone should live or die_

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I strongly support the death penalty as a punishment.

_____    I support the death penalty as a punishment.

_____    I have no opinion about death penalty as a punishment.

_____    I oppose the death penalty as a punishment.

___✓___    I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?          Yes _____          No __✓__

    If yes, explain: _____

    _____

    _____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

        Yes _____          No __✓__

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

        Yes _____          No __✓__

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

        Yes __✓__          No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

        Yes __✓__          No _____

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

✔ I feel that the death penalty is applied unfairly against minorities.

_____ I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

✔ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain:_____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain:_____

_____

_____

10