# United States District Court
## Southern District of Georgia

SCOTT L. POFF
CLERK

OFFICE OF THE CLERK
P.O. Box 8286
SAVANNAH, GEORGIA  31412

TELEPHONE   (912)650-4020

Thomas K. Kahn, Clerk
U.S. Court of Appeals
56 Forsyth Street, NW
Atlanta, GA  30303

D.C. Number  CV407-85

U.S.C.A. Number

# 09-10142 P

RE:  Meier Jason Brown v. United States Of America

--------------------------------------------------------------------------------

Enclosed are documents regarding an appeal in this matter.  Please acknowledge receipt on the enclosed copy of this letter.

☒ Copy of Notice of Appeal, docket entries, order and judgment appealed from, enclosed

☒ First Notice of Appeal: ☑ Yes ☐ No
　Date of other _____

☐ Certified record on appeal consisting of:
　____ Volume (s) of pleadings; ____ Volume (s) of transcripts;
　____ Volume (s) of exhibits/deposition; ____ other: _____

☐ There was no hearing from which a transcript could be made

☐ Copy of CJA form appointing counsel

☐ The following materials were sealed in this court (order enclosed):

☒ The appellate docket fee has been paid: ☐ Yes ☑ No
　Date paid _____

☐ Appellant has been _____ leave to appeal in forma pauperis (copy of order concerning IFP and/or CPC is enclosed)

☒ The Judge appealed from is  Judge B. Avant Edenfield _____

☐ The Court Reporter is _____

☐ This is an appeal of a bankruptcy order
　Bankruptcy Judge: _____

☐ This is a DEATH PENALTY appeal

cc:
　Jackson
　Ertel
　Samuel
　Dixon , Jr.
　Copeland
　Newman

Sincerely,

SCOTT L. POFF, CLERK
U.S. DISTRICT COURT

BY: _____
　Deputy Clerk

DATE:  1/5/09