UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| MEIER JASON BROWN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. CV407-085 |
| | ) | Underlying CR403-001 |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO BROWN'S APPLICATION FOR CERTIFICATE OF APPEALABILITY

COMES NOW the United States of America, by and through Edmund A. Booth, Jr., United States Attorney for the Southern District of Georgia, and moves the Court for a 7 day extension of time in which to respond to Meier Jason Brown's application for certificate of appealability [Doc 86]. According to PACER, the government's response is currently due on January 23, 2009. Due to undersigned counsel's current caseload, the government has not been able to analyze fully the issues contained within Brown's application and draft an appropriate response thereto. Thus, the government seeks a 7 day extension, or until January 30, 2009, to respond to Brown's application.

Respectfully submitted this 23rd day of January, 2009.


EDMUND A. BOOTH, JR.
UNITED STATES ATTORNEY

s/Amy Lee Copeland

Amy Lee Copeland
Georgia Bar No. 186730
Assistant United States Attorney


U. S. Attorney's Office
100 Bull Street, Suite 201
Savannah, Georgia 31401
(912) 652-4422

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 23rd day of January, 2009.

EDMUND A. BOOTH, JR.
UNITED STATES ATTORNEY

s/ Amy Lee Copeland

Amy Lee Copeland
Assistant United States Attorney
Georgia Bar No. 186730
100 Bull Street
Savannah, GA 31401
(912) 652-4422