UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| MEIER JASON BROWN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. CV407-085 |
| | ) | Underlying CR403-001 |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**<u>ORDER</u>**

Currently before the Court is the government's motion for a 7 day extension of time, or until January 30, 2009, to respond to the application for certificate of appealability filed by Meier Jason Brown [Doc 86].  After consideration of all applicable facts and circumstances,

IT IS HEREBY ORDERED that the government's motion is granted, and that the government shall file a response to Brown's application no later than January 30, 2009.

_____
UNITED STATES MAGISTRATE JUDGE