# United States District Court
## *Southern District of Georgia*

SCOTT L. POFF                    OFFICE OF THE CLERK                  TELEPHONE   (912)650-4020
    CLERK                              P.O. Box 8286
                              SAVANNAH, GEORGIA   31412

Thomas K. Kahn, Clerk                           D.C. Number   CV407-85
U.S. Court of Appeals
56 Forsyth Street, NW                           U.S.C.A. Number 09-10142
Atlanta, GA  30303

RE:  Meier Jason Brown vs. United States of America

---------------------------------------------------------------------------------------------------------------------

Enclosed are documents regarding an appeal in this matter.  Please acknowledge receipt on the enclosed copy of this letter.

☐ Copy of Notice of Appeal, docket entries, order and judgment appealed from, enclosed

☐ First Notice of Appeal:  ☐ Yes  ☐ No
   Date of other _____

☐ Certified record on appeal consisting of:
   ____ Volume (s) of pleadings;  ____ Volume (s) of transcripts;
   ____ Volume (s) of exhibits/deposition;  ____ other: _____

☐ There was no hearing from which a transcript could be made

☐ Copy of CJA form appointing counsel

☐ The following materials were sealed in this court (order enclosed):

☐ The appellate docket fee has been paid:  ☐ Yes  ☐ No
   Date paid _____

☒ Appellant has been **granted**   leave to appeal in forma pauperis (copy of order concerning IFP and/or CPC is enclosed)

☒ The Judge appealed from is   Judge B. Avant Edenfield _____

☐ The Court Reporter is _____

☐ This is an appeal of a bankruptcy order
   Bankruptcy Judge: _____

☐ This is a DEATH PENALTY appeal

cc:
  Copeland
  Samuel
  Jackson
  Dixon
  Ertel
  Newman

Sincerely,

SCOTT L. POFF, CLERK
U.S. DISTRICT COURT

BY: _Elizabeth C. West_____
        Deputy Clerk

DATE:  2/9/09 _____