

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 09-10142

_____

D. C. Docket No. 07-00085-CV-BAE-GRS

MEIER JASON BROWN,

Petitioner-Appellant,

versus

UNITED STATES OF AMERICA,

Respondent-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Georgia

_____

ORDER:

Appellant's motion to expand the certificate of appealability is GRANTED

only with respect to Appellant's claims that: (1) his counsel were ineffective at

capital sentencing for not investigating and presenting the most complete

mitigation case possible ("Claim IV"); and (2) his counsel unreasonably and prejudicially failed to present expert mental health testimony and records at capital sentencing, in violation of the Fifth, Sixth, and Eighth Amendments ("Claim V"). It is DENIED with respect to all of Appellant's other claims.

_____
UNITED STATES CIRCUIT JUDGE

# United States Court of Appeals

Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**John Ley**
Clerk of the Court

For rules and forms visit
www.ca11.uscourts.gov

March 10, 2011

Jeffrey Lyn Ertel
Federal Defender Program, Inc.
101 MARIETTA ST NW STE 1500
ATLANTA GA 30303-2727

**Appeal Number: 09-10142-P**
Case Style: Meier Jason Brown v. USA
District Court Number: 07-00085 CV-BAE-GRS (03-00001-CV-BAE-1)

The following action has been taken in the referenced case:

The enclosed order has been ENTERED.

Appellant's brief is due 40 days from the date of the enclosed order.

Sincerely,

John Ley, Clerk of Court

Reply To: Jenifer Tubbs / cm (404) 335-6200

MOT-2 (10-2009)