# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA

Scott L. Poff    OFFICE OF THE CLERK                           (912)650-4020
Clerk                          P.O. Box 8286
                       SAVANNAH, GEORGIA   31412

DATE:        1/17/2012

D.C. CASE NO.:   CV407-85

USCA CASE NO.:   09-10142

IN RE:        Meier Jason Brown vs. United States of America

==============================================================

## CERTIFICATE OF READINESS OF RECORD
## ON APPEAL

Pursuant to Fed.R.App.P.ll(c) the Clerk of the District Court for the Southern District of Georgia hereby

certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The

record (including the transcript or parts thereof designated for inclusion and all necessary exhibits) consist

of:

    __11__    Volume (s) of pleadings;

    _____    Volume (s) of transcripts;

    __1__    Exhibits:    ___ boxes;    ___ folders;
                          ___ envelopes;    ___ others;
                          ___ PSIs (sealed)
                          ___ Other: (Note books)
                          _X_ Depositions

                    Sincerely,
                    Scott L. Poff,
                    CLERK


                    _____, Deputy Clerk