# United States District Court
## *Southern District of Georgia*

SCOTT L. POFF
CLERK

OFFICE OF THE CLERK
P.O. Box 8286
SAVANNAH, GEORGIA 31412

TELEPHONE  (912)650-4020

*U.S. COURT OF APPEALS*
*RECEIVED*
*CLERK*
*JAN 1 8 2012*
*ATLANTA, GA.*

John Ley, Clerk
U.S. Court of Appeals
56 Forsyth Street, NW
Atlanta, GA  30303

D.C. Number  CV407-85

U.S.C.A. Number 09-10142

RE: Meier Jason Brown vs. United States of America

---

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

☐ Copy of Notice of Appeal, docket entries, order and judgment appealed from, enclosed

☐ First Notice of Appeal: ☐ Yes ☐ No
Date of other _____

☒ Certified record on appeal consisting of:
__11__ Volume (s) of pleadings; ____ Volume (s) of transcripts;
__1__ Volume (s) of exhibits/deposition; __X__ other: _____

☐ There was no hearing from which a transcript could be made

☐ Copy of CJA form appointing counsel

☐ The following materials were sealed in this court (order enclosed):

☐ The appellate docket fee has been paid: ☐ Yes ☐ No
Date paid _____

☐ Appellant has been_____ leave to appeal in forma pauperis (copy of order concerning IFP and/or CPC is enclosed)

☐ The Judge appealed from is _____

☐ The Court Reporter is _____

☐ This is an appeal of a bankruptcy order
Bankruptcy Judge: _____

☐ This is a DEATH PENALTY appeal

☐ OTHER:

cc: Jackson
Ertel
Samuel
Dixon
Stuchell
Newman

Sincerely,

SCOTT L. POFF, CLERK
U.S. DISTRICT COURT

BY: _Elizabeth C. West_
Deputy Clerk

DATE: __1/17/12__